**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: National Fair Housing Alliance, et al.

Case Number: 18 CV 839

      Plaintiffs;

           v.

Deutsche Bank, Deutsche Bank AG, et al.,

      Defendants.

An appearance is hereby filed by the undersigned as attorney for:
    All Plaintiffs

Attorney name (type or print): Jennifer K. Soule

Firm: Soule, Bradtke & Lambert

Street address: 533 S. Division Street, Suite B

City/State/Zip: Elmhurst, IL 60126

Bar ID Number: 6198467
(See item 3 in instructions)

Telephone Number: (630) 333-9144

Email Address: jsoule@sbllegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
    ☐ Retained Counsel
    ☐ Appointed Counsel
       If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this

statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/1/2018

Attorney signature:  S/ Jennifer K. Soule
　　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015