**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: National Fair Housing Alliance, et al.

Case Number: 18 CV 839

    Plaintiffs;

        v.

Deutsche Bank, Deutsche Bank AG, et al.

    Defendants.

An appearance is hereby filed by the undersigned as attorney for:
All Plaintiffs

Attorney name (type or print): James G. Bradtke

Firm: Soule, Bradtke & Lambert

Street address: 533 S. Division Street, Suite B

City/State/Zip: Elmhurst, IL 60126

Bar ID Number: 6183694
(See item 3 in instructions)

Telephone Number: (630) 333-9144

Email Address: jbradtke@sbllegal.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/1/2018

Attorney signature:     S/ James G. Bradtke
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015