**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

---

Case Title: National Fair Housing Alliance, et al.

Case Number: 18 CV 839

    Plaintiffs;

        v.

Deutsche Bank, Deutsche Bank AG, et al.,

    Defendants.

An appearance is hereby filed by the undersigned as attorney for:
  All Plaintiffs

Attorney name (type or print): Kelly K. Lambert

Firm: Soule, Bradtke & Lambert

Street address: 533 S. Division Street, Suite B

City/State/Zip: Elmhurst, IL 60126

Bar ID Number: 6201523
(See item 3 in instructions)

Telephone Number: (630) 333-9144

Email Address: klambert@sbllegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

  ☐ Appointed Counsel
  If appointed counsel, are you a

  ☐ Federal Defender

  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this

statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2-1-2018

Attorney signature: S/ Kelly K. Lambert

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015