**Attachment 1**

I am a member in good standing and eligible to practice before the following courts (cont.):

| Title of Court | Date Admitted |
|---|---|
| U.S. Court of Appeals for the 5th Circuit | August 21, 1984 |
| U.S. Court of Appeals for the 6th Circuit | April 28, 1982 |
| U.S. Court of Appeals for the 7th Circuit | July 30, 1993 |
| U.S. Court of Appeals for the 8th Circuit | August 21, 2012 |
| U.S. Court of Appeals for the 10th Circuit | November 22, 1982 |
| U.S. Court of Appeals for the 11th Circuit | October 27, 2011 |
| U.S. Court of Appeals for the District of Columbia Circuit | June 30, 2010 |
| U.S. District Court for the Northern District of Ohio | June 2, 1983 |
| U.S. District Court for the Southern District of Ohio | November 26, 2002 |
| U.S. District Court for the Northern District of Texas | October 12, 1983 |
| U.S. District Court for the Eastern District of Michigan | October 20, 1999 |
| U.S. District Court for the Western District of Michigan | April 24, 2007 |