# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| National Fair Housing Alliance et al ) | Case No: 18 C 839 |
| v. ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al ) | |

## ORDER

Motions for pro hac vice are granted [7, 8]. Status hearing set for 3/27/18 at 9:00 a.m.

Date: 2/15/18                                                                   /s/ Judge Harry D. Leinenweber