## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move for a 30-day extension of time to answer or otherwise respond to the Complaint. In support of their request, Defendants state:

1

1. On February 1, 2018, Plaintiffs filed the Complaint. (ECF 1) Defendants executed waivers of service that required responses to the Complaint by April 9, 2018. (ECF 10, 12-13)

2. The Complaint, filed by 20 Plaintiffs against six Defendants, contains 285 paragraphs and is (with exhibits) 175 pages. In an attempt to preserve judicial and party resources, Defendants anticipate filing a consolidated motion to dismiss as to certain issues while addressing Defendant-specific issues in separate filings.

3. Defendants are diligently working on their responses to the Complaint. But due to the nature of the Complaint and Defendants' efforts to coordinate their responses, Defendants need additional time. Defendants therefore request a 30-day extension of time to respond to the Complaint, up to and including May 9, 2018.

4. Plaintiffs' counsel informed Defendants' counsel that Plaintiffs do not oppose Defendants' requested extension.

Accordingly, Defendants respectfully request that the Court enter an order extending Defendants' deadline to answer or otherwise respond to the Complaint up to and including May 9, 2018.

Dated: March 29, 2018

Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Stephen J. Kane
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel to Defendant Ocwen Financial Corp.*

By: /s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor

Chicago, IL 60601
Telephone: (312) 324-1000

Elizabeth A. Frohlich (*pro hac vice* application to be submitted)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (*pro hac vice* application to be submitted)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (*pro hac vice* application to be submitted)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Portfolio Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on March 29, 2018.

/s/  Debra Bogo-Ernst