### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| National Fair Housing Alliance | ) ) ) | Case No: 18 C 839 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al | ) ) ) | |

### ORDER

Motions for leave to appear pro hac vice [14, 22] are granted.

Date: 4/3/18                                                          /s/ Judge Harry D. Leinenweber