IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC.,<br><br>Defendants. | Case No. 1:18-cv-00839<br><br>Judge Harry D. Leinenweber |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Under Local Rule 7.1, Defendants respectfully move for leave to file a brief in excess of 15 pages in support of their motion to dismiss. In support of their request, Defendants state:

1

1. The Complaint, filed by 20 Plaintiffs against six Defendants, contains 285 paragraphs, is (with exhibits) 175 pages, and asserts five counts. On May 9, 2018, Defendants intend to move for dismissal of the Complaint under Fed. R. Civ. P. 12(b).

2. If each of the six Defendants filed its own brief, Defendants would be allowed a total of 90 pages under Local Rule 7.1. But in an attempt to preserve judicial and party resources, Defendants anticipate filing a joint brief (the "Joint Brief") in support of their motion to dismiss, with one or more supplemental briefs (the "Supplemental Briefs") to be filed by some Defendants.

3. Because of the number and breadth of both the claims asserted in the Complaint and the grounds for dismissing those claims, Defendants do not believe that the 15 pages presumptively allowed by Local Rule 7.1 will be sufficient for Defendants to address the relevant issues in a helpful way. Defendants therefore request that they be permitted to file a Joint Brief and one or more Supplemental Briefs containing a total of up to 45 pages in support of Defendants' motion to dismiss.

4. Plaintiffs' counsel informed Defendants' counsel that Plaintiffs do not oppose Defendants' request. Defendants agree that Plaintiffs may file a brief of up to 45 pages in response to Defendants' motion to dismiss.[1]

Accordingly, Defendants respectfully request that the Court enter an order allowing Defendants to file briefs totaling up to 45 pages in support of Defendants' motion to dismiss.

Dated: May 7, 2018

Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Stephen J. Kane
MAYER BROWN LLP

---

[1] This motion is noticed for hearing on May 23, 2018, the same day that a status hearing is scheduled for this case. The parties will be prepared to discuss a briefing schedule on Defendants' motion at that time.

71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel to Defendant Ocwen Financial Corp.*

By: /s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000

Elizabeth A. Frohlich (*pro hac vice* application to be submitted)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (*pro hac vice* application to be submitted)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE

3

Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc. improperly also named as Altisource Portfolio Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 7, 2018.

/s/ Debra Bogo-Ernst