IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DECLARATION OF STEPHEN J. KANE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

I, Stephen J. Kane, declare as follows:

1. I am partner at Mayer Brown LLP, counsel for Defendant Ocwen Financial Corp. I submit this Declaration in Support of Defendants' Joint Motion to Dismiss. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. Attached as Exhibit A is a true and correct copy of (a) a letter, dated April 19, 2018, from the U.S. Department of Housing and Urban Development ("HUD") granting a FOIA request for a copy of a Determination of No Reasonable Cause in *Nat'l Fair Hous. Alliance et al. v. U.S. Bank, N.A.*, Case No. 01-12-0283-8, and (b) HUD's Determination of No Reasonable Cause in *Nat'l Fair Hous. Alliance et al. v. U.S. Bank, N.A.*, Case No. 01-12-0283-8.

3. Attached as Exhibit B are true and correct copies of the following municipal ordinances, each of which is available online through the cited Internet address:

- Columbus Code of Ordinances § 4707.03, available through https://www.columbus.gov/council/information/Online-City-Code-and-Charter/

- Milwaukee Code of Ordinances §§ 200-22.5-9(e-2), available at http://city.milwaukee.gov/ImageLibrary/Groups/ccClerk/Ordinances/Volume-2/Master-V2.pdf

- Tampa Code of Ordinances § 19-233(b), available through https://www.tampagov.net/info/laws-and-ordinances

I declare under penalty of perjury that the foregoing to true and correct to the best of my knowledge from information in my personal possession and information conveyed to me.

Dated: May 9, 2018        By:    /s Stephen J. Kane
                                                       Stephen J. Kane

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 9, 2018.

/s/     Debra Bogo-Ernst