IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DECLARATION OF KEVIN FLANNIGAN IN SUPPORT OF OCWEN FINANCIAL CORPORATION'S MOTION TO DISMISS**

I, Kevin Flannigan, declare as follows:

1. I am employed by Ocwen Financial Corporation ("Ocwen") as a Senior Loan Analyst. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. Ocwen is a Florida corporation headquartered in West Palm Beach, Florida.

3. Ocwen is a holding company that directly or indirectly owns subsidiaries that originate and service loans.

4. Ocwen has never been qualified to do business as a foreign corporation in Illinois or conducted business in Illinois. Ocwen has thus never provided services for any real-estate owned properties in Illinois.

5. Ocwen has never owned real property in Illinois or had an office in Illinois.

I declare under penalty of perjury that the foregoing to true and correct to the best of my knowledge from information in my personal possession and information conveyed to me.

Dated: May 8, 2018          By: _____
                                Kevin Flannigan

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 9, 2018.

/s/     Debra Bogo-Ernst