**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DECLARATION OF KENNETH M. KLIEBARD IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS "DEUTSCHE BANK," DEUTSCHE BANK AG, DEUTSCHE BANK NATIONAL TRUST COMPANY, AND DEUTSCHE BANK TRUST COMPANY AMERICAS**

I. Kenneth M. Kliebard, declare as follows:

1. I am an attorney admitted to practice before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas (collectively, the "Deutsche Bank Defendants"). I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as <u>Exhibit A</u> is a true and correct copy of a letter dated March 1, 2018 from my colleague, Elizabeth A. Frohlich, counsel for the Deutsche Bank Defendants, to Jennifer K. Soule and James G. Bradtke, counsel for Plaintiffs. That letter memorializes Plaintiffs' agreement not to serve "Deutsche Bank" because it is not an entity capable of being served.

3. The Deutsche Bank Defendants have identified IndyMac INDX Mortgage Loan Trust 2006-AR41 as the RMBS trust that held title to the property identified on page A13 of Appendix A to the Complaint as "6915 Forest Terrace, Landover, MD 20785" from November 10, 2010 to August 15, 2011.

I executed this declaration on this 9th day of May, 2018 at Chicago, Illinois.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 9, 2018

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Kenneth M. Kliebard
      Kenneth M. Kliebard

*Counsel to Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

-2-

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 9, 2018.


                                                /s/  Kenneth M. Kliebard

# EXHIBIT A

# Morgan Lewis

**Elizabeth A. Frohlich**
Partner
+1.415.442.1352
elizabeth.frohlich@morganlewis.com

March 1, 2018

**BY FEDERAL EXPRESS AND EMAIL**

Jennifer K. Soule
James G. Bradtke
Soule, Bradtke & Lambert
533 S. Division Street, Suite B
Elmhurst, Illinois 60126

Re: *National Fair Housing Alliance, et al. v. Deutsche Bank, et al.,*
U.S.D.C. N.D. Ill., Case No. 18-cv-00839

Dear Jennifer and James:

Enclosed herewith are Waivers of the Service of Summons for defendants Deutsche Bank AG, Deutsche Bank National Trust, and Deutsche Bank Trust Company Americas for the above-captioned action. We are not returning a Waiver of Service of Summons for "Deutsche Bank" because it is not a separate entity capable of being served.

Pursuant to my telephone conversation with Jennifer this afternoon, it is our understanding that (1) Plaintiffs will not seek to serve "Deutsche Bank" because it is not a separate entity capable of being served, and (2) we will work together to address the housekeeping issue of dismissal of "Deutsche Bank," and will also discuss a potential dismissal of Deutsche Bank AG.

Thank you, and we look forward to working with you in this case.

Sincerely,

*/s/ Elizabeth A. Frohlich*

Elizabeth A. Frohlich

Enclosures
c: Kenneth M. Kliebard, Esq. (by email)
Kevin M. Papay, Esq. (by email)

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA 94105-1596      +1.415.442.1000
United States                                   +1.415.442.1001

DB2/ 32905172.1