# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br>Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO
## FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Deutsche Bank AG,

Deutsche Bank National Trust Company ("DBNTC"), solely in its capacity as trustee of any

specific residential mortgage-backed securities at issue, and Deutsche Bank Trust Company Americas ("DBTCA"), solely in its capacity as trustee of any specific residential mortgage-backed securities at issue, hereby state as follows:

1. Deutsche Bank AG is a publicly held banking corporation organized under the laws of the Federal Republic of Germany. BlackRock, Inc. owns more than 5%, but less than 10%, of Deutsche Bank AG's stock;

2. DBNTC is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., a corporation organized under the laws of the State of Delaware. Deutsche Bank Holdings, Inc. is a wholly owned subsidiary of Deutsche Bank Trust Corporation, a corporation organized under the laws of the State of New York. Deutsche Bank Trust Corporation is a wholly owned subsidiary of DB USA Corporation, a corporation organized under the laws of the State of Delaware. DB USA Corporation is a wholly owned subsidiary of Deutsche Bank AG (described above); and

3. DBTCA is a wholly owned subsidiary of Deutsche Bank Trust Corporation, a corporation organized under the laws of the State of New York. Deutsche Bank Trust Corporation is a wholly owned subsidiary of DB USA Corporation, a corporation organized under the laws of the State of Delaware. DB USA Corporation is a wholly owned subsidiary of Deutsche Bank AG (described above).

//
//
//
//
//
//

Dated: May 9, 2018                      Respectfully submitted,

By: /s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000

Elizabeth A. Frohlich (*pro hac vice* application to be submitted)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 9, 2018.

                                          /s/ Kenneth M. Kliebard