# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| National Fair Housing Alliance ) | Case No: 18 C 839 |
| v. ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al ) | |

## ORDER

Motion for leave to appear pro hac vice [28] is granted.

Date: 5/15/18                                   /s/ Judge Harry D. Leinenweber