IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DEFENDANTS' MOTION TO AMEND THE BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS**

1

Defendants respectfully move to amend the briefing schedule on Defendants' motion to dismiss by granting Defendants a two-week extension of time in which to file their reply, through and including July 27, 2018. In support of their request, Defendants state:

1. On February 1, 2018, Plaintiffs filed the Complaint. (ECF 1)

2. On May 8, 2018, the Court granted in part Defendants' motion to file briefs exceeding 15 pages in support of Defendants' motion to dismiss the Complaint. (ECF 26) In doing so, the Court *sua sponte* set the following briefing schedule on Defendants' motion to dismiss: Defendants' motion by the previously established deadline of May 9, 2018, Plaintiffs' response by June 6, 2018, and Defendants' reply by June 13, 2018. (*Id.*)

3. On May 9, 2018, Defendants filed their motion to dismiss. (ECF 29)

4. Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs intend to file their response by June 6, 2018.

5. Defendants respectfully submit that they need more than the one week allotted under the briefing schedule to prepare an adequate reply. Defendants request a two-week extension, through June 27, 2018, for two principal reasons:

    a. The Complaint names six Defendants, which are represented by three law firms. In an attempt to preserve judicial and party resources, Defendants filed a joint brief in support of their motion to dismiss along with two shorter supplemental briefs. (ECF 30, 31, 33) Defendants anticipate similarly filing a joint reply along with two short supplemental replies. Drafting, coordinating, and reaching agreement on a joint reply involving six companies and three law firms requires substantial time.

    b. Defendants' motion to dismiss raises many distinct legal issues, including (1) the adequacy of the Complaint's discrimination allegations, (2) proximate cause, (3) elements

specific to the Complaint's five counts, (4) the statute of limitations, (5) standing, (6) whether certain Defendants were correctly named, and (7) personal jurisdiction. Moreover, the Court authorized Plaintiffs to file a response of up to 35 pages. (ECF 26) Defendants believe that replying to a 35-page brief addressing numerous legal issues in a case against six Defendants will require three weeks.

6. Plaintiffs will not be prejudiced by a two-week extension. To the contrary, the Complaint challenges conduct dating back to 2011 (ECF 1 ¶¶ 82, 250), and makes clear that Plaintiffs were on notice of their claims by 2011. (*Id.* ¶ 88) Plaintiffs cannot reasonably claim prejudice from a two-week extension after waiting years to sue.

7. Plaintiffs' counsel informed Defendants' counsel that Plaintiffs do not oppose a one-week extension of time for Defendants' reply (i.e., through June 20, 2018), but that they oppose any further extension.

Accordingly, Defendants respectfully request that the Court enter an order granting Defendants a two-week extension of time in which to file Defendants' reply in support of their motion to dismiss, through and including June 27, 2018.

Dated: May 30, 2018                 Respectfully submitted,

                                    By: /s/ Debra Bogo-Ernst
                                    Debra Bogo-Ernst
                                    Stephen J. Kane
                                    MAYER BROWN LLP
                                    71 South Wacker Drive
                                    Chicago, Illinois 60606
                                    Telephone: (312) 782-0600

                                    *Counsel to Defendant Ocwen Financial Corp.*

                                    By: /s/ Kenneth M. Kliebard
                                    Kenneth M. Kliebard
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    77 West Wacker Drive, Fifth Floor

3

Chicago, IL 60601
Telephone: (312) 324-1000

Elizabeth A. Frohlich (*pro hac vice* application pending)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc. improperly also named as Altisource Portfolio Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 30, 2018.


/s/  Debra Bogo-Ernst