# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| National Fair Housing Alliance et al | ) ) ) | Case No: 18 C 839 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al | ) ) |  |

## ORDER

Motions for leave to appear pro hac vice are granted [36, 37].

Date: 6/4/18 /s/ Judge Harry D. Leinenweber