IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE A REPLY BRIEF IN EXCESS OF 15 PAGES**

1

Under Local Rule 7.1, Defendants respectfully move for leave to file a reply brief in excess of 15 pages in support of their motion to dismiss, allowing Defendants to file a 20-page reply. In support of their request, Defendants state:

1. The Complaint, filed by 20 Plaintiffs against six Defendants, contains 285 paragraphs, is (with exhibits) 175 pages, and asserts five counts. (ECF 1)

2. On May 8, 2018, the Court granted in part Defendants' motion to file briefs exceeding 15 pages in support of Defendants' motion to dismiss the Complaint. (ECF 26) The Court allowed Defendants to file up to 35 pages of briefing in support of their motion to dismiss and likewise allowed Plaintiffs to file a response brief of up to 35 pages. (*Id.*)

3. On May 9, 2018, Defendants filed their motion to dismiss. (ECF 29) Defendants' motion to dismiss raises many legal issues, including (1) the adequacy of the Complaint's discrimination allegations, (2) proximate cause, (3) elements specific to the Complaint's five counts, (4) the statute of limitations, (5) standing as to some Defendants, and (6) whether certain Defendants are responsible for maintaining and/or marketing properties. (ECF 30, 33)

4. On June 6, 2018, Plaintiffs filed a 35-page response to Defendants' motion. (ECF 41) Plaintiffs' response attaches and incorporates a 50-page request for reconsideration that most of the Plaintiffs here filed, and later withdrew, in *National Fair Housing Alliance v. U.S. Bank*, HUD Case No. 0l-12-0283-8. (*See* ECF 41 at 9 n.4, 31 & n.20; ECF 41-1, Ex. A) Plaintiffs thus effectively filed an 85-page response to Defendants' motion.

5. Given the number of issues and the length of Plaintiffs' brief, Defendants do not believe that the 15 pages presumptively allowed by Local Rule 7.1 will be sufficient for Defendants to address the relevant issues in a helpful way. Defendants therefore request a 5-page

extension, allowing Defendants to file a reply brief or briefs[1] totaling up to 20 pages.

6. Plaintiffs' counsel informed Defendants' counsel that Plaintiffs do not oppose the relief requested herein.

Accordingly, Defendants respectfully request that the Court enter an order allowing Defendants to file a reply brief or briefs totaling up to 20 pages.

Dated: June 12, 2018

Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Stephen J. Kane
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel to Defendant Ocwen Financial Corp.*

By: /s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000

Elizabeth A. Frohlich (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP

---

[1] Defendants filed a joint brief in support of their motion to dismiss and two supplemental briefs filed by certain Defendants. Defendants anticipate similarly filing a joint reply; some Defendants may also file a supplemental reply.

233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc. improperly also named as Altisource Portfolio Solutions, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on June 12, 2018.

                                             /s/ Debra Bogo-Ernst