**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK; DEUTSCHE BANK AG; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC.,<br><br>Defendants. | Case No. 1:18-cv-00839<br><br>Judge Harry D. Leinenweber |

**DECLARATION OF KENNETH M. KLIEBARD IN SUPPORT OF SUPPLEMENTAL
REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS
"DEUTSCHE BANK," DEUTSCHE BANK AG, DEUTSCHE BANK NATIONAL TRUST
COMPANY, AND DEUTSCHE BANK TRUST COMPANY AMERICAS**

I. Kenneth M. Kliebard, declare as follows:

1. I am an attorney admitted to practice before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas (collectively, the "Deutsche Bank Defendants"). I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. The first five properties identified on page A1 of Appendix A to the Complaint (Dkt. 1) are 808 Condor Court, Antioch, CA 94509; 3354 Hacienda Way, Antioch, CA 94509; 510 West 10th Street, Antioch, CA 94509; 1781 Helane Court, Benicia, CA 94510; and 71 Carolina Drive, Benicia, CA 94510.

3. Attached as Exhibit A is a true and correct copy of a property report that includes the property deed for 808 Condor Court, Antioch, CA 94509, which was obtained via a search of publicly available property records using http://www.datatree.com. The deed shows that the property was titled to "Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2."

4. Attached as Exhibit B is a true and correct copy of a property report that includes the property deed for 3354 Hacienda Way, Antioch, CA 94509, which was obtained via a search of publicly available property records using http://www.datatree.com. The deed shows that the property was titled to "DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORTGAGE STANLEY ABS CAPITAL I TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE7."

5.     Attached as Exhibit C is a true and correct copy of a property report that includes the property deed for 510 West 10th Street, Antioch, CA 94509, which was obtained via a search of publicly available property records using http://www.datatree.com.  The deed shows that the property was titled to "DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9."

5.     Attached as Exhibit D is a true and correct copy of a property report that includes the property deed for 1781 Helane Court, Benicia, CA 94510, which was obtained via a search of publicly available property records using http://www.datatree.com.  The deed shows that the property was titled to "DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2."

6.     Attached as Exhibit E is a true and correct copy of a property report that includes the property deed for 71 Carolina Drive, Benicia, CA 94510, which was obtained via a search of publicly available property records using http://www.datatree.com.  The deed shows that the property was titled to "Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset-backed Pass-through Certificates, Series 2007-QO4."

7.     Attached as Exhibit F[1] is a true and correct copy of the Pooling and Servicing Agreement for IndyMac INDX Mortgage Loan Trust 2006-AR41. As stated in Footnote 6 on page 5 of the Supplemental Memorandum in Support of Motion to Dismiss by Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas (Dkt. 33), this document is publicly available at

---

[1] For electronic filing purposes, Exhibit F has been divided into three parts to comply with file size requirements:  Exhibit F (Part 1 of 3), Exhibit F (Part 2 of 3), and Exhibit F (Part 3 of 3).

-3-

https://www.sec.gov/Archives/edgar/data/1384691/000090514807000184/efc7-

0019_6006707ex991.txt (last accessed June 27, 2018).

      I executed this declaration on this 27th day of June, 2018 at Chicago, Illinois.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 27, 2018                MORGAN, LEWIS & BOCKIUS LLP

                                        By:     /s/ Kenneth M. Kliebard
                                                     Kenneth M. Kliebard

*Counsel to Defendants "Deutsche Bank," Deutsche Bank AG, Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Americas*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on June 27, 2018.

                                          /s/  Kenneth M. Kliebard