# EXHIBIT A

# TotalView Report
**808 Condor Ct, Antioch, CA 94509-6948**
APN: 072-283-020-5

Reference ID: 100383-0159
Contra Costa County Data as of: 06/14/2018



| | |
|---|---|
| Owner Name: | Kimisha Hall / Allen Jackson |
| Vesting: | Unmarried Woman / Joint Tenant |
| Mailing Address: | 808 Condor Ct, Antioch, CA 94509-6948 |
| **Value Range:** | $437,990 - $528,892 |

Property Description: A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF CONTRA COSTA, WITH A SITUS ADDRESS OF 808 CONDOR CT, ANTIOCH CA 94509-6948 C034 CURRENTLY OWNED BY HALL KIMISHA / JACKSON ALLEN HAVING A TAX ASSESSOR NUMBER OF 072-283-020-5 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS T06163 L0361 B AND DESCRIBED IN DOCUMENT NUMBER 70004 DATED 5/1/2018 AND RECORDED 5/4/2018.

## Last Market Sale
| | |
|---|---|
| Seller: | Secretary Of Hud |
| Buyer: | Hall Kimisha / Jackson Allen |
| Sale Date: | 05/01/2018 |
| Rec Date: | 05/04/2018 |
| Sale Price: | $485,000 |

## Current Listing Status
| | |
|---|---|
| Status: | Sold |
| List Price: | $450,000 |
| Sold Price: | $485,000 |
| DOM: | 66 |

## Active Foreclosure Status
There is no foreclosure data available.

## Association Information

| Type | Name | Address | Phone / Email | Est. Amount / Frequency |
|---|---|---|---|---|
| There is no association data available. | | | | |

## Property Details - Public Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Use: | SFR | Bedrooms: | 5 | Living Area: | 2,753 Sq. Ft. | Year Built / Eff: | 1989 / 2004 |
| Zoning: | R1 | Baths (F / H): | 3 / | Lot Area: | 11,520 Sq. Ft. | Stories: | 2 |
| Subdiv / Tct: | / 6163 | Total Rooms: | 9 | Basement: | | Parking Type: | Garage |
| Style: | Contemporary | Pool: | Yes | Cooling: | Central | Garage #: | 2 |
| Exterior Wall: | Wood Siding | Fireplace: | 1 | Heating: | Forced Air | Price / Sq. Ft.: | $176 |

## Property Details - Listing Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prop. Type: | | Lot Area: | 11,520 Sq. Ft. | Stories: | | Garage #: | |
| Sub Type: | Detached | Living Area: | 2,753 Sq. Ft. | Pool: | In Ground, Pool Cover | | |
| Zoning: | | Basement: | N | Fireplace: | | | |
| Year Built: | 1989 | Bedrooms: | 5 | Heat / Cooling: | Forced Air / Central, Fan Cooling | | |
| Style: | Contemporary, Detached | Baths: | 3 | Roof Material: | Tile | | |
| Parking Type: | Attached Garage, Off Street, Rv/Boat Parking, Side Yard Access | | | | | | |
| Int. Features: | | | | | | | |
| Ext. Features: | Stone, Wood Siding | | | | | | |

## Open Liens - Current Owner

| | | | |
|---|---|---|---|
| Owner 1: | Kimisha Hall | Combined Loan To Value: | 95% |
| Owner 2: | Allen Jackson | Estimated Equity: | $22,691 |

| Date | Position / Type | Verified | Amount | Lender | Borrower(s) | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| 05/04/2018 | 1st / Trust Deed/Mortgage | | $460,750 | Summit Funding Inc | Hall Kimisha / Jackson Allen | Conventional | / 30 Years |

## Involuntary Liens - Current Owner
05/04/2018 through 06/22/2018
Debtor: Kimisha Hall / Allen Jackson



| Date | Type | Description | Party 1 | Party 2 | Document # |
|------|------|-------------|---------|---------|------------|
| There is involuntary lien coverage available for this county, but there are none associated with this property. | | | | | |

## Prior Loan History - Current Owner

Borrower 1:
Borrower 2:

| Date | Type | Verified | Amount | Lender | Borrower | Loan Type | Type / Term |
|------|------|----------|--------|--------|----------|-----------|-------------|
| There is no loan history data available. | | | | | | | |

## Transfers & Conveyances - Current Owner

| Date | Document | Verified | Type | From | To | Amount |
|------|----------|----------|------|------|-----|--------|
| 05/04/2018 | Deed Transfer | | Resale | Secretary Of Hud | Hall Kimisha / Jackson Allen | $485,000 |

## Ownership History (Full Value Transfers) - All Owners

| Date | Document | Verified | Type | Seller | Buyer | Amount |
|------|----------|----------|------|--------|-------|--------|
| 05/04/2018 | Deed Transfer | | Resale | Secretary Of Hud | Hall Kimisha / Jackson Allen | $485,000 |
| 07/02/2014 | Deed Transfer | ✓ | Resale | Deutsche BK Trust 2005-2 | Patillo Noel SR / Patillo Charmeaka | $415,000 |
| 08/15/1988 | Deed Transfer | | Subdivision | Centex Real Esta | Bradley Kathleen | $197,500 |

## Loan History - Prior Owner

Borrower 1:   Patillo Noel Sr
Borrower 2:   Patillo Charmeaka

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|----------|--------|-------------|--------|-----------|-------------|------|------------|
| 07/02/2014 | Trust Deed/Mortgage | ✓ | $407,483 | Patillo Noel SR / Patillo Charmeaka | Land HM Fin'l Svcs | Federal Housing Administration | / 30 Years | | 2014.109087 |

## Tax Status

### Tax Authority - Contra Costa County

| | | | |
|---|---|---|---|
| Agency ID: | 40070000 | Last Updated: | 06/15/2018 |
| Tax ID: | 072-283-020-5 | Type: | Primary |
| Address: | 625 Court Street, Martinez, CA 94553 | | |

### 2017-18 Taxes

| | | | |
|---|---|---|---|
| Status: | Paid | Assessed Value: | $5,636.24 |
| Exemption: | | Land Value: | $129,030 |
| Property Tax: | $5,636.24 | Improvement Value: | $340,170 |

| | Tax Type / Basis | Amount | Status | Date Paid | Delinquent After | Penalty | Balance Due |
|---|------------------|--------|--------|-----------|------------------|---------|-------------|
| Installment 1 | Partial | $2,818.12 | Paid | 12/06/2017 | 12/11/2017 | $281.81 | |
| Installment 2 | Partial | $2,818.12 | Paid | 01/23/2018 | 04/10/2018 | $301.81 | |

## Assessment Details

| Description | Type | Amount |
|-------------|------|--------|
| Delta Diablo Z3 Antioch | Sewer | $357.22 |



| | Misc Assessments | $97.65 |
|---|---|---|

## Listing History

| 808 CONDOR CT, ANTIOCH, CA 94509-6948 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Type | Listed At | Sold For | $ / Sq. Ft. | Days On Market |
| 05/04/2018 | Sold | | $450,000 | $485,000 | $176 | 66 |
| 02/27/2018 | Pending | | $450,000 | | $163 | 13 |
| 02/27/2018 | Active | New Listing | $450,000 | | $163 | 2 |
| 07/03/2014 | Sold | Sold | $418,000 | $415,000 | $151 | 104 |
| 07/02/2014 | Sold | Sold | $418,000 | $415,000 | $151 | 104 |
| 03/20/2014 | Pending | | $418,000 | | $152 | 36 |
| 03/20/2014 | Active | New Listing | $418,000 | | $152 | 8 |
| 01/04/2013 | Canceled | Off Market | $270,000 | | $98 | 1306 |
| 01/04/2013 | Active | New Listing | $270,000 | | $98 | -41265 |



## Comparables & Nearby Listings

**Subject Property:** 808 Condor Ct, Antioch, CA 94509



- Subject Property
- Comparables
- Nearby Listings

| # | MI | ST Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|----|-----------|------|----------|--------|-----------|---------|-------------|------------|----------|-----|

**COMPARABLES**

There is no comparable data available.

| # | MI | ST Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|----|-----------|------|----------|--------|-----------|---------|-------------|------------|----------|-----|

**NEARBY LISTINGS**

There is no nearby listing data available.

DataTree by First American

© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

PAGE 4 OF 5

## Market Trends - Antioch, CA (94509-6948)

### Last 30 Days

Recent trend data for Antioch, CA (94509-6948) indicate months of supply has decreased by 0.57 in the last 30 days, putting upward pressure on prices and if these trends continue show signs of a seller's market.

| New Listings | Closed Sales |
|---|---|
| **7%** ⬇ | **100%** ⬆ |
| 26 Listings | 46 Sales |





### 6 Month Sales Trend

These sales statistics provide a snapshot of sales trends for Antioch, CA (94509-6948). In the last 6 months there were 430 homes sold and the average sale price was $387K. This 17% decline in sales suggests that there is a relative contraction of supply in the market.

| Homes Sold | Avg. Sold $ | Avg. Sold $ / Sq. Ft. | Avg. Age |
|---|---|---|---|
| 430 | $387K | $257 | 46 |
| 17% ⬇ | 3% ⬆ | 6% ⬆ | 5% ⬆ |

### 6 Month Listing Trend

These listing statistics provide a snapshot of listing trends for Antioch, CA (94509-6948). In the last 6 months there were 240 homes listed for sale and the average list price was $396K. The average days on market for listings decreased to 48 days from the previous period, which indicates a strengthening market relative to the prior period.

| Homes for Sale | Avg. List $ | Avg. List $ / Sq. Ft. | Avg. DOM |
|---|---|---|---|
| 240 | $396K | $257 | 48 |
| 353% ⬆ | 64% ⬆ | 28% ⬆ | 37% ⬇ |

### Subject vs Recently Sold Properties

| Sale Price | Living Area (Sq. Ft.) | Price / Sq. Ft. |
|---|---|---|
| $485K | 2,753 | $176 |
| $45K — $750K | 544 — 5,588 | $22 — $540 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (VERIFIED) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

2014P010908600007
CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC-2014-0109086-00
Acct  1082-LSI Title INC Irvine CA
Wednesday, JUL 02, 2014 14:00:41
MOD   $7.00|REC   $17.00|FTC   $6.00
RED   $1.00|ERD   $1.00|ANT $456.50
Ttl Pd   $488.50          Nbr-0002008690
kat/RC/1-7

**RECORDING REQUESTED BY:**
LSI Title Company, Inc.

Escrow No.: 20343JA
Title No.: 140048548

**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**
Noel Deshone Patillo
808 Condor Ct.
Antioch, CA 94509

Parcel No.:   072-283-020-5

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

**The undersigned grantor(s) declare(s)**
**Documentary transfer tax is $~~150.00~~ 456.50**
- ☑ Computed on full value of property conveyed, or
- ☐ Computed on full value less value of liens or encumbrances remaining at time of sale,
- ☑ City of Antioch.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 hereby GRANT(S) to Noel Deshone Patillo Sr. and Charmeaka Patillo Husband and Wife as Joint Tenants**
the following described real property in the City of Antioch, County of Contra Costa, State of California:

Legal description attached hereto and made a part hereof marked Exhibit "One"

DATED: April 17, 2014

Deutsche Bank National Trust Company, as Trustee,
in trust for registered Holders of Long Beach
Mortgage Loan Trust 2005-2, Asset-Backed
Certificates, Series 2005-2

BY: _____ 4/24/14
Mike Sanders, Doc. Control Officer
Select Portfolio Servicing, Inc as attorney in Fact

Mail Tax Statements to same address as above

GRANT DEED

State of Utah
County of Salt Lake

On __04/24/14__ before me, __Dhari Handy__, Notary Public, personally appeared

Mike Sanders, Doc. Control Officer
_____

_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Utah that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____ (Seal)

DHARI HANDY
Notary Public State of Utah
My Commission Expires on:
October 10, 2016
Comm. Number: 659121

---

**GRANT DEED**

# EXHIBIT "ONE"

LOT 361, MAP OF SUBDIVISION 6163, FILED NOVEMBER 2, 1984 IN MAP BOOK 284, PAGE 33, CONTRA COSTA COUNTY RECORDS.
EXCEPTING THEREFROM
ALL OIL, GAS AND MINERALS LYING 500 FEET BELOW THE SURFACE THEREOF, BUT WITHOUT RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM KATHLEEN MAUSSER, RECORDED MAY 4, 1965 IN BOOK 4860, PAGE 672, OFFICIAL RECORDS, AND AS MODIFIED BY INSTRUMENT RECORDED JULY 23, 1971, BOOK 6438, PAGE 157, OFFICIAL RECORDS.

GRANT DEED

GOVERNMENT CODE 27361.7

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ILLEGIBLE PORTION OF THE DOCUMENT TO WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:

THE FOLLOWING PAGES ARE FOR CLARITY PURPOSE ONLY

PLACE OF EXECUTION: IRVINE, CA

DATE 06/27/2014

_____
SAL ALVAREZ, SERVICELINK

**RECORDING REQUESTED BY:**
LSI Title Company, Inc.

**Escrow No.:** 20343JA
**Title No.:** 140048548

**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**
Noel Patillo, Sr. and Charmeaka Patillo
808 Condor Court
Antioch, CA 94509

Parcel No.: 072-283-020-5

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

**The undersigned grantor(s) declare(s)**
**Documentary transfer tax is $456.50**
- ☒ Computed on full value of property conveyed, or
- ☐ Computed on full value less value of liens or encumbrances remaining at time of sale,
- ☒ City of Antioch.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 hereby GRANT(S) to Noel Patillo, Sr. and Charmeaka Patillo, Husband and Wife as Joint Tenants**

the following described real property in the City of Antioch, County of Contra Costa, State of California:

Legal description attached hereto and made a part hereof marked Exhibit "One"

DATED: June 27, 2014

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2

BY:_____

Select Portfolio Servicing, Inc as attorney in Fact

Mail Tax Statements to same address as above

GRANT DEED

State of Utah
County of Salt Lake

On _____ before me, _____, Notary Public, personally appeared

_____

_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Utah that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature_____ (Seal)

---

**GRANT DEED**

# EXHIBIT "ONE"

LOT 361, MAP OF SUBDIVISION 6163, FILED NOVEMBER 2, 1984 IN MAP BOOK 284, PAGE 33, CONTRA COSTA COUNTY RECORDS.
EXCEPTING THEREFROM
ALL OIL, GAS AND MINERALS LYING 500 FEET BELOW THE SURFACE THEREOF, BUT WITHOUT RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM KATHLEEN MAUSSER, RECORDED MAY 4, 1965 IN BOOK 4860, PAGE 672, OFFICIAL RECORDS, AND AS MODIFIED BY INSTRUMENT RECORDED JULY 23, 1971, BOOK 6438, PAGE 157, OFFICIAL RECORDS.

---

GRANT DEED