# EXHIBIT B

# TotalView Report

**3354 Hacienda Way, Antioch, CA 94509-5408**
APN: 076-302-012-0

Reference ID: 100383-0159
Contra Costa County Data as of: 06/14/2018



| | |
|---|---|
| Owner Name: | Kennedy C Herrera |
| Vesting: | Single Man |
| Mailing Address: | 3354 Hacienda Way, Antioch, CA 94509-5408 |

**Value Range:** $334,214 - $484,605

Property Description: A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF CONTRA COSTA, WITH A SITUS ADDRESS OF 3354 HACIENDA WAY, ANTIOCH CA 94509-5408 C018 CURRENTLY OWNED BY HERRERA KENNEDY C HAVING A TAX ASSESSOR NUMBER OF 076-302-012-0 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS TRACT 3924 LOT 748 EX MR & FEE BLW 500FT AND DESCRIBED IN DOCUMENT NUMBER 14316 DATED 1/14/2015 AND RECORDED 1/28/2015.

## Last Market Sale

| | |
|---|---|
| Seller: | Deutsche Bank 2006-He7 |
| Buyer: | Herrera Kennedy C |
| Sale Date: | 01/14/2015 |
| Rec Date: | 01/28/2015 |
| Sale Price: | $248,000 |

## Current Listing Status

There is no listing data available.

## Active Foreclosure Status

There is no foreclosure data available.

## Association Information

| Type | Name | Address | Phone / Email | Est. Amount / Frequency |
|---|---|---|---|---|
| There is no association data available. | | | | |

## Property Details - Public Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Use: | SFR | Bedrooms: | 3 | Living Area: | 1,510 Sq. Ft. | Year Built / Eff: | 1972 / 1972 |
| Zoning: | R6 | Baths (F / H): | 2 / | Lot Area: | 8,250 Sq. Ft. | Stories: | 1 |
| Subdiv / Tct: | Mira Vista Unit #7 / 3924 | Total Rooms: | 8 | Basement: | | Parking Type: | Garage |
| Style: | Ranch | Pool: | Yes | Cooling: | Central | Garage #: | 2 |
| Exterior Wall: | Stucco | Fireplace: | 1 | Heating: | Central | Price / Sq. Ft.: | $164 |

## Property Details - Listing Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prop. Type: | Single_Family | Lot Area: | 8,250 Sq. Ft. | Stories: | 1 | Garage #: | |
| Sub Type: | Detached | Living Area: | 1,510 Sq. Ft. | Pool: | In Ground | | |
| Zoning: | 1001 | Basement: | N | Fireplace: | | | |
| Year Built: | 1972 | Bedrooms: | 3 | Heat / Cooling: | Forced Air / Central, Fan Cooling | | |
| Style: | Detached, Ranch | Baths: | 2 | Roof Material: | Composition Shingles, Other | | |
| Parking Type: | Attached, Attached Garage Int Access From Garage Side Yard Access, Side Yard Access | | | | | | |
| Int. Features: | | | | | | | |
| Ext. Features: | Brick, Stucco, Wood Siding | | | | | | |

## Open Liens - Current Owner

| | | | | |
|---|---|---|---|---|
| Owner 1: | Kennedy C Herrera | | Combined Loan To Value: | 0% |
| Owner 2: | | | Estimated Equity: | $250,943 |

| Date | Position / Type | Verified | Amount | Lender | Borrower(s) | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no open lien data available. | | | | | | | |

## Involuntary Liens - Current Owner

01/28/2015 through 06/22/2018
Debtor: Kennedy C Herrera

---



| Date | Type | Description | Party 1 | Party 2 | Document # |
|---|---|---|---|---|---|
| 06/29/2015 | Support Judgment | Order For Support | Herrera Kennedy C | | 2015.133636 |

## Prior Loan History - Current Owner

Borrower 1:
Borrower 2:

| Date | Type | Verified | Amount | Lender | Borrower | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no loan history data available. | | | | | | | |

## Transfers & Conveyances - Current Owner

| Date | Document | Verified | Type | From | To | Amount |
|---|---|---|---|---|---|---|
| 01/28/2015 | Deed Transfer | ✓ | Resale | Deutsche Bank 2006-He7 | Herrera Kennedy C | $248,000 |

## Ownership History (Full Value Transfers) - All Owners

| Date | Document | Verified | Type | Seller | Buyer | Amount |
|---|---|---|---|---|---|---|
| 01/28/2015 | Deed Transfer | ✓ | Resale | Deutsche Bank 2006-He7 | Herrera Kennedy C | $248,000 |
| 06/15/2006 | Deed Transfer | | Resale | Byrd Joe O & Joy M | Trimble David / Trimble Mary L | $490,000 |
| 08/12/1999 | Deed Transfer | | Resale | Borovkoff, John & Jane | Byrd Joe O / Byrd Joy M | $121,500 |
| 08/17/1994 | Deed Transfer | | Resale | Norwood, Robert C | Borovkoff Jane / Borovkoff John | $143,500 |

## Loan History - Prior Owner

Borrower 1:  Trimble David W
Borrower 2:  Trimble Mary L

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/2007 | Trust Deed/Mortgage | | $119,002 | Trimble David W / Trimble Mary L | Bank of America | Conventional | Var / | | 2007.118127 |
| 10/06/2006 | Trust Deed/Mortgage | | $100,000 | Trimble David W / Trimble Mary L | Bank of America | Conventional | Var / | | 2006.318427 |
| 06/15/2006 | Trust Deed/Mortgage | | $318,500 | Trimble David / Trimble Mary L | Home123 Corp | Conventional | Fix / | | 2006.189674 |

## Tax Status

### Tax Authority - Contra Costa County

Agency ID: 40070000
Tax ID: 076-302-012-0
Address: 625 Court Street, Martinez, CA 94553
Last Updated: 06/15/2018
Type: Primary

### 2017-18 Taxes

Status:
Exemption:
Property Tax: $3,254.26
Assessed Value: $3,254.26
Land Value: $108,733
Improvement Value: $148,083

| | Tax Type / Basis | Amount | Status | Date Paid | Delinquent After | Penalty | Balance Due |
|---|---|---|---|---|---|---|---|
| Installment 1 | Partial | $1,627.13 | Delinquent | | 12/11/2017 | $162.71 | $1,789.84 |
| Installment 2 | Partial | $1,627.13 | Delinquent | | 04/10/2018 | $182.71 | $1,809.84 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.  PAGE 2 OF 5

## Assessment Details

| Description | Type | Amount |
|---|---|---|
| Delta Diablo Z3 Antioch | Sewer | $357.22 |
|  | Misc Assessments | $61.04 |

## Listing History

| 3354 HACIENDA WAY, ANTIOCH, CA 94509-5408 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Type | Listed At | Sold For | $ / Sq. Ft. | Days On Market |
| 01/28/2015 | Sold |  | $242,000 | $248,000 | $164 | 41 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

## Comparables & Nearby Listings

**Subject Property:** 3354 Hacienda Way, Antioch, CA 94509



■ Subject Property   ■ Comparables   ■ Nearby Listings

### COMPARABLES

| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.12 |  | 1215 Putnam St, Antioch, CA 94509 | 12/27/2017 | $390,000 |  |  | 1,707 | $228 | 4 / 2 | 7,210 | 46 |
| 2 | 0.14 |  | 1005 Monterey Dr, Antioch, CA 94509 | 04/13/2018 | $425,000 |  |  | 1,510 | $281 | 3 / 2 | 7,800 | 45 |
| 3 | 0.22 |  | 1236 Putnam St, Antioch, CA 94509 | 05/18/2018 | $460,000 |  |  | 1,573 | $292 | 4 / 2 | 8,050 | 46 |
| 4 | 0.30 | L | 1305 Monterey Dr, Antioch, CA 94509 |  |  | 05/27/2018 | $410,000 | 1,562 | $262 | 3 / 2 | 7,200 | 49 |
| 5 | 0.32 |  | 3505 Rio Grande Dr, Antioch, CA 94509 | 06/07/2018 | $415,000 |  |  | 1,707 | $243 | 4 / 2 | 7,006 | 45 |
| 6 | 0.33 |  | 2905 El Paso Way, Antioch, CA 94509 | 11/30/2017 | $410,000 |  |  | 1,390 | $295 | 3 / 2 | 6,825 | 38 |
| 7 | 0.35 |  | 3705 Union Ct, Antioch, CA 94509 | 04/30/2018 | $462,500 |  |  | 1,701 | $272 | 3 / 3 | 4,075 | 30 |
| 8 | 0.35 |  | 3113 Brook Ct, Antioch, CA 94509 | 12/14/2017 | $450,000 |  |  | 1,677 | $268 | 3 / 2 | 11,220 | 30 |
| 9 | 0.37 | L | 2836 Woodhall Way, Antioch, CA 94509 |  |  | 05/25/2018 | $442,800 | 1,608 | $275 | 3 / 2 | 7,344 | 42 |
| 10 | 0.37 |  | 3140 G St, Antioch, CA 94509 | 02/22/2018 | $450,000 |  |  | 1,433 | $314 | 3 / 2 | 5,940 | 45 |

L: Listed    R: REO    RS: REO Sale    SS: Short Sale    D: Default    A: Auction

### NEARBY LISTINGS

| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

There is no nearby listing data available.



## Market Trends - Antioch, CA (94509-5408)

### Last 30 Days

Recent trend data for Antioch, CA (94509-5408) indicate months of supply has decreased by 0.57 in the last 30 days, putting upward pressure on prices and if these trends continue show signs of a seller's market.

| New Listings | Closed Sales |
|---|---|
| **7%** ↓ | **100%** ↑ |
| 26 Listings | 46 Sales |





### 6 Month Sales Trend

These sales statistics provide a snapshot of sales trends for Antioch, CA (94509-5408). In the last 6 months there were 430 homes sold and the average sale price was $387K. This 17% decline in sales suggests that there is a relative contraction of supply in the market.

| Homes Sold | Avg. Sold $ | Avg. Sold $ / Sq. Ft. | Avg. Age |
|---|---|---|---|
| 430 | $387K | $257 | 46 |
| 17% ↓ | 3% ↑ | 6% ↑ | 5% ↑ |

### 6 Month Listing Trend

These listing statistics provide a snapshot of listing trends for Antioch, CA (94509-5408). In the last 6 months there were 240 homes listed for sale and the average list price was $396K. The average days on market for listings decreased to 48 days from the previous period, which indicates a strengthening market relative to the prior period.

| Homes for Sale | Avg. List $ | Avg. List $ / Sq. Ft. | Avg. DOM |
|---|---|---|---|
| 240 | $396K | $257 | 48 |
| 353% ↑ | 64% ↑ | 28% ↑ | 37% ↓ |

### Subject vs Recently Sold Properties

| Sale Price | Living Area (Sq. Ft.) | Price / Sq. Ft. |
|---|---|---|
| $248K | 1,510 | $164 |
| $45K — $750K | 544 — 5,588 | $22 — $540 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (VERIFIED) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

| | |
|---|---|
| **RECORDING REQUESTED BY:**<br>ServiceLink Title Company<br><br>Escrow No.: 22370LJ<br>Title No.: 140191749<br><br>**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**<br>Kennedy C. Herrera<br>3354 HACIENDA WAY<br>Antioch, CA 94509 | 2015P001431600003<br>**CONTRA COSTA Co Recorder Office**<br>**JOSEPH CANCIAMILLA, Clerk-Recorder**<br>DOC-2015-0014316-00<br>Acct  1082-LSI Title INC Irvine CA<br>Wednesday, JAN 28, 2015 09:14:58<br>MOD   $3.00\|REC   $13.00\|FTC    $2.00<br>RED    $1.00\|ERD    $1.00\|ANT  $272.80<br>Ttl Pd   $292.80          Nbr-0002175202<br>JEB/RC/1-3 |

Parcel No.: 076-302-012-0                                                SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

**The undersigned grantor(s) declare(s)**
**Documentary transfer tax is $272.80**
- ☑   Computed on full value of property conveyed, or
- ☐   Computed on full value less value of liens or encumbrances remaining at time of sale,
- ☑   City of Antioch.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2006-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE7 hereby GRANT(S) to Kennedy C. Herrera, a single man

the following described real property in the City of Antioch, County of Contra Costa, State of California:

Legal description attached hereto and made a part hereof marked Exhibit "One"

DATED: January 14, 2015

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE, IN TRUST FOR THE REGISTERED
HOLDERS OF MORGAN STANLEY ABS CAPITAL I
TRUST 2006-HE7, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-HE7

BY: _____  1/20/15
Eric Nelson, Document Control Officer
Select Portfolio Servicing, Inc as attorney in Fact

Mail Tax Statements to same address as above

---

GRANT DEED

State of Utah
County of Salt Lake

On \_\_\_1.20.2015\_\_\_ before me, \_\_Holly Lumbert\_\_, Notary Public, personally appeared

Eric Nelson, Document Control Officer

_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Utah that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature_____ (Seal)

HOLLY LUMBERT
Notary Public State of Utah
My Commission Expires on:
September 11, 2017
Comm. Number: 670331

GRANT DEED

# EXHIBIT "ONE"

LOT 748 OF TRACT 3924, MIRA VISTA UNIT NO. 7, AS SHOWN ON THE MAP THEREOF, FILED APRIL 8, 1970, IN BOOK 129 OF MAPS, AT PAGES 47 TO 52, INCLUSIVE, CONTRA COSTA COUNTY RECORDS.

EXCEPTING THERE FROM:

THAT PORTION THEREOF LYING BELOW A DEPTH OF 500 FEET AS RESERVED IN THE DEED FROM STANDARD OIL COMPANY OF CALIFORNIA, GARROW &AMP; VETRANO, INC., DATED DECEMBER 8, 1964, AND RECORDED DECEMBER 31, 1964, IN BOOK 4774 OF OFFICIAL RECORDS OF CONTRA COSTA COUNTY, PAGE 36.