# EXHIBIT C

# TotalView Report

**510 W 10th St, Antioch, CA 94509-1654**
APN: 066-207-002-8

Reference ID: 100383-0159
Contra Costa County Data as of: 06/14/2018

| | |
|---|---|
| Owner Name: | Abel Morales |
| Vesting: | Single Man |
| Mailing Address: | 510 W 10th St, Antioch, CA 94509-1654 |
| **Value Range:** | $281,116 - $414,066 |

Property Description: A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF CONTRA COSTA, WITH A SITUS ADDRESS OF 510 W 10TH ST, ANTIOCH CA 94509-1654 C009 CURRENTLY OWNED BY MORALES JR ABEL HAVING A TAX ASSESSOR NUMBER OF 066-207-002-8 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS TOWN OF ANTIOCH LOT 10 BLK 114 AND DESCRIBED IN DOCUMENT NUMBER 185766 DATED 10/6/2017 AND RECORDED 10/11/2017.

## Last Market Sale

| | |
|---|---|
| Seller: | Espinoza Ruben A Juan J Arellano |
| Buyer: | Morales JR Abel |
| Sale Date: | 10/06/2017 |
| Rec Date: | 10/11/2017 |
| Sale Price: | $335,000 |

## Current Listing Status
There is no listing data available.

## Active Foreclosure Status
There is no foreclosure data available.

## Association Information

| Type | Name | Address | Phone / Email | Est. Amount / Frequency |
|---|---|---|---|---|
| There is no association data available. | | | | |

## Property Details - Public Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Use: | SFR | Bedrooms: | 2 | Living Area: | 1,094 Sq. Ft. | Year Built / Eff: | 1903 / 1903 |
| Zoning: | R3 | Baths (F / H): | 1 / | Lot Area: | 5,000 Sq. Ft. | Stories: | 1 |
| Subdiv / Tct: | Town Of Antioch / | Total Rooms: | 5 | Basement: | | Parking Type: | Garage |
| Style: | | Pool: | | Cooling: | Central | Garage #: | 1 |
| Exterior Wall: | | Fireplace: | | Heating: | | Price / Sq. Ft.: | $306 |

## Property Details - Listing Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prop. Type: | | Lot Area: | 5,000 Sq. Ft. | Stories: | 1 | Garage #: | |
| Sub Type: | Detached | Living Area: | 1,103 Sq. Ft. | Pool: | None | | |
| Zoning: | | Basement: | N | Fireplace: | | | |
| Year Built: | 1903 | Bedrooms: | 3 | Heat / Cooling: | Forced Air / Central, Fan Cooling | | |
| Style: | Detached, Traditional | Baths: | 2 | Roof Material: | Composition Shingles | | |
| Parking Type: | None | | | | | | |
| Int. Features: | | | | | | | |
| Ext. Features: | Wood Siding | | | | | | |

## Open Liens - Current Owner

| | | | |
|---|---|---|---|
| Owner 1: | Abel Morales | Combined Loan To Value: | 101% |
| Owner 2: | | Estimated Equity: | |

| Date | Position / Type | Verified | Amount | Lender | Borrower(s) | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| 10/11/2017 | 1st / Trust Deed/Mortgage | | $328,932 | New American Funding | Morales Abel | Federal Housing Administration | / 30 Years |
| 10/11/2017 | 2nd / Trust Deed/Mortgage | | $11,725 | Broker Solutions Inc | Morales Abel JR | | |
| 10/11/2017 | 3rd / Trust Deed/Mortgage | | $11,199 | Broker Solutions Inc | Morales Abel JR | | |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

## Involuntary Liens - Current Owner

10/11/2017 through 06/22/2018
Debtor: Abel Morales

| Date | Type | Description | Party 1 | Party 2 | Document # |
|---|---|---|---|---|---|
| There is involuntary lien coverage available for this county, but there are none associated with this property. | | | | | |

## Prior Loan History - Current Owner

Borrower 1:
Borrower 2:

| Date | Type | Verified | Amount | Lender | Borrower | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no loan history data available. | | | | | | | |

## Transfers & Conveyances - Current Owner

| Date | Document | Verified | Type | From | To | Amount |
|---|---|---|---|---|---|---|
| 10/11/2017 | Deed Transfer | | Resale | Espinoza Ruben A Juan J Arellano | Morales Abel | $335,000 |

## Ownership History (Full Value Transfers) - All Owners

| Date | Document | Verified | Type | Seller | Buyer | Amount |
|---|---|---|---|---|---|---|
| 10/11/2017 | Deed Transfer | | Resale | Espinoza Ruben A Juan J Arellano | Morales Abel | $335,000 |
| 03/22/2017 | Deed Transfer | | Resale | Long Beach Trust 2006-9 | Espinoza Ruben A / Arellano Juan J E | $183,000 |
| 12/15/2003 | Deed Transfer | | Resale | Mebc Inc | Phillips Patsy / Phillips Wayne | $240,000 |
| 03/24/2000 | Deed Transfer | | Resale | Mebc Inc | Dehart Betty / Dehart Robert | $125,000 |
| 08/14/1998 | Deed Transfer | | Resale | Chase Bank Of Texas | Nugent Timothy M | $49,500 |

## Loan History - Prior Owner

Borrower 1: Espinoza Ruben A
Borrower 2: Arellano Juan J E

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2017 | Trust Deed/Mortgage | | $117,000 | Espinoza Ruben A / Arellano Juan J E | | Private Party | | | 2017.50051 |

## Tax Status

### Tax Authority - Contra Costa County

| | | | |
|---|---|---|---|
| Agency ID: | 40070000 | Last Updated: | 06/15/2018 |
| Tax ID: | 066-207-002-8 | Type: | Primary |
| Address: | 625 Court Street, Martinez, CA 94553 | | |

### 2017-18 Taxes

| | | | |
|---|---|---|---|
| Status: | Paid | Assessed Value: | $2,662.90 |
| Exemption: | | Land Value: | $87,720 |
| Property Tax: | $2,662.90 | Improvement Value: | $116,280 |

| | Tax Type / Basis | Amount | Status | Date Paid | Delinquent After | Penalty | Balance Due |
|---|---|---|---|---|---|---|---|
| Installment 1 | Partial | $1,331.45 | Paid | 10/17/2017 | 12/11/2017 | $133.14 | |



| Installment 2 | Partial | $1,331.45 | Paid | 04/03/2018 | 04/10/2018 | $153.14 |

## Assessment Details

| Description | Type | Amount |
|---|---|---|
| Delta Diablo Z3 Antioch | Sewer | $357.22 |
| | Misc Assessments | $52.91 |

## Listing History

| 510 W 10TH ST, ANTIOCH, CA 94509-1654 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Type | Listed At | Sold For | $ / Sq. Ft. | Days On Market |
| 10/11/2017 | Sold | | $329,900 | $335,000 | $304 | 53 |
| 08/19/2017 | Pending | | $329,900 | | $299 | 26 |
| 08/19/2017 | Active | New Listing | $329,900 | | $257 | 4 |
| 03/21/2017 | Sold | Sold | $194,250 | $183,000 | $167 | 98 |
| 12/13/2016 | Pending | | $194,250 | | $178 | 27 |
| 12/13/2016 | Active | New Listing | $194,250 | | $178 | 1 |

DataTree By FIRST AMERICAN  © 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.  PAGE 3 OF 5

**Comparables & Nearby Listings**
Subject Property: 510 W 10th St, Antioch, CA 94509



■ Subject Property　■ Comparables　■ Nearby Listings

| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPARABLES** ||||||||||||||
| 1 | 0.02 |   | 507 W 9th St, Antioch, CA 94509 | 03/09/2018 | $345,000 |   |   | 1,119 | $308 | 2 / 1 | 5,000 | 77 |
| 2 | 0.06 | L | 810 F St, Antioch, CA 94509 |   |   | 05/04/2018 | $299,000 | 960 | $311 | 2 / 1 | 2,500 | 98 |
| 3 | 0.08 | L | 1023 G St, Antioch, CA 94509 |   |   | 04/18/2018 | $274,950 | 1,232 | $223 | 2 / 1 | 3,220 | 82 |
| 4 | 0.09 | L | 600 W 11th St, Antioch, CA 94509 |   |   | 05/25/2018 | $309,950 | 1,052 | $295 | 2 / 1 | 5,000 | 89 |
| 5 | 0.13 | L | 417 W 7th St, Antioch, CA 94509 |   |   | 07/15/2017 | $155,000 | 1,164 | $133 | 2 / 1 | 4,500 | 113 |
| 6 | 0.16 |   | 409 W 12th St, Antioch, CA 94509 | 11/30/2017 | $320,000 |   |   | 970 | $330 | 3 / 1 | 5,000 | 103 |
| 7 | 0.17 | L | 807 W 9th St, Antioch, CA 94509 |   |   |   | $365,000 | 972 | $376 | 4 / 2 | 5,000 | 68 |
| 8 | 0.22 | L | 1124 Klengel St, Antioch, CA 94509 |   |   | 06/07/2018 | $365,000 | 1,224 | $298 | 3 / 2 | 5,005 | 58 |
| 9 | 0.23 |   | 612 W 14th St, Antioch, CA 94509 | 01/31/2018 | $257,000 |   |   | 936 | $275 | 3 / 1 | 4,000 | 89 |
| 10 | 0.26 |   | 400 W 5th St, Antioch, CA 94509 | 05/21/2018 | $342,500 |   |   | 1,048 | $327 | 2 / 1 | 4,125 | 72 |

L: Listed　R: REO　RS: REO Sale　SS: Short Sale　D: Default　A: Auction

| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NEARBY LISTINGS** ||||||||||||||
| There is no nearby listing data available. ||||||||||||||



# Market Trends - Antioch, CA (94509-1654)

## Last 30 Days

Recent trend data for Antioch, CA (94509-1654) indicate months of supply has decreased by 0.57 in the last 30 days, putting upward pressure on prices and if these trends continue show signs of a seller's market.

| New Listings | Closed Sales |
|---|---|
| 7% ↓ | 100% ↑ |
| 26 Listings | 46 Sales |





## 6 Month Sales Trend

These sales statistics provide a snapshot of sales trends for Antioch, CA (94509-1654). In the last 6 months there were 430 homes sold and the average sale price was $387K. This 17% decline in sales suggests that there is a relative contraction of supply in the market.

| Homes Sold | Avg. Sold $ | Avg. Sold $ / Sq. Ft. | Avg. Age |
|---|---|---|---|
| 430 | $387K | $257 | 46 |
| 17% ↓ | 3% ↑ | 6% ↑ | 5% ↑ |

## 6 Month Listing Trend

These listing statistics provide a snapshot of listing trends for Antioch, CA (94509-1654). In the last 6 months there were 240 homes listed for sale and the average list price was $396K. The average days on market for listings decreased to 48 days from the previous period, which indicates a strengthening market relative to the prior period.

| Homes for Sale | Avg. List $ | Avg. List $ / Sq. Ft. | Avg. DOM |
|---|---|---|---|
| 240 | $396K | $257 | 48 |
| 353% ↑ | 64% ↑ | 28% ↑ | 37% ↓ |

## Subject vs Recently Sold Properties

| Sale Price | Living Area (Sq. Ft.) | Price / Sq. Ft. |
|---|---|---|
| $335K | 1,094 | $306 |
| $45K — $750K | 544 — 5,588 | $22 — $540 |



Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (VERIFIED) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

RECORDING REQUESTED BY:

SERVICELINK
3220 EL CAMINO REAL
IRVINE, CA 92602

WHEN RECORDED MAIL TO AND MAIL TAX STATEMENTS TO:

RUBEN A. ESPINOZA
AND JUAN J ESPINOZA ARELLANO
2328 CAMELBACK DRIVE,
ANTIOCH, CA 94531

20179005004900003
CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC 2017-0050049-00
Acct 1150-Service Link Aliquippa
Wednesday, MAR 22, 2017 16:22:43
MOD $3.00|REC $13.00|FTC $2.00
RED $1.00|ERD $1.00|ANT $201.30
Ttl Pd $221.30      Nbr-0002877605
mkk/RC/1-3

# GRANT DEED

**TITLE ORDER NO. 170009106   ESCROW NO. 170009106   APN NO. 066-207-002**

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $201.30  CITY TAX $0.00

☒ computed on full value of property conveyed, or computed on full value less value of liens or encumbrances remaining at time of sale,

☐ Unincorporated area:   X   City of ANTIOCH _____ ,and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-9

hereby GRANT(s) to RUBEN A. ESPINOZA, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY AND JUAN J ESPINOZA ARELLANO, A SINGLE MAN, AS JOINT TENANTS

the following described real property in the County of Contra Costa, State of California

See Exhibit A which is attached hereto and incorporated by this reference.

Dated: ___March 15_____, 20 __17__

Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-9 by JPMorgan Chase Bank, National Association, as its Attorney in Fact

By: _____*Pat Liston*_____
Name: Pat Liston   3-15-17
Title: Vice President

**Mail Tax Statements As Directed Above**

1951 ptl
DB1/ 67068940.3

STATE OF ___OHIO___ }
COUNTY OF __Franklin__ }

On __March 15__, 20_17_, before me, ___Jeffrey Zahorujko___
Notary Public, personally appeared __Pat Liston__
Vice President

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Signature _____ (Seal)
Jeffrey Zahorujko



1951 pH

DB1/ 67068940.3

## Exhibit A

## Legal Description

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 114, TOWN OF ANTIOCH, AS PER MAPS THEREOF ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY OF CONTRA COSTA.

1951 pH

DB1/ 67068940.3