# EXHIBIT D

# TotalView Report

**1781 Helane Ct, Benicia, CA 94510-2659**
APN: 0087-491-030

Reference ID: 100383-0159
Solano County Data as of: 06/07/2018



| | |
|---|---|
| Owner Name: | Tracy Ong |
| Vesting: | Married Woman / Separate Estate / Property |
| Mailing Address: | 1781 Helane Ct, Benicia, CA 94510-2659 |
| **Value Range:** | $520,992 - $733,709 |

Property Description: A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF SOLANO, WITH A SITUS ADDRESS OF 1781 HELANE CT, BENICIA CA 94510-2659 C022 CURRENTLY OWNED BY ONG TRACY HAVING A TAX ASSESSOR NUMBER OF 0087-491-030 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS BRIDGEVIEW 2B SUB BK-PG 37-71 LOT 73 AND DESCRIBED IN DOCUMENT NUMBER 12804 DATED 2/14/2014 AND RECORDED 2/24/2014.

## Last Market Sale
Seller: Deutsche BK Series 2007-2
Buyer: Ong Tracy
Sale Date: 02/14/2014
Rec Date: 02/24/2014
Sale Price: $488,000

## Current Listing Status
There is no listing data available.

## Active Foreclosure Status
Status: This was previously a real estate owned (REO) property
Filing Date: 11/06/2013
Doc Type: Trustee's Deed Upon Sale
Unpaid:
Auction Date:

## Association Information

| Type | Name | Address | Phone / Email | Est. Amount / Frequency |
|---|---|---|---|---|
| There is no association data available. | | | | |

## Property Details - Public Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Use: | SFR | Bedrooms: | 4 | Living Area: | 2,014 Sq. Ft. | Year Built / Eff: | 1978 / |
| Zoning: | | Baths (F / H): | 3 / | Lot Area: | 6,098 Sq. Ft. | Stories: | 1 |
| Subdiv / Tct: | Bridgeview / | Total Rooms: | 7 | Basement: | | Parking Type: | Garage |
| Style: | | Pool: | | Cooling: | | Garage #: | 2 |
| Exterior Wall: | | Fireplace: | 1 | Heating: | Central | Price / Sq. Ft.: | $242 |

## Open Liens - Current Owner
Owner 1: Tracy Ong
Owner 2:

Combined Loan To Value: 0%
Estimated Equity: $465,647

| Date | Position / Type | Verified | Amount | Lender | Borrower(s) | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no open lien data available. | | | | | | | |

## Involuntary Liens - Current Owner
02/24/2014 through 06/22/2018
Debtor: Tracy Ong

| Date | Type | Description | Party 1 | Party 2 | Document # |
|---|---|---|---|---|---|
| There is involuntary lien coverage available for this county, but there are none associated with this property. | | | | | |

## Prior Loan History - Current Owner

Borrower 1:
Borrower 2:



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

| Date | Type | Verified | Amount | Lender | Borrower | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no loan history data available. | | | | | | | |

## Transfers & Conveyances - Current Owner

| Date | Document | Verified | Type | From | To | Amount |
|---|---|---|---|---|---|---|
| 02/24/2014 | Deed Transfer | ✓ | Resale | Deutsche BK Series 2007-2 | Ong Tracy | $488,000 |
| 02/24/2014 | Deed Transfer | | Nominal - Non/Arms Length Sale | Ruiz Martin N | Ong Tracy | |

## Ownership History (Full Value Transfers) - All Owners

| Date | Document | Verified | Type | Seller | Buyer | Amount |
|---|---|---|---|---|---|---|
| 02/24/2014 | Deed Transfer | ✓ | Resale | Deutsche BK Series 2007-2 | Ong Tracy | $488,000 |
| 05/18/2001 | Deed Transfer | ✓ | Resale | McCruden Andrew G & Josephine E | Baritot James A / Baritot Susan S | $429,500 |
| 07/30/1998 | Deed Transfer | ✓ | Resale | Perez, Gregory & Peggy C | McCruden Andrew G / McCruden Josephine E | $255,000 |
| 11/17/1993 | Deed Transfer | ✓ | Resale | Sage, Edward W | Perez Greg / Perez Peggy C | $234,000 |

## Tax Status

### Tax Authority - Solano County

| | | | |
|---|---|---|---|
| Agency ID: | 40480000 | Last Updated: | 06/29/2017 |
| Tax ID: | 0087491030 | Type: | County |
| Address: | 675 Texas St # 1900, Fairfield, CA 94533 | | |

### 2017-18 Taxes

| | | | |
|---|---|---|---|
| Status: | Paid | Assessed Value: | $515,445.00 |
| Exemption: | | Land Value: | $100,342 |
| Property Tax: | $6,074.00 | Improvement Value: | $415,103 |

| | Delinquent After | Amount |
|---|---|---|
| Installment 1 | December 10 | $3,037.00 |
| Installment 2 | April 10 | $3,037.00 |

## Listing History

| 1781 HELANE CT, BENICIA, CA 94510-2659 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Type | Listed At | Sold For | $ / Sq. Ft. | Days On Market |
| 02/24/2014 | Sold | | $459,900 | $488,000 | $242 | 31 |
| 01/24/2014 | Active | New Listing | $459,900 | | $228 | 7 |



**Comparables & Nearby Listings**
Subject Property: 1781 Helane Ct, Benicia, CA 94510



| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.02 | | 1769 Helane Ct, Benicia, CA 94510 | 12/01/2017 | $407,000 | | | 1,835 | $222 | 4 / 3 | 6,534 | 40 |
| 2 | 0.09 | | 554 Lori Dr, Benicia, CA 94510 | 04/05/2018 | $657,000 | | | 2,014 | $326 | 4 / 3 | 6,969 | 40 |
| 3 | 0.21 | | 1486 Janet Ct, Benicia, CA 94510 | 05/07/2018 | $571,500 | | | 1,729 | $331 | 4 / 2 | 16,117 | 40 |
| 4 | 0.28 | L | 480 Vista Ct, Benicia, CA 94510 | | | 12/31/2017 | $925,000 | 1,732 | $534 | 3 / 2 | 5,662 | 44 |
| 5 | 0.28 | | 112 Ardmore Way, Benicia, CA 94510 | 01/16/2018 | $580,000 | | | 1,992 | $291 | 3 / 3 | 7,840 | 49 |
| 6 | 0.32 | | 125 Ardmore Way, Benicia, CA 94510 | 12/08/2017 | $580,000 | | | 1,853 | $313 | 3 / 3 | 8,276 | 48 |
| 7 | 0.32 | D | 368 Canyon Ct, Benicia, CA 94510 | 11/29/2017 | $742,000 | | | 2,288 | $324 | 3 / 2 | 6,969 | 39 |
| 8 | 0.36 | L | 213 Riverview Ter, Benicia, CA 94510 | | | 04/21/2017 | $659,000 | 2,255 | $292 | 4 / 3 | 5,220 | 20 |
| 9 | 0.38 | L | 324 Saint Catherines Sq, Benicia, CA 94510 | | | 08/14/2017 | $720,000 | 2,089 | $345 | 3 / 3 | 7,405 | 33 |
| 10 | 0.38 | | 137 Ardmore Way, Benicia, CA 94510 | 01/05/2018 | $415,000 | | | 1,816 | $229 | 3 / 3 | 10,018 | 49 |

L: Listed    R: REO    RS: REO Sale    SS: Short Sale    D: Default    A: Auction

| NEARBY LISTINGS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
| 1 | 0.28 | A | 480 Vista Ct, Benicia, CA 94510 | 03/14/2018 | $925,000 | 12/31/2017 | $925,000 | 2,180 | $424 | 3 / 2 | 5,663 | 44 |
| 2 | 0.34 | A | 1828 Shirley Dr, Benicia, CA 94510 | 03/30/2009 | $235,000 | 03/20/2018 | $349,000 | 939 | $372 | 2 / 2 | 871 | 35 |

A: Active    P: Pending    C: Contingent



Market Trends - Benicia, CA (94510-2659)

### Last 30 Days

Recent trend data for Benicia, CA (94510-2659) indicate months of supply has decreased by 0.68 in the last 30 days, putting upward pressure on prices and if these trends continue show signs of a seller's market.

| New Listings | Closed Sales |
|---|---|
| **13%** ↓ | **34%** ↓ |
| 13 Listings | 19 Sales |





### 6 Month Sales Trend

These sales statistics provide a snapshot of sales trends for Benicia, CA (94510-2659). In the last 6 months there were 159 homes sold and the average sale price was $575K. This 28% decline in sales suggests that there is a relative contraction of supply in the market.

| Homes Sold | Avg. Sold $ | Avg. Sold $ / Sq. Ft. | Avg. Age |
|---|---|---|---|
| 159 | $575K | $332 | 36 |
| 28% ↓ | 5% ↑ | 5% ↑ | 3% ↑ |

### 6 Month Listing Trend

These listing statistics provide a snapshot of listing trends for Benicia, CA (94510-2659). In the last 6 months there were 213 homes listed for sale and the average list price was $624K. The average days on market for listings decreased to 60 days from the previous period, which indicates a strengthening market relative to the prior period.

| Homes for Sale | Avg. List $ | Avg. List $ / Sq. Ft. | Avg. DOM |
|---|---|---|---|
| 213 | $624K | $323 | 60 |
| 1% ↑ | 6% ↑ | 1% ↑ | 51% ↓ |

### Subject vs Recently Sold Properties

| Sale Price | Living Area (Sq. Ft.) | Price / Sq. Ft. |
|---|---|---|
| $488K | 2,014 | $242 |
| $22K – $1.48M | 687 – 3,980 | $18 – $885 |

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (VERIFIED) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

| RECORDING REQUESTED BY LANDSAFE TITLE OF CA | Recorded in Official Records, Solano County | 2/24/2014 2:37 PM AR16 06 |
|---|---|---|
| WHEN RECORDED MAIL TO AND MAIL TAX STATEMENT TO: TRACY ONG 1781 HELANE CT BENICIA, CA 94510 | **Marc C. Tonnesen** Assessor/Recorder  P spl  Doc#: 201400012804 | Titles: 1  Pages: 3 |
| Prepared By: ServiceLink 4000 Industrial Blvd. Aliquippa, PA 15001 | | Fees      39.00 Taxes    536.80 Other      0.00 PAID   $575.80 |
| LANDSAFE TITLE #13-0037897 | For Recorder's Use Only | |

### Grant Deed

THE UNDERSIGNED GRANTOR (S) DECLARE (S)
DOCUMENTARY TRANSFER TAX: $ 536.80

[ ] FOR NO CONSIDERATION
[X] COMPUTED ON FULL VALUE of property conveyed, or
[ ] COMPUTED ON FULL VALUE LESS VALUE OF LIENS AND ENCUMBRANCES remaining at time of sale.
   Unincorporated area of SOLANO     [X] City of BENICIA

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2**

Hereby grants to,

**TRACY ONG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

The following described real property in the County of SOLANO, State of CA.

LEGAL DESCRIPTION:

See Exhibit A attached hereto and made a part hereof

Tax ID Number 0087-491-030

DATE: February 14, 2014

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2**

_____

By Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP As attorney in fact
Laura Iniguez, Assistant Vice President

State of California        )

County of __Ventura__     )

On __February 14, 2014__ before me, __Sandra Lopez Molina_____, a Notary Public in and for said State, personally appeared, ____Laura Iniguez_____ who proved to me the basis of satisfactory evidence to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person (s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

SANDRA LOPEZ MOLINA
COMM. # 2047333
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
My Commission Expires
October 28, 2017

## Exhibit "A"
## Legal Description

DESCRIPTION: THE LAND REFERRED TO HEREIN IS SITUATED IN THE CITY OF BENICIA, COUNTY OF SOLANO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 73, AS SHOWN ON THE MAP ENTITLED: "FINAL MAP OF BRIDGEVIEW UNIT 2B, SOLANO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF RECORDER OF SOLANO COUNTY, CALIFORNIA ON JULY 24, 1979 IN BOOK 37 OF MAPS, PAGE 71.

Tax ID: 0087-491-030


END OF DOCUMENT