# EXHIBIT E

# TotalView Report
## 71 Carolina Dr, Benicia, CA 94510-2518
APN: 0087-091-070

Reference ID: 100383-0159
Solano County Data as of: 06/07/2018



| | |
|---|---|
| Owner Name: | Samantha M Hardisty |
| Vesting: | Single Woman |
| Mailing Address: | 71 Carolina Dr, Benicia, CA 94510-2518 |
| **Value Range:** | **$487,907 - $673,454** |

Property Description: A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF SOLANO, WITH A SITUS ADDRESS OF 71 CAROLINA DR, BENICIA CA 94510-2518 C018 CURRENTLY OWNED BY HARDISTY SAMANTHA M HAVING A TAX ASSESSOR NUMBER OF 0087-091-070 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS CARQUINEZ SQUARE SUB BK-PG 13-13 LOT 19 AND DESCRIBED IN DOCUMENT NUMBER 41874 DATED 4/22/2016 AND RECORDED 5/20/2016.

## Last Market Sale
| | |
|---|---|
| Seller: | Deutsche BK Natl 2007-Qo4 |
| Buyer: | Hardisty Samantha M |
| Sale Date: | 04/22/2016 |
| Rec Date: | 05/20/2016 |
| Sale Price: | $515,000 |

## Current Listing Status
There is no listing data available.

## Active Foreclosure Status
| | |
|---|---|
| Status: | This was previously a real estate owned (REO) property |
| Filing Date: | 03/20/2015 |
| Doc Type: | Trustee's Deed Upon Sale |
| Unpaid: | |
| Auction Date: | |

## Association Information

| Type | Name | Address | Phone / Email | Est. Amount / Frequency |
|---|---|---|---|---|
| There is no association data available. | | | | |

## Property Details - Public Record
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Use: | SFR | Bedrooms: | 3 | Living Area: | 2,538 Sq. Ft. | Year Built / Eff: | 1954 / 1984 |
| Zoning: | | Baths (F / H): | 3 / | Lot Area: | 7,840 Sq. Ft. | Stories: | 2 |
| Subdiv / Tct: | Carquinez Square Subdivision / | Total Rooms: | 8 | Basement: | | Parking Type: | Garage |
| Style: | | Pool: | | Cooling: | Central | Garage #: | |
| Exterior Wall: | | Fireplace: | | Heating: | Central | Price / Sq. Ft.: | $203 |

## Property Details - Listing Information
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prop. Type: | SFR | Lot Area: | 7,840 Sq. Ft. | Stories: | 2 | Garage #: | |
| Sub Type: | | Living Area: | 2,538 Sq. Ft. | Pool: | | | |
| Zoning: | | Basement: | N | Fireplace: | | | |
| Year Built: | 1954 | Bedrooms: | 3 | Heat / Cooling: | / Central | | |
| Style: | | Baths: | 2 | Roof Material: | Composition | | |
| Parking Type: | | | | | | | |
| Int. Features: | | | | | | | |
| Ext. Features: | Stucco | | | | | | |

## Open Liens - Current Owner
| | | | |
|---|---|---|---|
| Owner 1: | Samantha M Hardisty | Combined Loan To Value: | 71% |
| Owner 2: | | Estimated Equity: | $168,681 |

| Date | Position / Type | Verified | Amount | Lender | Borrower(s) | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| 05/20/2016 | 1st / Trust Deed/Mortgage | | $412,000 | Quicken Lns Inc | Hardisty Samantha M | Conventional | / 30 Years |

## Involuntary Liens - Current Owner
05/20/2016 through 06/22/2018



Debtor: Samantha M Hardisty

| Date | Type | Description | Party 1 | Party 2 | Document # |
|---|---|---|---|---|---|
| There is involuntary lien coverage available for this county, but there are none associated with this property. | | | | | |

## Prior Loan History - Current Owner

Borrower 1:
Borrower 2:

| Date | Type | Verified | Amount | Lender | Borrower | Loan Type | Type / Term |
|---|---|---|---|---|---|---|---|
| There is no loan history data available. | | | | | | | |

## Transfers & Conveyances - Current Owner

| Date | Document | Verified | Type | From | To | Amount |
|---|---|---|---|---|---|---|
| 05/20/2016 | Deed Transfer | | Resale | Deutsche BK Natl 2007-Qo4 | Hardisty Samantha M | $515,000 |

## Ownership History (Full Value Transfers) - All Owners

| Date | Document | Verified | Type | Seller | Buyer | Amount |
|---|---|---|---|---|---|---|
| 05/20/2016 | Deed Transfer | | Resale | Deutsche BK Natl 2007-Qo4 | Hardisty Samantha M | $515,000 |

## Loan History - Prior Owner

Borrower 1: Guidry Michael
Borrower 2:

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/2007 | Trust Deed/Mortgage | | $120,000 | Guidry Michael | National City Bank | Conventional | Var / | | 2007.41574 |
| 03/01/2007 | Trust Deed/Mortgage | ✓ | $562,500 | Guidry Michael | First Magnus Financial Corp | Conventional | Var / | | 2007.25004 |
| 06/07/2006 | Trust Deed/Mortgage | | $100,000 | Guidry Michael | National City Bank | Conventional | Var / | | 2006.71649 |
| 10/05/2005 | Trust Deed/Mortgage | | $335,000 | Guidry Michael | Mortgage Sense Inc | Conventional | Var / | | 2005.153700 |
| 10/05/2005 | Trust Deed/Mortgage | | $335,000 | Guidry Michael | Mortgage Sense Inc | Conventional | Var / | | 2005.153700 |
| 07/01/2003 | Trust Deed/Mortgage | | $222,000 | Guidry Michael | Aegis Lending Corp | Conventional | Var / | | 2003.107381 |
| 10/29/2002 | Trust Deed/Mortgage | | $200,000 | Guidry Michael | Aegis Mortgage Corp | Conventional | Var / | | 2002.139323 |
| 03/04/1993 | Trust Deed/Mortgage | | $80,000 | Guidry Shirley | Home Savings Of America | Conventional | Fix / | | |
| 05/31/1989 | Trust Deed/Mortgage | | | Chretien Roland | Leeman Elmer J | | | | 1989.34819 |
| 05/31/1989 | Trust Deed/Mortgage | | $51,500 | Chretien Roland | Baker Genellen E | Conventional | | | 1989.34818 |

## Tax Status

## Tax Authority - Solano County



| | | | | | | |
|---|---|---|---|---|---|---|
| Agency ID: | 40480000 | | Last Updated: | 06/29/2017 | | |
| Tax ID: | 0087091070 | | Type: | County | | |
| Address: | 675 Texas St # 1900, Fairfield, CA 94533 | | | | | |

## 2017-18 Taxes

| | | | | |
|---|---|---|---|---|
| Status: | Paid | Assessed Value: | $525,300.00 | |
| Exemption: | Homestead | Land Value: | $153,000 | |
| Property Tax: | $6,124.00 | Improvement Value: | $372,300 | |

| | Delinquent After | Amount |
|---|---|---|
| Installment 1 | December 10 | $3,062.03 |
| Installment 2 | April 10 | $3,062.03 |

## Listing History

| 71 CAROLINA DR, BENICIA, CA 94510-2518 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Type | Listed At | Sold For | $ / Sq. Ft. | Days On Market |
| 05/20/2016 | Sold | | | $515,000 | $203 | 0 |
| 04/02/2015 | Cancel/Withdrawn | | $740,800 | | $292 | 51 |
| 04/02/2015 | Active | New Listing | $740,800 | | $292 | 32 |



**Comparables & Nearby Listings**
Subject Property: 71 Carolina Dr, Benicia, CA 94510



| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.15 | | 774 W K St, Benicia, CA 94510 | 05/24/2018 | $799,000 | | | 2,234 | $358 | 4 / 3 | 6,001 | 17 |
| 2 | 0.16 | | 734 W K St, Benicia, CA 94510 | 09/05/2017 | $125,000 | | | 2,258 | $55 | 4 / 3 | 6,001 | 18 |
| 3 | 0.18 | | 799 W J St, Benicia, CA 94510 | 05/08/2018 | $840,000 | | | 2,258 | $372 | 4 / 3 | 6,058 | 18 |
| 4 | 0.20 | | 719 W J St, Benicia, CA 94510 | 01/03/2018 | $815,000 | | | 2,206 | $369 | 4 / 3 | 6,001 | 17 |
| 5 | 0.24 | L | 706 W J St, Benicia, CA 94510 | | | 06/15/2018 | $939,000 | 2,364 | $397 | 4 / 3 | 8,712 | 16 |
| 6 | 0.26 | L | 975 W K St, Benicia, CA 94510 | | | 06/07/2018 | $1,025,000 | 2,677 | $383 | 3 / 3 | 5,227 | 133 |
| 7 | 0.32 | | 631 W I St, Benicia, CA 94510 | 03/26/2018 | $695,000 | | | 2,217 | $313 | 4 / 2 | 9,147 | 60 |
| 8 | 0.33 | L | 1024 W K St, Benicia, CA 94510 | | | 05/19/2018 | $1,749,000 | 2,496 | $701 | 3 / 2 | 9,147 | 39 |
| 9 | 0.35 | L | 1328 W 5th St, Benicia, CA 94510 | | | 05/03/2018 | $625,000 | 2,496 | $250 | 4 / 3 | 7,405 | 42 |
| 10 | 0.39 | | 1090 W L St, Benicia, CA 94510 | 10/30/2017 | $998,000 | | | 2,503 | $399 | 4 / 3 | 8,712 | 49 |

L: Listed   R: REO   RS: REO Sale   SS: Short Sale   D: Default   A: Auction

| | | | | **NEARBY LISTINGS** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
| 1 | 0.10 | A | 1828 Shirley Dr, Benicia, CA 94510 | 03/30/2009 | $235,000 | 03/20/2018 | $349,000 | 939 | $372 | 2 / 2 | 871 | 35 |
| 2 | 0.35 | A | 148 W Tennys Dr, Benicia, CA 94510 | 09/20/2007 | $530,000 | 01/11/2018 | $629,000 | 1,724 | $364 | 4 / 2 | 5,663 | |
| 3 | 0.43 | A | 480 Vista Ct, Benicia, CA 94510 | 03/14/2018 | $925,000 | 12/31/2017 | $925,000 | 2,180 | $424 | 3 / 2 | 5,663 | 44 |

A: Active   P: Pending   C: Contingent



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

**Market Trends - Benicia, CA (94510-2518)**

### Last 30 Days

Recent trend data for Benicia, CA (94510-2518) indicate months of supply has decreased by 0.68 in the last 30 days, putting upward pressure on prices and if these trends continue show signs of a seller's market.

| New Listings | Closed Sales |
|---|---|
| **13%** ⬇ | **34%** ⬇ |
| 13 Listings | 19 Sales |





### 6 Month Sales Trend

These sales statistics provide a snapshot of sales trends for Benicia, CA (94510-2518). In the last 6 months there were 159 homes sold and the average sale price was $575K. This 28% decline in sales suggests that there is a relative contraction of supply in the market.

| Homes Sold | Avg. Sold $ | Avg. Sold $ / Sq. Ft. | Avg. Age |
|---|---|---|---|
| **159** | **$575K** | **$332** | **36** |
| 28% ⬇ | 5% ⬆ | 5% ⬆ | 3% ⬆ |

### 6 Month Listing Trend

These listing statistics provide a snapshot of listing trends for Benicia, CA (94510-2518). In the last 6 months there were 213 homes listed for sale and the average list price was $624K. The average days on market for listings decreased to 60 days from the previous period, which indicates a strengthening market relative to the prior period.

| Homes for Sale | Avg. List $ | Avg. List $ / Sq. Ft. | Avg. DOM |
|---|---|---|---|
| **213** | **$624K** | **$323** | **60** |
| 1% ⬆ | 6% ⬆ | 1% ⬆ | 51% ⬇ |

### Subject vs Recently Sold Properties

| Sale Price | Living Area (Sq. Ft.) | Price / Sq. Ft. |
|---|---|---|
| **$515K** | **2,538** | **$203** |
| $22K — $1.48M | 687 — 3,980 | $18 — $885 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (VERIFIED) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

**RECORDING REQUESTED BY:**
Title365 Company

WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:
Samantha M Hardisty
71 Carolina Dr
Benicia, CA 94510

**Escrow No.:** CAE-1500188

Recorded in Official Records, Solano County
**Marc C. Tonnesen**
Assessor/Recorder

P DPS

Doc#: **201600041874**



5/20/2016
2:14 PM
AR21
06

| Titles: 1 | Pages: 2 |
|---|---|
| Fees | 36.00 |
| Taxes | 566.50 |
| Other | 0.00 |
| PAID | $602.50 |

APN: 0087-091-070

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

**The undersigned grantor(s) declare(s) Documentary transfer tax is $566.50**
☒ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale,
☐ Unincorporated area:  ☒ City of Benicia

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset-backed Pass-through Certificates, Series 2007-QO4

**hereby GRANT(S) to**

Samantha M Hardisty, a single woman

**the following described real property:**

Lot 19, according to map entitled "Map of Carquinez Square, City of Benicia, Solano County, California", filed on September 18, 1952 in Book 13 of Maps, at Page 13, Solano County Records.

Dated: April 22, 2016

Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset-backed Pass-through Certificates, Series 2007-QO4

BY: _____
Nationstar Mortgage, LLC
Attorney in Fact
Patricia McCutchen
Assistant Secretary

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE.

| Name | Street Address | City/State/Zip |
|---|---|---|
| | | |

APN: 0087-091-070

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of Texas
County of Denton
On 4-22-16 before me,
Mia Smith, Notary Public,
personally appeared Patricia McCutchen
~~Assistant Secretary~~
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.
Witness my hand and official seal.

Signature  (Seal)



MIA SMITH
Notary Public, State of Texas
My Commission Expires
December 08, 2018

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**
GRANT DEED