UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

National Fair Housing Alliance, et al.
                                        Plaintiff,
v.                                      Case No.: 1:18−cv−00839
                                        Honorable Harry D. Leinenweber
Deutsche Bank, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 27, 2018:

    MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing/ruling set for 8/30/18 is vacated. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.