**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; HOUSING RESEARCH & ADVOCACY CENTER; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA.<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK; DEUTSCHE BANK NATIONAL TRUST; DEUTSCHE BANK TRUST COMPANY AMERICAS; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC.<br><br>Defendants. | Case No. 18-cv-00839<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

<u>NOTICE OF MOTION</u>

    Please take notice that on December 5, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber, in room 1941

at the Dirksen Federal Building, 291 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion For Leave To File Supplemental Authority.

CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing, and Plaintiff's Motion For Leave To File Supplemental Authority, was served upon counsel for all parties of record via the U.S. District Court for the Northern District of Illinois Electronic Filing System on November 15, 2018.

Respectfully Submitted,

s/_____
Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
*Soule, Bradtke & Lambert*
402 Campbell, Suite 100
Geneva, Illinois  60134
630-333-9144

Stephen M. Dane
Yiyang Wu
*Relman Dane & Colfax, PLLC*
1225 19th Street, N.W., Suite 600
Washington, DC  20036

Morgan Williams
*National Fair Housing Alliance*
1101 Vermont Ave., N.W., Suite 710
Washington, DC 20005

Dated:  November 15, 2018