**APPENDIX A: PROPERTIES EXAMINED (Alphabetical by State)**

**CALIFORNIA**

1. 808 Condor Court, Antioch CA 94509
2. 3354 Hacienda Way, Antioch CA 94509
3. 510 West 10th Street, Antioch CA 94509
4. 1781 Helane Court, Benicia CA 94510
5. 71 Carolina Drive, Benicia CA 94510
6. 939 Country Glen Lane, Brentwood CA 94513
7. 468 Princeton Way, Fairfield CA 94533
8. 892 Sunset Court, Fairfield CA 94533
9. 907 Johnson Street, Fairfield CA 94533
10. 1393 James Street, Fairfield CA 94533
11. 1419 Kansas Street, Fairfield CA 94533
12. 2608 Monterey Avenue, Martinez CA 94553
13. 531 O'Hara Avenue, Oakley CA 94561
14. 1601 Pecan Lane, Oakley CA 94561
15. 66 Arlington Drive, Pittsburgh CA 94565
16. 373 Oceana Drive, Pittsburgh CA 94565
17. 2101 Sugartree Drive, Pittsburgh CA 94565
18. 28 Barrie Drive, Pittsburgh CA 94565
19. 1522 Bella Vista Drive, Suisun City CA 94585
20. 1211 Halsey Street, Vallejo CA 94590
21. 1810 Chanslor Avenue, Richmond CA 94801
22. 2900 Salvino Court, Richmond CA 94803

**COLORADO**

1. 487 Empire Street, Aurora CO 80010
2. 2272 Macon Street, Aurora CO 80010
3. 11724 Montview Boulevard, Aurora CO  80010
4. 1681 Lima Street, Aurora CO 80010
5. 4721 South Biscay Court, Aurora CO 80015
6. 4637 South Flanders Way, Centennial CO 80015
7. 17473 East Bellewood Circle, Aurora CO 80015
8. 15968 East Radcliff Place A, Aurora CO 80015
9. 5302 South Cedar Street, Littleton CO 80120
10. 6450 South Windermere Street, Littleton CO 80120
11. 5250 South Logan Street, Littleton CO 80121
12. 6732 South Clayton Way, Centennial CO 80122
13. 3811 East 26th Ave Parkway, Denver CO 80205
14. 3641 North Cook Street, Denver CO 80205
15. 1391 Raleigh Street, Denver CO 80219

16. 2250 South Lowell Boulevard, Denver CO 80219
17. 1205 Verbena Street, Denver CO 80220
18. 12862 Elmendorf Place, Denver CO 80239
19. 5035 Titan Court, Denver CO 80239
20. 13051 East 48th Avenue, Denver CO 80239
21. 5542 Abilene Street, Denver CO 80239

**CONNECTICUT**

1. 50 Jackson Road, Bloomfield CT 06002
2. 75 School Street, Bloomfield CT 06002
3. 14 Glenwood Avenue, Bloomfield CT 06002
4. 12 Mitchell Drive, Bloomfield CT  06002
5. 33 Birch Street, Manchester CT 06040
6. 129 Wells Street, Manchester CT 06040
7. 266 White Street, Hartford CT 06106
8. 125 Chipper Drive, East Hartford CT 06108
9. 14 Fairway Court, East Hartford CT 06108
10. 44 Driver Drive, East Hartford CT 06108
11. 453 Burnside Avenue, East Hartford CT 06108
12. 21 Lexington Street, Wethersfield CT 06109
13. 179 Sidney Avenue, West Hartford CT 06110
14. 14 Foley Street, West Hartford CT 06110
15. 103 Baltimore Street, Hartford CT 06112
16. 267 - 269 Preston Street, Hartford CT 06114

**DISTRICT OF COLUMBIA**

1. 421 Q Street Northwest, Washington DC 20001
2. 5703 14th Street Northwest, Washington DC 20011
3. 5222 42nd Street Northwest, Washington DC 20015
4. 3207 Chestnut Street Northeast, Washington DC 20018
5. 3829 26th Street Northeast, Washington DC 20018
6. 1326 S Street Southeast, Washington DC 20020

**FLORIDA**

1. 800 Westshore Court, Casselberry FL 32707
2. 463 South Triplet Lake Drive, Casselberry FL 32707
3. 1205 Park Green Place, Winter Park FL 32789
4. 1307 Formosa Avenue, Winter Park FL 32789
5. 1673 Mayfield Avenue, Winter Park FL 32789
6. 1100 North Denning Drive, Winter Park FL 32789
7. 1648 Cypress Point Lane, Winter Park FL 32792
8. 1008 South Lakemont Avenue, Winter Park FL 32792

A2

9.  1511 East Robinson Street, Orlando, FL 32801
10. 2423 East Washington Street, Orlando FL 32803
11. 2508 East Church Street, Orlando FL 32803
12. 1315 Shady Lane Drive, Orlando FL 32804
13. 1154 Adair Park Place, Orlando FL 32804
14. 621 South Lakeland Avenue, Orlando FL 32805
15. 501 South Lee Avenue, Orlando FL 32805
16. 2428 Marzel Avenue, Orlando FL 32806
17. 6107 Yucatan Drive, Orlando FL 32807
18. 236 Lavender Court, Orlando FL 32807
19. 5903 Fernhill Drive, Orlando FL 32808
20. 5229 Gold Tree Court, Orlando FL 32808
21. 5012 Danny Boy Circle, Orlando FL 32808
22. 4212 Seybold Avenue, Orlando FL 32808
23. 3910 Timber Trail, Orlando FL 32808
24. 4413 Debord Avenue, Orlando FL 32808
25. 5509 Ferdinand Drive, Orlando FL 32808
26. 4820 Pat Ann Terrace, Orlando FL 32808
27. 4118 West Pine Hill Circle, Orlando FL 32808
28. 1244 Queensway Road, Orlando FL 32808
29. 4000 Orkney Avenue, Orlando FL 32809
30. 1317 Nevada Avenue, Orlando FL 32809
31. 1223 Harbour Island Road, Orlando FL 32809
32. 5921 Brookgreen Avenue, Orlando FL 32809
33. 9108 Ava Lake Drive, Orlando FL 32810
34. 5422 Brownell Street, Orlando FL 32810
35. 5169 Pope Road, Orlando FL 32810
36. 6006 Powder Post Drive, Orlando FL 32810
37. 7193 Starlite Drive, Orlando FL 32810
38. 4988 Clarcona Ocoee Road, Orlando FL 32810
39. 4521 Bridgeton Lane, Orlando FL 32817
40. 4010 Lake Mirage Boulevard, Orlando FL 32817
41. 4024 Stonehaven Road, Orlando FL 32817
42. 11425 Judge Avenue, Orlando FL 32817
43. 7034 Lake Long Drive, Orlando FL 32818
44. 5205 Macadamia Court, Orlando FL 32818
45. 2774 Lake Stanley Road, Orlando FL 32818
46. 4703 Spaniel Street, Orlando FL 32818
47. 9100 Montevello Drive, Orlando FL 32818
48. 1500 Village Green Road, Orlando FL 32818
49. 7612 Colebrook Drive, Orlando FL 32818
50. 6759 Sugarbush Drive, Orlando FL 32819
51. 6234 Orange Cove Drive, Orlando FL 32819

A3

52. 9612 Hollyhill Drive, Orlando FL 32824
53. 504 Fahey Court, Orlando FL 32824
54. 13043 Phoenix Woods Lane, Orlando FL 32824
55. 901 Ocala Woods Lane, Orlando FL 32824
56. 2358 Cedar Garden Drive, Orlando FL 32824
57. 9606 6th Avenue, Orlando FL 32824
58. 851 Alabama Woods Lane, Orlando FL 32824
59. 5625 Lake Champlain Drive, Orlando FL 32829
60. 8722 Hastings Beach Boulevard, Orlando FL 32829
61. 222 Southwest 7th Street, Dania Beach FL 33004
62. 410 West 56th Street, Hialeah FL 33012
63. 1015 West 50th Place, Hialeah FL 33012
64. 3169 West 70th Street, Hialeah FL 33018
65. 3349 West 72nd Place, Hialeah FL 33018
66. 2126 North 32nd Avenue, Hollywood FL 33021
67. 5016 Johnson Street, Hollywood FL 33021
68. 5500 Fillmore Street, Hollywood FL 33021
69. 6760 Petunia Drive, Miramar FL 33023
70. 7804 Miramar Parkway, Miramar FL 33023
71. 620 Southwest 69th Terrace, Pembroke Pines FL 33023
72. 1011 Southwest 72nd Avenue, Pembroke Pines FL 33023
73. 6545 Southwest 21st Street, Miramar FL 33023
74. 401 Southwest 70th Avenue, Pembroke Pines FL 33023
75. 9641 Northwest 28th Street, Hollywood FL 33024
76. 16000 Northwest 27th Place, Opa-locka FL 33054
77. 2901 Northwest 135th Street, Opa-locka FL 33054
78. 1256 Dunad Avenue, Opa-locka FL 33054
79. 2170 Grant Avenue, Opa-locka FL 33054
80. 13851 Northwest 24th Avenue, Opa-locka FL 33054
81. 15730 Northwest 18th Avenue, Opa-locka FL 33054
82. 11241 Southwest 177th Street, Miami FL 33157
83. 18920 Belmont Drive, Cutler Bay FL 33157
84. 11210 Southwest 154th Terrace, Miami FL 33157
85. 11360 Southwest 164th Street, Miami FL 33157
86. 8990 Southwest 177th Terrace, Palmetto Bay FL 33157
87. 1220 Northwest 189th Terrace, Miami FL 33169
88. 1180 Northwest 179th Terrace, Miami FL 33169
89. 13351 Southwest 46th Lane, Miami FL 33175
90. 4327 Southwest 134th Place, Miami FL 33175
91. 2290 Southwest 141st Avenue, Miami FL 33175
92. 1642 Southwest 138th Court, Miami FL 33175
93. 6140 Northwest 32nd Way, Fort Lauderdale FL 33309
94. 1131 Northwest 14th Court, Fort Lauderdale FL 33311

A4

95. 1301 Northwest 12th Street, Fort Lauderdale FL 33311
96. 910 Northwest 16th Terrace, Fort Lauderdale FL 33311
97. 641 Northwest 22nd Road, Fort Lauderdale FL 33311
98. 751 Northwest 33rd Avenue, Fort Lauderdale FL 33311
99. 806 Northwest 15th Avenue, Fort Lauderdale FL 33311
100. 2100 Northwest 61st Avenue, Sunrise FL 33311
101. 1413 Northwest 13th Court, Fort Lauderdale FL 33311
102. 1553 N Northwest W 15th Avenue, Fort Lauderdale FL 33311
103. 420 Northwest 12th Avenue, Fort Lauderdale FL 33311
104. 3407 Willow Court, Lauderdale Lakes FL 33311
105. 3811 Northwest 27th Court, Lauderdale Lakes FL 33311
106. 1580 Northwest 32nd Avenue, Fort Lauderdale FL 33311
107. 2407 Cat Cay Lane, Fort Lauderdale FL 33312
108. 5321 Southwest 30th Avenue, Fort Lauderdale FL 33312
109. 3841 Southwest 47th Court, Fort Lauderdale FL 33312
110. 2519 Southwest 30th Avenue, Fort Lauderdale FL 33312
111. 2241 Northwest 51st Avenue, Lauderhill FL 33313
112. 4901 Northwest 14th Street, Lauderhill FL 33313
113. 7401 Northwest 23rd Street, Sunrise FL 33313
114. 6881 Northwest 30th Street, Sunrise FL 33313
115. 39 Ann Lee Lane, Tamarac FL 33319
116. 7089 Northwest 49th Court, Lauderhill FL 33319
117. 8313 Northwest 59th Place, Tamarac FL 33321
118. 1001 Bayberry Point Drive, Plantation FL 33324
119. 10151 Southwest 3rd Street, Plantation FL 33324
120. 8781 Cleary Boulevard, Plantation FL 33324
121. 568 North University Drive, Plantation FL 33324
122. 7860 Northwest 5th Place, Plantation FL 33324
123. 8820 Southwest 49th Place, Cooper City FL 33328
124. 1635 Woodbridge Lakes Circle, West Palm Beach FL 33406
125. 4335 Palm Avenue, West Palm Beach FL 33406
126. 1827 Palm Acres Drive, West Palm Beach FL 33406
127. 2083 Florida Mango Road, West Palm Beach FL 33406
128. 4285 Barbridge Road, West Palm Beach FL 33406
129. 6601 Lake Clarke Drive, West Palm Beach FL 33406
130. 3165 Frost Road, Palm Springs FL 33406
131. 3089 Meadow Road, Palm Springs FL 33406
132. 3206 Meadow Road, Palm Springs FL 33406
133. 120 Sandpiper Avenue, Royal Palm Beach FL 33411
134. 1243 McDermott Lane, Royal Palm Beach FL 33411
135. 1454 Ryan Lane, Royal Palm Beach FL 33411
136. 113 Sevilla Avenue, Royal Palm Beach FL 33411
137. 307 Las Palmas Street, Royal Palm Beach FL 33411

138. 229 Monterey Way, Royal Palm Beach FL 33411
139. 191 Bobwhite Road, Royal Palm Beach FL 33411
140. 3013 Rockville Lane, West Palm Beach FL 33411
141. 118 Bobwhite Road, Royal Palm Beach FL 33411
142. 434 Midsummer Court, Royal Palm Beach FL 33411
143. 1050 Aviary Road, Wellington FL 33414
144. 13733 Exotica Lane, Wellington FL 33414
145. 587 Carnation Court, Wellington FL 33414
146. 5686 Elder Drive, West Palm Beach FL 33415
147. 5302 Garden Hills Circle, West Palm Beach FL 33415
148. 1164 Southwest 27th Avenue, Boynton Beach FL 33426
149. 525 Northeast 2nd Street, Boynton Beach FL 33435
150. 9312 Sun Pointe Drive, Boynton Beach FL 33437
151. 1514 6th Avenue South, Lake Worth FL 33460
152. 402 South A Street, Lake Worth FL 33460
153. 1525 South Palmway, Lake Worth FL 33460
154. 805 North C Street, Lake Worth FL 33460
155. 107 North B Street, Lake Worth FL 33460
156. 3696 Coconut Road, Palm Springs FL 33461
157. 921 Rudolph Road, Lake Worth FL 33461
158. 1413 High Ridge Road, Lake Worth FL 33461
159. 3856 7th Avenue North, Lake Worth FL 33461
160. 3960 Lakewood Road, Lake Worth FL 33461
161. 4689 Poseidon Place, Lake Worth FL 33463
162. 5534 3rd Road, Lake Worth FL 33467
163. 7960 Lakewood Cove Court, Lake Worth FL 33467
164. 16931 86th Street North, Loxahatchee FL 33470
165. 710 East Windhorst Road, Brandon FL 33510
166. 1916 Tinker Drive, Lutz FL 33559
167. 3255 Spring Green Drive, Lutz FL 33559
168. 1221 Citrus Hill Court, Seffner FL 33584
169. 5301 McCranie Street, Seffner FL 33584
170. 807 East Conover Street, Tampa FL 33603
171. 1511 West Hollywood Street, Tampa FL 33604
172. 2531 West Spruce Street, Tampa FL 33607
173. 1715 West Saint Conrad Street, Tampa FL 33607
174. 2924 West Dewey Street, Tampa FL 33607
175. 6401 North 23rd Street, Tampa FL 33610
176. 6912 Senoj Street, Tampa FL 33610
177. 3216 East Fern Street, Tampa FL 33610
178. 4816 Limerick Drive, Tampa FL 33610
179. 10011 North 25th Street, Tampa FL 33612
180. 1334 Eckles Drive, Tampa FL 33612

A6

181. 8004 North Cameron Avenue, Tampa FL 33614
182. 2813 Lorraine Street, Tampa FL 33614
183. 7606 Sharon Drive, Tampa FL 33617
184. 13929 Cherry Dale, Lane Tampa FL 33618
185. 3204 Clifford Sample Drive, Tampa FL 33619
186. 1704 Waikiki Way, Tampa FL 33619
187. 10358 Delmar Circle, Tampa FL 33624
188. 15701 Warbler Place, Tampa FL 33624
189. 12701 Barrett Drive, Tampa FL 33624
190. 3905 Venetian Way, Tampa FL 33634
191. 8709 Somersworth Place, Tampa FL 33634
192. 2460 Tall Maple Loop, Ocoee FL 34761
193. 115 Hopewell Drive, Ocoee FL 34761
194. 2334 Laurel Blossom Circle, Ocoee FL 34761
195. 2249 Laurel Blossom Circle, Ocoee FL 34761

## ILLINOIS

1. 8800 Robin Drive Unit A, Des Plaines IL 60016
2. 8828 Dee Road, Des Plaines IL 60016
3. 1699 East Algonquin Road, Des Plaines IL 60016
4. 1267 East Walnut Avenue, Des Plaines IL 60016
5. 337 North East River Road, Des Plaines IL 60016
6. 1078 South Wolf Road, Des Plaines IL 60016
7. 1825 Victoria Avenue, North Chicago IL 60064
8. 1404 20th Street, North Chicago IL 60064
9. 2013 Seymour Avenue, North Chicago IL 60064
10. 1063 Busse Highway, Park Ridge IL 60068
11. 1035 North Dee Road, Park Ridge IL 60068
12. 4519 Main Street, Skokie IL 60076
13. 2728 Harrison Place, Waukegan IL 60085
14. 1009 Woodlawn Avenue, Waukegan IL 60085
15. 906 Leith Avenue, Waukegan IL 60085
16. 37565 Lyons Woods Court, Waukegan IL 60087
17. 342 Mannheim Road, Bellwood IL 60104
18. 311 Englewood Avenue, Bellwood IL 60104
19. 446 Sherman Avenue, Elgin IL 60120
20. 380 Yarwood Street, Elgin IL 60120
21. 664 Dickie Avenue, Elgin IL 60120
22. 661 Saint Charles Street, Elgin IL 60120
23. 56 South Liberty Street, Elgin IL 60120
24. 100 Seneca Street, Elgin IL 60120
25. 227 Perry Street, Elgin IL 60120
26. 1399 Cimmaron Court, Elgin IL 60120

27. 302 Center Street, Elgin IL 60120
28. 503 La Salle Place, Elgin IL 60123
29. 2090 Royal Boulevard, Elgin IL 60123
30. 924 Scott Drive, Elgin IL 60123
31. 1790 Indian Wells Circle, Elgin IL 60123
32. 3050 Hughsdale Street, Elgin IL 60124
33. 100 Hugh Muir Lane, Maywood IL 60153
34. 1510 South 2nd Avenue, Maywood IL 60153
35. 785 North Water Street, South Elgin IL 60177
36. 565 Ingraham Avenue, Calumet City IL 60409
37. 15536 Maryland Avenue, Dolton IL 60419
38. 14900 Evans Avenue, Dolton IL 60419
39. 14821 La Salle Street, Dolton IL 60419
40. 20557 Hunter Drive, Frankfort IL 60423
41. 441 Meadow Avenue, Frankfort IL 60423
42. 10926 Pembrook Court, Frankfort IL 60423
43. 14922 Marshfield Avenue, Harvey IL 60426
44. 16722 Sherman Drive, Harvey IL 60426
45. 17327 Throop Street, Hazel Crest IL 60429
46. 16973 Western Avenue, Hazel Crest IL 60429
47. 3549 Marseilles Lane, Hazel Crest IL 60429
48. 4238 Pinewood Lane, Matteson IL 60443
49. 912 Willow Road, Matteson IL 60443
50. 735 Campus Avenue, Matteson IL 60443
51. 5236 Park Lane, Midlothian IL 60445
52. 20047 Edgewood Court, Mokena IL 60448
53. 26016 South Linden Avenue, Monee IL 60449
54. 7821 Sheffield Drive, Palos Hills IL 60465
55. 9943 South 88th Avenue, Palos Hills IL 60465
56. 14301 South California Avenue, Posen IL 60469
57. 5053 Harbor Lane, Richton Park IL 60471
58. 1217 King Avenue, South Holland IL 60473
59. 7901 172nd Street, Tinley Park IL 60477
60. 4200 188th Street, Country Club Hills IL 60478
61. 18931 Loras Lane, Country Club Hills IL 60478
62. 17761 Harvard Lane, Country Club Hills IL 60478
63. 11245 South Natoma Avenue, Worth IL 60482
64. 6836 West 114th Place, Worth IL 60482
65. 935 Riverstone Drive, Aurora IL 60502
66. 2347 Avalon Court, Aurora IL 60503
67. 1140 MIddlebury Drive, Aurora IL 60504
68. 1011 Autumn Lane, Aurora IL 60505
69. 1426 North Avenue, Aurora IL 60505

A8

70. 326 5th Street, Aurora IL 60505
71. 429 Grant Place, Aurora IL 60505
72. 1161 Lebanon Street, Aurora IL 60505
73. 714 Sexton Street, Aurora IL 60505
74. 1340 Lone Oak Trail, Aurora IL 60506
75. 410 Weston Avenue, Aurora IL 60506
76. 305 North Evanslawn Avenue, Aurora IL 60506
77. 2041 Richard Street, Aurora IL 60506
78. 7753 South Aberdeen Street, Chicago IL 60620
79. 8121 South Claremont Avenue, Chicago IL 60620
80. 7717 South Ada Street, Chicago IL 60620
81. 1635 West 92nd Place, Chicago IL 60620
82. 2016 West 80th Street, Chicago IL 60620
83. 7747 South May Street, Chicago IL 60620
84. 9044 South Loomis Street, Chicago IL 60620
85. 7918 South Wood Street, Chicago IL 60620
86. 10029 South Indiana Avenue, Chicago IL 60628
87. 6639 South Washtenaw Avenue, Chicago IL 60629
88. 7015 South Rockwell Street, Chicago IL 60629
89. 6623 Kominsky Avenue, Chicago IL 60629
90. 6030 South Campbell Avenue, Chicago IL 60629
91. 7332 South Talman Avenue, Chicago IL 60629
92. 6605 South Albany Avenue, Chicago IL 60629
93. 6336 South Talman Avenue, Chicago IL 60629
94. 6315 South Washtenaw Avenue, Chicago IL 60629
95. 6036 South Mozart Street, Chicago IL 60629
96. 6234 South Talman Avenue, Chicago IL 60629
97. 5031 West Gunnison Street, Chicago IL 60630
98. 6951 South Elizabeth Street, Chicago IL 60636
99. 5159 West Barry Avenue, Chicago IL 60641
100. 8026 South Sawyer Avenue, Chicago IL 60652
101. 1623 South 59th Court, Chicago IL 60804
102. 1842 South 61st Court, Cicero IL 60804
103. 2812 Ridgeway Avenue, Rockford IL 61101
104. 903 North Sunset Avenue, Rockford IL 61101
105. 702 Iroquois Avenue, Rockford IL 61102
106. 208 South London Avenue, Rockford IL 61104

**INDIANA**

1. 13079 Cirrus Drive, Indianapolis IN 46037
2. 324 North Rural Street, Indianapolis IN 46201
3. 4907 Ralston Avenue, Indianapolis IN 46205
4. 6527 West 15th Street, Indianapolis IN 46214

A9

5. 3430 Adams Street, Indianapolis IN 46218
6. 5610 East 21st Street, Indianapolis IN 46218
7. 3155 North Norfolk Street, Indianapolis IN 46224
8. 4533 Devon Court, Indianapolis IN 46226
9. 5118 Thornleigh Drive, Indianapolis IN 46226
10. 8718 Catalina Drive, Indianapolis IN 46226
11. 4475 North Pasadena Street, Indianapolis IN 46226
12. 3844 North Graham Avenue, Indianapolis IN 46226
13. 3930 North Graham Avenue, Indianapolis IN 46226
14. 3301 Busy Bee Lane, Indianapolis IN 46227
15. 11420 East 59th Street, Indianapolis IN 46235
16. 4455 East Edgewood Avenue, Indianapolis IN 46237
17. 7633 Tinsel Avenue, Indianapolis IN 46237
18. 4525 Phoenix Drive, Indianapolis IN 46241
19. 8078 Patterson Court, Dyer IN 46311
20. 1733 North Rensselaer Street, Griffith IN 46319
21. 147 North Wright Street, Griffith IN 46319
22. 3328 Farmer Drive, Highland IN 46322
23. 2628 Hart Road, Highland IN 46322
24. 8102 5th Street, Highland IN 46322
25. 3450 Garfield Avenue, Highland IN 46322
26. 7227 Marshall Avenue, Hammond IN 46323
27. 6414 Jackson Avenue, Hammond IN 46324
28. 400 Center Street, Hobart IN 46342
29. 2425 East Cleveland Avenue, Hobart IN 46342
30. 3721 Montgomery Street, Hobart IN 46342
31. 1162 South Virginia Street, Hobart IN 46342
32. 5401 West 155th Avenue, Lowell IN 46356
33. 6622 Ash Place, Gary IN 46403
34. 4237 East 10th Avenue, Gary IN 46403
35. 1717 Fillmore Street, Gary IN 46407
36. 2385 Ohio Street, Gary IN 46407
37. 2577 Connecticut Street, Gary IN 46407
38. 1421 Pennsylvania Street, Gary IN 46407
39. 4275 Tennessee Street, Gary IN 46409
40. 4827 Connecticut Street, Gary IN 46409

**KANSAS**

1. 91 South 17th Street, Kansas City KS 66102
2. 8212 Ohio Avenue, Kansas City KS 66112
3. 7010 Horton Street, Overland Park KS 66204
4. 11568 Earnshaw Street, Overland Park KS 66210
5. 10227 Long Street, Lenexa KS 66215

A10

6.  7335 Meadowsweet Lane, Shawnee KS 66227

**LOUISIANA**

1.  7016 Hastings Street, Metairie LA 70003
2.  1312 Elm Street, Metairie LA 70003
3.  940 Homestead Avenue, Metairie LA 70005
4.  3008 Kent Avenue, Metairie LA 70006
5.  106 Bolton Street, Gretna LA 70053
6.  918 Richard Street, Gretna LA 70053
7.  11 Azalea Drive, Gretna LA 70053
8.  2404 Hero Drive, Gretna LA 70053
9.  1488 Alison Street, Gretna LA 70056
10. 345 Briargrove Street, Gretna LA 70056
11. 4017 Deerpark Drive, Harvey LA 70058
12. 2401 Lynnbrook Drive, Harvey LA 70058
13. 1648 Maplewood Drive, Harvey LA 70058
14. 3310 Marquette Drive, Kenner LA 70065
15. 3101 Huntsville Street, Kenner LA 70065
16. 3600 East Devereaux Court, Avondale LA 70094
17. 3105 Indiana Street, New Orleans LA 70114
18. 1 Belleville Court, New Orleans LA 70114
19. 3113 North Derbigny Street, New Orleans LA 70117
20. 2424 Benton Street, New Orleans LA 70117
21. 1741 Desire Street, New Orleans LA 70117
22. 3147 Urquhart Street, New Orleans LA 70117
23. 1905 Mandeville Street, New Orleans LA 70117
24. 1332 Port Street, New Orleans LA 70117
25. 4335 Cartier Avenue, New Orleans LA 70122
26. 4765 Western Street, New Orleans LA 70122
27. 231 Citrus Road, New Orleans LA 70123
28. 7621 Newcastle Street, New Orleans LA 70126
29. 4775 Francisco Verret Drive, New Orleans LA 70126
30. 4653 Warren Drive, New Orleans LA 70127
31. 8020 Parry Street, New Orleans LA 70128
32. 7866 Scottwood Drive, New Orleans LA 70128
33. 7211 East Renaissance Drive, New Orleans LA 70128
34. 7648 Jonlee Drive, New Orleans LA 70128
35. 7073 Tamaron Boulevard, New Orleans LA 70128
36. 13 Point Coupee Place, New Orleans LA 70129
37. 3141 Preston Place, New Orleans LA 70131
38. 1632 Steeple Chase Lane, New Orleans LA 70131
39. 3815 Pin Oak Avenue, New Orleans LA 70131
40. 6501 Brunswick Court, New Orleans LA 70131

41. 6625 Brunswick Court, New Orleans LA 70131
42. 3301 Dickens Drive, New Orleans LA 70131
43. 36005 Wedgewood Drive, Denham Springs LA 70706
44. 9913 Destrehan Avenue, Denham Springs LA 70706
45. 38289 Oakleigh Lane, Prairieville LA 70769
46. 3146 Washington Avenue, Baton Rouge LA 70802
47. 706 North 37th Street, Baton Rouge LA 70802
48. 4035 Clayton Drive, Baton Rouge LA 70805
49. 5755 North Foster Drive, Baton Rouge LA 70805
50. 6153 Alexander Avenue, Baton Rouge LA 70805
51. 1746 78th Avenue, Baton Rouge LA 70807
52. 10591 Avenue D, Baton Rouge LA 70807
53. 1915 General Adams Avenue, Baton Rouge LA 70810
54. 8511 Rush Avenue, Baton Rouge LA 70810
55. 9330 Bimini Drive, Baton Rouge LA 70810
56. 10830 Clearview Avenue, Baton Rouge LA 70811
57. 5387 Monarch Ave, Baton Rouge LA 70811
58. 3814 West Caribou Court, Baton Rouge LA 70814
59. 12034 West England Avenue, Baton Rouge LA 70814
60. 15741 Confederate Avenue, Baton Rouge LA 70817
61. 16722 Chadsford Avenue, Baton Rouge LA 70817
62. 18424 Jefferson Highway, Baton Rouge LA 70817

**MARYLAND**

1. 6101 Cipriano Road, Lanham MD 20706
2. 12315 Stafford Lane, Bowie MD 20715
3. 12726 Millstream Drive, Bowie MD 20715
4. 12405 Melody Turn, Bowie MD 20715
5. 1131 Kayak Avenue, Capitol Heights MD 20741
6. 4712 Mann Street, Capitol Heights MD 20743
7. 1108 Mentor Avenue, Capitol Heights MD 20743
8. 462 Possum Court, Capitol Heights MD 20743
9. 4618 Heath Street, Capitol Heights MD 20743
10. 5029 Emo Street, Capitol Heights MD 20743
11. 708 Nova Avenue, Capitol Heights MD 20743
12. 1200 Capitol Heights Boulevard, Capitol Heights MD 20743
13. 803 Cedar Heights Drive, Capitol Heights MD 20743
14. 505 Dateleaf Avenue, Capitol Heights MD 20743
15. 7200 Joplin Street, Capitol Heights MD 20743
16. 5400 Dole Street, Capitol Heights MD 20743
17. 725 Nova Avenue, Capitol Heights MD 20743
18. 5926 Beacon Hill Place, Capitol Heights MD 20743
19. 7002 Yellow Amber Court, Capitol Heights MD 20743

20. 1207 Balboa Avenue, Capitol Heights MD 20743
21. 322 Carmody Hills Drive, Capitol Heights MD 20743
22. 5524 Walker Mill Road, Capitol Heights MD 20743
23. 1908 Saint Bernadines Way, Capitol Heights MD 20743
24. 2539 Fairhill Drive, Suitland-Silver Hill MD 20746
25. 1525 Karen Boulevard, District Heights MD 20747
26. 2712 Ocala Avenue, District Heights MD 20747
27. 3240 Forest Run Drive, Forestville MD 20747
28. 2804 Boones Lane, District Heights MD 20747
29. 2918 Norman Drive, District Heights MD 20747
30. 3135 Dynasty Drive, District Heights MD 20747
31. 5306 Stoney Meadows Drive, District Heights MD 20747
32. 6515 Walters Place, District Heights MD 20747
33. 5806 Cheryl Lane, District Heights MD 20747
34. 6217 East Hil Mar Circle, District Heights MD 20747
35. 8307 Laura Lane, District Heights MD 20747
36. 5524 Stoney Meadows Drive, District Heights MD 20747
37. 6501 Hansford Street, District Heights MD 20747
38. 6511 Marlboro Pike, District Heights MD 20747
39. 3012 Viceroy Avenue, District Heights MD 20747
40. 6005 Walnut Street, Temple Hills MD 20748
41. 2608 Buckner Lane, Temple Hills MD 20748
42. 6301 Middleton Lane, Temple Hills MD 20748
43. 2802 Kernal Lane, Temple Hills MD 20748
44. 2113 Willowtree Lane, Temple Hills MD 20748
45. 6106 Claridge Road, Temple Hills MD 20748
46. 2115 North Anvil Lane, Temple Hills MD 20748
47. 4007 21st Avenue, Temple Hills MD 20748
48. 2117 Robert Bowie Drive, Upper Marlboro MD 20774
49. 6915 Forest Terrace, Landover MD 20785
50. 7103 E Ridge Drive, Landover MD 20785
51. 7507 Willow Hill Drive, Hyattsville MD 20785
52. 7808 Suiter Way, Landover MD 20785
53. 419 Reading Avenue, Rockville MD 20852
54. 8 Brighton Terrace, Gaithersburg MD 20877
55. 11 Glazebrook Court, Gaithersburg MD 20878
56. 14002 Great Notch Terrace, North Potomac MD 20878
57. 313 Ladson Road, Silver Spring MD 20901
58. 7313 Little Bird Path, Columbia MD 21046
59. 10 Wendover Road, Glen Burnie MD 21060
60. 464 Norvelle Court, Glen Burnie MD 21061
61. 6108 Downs Avenue, Elkridge MD 21075
62. 2016 Cooper Point Court, Odenton MD 21113

63. 1740 Floral Court, Crofton MD 21114
64. 1761 Tyrone Street, Crofton MD 21114
65. 750 225th Street, Pasadena MD 21122
66. 9921 Hoyt Circle, Randallstown MD 21133
67. 4130 Eierman Avenue, Baltimore MD 21206
68. 5540 Silverbell Road, Baltimore MD 21206
69. 3808 Parkmont Avenue, Baltimore MD 21206
70. 6108 Ridgeview Avenue, Baltimore MD 21206
71. 6607 Hilltop Avenue, Baltimore MD 21206
72. 5429 Omaha Avenue, Baltimore MD 21206
73. 4806 Midline Road, Baltimore MD 21206
74. 4611 Ridgeway Avenue, Baltimore MD 21206
75. 4711 Elison Avenue, Baltimore MD 21206
76. 4202 Hamilton Avenue, Baltimore MD 21206
77. 4222 Belmar Avenue, Baltimore MD 21206
78. 3485 Hillsmere Road, Gwynn Oak MD 21207
79. 613 Glenwood Avenue, Baltimore MD 21212
80. 710 McCabe Avenue, Baltimore MD 21212
81. 1649 Normal Avenue, Baltimore MD 21213
82. 3406 Mary Avenue, Baltimore MD 21214
83. 5014 Pembridge Avenue, Baltimore MD 21215
84. 2410 West Garrison Avenue, Baltimore MD 21215
85. 4052 Annellen Road, Baltimore MD 21215
86. 3310 Dorithan Road, Baltimore MD 21215
87. 3141 Sequoia Avenue, Baltimore MD 21215
88. 3415 Olympia Avenue, Baltimore MD 21215
89. 4115 Norfolk Avenue, Baltimore MD 21216
90. 4016 Woodhaven Avenue, Baltimore MD 21216
91. 2544 West Lanvale Street, Baltimore MD 21216
92. 1103 Poplar Grove Street, Baltimore MD 21216
93. 2209 Elsinore Avenue, Baltimore MD 21216
94. 3211 Carlisle Avenue, Baltimore MD 21216
95. 1900 North Payson Street, Baltimore MD 21217
96. 2121 Bolton Street, Baltimore MD 21217
97. 3632 Ellerslie Avenue, Baltimore MD 21218
98. 1515 Oakridge Road, Baltimore MD 21218
99. 2022 Saint Paul Street, Baltimore MD 21218
100. 7660 Old Battle Grove Road, Dundalk MD 21222
101. 1928 Willow Spring Road, Dundalk MD 21222
102. 6 Wheeler Avenue, Baltimore MD 21223
103. 835 Ponca Street, Baltimore MD 21224
104. 29 South Robinson Street, Baltimore MD 21224
105. 405 South Robinson Street, Baltimore MD 21224

106. 204 North Milton Avenue, Baltimore MD 21224
107. 504 Rossiter Avenue, Baltimore MD 21224
108. 2314 East Fairmount Avenue, Baltimore MD 21224
109. 347 South Macon Street, Baltimore MD 21224
110. 117 North Ellwood Avenue, Baltimore MD 21224
111. 7936 Eastdale Road, Baltimore MD 21224
112. 1022 Elton Avenue, Baltimore MD 21224
113. 3236 East Baltimore Street, Baltimore MD 21224
114. 1121 Gloria Avenue, Halethorpe MD 21227
115. 2202 Gaylawn Drive, Halethorpe MD 21227
116. 161 North Monastery Avenue, Baltimore MD 21229
117. 130 South Culver Street, Baltimore MD 21229
118. 1014 Leeds Avenue, Baltimore MD 21229
119. 4645 Coleherne Road, Baltimore MD 21229
120. 1636 North Forest Park Avenue, Baltimore MD 21230
121. 39 North Eden Street, Baltimore MD 21231
122. 3117 Orlando Avenue, Baltimore MD 21234
123. 8 Running Brooke Drive, Windsor Mill MD 21244

**MICHIGAN**

1. 23759 Piper Avenue, Eastpointe MI 48021
2. 22300 Ivanhoe Lane, Southfield MI 48034
3. 34072 Little Mack Avenue, Charter Township of Clinton MI 48035
4. 26236 Clancy Street, Roseville MI 48066
5. 501 South Edgeworth Avenue, Royal Oak MI 48067
6. 26365 Dartmouth Street, Madison Heights MI 48071
7. 18826 Hilton Drive, Southfield MI 48075
8. 16965 Coral Gables Street, Southfield MI 48076
9. 29828 Spring Hill Drive, Southfield MI 48076
10. 11096 Jewett Avenue, Warren MI 48089
11. 26803 Palomino Avenue, Warren MI 48089
12. 8104 Westminster Avenue, Warren MI 48089
13. 8454 Centralia Street, Dearborn Heights MI 48127
14. 31276 Birchlawn Street, Garden City MI 48135
15. 32629 Donnelly Street, Garden City MI 48135
16. 4090 Durand Court, Inkster MI 48141
17. 26648 Monticello Street, Inkster MI 48141
18. 954 Lincoln Avenue, Lincoln Park MI 48146
19. 18996 Whitby Street, Livonia MI 48152
20. 34984 Michelle Drive, Romulus MI 48174
21. 30406 Dorset Street, Romulus MI 48174
22. 10713 William Street, Taylor MI 48180
23. 5862 Westpoint Street, Taylor MI 48180

24. 6910 Syracuse Street, Taylor MI 48180
25. 4302 Randolph Street, Wayne MI 48184
26. 21840 Gardner Street, Oak Park MI 48237
27. 23131 Sussex Street, Oak Park MI 48237
28. 24101 Seneca Street, Oak Park MI 48237
29. 22061 Jerome Street, Oak Park MI 48237
30. 21960 Beverly Street, Oak Park MI 48237
31. 12716 Sioux, Redford Charter Township MI 48239
32. 26077 Dover, Redford Charter Township MI 48239
33. 9931 Seminole, Redford Charter Township MI 48239
34. 12077 Beech-Daly Road, Redford Charter Township MI 48239
35. 13969 Farley, Redford Charter Township MI 48239
36. 15400 Lola Drive, Redford Charter Township MI 48239
37. 15506 Lola Drive, Redford Charter Township MI 48239
38. 24197 Broadview Street, Farmington MI 48336
39. 490 East Columbia Avenue, Pontiac MI 48340
40. 489 Colorado Avenue, Pontiac MI 48341
41. 489 Harvey Avenue, Pontiac MI 48341
42. 65 Illinois Avenue, Pontiac MI 48341
43. 30 Lewis Street, Pontiac MI 48342
44. 432 Lamoreaux Drive Northwest, Comstock Park MI 49321
45. 5532 Heights Ravenna Road, Fruitport MI 49415
46. 1453 Winchester Drive, Muskegon MI 49441
47. 3661 Wickham Drive, Norton Shores MI 49441
48. 882 Randall Road, Norton Shores MI 49441
49. 34 Porter Road, Muskegon MI 49441
50. 5678 Evanston Avenue, Muskegon MI 49442
51. 621 East Apple Avenue, Muskegon MI 49442
52. 7468 Evanston Avenue, Muskegon MI 49442
53. 846 Catherine Avenue, Muskegon MI 49442
54. 1347 Pine Street, Muskegon MI 49442
55. 1660 Terrace Street, Muskegon MI 49442
56. 2101 S Maple Island Road, Muskegon MI 49442
57. 2437 McLaughlin Avenue, Muskegon MI 49442
58. 5420 Circle Drive, Muskegon MI 49442
59. 1943 East Isabella Avenue, Muskegon MI 49442
60. 3659 Stephanie Lane, Muskegon MI 49444
61. 2317 Hoyt Street, Muskegon MI 49444
62. 3241 Maffett Street, Muskegon MI 49444
63. 2509 Howden Street, Muskegon Heights MI 49444
64. 3029 7th Street, Muskegon Heights MI 49444
65. 3100 Mona Street, Muskegon Heights MI 49444
66. 3128 Temple Street, Muskegon Heights MI 49444

67. 2228 9th Street, Muskegon Heights MI 49444
68. 2145 McIlwraith Street, Muskegon MI 49444
69. 2040 Whitehall Road, Muskegon MI 49445
70. 1455 Hansen Street, Muskegon MI 49445
71. 1460 Ann Street, Muskegon MI 49445
72. 1785 Russell Road, Muskegon MI 49445
73. 2568 Chippewa Trail, Muskegon MI 49445
74. 568 Madison Avenue Southeast, Grand Rapids MI 49503
75. 1355 Bristol Avenue Northwest, Grand Rapids MI 49504
76. 3135 Hoehn Street, Grand Rapids MI 49504
77. 837 Crosby Street Northwest, Grand Rapids MI 49504
78. 135 Indiana Avenue Southwest, Grand Rapids MI 49504
79. 1528 Alpine Avenue Northwest, Grand Rapids MI 49504
80. 1728 Lenora Terrace Northwest, Grand Rapids MI 49504
81. 2229 Blueberry Drive Northwest, Grand Rapids MI 49504
82. 1530 Milton Street Southeast, Grand Rapids MI 49506
83. 1530 Edward Avenue southeast. Grand Rapids MI 49507
84. 1922 Prospect Avenue Southeast, Grand Rapids MI 49507
85. 709 Griggs Street Southeast, Grand Rapids MI 49507
86. 946 Burton Street Southeast, Grand Rapids MI 49507

**MINNESOTA**

1. 4729 Vincent Avenue South, Minneapolis MN 55410
2. 2611 Humboldt Avenue North, Minneapolis MN 55411
3. 2942 Russell Avenue North, Minneapolis MN 55411
4. 3102 Russell Avenue North, Minneapolis MN 55411
5. 2723 North 3rd Street, Minneapolis MN 55411
6. 621 Oliver Avenue North, Minneapolis MN 55411
7. 1324 Oliver Avenue North, Minneapolis MN 55411
8. 2716 21st Avenue North, Minneapolis MN 55411
9. 2125 Aldrich Avenue North, Minneapolis MN 55411
10. 2110 Irving Avenue North, Minneapolis MN 55411
11. 4327 Logan Avenue North, Minneapolis MN 55412
12. 3458 Newton Avenue North, Minneapolis MN 55412
13. 3443 Fremont Avenue North, Minneapolis MN 55412
14. 1914 Pierce Street Northeast, Minneapolis MN 55418
15. 2621 Fillmore Street Northeast, Minneapolis MN 55418
16. 641 19th Avenue Northeast, Minneapolis MN 55418
17. 5940 Emerson Avenue South, Minneapolis MN 55419
18. 4643 6th Street Northeast, Minneapolis MN 55421
19. 3508 Perry Avenue North, Crystal MN 55422
20. 4147 Beard Avenue North, Minneapolis MN 55422
21. 3669 Hubbard Avenue North, Robbinsdale MN 55422

A17

22. 4023 Zane Avenue North, Minneapolis MN 55422
23. 5045 Camden Avenue North, Minneapolis MN 55430
24. 5056 North Thomas Avenue, Minneapolis MN 55430

**MISSOURI**

1. 410 North Quincy Avenue, Kansas City MO 64123
2. 133 North Van Brunt Boulevard, Kansas City MO 64123
3. 4545 Montgall Avenue, Kansas City MO 64130
4. 2203 East 68th Terrace, Kansas City MO 64132

**OHIO**

1. 7683 Rippingale Street, Blacklick OH 43004
2. 6311 Whims Road, Canal Winchester OH 43110
3. 180 Charing Cross Street, Galloway OH 43119
4. 5756 Blanton Park Drive, Galloway OH 43119
5. 748 Prairie Road, Galloway OH 43119
6. 5695 Magna Carta Circle, Galloway OH 43119
7. 3841 Glenna Avenue, Grove City OH 43123
8. 4959 Johnanne Drive, Groveport OH 43125
9. 186 Haldy Avenue, Columbus OH 43204
10. 1155 Oakwood Avenue, Columbus OH 43206
11. 1240 South Ohio Avenue, Columbus OH 43206
12. 826 Kinsman Street, Columbus OH 43207
13. 2368 Taylor Avenue, Columbus OH 43211
14. 1574 Manchester Avenue, Columbus OH 43211
15. 1503 East 25th Avenue, Columbus OH 43211
16. 2388 Bancroft Street, Columbus OH 43211
17. 1118 Geneva Avenue, Columbus OH 43223
18. 1846 Rosemont Avenue, Columbus OH 43223
19. 2062 West Mound Street, Columbus OH 43223
20. 1548 Fall Brook Road, Columbus OH 43223
21. 3040 Janwood Drive, Columbus OH 43227
22. 1597 Zettler Road, Columbus OH 43227
23. 3945 Sexton Drive, Columbus OH 43228
24. 4447 Hickory Wood Drive, Columbus OH 43228
25. 362 Highbury Crescent, Columbus OH 43230
26. 5911 Balfour Road, Sylvania OH 43560
27. 1325 Palmetto Avenue, Toledo OH 43606
28. 4118 Jamesway Drive, Toledo OH 43606
29. 1128 Norwood Avenue, Toledo OH 43607
30. 1919 Richmond Road, Toledo OH 43607
31. 2058 Perth Street, Toledo OH 43607
32. 1839 Evansdale Avenue, Toledo OH 43607

A18

33. 3944 Estateway Road, Toledo OH 43607
34. 1402 Shenandoah Road, Toledo OH 43607
35. 2122 Richmond Road, Toledo OH 43607
36. 2808 Mulberry Street, Toledo OH 43608
37. 1420 Moore Street, Toledo OH 43608
38. 3503 Willow Brook Lane, Toledo OH 43611
39. 5120 Selma Street, Toledo OH 43613
40. 5851 Meadowvale Drive, Toledo OH 43613
41. 238 Leander Drive, Toledo OH 43615
42. 2910 Wilford Drive, Toledo OH 43615
43. 4940 Bancroft Street, Toledo OH 43615
44. 5110 South Willcrest Drive, Toledo OH 43615
45. 4349 Dorr Street, Toledo OH 43615
46. 1111 Bernath Parkway, Toledo OH 43615
47. 2829 Quincy Street, Oregon OH 43616
48. 3305 Starr Avenue, Oregon OH 43616
49. 1618 Landis Avenue, Oregon OH 43616
50. 1866 Sugarbush Road, Oregon OH 43616
51. 2804 Olde Curtis Road, Northwood OH 43619
52. 16 Machen Street, Toledo OH 43620
53. 12313 Farringdon Avenue, Cleveland OH 44105
54. 8713 Vineyard Avenue, Cleveland OH 44105
55. 3910 East 116th Street, Cleveland OH 44105
56. 1319 East 114th Street, Cleveland OH 44106
57. 1238 Donald Avenue, Lakewood OH 44107
58. 10810 Gooding Avenue, Cleveland OH 44108
59. 791 Thornhill Drive, Cleveland OH 44108
60. 15213 Ridpath Avenue, Cleveland OH 44110
61. 1136 East 169th Street, Cleveland OH 44110
62. 3455 Bosworth Road, Cleveland OH 44111
63. 11405 Saint Mark Avenue, Cleveland OH 44111
64. 3561 Hildana Road, Shaker Heights OH 44120
65. 3133 Keswick Road, Shaker Heights OH 44120
66. 3654 Pennington Road, Shaker Heights OH 44120
67. 3646 Daleford Raod, Shaker Heights OH 44120
68. 3358 Sutton Road, Shaker Heights OH 44120
69. 1028 Quilliams Road, Cleveland Heights OH 44121
70. 1059 Roanoke Road, Cleveland Heights OH 44121
71. 1080 Woodview Road, Cleveland Heights OH 44121
72. 3789 Montevista Road, Cleveland Heights OH 44121
73. 18053 Blanford Road, Cleveland OH 44121
74. 8807 Plymouth Avenue, Garfield Heights OH 44125
75. 4983 Henry Street, Garfield Heights OH 44125

A19

76. 10008 Edgepark Drive, Garfield Heights OH 44125
77. 8900 South Highland Avenue, Garfield Heights OH 44125
78. 13720 Rockside Road, Garfield Heights OH 44125
79. 14816 Lotus Drive, Cleveland OH 44128
80. 4280 East 167th Street, Cleveland OH 44128
81. 6684 Bunker Road, North Royalton OH 44133
82. 5258 Camden Road, Maple Heights OH 44137
83. 7325 Ira Avenue, Cleveland OH 44144
84. 4751 Brookwood Drive, Brooklyn OH 44144
85. 6949 Rushleigh Road, Englewood OH 45322
86. 127 Lodestone Drive, Englewood OH 45322
87. 5061 Farmersville-Germantown Pike, Dayton OH 45325
88. 724 Seibert Avenue, Miamisburg OH 45342
89. 4386 Bonnie Brae Avenue, Vandalia OH 45377
90. 10775 Frederick Pike, Vandalia OH 45377
91. 521 Damian Street, Vandalia OH 45377
92. 1042 Blakley Drive, Dayton OH 45403
93. 2022 Brandt Pike, Dayton OH 45404
94. 431 Delaware Avenue, Dayton OH 45405
95. 405 Kenwood Avenue, Dayton OH 45406
96. 2026 Burroughs Drive, Dayton OH 45406
97. 4400 Waymire Avenue, Dayton OH 45406
98. 4449 Saint Johns Avenue, Dayton OH 45406
99. 4808 Sugartree Drive, Dayton OH 45414
100. 4960 Alhambra Court, Dayton OH 45416
101. 38 North Meadow Drive, Dayton OH 45416
102. 3892 Dunn Place, Dayton OH 45416
103. 6147 Lorimar Street Dayton OH 45417
104. 613 Olive Road, Dayton OH 45417
105. 1196 Graystone Drive, Dayton OH 45417
106. 57 Strand Avenue, Dayton OH 45417
107. 416 Lorenz Avenue, Dayton OH 45417
108. 15 North Halloway Street, Dayton OH 45417
109. 4564 Dayview Avenue, Dayton OH 45417
110. 813 East Dorothy Lane, Dayton OH 45419
111. 2325 Rosemont Boulevard, Dayton OH 45420
112. 522 Morse Avenue, Dayton OH 45420
113. 1328-1330 Arbor Avenue, Dayton OH 45420
114. 8900 Swinging Gate Drive, Dayton OH 45424
115. 4300 Filbrun Lane, Trotwood OH 45426
116. 1124 Warburton Drive, Dayton OH 45426
117. 5270 Marshall Road, Dayton OH 45429
118. 249 Castle Drive, Dayton OH 45429

119. 5613 Penn Avenue, Dayton OH 45432
120. 875 Heincke Road, Dayton OH 45449
121. 9076 Heather Lane, Centerville OH 45458

**PENNSYLVANIA**

1. 29 North Springfield Road, Clifton Heights PA 19018
2. 622 Swarthmore Avenue, Folsom PA 19033
3. 240 Hulmeville Avenue, Penndel PA 19047
4. 423 Burk Avenue, Ridley Park PA 19078
5. 104 Ivy Court, Upper Darby PA 19082
6. 139 Greyhorse Road, Willow Grove PA 19090
7. 275 West Wellens Street, Philadelphia PA 19120
8. 5913 North Lawrence Street, Philadelphia PA 19120
9. 157 East Albanus Street, Philadelphia PA 19120
10. 5110 Duffield Street, Philadelphia PA 19124
11. 1802 Dallas Road, Philadelphia PA 19126
12. 1211 West 65th Avenue, Philadelphia PA 19126
13. 2983 Edgemont Street, Philadelphia PA 19134
14. 4317 Disston Street, Philadelphia PA 19135
15. 6130 Walker Street, Philadelphia PA 19135
16. 6309 Marsden Street, Philadelphia PA 19135
17. 4750 Loring Street, Philadelphia PA 19136
18. 4534 Pennypack Street, Philadelphia PA 19136
19. 3517 Aldine Street, Philadelphia PA 19136
20. 5114 North 9th Street, Philadelphia PA 19141
21. 1310 Medary Avenue, Philadelphia PA 19141
22. 6843 Guyer Avevue, Philadelphia PA 19142
23. 7134 Theodore Street, Philadelphia PA 19142
24. 148 Manheim Street, Philadelphia PA 19144
25. 1403 East Weaver Street, Philadelphia PA 19150
26. 7321 Malvern Avenue, Philadelphia PA 19151
27. 1416 North Felton Street, Philadelphia PA 19151
28. 1201 Marlyn Road, Philadelphia PA 19151

**RHODE ISLAND**

1. 25 Armistice Boulevard, Pawtucket RI 2860
2. 411 Glenwood Avenue, Pawtucket RI 2860
3. 235 Rhodes Street, Providence RI 02905
4. 85 Adelaide Avenue, Providence RI 02907
5. 107 Hendrick Street, Providence RI 2908
6. 58 Sherwood Street, Providence RI 2908
7. 14 Amity Street, Providence RI 02908
8. 40 Erie Street, Providence RI 02908

9. 146 Bowdoin Street, Providence RI 2909
10. 48 Rushmore Avenue, Providence RI 2909
11. 5 Avon Street, Providence RI 02909
12. 9 Erastus Street, Providence RI 02909
13. 11 Victoria Street, Providence RI 02909
14. 35 Zipporah Street, North Providence RI 2911
15. 88 Williams Avenue, East Providence RI 02914
16. 134 Dewey Avenue, East Providence RI 2914
17. 18 Parsons Street, East Providence RI 02914
18. 20 7th Street, East Providence RI 02914
19. 25 Intervale Avenue, East Providence RI 02914

**TENNESSEE**

1. 5535 Ewe Turn, Arlington TN 38002
2. 4301 Cool Springs Cove, Memphis TN 38002
3. 1603 Autumn Tree Cove, Memphis TN 38016
4. 2489 Spring Garden Cove, Memphis TN 38016
5. 8540 Gunner Hills Cove, Memphis TN 38016
6. 284 North Montgomery Street, Memphis TN 38104
7. 1041 Palmetto Avenue, Memphis TN 38107
8. 987 Sheridan Street, Memphis TN 38107
9. 1452 Reata Pass, Memphis TN 38109
10. 5138 Cana Road, Memphis TN 38109
11. 16 East Geeter Road, Memphis TN 38109
12. 257 Granville Avenue, Memphis TN 38109
13. 306 East Raines Road, Memphis TN 38109
14. 60 West Frank Avenue, Memphis TN 38109
15. 93 Mallory Heights Drive, Memphis TN 38109
16. 60 Sullivan Street, Memphis TN 38109
17. 959 Pope Street, Memphis TN 38112
18. 2540 Tutwiler Avenue, Memphis TN 38112
19. 2688 Filmore Avenue, Memphis TN 38114
20. 6869 Valley Park Drive, Memphis TN 38115
21. 6117 Mission Ridge Road, Memphis TN 38115
22. 1008 Brownlee Road, Memphis TN 38116
23. 1620 Butterworth Road, Memphis TN 38116
24. 5083 Boeingshire Drive, Memphis TN 38116
25. 914 Linwood Road, Memphis TN 38116
26. 2034 Linden Avenue, Memphis TN 38116
27. 1053 Alden Road, Memphis TN 38116
28. 1882 Janis Drive, Memphis TN 38116
29. 2030 Waskom Drive, Memphis TN 38116
30. 690 North Stevens Circle, Memphis TN 38116

31. 4947 Barfield Road, Memphis TN 38117
32. 1518 Flamingo Road, Memphis TN 38117
33. 5081 Wingdale Road, Memphis TN 38117
34. 3005 Christine Road, Memphis TN 38118
35. 4808 Cottonwood Road, Memphis TN 38118
36. 3056 Castleman Street, Memphis TN 38118
37. 2398 Syon Drive, Memphis TN 38119
38. 4701 Ridge Walk Lane, Memphis TN 38125
39. 4341 Spring Oak Cove, Memphis TN 38125
40. 1026 Cindy Lane, Memphis TN 38127
41. 2784 McGregor Avenue, Memphis TN 38127
42. 3632 Fiat Cove, Memphis TN 38127
43. 4432 Smith Ridge Cove, Memphis TN 38127
44. 845 Brandywine Boulevard, Memphis TN 38127
45. 3115 Morningside Street, Memphis TN 38127
46. 3289 University Street, Memphis TN 38127
47. 1733 Gowan Drive, Memphis TN 38127
48. 3642 Hallbrook Street, Memphis TN 38127
49. 3135 Gattling Street, Memphis TN 38127
50. 5144 Corkwood Drive, Memphis TN 38127
51. 3443 Obion Drive, Memphis TN 38127
52. 2999 Dumbarton Road, Memphis TN 38128
53. 4070 Kerwin Drive, Memphis TN 38128
54. 3856 Tessland Road, Memphis TN 38128
55. 3503 Christy Lane, Memphis TN 38135
56. 3653 Stonetrace Circle, Bartlett TN 38135
57. 5321 Bruton Avenue, Memphis TN 38135
58. 3955 Wildberry Court, Bartlett TN 38135
59. 6166 Scarlet Leaf Drive, Memphis TN 38141
60. 4356 Sunnyslope Drive, Memphis TN 38141
61. 5398 Stephen Forest Cove, Memphis TN 38141

**TEXAS**

1. 1022 Hawthorne Drive, Allen TX 75002
2. 1311 Grapevine Drive, Allen TX 75002
3. 2805 College Park Drive, Rowlett TX 75088
4. 8822 Miami Drive, Rowlett TX 75088
5. 3406 Juniper Court, Rowlett TX 75088
6. 5906 Mark Lane, Rowlett TX 75089
7. 8514 Sawgrass Lane, Rowlett TX 75089
8. 8214 Americas Cup, Rowlett TX 75089
9. 806 Easter Drive, Wylie TX 75098
10. 912 Matagorda Lane, Desoto TX 75115

11. 1417 Mockingbird Drive, Desoto TX 75115
12. 1220 Regents Park Court, DeSoto TX 75115
13. 205 Jordan Drive, DeSoto TX 75115
14. 1009 Opal Drive, Desoto TX 75115
15. 1030 Shadywood Lane, DeSoto TX 75115
16. 832 Brockden Drive, Mesquite TX 75149
17. 1717 Wheatfield Drive, Mesquite TX 75149
18. 4317 Ridegdale Drive, Mesquite TX 75150
19. 820 Via Madonna, Mesquite TX 75150
20. 414 Wheatridge Avenue, Mesquite TX 75150
21. 202 Green Canyon Drive, Mesquite TX 75150
22. 3808 Hunters Trail, Mesquite TX 75150
23. 2806 Linhaven Drive, Mesquite TX 75150
24. 612 Via Altos, Mesquite TX 75150
25. 1509 Windsor Drive, Glenn Heights TX 75154
26. 1513 Windsor Drive, Glenn Heights TX 75154
27. 2006 Ridgeview Drive, Glenn Heights TX 75154
28. 203 Autumn Trail, Red Oak TX 75154
29. 122 Crest Brook Drive, Red Oak TX 75154
30. 12733 Hilltop Drive, Balch Springs TX 75180
31. 2609 Beau Drive, Mesquite TX 75181
32. 918 North Madison Avenue, Dallas TX 75208
33. 4668 Wyoming Street, Dallas TX 75211
34. 1208 South Cockrell Hill Road, Dallas TX 75211
35. 1603 Life Ave Dallas TX 75212
36. 1447 Mentor Avenue Dallas TX 75216
37. 2829 Seaton Drive, Dallas TX 75216
38. 2610 Easter Avenue, Dallas TX 75216
39. 2338 Volga Avenue, Dallas TX 75216
40. 2910 South Ewing Avenue, Dallas TX 75216
41. 1350 Cy Blackburn Circle, Dallas TX 75217
42. 1334 Hardned Lane, Dallas TX 75217
43. 1338 Hardned Lane, Dallas TX 75217
44. 530 Pleasant Oaks Drive, Dallas TX 75217
45. 7119 Clearpoint Drive, Dallas TX 75217
46. 6711 Woodhill Road, Dallas TX 75217
47. 9421 Frostwood Street, Dallas TX 75217
48. 9634 Rylie Road, Dallas TX 75217
49. 368 Ancestry Lane, Dallas TX  75217
50. 806 Amarosa Road, Dallas TX 75217
51. 3218 Perryton Drive, Dallas TX 75224
52. 3459 Navajo Circle, Dallas TX 75224
53. 620 Lacewood Drive, Dallas TX 75224

A24

54. 9837 Bluffcreek Road, Dallas TX 75227
55. 7040 Parkdale Drive, Dallas TX 75227
56. 2853 Vacherie Lane, Dallas TX 75227
57. 1934 Elm Shadows Drive, Dallas TX 75232
58. 1206 Sunny Glen Drive, Dallas TX 75232
59. 6226 Moonglow Drive, Dallas TX 75241
60. 7122 Amber Drive, Dallas TX 75241
61. 7001 Sorcey Road, Dallas TX 75249
62. 5963 Wisdom Creek Drive, Dallas TX 75249

**VIRGINIA**

1. 9326 Coleson Road, Glen Allen VA 23060
2. 9437 Willow Ridge Drive, Glen Allen VA 23060
3. 6232 Madonna Road, Mechanicsville VA 23111
4. 7991 Kenmore Drive, Mechanicsville VA 23111
5. 7402 Kenebeck Circle, Mechanicsville VA 23111
6. 12205 McKenna Circle, Midlothian VA 23112
7. 5614 Annette Drive, Sandston VA 23150
8. 16 West Sedgwick Street, Sandston VA 23150
9. 6713 Loco Lane, Sandston VA 23150
10. 5820 Snead Road, Richmond VA 23220
11. 3003 West Grace Street, Richmond VA 23221
12. 4409 Carpenter Road, Richmond VA 23222
13. 209 West Home Street, Richmond VA 23222
14. 2705 2nd Avenue, Richmond VA 23222
15. 619 Pollock Street, Richmond VA 23222
16. 3204 Carolina Avenue, Richmond VA 23222
17. 3201 Carolina Avenue, Richmond VA 23222
18. 3600 Springtime Court, Richmond VA 23223
19. 1703 Doron Lane, Richmond VA 23223
20. 3114 East Broad Street, Richmond VA 23223
21. 522 Lowell Street, Richmond VA 23223
22. 5400 Snead Road, Richmond VA 23224
23. 1309 Hopkins Road, Richmond VA 23224
24. 5712 Warwick Road, Richmond VA 23224
25. 5017 Troy Road, Richmond VA 23224
26. 2405 Oakland Avenue, Richmond VA 23224
27. 14 East 32nd Street, Richmond VA 23224
28. 6417 Fitzhugh Avenue, Richmond VA 23226
29. 1801 Hungary Road, Richmond VA 23228
30. 7510 Hines Place, Henrico VA 23231
31. 2214 National Street, Henrico VA 23231
32. 3600 Edinger Road, Richmond VA 23234

A25

33. 1211 Lotus Drive, North Chesterfield VA 23235
34. 10009 Bayham Drive, Richmond VA 23235
35. 9701 Buteshire Road, North Chesterfield VA 23236
36. 4206 Gloucestershire Street, Richmond VA 23236
37. 11208 Camshire Place, North Chesterfield VA 23236
38. 9257 Chatham Grove Lane, Richmond VA 23236
39. 9219 Rainwood Road, Richmond VA 23237
40. 5913 Northampton Boulevard, VA 23455
41. 2936 Sandpiper Road, Virginia Beach VA 23456
42. 2521 Druid Circle, Norfolk VA 23504
43. 2701 Marlboro Avenue, Norfolk VA 23504
44. 706 McLawhorne Drive, Newport News VA 23605
45. 305 Brightwood Avenue, Hampton VA 23661
46. 109 Alleghany Road, Hampton VA 23661
47. 91 Snug Harbor Drive, Hampton VA 23661
48. 803 Victoria Boulevard, Hampton VA 23661
49. 224 Libby Street, Hampton VA 23663
50. 1312 Curtin Court, Hampton VA 23666
51. 6 Rigsby Court, Hampton VA 23666
52. 12 Elizabeth Road, Hampton VA 23669
53. 606 Newport News Avenue, Hampton VA 23669
54. 3803 Van Patten Drive, Hampton VA 23669
55. 106 Marine Circle, Yorktown VA 23692
56. 343 Court Street, Portsmouth VA 23704

**WISCONSIN**

1. 1725 West Washington Street, Milwaukee WI 53204
2. 1905 South 9th Street, Milwaukee WI 53204
3. 1905 South 26th Street, Milwaukee WI 53204
4. 1125 South 11th Street, Milwaukee WI 53204
5. 2318 West Walnut Street, Milwaukee WI 53205
6. 4342 North 18th Street, Milwaukee WI 53205
7. 3615 North 97th Street, Milwaukee WI 53206
8. 2451 West Keefe Avenue, Milwaukee WI 53206
9. 2541 North 19th Street, Milwaukee WI 53206
10. 2861 North 20th Street, Milwaukee WI 53206
11. 2524 West Monroe Street, Milwaukee WI 53206
12. 3837 North 13th Street, Milwaukee WI 53206
13. 4354 South Pine Avenue, Milwaukee WI 53207
14. 2235 North 40th Street, Milwaukee WI 53208
15. 2144 North 56th Street, Milwaukee WI 53208
16. 3301 West Cherry Street, Milwaukee WI 53208
17. 2105 North High Mount Boulevard, Milwaukee WI 53208

18. 234 North 36th Street, Milwaukee WI 53208
19. 4458 North 38th Street, Milwaukee WI 53209
20. 4569 North Teutonia Avenue, Milwaukee WI 53209
21. 4510 North 41st Street, Milwaukee WI 53209
22. 4758 North 31st Street, Milwaukee WI 53209
23. 5922 North 42nd Street, Milwaukee WI 53209
24. 6583 North 42nd Street, Milwaukee WI 53209
25. 3731 West Rochelle Avenue, Milwaukee WI 53209
26. 4540 North 30th Street, Milwaukee WI 53209
27. 5531 North 41st Street, Milwaukee WI 53209
28. 3932 West Florist Avenue, Milwaukee WI 53209
29. 3925 West Good Hope Road, Milwaukee WI 53209
30. 2676 North 45th Street, Milwaukee WI 53210
31. 2763 North 50th Street, Milwaukee WI 53210
32. 2432 North 54th Street, Milwaukee WI 53210
33. 3046 North 38th Street, Milwaukee WI 53210
34. 2736 North 53rd Street, Milwaukee WI 53210
35. 2403 North 44th Street, Milwaukee WI 53210
36. 2837 North 39th Street, Milwaukee WI 53210
37. 2470 North 41st Street, Milwaukee WI 53210
38. 2715 North 48th Street, Milwaukee WI 53210
39. 2780 North 68th Street, Milwaukee WI 53210
40. 2417 North 33rd Street, Milwaukee WI 53210
41. 2854 North 28th Street, Milwaukee WI 53210
42. 2936 North 27th Street, Milwaukee WI 53210
43. 2576 North 35th Street, Milwaukee WI 53210
44. 2803 North 37th Street, Milwaukee WI 53210
45. 3375 North Buffum Street, Milwaukee WI 53212
46. 2330 North Holton Street, Milwaukee WI 53212
47. 3317 North 4th Street, Milwaukee WI 53212
48. 5823 West Siegfried Place, Milwaukee WI 53214
49. 1813 South 75th Street, West Allis WI 53214
50. 1803 South 63rd Street, Milwaukee WI 53214
51. 1580 South 73rd Street, West Allis WI 53214
52. 2176 South 28th Street, Milwaukee WI 53215
53. 2826 West Hayes Avenue, Milwaukee WI 53215
54. 1705 South 36th Street, Milwaukee WI 53215
55. 3332 South 17th Street, Milwaukee WI 53215
56. 4240 North 74th Street, Milwaukee, WI 53216
57. 5632 West Roosevelt Drive, Milwaukee WI  53216
58. 4427 West Melvina Avenue, Milwaukee WI 53216
59. 3708 North 37th Street, Milwaukee WI 53216
60. 4070 North 63rd Street, Milwaukee WI 53216

A27

61. 4813 West Lusher Avenue, Milwaukee WI 53218
62. 5415 North 73rd Street, Milwaukee WI 53218
63. 4586 North 51st street, Milwaukee WI 53218
64. 6920 West Medford Street, Milwaukee WI 53218
65. 4921 North 65th Street, Milwaukee WI 53218
66. 7909-7911 West Villard Avenue, Milwaukee WI 53218
67. 3248 South 51st Street, Milwaukee WI 53219
68. 1959 South 70th Street, Milwaukee WI 53219
69. 2463 South 59th Street, West Allis WI 53219
70. 2316 South 77th Street, Milwaukee WI 53219
71. 3470 South 66th street, Milwaukee WI 53219
72. 2728 South 75th Street, Milwaukee WI 53219
73. 2917 South 52nd Street, Milwaukee WI 53219
74. 4660 South 50th Street, Milwaukee WI 53220
75. 3821 South 51st Street, Milwaukee WI 53220
76. 1508 West Edgerton Avenue, Milwaukee WI 53221
77. 3407 North 88th Street, Milwaukee WI 53222
78. 3600 North 78th Street, Milwaukee WI 53222
79. 3435 North 86th Street, Milwaukee WI 53222
80. 3906 North 78th Street, Milwaukee WI 53222
81. 3364 North 95th Street, Milwaukee WI 53222
82. 6555 North 58th Street, Milwaukee WI 53223
83. 9451 North Carlotta Lane, Brown Deer WI 53223

## APPENDIX B: SUMMARY OF METROPOLITAN AREA FINDINGS

Plaintiffs have examined REO properties owned and maintained by Defendants in the following metropolitan areas: (1) Chicago, IL; (2) Memphis, TN; (3) Baltimore, MD; (4) Hampton Roads, VA; (5) Toledo, OH; (6) Orlando, FL; (7) Minneapolis, MN; (8) Indianapolis, IN; (9) Columbus, OH; (10) Cleveland, OH; (11) Baton Rouge, LA; (12) Dayton, OH; (13) Denver, CO; (14) Dallas, TX; (15) Gary, IN; (16) Hartford, CT; (17) Milwaukee, WI; (18) New Orleans, LA; (19) Grand Rapids, MI; (20) Muskegon, MI; (21) Greater Palm Beaches, FL; (22) Miami-Ft. Lauderdale, FL; (23) Tampa, FL (24) Richmond, VA; (25) Detroit, MI; (26) Philadelphia, PA; (27) Providence, RI; (28) Vallejo and Richmond, CA; and (29) Kansas City, MO/KS; (30) Prince George's County, MD and Washington, D.C.  Plaintiffs have investigated a total of 1,141 properties in these 30 metropolitan areas.

## 1. CHICAGO, ILLINOIS

In the Chicago, IL metropolitan area, Plaintiffs investigated 106 REO properties owned by the Deutsche Bank Defendants. Of these 106 REO properties, 42 were located in predominantly African-American neighborhoods; 25 were located in predominantly Latino neighborhoods; 11 were located in predominantly non-White neighborhoods, and 28 were located in predominantly White neighborhoods.

- 35.7% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 17.9% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 82.1% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 64.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 30.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods.  Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 64.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.9% of the REO properties in neighborhoods of color had accumulated mail, while only 17.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.3% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.1% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in dead grass, while only 3.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.5% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 21.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.2% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 17.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.2% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 10.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.6% of the REO properties in neighborhoods of color had wood rot, while only 21.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.0% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 59.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.5% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 3.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.8% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

B2

## 2. MEMPHIS, TENNESSEE

In the Memphis, TN metropolitan area, Plaintiffs investigated 61 REO properties owned by the Deutsche Bank Defendants. Of these 61 REO properties, 47 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 2.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 98.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 8.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 69.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 67.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.8% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

B3

- 22.4% of the REO properties in neighborhoods of color had a broken mailbox, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 67.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had a damaged roof, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 55.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.1% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.0% of the REO properties in neighborhoods of color had damaged siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.2% of the REO properties in neighborhoods of color had missing or damaged shutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 22.4% of REO properties in neighborhoods of color had obstructed gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 49.0% of the REO properties in neighborhoods of color had a small amount of mold, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.3% of the REO properties in neighborhoods of color had pervasive mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 61.2% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 3. BALTIMORE, MARYLAND

In the Baltimore, MD metropolitan area, Plaintiffs investigated 63 REO properties owned by the Deutsche Bank Defendants. Of these 63 properties, 39 were located in predominantly African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 21 were located in predominantly White neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 23.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 76.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 21.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 4.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 73.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 52.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 35.7% of the REO properties in neighborhoods of color had accumulated mail, while only 19.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.8% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 19.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.9% of the REO properties in neighborhoods of color had a broken mailbox, while only 4.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 23.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.4% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 59.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 23.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.9% of the REO properties in neighborhoods of color had broken or discarded signage, while only 4.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 35.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.2% of the REO properties in neighborhoods of color had damage siding, while only 19.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a small amount of mold on the property, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 4. HAMPTON ROADS, VIRGINIA

In the Hampton Roads, VA metropolitan area, Plaintiffs investigated 17 REO properties owned by the Deutsche Bank Defendants. Of these 17 properties, 10 were located in predominantly African-American neighborhoods and 7 were located in predominantly White

neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 90.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 20.0% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

B7

- 30.0% of the REO properties in neighborhoods of color had damaged steps and handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had a damaged fence, while only 28.6% of the REO properties in White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 30.0% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.0% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 30.0% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 30.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 5. TOLEDO, OHIO

In the Toledo, OH metropolitan area, Plaintiffs investigated 27 REO properties owned by the Deutsche Bank Defendants. Of these 27 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in a predominantly non-White neighborhoods, and 16 were located in predominantly White neighborhoods.

- 43.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 9.1% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

B8

- 90.9% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 56.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 63.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 6.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 18.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 36.4% of the REO properties in neighborhoods of color had substantial amounts of trash or debris, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.1% of the REO properties in neighborhoods of color had accumulated mail, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had overgrown grass or leaves, while only 18.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had a broken mailbox, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 18.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 72.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of the REO properties in neighborhoods of color had a damaged roof, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had a damaged fence, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.1% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 63.6% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had obstructed gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 6. ORLANDO, FLORIDA

In the Orlando, FL metropolitan area, Plaintiffs evaluated 64 REO properties owned by the Deutsche Bank Defendants. Of these 64 REO properties, 19 were located in predominantly African-American neighborhoods; 9 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods, and 27 were located in predominantly White neighborhoods.

- 14.8% of the REO properties in White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 2.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 97.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 85.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 70.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 40.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 37.8% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 86.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 51.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 40.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.2% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 18.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while only 18.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.1% of the REO properties in neighborhoods of color had broken or boarded windows, while only 25.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.6% of the REO properties in neighborhoods of color had a damaged roof, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 59.5% of the REO properties in neighborhoods of color had a damaged fence, while only 48.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had wood rot, while only 48.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 24.3% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

B12

- 5.4% of the REO properties in neighborhoods of color were marketed as a distressed property, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 10.8% of the REO properties in neighborhoods of color had graffiti, while only 3.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had damaged siding, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.6% of REO properties in neighborhoods of color had missing or out of place gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.5% of the REO properties in neighborhoods of color had obstructed gutters, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.9% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

## 7. MINNEAPOLIS, MINNESOTA

In the Minneapolis, MN metropolitan area, Plaintiffs investigated 24 REO properties owned by the Deutsche Bank Defendants. Of these 24 REO properties, 6 were located in predominantly African-American neighborhoods; 9 were located in predominantly non-White neighborhoods, and 9 were located in predominantly White neighborhoods.

- 33.3% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 60.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 93.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 55.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 6.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

B14

- 40.0% of the REO properties in neighborhoods of color had a damaged fence, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged siding, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of REO properties in neighborhoods of color had missing or out of place gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 8. INDIANAPOLIS, INDIANA

In the Indianapolis, IN metropolitan area, Plaintiffs investigated 18 REO properties owned by the Deutsche Bank Defendants. Of these 18 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods; and 7 were located in predominantly White neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 9.1% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 90.9% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

B15

- 36.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 14.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 9.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 63.6% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 90.9% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had broken or boarded windows, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

B16

- 27.3% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>
- 45.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had damaged siding, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 9. COLUMBUS, OHIO

In the Columbus, OH metropolitan area, Plaintiffs investigated 25 REO properties owned by the Deutsche Bank Defendants. Of these 25 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 14 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 54.5% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 28.6% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 18.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while only 7.1% of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 54.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had accumulated mail, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 81.8% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had damaged siding, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had obstructed gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had a small amount of mold, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of REO properties in neighborhoods of color had pervasive mold, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

## 10. CLEVELAND, OHIO

In the Cleveland, OH metropolitan area, Plaintiffs investigated 32 REO properties owned by the Deutsche Bank Defendants. Of these 32 REO properties, 21 were located in predominantly African-American neighborhoods and 11 were located in predominantly White neighborhoods.

- 45.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 54.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

B19

- 33.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 18.2% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 14.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 47.6% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 54.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.8% of the REO properties in neighborhoods of color had a damaged roof, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

B20

- 28.6% of the REO properties in neighborhoods of color had a damaged fence, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had wood rot, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 81.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 45.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had damaged siding, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a small amount of mold, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 11. BATON ROUGE, LOUISIANA

In the Baton Rouge, LA metropolitan area, Plaintiffs investigated 20 REO properties owned by the Deutsche Bank Defendants. Of these 20 REO properties, 14 were located in predominantly African-American neighborhoods and 6 were located in predominantly White neighborhoods.

- 33.3% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 92.9% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 16.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 92.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 35.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 78.6% of the REO properties in neighborhoods of color had broken or boarded windows, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had a damaged roof, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had wood rot, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 7.1% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 21.4% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had damaged siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had pervasive mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 12. DAYTON, OHIO

In the Dayton, OH metropolitan area, Plaintiffs investigated 37 REO properties owned by the Deutsche Bank Defendants. Of these 37 REO properties, 15 were located in predominantly African-American neighborhoods and 22 were located in predominantly White neighborhoods.

- 31.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 68.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

B23

- 53.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 31.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 13.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 40.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 22.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of the REO properties in neighborhoods of color had accumulated mail, while only 31.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 73.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 22.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 13.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a damaged roof, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

B24

- 33.3% of the REO properties in neighborhoods of color had a damaged fence, while only 22.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 22.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of the REO properties in neighborhoods of color had wood rot, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had trespassing or warning signs, while only 13.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color were marketed as distressed, while only 4.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 31.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of REO properties in neighborhoods of color had damaged siding, while only 40.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of REO properties in neighborhoods of color had missing or out of place gutters, while only 31.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of REO properties in neighborhoods of color had a small amount of mold, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 13. DENVER, COLORADO

In the Denver, CO metropolitan area, Plaintiffs investigated 21 REO properties owned by the Deutsche Bank Defendants. Of these 21 REO properties, 2 were located in predominantly African-American neighborhoods; 8 were located in predominantly Latino neighborhoods; 3 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

B25

- 62.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 37.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 46.2% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 53.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.5% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 69.2% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.4% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.8% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 69.2% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 23.1% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 61.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.4% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 15.4% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>
- 38.5% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.8% of the REO properties in neighborhoods of color had damaged siding, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.8% of REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.5% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 14. DALLAS, TEXAS

In the Dallas, TX metropolitan area, Plaintiffs investigated 62 REO properties owned by the Deutsche Bank Defendants. Of these 62 REO properties, 19 were located in predominantly African-American neighborhoods; 20 were located in predominantly Latino neighborhoods; 8 were located in predominantly non-White neighborhoods, and 15 were located in predominantly White neighborhoods.

- 40.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 12.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 87.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 60.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 51.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 6.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 8.5% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 61.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 53.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.1% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.3% of the REO properties in neighborhoods of color had a broken mailbox, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 36.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.0% of the REO properties in neighborhoods of color had a damaged roof, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.0% of the REO properties in neighborhoods of color had a damaged fence, while only 53.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.2% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.1% of the REO properties in neighborhoods of color had wood rot, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.5% of the REO properties in neighborhoods of color were marketed as distressed properties, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 44.7% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.8% of the REO properties in neighborhoods of color had broken or discarded signage, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.8% of the REO properties in neighborhoods of color had graffiti, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 48.9% of the REO properties in neighborhoods of color had damaged siding, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.0% of REO properties in neighborhoods of color had pervasive mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 31.9% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

**15. GARY, INDIANA**

In the Gary, IN metropolitan area, Plaintiffs investigated 22 REO properties owned by the Deutsche Bank Defendants. Of these 22 REO properties, 8 were located in predominantly African-

American neighborhoods; 1 was located in a predominantly non-White neighborhood, and 13 were located in predominantly White neighborhoods.

- 53.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 46.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 66.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 77.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 77.8% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.2% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 88.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.2% of the REO properties in neighborhoods of color had a damaged roof, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had wood rot, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.2% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had damaged siding, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of REO properties in neighborhoods of color had obstructed gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

## 16. HARTFORD, CONNECTICUT

In the Hartford, CT metropolitan area, Plaintiffs investigated 16 REO properties owned by the Deutsche Bank Defendants. Of these 16 REO properties, 5 were located in predominantly African-American neighborhoods, 2 were located in predominantly Latino neighborhoods, 5 were located in predominantly non-White neighborhoods, and 4 were located in predominantly White neighborhoods.

- 75.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 16.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 83.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 25.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 8.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 58.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 91.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

B32

- 25.0% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 25.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 58.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 58.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 17. MILWAUKEE, WISCONSIN

In the Milwaukee, WI metropolitan area, Plaintiffs investigated 83 REO properties owned by the Deutsche Bank Defendants. Of these 83 REO properties, 48 were located in predominantly African-American neighborhoods; 7 were located in predominantly Latino neighborhoods; 5 were

located in predominantly non-White neighborhoods, and 23 were located in predominantly White neighborhoods.

- 69.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 13.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 86.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 30.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 16.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 58.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 21.7 % of the REO properties in predominantly White neighborhoods had the same problem.

- 45.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 21.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.0% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 4.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.7% of the REO properties in neighborhoods of color had a damaged roof, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 17.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.0% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.3% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 48.3% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 34.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had unauthorized occupancy on the premises, while only 4.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 48.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 39.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had damaged siding, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.7% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

B35

**18. NEW ORLEANS, LOUISIANA**

In the New Orleans, LA metropolitan area, Plaintiffs investigated 42 REO properties owned by the Deutsche Bank Defendants. Of these 42 REO properties, 29 were located in predominantly African-American neighborhoods; 5 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

- 79.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 25.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 17.6% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 73.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.8% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 8.8% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 17.6% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 61.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had a damaged roof, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 67.6% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.1% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 55.9% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.6% of the REO properties in neighborhoods of color had broken or discarded signage, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.9% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 52.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 76.5% of the REO properties in neighborhoods of color had damaged siding, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.8% of the REO properties in neighborhoods of color had damaged or missing shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 70.6% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 19. GRAND RAPIDS, MICHIGAN

In the Grand Rapids, MI metropolitan area, Plaintiffs investigated 14 REO properties owned by the Deutsche Bank Defendants. Of these 14 REO properties, 3 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods; and 9 were located in predominantly White neighborhoods.

- 55.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 20.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 80.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 44.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 11.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 80.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had accumulated mail, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had a damaged fence, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 80.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged siding, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 20.0% of REO properties in neighborhoods of color had broken or hanging gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 20. MUSKEGON, MICHIGAN

In the Muskegon, MI metropolitan area, Plaintiffs investigated 29 REO properties owned by the Deutsche Bank Defendants. Of these 29 REO properties, 10 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 17 were located in predominantly White neighborhoods.

- 52.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 8.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 91.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 47.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 33.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 11.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 16.7% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 29.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color overgrown or dead shrubbery, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 16.7% of the REO properties in neighborhoods of color had a broken mailbox, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 35.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 23.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.3% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 91.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 29.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.3% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 16.7% of the REO properties in neighborhoods of color had water damage, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 21. GREATER PALM BEACHES, FLORIDA

In the Greater Palm Beaches, FL metropolitan area, Plaintiffs investigated 41 REO properties owned by the Deutsche Bank Defendants. Of these 41 REO properties, 1 was located in a predominantly African-American neighborhood; 11 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods; and 20 were located in predominantly White neighborhoods.

- 40.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 4.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 95.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 60.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 10.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 81.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had accumulated mail, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.6% of the REO properties in neighborhoods of color had overgrown grass or leaves, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 45.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.8% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had a damaged roof, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had a damaged fence, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had wood rot, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.0% of the REO properties in neighborhoods of color had graffiti, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had a small amount of mold, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 22.  MIAMI-FT. LAUDERDALE, FLORIDA

In the Miami-Ft. Lauderdale, FL metropolitan area, Plaintiffs investigated 63 REO properties owned by the Deutsche Bank Defendants. Of these 63 REO properties, 27 were located in predominantly African-American neighborhoods; 11 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods, and 16 were located in predominantly White neighborhoods.

- 31.3% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.6% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 89.4% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 68.8% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 68.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 18.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 23.4% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 74.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.8% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 56.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 34.0% of the REO properties in neighborhoods of color had at least 50% or more of the property covered in invasive plants, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.1% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 10.6% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.4% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.4% of the REO properties in neighborhoods of color had a damaged fence, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.4% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.4% of the REO properties in neighborhoods of color had wood rot, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.3% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.9% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 66.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.8% of the REO properties in neighborhoods of color had damaged siding, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.5% of the REO properties in neighborhoods of color had missing or damaged shutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 12.8% of REO properties in neighborhoods of color had broken or hanging gutters, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.3% of the REO properties in neighborhoods of color had pervasive mold, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 43.8% of the REO properties in predominantly White neighborhoods had the same problem.

## 23. TAMPA, FLORIDA

In the Tampa, FL metropolitan area, Plaintiffs investigated 27 REO properties owned by the Deutsche Bank Defendants. Of these 27 REO properties, 4 were located in predominantly African-American neighborhoods; 3 were located in Latino neighborhoods; 9 were located in Majority Non-White neighborhoods; and 11 were located in predominantly White neighborhoods.

- 72.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.8% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 27.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 43.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 9.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 12.5% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 68.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged roof, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 43.8% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 12.5% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 37.5% of the REO properties in neighborhoods of color had damaged siding, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had missing or out-of-place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

### 24. RICHMOND, VIRGINIA

In the Richmond, VA metropolitan area, Plaintiffs investigated 39 REO properties owned by the Deutsche Bank Defendants. Of these 39 REO properties, 18 were located in predominantly African-American neighborhoods, 1 was located in a majority Non-White neighborhood, and 20 were located in predominantly White neighborhoods.

- 25.0% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 5.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 94.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 75.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 52.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 40.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 21.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 57.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 35.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 10.0%% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had a broken mailbox, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 68.4% of the REO properties in neighborhoods of color had broken or boarded windows, while only 15.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had a damaged fence, while only 35.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had damaged siding, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.6% of the REO properties in neighborhoods of color had missing or out-of-place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.1% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 25. SUBURBAN DETROIT, MICHIGAN

In the Detroit, MI metropolitan area, Plaintiffs investigated 43 REO properties owned by the Deutsche Bank Defendants. Of these 43 REO properties, 11 were located in predominantly African-American neighborhoods; 6 were located in predominantly non-White neighborhoods, and 26 were located in predominantly White neighborhoods.

- 57.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 11.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 88.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 42.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 11.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 5.9% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 64.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 26.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.6% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 3.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had a damaged fence, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

B50

- 23.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 35.3% of the REO properties in neighborhoods of color had obstructed gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

## 26. PHILADELPHIA, PENNSYLVANIA

In the Philadelphia, PA metropolitan area, Plaintiffs investigated 28 REO properties owned by the Deutsche Bank Defendants. Of these 28 properties, 13 were located in predominantly African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 58.3% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.8% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 41.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 25.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 8.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs

found significant racial disparities in the majority of the objective factors they measured, including the following:

- 56.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had accumulated mail, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.8% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.8% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 56.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.8% of the REO properties in neighborhoods of color had trespassing or warning signs, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

B52

- 62.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 27. PROVIDENCE, RHODE ISLAND

In the Providence, RI metropolitan area, Plaintiffs investigated 19 REO properties owned by the Deutsche Bank Defendants. Of these 19 REO properties, 6 were located in predominantly Latino neighborhoods; 6 were located in predominantly non-White neighborhoods; and 7 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 75.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 28.6% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.7% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 58.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had damaged siding, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

B54

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 28. VALLEJO AND RICHMOND, CALIFORNIA

In the Vallejo and Richmond, CA metropolitan area, Plaintiffs investigated 22 REO properties owned by the Deutsche Bank Defendants. Of these 22 properties, 5 were located in predominantly Latino neighborhoods, 13 were located in predominantly non-White neighborhoods, and 4 were located in predominantly White neighborhoods.

- 25.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 16.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 83.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 75.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 22.2% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 61.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had accumulated mail, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 66.7% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 16.7% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 11.1% of the REO properties in neighborhoods of color were marketed as distressed, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 44.4% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.1% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 29. KANSAS CITY, MISSOURI / KANSAS

In the Kansas City, MO/KS metropolitan area, Plaintiffs investigated 10 REO properties owned by the Deutshe Bank Defendants. Of these 10 REO properties, 2 were located in predominantly African-American neighborhoods, 1 was located in a predominantly Latino neighborhood; 2 were located in predominantly non-White neighborhoods; and 5 were located in predominantly White neighborhoods.

- 80.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 20.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 60.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a trespassing or warning sign, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 30. PRINCE GEORGE'S COUNTY, MARYLAND & WASHINGTON, DISTRICT OF COLUMBIA

In the Washington, D.C. metropolitan area, Plaintiffs investigated 66 REO properties owned by the Deutsche Bank Defendants. Of these 66 REO properties, 52 were located in African-American neighborhoods, 5 were located in predominantly non-White neighborhoods, and 9 were located in predominantly White neighborhoods.

- 55.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.5% of the REO properties in neighborhoods of color had fewer than 5 maintenance or marketing deficiencies.

- 89.5% of REO properties in neighborhoods of color had 5 or more marketing or maintenance deficiencies, while only 44.4% of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

- 36.8% of REO properties in neighborhoods of color had 10 or more marketing or maintenance deficiencies, while only 11.1% of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 64.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

B58

- 19.3% of the REO properties in neighborhoods of color had accumulated mail, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.6% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 61.4% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 55.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.3% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the properties in predominantly White neighborhoods had the same problem.</u>

- 50.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 11.1% of REO properties in predominantly White neighborhoods had the same problem.

- 8.8% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 10.5% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.1% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 11.1% of the properties in predominantly White neighborhoods had the same problem.

- 17.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 11.1% of the properties in predominantly White neighborhoods had the same problem.

- 45.6% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 7.0% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 29.8% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 12.3% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 43.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had damaged siding, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 35.1% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.0% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 7.0% of the REO properties in neighborhoods of color had water damage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 8.8% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.4% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

## APPENDIX C
### February 26, 2012 to present

Plaintiffs have examined REO properties owned and maintained by Defendants in the following metropolitan areas: (1) Prince George's County, MD and Washington, D.C.; (2) Memphis, TN; (3) Chicago, IL; (4) Baltimore, MD; (5) Hampton Roads, VA; (6) Toledo, OH; (7) Orlando, FL; (8) Minneapolis, MN; (9) Indianapolis, IN; (10) Columbus, OH; (11) Cleveland, OH; (12) Baton Rouge, LA; (13) Dayton, OH; (14) Denver, CO; (15) Dallas, TX; (16) Gary, IN; (17) Hartford, CT; (18) Milwaukee, WI; (19) New Orleans, LA; (20) Grand Rapids, MI; (21) Muskegon, MI; (22) Greater Palm Beaches, FL; (23) Miami-Ft. Lauderdale, FL; (24) Tampa, FL (25) Richmond, VA; (26) Detroit, MI; (27) Philadelphia, PA; (28) Providence, RI; (29) Vallejo and Richmond, CA; and (30) Kansas City, MO/KS. Plaintiffs have investigated a total of 1,050 properties in these 30 metropolitan areas during the period from February 26, 2012 to the present.

### 1. PRINCE GEORGE'S COUNTY, MARYLAND & WASHINGTON, DISTRICT OF COLUMBIA

In the Washington, D.C. metropolitan area, Plaintiffs investigated 46 REO properties owned by the Deutsche Bank Defendants. Of these 46 REO properties, 35 were located in African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

- 62.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.5% of the REO properties in neighborhoods of color had fewer than 5 maintenance or marketing deficiencies.

- 89.5% of REO properties in neighborhoods of color had 5 or more marketing or maintenance deficiencies, while only 37.5% of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

- 36.8% of REO properties in neighborhoods of color had 10 or more marketing or maintenance deficiencies, while none of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 73.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.7% of the REO properties in neighborhoods of color had accumulated mail, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.6% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 63.2% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of REO properties in predominantly White neighborhoods had the same problem.</u>

- 7.9% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 15.8% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 57.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 12.5% of the properties in predominantly White neighborhoods had the same problem.

- 52.6% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 7.9% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 26.3% of the REO properties in neighborhoods of color had a damaged fence, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.2% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

C2

- 42.1% of the REO properties in neighborhoods of color had no professional "for sale" sign, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 34.2% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 39.5% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 13.2% of the REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 7.9% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.1% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

## 2. MEMPHIS, TENNESSEE

In the Memphis, TN metropolitan area, Plaintiffs investigated 61 REO properties owned by the Deutsche Bank Defendants. Of these 61 REO properties, 47 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 2.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

C3

- 98.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

- 8.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 69.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 67.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.8% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.4% of the REO properties in neighborhoods of color had a broken mailbox, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.3% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 67.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

C4

- 14.3% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same</u> problem.

- 55.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 53.1% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.0% of the REO properties in neighborhoods of color had damaged siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.2% of the REO properties in neighborhoods of color had missing or damaged shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 22.4% of REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 49.0% of the REO properties in neighborhoods of color had a small amount of mold, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.3% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 61.2% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

### 3. CHICAGO, ILLINOIS

In the Chicago, IL metropolitan area, Plaintiffs investigated 83 REO properties owned by the Deutsche Bank Defendants. Of these 83 REO properties, 33 were located in predominantly African-American neighborhoods; 17 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods, and 24 were located in predominantly White neighborhoods.

- 37.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 16.9% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 83.1% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 62.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 28.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 4.2% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 59.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 29.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.8% of the REO properties in neighborhoods of color had accumulated mail, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.1% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.6% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in dead grass, while only 4.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.3% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 20.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 4.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.5% of the REO properties in neighborhoods of color had broken or boarded windows, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.7% of the REO properties in neighborhoods of color had wood rot, while only 20.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.6% of the REO properties in neighborhoods of color were marketed as distressed properties, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.1% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 55.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.4% of the REO properties in neighborhoods of color had missing our out of place gutters, while only 20.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.2% of the REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 11.9% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 4.2% of the REO properties in predominantly White neighborhoods had the same problem.

## 4. BALTIMORE, MARYLAND

In the Baltimore, MD metropolitan area, Plaintiffs investigated 47 REO properties owned by the Deutsche Bank Defendants. Of these 47 properties, 27 were located in predominantly African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 17 were located in predominantly White neighborhoods.

- 47.1% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 20.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

C7

- 80.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 52.9% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 23.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 5.9% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 80.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 47.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while only 23.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 35.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 11.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 29.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

C8

- 46.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 35.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 6.7% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 53.3% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had broken or discarded signage, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a small amount of mold on the property, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

### 5. HAMPTON ROADS, VIRGINIA

In the Hampton Roads, VA metropolitan area, Plaintiffs investigated 17 REO properties owned by the Deutsche Bank Defendants. Of these 17 properties, 10 were located in predominantly African-American neighborhoods and 7 were located in predominantly White neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 90.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

- 20.0% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.0% of the REO properties in neighborhoods of color had damaged steps and handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had a damaged fence, while only 28.6% of the REO properties in White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 30.0% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

C10

- 80.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.0% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 30.0% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 30.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 6. TOLEDO, OHIO

In the Toledo, OH metropolitan area, Plaintiffs investigated 27 REO properties owned by the Deutsche Bank Defendants. Of these 27 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in a predominantly non-White neighborhoods, and 16 were located in predominantly White neighborhoods.

- 43.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 9.1% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 90.9% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 56.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 63.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 6.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 18.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including

the following:

- 36.4% of the REO properties in neighborhoods of color had substantial amounts of trash or debris, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.1% of the REO properties in neighborhoods of color had accumulated mail, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had overgrown grass or leaves, while only 18.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had a broken mailbox, while only 6.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 18.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 31.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of the REO properties in neighborhoods of color had a damaged roof, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had a damaged fence, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.1% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 63.6% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had obstructed gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

<u>7. ORLANDO, FLORIDA</u>

In the Orlando, FL metropolitan area, Plaintiffs evaluated 64 REO properties owned by the Deutsche Bank Defendants. Of these 64 REO properties, 19 were located in predominantly African-American neighborhoods; 9 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods, and 27 were located in predominantly White neighborhoods.

- 14.8% of the REO properties in White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 2.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 97.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 85.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 70.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 40.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 37.8% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 86.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 51.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 40.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.2% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 18.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while only 18.5% of the REO properties in predominantly White neighborhoods had the same problem.

C14

- 45.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.1% of the REO properties in neighborhoods of color had broken or boarded windows, while only 25.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.6% of the REO properties in neighborhoods of color had a damaged roof, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 59.5% of the REO properties in neighborhoods of color had a damaged fence, while only 48.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had wood rot, while only 48.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 24.3% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.4% of the REO properties in neighborhoods of color were marketed as a distressed property, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 10.8% of the REO properties in neighborhoods of color had graffiti, while only 3.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.2% of the REO properties in neighborhoods of color had damaged siding, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.6% of REO properties in neighborhoods of color had missing or out of place gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.5% of the REO properties in neighborhoods of color had obstructed gutters, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.9% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 29.6% of the REO properties in predominantly White neighborhoods had the same problem.

## 8. MINNEAPOLIS, MINNESOTA

In the Minneapolis, MN metropolitan area, Plaintiffs investigated 24 REO properties owned by the Deutsche Bank Defendants. Of these 24 REO properties, 6 were located in predominantly African-American neighborhoods; 9 were located in predominantly non-White neighborhoods, and 9 were located in predominantly White neighborhoods.

- 33.3% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 60.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 93.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 55.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 6.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a damaged fence, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged siding, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

C17

- 46.7% of REO properties in neighborhoods of color had missing or out of place gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 9. INDIANAPOLIS, INDIANA

In the Indianapolis, IN metropolitan area, Plaintiffs investigated 18 REO properties owned by the Deutsche Bank Defendants. Of these 18 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods; and 7 were located in predominantly White neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 9.1% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 90.9% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 36.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 14.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 9.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 63.6% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 90.9% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had broken or boarded windows, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of the REO properties in neighborhoods of color were marketed as distressed properties, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

C19

- 36.4% of the REO properties in neighborhoods of color had damaged siding, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 10. COLUMBUS, OHIO

In the Columbus, OH metropolitan area, Plaintiffs investigated 25 REO properties owned by the Deutsche Bank Defendants. Of these 25 REO properties, 9 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 14 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 54.5% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 28.6% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 18.2% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while only 7.1% of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 54.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had accumulated mail, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 72.7% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 81.8% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had damaged siding, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of REO properties in neighborhoods of color had a small amount of mold, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of REO properties in neighborhoods of color had pervasive mold, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

## 11. CLEVELAND, OHIO

In the Cleveland, OH metropolitan area, Plaintiffs investigated 32 REO properties owned by the Deutsche Bank Defendants. Of these 32 REO properties, 21 were located in predominantly African-American neighborhoods and 11 were located in predominantly White neighborhoods.

- 45.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 54.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 33.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 18.2% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 14.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 47.6% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

C22

- 38.1% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 54.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.8% of the REO properties in neighborhoods of color had a damaged roof, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had a damaged fence, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had wood rot, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 81.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 45.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had damaged siding, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a small amount of mold, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 12. BATON ROUGE, LOUISIANA

In the Baton Rouge, LA metropolitan area, Plaintiffs investigated 20 REO properties owned by the Deutsche Bank Defendants. Of these 20 REO properties, 14 were located in predominantly African-American neighborhoods and 6 were located in predominantly White neighborhoods.

- 33.3% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 92.9% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 16.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 92.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 35.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 78.6% of the REO properties in neighborhoods of color had broken or boarded windows, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had a damaged roof, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had wood rot, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 7.1% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 21.4% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.3% of the REO properties in neighborhoods of color had damaged siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 57.1% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

### 13. DAYTON, OHIO

In the Dayton, OH metropolitan area, Plaintiffs investigated 29 REO properties owned by the Deutsche Bank Defendants. Of these 29 REO properties, 11 were located in predominantly African-American neighborhoods and 18 were located in predominantly White neighborhoods.

- 27.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 72.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 63.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 33.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 9.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 45.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had accumulated mail, while only 38.9% of the REO properties in predominantly White neighborhoods had the same problem.

C26

- 72.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 81.8% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had a damaged roof, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of the REO properties in neighborhoods of color had a damaged fence, while only 27.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 27.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had wood rot, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of the REO properties in neighborhoods of color were marketed as distressed, while only 5.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 38.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of REO properties in neighborhoods of color had damaged siding, while only 38.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of REO properties in neighborhoods of color had missing or out of place gutters, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.4% of REO properties in neighborhoods of color had a small amount of mold, while only 27.8% of the REO properties in predominantly White neighborhoods had the same problem.

## 14. DENVER, COLORADO

In the Denver, CO metropolitan area, Plaintiffs investigated 21 REO properties owned by the Deutsche Bank Defendants. Of these 21 REO properties, 2 were located in predominantly African-American neighborhoods; 8 were located in predominantly Latino neighborhoods; 3 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

- 62.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 37.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 46.2% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 53.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

C28

- 38.5% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 69.2% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.4% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 53.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.8% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 69.2% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 23.1% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 61.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.4% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 15.4% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.
- 38.5% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.8% of the REO properties in neighborhoods of color had damaged siding, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

C29

- 53.8% of REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.5% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 15. DALLAS, TEXAS

In the Dallas, TX metropolitan area, Plaintiffs investigated 48 REO properties owned by the Deutsche Bank Defendants. Of these 48 REO properties, 12 were located in predominantly African-American neighborhoods; 15 were located in predominantly Latino neighborhoods; 8 were located in predominantly non-White neighborhoods, and 13 were located in predominantly White neighborhoods.

- 38.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 14.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 85.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 61.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 57.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.9% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 53.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.1% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.9% of the REO properties in neighborhoods of color had a broken mailbox, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 17.1% of the REO properties in neighborhoods of color had a damaged roof, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 48.6% of the REO properties in neighborhoods of color had wood rot, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.7% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 37.1% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had graffiti, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.4% of the REO properties in neighborhoods of color had damaged siding, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.9% of REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 37.1% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 16. GARY, INDIANA

In the Gary, IN metropolitan area, Plaintiffs investigated 22 REO properties owned by the Deutsche Bank Defendants. Of these 22 REO properties, 8 were located in predominantly African-American neighborhoods; 1 was located in a predominantly non-White neighborhood, and 13 were located in predominantly White neighborhoods.

- 53.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 46.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 66.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 77.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of the REO properties in neighborhoods of color had accumulated mail, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 66.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 77.8% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

C32

- 22.2% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 44.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 88.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.2% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 44.4% of the REO properties in neighborhoods of color had wood rot, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.2% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 55.6% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.4% of the REO properties in neighborhoods of color had damaged siding, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.6% of REO properties in neighborhoods of color had obstructed gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

## 17. HARTFORD, CONNECTICUT

In the Hartford, CT metropolitan area, Plaintiffs investigated 16 REO properties owned by the Deutsche Bank Defendants. Of these 16 REO properties, 5 were located in predominantly African-American neighborhoods, 2 were located in predominantly Latino neighborhoods, 5 were located in predominantly non-White neighborhoods, and 4 were located in predominantly White neighborhoods.

- 75.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 16.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 83.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 25.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 8.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 58.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 91.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 18. MILWAUKEE, WISCONSIN

In the Milwaukee, WI metropolitan area, Plaintiffs investigated 83 REO properties owned by the Deutsche Bank Defendants. Of these 83 REO properties, 48 were located in predominantly African-American neighborhoods; 7 were located in predominantly Latino neighborhoods; 5 were located in predominantly non-White neighborhoods, and 23 were located in predominantly White neighborhoods.

- 69.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 13.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 86.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 30.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 16.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 58.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 21.7 % of the REO properties in predominantly White neighborhoods had the same problem.

- 45.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 46.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 21.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.0% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.3% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 4.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.7% of the REO properties in neighborhoods of color had a damaged roof, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 17.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.0% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.3% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 48.3% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 34.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.3% of the REO properties in neighborhoods of color had unauthorized occupancy on the premises, while only 4.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 48.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 39.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had damaged siding, while only 13.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.7% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 25.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 8.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

<u>19. NEW ORLEANS, LOUISIANA</u>

In the New Orleans, LA metropolitan area, Plaintiffs investigated 42 REO properties owned by the Deutsche Bank Defendants. Of these 42 REO properties, 29 were located in predominantly African-American neighborhoods; 5 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

- 79.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 25.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 17.6% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 73.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.8% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 8.8% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 17.6% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 61.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had a damaged roof, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 67.6% of the REO properties in neighborhoods of color had a damaged fence, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 55.9% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.6% of the REO properties in neighborhoods of color had broken or discarded signage, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 5.9% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 52.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 76.5% of the REO properties in neighborhoods of color had damaged siding, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

C39

- 8.8% of the REO properties in neighborhoods of color had damaged or missing shutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 70.6% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 20. GRAND RAPIDS, MICHIGAN

In the Grand Rapids, MI metropolitan area, Plaintiffs investigated 14 REO properties owned by the Deutsche Bank Defendants. Of these 14 REO properties, 3 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods; and 9 were located in predominantly White neighborhoods.

- 55.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 20.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 80.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 44.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 11.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 80.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had accumulated mail, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 80.0% of the REO properties in neighborhoods of color had a damaged fence, while only 22.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 80.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 44.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged siding, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 20.0% of REO properties in neighborhoods of color had broken or hanging gutters, while only 11.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 21. MUSKEGON, MICHIGAN

In the Muskegon, MI metropolitan area, Plaintiffs investigated 29 REO properties owned by the Deutsche Bank Defendants. Of these 29 REO properties, 10 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 17 were located in predominantly White neighborhoods.

- 52.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 8.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 91.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 47.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 33.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 11.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

C41

- 16.7% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 29.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color overgrown or dead shrubbery, while only 17.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 16.7% of the REO properties in neighborhoods of color had a broken mailbox, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 35.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 23.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

C42

- 8.3% of the REO properties in neighborhoods of color were marketed as distressed properties, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 91.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 29.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.3% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had water damage, while only 5.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 22. GREATER PALM BEACHES, FLORIDA

In the Greater Palm Beaches, FL metropolitan area, Plaintiffs investigated 41 REO properties owned by the Deutsche Bank Defendants. Of these 41 REO properties, 1 was located in a predominantly African-American neighborhood; 11 were located in predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods; and 20 were located in predominantly White neighborhoods.

- 40.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 4.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 95.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 60.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 57.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 10.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs

found significant racial disparities in the majority of the objective factors they measured, including the following:

- 81.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had accumulated mail, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.6% of the REO properties in neighborhoods of color had overgrown grass or leaves, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 45.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.8% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had a damaged roof, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had a damaged fence, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had wood rot, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.0% of the REO properties in neighborhoods of color had graffiti, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had a small amount of mold, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 23. MIAMI-FT. LAUDERDALE, FLORIDA

In the Miami-Ft. Lauderdale, FL metropolitan area, Plaintiffs investigated 53 REO properties owned by the Deutsche Bank Defendants. Of these 53 REO properties, 22 were located in predominantly African-American neighborhoods; 8 were located in predominantly Latino neighborhoods; 8 were located in predominantly non-White neighborhoods, and 15 were located in predominantly White neighborhoods.

- 26.7% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 2.6% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 97.4% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 73.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 76.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 20.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 26.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

C45

- 84.2% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 53.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.2% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 65.8% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 60.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 39.5% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had at least 50% or more of the property covered in invasive plants, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while only 13.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.4% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.2% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.7% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.1% of the REO properties in neighborhoods of color had a damaged fence, while only 13.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 13.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had wood rot, while only 13.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had trespassing or warning signs, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 10.5% of the REO properties in neighborhoods of color had graffiti, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 71.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 26.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 34.2% of the REO properties in neighborhoods of color had damaged siding, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of the REO properties in neighborhoods of color had missing or damaged shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 13.2% of REO properties in neighborhoods of color had missing or out of place gutters, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of REO properties in neighborhoods of color had broken or hanging gutters, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of the REO properties in neighborhoods of color had water damage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 23.7% of the REO properties in neighborhoods of color had pervasive mold, while only 6.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 46.7% of the REO properties in predominantly White neighborhoods had the same problem.

## 24. TAMPA, FLORIDA

In the Tampa, FL metropolitan area, Plaintiffs investigated 27 REO properties owned by the Deutsche Bank Defendants. Of these 27 REO properties, 4 were located in predominantly African-American neighborhoods; 3 were located in Latino neighborhoods; 9 were located in Majority Non-White neighborhoods; and 11 were located in predominantly White neighborhoods.

- 72.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.8% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 27.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 43.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 9.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 12.5% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 68.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged roof, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged fence, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.
- 37.5% of the REO properties in neighborhoods of color had damaged siding, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

C49

- 31.3% of the REO properties in neighborhoods of color had missing or out-of-place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 25. RICHMOND, VIRGINIA

In the Richmond, VA metropolitan area, Plaintiffs investigated 39 REO properties owned by the Deutsche Bank Defendants. Of these 39 REO properties, 18 were located in predominantly African-American neighborhoods, 1 was located in a majority Non-White neighborhood, and 20 were located in predominantly White neighborhoods.

- 25.0% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 5.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 94.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 75.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 52.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 40.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 21.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 57.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 35.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 10.0%% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.8% of the REO properties in neighborhoods of color had a broken mailbox, while only 5.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 68.4% of the REO properties in neighborhoods of color had broken or boarded windows, while only 15.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had a damaged fence, while only 35.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had damaged siding, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.6% of the REO properties in neighborhoods of color had missing or out-of-place gutters, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.1% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 26. SUBURBAN DETROIT, MICHIGAN

In the Detroit, MI metropolitan area, Plaintiffs investigated 43 REO properties owned by the Deutsche Bank Defendants. Of these 43 REO properties, 11 were located in predominantly African-American neighborhoods; 6 were located in predominantly non-White neighborhoods, and 26 were located in predominantly White neighborhoods.

- 57.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 11.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 88.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 42.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 11.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 5.9% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 64.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 26.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.6% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 3.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had a damaged fence, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 35.3% of the REO properties in neighborhoods of color had obstructed gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

C53

## 27. PHILADELPHIA, PENNSYLVANIA

In the Philadelphia, PA metropolitan area, Plaintiffs investigated 28 REO properties owned by the Deutsche Bank Defendants. Of these 28 properties, 13 were located in predominantly African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 58.3% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.8% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 41.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 25.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 8.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 56.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had accumulated mail, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.8% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.8% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 56.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.8% of the REO properties in neighborhoods of color had trespassing or warning signs, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 28. PROVIDENCE, RHODE ISLAND

In the Providence, RI metropolitan area, Plaintiffs investigated 19 REO properties owned by the Deutsche Bank Defendants. Of these 19 REO properties, 6 were located in predominantly Latino neighborhoods; 6 were located in predominantly non-White neighborhoods; and 7 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 75.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 28.6% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.7% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 58.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

C56

- 25.0% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had damaged siding, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 29. VALLEJO AND RICHMOND, CALIFORNIA

In the Vallejo and Richmond, CA metropolitan area, Plaintiffs investigated 22 REO properties owned by the Deutsche Bank Defendants. Of these 22 properties, 5 were located in predominantly Latino neighborhoods, 13 were located in predominantly non-White neighborhoods, and 4 were located in predominantly White neighborhoods.

- 25.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 16.7% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 83.3% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 75.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 22.2% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 61.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

C57

- 44.4% of the REO properties in neighborhoods of color had accumulated mail, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 33.3% of REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 66.7% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 16.7% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 11.1% of the REO properties in neighborhoods of color were marketed as distressed, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 44.4% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.1% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 30. KANSAS CITY, MISSOURI / KANSAS

In the Kansas City, MO/KS metropolitan area, Plaintiffs investigated 10 REO properties owned by the Deutsche Bank Defendants. Of these 10 REO properties, 2 were located in predominantly African-American neighborhoods, 1 was located in a predominantly Latino neighborhood; 2 were located in predominantly non-White neighborhoods; and 5 were located in predominantly White neighborhoods.

- 80.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 20.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 40.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 60.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 20.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while <u>none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 60.0% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a trespassing or warning sign, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

**APPENDIX D**
**February 14, 2015 to Present**

Plaintiffs have examined REO properties owned and maintained by Defendants in the following metropolitan areas: (1) Prince George's County, MD and Washington, D.C.; (2) Memphis, TN; (3) Chicago, IL; (4) Baltimore, MD; (5) Hampton Roads, VA; (6) Toledo, OH; (7) Orlando, FL; (8) Minneapolis, MN; (9) Indianapolis, IN; (10) Columbus, OH; (11) Cleveland, OH; (12) Baton Rouge, LA; (13) Dayton, OH; (14) Denver, CO; (15) Dallas, TX; (16) Gary, IN; (17) Hartford, CT; (18) Milwaukee, WI; (19) New Orleans, LA; (20) Grand Rapids, MI; (21) Muskegon, MI; (22) Greater Palm Beaches, FL; (23) Miami-Ft. Lauderdale, FL; (24) Tampa, FL (25) Richmond, VA; (26) Detroit, MI; (27) Philadelphia, PA; (28) Providence, RI; (29) Vallejo and Richmond, CA; and (30) Kansas City, MO/KS. Plaintiffs have investigated a total of 610 properties in these 30 metropolitan areas during the period from February 14, 2015 to the present.

## 1. PRINCE GEORGE'S COUNTY, MARYLAND & WASHINGTON, DISTRICT OF COLUMBIA

In the Washington, D.C. metropolitan area, Plaintiffs investigated 39 REO properties owned by the Deutsche Bank Defendants. Of these 39 REO properties, 31 were located in African-American neighborhoods, 3 were located in predominantly non-White neighborhoods, and 5 were located in predominantly White neighborhoods.

- 60.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 11.8% of the REO properties in neighborhoods of color had fewer than 5 maintenance or marketing deficiencies.

- 88.2% of REO properties in neighborhoods of color had 5 or more marketing or maintenance deficiencies, while only 40.0% of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

- 38.2% of REO properties in neighborhoods of color had 10 or more marketing or maintenance deficiencies, while none of the REO properties in White neighborhoods had 5 or more marketing or maintenance deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 73.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 60.0% of the REO properties in predominantly White neighborhoods had the same problem.

D1

- 23.5% of the REO properties in neighborhoods of color had accumulated mail, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.8% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 67.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 60.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.1% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of REO properties in predominantly White neighborhoods had the same problem.</u>

- 5.9% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 17.7% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 55.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 20.0% of the properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the properties in predominantly White neighborhoods had the same problem.</u>

- 52.9% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 26.5% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.7% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.7% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 29.4% of the REO properties in neighborhoods of color had peeling or chipped paint, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 26.5% of the REO properties in neighborhoods of color had damaged siding, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.1% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 8.8% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.7% of the REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 5.9% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 2. MEMPHIS, TENNESSEE

In the Memphis, TN metropolitan area, Plaintiffs investigated 40 REO properties owned by the Deutsche Bank Defendants. Of these 40 REO properties, 32 were located in predominantly African-American neighborhoods; 1 was located in a predominantly non-White neighborhood, and 7 were located in predominantly White neighborhoods.

- 42.9% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 57.1% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 66.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

- 12.1% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 66.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 69.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.4% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 24.2% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 69.7% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 15.2% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 66.7% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 12.1% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same</u> problem.

- 63.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had wood rot, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.5% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.6% of the REO properties in neighborhoods of color had damaged siding, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 15.2% of the REO properties in neighborhoods of color had missing or damaged shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 24.2% of REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 66.7% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 3. CHICAGO, ILLINOIS

In the Chicago, IL metropolitan area, Plaintiffs investigated 25 REO properties owned by the Deutsche Bank Defendants. Of these 25 REO properties, 17 were located in predominantly African-American neighborhoods; 1 was located in a predominantly Latino neighborhood; 1 was located in a predominantly non-White neighborhood, and 6 were located in predominantly White neighborhoods.

- 16.7% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.5% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 89.5% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 83.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 47.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 89.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had accumulated mail, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 52.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.1% of the REO properties in neighborhoods of color had a damaged fence, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had wood rot, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.5% of the REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 31.6% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

### 4. BALTIMORE, MARYLAND

In the Baltimore, MD metropolitan area, Plaintiffs investigated 31 REO properties owned by the Deutsche Bank Defendants. Of these 31 properties, 17 were located in predominantly African-American neighborhoods, 2 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 33.3% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 21.1% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

D7

- 78.9% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 21.1% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 8.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 78.9% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 58.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had accumulated mail, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.2% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.9% of the REO properties in neighborhoods of color had broken or boarded windows, while only 41.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.4% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 36.8% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 26.3% of the REO properties in neighborhoods of color had damage siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 21.1% of the REO properties in neighborhoods of color had a small amount of mold on the property, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

<u>5. HAMPTON ROADS, VIRGINIA</u>

In the Hampton Roads, VA metropolitan area, Plaintiffs investigated 7 REO properties owned by the Deutsche Bank Defendants. Of these 7 properties, 5 were located in predominantly African-American neighborhoods and 2 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 20.0% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 80.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 20.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 60.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 20.0% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 40.0% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

D9

- 20.0% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 60.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 60.0% of the REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 6. TOLEDO, OHIO

In the Toledo, OH metropolitan area, Plaintiffs investigated 10 REO properties owned by the Deutsche Bank Defendants. Of these 10 REO properties, 4 were located in predominantly African-American neighborhoods; 1 was located in a predominantly non-White neighborhood, and 5 were located in predominantly White neighborhoods.

- 20.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 80.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 80.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 20.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 60.0% of the REO properties in neighborhoods of color had substantial amounts of trash or debris, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had overgrown grass or leaves, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 60.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had a damaged fence, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had wood rot, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color were marketed as distressed properties, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 80.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had missing or damaged shutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 7. ORLANDO, FLORIDA

In the Orlando, FL metropolitan area, Plaintiffs evaluated 44 REO properties owned by the Deutsche Bank Defendants. Of these 44 REO properties, 11 were located in predominantly African-American neighborhoods; 4 were located in predominantly Latino neighborhoods; 7 were located in predominantly non-White neighborhoods, and 22 were located in predominantly White neighborhoods.

- 13.6% of the REO properties in White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 4.5% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 95.5% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 86.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 72.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 36.4% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 27.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

D12

- 86.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 45.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 63.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 45.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.9% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 22.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.8% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while only 13.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.7% of the REO properties in neighborhoods of color had a damaged roof, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 59.1% of the REO properties in neighborhoods of color had a damaged fence, while only 45.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 68.2% of the REO properties in neighborhoods of color had wood rot, while only 40.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.3% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, while only 13.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 54.5% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 40.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.1% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 59.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.9% of the REO properties in neighborhoods of color had damaged siding, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 18.2% of REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 18.2% of the REO properties in neighborhoods of color had broken or hanging gutters, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had obstructed gutters, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 45.5% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem.

<u>8. MINNEAPOLIS, MINNESOTA</u>

In the Minneapolis, MN metropolitan area, Plaintiffs investigated 7 REO properties owned by the Deutsche Bank Defendants. Of these 7 REO properties, 1 was located in a predominantly African-American neighborhood; 3 were located in predominantly non-White neighborhoods, and 3 were located in predominantly White neighborhoods.

- 33.3% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

D14

- 25.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had accumulated mail, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 75.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 66.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 25.0% of the REO properties in neighborhoods of color had a broken mailbox, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 75.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had a damaged fence, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of REO properties in neighborhoods of color had missing or out of place gutters, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 9. INDIANAPOLIS, INDIANA

In the Indianapolis, IN metropolitan area, Plaintiffs investigated 5 REO properties owned by the Deutsche Bank Defendants. Of these 5 REO properties, 1 was located in a predominantly African-American neighborhood; 1 was located in a predominantly non-White neighborhood; and 3 were located in predominantly White neighborhoods.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 100.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 66.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 10. COLUMBUS, OHIO

In the Columbus, OH metropolitan area, Plaintiffs investigated 16 REO properties owned by the Deutsche Bank Defendants. Of these 16 REO properties, 6 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 8 were located in predominantly White neighborhoods.

- 37.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

D16

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 62.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 37.5% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 12.5% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had accumulated mail, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had a damaged roof, while none of the REO properties in predominantly White neighborhoods had the same problem.

D17

- 62.5% of the REO properties in neighborhoods of color had a damaged fence, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of REO properties in neighborhoods of color had a small amount of mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 11. CLEVELAND, OHIO

In the Cleveland, OH metropolitan area, Plaintiffs investigated 23 REO properties owned by the Deutsche Bank Defendants. Of these 23 REO properties, 16 were located in predominantly African-American neighborhoods and 7 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 37.5% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 14.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 18.8% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 37.5% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 31.3% of the REO properties in neighborhoods of color had a damaged fence, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

D19

- 87.5% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had damaged siding, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 12. BATON ROUGE, LOUISIANA

In the Baton Rouge, LA metropolitan area, Plaintiffs investigated 10 REO properties owned by the Deutsche Bank Defendants. Of these 10 REO properties, 8 were located in predominantly African-American neighborhoods and 2 were located in predominantly White neighborhoods.

- 100.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 62.5% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 87.5% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

D20

- 25.0% of the REO properties in neighborhoods of color had a damaged roof, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 12.5% of the REO properties in neighborhoods of color had graffiti, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had peeling or chipped paint, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had damaged siding, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had pervasive mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 13. DAYTON, OHIO

In the Dayton, OH metropolitan area, Plaintiffs investigated 4 REO properties owned by the Deutsche Bank Defendants. Of these 4 REO properties, 2 were located in predominantly African-American neighborhoods and 2 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 31.8% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods.

D21

Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 100.0% of the REO properties in neighborhoods of color had accumulated mail, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 100.0% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 100.0% of REO properties in neighborhoods of color had a small amount of mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 14. DENVER, COLORADO

In the Denver, CO metropolitan area, Plaintiffs investigated 3 REO properties owned by the Deutsche Bank Defendants. Of these 3 REO properties, 1 was located in a predominantly non-White neighborhood and 2 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 100.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 15. DALLAS, TEXAS

In the Dallas, TX metropolitan area, Plaintiffs investigated 42 REO properties owned by the Deutsche Bank Defendants. Of these 42 REO properties, 11 were located in predominantly African-American neighborhoods; 11 were located in predominantly Latino

neighborhoods; 7 were located in predominantly non-White neighborhoods, and 13 were located in predominantly White neighborhoods.

- 38.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 10.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 89.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 61.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 58.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 3.4% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 62.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.0% of the REO properties in neighborhoods of color had accumulated mail, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 65.5% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 53.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.7% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 27.6% of the REO properties in neighborhoods of color had a broken mailbox, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

D24

- 31.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.8% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 20.7% of the REO properties in neighborhoods of color had a damaged roof, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 44.8% of the REO properties in neighborhoods of color had wood rot, while only 30.8% of the REO properties in predominantly White neighborhoods had the same problem.

- 3.4% of the REO properties in neighborhoods of color were marketed as distressed properties, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.4% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 10.3% of the REO properties in neighborhoods of color had broken or discarded signage, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 13.8% of the REO properties in neighborhoods of color had graffiti, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.2% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 38.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 55.2% of the REO properties in neighborhoods of color had damaged siding, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 20.7% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 6.9% of REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 27.6% of REO properties in neighborhoods of color had pervasive mold, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 31.0% of REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 16. GARY, INDIANA

In the Gary, IN metropolitan area, Plaintiffs investigated 14 REO properties owned by the Deutsche Bank Defendants. Of these 14 REO properties, 1 was located in predominantly African-American neighborhood; 1 was located in a predominantly non-White neighborhood; and 12 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 50.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 8.3% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 100.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

D26

- 100.0% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had 10% to 50% of the property covered in invasive plants, while only 2% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had trespassing or warning signs, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had damaged siding, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of REO properties in neighborhoods of color had obstructed gutters, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

## 17. HARTFORD, CONNECTICUT

In the Hartford, CT metropolitan area, Plaintiffs investigated 7 REO properties owned by the Deutsche Bank Defendants. Of these 7 REO properties, 3 were located in predominantly African-American neighborhoods, 2 were located in predominantly non-White neighborhoods, and 2 were located in predominantly White neighborhoods.

- 100.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 20.0% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 60.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 40.0% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

### 18. MILWAUKEE, WISCONSIN

In the Milwaukee, WI metropolitan area, Plaintiffs investigated 43 REO properties owned by the Deutsche Bank Defendants. Of these 43 REO properties, 26 were located in predominantly African-American neighborhoods; 2 were located in predominantly Latino neighborhoods; 3 were located in predominantly non-White neighborhoods, and 12 were located in predominantly White neighborhoods.

- 75.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.5% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.5% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 25.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 19.4% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 71.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 9.7% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 54.8% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 51.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 48.4% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 19.4% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 61.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.6% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 25.8% of the REO properties in neighborhoods of color had a damaged fence, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.9% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 9.7% of the REO properties in neighborhoods of color had trespassing or warning signs displayed on the property, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 45.2% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.6% of the REO properties in neighborhoods of color had unauthorized occupancy on the premises, while only 4.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

D31

- 22.6% of the REO properties in neighborhoods of color had damaged siding, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 22.6% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 12.9% of REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.8% of the REO properties in neighborhoods of color had obstructed gutters, while only 8.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.7% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 19. NEW ORLEANS, LOUISIANA

In the New Orleans, LA metropolitan area, Plaintiffs investigated 25 REO properties owned by the Deutsche Bank Defendants. Of these 25 REO properties, 16 were located in predominantly African-American neighborhoods; 5 were located in predominantly non-White neighborhoods, and 4 were located in predominantly White neighborhoods.

- 66.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 19.0% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 71.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had 50% or more of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 9.5% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 9.5% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had broken or boarded windows, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had a damaged roof, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 76.2% of the REO properties in neighborhoods of color had a damaged fence, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 38.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 47.6% of the REO properties in neighborhoods of color had wood rot, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

D33

- 4.8% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.9% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged siding, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had damaged or missing shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 47.6% of the REO properties in neighborhoods of color had pervasive mold, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 61.9% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 20. GRAND RAPIDS, MICHIGAN

In the Grand Rapids, MI metropolitan area, Plaintiffs investigated 4 REO properties owned by the Deutsche Bank Defendants. Of these 4 REO properties, 4 were located in predominantly White neighborhoods.

## 21. MUSKEGON, MICHIGAN

In the Muskegon, MI metropolitan area, Plaintiffs investigated 13 REO properties owned by the Deutsche Bank Defendants. Of these 13 REO properties, 5 were located in predominantly African-American neighborhoods; 2 were located in predominantly non-White neighborhoods, and 6 were located in predominantly White neighborhoods.

- 50.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 14.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 85.7% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 50.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 14.3% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

- 14.3% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 71.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color overgrown grass and dead leaves, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color overgrown or dead shrubbery, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 28.6% of the REO properties in neighborhoods of color had a broken mailbox, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.9% of the REO properties in neighborhoods of color had a damaged roof, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 28.6% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 28.6% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 16.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.3% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 85.7% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had missing or damaged shutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 42.9% of the REO properties in neighborhoods of color had missing or out of place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.3% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.3% of REO properties in neighborhoods of color had obstructed gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.3% of the REO properties in neighborhoods of color had water damage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 14.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 22. GREATER PALM BEACHES, FLORIDA

In the Greater Palm Beaches, FL metropolitan area, Plaintiffs investigated 36 REO properties owned by the Deutsche Bank Defendants. Of these 36 REO properties, 1 was located in a predominantly African-American neighborhood; 7 were located in

D36

predominantly Latino neighborhoods; 9 were located in predominantly non-White neighborhoods; and 19 were located in predominantly White neighborhoods.

- 36.8% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 5.9% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 94.1% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 63.2% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 64.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 10.5% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 82.4% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 26.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had accumulated mail, while only 5.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.1% of the REO properties in neighborhoods of color had overgrown grass or leaves, while only 31.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.7% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 47.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 10.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while only 5.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 26.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.6% of the REO properties in neighborhoods of color had a broken mailbox, while only 10.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 64.7% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 31.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 21.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.6% of the REO properties in neighborhoods of color had a damaged roof, while only 5.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.6% of the REO properties in neighborhoods of color had a damaged fence, while only 26.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 47.1% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 31.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had wood rot, while only 10.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had broken or discarded signage, while only 5.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had graffiti, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 35.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 21.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had a small amount of mold, while only 10.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 17.6% of the REO properties in neighborhoods of color had pervasive mold, while none of the REO properties in predominantly White neighborhoods had the same problem.

## 23. MIAMI-FT. LAUDERDALE, FLORIDA

In the Miami-Ft. Lauderdale, FL metropolitan area, Plaintiffs investigated 22 REO properties owned by the Deutsche Bank Defendants. Of these 22 REO properties, 9 were located in predominantly African-American neighborhoods; 1 was located in a predominantly Latino neighborhood; 2 were located in predominantly non-White neighborhoods, and 10 were located in predominantly White neighborhoods.

- 20.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 80.0% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 75.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 30.0% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 25.0% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 91.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 60.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had overgrown grass and leaves, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

D39

- 16.7% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had at least 50% or more of the property covered in dead grass, while only 40.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had at least 50% or more of the property covered in invasive plants, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had broken or boarded windows, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had a damaged roof, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had wood rot, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had a trespassing or warning sign, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

D40

- 16.7% of the REO properties in neighborhoods of color were marketed as distressed properties, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had broken or discarded signage, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had damaged siding, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had missing or damaged shutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of REO properties in neighborhoods of color had obstructed gutters, while only 20.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had pervasive mold, while only 10.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 30.0% of the REO properties in predominantly White neighborhoods had the same problem.

## 24. TAMPA, FLORIDA

In the Tampa, FL metropolitan area, Plaintiffs investigated 27 REO properties owned by the Deutsche Bank Defendants. Of these 27 REO properties, 4 were located in predominantly African-American neighborhoods; 3 were located in Latino neighborhoods; 9 were located in Majority Non-White neighborhoods; and 11 were located in predominantly White neighborhoods.

- 72.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 6.3% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 93.8% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 27.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 43.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 9.1% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 12.5% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 68.8% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 62.5% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 36.4% of the REO properties in predominantly White neighborhoods had the same problem

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 27.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had unsecured or broken doors, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 43.8% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 43.8% of the REO properties in neighborhoods of color had broken or boarded windows, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged roof, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had a damaged fence, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 43.8% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 37.5% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 12.5% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 37.5% of the REO properties in neighborhoods of color had damaged siding, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 31.3% of the REO properties in neighborhoods of color had missing or out-of-place gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 18.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 9.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 25. RICHMOND, VIRGINIA

In the Richmond, VA metropolitan area, Plaintiffs investigated 20 REO properties owned by the Deutsche Bank Defendants. Of these 20 REO properties, 5 were located in predominantly African-American neighborhoods, 1 was located in a majority Non-White neighborhood, and 14 were located in predominantly White neighborhoods.

- 28.6% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 66.7% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 35.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 83.3% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, while only 57.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had a broken mailbox, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had broken or boarded windows, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had a damaged fence, while only 35.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 21.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had broken or discarded signage, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had missing or out-of-place gutters, while only 21.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had obstructed gutters, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had a small amount of mold, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while only 7.1% of the REO properties in predominantly White neighborhoods had the same problem.

## 26. SUBURBAN DETROIT, MICHIGAN

In the Detroit, MI metropolitan area, Plaintiffs investigated 43 REO properties owned by the Deutsche Bank Defendants. Of these 43 REO properties, 11 were located in predominantly African-American neighborhoods; 6 were located in predominantly non-White neighborhoods, and 26 were located in predominantly White neighborhoods.

- 57.7% of REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while only 11.8% of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

D45

- 88.2% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 42.3% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 11.8% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 7.7% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

- 5.9% of the REO properties in neighborhoods of color had 15 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 15 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 64.7% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 26.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 70.6% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 19.2% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.2% of the REO properties in neighborhoods of color had broken or boarded windows, while only 3.8% of the REO properties in predominantly White neighborhoods had the same problem.

D46

- 29.4% of the REO properties in neighborhoods of color had a damaged fence, while only 23.1% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

- 11.8% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 41.2% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 34.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 29.4% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 7.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 23.5% of REO properties in neighborhoods of color had broken or hanging gutters, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 35.3% of the REO properties in neighborhoods of color had obstructed gutters, while only 15.4% of the REO properties in predominantly White neighborhoods had the same problem.

## 27. PHILADELPHIA, PENNSYLVANIA

In the Philadelphia, PA metropolitan area, Plaintiffs investigated 15 REO properties owned by the Deutsche Bank Defendants. Of these 15 properties, 6 were located in predominantly African-American neighborhoods, 1 was located in a predominantly non-White neighborhood, and 8 were located in predominantly White neighborhoods.

- 87.5% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 12.5% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 28.6% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

D47

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 57.1% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had accumulated mail, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 71.4% of the REO properties in neighborhoods of color had overgrown grass or accumulated leaves, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had unsecured or broken doors, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had damaged steps or handrails, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 71.4% of the REO properties in neighborhoods of color had broken or boarded windows, while only 50.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had wood rot, while none of the REO properties in predominantly White neighborhoods had the same problem.

D48

- 14.3% of the REO properties in neighborhoods of color had trespassing or warning signs, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 57.1% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had broken or discarded signage, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 57.1% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 37.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 28.6% of the REO properties in neighborhoods of color had missing or out of place gutters, while only 12.5% of the REO properties in predominantly White neighborhoods had the same problem.

- 42.9% of the REO properties in neighborhoods of color had a small amount of mold, while only 25.0% of the REO properties in predominantly White neighborhoods had the same problem.

- 14.3% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

<u>28. PROVIDENCE, RHODE ISLAND</u>

In the Providence, RI metropolitan area, Plaintiffs investigated 19 REO properties owned by the Deutsche Bank Defendants. Of these 19 REO properties, 6 were located in predominantly Latino neighborhoods; 6 were located in predominantly non-White neighborhoods; and 7 were located in predominantly White neighborhoods.

- 28.6% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 71.4% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 75.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while only 28.6% of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 75.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had accumulated mail, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 75.0% of the REO properties in neighborhoods of color had overgrown or dead shrubbery, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 16.7% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 58.3% of the REO properties in neighborhoods of color had unsecured or broken doors, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had damaged steps or handrails, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had broken or boarded windows, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 41.7% of the REO properties in neighborhoods of color had a damaged fence, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had holes in the structure of the home, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had wood rot, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 66.7% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 42.9% of the REO properties in predominantly White neighborhoods had the same problem.

- 83.3% of the REO properties in neighborhoods of color had peeling or chipped paint, while only 14.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 33.3% of the REO properties in neighborhoods of color had damaged siding, while only 28.6% of the REO properties in predominantly White neighborhoods had the same problem.

- 25.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

## 29. VALLEJO AND RICHMOND, CALIFORNIA

In the Vallejo and Richmond, CA metropolitan area, Plaintiffs investigated 13 REO properties owned by the Deutsche Bank Defendants. Of these 13 properties, 3 were located in predominantly Latino neighborhoods, 7 were located in predominantly non-White neighborhoods, and 3 were located in predominantly White neighborhoods.

- 33.3% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, <u>while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.</u>

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while only 66.7% of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 30.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, <u>while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.</u>

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods.

Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 70.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 80.0% of the REO properties in neighborhoods of color had overgrown grass or accumulated dead leaves, while only 66.7% of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had 50% or more of the property covered in dead grass, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 60.0% of the REO properties in neighborhoods of color had broken or boarded windows, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 90.0% of the REO properties in neighborhoods of color had a damaged fence, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had holes in the structure of the home, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 10.0% of the REO properties in neighborhoods of color were marketed as distressed, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had no professional "for sale" sign marketing the home, while only 33.3% of the REO properties in predominantly White neighborhoods had the same problem.

- 30.0% of the REO properties in neighborhoods of color had evidence of unauthorized occupancy, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 20.0% of the REO properties in neighborhoods of color had damaged siding, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 10.0% of the REO properties in neighborhoods of color had broken or hanging gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 10.0% of the REO properties in neighborhoods of color had obstructed gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

### 30. KANSAS CITY, MISSOURI / KANSAS

In the Kansas City, MO/KS metropolitan area, Plaintiffs investigated 3 REO properties owned by the Deutsche Bank Defendants. Of these 3 REO properties, 1 was located in a predominantly African-American neighborhood, 1 was located in a predominantly Latino neighborhood; and 1 was located in a predominantly White neighborhood.

- 100.0% of the REO properties in predominantly White neighborhoods had fewer than 5 maintenance or marketing deficiencies, while none of the REO properties in neighborhoods of color had fewer than 5 deficiencies.

- 100.0% of the REO properties in neighborhoods of color had 5 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 5 or more deficiencies.

- 50.0% of the REO properties in neighborhoods of color had 10 or more maintenance or marketing deficiencies, while none of the REO properties in predominantly White neighborhoods had 10 or more deficiencies.

REO properties in neighborhoods of color were far more likely to have certain types of deficiencies or problems than REO properties in predominantly White neighborhoods. Plaintiffs found significant racial disparities in the majority of the objective factors they measured, including the following:

- 50.0% of the REO properties in neighborhoods of color had substantial amounts of trash on the premises, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 100.0% of the REO properties in neighborhoods of color had accumulated mail, while none of the REO properties in predominantly White neighborhoods had the same problem.

D53

- 50.0% of the REO properties in neighborhoods of color had overgrown grass or dead leaves, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had at least 10% to 50% of the property covered in invasive plants, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 100.0% of the REO properties in neighborhoods of color had damaged steps or handrails, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had broken or boarded windows, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had holes in the structure of the home, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had wood rot, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had a trespassing or warning sign, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 100.0% of the REO properties in neighborhoods of color had no professional "for sale" sign, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had graffiti, while <u>none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had peeling or chipped paint, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had damaged siding, <u>while none of the REO properties in predominantly White neighborhoods had the same problem.</u>

- 50.0% of the REO properties in neighborhoods of color had missing or out of place gutters, while none of the REO properties in predominantly White neighborhoods had the same problem.

- 50.0% of the REO properties in neighborhoods of color had exposed or tampered-with utilities, while none of the REO properties in predominantly White neighborhoods had the same problem.