UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

National Fair Housing Alliance, et al.
                                              Plaintiff,

v.                                               Case No.: 1:18−cv−00839
                                                                     Honorable Harry D. Leinenweber

Deutsche Bank, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

        MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing held. Defendants to file a joint motion to dismiss, not to exceed 35 pages, by 2/28/19. Plaintiffs' 35−page response due 4/12/19. Defendants' 15−page reply due 5/13/19. In addition, Defendant Deutsche Bank may file a separate, 15−page motion to dismiss on 2/28/19, and Plaintiffs may respond to this separate motion with up to 15 pages by 4/12/19. No reply necessary on this separate motion if Deutsche Bank joins in the aforementioned, joint motion to dismiss. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.