# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** National Fair Housing Alliance et al. v. Deutsche Bank National Trust, as Trustee et al.

**Case Number:** 1:18-cv-00839

**An appearance is hereby filed by the undersigned as attorney for:**
Ocwen Loan Servicing, LLC

**Attorney name (type or print):** Matthew C. Sostrin

**Firm:** Mayer Brown LLP

**Street address:** 71 South Wacker Drive

**City/State/Zip:** Chicago, Illinois 60606

**Bar ID Number:** 6279840
(See item 3 in instructions)

**Telephone Number:** 312-701-8138

**Email Address:** msostrin@mayerbrown.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

**If this is a criminal case, check your status.**
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** February 26, 2019

**Attorney signature:** S/ Matthew C. Sostrin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015