IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier |

**DEFENDANTS' JOINT MOTION TO DISMISS**

For the reasons set forth in the accompanying Memorandum in Support of Defendants' Joint Motion to Dismiss, Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee, Ocwen Loan Servicing, LLC, and

Altisource Solutions, Inc. move to dismiss Plaintiffs' Amended Complaint under Fed. R. Civ. P. 12(b)(6).

In addition, for the reasons set forth in the accompanying Supplemental Memorandum, Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee, move to dismiss Plaintiffs' Amended Complaint under Fed. R. Civ. P. 12(b)(6).

Dated: February 28, 2019                Respectfully submitted,

                                                      By: /s/ Debra Bogo-Ernst
                                                      Debra Bogo-Ernst
                                                      Matthew C. Sostrin
                                                      MAYER BROWN LLP
                                                      71 South Wacker Drive
                                                      Chicago, Illinois 60606
                                                      Telephone: (312) 782-0600

                                                      *Counsel to Defendant Ocwen Loan Servicing, LLC*

                                                      By: /s/ Kevin M. Kliebard
                                                      Kenneth M. Kliebard
                                                      MORGAN, LEWIS & BOCKIUS LLP
                                                      77 West Wacker Drive, Fifth Floor
                                                      Chicago, IL 60601
                                                      Telephone: (312) 324-1000

                                                      Kevin M. Papay (admitted *pro hac vice*)
                                                      MORGAN, LEWIS & BOCKIUS LLP
                                                      One Market
                                                      Spear Street Tower
                                                      San Francisco, CA 94105
                                                      Telephone: (415) 442-1000

                                                      *Counsel to Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on February 28, 2019.

/s/    Debra Bogo-Ernst