# EXHIBIT B

0028149 244

TAX MAP #: 01-0115220010

MIN: 100127800005009310
MERS Phone: 1-888-679-6377

## ASSIGNMENT

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")**, Assignor herein, its successor and assigns, hereby assigns and transfers to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR3, Assignee herein, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated March 29, 2006 and executed by HERNAN D. SANDOVAL AND HEMAN MORENO to ROBERT N. TYSON, JR., securing an indebtedness in the original amount of $138,750.00 , and recorded at Liber23660 at Folio 192 , among the land records of the COUNTY OF BALTIMORE , MD.

Signed on this _15_ day of _April_ , 2009

ASSIGNOR: Mortgage Electronic Registration Systems, Inc. ("MERS")

(Seal)

By: _____
Name: Leanna Kennebeck
Title: Vice President

```
IMP FD SURE $      20.00
RECORDING FEE      20.00
TOTAL              40.00
Res# BA03   Rcpt $ 55397
SM     BC    Blk $ 3131
May 29, 2009     02:16 PM
```

STATE OF  ) Virginia
COUNTY OF ) SS. Fairfax

On _April 15, 2009_ , before me, _Susan Cornelius_ , personally appeared _Leanna Kennebeck_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public
My Commission expires:

(Notary Seal: SUSAN M. CORNELIUS, COMMONWEALTH, REGISTRATION 1252603, MY COMMISSION EXPIRES 09/30/2013, NOTARY PUBLIC OF VIRGINIA)

PREPARED BY: SHAPIRO & BURSON, LLP
**13135 Lee Jackson Highway,**
**Suite 201,**
**Fairfax, Virginia 22033**

SB #09-153068P