# EXHIBIT C

32371 104

Clerk of the
Circuit Court

AFTER RECORDING, PLEASE RETURN TO:
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

2011 JAN 24 AM 10: 19

PR GEO CO MD #61

Tax I.D.# 18-2034270
BGWW# 77994

## SUBSTITUTE TRUSTEE'S DEED

THIS DEED, is made this __19th__ day of __January__ 2011, by and between JACOB
GEESING, Substitute Trustee, hereinafter referred to as party of the first part, and HSBC Bank USA,
National Association as Trustee for DEUTSCHE ALT 2006-AR5, 888 East Walnut Street , Pasadena,
CA 91101 c/o OneWest Bank, FSB, 888 East Walnut Street , Pasadena, CA 91101, hereinafter referred
to as "Grantee";

WHEREAS, by virtue of a Deed of Appointment of Substitute Trustee recorded among the Land
Records of Prince George's County, Maryland, the party of the first part was appointed Substitute
Trustee to make sale of the hereinafter described property;

WHEREAS, by virtue of said Deed of Appointment of Substitute Trustee, any Substitute Trustee
may act independently of the other.

WHEREAS, default having occurred under the terms of a certain Deed of Trust from Concepcion
Segovia, dated May 30, 2006 and recorded among the Land Records of Prince George's County,
Maryland in Liber 25283, Folio 719, said Substitute Trustee, in exercise of the power of sale conferred
by said Deed of Trust, and pursuant to foreclosure proceedings filed in the Circuit Court for Prince
George's County, Maryland as Case No. CAE10-16427, first having posted bond for the faithful
performance of their trust, and after having given prior notice of the time, place, manner and terms of
sale by advertisement placed once a week for three successive weeks in a newspaper published in Prince
George's County, Maryland, at a public sale held at the Circuit Court for Prince George's County, 14735
Main Street, Upper Marlboro, MD, Duval Wing entrance, located on Main Street, on July 20, 2010, did
sell the property described in said Deed of Trust, to Grantee for the sum of $63,000.00, it being the
highest and best bidder at said public sale;

WHEREAS, the aforesaid public sale has been duly reported to, and ratified and confirmed by the
Circuit Court for Prince George's County, Maryland, and purchase money of $63,000.00, as aforesaid,
has been fully paid and satisfied to the Substitute Trustee, said Substitute Trustee is now authorized by
said Decree to execute these presents.

NOW, THEREFORE, THIS DEED WITNESSETH, that the said party of the first part, Substitute
Trustee, as aforesaid, for and in consideration of the premises, and the sum of $63,000.00, current
money, paid by the said Grantee at and before the sealing and delivery of these presents, the receipt of
which is hereby acknowledged by the aforesaid parties, does grant unto the said Grantee, its successors
and assigns, in fee simple, all of their interest in those pieces or parcels of land, together with the
improvements, easements and appurtenances thereunto belonging situate, namely:

**THIS IS A FORECLOSURE DEED**

| | |
|---|---|
| IMP FD SURE $ | 20.00 |
| RECORDING FEE | 20.00 |
| TR TAX STATE | 315.00 |
| TOTAL | 355.00 |
| Rest PG13 | Rcft # 88913 |
| PH    JKF | Blk # 4720 |
| Jan 24, 2011 | 10:20 am |

32371 105

**SEE LEGAL DESCRIPTION ATTACHED**

and further known as 4712 Mann Street, Capitol Heights, MD 20743

Subject to restrictions, covenants and easements of record.

This instrument was prepared under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of the State of Maryland.

_____
Jacob Geesing

WITNESS the hand and seal of sole acting Substitute Trustee.

IN PRESENCE OF

_____     _____
                             Jacob Geesing

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _David A. Edlavitch_ , a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee, Jacob Geesing, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _15th_ day of _January_ , 2011.

_____
Notary Public

My Commission Expires: _12/4/11_

32371 106

32371-106

EXHIBIT "A"

BEING KNOWN AND DESIGNATED as Lots Numbered Twelve (12) and Thirteen (13) in Block Lettered "D" in the Subdivision known as "DEANWOOD PARK" as per plat recorded in Plat Book SDH-3, Plat No. 57 among the Land Records of Prince George's County, Maryland. The improvements thereon being known as No. 4712 Mann Street, Capital Heights, Maryland 20743.

## State of Maryland Land Instrument Intake Sheet

☐ **Baltimore City**   ☒ **County: Prince George's County**          3237   107

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only--All Copies Must be Legible)*

**1 Type(s) of Instruments** — ☐ (Check Box if addendum Intake Form is Attached.)
| | |
|---|---|
| [x] Deed | ☐ Mortgage   ☐ Other_____   ☐ Other_____ |
| ☐ Deed or Trust | ☐ Lease |

**2 Conveyance Type** Check Box
[x] Improved Sale Arms-Length[1]   ☐ Unimproved Sale Arms-Length [2]   ☐ Multiple Accounts Arms-Length [3]   ☐ Not an Arms-Length Sale [9]

**3 Tax Exemptions** (if Applicable) Cite or Explain Authority

| | |
|---|---|
| Recordation | |
| State Transfer | |
| County Transfer | |

**4 Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $63,000.00 | | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X ( )% = | $ |
| Other: | $ | Less Exemption Amount - | $ |
| | | Total Transfer Tax | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( )% = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $20.00 | $ | Agent: |
| Surcharge | $20.00 | $ | |
| State Recordation Tax | $315.00 | $ | Tax Bill: |
| State Transfer Tax | $315.00 | $ | |
| County Transfer Tax | $882.00 | $ | C.B. Credit: |
| Other | $ | $ | |
| Other: | $ | $ | Ag. Tax/Other: |

**6 Description of Property**
SDAT requires submission of all applicable information A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var.LOG | | (5) |
|---|---|---|---|---|---|
| 18-2034270 | | | | | |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | | |

**Location/Address of Property Being Conveyed (2)**
4712 Mann Street, Capitol Heights, MD 20743

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential [x] or Non-Residential ☐   Fee Simple [x] or Ground Rent ☐   Amount: _____
Partial Conveyance? ☐ Yes [x] No   Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 - Grantor(s) Name(s) | Doc. 2 - Grantor(s) Name(s) |
|---|---|
| Howard N. Bierman, Jacob Geesing and Carrie M. Ward | Howard N. Bierman, Jacob Geesing and Carrie M. Ward |
| **Doc. 1-Owner(s) of Record, if Different from Grantor(s)** | **Doc. 2-Owner(s) of Record, if Different from Grantor(s)** |
| | |

**8 Transferred To**

| Doc. 1 - Grantee(s) Name(s) | Doc. 2 - Grantee(s) Name(s) |
|---|---|
| HSBC Bank USA, National Association as Trustee for DEUTSCHE ALT 2006-AR5 | |

**New Owner's (Grantee) Mailing Address**
888 EAST WALNUT STREET, PASADENA, CA 91101

**9 Other Names to Be Indexed**

| Doc. 1 - Additional Names to be Indexed (Optional) | Doc. 2-Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10 Contact/Mail Information**

| Instrument Submitted By or Contact Person | Doc. 2-Additional Names to be Indexed (Optional) |
|---|---|
| Name: MD Postsale Dept. BGWW# 77994 | |
| Firm:Bierman, Geesing, Ward & Wood, LLC | [x] Return to Contact Person |
| Address:4520 East West Highway, Suite 200, Bethesda, MD 20814 | ☐ Hold for Pickup |
| Phone: (301) 961-6555 | ☐ Return Address Provided |

**11   IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

**Assessment Information**

☐ Yes [x] No   Will the property being conveyed be the grantee's principal residence?
☐ Yes [x] No   Does transfer include personal property? If yes, identify: _____
☐ Yes [x] No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

### Assessment Use Only - Do Not Write Below This Line

☐ Terminal Verification   ☐ Agricultural Verification   ☐ Whole   ☐ Part   ☐ Tran. Process Verification

Transfer Number: _____   Date Received: _____   Deed Reference: _____   Assigned Property No.: _____

| Year | 2011 | 2011 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use. | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd | |

REMARKS: