# EXHIBIT D

```
CFN 2014R0373579
OR Bk 29164 Pgs 1172 - 1173; (2pgs)
RECORDED 05/23/2014 11:37:34
DEED DOC TAX 307.80
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

HSBC BANK (USA) (NA) ; DEUTSCHE ALT A SECURITIES MORT LOAN TR
Plaintiff(s) / Petitioner(s)

VS.

MC ENUFF, LUCILLE , et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No: 12022288CA01
Section: 09
Doc Stamps: $307.80
Surtax: $0.00
Consideration: $51,300.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on May 05, 2014, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

THE EAST 73.89 FEET OF TRACT 14-C, IN BLOCK 14, OF REVISED PLAT OF AMENDED PLAT NO. ONE OPA LOCKA, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, PAGE 8, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, FORMERLY KNOWN AS LOT 12 AND THE EAST 25 FEET OF LOT 11, BLOCK 14, OF PLAT NO. ONE OPA LOCKA, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 25, PAGE 44, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property Address: 1256 Dunad Avenue, Opa Locka, FL 33054

was sold to:
HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1
3476 Stateview Blvd
MAC# X7801-013 FC
Fort Mill , SC, 29715

WITNESS my hand and the seal of this court on May 20, 2014.

*Harvey Ruvin* (signature)

FILED FOR RECORD
2014 MAY 22 PM 12: 54
CLERK CIR. CT.
DADE CO. FLA.

Rev. 10/5/2009

1

OR BK 29164 PG 1173
LAST PAGE

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

FILED FOR RECORD
2014 MAY 22 PM 12: 54

Rev. 10/5/2009

2