# EXHIBIT E
# (Part 1 of 3)

```
<DOCUMENT>
<TYPE>EX-99.1
<SEQUENCE>2
<FILENAME>efc7-0019_6006707ex991.txt
<TEXT>
```

EXHIBIT 99.1

Execution Copy

===============================================================================

INDYMAC MBS, INC.
Depositor

INDYMAC BANK, F.S.B.
Seller and Servicer

DEUTSCHE BANK NATIONAL TRUST COMPANY
Trustee and Supplemental Interest Trustee

----------------------------------------

POOLING AND SERVICING AGREEMENT
Dated as of December 1, 2006

----------------------------------------

INDYMAC INDX MORTGAGE LOAN TRUST
2006-AR41

MORTGAGE PASS-THROUGH CERTIFICATES
Series 2006-AR41

===============================================================================

```
<PAGE>
```

TABLE OF CONTENTS
-----------------

Page
----

ARTICLE ONE DEFINITIONS                                              6

Section 1.01.   Definitions..............................................6
Section 1.02.   Rules of Construction..................................36

ARTICLE TWO CONVEYANCE OF MORTGAGE LOANS; REPRESENTATIONS AND
            WARRANTIES                                              38

Section 2.01.   Conveyance of Mortgage Loans..........................38
Section 2.02.   Acceptance by the Trustee of the Mortgage
                Loans.................................................41
Section 2.03.   Representations, Warranties, and Covenants
                of the Seller and the Servicer........................43
Section 2.04.   Representations and Warranties of the
                Depositor as to the Mortgage Loans....................45
Section 2.05.   Delivery of Opinion of Counsel in
                Connection with Substitutions.........................45
Section 2.06.   Execution and Delivery of Certificates...............45
Section 2.07.   REMIC Matters.........................................46

ARTICLE THREE ADMINISTRATION AND SERVICING OF MORTGAGE LOANS        47

Section 3.01.   Servicer to Service Mortgage Loans....................47
Section 3.02.   [Reserved]............................................48
Section 3.03.   Rights of the Depositor and the Trustee in
                Respect of the Servicer...............................48
Section 3.04.   [Reserved]............................................48
Section 3.05.   Trustee to Act as Servicer............................48
Section 3.06.   Collection of Mortgage Loan Payments;
                Certificate Account; Distribution Account............48
Section 3.07.   Collection of Taxes, Assessments and
                Similar Items; Escrow Accounts........................51
Section 3.08.   Access to Certain Documentation and
                Information Regarding the Mortgage Loans..............51
Section 3.09.   Permitted Withdrawals from the Certificate
                Account and the Distribution Account..................52
Section 3.10.   Maintenance of Hazard Insurance;
                Maintenance of Primary Insurance Policies............53
Section 3.11.   Enforcement of Due-On-Sale Clauses;
                Assumption Agreements.................................54
Section 3.12.   Realization Upon Defaulted Mortgage Loans............55
Section 3.13.   Trustee to Cooperate; Release of Mortgage
                Files.................................................57
Section 3.14.   Documents, Records and Funds in Possession
                of the Servicer to be Held for the Trustee...........58
Section 3.15.   Servicing Compensation................................58
Section 3.16.   Access to Certain Documentation.......................59
Section 3.17.   Annual Statement as to Compliance.....................59
Section 3.18.   Errors and Omissions Insurance; Fidelity
                Bonds.................................................59
Section 3.19.   The Corridor Contract.................................59
Section 3.20.   Notification of Adjustments...........................61
Section 3.21.   Prepayment Charges....................................61

-i-

<PAGE>

TABLE OF CONTENTS
-----------------
(Continued)

Page
----

ARTICLE FOUR DISTRIBUTIONS AND ADVANCES BY THE SERVICER                    62

    Section 4.01.    Advances............................................62
    Section 4.02.    Priorities of Distribution..........................63
    Section 4.03.    [Reserved]..........................................65
    Section 4.04.    [Reserved]..........................................65
    Section 4.05.    Monthly Statements to Certificateholders............65
    Section 4.06.    Carryover Reserve Fund..............................68
    Section 4.07.    Determination of Pass-Through Rates for
                     LIBOR Certificates..................................68
    Section 4.08.    Supplemental Interest Trust and
                     Supplemental Interest Reserve Fund..................70

ARTICLE FIVE THE CERTIFICATES                                              71

    Section 5.01.    The Certificates....................................71
    Section 5.02.    Certificate Register; Registration of
                     Transfer and Exchange of Certificates...............71
    Section 5.03.    Mutilated, Destroyed, Lost or Stolen
                     Certificates........................................76
    Section 5.04.    Persons Deemed Owners...............................76
    Section 5.05.    Access to List of Certificateholders' Names
                     and Addresses.......................................76
    Section 5.06.    Maintenance of Office or Agency.....................76

ARTICLE SIX THE DEPOSITOR AND THE SERVICER                                77

    Section 6.01.    Respective Liabilities of the Depositor and
                     the Servicer........................................77
    Section 6.02.    Merger or Consolidation of the Depositor or
                     the Servicer........................................77
    Section 6.03.    Limitation on Liability of the Depositor,
                     the Seller, the Servicer, and Others................77
    Section 6.04.    Limitation on Resignation of the Servicer...........78

ARTICLE SEVEN DEFAULT                                                      79

    Section 7.01.    Events of Default...................................79
    Section 7.02.    Trustee to Act; Appointment of Successor.............80
    Section 7.03.    Notification to Certificateholders..................81

ARTICLE EIGHT CONCERNING THE TRUSTEE                                       83

    Section 8.01.    Duties of the Trustee...............................83
    Section 8.02.    Certain Matters Affecting the Trustee...............83
    Section 8.03.    Trustee Not Liable for Certificates or
                     Mortgage Loans......................................85
    Section 8.04.    Trustee May Own Certificates........................85
    Section 8.05.    Trustee's Fees and Expenses.........................85
    Section 8.06.    Eligibility Requirements for the Trustee............86
    Section 8.07.    Resignation and Removal of the Trustee..............86
    Section 8.08.    Successor Trustee...................................87
    Section 8.09.    Merger or Consolidation of the Trustee..............88
    Section 8.10.    Appointment of Co-Trustee or Separate
                     Trustee.............................................88
    Section 8.11.    Tax Matters.........................................89

-ii-

<PAGE>

TABLE OF CONTENTS
(Continued)

|  |  | Page |
|---|---|---|
|  |  | ---- |
| **ARTICLE NINE TERMINATION** |  | 92 |
| Section 9.01. | Termination upon Liquidation or Purchase of the Mortgage Loans | 92 |
| Section 9.02. | Final Distribution on the Certificates | 93 |
| Section 9.03. | Additional Termination Requirements | 94 |
| Section 9.04. | Termination of the Supplemental Interest Trust | 94 |
| **ARTICLE TEN MISCELLANEOUS PROVISIONS** |  | 95 |
| Section 10.01. | Amendment | 95 |
| Section 10.02. | Recordation of Agreement; Counterparts | 96 |
| Section 10.03. | Governing Law | 97 |
| Section 10.04. | Intention of Parties | 97 |
| Section 10.05. | Notices | 97 |
| Section 10.06. | Severability of Provisions | 98 |
| Section 10.07. | Assignment | 98 |
| Section 10.08. | Limitation on Rights of Certificateholders | 98 |
| Section 10.09. | Inspection and Audit Rights | 99 |
| Section 10.10. | Certificates Nonassessable and Fully Paid | 99 |
| Section 10.11. | Official Record | 99 |
| Section 10.12. | Protection of Assets | 100 |
| Section 10.13. | Qualifying Special Purpose Entity | 100 |
| **ARTICLE ELEVEN EXCHANGE ACT REPORTING** |  | 101 |
| Section 11.01. | Filing Obligations | 101 |
| Section 11.02. | Form 10-D Filings | 101 |
| Section 11.03. | Form 8-K Filings | 102 |
| Section 11.04. | Form 10-K Filings | 102 |
| Section 11.05. | Sarbanes-Oxley Certification | 103 |
| Section 11.06. | Form 15 Filing | 103 |
| Section 11.07. | Report on Assessment of Compliance and Attestation | 103 |
| Section 11.08. | Use of Subcontractors | 105 |
| Section 11.09. | Amendments | 105 |

-iii-

&lt;PAGE&gt;

TABLE OF CONTENTS
(Continued)

SCHEDULES

| Schedule I: | Mortgage Loan Schedule | S-I-1 |
|---|---|---|
| Schedule II: | Representations and Warranties of the Seller/ Servicer | S-II-1 |
| Schedule III: | Representations and Warranties as to the Mortgage |  |

          Loans.......................................................S-III-1

Schedule IV:    Form of Monthly Report.....................................S-IV-1


EXHIBITS

Exhibit A:     Form of Senior Certificate.................................A-1
Exhibit B:     Form of Subordinated Certificate...........................B-1
Exhibit C:     Form of Class A-R Certificate..............................C-1
Exhibit D:     [Reserved].................................................D-1
Exhibit E      Form of Reverse of Certificates............................E-1
Exhibit F:     Form of Class P Certificates...............................F-1
Exhibit G-1:    Form of Initial Certification of Trustee...............G-1-1
Exhibit G-2:    [Reserved].............................................G-2-1
Exhibit G-3:    Form of Delay Delivery Certification...................G-3-1
Exhibit G-4:    [Reserved].............................................G-4-1
Exhibit H-1:    Form of Final Certification of Trustee.................H-1-1
Exhibit H-2:    [Reserved].............................................H-2-1
Exhibit I:     Form of Transfer Affidavit.................................I-1
Exhibit J:     Form of Transferor Certificate.............................J-1
Exhibit K:     Form of Investment Letter (Non-Rule 144A)..................K-1
Exhibit L:     Form of Rule 144A Letter...................................L-1
Exhibit M:     Form of Request for Release (for Trustee)..................M-1
Exhibit N:     Request for Release of Documents...........................N-1
Exhibit O:     [Reserved].................................................O-1
Exhibit P:     Form of Corridor Contract..................................P-1
Exhibit Q      [Reserved].................................................Q-1
Exhibit R-1     Form of Performance Certification (Trustee)................R-1
Exhibit S      Form of Servicing Criteria to be Addressed in Assessment
           of Compliance Statement....................................S-2
Exhibit T      Form of List of Item 1119 Parties..........................T-1
Exhibit U      Form of Sarbanes-Oxley Certification.......................U-1

-iv-

<PAGE>


       THIS POOLING AND SERVICING AGREEMENT, dated as of December 1, 2006, among INDYMAC MBS, INC., a Delaware corporation, as depositor (the "Depositor"), IndyMac Bank, F.S.B. ("IndyMac"), a federal savings bank, as seller (in that capacity, the "Seller") and as servicer (in that capacity, the "Servicer"), and Deutsche Bank National Trust Company, a national banking association, as trustee (the "Trustee") and as supplemental interest trustee (in that capacity, the "Supplemental Interest Trustee").

            W i t n e s s e t h   T h a t

       In consideration of the mutual agreements set forth in this Agreement, the parties agree as follows:

PRELIMINARY STATEMENT

       The Depositor is the owner of the Trust Fund that is hereby conveyed to the Trustee in return for the Certificates. As provided in this Agreement, the Trustee shall elect that the Trust Fund (exclusive of the Supplemental Interest Trust, the Supplemental Interest Reserve Fund, the Corridor Contract, the Carryover Reserve Fund and any amounts in respect of waived Prepayment Charges paid by the Servicer to the Class P Certificates pursuant to the second paragraph of Section 3.21) be treated for federal income tax purposes

as comprising two real estate mortgage investment conduits (each, a "REMIC" or, in the alternative, "REMIC 1" and the "Master REMIC"). Each Certificate, other than the Class A-R Certificate, will represent ownership of one or more regular interests in the Master REMIC for purposes of the REMIC Provisions. The Class A-R represents ownership of the sole class of residual interest in each REMIC created under this Agreement. The Master REMIC will hold as assets the several classes of uncertificated REMIC 1 Interests (other than the Class R-1 Interest). REMIC 1 will hold as assets all property of the Trust Fund other than the Supplemental Interest Trust, the Supplemental Interest Reserve Fund, the Corridor Contract, the Carryover Reserve Fund and any amounts in respect of waived Prepayment Charges paid by the Servicer to the Class P Certificates pursuant to the second paragraph of Section 3.21. Each REMIC 1 Interest (other than the Class R-1 Interest) is hereby designated as a regular interest in REMIC 1. The latest possible maturity date of all REMIC regular interests created in this Agreement shall be the Latest Possible Maturity Date. All amounts in respect of waived Prepayment Charges paid by the Servicer to the Class P Certificates pursuant to the second paragraph of Section 3.21 will be treated as paid directly by the Servicer to the Class P Certificates and not as paid by or through any REMIC created hereunder.

&lt;PAGE&gt;

REMIC 1

       The REMIC 1 Interests will have the Initial Principal Balances and Pass-Through Rates as set forth in the following table:

&lt;TABLE&gt;
&lt;CAPTION&gt;

| REMIC 1 Interests | Principal Balances | Pass-Through Rate | Corresponding Certificates Classes |
|---|---|---|---|
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; |
| Class 1-A-1 | (1) | (2) | Class A-1 |
| Class 1-A-2 | (1) | (2) | Class A-2 |
| Class 1-A-3 | (1) | (2) | Class A-3 |
| Class 1-A-4 | (1) | (2) | Class A-4 |
| Class 1-M-1 | (1) | (2) | Class M-1 |
| Class 1-M-2 | (1) | (2) | Class M-2 |
| Class 1-M-3 | (1) | (2) | Class M-3 |
| Class 1-M-4 | (1) | (2) | Class M-4 |
| Class 1-M-5 | (1) | (2) | Class M-5 |
| Class 1-M-6 | (1) | (2) | Class M-6 |
| Class 1-M-7 | (1) | (2) | Class M-7 |
| Class 1-A-R | (1) | (2) | Class A-R |
| Class 1-Accrual | (1) | (2) | N/A |
| Class 1-P-1 | $ 100 | (3) | Class P-1 |
| Class 1-P-2 | $ 100 | (3) | Class P-2 |
| Class R-1 | (4) | (4) | N/A |

&lt;/TABLE&gt;

-----------
(1) On each Distribution Date, Principal Amounts and Realized Losses will be allocated to the REMIC 1 Interests in such a manner that, following such

allocations: (i) the principal balances of the REMIC 1 Interests (other than the Class 1-Accrual and Class R-1 Interests) will equal 50% of the Certificate Balance of their Corresponding Certificates for such Distribution Date, (ii) the Class 1-Accrual Interest will have a principal balance equal to 50% of the aggregate Stated Principal Balance of the Mortgage Loans plus 50% of the Overcollateralized Amount.

(2)   The Weighted Average Adjusted Net Mortgage Rate.

(3)   The Class 1-P-1 and Class 1-P-2 Interests will not be entitled to any interest, but will be entitled to 100% of any Prepayment Charges collected on the Mortgage Loans. The Class 1-P-1 Interests will be entitled to 100% of any Hard Prepayment Charges and the Class 1-P-2 Interests will be entitled to 100% of any Soft Prepayment Charges paid on the Mortgage Loans.

(4)   The Class R-1 Interest is the sole class of residual interest in REMIC 1. It has no principal balance and pays no principal or interest.


2

<PAGE>


The Master REMIC

     The following table sets forth the Class Designation, Initial Class Certificate Balance, Pass-Through Rate, Minimum Denominations and Integral Multiples in excess thereof in respect of the Certificates, each of which (other than the Class A-R Certificates) is hereby designated a regular interest in the Master REMIC, in which such Classes shall be issuable (except that one Certificate of each Class of Certificates may be issued in a different amount):

<TABLE>
<CAPTION>

| Class Designation | Initial Class Certificate Balance | Pass-Through Rate | Minimum Denomination | Integral Multiples in Excess of Minimum |
|------------|------------|------------|------------|------------|
| <S> | <C> | <C> | <C> | <C> |
| Class A-1 | $100,000,000 | Floating (1) | $25,000 | $1 |
| Class A-2 | $11,111,000 | Floating (1) | $25,000 | $1 |
| Class A-3 | $261,403,000 | Floating (1) | $25,000 | $1 |
| Class A-4 | $41,390,000 | Floating (1) | $25,000 | $1 |
| Class A-R | $100 | Variable(2) | $100 | N/A |
| Class M-1 | $12,447,000 | Floating (1) | $25,000 | $1 |
| Class M-2 | $9,731,000 | Floating (1) | $25,000 | $1 |
| Class M-3 | $2,716,000 | Floating (1) | $25,000 | $1 |
| Class M-4 | $1,810,000 | Floating (1) | $25,000 | $1 |
| Class M-5 | $1,810,000 | Floating (1) | $25,000 | $1 |
| Class M-6 | $1,810,000 | Floating (1) | $25,000 | $1 |
| Class M-7 | $2,263,000 | Floating (1) | $100,000 | $1 |
| Class C | (3) | (4) | N/A | N/A |
| Class P-1 | $100 | (5) | N/A | N/A |
| Class P-2 | $100 | (5) | N/A | N/A |

</TABLE>

(1) The Pass-Through Rate for this Class of Certificates for any Interest Accrual Period for any Distribution Date will be a per annum rate equal to the least of (i) LIBOR for that Distribution Date plus the Pass-Through Margin for that Class and that Interest Accrual Period, (ii) the Net Rate Cap for that Distribution Date and (iii) 11.00%.

(2) The Pass-Through Rate for the Class A-R Certificates for any Interest Accrual Period for any Distribution Date will be a per annum rate equal to the Weighted Average Adjusted Net Mortgage Rate.

(3) For federal income tax purposes, the Class C Certificates will represent two classes of regular interests issued by the Master REMIC, (i) a class that does not accrue interest and has a principal balance equal to the Overcollateralized Amount as of the Closing Date, and (ii) a class that is not entitled to principal and has a notional balance equal to the sum of the principal balances of the REMIC 1 Regular Interests (excluding the Class R-1 Interests).

(4) For each Interest Accrual Period the Class C Certificates are entitled to the "Class C Distributable Amount," which shall consist of (i) a specified portion of the interest on each of the REMIC 1 Regular Interests (excluding the Class R-1 Interests) in an amount equal to the excess of: (a) the weighted average pass-through rate in respect of such REMIC 1 Regular Interests over (b) the product of two and the weighted average pass-through rate in respect of such REMIC 1 Regular Interests treating each of the REMIC 1 Accretion Directed Classes as subject to a cap equal to the pass-through rate in respect of the

3

<PAGE>

Corresponding Class Certificate of each such REMIC 1 Regular Interest and the Class 1-Accrual Interest as subject to a cap equal to 0.00%, and (ii) collections of scheduled principal and principal prepayments allocated to the class of regular interests referenced in clause (i) of footnote (3) above.

(5) The Class P-1 and Class P-2 Certificates will not be entitled to any interest, but will be entitled to 100% of any Prepayment Charges collected on the Mortgage Loans. The Class P-1 Certificates will be entitled to 100% of any Hard Prepayment Charges and the Class P-2 Certificates will be entitled to 100% of any Soft Prepayment Charges paid on the Mortgage Loans.

The foregoing REMIC structure is intended to cause all of the cash from the Mortgage Loans to flow through to the Master REMIC as cash flow on a REMIC regular interest, without creating any shortfall--actual or potential (other than for credit losses) to any REMIC regular interest.

For any purpose for which the Pass-Through Rates (other than in the Master REMIC) are calculated, the interest rate on the Mortgage Loans shall be appropriately adjusted to account for the difference between the monthly day count convention of the Mortgage Loans and the monthly day count convention of the regular interests issued by each of the REMICs. For purposes of calculating the Pass-Through Rates for each of the interests issued by each REMIC (other than the Master REMIC) created hereunder such rates shall be adjusted to equal a monthly day count convention based on a 30 day month for each Due Period and a 360-day year so that the Mortgage Loans and all regular interests will be using the same monthly day count convention.

Set forth below are designations of Classes of Certificates to the categories used in this Agreement:

Accretion Directed Certificates........ None.

Accrual Certificates................... None.

Book-Entry Certificates.............. All Classes of Certificates other
than the Physical Certificates.

Class P Certificates................. Class P-1 and Class P-2
Certificates.

COFI Certificates.................... None.

Components........................... None.

Component Certificates............... None.

Delay Certificates................... Class A-R Certificates

ERISA-Restricted Certificates........ The Private Certificates and
Residual Certificates; and
Certificates of any Class that does
not or no longer has a rating of
BBB- or its equivalent, or better,
from at least one Rating Agency.

LIBOR Certificates................... The Senior Certificates (other than
the Class A-R Certificates) and
Subordinated Certificates.

Non-Delay Certificates............... LIBOR Certificates.

Notional Amount Certificates......... None.

Notional Amount Components........... None.

Offered Certificates................. All Classes of Certificates other
than the Private

4

<PAGE>

Certificates.

Physical Certificates................ Class A-R Certificates and Private
Certificates.

Planned Principal Classes............ None.

Principal Only Certificates.......... None.

Principal Only Components............ None.

Private Certificates................. Class M-7, Class C and Class P
Certificates.

Rating Agencies...................... Moody's and S&P.

Regular Certificates................. All Classes of Certificates other
than the Class A-R Certificates.

Residual Certificate................. Class A-R Certificates.

Retained Certificates................ None.

Senior Certificates.................. Class A-1, Class A-2, Class A-3,

```
                                        Class A-4 and Class A-R
                                        Certificates.

Subordinated Certificates.............   Class M-1, Class M-2, Class M-3,
                                         Class M-4, Class M-5, Class M-6 and
                                         Class M-7 Certificates.

Targeted Principal Classes............   None.

Targeted Principal Component..........   None.
```

        With respect to any of the foregoing designations as to which the
corresponding reference is "None," all defined terms and provisions in this
Agreement relating solely to such designations shall be of no force or effect,
and any calculations in this Agreement incorporating references to such
designations shall be interpreted without reference to such designations and
amounts. Defined terms and provisions in this Agreement relating to
statistical rating agencies not designated above as Rating Agencies shall be
of no force or effect.




                                        5

<PAGE>


                               Article One

                               DEFINITIONS

        Section 1.01.      Definitions.

        Unless the context requires a different meaning, capitalized terms are
used in this Agreement as defined below.

        Accretion Directed Certificates:  As specified in the Preliminary
Statement.

        Accretion Direction Rule:  Not applicable.

        Accrual Amount:  Not applicable.

        Accrual Certificates:  As specified in the Preliminary Statement.

        Accrual Termination Date:  Not applicable.

        Additional Designated Information:  As defined in Section 11.02.

        Adjusted Mortgage Rate:  As to each Mortgage Loan and at any
time, the per annum rate equal to the Mortgage Rate less the Servicing
Fee Rate.

        Adjusted Net Mortgage Rate: As to each Mortgage Loan and any
Distribution Date, the per annum rate equal to the Mortgage Rate of that
Mortgage Loan (as of the Due Date in the month preceding the month in which
such Distribution Date occurs) less the Expense Fee Rate for that Mortgage
Loan.

        Adjustment Date: A date specified in each Mortgage Note as a date on
which the Mortgage Rate on the related Mortgage Loan is subject to adjustment.

Advance: The payment required to be made by the Servicer with respect to
any Distribution Date pursuant to Section 4.01, the amount of any such payment
being equal to the aggregate of payments of principal and interest (net of the
Servicing Fee) on the Mortgage Loans that were due during the related Due
Period and not received as of the close of business on the related
Determination Date, together with an amount equivalent to interest on each REO
Property, net of any net income from such REO Property, less the aggregate
amount of any such delinquent payments that the Servicer has determined would
constitute a Nonrecoverable Advance if advanced.

Advance Notice:  As defined in Section 4.01(b).

Advance Deficiency:  As defined in Section 4.01(b).

Affiliate: With respect to any Person, any other Person controlling,
controlled or under common control with such Person. For purposes of this
definition, "control" means the power to direct the management and policies of
a Person, directly or indirectly, whether through ownership of voting
securities, by contract, or otherwise and "controlling" and "controlled" shall
have meanings correlative to the foregoing. Affiliates also include any
entities consolidated with the requirements of generally accepted accounting
principles.

Agreement:  This Pooling and Servicing Agreement and all
amendments and supplements.

                                    6

<PAGE>


Amount Held for Future Distribution: As to any Distribution Date, the
aggregate amount held in the Certificate Account at the close of business on
the related Determination Date on account of (i) Principal Prepayments
received after the last day of the related Prepayment Period and Liquidation
Proceeds and Subsequent Recoveries received in the month of such Distribution
Date and (ii) all Scheduled Payments due after the related Due Date.

Applied Realized Loss Amount: For any Distribution Date, the amount by
which the aggregate Class Certificate Balance of all LIBOR Certificates (after
all distributions of principal on such Distribution Date) exceeds the Pool
Principal Balance as of the Due Date in the month of Such Distribution Date
(after giving effect to Principal Prepayments and Liquidation Proceeds
allocated to principal and Subsequent Recoveries received in the related
Prepayment Period).

Appraised Value: With respect to any Mortgage Loan, the Appraised Value
of the related Mortgaged Property shall be: (i) with respect to a Mortgage
Loan other than a Refinance Loan, the lesser of (a) the value of the Mortgaged
Property based upon the appraisal made at the time of the origination of such
Mortgage Loan and (b) the sales price of the Mortgaged Property at the time of
the origination of such Mortgage Loan; and (ii) with respect to a Refinance
Loan, the value of the Mortgaged Property based upon the appraisal made at the
time of the origination of such Refinance Loan.

Available Funds: As to any Distribution Date, the sum of (a) the
aggregate amount held in the Certificate Account at the close of business on
the related Determination Date, including any Subsequent Recoveries net of the
Amount Held for Future Distribution, net of Prepayment Charges and net of
amounts permitted to be withdrawn from the Certificate Account pursuant to
clauses (i) - (viii), inclusive, of Section 3.09(a) and amounts permitted to
be withdrawn from the Distribution Account pursuant to clauses (i) - (ii),
inclusive, of Section 3.09(b), (b) the amount of the Advance, (c) in
connection with Defective Mortgage Loans, the aggregate of the Purchase Prices
and Substitution Adjustment Amounts deposited on the related Distribution

Account Deposit Date, and (d) any amount deposited on the related Distribution Account Deposit Date pursuant to Section 3.10. The Holders of the Class P Certificates will be entitled to all Prepayment Charges received on the Mortgage Loans and such amounts will not be available for distribution to the Holders of any other Class of Certificates.

Bankruptcy Code: The United States Bankruptcy Reform Act of 1978, as amended.

Bankruptcy Coverage Termination Date: Not applicable.

Bankruptcy Loss: Not applicable.

Bankruptcy Loss Coverage Amount: Not applicable.

Blanket Mortgage: The mortgage or mortgages encumbering a Cooperative Property.

Book-Entry Certificates: As specified in the Preliminary Statement.

Business Day: Any day other than (i) a Saturday or a Sunday, or (ii) a day on which the banking institutions in the City of New York, New York, the State of California or the city in which the Corporate Trust Office of the Trustee is located are authorized or obligated by law or executive order to be closed.

Carryover Reserve Fund: The separate Eligible Account created and maintained by the Trustee pursuant to Section 4.06 with a depository institution in the name of the Trustee for the benefit of the Certificateholders and designated "Deutsche Bank National Trust Company, in trust for the registered

7

<PAGE>

holders of IndyMac INDX Mortgage Loan Trust 2006-AR41, Mortgage Pass-Through Certificates, Series 2006-AR41."

Certificate: Any one of the certificates issued by the Trust Fund and executed by the Trustee in substantially the forms attached as exhibits.

Certificate Account: The separate Eligible Account or Accounts created and maintained by the Servicer pursuant to Section 3.06(d) with a depository institution in the name of the Servicer for the benefit of the Trustee on behalf of Certificateholders and designated "IndyMac Bank, F.S.B., in trust for the registered holders of IndyMac INDX Mortgage Loan Trust 2006-AR41, Mortgage Pass-Through Certificates, Series 2006-AR41."

Certificate Balance: With respect to any Certificate (other than the Class C Certificates) at any date, the maximum dollar amount of principal to which the Holder thereof is then entitled under this Agreement, such amount being equal to the Denomination thereof (A) plus, with respect to the LIBOR Certificates, any increase to the Certificate Balance of such Certificate pursuant to Section 4.02 due to the receipt of Subsequent Recoveries and (B) minus the sum of (i) all distributions of principal previously made with respect to that Certificate and (ii) with respect to the LIBOR Certificates, any Applied Realized Loss Amounts allocated to such Certificate on previous Distribution Dates pursuant to Section 4.02 without duplication.

Certificate Group: Not applicable.

Certificate Owner: With respect to a Book-Entry Certificate, the Person

who is the beneficial owner of the Book-Entry Certificate. For the purposes of this Agreement, in order for a Certificate Owner to enforce any of its rights under this Agreement, it shall first have to provide evidence of its beneficial ownership interest in a Certificate that is reasonably satisfactory to the Trustee, the Depositor and/or the Servicer, as applicable.

Certificate Register:  The register maintained pursuant to Section 5.02.

Certificate Registrar:  Deutsche Bank National Trust Company and its successors and, if a successor trustee is appointed under this Agreement, the successor.

Certificateholder or Holder: The person in whose name a Certificate is registered in the Certificate Register, except that, solely for the purpose of giving any consent pursuant to this Agreement, any Certificate registered in the name of the Depositor or any affiliate of the Depositor is not Outstanding and the Percentage Interest evidenced thereby shall not be taken into account in determining whether the requisite amount of Percentage Interests necessary to effect a consent has been obtained, except that if the Depositor or its affiliates own 100% of the Percentage Interests evidenced by a Class of Certificates, the Certificates shall be Outstanding for purposes of any provision of this Agreement requiring the consent of the Holders of Certificates of a particular Class as a condition to the taking of any action. The Trustee is entitled to rely conclusively on a certification of the Depositor or any affiliate of the Depositor in determining which Certificates are registered in the name of an affiliate of the Depositor.

Certification Party: As defined in Section 11.05.

Certifying Person:  As defined in Section 11.05.

Class:  All Certificates bearing the same class designation as set forth in the Preliminary Statement.

8

<PAGE>

Class Certificate Balance: For any Class (other than the Notional Amount Certificates) as of any date of determination, the aggregate of the Certificate Balances of all Certificates of the Class as of that date.

Class C Distributable Amount: As defined in the Preliminary Statement.

Closing Date:  December 28, 2006.

CMT Index:  Not applicable.

Code:  The Internal Revenue Code of 1986, including any successor or amendatory provisions.

COFI:  Not applicable.

COFI Certificates:  Not applicable.

Commission:  The United States Securities and Exchange Commission.

Compensating Interest: For any Distribution Date, 0.125% multiplied by one-twelfth multiplied by the aggregate Stated Principal Balance of the Mortgage Loans as of the first day of the prior month.

Co-op Shares:  Shares issued by a Cooperative Corporation.

Cooperative Corporation: The entity that holds title (fee or an acceptable leasehold estate) to the real property and improvements constituting the Cooperative Property and that governs the Cooperative Property, which Cooperative Corporation must qualify as a Cooperative Housing Corporation under section 216 of the Code.

Cooperative Loan:  Any Mortgage Loan secured by Co-op Shares and a Proprietary Lease.

Cooperative Property: The real property and improvements owned by the Cooperative Corporation, including the allocation of individual dwelling units to the holders of the Co-op Shares of the Cooperative Corporation.

Cooperative Unit:  A single family dwelling located in a Cooperative Property.

Corporate Trust Office: The designated office of the Trustee in the State of California at which at any particular time its corporate trust business with respect to this Agreement is administered, which office at the date of the execution of this Agreement is located at 1761 East St. Andrew Place, Santa Ana, California 92705, Attn: Mortgage Administration-IN06Z3 (IndyMac MBS, Inc., IndyMac INDX Mortgage Loan Trust 2006-AR41, Mortgage Pass-Through Certificates, Series 2006-AR41), and which is the address to which notices to and correspondence with the Trustee should be directed. With respect to the Certificate Registrar and presentment of Certificates for registration of transfer, exchange or final payment is located at DB Services Tennessee, 648 Grassmere Park Road, Nashville, Tennessee 37211-3658, Attention: Transfer Unit.

Corridor Counterparty:  Credit Suisse International and any successor to the Corridor Contract.

Corridor Contract: The interest rate corridor agreement between the Supplemental Interest Trust and the Corridor Counterparty related to the LIBOR Certificates, a form of which is attached to this Agreement as Exhibit P.


9

<PAGE>


Corridor Contract Ceiling Rate: As defined in Schedule I of the Prospectus Supplement.

Corridor Contract Notional Balance: As defined in Schedule I of the Prospectus Supplement.

Corridor Contract Strike Rate: As defined in Schedule I of the Prospectus Supplement.

Corridor Contract Termination Date:  The Distribution Date in December 2013.

Covered Certificates:  LIBOR Certificates.

Cross-over Situation:  Not applicable.

Cumulative Loss Trigger Event: With respect to a Distribution Date on or after the Stepdown Date occurs if the aggregate amount of Realized Losses on the Mortgage Loans from (and including) the Cut-off Date to (and including) the related Due Date (reduced by the aggregate amount of Subsequent Recoveries received from the Cut-off Date through the Prepayment Period related to that Due Date) exceeds the applicable percentage, for such Distribution Date, of the Cut-off Date Pool Principal Balance, as set forth below:

| Distribution Date | Percentage |
| --- | --- |

January 2009 - December 2009..... 0.25% with respect to January 2009, plus an additional 1/12th of 0.40% for each month thereafter through December 2009

January 2010 - December 2010..... 0.65% with respect to January 2010, plus an additional 1/12th of 0.45% for each month thereafter through December 2010

January 2011 - December 2011..... 1.10% with respect to January 2011, plus an additional 1/12th of 0.50% for each month thereafter through December 2011

January 2012 - December 2012..... 1.60% with respect to January 2012, plus an additional 1/12th of 0.30% for each month thereafter through December 2012

January 2013 and thereafter...... 1.90%

    Current Interest: With respect to each Class of LIBOR Certificates and each Distribution Date, interest accrued at the applicable Pass-Through Rate for the applicable Interest Accrual Period on the Class Certificate Balance of that Class immediately prior to that Distribution Date.

    Cut-off Date: December 1, 2006.

    Cut-off Date Pool Principal Balance: $452,601,016.95.

    Cut-off Date Principal Balance: As to any Mortgage Loan, its Stated Principal Balance as of the close of business on the Cut-off Date.

    Debt Service Reduction: For any Mortgage Loan, a reduction by a court of competent jurisdiction in a proceeding under the Bankruptcy Code in the Scheduled Payment for the Mortgage Loan that became final and non-appealable, except a reduction resulting from a Deficient Valuation or a reduction that results in a permanent forgiveness of principal.

    Defective Mortgage Loan: Any Mortgage Loan that is required to be repurchased pursuant to Section 2.02 or 2.03.

                                10

<PAGE>

    Deficient Valuation: For any Mortgage Loan, a valuation by a court of competent jurisdiction of the Mortgaged Property in an amount less than the then outstanding indebtedness under the Mortgage Loan, or any reduction in the amount of principal to be paid in connection with any Scheduled Payment that results in a permanent forgiveness of principal, which valuation or reduction results from an order of the court that is final and non-appealable in a proceeding under the Bankruptcy Code.

    Definitive Certificates: Any Certificate evidenced by a Physical Certificate and any Certificate issued in lieu of a Book-Entry Certificate pursuant to Section 5.02(e).

    Delay Certificates: As specified in the Preliminary Statement.

    Delay Delivery Certification: A certification substantially in the form of Exhibit G-3.

Delay Delivery Mortgage Loans: The Mortgage Loans identified on the Mortgage Loan Schedule for which all or a portion of a related Mortgage File is not delivered to the Trustee by the Closing Date. The Depositor shall deliver the Mortgage Files to the Trustee:

(A) for at least 70% of the Mortgage Loans, not later than the Closing Date and

(B) for the remaining 30% of the Mortgage Loans, not later than five Business Days following the Closing Date.

To the extent that the Seller is in possession of any Mortgage File for any Delay Delivery Mortgage Loan, until delivery of the Mortgage File to the Trustee as provided in Section 2.01, the Seller shall hold the files as Servicer, as agent and in trust for the Trustee.

Deleted Mortgage Loan:  As defined in Section 2.03(c).

Delinquency Trigger Event: With respect to any Distribution Date on or after the Stepdown Date, if the Rolling Sixty-Day Delinquency Rate as of the last day of the immediately preceding month equals or exceeds 34.00% of the Senior Enhancement Percentage for that Distribution Date.

Delinquent: A Mortgage Loan is "Delinquent" if any monthly payment due on a Due Date is not made by the close of business on the next scheduled Due Date for such Mortgage Loan. A Mortgage Loan is "30 days Delinquent" if such monthly payment has not been received by the close of business on the corresponding day of the month immediately succeeding the month in which such monthly payment was due. The determination of whether a Mortgage Loan is "60 days Delinquent", "90 days Delinquent", etc. shall be made in a like manner.

Denomination: For each Certificate, the amount on the face of the Certificate as the "Initial Certificate Balance of this Certificate" or the "Initial Notional Amount of this Certificate" or, if neither of the foregoing, the Percentage Interest appearing on the face of the Certificate.

Depositor:  IndyMac MBS, Inc., a Delaware corporation, or its successor in interest.

Depository:  The initial Depository shall be The Depository Trust Company, the nominee of which is CEDE & Co., as the registered Holder of the Book-Entry Certificates.  The Depository shall at all times be a "clearing corporation" as defined in Section 8-102(a)(5) of the UCC.


11

<PAGE>


Depository Participant: A broker, dealer, bank, or other financial institution or other Person for whom from time to time a Depository effects book-entry transfers and pledges of securities deposited with the Depository.

Determination Date: As to any Distribution Date, the 18th day of each month or if that day is not a Business Day the next Business Day, except that if the next Business Day is less than two Business Days before the related Distribution Date, then the Determination Date shall be the Business Day preceding the 18th day of the month.

Distribution Account: The separate Eligible Account created and maintained by the Trustee pursuant to Section 3.06(e) in the name of the Trustee for the benefit of the Certificateholders and designated "Deutsche Bank National Trust Company in trust for registered holders of IndyMac INDX Mortgage Loan Trust 2006-AR41, Mortgage Pass-Through Certificates, Series 2006-AR41." Funds in the Distribution Account shall be held in trust for the

Certificateholders for the uses and purposes set forth in this Agreement.

Distribution Account Deposit Date: As to any Distribution Date, 12:30 P.M. Pacific time on the Business Day preceding the Distribution Date.

Distribution Date: The 25th day of each calendar month after the initial issuance of the Certificates, or if that day is not a Business Day, the next Business Day, commencing in January 2007.

Due Date: For any Mortgage Loan and Distribution Date, the first day of the month in which such Distribution Date occurs.

Due Period: For any Distribution Date, the period commencing on the second day of the month preceding the month in which the Distribution Date occurs and ending on the first day of the month in which the Distribution Date occurs.

EDGAR: The Commission's Electronic Data Gathering, Analysis and Retrieval system.

Eligible Account: Any of (i) an account or accounts maintained with a federal or state chartered depository institution or trust company the short-term unsecured debt obligations of which (or, in the case of a depository institution or trust company that is the principal subsidiary of a holding company, the debt obligations of such holding company) have the highest short-term ratings of Moody's or Fitch and one of the two highest short-term ratings of S&P, if S&P is a Rating Agency at the time any amounts are held on deposit therein, or (ii) an account or accounts in a depository institution or trust company in which such accounts are insured by the FDIC (to the limits established by the FDIC) and the uninsured deposits in which accounts are otherwise secured such that, as evidenced by an Opinion of Counsel delivered to the Trustee and to each Rating Agency, the Certificateholders have a claim with respect to the funds in such account or a perfected first priority security interest against any collateral (which shall be limited to Permitted Investments) securing such funds that is superior to claims of any other depositors or creditors of the depository institution or trust company in which such account is maintained, or (iii) a trust account or accounts maintained with (a) the trust department of a federal or state chartered depository institution or (b) a trust company, acting in its fiduciary capacity or (iv) any other account acceptable to each Rating Agency. Eligible Accounts may bear interest, and may include, if otherwise qualified under this definition, accounts maintained with the Trustee.

ERISA: The Employee Retirement Income Security Act of 1974, as amended.

12

<PAGE>

ERISA-Qualifying Underwriting: A best efforts or firm commitment underwriting or private placement that meets the requirements of the Underwriter's Exemption.

ERISA-Restricted Certificate: As specified in the Preliminary Statement.

Escrow Account: The Eligible Account or Accounts established and maintained pursuant to Section 3.07(a).

Event of Default: As defined in Section 7.01.

Excess Cashflow: With respect to any Distribution Date (i) the Interest Remittance Amount remaining after the distribution of interest to the Holders of the Certificates for that Distribution Date, (ii) the Overcollateralization

Release Amount and (iii) any Principal Distribution Amount for that Distribution Date remaining after distributions of the principal to the Offered Certificates.

     Excess Loss:  Not applicable.

     Excess Proceeds:  For any Liquidated Mortgage Loan, the excess of

     (a) all Liquidation Proceeds from the Mortgage Loan received in the calendar month in which the Mortgage Loan became a Liquidated Mortgage Loan, net of any amounts previously reimbursed to the Servicer as Nonrecoverable Advances with respect to the Mortgage Loan pursuant to Section 3.09(a)(iii), over

     (b) the sum of (i) the unpaid principal balance of the Liquidated Mortgage Loan as of the Due Date in the month in which the Mortgage Loan became a Liquidated Mortgage Loan plus (ii) accrued interest at the Mortgage Rate from the Due Date for which interest was last paid or advanced (and not reimbursed) to Certificateholders up to the Due Date applicable to the Distribution Date following the calendar month during which the liquidation occurred.

     Exchange Act: The Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

     Exchange Act Reports: Any reports on Form 10-D, Form 8-K and Form 10-K required to be filed by the Depositor with respect to the Trust Fund under the Exchange Act.

     Expense Fee Rate: As to each Mortgage Loan, the sum of (a) the Servicing Fee Rate and (b) the Trustee Fee Rate.

     Expense Fees: With respect to any Distribution Date, the sum of the Servicing Fees and the Trustee Fees paid on that Distribution Date.

     Extra Principal Distribution Amount: For any Distribution Date, the lesser of (x) the Overcollateralization Deficiency Amount for that Distribution Date and (y) the Excess Cashflow for that Distribution Date.

     FDIC:  The Federal Deposit Insurance Corporation and any successor thereto.

     FHLMC: The Federal Home Loan Mortgage Corporation, a corporate instrumentality of the United States created and existing under Title III of the Emergency Home Finance Act of 1970, as amended, or any successor thereto.


13

<PAGE>


     Fitch:  Fitch, Inc., or any successor thereto.  If Fitch is designated as a Rating Agency in the Preliminary Statement, for purposes of Section 10.05(b) the address for notices to Fitch shall be Fitch, Inc., One State Street Plaza, New York, NY 10004, Attention: MBS Monitoring - IndyMac 2006-AR41, or any other address Fitch furnishes to the Depositor and the Servicer.

     FNMA: The Federal National Mortgage Association, a federally chartered and privately owned corporation organized and existing under the Federal National Mortgage Association Charter Act, or any successor thereto.

     Form 10-D Disclosure Item: With respect to any Person, any material litigation or governmental proceedings pending against such Person, or against any of the Trust Fund, the Depositor, the Trustee or the Servicer, if such

Person has actual knowledge thereof.

Form 10-K Disclosure Item: With respect to any Person, (a) Form 10-D Disclosure Item, and (b) any affiliations or relationships between such Person and any Item 1119 Party.

Fraud Loan: Not applicable.

Fraud Losses: Not applicable.

Fraud Loss Coverage Amount: Not applicable.

Fraud Loss Coverage Termination Date: Not applicable.

Gross Margin: With respect to each Mortgage Loan, the fixed percentage set forth in the related Mortgage Note that is added to the Mortgage Index on each Adjustment Date in accordance with the terms of the related Mortgage Note used to determine the Mortgage Rate for such Mortgage Loan.

Hard Prepayment Charges: As to a Mortgage Loan, any charge payable by a Mortgagor in connection with certain partial prepayments and all prepayments in full made within the related Prepayment Charge Period, the Hard Prepayment Charges with respect to each applicable Mortgage Loan so held by the Trust Fund being identified in the Mortgage Loan Schedule.

Indirect Participant: A broker, dealer, bank, or other financial institution or other Person that clears through or maintains a custodial relationship with a Depository Participant.

Initial Bankruptcy Loss Coverage Amount: Not applicable.

Initial LIBOR Rate: 5.3500% per annum.

Insurance Policy: For any Mortgage Loan included in the Trust Fund, any insurance policy, including all riders and endorsements thereto in effect, including any replacement policy or policies for any Insurance Policies.

Insurance Proceeds: Proceeds paid by an insurer pursuant to any Insurance Policy, in each case other than any amount included in such Insurance Proceeds in respect of Insured Expenses.

Insured Expenses: Expenses covered by an Insurance Policy or any other insurance policy with respect to the Mortgage Loans.

Interest Accrual Period: With respect to each Class of Delay Certificates and any Distribution Date, the calendar month prior to the month of such Distribution Date. With respect to each Class of

14

<PAGE>

Non-Delay Certificates and any Distribution Date, the period commencing on the Distribution Date in the month prior to the month in which that Distribution Date occurs (or the Closing Date, in the case of the first Distribution Date) and ending on the day preceding the applicable Distribution Date. All Delay Certificates will accrue interest on the basis of a 360-day year consisting of twelve 30-day months. The Non-Delay Certificates will accrue interest on the basis of a 360-day year and the actual number of days during the related Interest Accrual Period.

Interest Carry Forward Amount: With respect to each Class of LIBOR Certificates and each Distribution Date, the sum of the excess of (i) (a) the Interest Distribution Amount for that Class with respect to prior Distribution

Dates, over (b) the amount actually distributed to that Class with respect to
interest on prior Distribution Dates and (ii) interest for the applicable
Interest Accrual Period on the amount described above based on the
Pass-Through Rate for that Class of LIBOR Certificates.

Interest Determination Date: With respect to (a) any Interest Accrual
Period for a Class of LIBOR Certificates and (b) any Interest Accrual Period
for the COFI Certificates for which the applicable Index is LIBOR, the second
Business Day prior to the first day of such Interest Accrual Period.

Interest Distribution Amount: For any Distribution Date, and each Class
of Offered Certificates, the Current Interest for that Class minus the Class's
share of Net Interest Shortfalls.

Interest Funds: For any Distribution Date, the Interest
Remittance Amount minus the Trustee Fee for that Distribution Date.

Interest Rate: With respect to each REMIC 1 InterestMaster REMIC
Interest, the applicable rate set forth or calculated in the manner described
in the Preliminary Statement.

Interest Remittance Amount: For any Distribution Date is :

    (a) the sum, without duplication, of:

        (1) all interest on the Mortgage Loans due on the related
Due Date and received on or prior to the related Determination
Date, less the Servicing Fee and the interest premium for any
Lender PMI Loan,

        (2) all interest on Principal Prepayments on the Mortgage
Loans, other than Prepayment Interest Excess,

        (3) all Advances relating to interest,

        (4) amounts paid by the Servicer in respect of Compensating
Interest, and

        (5) Liquidation Proceeds on the Mortgage Loans received
during the related Prepayment Period (to the extent such
Liquidation Proceeds relate to interest), and

    minus

    (b) all Advances relating to interest and certain expenses
reimbursed since the prior Due Date.

Interest Settlement Rate: As defined in Section 4.08.

15

<PAGE>


Item 1119 Party: The Depositor, the Seller, the Servicer, the Trustee,
the Corridor Counterparty, the Supplemental Interest Trustee and any other
material transaction party, as identified in Exhibit T, as updated pursuant to
Section 11.04.

Latest Possible Maturity Date: The Distribution Date following the
fourth anniversary of the scheduled maturity date of the Mortgage Loan having
the latest scheduled maturity date as of the Cut-off Date.

Lender PMI Loans: Mortgage Loans with respect to which the lender rather
than the borrower acquired the primary mortgage guaranty insurance and charged

the related borrower an interest premium.

LIBOR: The London interbank offered rate for one month United States dollar deposits calculated in the manner described in Section 4.07.

LIBOR Certificates: As specified in the Preliminary Statement.

LIBOR Determination Date:  For any Interest Accrual Period, the second London Business Day prior to the commencement of such Interest Accrual Period.

Limited Exchange Act Reporting Obligations: The obligations of the Servicer under Section 3.17(b), Section 6.02 and Section 6.04 with respect to notice and information to be provided to the Depositor and Article 11 (except Section 11.07(a)(i) and (ii)).

Liquidated Mortgage Loan: For any Distribution Date, a defaulted Mortgage Loan (including any REO Property) that was liquidated in the calendar month preceding the month of the Distribution Date and as to which the Servicer has certified (in accordance with this Agreement) that it has received all amounts it expects to receive in connection with the liquidation of the Mortgage Loan, including the final disposition of an REO Property.

Liquidation Proceeds: Amounts, including Insurance Proceeds regardless of when received, received in connection with the partial or complete liquidation of defaulted Mortgage Loans, whether through trustee's sale, foreclosure sale, or otherwise or amounts received in connection with any condemnation or partial release of a Mortgaged Property, and any other proceeds received in connection with an REO Property, less the sum of related unreimbursed Servicing Fees, Servicing Advances, and Advances.

Loan-to-Value Ratio: For any Mortgage Loan and as of any date of determination, is the fraction whose numerator is the original principal balance of the related Mortgage Loan at that date of determination and whose denominator is the Appraised Value of the related Mortgaged Property.

London Business Day: Any day on which dealings in deposits of United States dollars are transacted in the London interbank market.

Lost Mortgage Note: Any Mortgage Note the original of which was permanently lost or destroyed and has not been replaced.

Maintenance: For any Cooperative Unit, the rent paid by the Mortgagor to the Cooperative Corporation pursuant to the Proprietary Lease.

Maximum Mortgage Rate: For each Mortgage Loan, the percentage set forth in the related Mortgage Note as the lifetime maximum Mortgage Rate to which such Mortgage Rate may be adjusted.

16

<PAGE>

Maximum Rate: 11.00% per annum.

MERS:  Mortgage Electronic Registration Systems, Inc., a corporation organized and existing under the laws of the State of Delaware, or any successor thereto.

MERS Mortgage Loan:  Any Mortgage Loan registered with MERS on the MERS(R) System.

MERS(R) System: The system of recording transfers of mortgages electronically maintained by MERS.

MIN:  The mortgage identification number for any MERS Mortgage Loan.

Minimum Mortgage Rate: For each Mortgage Loan, the percentage set forth in the related Mortgage Note as the lifetime minimum Mortgage Rate to which such Mortgage Rate may be adjusted.

MOM Loan: Any Mortgage Loan as to which MERS is acting as mortgagee, solely as nominee for the originator of such Mortgage Loan and its successors and assigns.

Moneyline Telerate Page 3750: The display page currently so designated on the Moneyline Telerate Information Services, Inc. (or any page replacing that page on that service for the purpose of displaying London inter-bank offered rates of major banks).

Monthly Statement:  The statement delivered to the Certificateholders pursuant to Section 4.05.

Moody's:  Moody's Investors Service, Inc., or any successor thereto.  If Moody's is designated as a Rating Agency in the Preliminary Statement, for purposes of Section 10.05(b) the address for notices to Moody's shall be Moody's Investors Service, Inc., 99 Church Street, New York, New York 10007, Attention:  Residential Loan Monitoring Group, or any other address that Moody's furnishes to the Depositor and the Servicer.

Mortgage: The mortgage, deed of trust, or other instrument creating a first lien on an estate in fee simple or leasehold interest in real property securing a Mortgage Note.

Mortgage File: The mortgage documents listed in Section 2.01 pertaining to a particular Mortgage Loan and any additional documents delivered to the Trustee to be added to the Mortgage File pursuant to this Agreement.

Mortgage Index:  One-Year CMT Index, Six-Month LIBOR Index or One-Year LIBOR Index.

Mortgage Loans: Such of the mortgage loans transferred and assigned to the Trustee pursuant to this Agreement, as from time to time are held as a part of the Trust Fund (including any REO Property), the Mortgage Loans so held being identified on the Mortgage Loan Schedule, notwithstanding foreclosure or other acquisition of title of the related Mortgaged Property.

Mortgage Loan Schedule: As of any date, the list set forth in Schedule I of Mortgage Loans included in the Trust Fund on that date. The Mortgage Loan Schedule shall be prepared by the Seller and shall set forth the following information with respect to each Mortgage Loan:

      (i)   the loan number;

      (ii)  the street address of the Mortgaged Property, including the zip code;

<div align="center">17</div>

&lt;PAGE&gt;

      (iii) the maturity date;

      (iv)  the original principal balance;

      (v)   the Cut-off Date Principal Balance;

(vi)   the first payment date of the Mortgage Loan;

(vii)  the Scheduled Payment in effect as of the Cut-off Date;

(viii) the Gross Margin in effect as of the Cut-off Date;

(ix)   the Maximum Mortgage Rate in effect as of the Cut-off Date;

(x)    the Adjustment Date in effect as of the Cut-off Date;

(xi)   a code indicating the Mortgage Index and when it is
       determined;

(xii)  the Loan-to-Value Ratio at origination;

(xiii) a code indicating whether the residential dwelling at the
       time of origination was represented to be owner-occupied;

(xiv)  a code indicating whether the residential dwelling is either
       (a) a detached single family dwelling, (b) a dwelling in a
       PUD, (c) a condominium unit, (d) a two- to four-unit
       residential property, or (e) a Cooperative Unit;

(xv)   the Mortgage Rate in effect as of the Cut-off Date;

(xvi)  the purpose for the Mortgage Loan;

(xvii) the type of documentation program pursuant to which the
       Mortgage Loan was originated;

(xviii) a code indicating whether the Mortgage Loan is a
        borrower-paid mortgage insurance loan;

(xix)  the Servicing Fee Rate;

(xx)   a code indicating whether the Mortgage Loan is a Lender PMI
       Loan;

(xxi)  the coverage amount of any mortgage insurance;

(xxii) with respect to the Lender PMI Loans, the interest premium
       charged by the lender;

(xxiii) a code indicating whether the Mortgage Loan is a Delay
        Delivery Mortgage Loan;

(xxiv) the Minimum Mortgage Rate in effect as of the Cut-off Date;

(xxv)  a code indicating whether the Mortgage Loan is a MERS
       Mortgage Loan; and

18

<PAGE>

(xxvi) the type of Prepayment Charges (Hard or Soft), amount due
       and the length of time during which Prepayment Charges will
       be imposed on a Mortgage Loan.

The schedule shall also set forth the total of the amounts described
under (v) above for all of the Mortgage Loans.

Mortgage Note: The original executed note or other evidence of the

indebtedness of a Mortgagor under a Mortgage Loan.

Mortgage Rate: The annual rate of interest borne by a Mortgage Note from time to time (net of the interest premium for any Lender PMI Loan).

Mortgaged Property: The underlying property securing a Mortgage Loan, which, with respect to a Cooperative Loan, is the related Co-op Shares and Proprietary Lease.

Mortgagor:  The obligors on a Mortgage Note.

National Cost of Funds Index:  The National Monthly Median Cost of Funds Ratio to SAIF-Insured Institutions published by the OTS.

Net Interest Shortfall: As to any Distribution Date, the sum of

(i) any Net Prepayment Interest Shortfalls for that Distribution Date; and

(ii) the amount of interest that would otherwise have been received with respect to any Mortgage Loan that was the subject of a Relief Act Reduction.

Net Prepayment Interest Shortfall: As to any Distribution Date, the amount, if any, by which the aggregate of Prepayment Interest Shortfalls exceeds the Compensating Interest for such Distribution Date.

Net Rate Cap: For each Distribution Date and the LIBOR Certificates, the Weighted Average Adjusted Net Mortgage Rate for that Distribution Date.

Net Rate Carryover: For a Class of LIBOR Certificates on any Distribution Date, the excess of:

(1) the amount of interest that Class would have accrued for that Distribution Date had the Pass-Through Rate for that Class and the related Interest Accrual Period not been calculated based on the Net Rate Cap, over

(2) the amount of interest that Class accrued on that Distribution Date based on the Net Rate Cap,

plus the unpaid portion of any excess from prior Distribution Dates (and interest accrued thereon at the then applicable Pass-Through Rate, without giving effect to the Net Rate Cap).

Non-Delay Certificates:  As specified in the Preliminary Statement.

Nonrecoverable Advance: Any portion of an Advance previously made or proposed to be made by the Servicer, that, in the good faith judgment of the Servicer, will not be ultimately recoverable by the Servicer from the related Mortgagor, related Liquidation Proceeds or otherwise.

19

<PAGE>

Notional Amount:  Not applicable.

Notional Amount Certificates:  As specified in the Preliminary Statement.

Notional Amount Components:  As specified in the Preliminary Statement.

OC Floor: An amount equal to 0.50% of the Cut-off Date Pool Principal Balance.

Offered Certificates:  As specified in the Preliminary Statement.

Officer's Certificate: A certificate (i) signed by the Chairman of the Board, the Vice Chairman of the Board, the President, a Managing Director, a Vice President (however denominated), an Assistant Vice President, the Treasurer, the Secretary, or one of the Assistant Treasurers or Assistant Secretaries of the Depositor or the Servicer, or (ii) if provided for in this Agreement, signed by a Servicing Officer, as the case may be, and delivered to the Depositor and the Trustee as required by this Agreement or (iii) in the case of any other Person, signed by an authorized officer of such Person.

One-Year CMT Index: The weekly average yield on United States Treasury securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in Statistical Release H.15(519) and most recently available as of a day specified in the related Mortgage Note.

One-Year LIBOR Index: The average of the London interbank offered rates for one-year U.S. dollar deposits in the London market, generally as set forth in either The Wall Street Journal or some other source generally accepted in the residential mortgage loan origination business and specified in the related Mortgage Note, or, if such rate ceases to be published in The Wall Street Journal or becomes unavailable for any reason, then based upon a new index selected by the servicer, based on comparable information, in each case, as most recently announced as of either 45 days prior to, or the first Business Day of the month immediately preceding the month of, such Adjustment Date.

Opinion of Counsel: For the interpretation or application of the REMIC Provisions, a written opinion of counsel who (i) is in fact independent of the Depositor and the Servicer, (ii) does not have any direct financial interest in the Depositor or the Servicer or in any affiliate of either, and (iii) is not connected with the Depositor or the Servicer as an officer, employee, promoter, underwriter, trustee, partner, director, or person performing similar functions. Otherwise, a written opinion of counsel who may be counsel for the Depositor or the Servicer, including in-house counsel, reasonably acceptable to the Trustee.

Optional Termination Date:  As defined in Section 9.01.

Original Mortgage Loan:  The Mortgage Loan refinanced in connection with the origination of a Refinance Loan.

OTS:  The Office of Thrift Supervision.

Outside Reference Date:  Not applicable.

Outstanding:  For the Certificates as of any date of determination, all Certificates theretofore executed and authenticated under this Agreement except:

        (i)   Certificates theretofore canceled by the Trustee or delivered to the Trustee for cancellation; and

<center>20</center>

&lt;PAGE&gt;

        (ii)   Certificates in exchange for which or in lieu of which other Certificates have been executed and delivered by the Trustee pursuant to this Agreement.

Outstanding Mortgage Loan: As of any Due Date, a Mortgage Loan with a Stated Principal Balance greater than zero that was not the subject of a Principal Prepayment in Full before the Due Date or during the related Prepayment Period and that did not become a Liquidated Mortgage Loan before the Due Date.

Overcollateralization Deficiency Amount: For any Distribution Date, the amount, if any, by which the Overcollateralization Target Amount exceeds the Overcollateralized Amount on that Distribution Date (after giving effect to distributions of the Principal Remittance Amount on that Distribution Date).

Overcollateralization Release Amount: With respect to any Distribution Date, an amount equal to the lesser of (x) the Principal Remittance Amount for that Distribution Date and (y) the amount, if any, by which the Overcollateralized Amount for that date (calculated for this purpose on the basis of the assumption that 100% of the Principal Remittance Amount for that date is applied in reduction of the Class Certificate Balances of the LIBOR Certificates) exceeds the Overcollateralization Target Amount for that date.

Overcollateralization Target Amount: With respect to any Distribution Date, (a) prior to the Stepdown Date, 1.35% of the Cut-off Date Pool Principal Balance and (b) on or after the Stepdown Date, (1) if a Trigger Event is not in effect the greater of (x) 2.70% of the aggregate Stated Principal Balance of the Mortgage Loans as of the Due Date in the month of that Distribution Date (after giving effect to Principal Prepayments received in the related Prepayment Period) and (y) the OC Floor, and (2) if a Trigger Event is in effect, the Overcollateralization Target Amount as in effect for the prior Distribution Date.

Overcollateralized Amount: For any Distribution Date, the amount, if any, by which (x) the Pool Principal Balance as of the Due Date in the month of that Distribution Date (after giving effect to Principal Prepayments, the principal portion of any Liquidation Proceeds and any Subsequent Recoveries received in the related Prepayment Period) exceeds (y) the aggregate Class Certificate Balance of the LIBOR Certificates (after giving effect to distributions of the Principal Distribution Amount (excluding the Extra Principal Distribution Amount) on that Distribution Date).

Ownership Interest: As to any Residual Certificate, any ownership interest in the Certificate including any interest in the Certificate as its Holder and any other interest therein, whether direct or indirect, legal or beneficial.

Pass-Through Margin: With respect to the Interest Accrual Period for any Distribution Date and Class of LIBOR Certificates, the per annum rate indicated in the following table:

| Class of LIBOR Certificates | Pass-Through Margin | |
|---|---|---|
| | (1) | (2) |
| Class A-1...................... | 0.170% | 0.340% |
| Class A-2...................... | 0.200% | 0.400% |
| Class A-3...................... | 0.180% | 0.360% |
| Class A-4...................... | 0.250% | 0.500% |
| Class M-1...................... | 0.320% | 0.480% |
| Class M-2...................... | 0.430% | 0.645% |
| Class M-3...................... | 0.470% | 0.705% |

21

<PAGE>

| Class of LIBOR Certificates | Pass-Through Margin | |
|---|---|---|
| | (1) | (2) |
| Class M-4...................... | 0.950% | 1.425% |
| Class M-5...................... | 1.650% | 2.475% |
| Class M-6...................... | 2.000% | 3.000% |
| Class M-7...................... | 2.000% | 3.000% |

(1)  For the Interest Accrual Period related to any Distribution Date
     occurring on or prior to the first possible Optional Termination Date.

(2)  For the Interest Accrual Period related to any Distribution Date
     occurring after the first possible Optional Termination Date.

     Pass-Through Rate: For each Class of Certificates, the per annum rate
set forth or calculated in the manner described in the Preliminary Statement.

     Percentage Interest: As to any Certificate, the percentage interest
evidenced thereby in distributions required to be made on the related Class,
the percentage interest being set forth on its face or equal to the percentage
obtained by dividing the Denomination of the Certificate by the aggregate of
the Denominations of all Certificates of the same Class. With respect to the
Class C, Class P and Class A-R Certificates, the portion of the Class
evidenced thereby, expressed as a percentage, as stated on the face of such
Certificate.

     Performance Certification:  As defined in Section 11.05.

     Permitted Investments:  At any time, any of the following:

     (i) obligations of the United States or any agency thereof backed by the
full faith and credit of the United States;

     (ii) general obligations of or obligations guaranteed by any state of
the United States or the District of Columbia receiving the highest long-term
debt rating of each Rating Agency, or any lower rating that will not result in
the downgrading, qualification or withdrawal of the ratings then assigned to
the Certificates by the Rating Agencies, as evidenced by a signed writing
delivered by each Rating Agency;

     (iii) commercial or finance company paper that is then receiving the
highest commercial or finance company paper rating of each Rating Agency, or
any lower rating that will not result in the downgrading, qualification or
withdrawal of the ratings then assigned to the Certificates by the Rating
Agencies , as evidenced by a signed writing delivered by each Rating Agency;

     (iv) certificates of deposit, demand or time deposits, or bankers'
acceptances issued by any depository institution or trust company incorporated
under the laws of the United States or of any state thereof and subject to
supervision and examination by federal or state banking authorities, provided
that the commercial paper or long-term unsecured debt obligations of the
depository institution or trust company (or in the case of the principal
depository institution in a holding company system, the commercial paper or
long-term unsecured debt obligations of the holding company, but only if
Moody's is not a Rating Agency) are then rated one of the two highest
long-term and the highest short-term ratings of each Rating Agency for the
securities, or any lower rating that will not result in the downgrading,
qualification or withdrawal of the ratings then assigned to the Certificates
by the Rating Agencies, as evidenced by a signed writing delivered by each
Rating Agency;

22

(v) demand or time deposits or certificates of deposit issued by any bank or trust company or savings institution to the extent that the deposits are fully insured by the FDIC;

(vi) guaranteed reinvestment agreements issued by any bank, insurance company, or other corporation acceptable to the Rating Agencies at the time of the issuance of the agreements, as evidenced by a signed writing delivered by each Rating Agency;

(vii) repurchase obligations with respect to any security described in clauses (i) and (ii) above, in either case entered into with a depository institution or trust company (acting as principal) described in clause (iv) above; provided that such repurchase obligation would be accounted for as a financing arrangement under generally accepted accounting principles;

(viii) securities (other than stripped bonds, stripped coupons, or instruments sold at a purchase price in excess of 115% of their face amount) bearing interest or sold at a discount issued by any corporation incorporated under the laws of the United States or any state thereof that, at the time of the investment, have one of the two highest ratings of each Rating Agency (except if the Rating Agency is Moody's the rating shall be the highest commercial paper rating of Moody's for the securities), or any lower rating that will not result in the downgrading, qualification or withdrawal of the ratings then assigned to the Certificates by the Rating Agencies, as evidenced by a signed writing delivered by each Rating Agency and that have a maturity date occurring no more than 365 days from their date of issuance;

(ix) units of a taxable money-market portfolio having the highest rating assigned by each Rating Agency (except (i) if Fitch is a Rating Agency and has not rated the portfolio, the highest rating assigned by Moody's and (ii) if S&P is a Rating Agency, "AAAm" or "AAAM-G" by S&P) and restricted to obligations issued or guaranteed by the United States of America or entities whose obligations are backed by the full faith and credit of the United States of America and repurchase agreements collateralized by such obligations; and

(x) any other investments bearing interest or sold at a discount acceptable to each Rating Agency that will not result in the downgrading, qualification or withdrawal of the ratings then assigned to the Certificates by the Rating Agencies, as evidenced by a signed writing delivered by each Rating Agency.

No Permitted Investment may (i) evidence the right to receive interest-only payments with respect to the obligations underlying the instrument, (ii) be sold or disposed of before its maturity or (iii) be any obligation of the Seller or any of its Affiliates. Any Permitted Investment shall be relatively risk free and no options or voting rights shall be exercised with respect to any Permitted Investment. Any Permitted Investment shall be sold or disposed in accordance with Financial Accounting Standard 140, paragraph 35c(6) in effect as of the Closing Date.

Permitted Transferee: Any person other than

(i) the United States, any State or political subdivision thereof, or any agency or instrumentality of any of the foregoing,

(ii) a foreign government, International Organization, or any agency or instrumentality of either of the foregoing,

(iii) an organization (except certain farmers' cooperatives described in section 521 of the Code) that is exempt from tax imposed by Chapter 1 of the Code (including the tax imposed by section

23

<PAGE>

511 of the Code on unrelated business taxable income) on any excess inclusions (as defined in section 860E(c)(1) of the Code) with respect to any Residual Certificate,

(iv) a rural electric and telephone cooperatives described in section 1381(a)(2)(C) of the Code,

(v) an "electing large partnership" as defined in section 775 of the Code,

(vi) a Person that is not a U.S. Person, and

(vii) any other Person so designated by the Depositor based on an Opinion of Counsel that the Transfer of an Ownership Interest in a Residual Certificate to the Person may cause any REMIC to fail to qualify as a REMIC at any time that the Certificates are outstanding.

Person: Any individual, corporation, partnership, joint venture, association, limited liability company, joint-stock company, trust, unincorporated organization, or government, or any agency or political subdivision thereof.

Physical Certificates: As specified in the Preliminary Statement.

Plan: An "employee benefit plan" as defined in section 3(3) of ERISA that is subject to Title I of ERISA, a "plan" as defined in section 4975 of the Code that is subject to section 4975 of the Code, or any Person investing on behalf of or with plan assets (as defined in 29 CFR ss.2510.3-101 or otherwise under ERISA) of such an employee benefit plan or plan.

Planned Balance: Not applicable.

Planned Principal Classes: As specified in the Preliminary Statement.

Pool Principal Balance: The aggregate Stated Principal Balances of the Mortgage Loans.

Prepayment Charge: A Hard Prepayment Charge or Soft Prepayment Charge, as the context may require.

Prepayment Charge Period: As to any Mortgage Loan, the period of time during which a Prepayment Charge may be imposed.

Prepayment Interest Excess: As to any Principal Prepayment received by the Servicer on a Mortgage Loan from the first day through the fifteenth day of any calendar month other than the month of the Cut-off Date, all amounts paid by the related Mortgagor in respect of interest on such Principal Prepayment. All Prepayment Interest Excess shall be retained by the Servicer as additional servicing compensation.

Prepayment Interest Shortfall: As to any Distribution Date, Mortgage Loan and Principal Prepayment received on or after the sixteenth day of the month preceding the month of such Distribution Date (or, in the case of the first Distribution Date, on or after the Cut-off Date) and on or before the last day of the month preceding the month of such Distribution Date, the amount, if any, by which one month's interest at the related Mortgage Rate, net of the Servicing Fee Rate, on such Principal Prepayment exceeds the amount of interest paid in connection with such Principal Prepayment.

24

&lt;PAGE&gt;

Prepayment Period: As to any Distribution Date and related Due Date, the period from and including the 16th day of the month immediately prior to the month of such Distribution Date (or, in the case of the first Distribution Date, from the Cut-off Date) and to and including the 15th day of the month of such Distribution Date.

Prepayment Shift Percentage:  Not applicable.

Primary Insurance Policy:  Each policy of primary mortgage guaranty insurance or any replacement policy therefor with respect to any Mortgage Loan.

Principal Balance Schedules:  Not applicable.

Principal Distribution Amount:  With respect to each Distribution Date, an amount equal to

(1) the Principal Remittance Amount for that Distribution Date minus the Overcollateralization Release Amount for that Distribution Date; and

(2)    the Extra Principal Distribution Amount for that Distribution Date,

Principal Only Certificates:  As specified in the Preliminary Statement.

Principal Prepayment: Any payment of principal by a Mortgagor on a Mortgage Loan (including the principal portion of the Purchase Price of any Mortgage Loan purchased pursuant to Section 3.12) that is received in advance of its scheduled Due Date and is not accompanied by an amount representing scheduled interest due on any date in any month after the month of prepayment. The Servicer shall apply partial Principal Prepayments in accordance with the related Mortgage Note.

Principal Prepayment in Full: Any Principal Prepayment made by a Mortgagor of the entire principal balance of a Mortgage Loan.

Principal Remittance Amount: For any Distribution Date is equal to:

(a) the sum, without duplication, of:

(1) all principal collected or advanced on the Mortgage Loans with respect to the related Due Date,

(2) Principal Prepayments on the Mortgage Loans collected during the related Prepayment Period,

(3) the Stated Principal Balance of each Mortgage Loan that was repurchased by the Seller or purchased by the Servicer with respect to that Distribution Date,

(4) any Substitution Adjustment Amounts, and

(5) all Liquidation Proceeds (to the extent such Liquidation Proceeds related to principal) and all Subsequent Recoveries received during the related Prepayment Period

`<PAGE>`

minus

(b) all non-recoverable Advances relating to principal on the Mortgage Loans and certain expenses reimbursed since the prior Due Date.

Private Certificates:  As specified in the Preliminary Statement.

Proprietary Lease:  For any Cooperative Unit, a lease or occupancy agreement between a Cooperative Corporation and a holder of related Co-op Shares.

Prospectus Supplement:  The Prospectus Supplement dated December 28, 2006, relating to the Offered Certificates, and any supplement thereto.

PUD:  Planned Unit Development.

Purchase Price:  For any Mortgage Loan required to be purchased by the Seller pursuant to Section 2.02 or 2.03 or purchased by the Servicer pursuant to Section 3.12, the sum of

(i) 100% of the unpaid principal balance of the Mortgage Loan on the date of the purchase,

(ii) accrued and unpaid interest on the Mortgage Loan at the applicable Mortgage Rate (or at the applicable Adjusted Mortgage Rate if (x) the purchaser is the Servicer or (y) if the purchaser is the Seller and the Seller is the Servicer) from the date through which interest was last paid by the Mortgagor to the Due Date in the month in which the Purchase Price is to be distributed to Certificateholders, net of any unreimbursed Advances made by the Servicer on the Mortgage Loan, and

(iii) any costs and damages incurred by the Trust Fund in connection with any violation by the Mortgage Loan of any predatory or abusive lending law.

If the Mortgage Loan is purchased pursuant to Section 3.12, the interest component of the Purchase Price shall be computed (i) on the basis of the applicable Adjusted Mortgage Rate before giving effect to the related modification and (ii) from the date to which interest was last paid to the date on which the Mortgage Loan is assigned to the Servicer pursuant to Section 3.12.

Qualified Insurer: A mortgage guaranty insurance company duly qualified as such under the laws of the state of its principal place of business and each state having jurisdiction over the insurer in connection with the insurance policy issued by the insurer, duly authorized and licensed in such states to transact a mortgage guaranty insurance business in such states and to write the insurance provided by the insurance policy issued by it, approved as a FNMA- or FHLMC-approved mortgage insurer or having a claims paying ability rating of at least "AA" or equivalent rating by a nationally recognized statistical rating organization. Any replacement insurer with respect to a Mortgage Loan must have at least as high a claims paying ability rating as the insurer it replaces had on the Closing Date.

Rating Agency: Each of the Rating Agencies specified in the Preliminary Statement. If any of them or a successor is no longer in existence, "Rating Agency" shall be the nationally recognized statistical rating organization, or other comparable Person, designated by the Depositor and identified as a "Rating Agency" in the Underwriters' Exemption, notice of which designation shall be given to the Trustee. References to a given rating or rating category

of a Rating Agency means the rating category without giving effect to any modifiers.

<center>26</center>

&lt;PAGE&gt;

Realized Loss: With respect to each Liquidated Mortgage Loan, an amount (not less than zero or more than the Stated Principal Balance of the Mortgage Loan) as of the date of such liquidation, equal to (i) the Stated Principal Balance of the Liquidated Mortgage Loan as of the date of such liquidation, plus (ii) interest at the Adjusted Net Mortgage Rate from the Due Date as to which interest was last paid or advanced (and not reimbursed) to Certificateholders up to the Due Date in the month in which Liquidation Proceeds are required to be distributed on the Stated Principal Balance of such Liquidated Mortgage Loan from time to time, minus (iii) the Liquidation Proceeds, if any, received during the month in which such liquidation occurred, to the extent applied as recoveries of interest at the Adjusted Net Mortgage Rate and to principal of the Liquidated Mortgage Loan. With respect to each Mortgage Loan that has become the subject of a Deficient Valuation, if the principal amount due under the related Mortgage Note has been reduced, the difference between the principal balance of the Mortgage Loan outstanding immediately prior to such Deficient Valuation and the principal balance of the Mortgage Loan as reduced by the Deficient Valuation. With respect to each Mortgage Loan which has become the subject of a Debt Service Reduction and any Distribution Date, the amount, if any, by which the principal portion of the related Scheduled Payment has been reduced.

To the extent the Servicer receives Subsequent Recoveries with respect to any Mortgage Loan, the amount of the Realized Loss with respect to that Mortgage Loan will be reduced by such Subsequent Recoveries.

Recognition Agreement: For any Cooperative Loan, an agreement between the Cooperative Corporation and the originator of the Mortgage Loan that establishes the rights of the originator in the Cooperative Property.

Record Date: With respect to any Distribution Date and any Definitive Certificate and the Delay Certificates, the close of business on the last Business Day of the month preceding the month of that Distribution Date. With respect to any Distribution Date and the LIBOR Certificates as long as they are Book-Entry Certificates, the Business Day immediately prior to such Distribution Date.

Reference Bank: As defined in Section 4.07.

Refinance Loan: Any Mortgage Loan the proceeds of which are used to refinance an Original Mortgage Loan.

Regular Certificates: As specified in the Preliminary Statement.

Regulation AB: Subpart 229.1100 - Asset Backed Securities (Regulation AB), 17 C.F.R. ss.ss.229.1100-229.1123, as such may be amended from time to time, and subject to such clarification and interpretation as have been provided by the Commission in the adopting release (Asset-Backed Securities, Securities Act Release No. 33-8518, 70 Fed. Reg. 1,506, 1,531 (Jan. 7, 2005)) or by the staff of the Commission, or as may be provided by the Commission or its staff from time to time.

Relief Act: The Servicemembers Civil Relief Act.

Relief Act Reductions: With respect to any Distribution Date and any Mortgage Loan as to which there has been a reduction in the amount of interest collectible thereon for the most recently ended calendar month as a result of the application of the Relief Act or any similar state or local law, the

amount, if any, by which (i) interest collectible on such Mortgage Loan for
the most recently ended calendar month is less than (ii) interest accrued
thereon for such month pursuant to the Mortgage Note.


27

<PAGE>


    REMIC:  A "real estate mortgage investment conduit" within the
meaning of section 860D of the Code.

    REMIC Provisions: Provisions of the federal income tax law relating to
real estate mortgage investment conduits, which appear at sections 860A
through 860G of Subchapter M of Chapter 1 of the Code, and related provisions,
and regulations promulgated thereunder, as the foregoing may be in effect from
time to time as well as provisions of applicable state laws.

    REO Property: A Mortgaged Property acquired by the Trust Fund through
foreclosure or deed-in-lieu of foreclosure in connection with a defaulted
Mortgage Loan.

    Reportable Event: Any event required to be reported on Form 8-K, and in
any event, the following:

    (a) entry into a definitive agreement related to the Trust Fund, the
Certificates or the Mortgage Loans, or an amendment to a Transaction Document,
even if the Depositor is not a party to such agreement (e.g., a servicing
agreement with a servicer contemplated by Item 1108(a)(3) of Regulation AB);

    (b) termination of a Transaction Document (other than by expiration of
the agreement on its stated termination date or as a result of all parties
completing their obligations under such agreement), even if the Depositor is
not a party to such agreement (e.g., a servicing agreement with a servicer
contemplated by Item 1108(a)(3) of Regulation AB);

    (c) with respect to the Servicer only, if the Servicer becomes aware of
any bankruptcy or receivership with respect to the Seller, the Depositor, the
Servicer, the Trustee, the Corridor Counterparty, any enhancement or support
provider contemplated by Items 1114(b) or 1115 of Regulation AB, or any other
material party contemplated by Item 1101(d)(1) of Regulation AB;

    (d) with respect to the Trustee, the Servicer and the Depositor only,
the occurrence of an early amortization, performance trigger or other event,
including an Event of Default under this Agreement;

    (e) any amendment to this Agreement;

    (f) the resignation, removal, replacement, substitution of the Servicer
or the Trustee;

    (g) with respect to the Servicer only, if the Servicer becomes aware
that (i) any material enhancement or support specified in Item 1114(a)(1)
through (3) of Regulation AB or Item 1115 of Regulation AB that was previously
applicable regarding one or more Classes of the Certificates has terminated
other than by expiration of the contract on its stated termination date or as
a result of all parties completing their obligations under such agreement;
(ii) any material enhancement specified in Item 1114(a)(1) through (3) of
Regulation AB or Item 1115 of Regulation AB has been added with respect to one
or more Classes of the Certificates; or (iii) any existing material
enhancement or support specified in Item 1114(a)(1) through (3) of Regulation
AB or Item 1115 of Regulation AB with respect to one or more Classes of the
Certificates has been materially amended or modified; and

    (h) with respect to the Trustee, the Servicer and the Depositor only, a

required distribution to Holders of the Certificates is not made as of the required Distribution Date under this Agreement.

<center>28</center>

<PAGE>

Reporting Subcontractor: With respect to the Servicer or the Trustee, any Subcontractor determined by such Person pursuant to Section 11.08(b) to be "participating in the servicing function" within the meaning of Item 1122 of Regulation AB. References to a Reporting Subcontractor shall refer only to the Subcontractor of such Person and shall not refer to Subcontractors generally.

Request for Release: The Request for Release submitted by the Servicer to the Trustee, substantially in the form of Exhibits M and N, as appropriate.

Required Insurance Policy: For any Mortgage Loan, any insurance policy that is required to be maintained from time to time under this Agreement.

Residual Certificates: As specified in the Preliminary Statement.

Responsible Officer: When used with respect to the Trustee, any Managing Director, any Director, Vice President, any Assistant Vice President, any Associate, any Assistant Secretary, any Trust Officer, or any other officer of the Trustee customarily performing functions similar to those performed by any of the above designated officers who at such time shall be officers to whom, with respect to a particular matter, the matter is referred because of the officer's knowledge of and familiarity with the particular subject and who has direct responsibility for the administration of this Agreement.

Restricted Classes: As defined in Section 4.02(e).

Rolling Sixty-Day Delinquency Rate: With respect to any Distribution Date, an amount equal to the average of the Sixty-Day Delinquency Rates for that Distribution Date and the two immediately preceding Distribution Dates.

SAIF: The Savings Association Insurance Fund, or any successor thereto.

Sarbanes-Oxley Certification: As defined in Section 11.05.

S&P: Standard & Poor's, a division of The McGraw-Hill Companies, Inc. If S&P is designated as a Rating Agency in the Preliminary Statement, for purposes of Section 10.05(b) the address for notices to S&P shall be Standard & Poor's, a division of The McGraw-Hill Companies, Inc., 55 Water Street, New York, New York 10041, Attention: Mortgage Surveillance Monitoring, or any other address that S&P furnishes to the Depositor and the Servicer.

Scheduled Balance: Not applicable.

Scheduled Classes: As specified in the Preliminary Statement.

Scheduled Payment: The scheduled monthly payment on a Mortgage Loan due on any Due Date allocable to principal and/or interest on such Mortgage Loan which, unless otherwise specified herein, shall give effect to any related Debt Service Reduction and any Deficient Valuation that affects the amount of the monthly payment due on such Mortgage Loan.

Securities Act: The Securities Act of 1933, as amended.

Security Agreement: For any Cooperative Loan, the agreement between the owner of the related Co-op Shares and the originator of the related Mortgage

Note that defines the security interest in the Co-op Shares and the related Proprietary Lease.

29

<PAGE>

Seller:  IndyMac Bank, F.S.B., a federal savings bank, and its successors and assigns, in its capacity as seller of the Mortgage Loans to the Depositor.

Senior Certificates:  As specified in the Preliminary Statement.

Senior Enhancement Percentage:  With respect to a Distribution Date on or after the Stepdown Date a fraction (expressed as a percentage):

(1) the numerator of which is sum of the aggregate Class Certificate Balance of the Subordinated Certificates and the Overcollateralized Amount (which, for purposes of this definition only, shall not be less than zero) and

(2) the denominator of which is the Pool Principal Balance as of the Due Date in the prior month (after giving effect to Principal Prepayments in the Prepayment Period related to that prior Due Date).

Senior Principal Distribution Amount: For any Distribution Date an amount equal to the excess, if any, of (x) the aggregate Class Certificate Balance of the Classes of Senior Certificates immediately prior to that Distribution Date over (y) the Senior Target Amount.

Senior Target Amount: For any Distribution Date, (x) after the Stepdown Date and when a Trigger Event is not in effect, an amount equal to the lesser of (a) the product of (1) 82.90% and (2) the Pool Principal Balance as of the Due Date in the month of that Distribution Date (after giving effect to Principal Prepayments received in the related Prepayment Period) and (b) the amount, if any, by which (1) the Pool Principal Balance as of the Due Date in the month of that Distribution Date (after giving effect to Principal Prepayments received in the related Prepayment Period) exceeds (2) the OC Floor, and (y) for any Distribution Date after the Stepdown Date on which a Trigger Event is in effect, the Senior Target Amount for the immediately preceding Distribution Date.

Servicer:  IndyMac Bank, F.S.B., a federal savings bank, and its successors and assigns, in its capacity as servicer under this Agreement.

Servicer Advance Date:  As to any Distribution Date, 12:30 P.M. Pacific time on the Business Day preceding the Distribution Date.

Servicing Advances:  All customary, reasonable, and necessary "out of pocket" costs and expenses incurred in the performance by the Servicer of its servicing obligations, including the cost of

(a) the preservation, restoration, and protection of a Mortgaged Property,

(b) expenses reimbursable to the Servicer pursuant to Section 3.12 and any enforcement or judicial proceedings, including foreclosures,

(c) the maintenance and liquidation of any REO Property,

(d) compliance with the obligations under Section 3.10, and

       (e) reasonable compensation to the Servicer or its affiliates for acting as broker in connection with the sale of foreclosed Mortgaged Properties and for performing certain default management and other similar services (including appraisal services) in connection with the servicing of defaulted Mortgage Loans. For purposes of this clause (e), only costs and expenses

                                         30

<PAGE>

       incurred in connection with the performance of activities generally considered to be outside the scope of customary servicing or master servicing duties shall be treated as Servicing Advances.

       Servicing Criteria: The "servicing criteria" set forth in Item 1122(d) of Regulation AB.

       Servicing Fee: As to each Mortgage Loan and any Distribution Date, one month's interest at the applicable Servicing Fee Rate on the Stated Principal Balance of the Mortgage Loan, or, whenever a payment of interest accompanies a Principal Prepayment in Full made by the Mortgagor, interest at the Servicing Fee Rate on the Stated Principal Balance of the Mortgage Loan for the period covered by the payment of interest, subject to reduction as provided in Section 3.15.

       Servicing Fee Rate:  For each Mortgage Loan, 0.375% per annum.

       Servicing Officer: Any officer of the Servicer involved in, or responsible for, the administration and servicing of the Mortgage Loans whose name and facsimile signature appear on a list of servicing officers furnished to the Trustee by the Servicer on the Closing Date pursuant to this Agreement, as the list may from time to time be amended.

       Servicing Standard: That degree of skill and care exercised by the Servicer with respect to mortgage loans comparable to the Mortgage Loans serviced by the Servicer for itself or others.

       Shift Percentage:  Not applicable.

       Six-Month LIBOR Index: The average of the London interbank offered rates for six month U.S. dollar deposits in the London market, generally as set forth in either The Wall Street Journal or some other source generally accepted in the residential mortgage loan origination business and specified in the related Mortgage Note or, if such rate ceases to be published in The Wall Street Journal or becomes unavailable for any reason, then based upon a new index selected by the Servicer, based on comparable information, in each case, as most recently announced as of either 45 days prior to, or the first Business Day of the month immediately preceding the month of, such Adjustment Date.

       Sixty-Day Delinquency Rate: With respect to any Distribution Date on or after the Stepdown Date, a fraction, expressed as a percentage, the numerator of which is the aggregate Stated Principal Balance of all Mortgage Loans 60 or more days delinquent as of the close of business on the last day of the calendar month preceding such Distribution Date (including Mortgage Loans in foreclosure, bankruptcy and REO Properties) and the denominator of which is the aggregate Stated Principal Balance for such Distribution Date of the Mortgage Loans as of the related Due Date (after giving effect to Principal Prepayments, the principal portion of any Liquidation Proceeds and any Subsequent Recoveries received in the related Prepayment Period).

       Soft Prepayment Charge: As to a Mortgage Loan, any charge payable by a Mortgagor in connection with certain partial prepayments and all prepayments

in full made within the related Prepayment Charge Period other than as a result of selling the Mortgaged Property, the Soft Prepayment Charges with respect to each applicable Mortgage Loan so held by the Trust Fund being identified in the Mortgage Loan Schedule.

Special Hazard Coverage Termination Date: Not applicable.

Special Hazard Loss: Not applicable.

Special Hazard Loss Coverage Amount: Not applicable.

<div align="center">31</div>

&lt;PAGE&gt;

Special Hazard Mortgage Loan: Not applicable.

Startup Day: The Closing Date.

Stated Principal Balance: As to any Mortgage Loan and Due Date, the unpaid principal balance of such Mortgage Loan as of such Due Date, as specified in the amortization schedule at the time relating thereto (before any adjustment to such amortization schedule by reason of any moratorium or similar waiver or grace period) after giving effect to the sum of: (i) the payment of principal due on such Due Date and irrespective of any delinquency in payment by the related Mortgagor and (ii) any Liquidation Proceeds allocable to principal received in the prior calendar month and any Principal Prepayments received through the last day of the related Prepayment Period, in each case, with respect to such Mortgage Loan.

Stepdown Date: The earlier to occur of (1) the Distribution Date after the Distribution Date on which the aggregate Class Certificate Balance of the Senior Certificates is reduced to zero and (2) the later to occur of (x) the Distribution Date in January 2010 and (y) the first Distribution Date on which the Senior Enhancement Percentage exceeds or equals 17.10%.

Stepdown Target Subordination Percentage: For any Class of Subordinated Certificates and any Distribution Date on and after the Stepdown Date, the respective percentages indicated in the following table:

|  | Stepdown Target Subordination Percentage |
| --- | --- |
| Class M-1........................ | 11.60% |
| Class M-2........................ | 7.30% |
| Class M-3........................ | 6.10% |
| Class M-4........................ | 5.30% |
| Class M-5........................ | 4.50% |
| Class M-6........................ | 3.70% |
| Class M-7........................ | 2.70% |

Subcontractor: Any vendor, subcontractor or other Person that is not responsible for the overall servicing (as "servicing" is commonly understood by participants in the mortgage-backed securities market) of Mortgage Loans but performs one or more discrete functions identified in Item 1122(d) of Regulation AB with respect to the Mortgage Loans under the direction or authority of the Servicer or the Trustee, as the case may be.

Subordinated Certificates: As specified in the Preliminary Statement.

Subordinated Class Principal Distribution Target Amount: For any Class of Subordinated Certificates and Distribution Date, the excess of:

(1) the sum of: (a) the aggregate Class Certificate Balance of the Senior Certificates (after taking into account the distribution of the Senior Principal Distribution Amount for that Distribution Date), (b) the aggregate Class Certificate Balance of any class(es) of Subordinated Certificates that are senior to the subject Class (in each case, after taking into account distribution of the Subordinated Class Principal Distribution Target Amount(s) for such more senior Class(es) of Certificates for such Distribution Date), and (c) the Class Certificate Balance of the subject Class of Subordinated Certificates immediately prior to such Distribution Date over

32

<PAGE>

(2) the lesser of (a) the product of (x) 100% minus the Stepdown Target Subordination Percentage for the subject Class of Certificates and (y) the aggregate Stated Principal Balance of the Mortgage Loans for that Distribution Date and (b) the aggregate Stated Principal Balance of the Mortgage Loans for that Distribution Date minus the OC Floor;

provided, however, that if such Class of Subordinated Certificates is the only Class of Subordinated Certificates outstanding on such Distribution Date, that Class will be entitled to receive the entire remaining Principal Distribution Amount until its Class Certificate Balance is reduced to zero.

Subsequent Recoveries: As to any Distribution Date, with respect to a Liquidated Mortgage Loan that resulted in a Realized Loss in a prior calendar month, unexpected amounts received by the Servicer (net of any related expenses permitted to be reimbursed pursuant to Section 3.09) specifically related to such Liquidated Mortgage Loan.

Substitute Mortgage Loan: A Mortgage Loan substituted by the Seller for a Deleted Mortgage Loan that must, on the date of substitution, as confirmed in a Request for Release, substantially in the form of Exhibit M,

(i) have a Stated Principal Balance, after deduction of the principal portion of the Scheduled Payment due in the month of substitution, not in excess of, and not more than 10% less than, the Stated Principal Balance of the Deleted Mortgage Loan (unless the amount of any shortfall is deposited by the Seller in the Certificate Account and held for distribution to the Certificateholders on the related Distribution Date);

(ii) have a Mortgage Rate no lower than and not more than 1% per annum higher than the Deleted Mortgage Loan;

(iii) have a Maximum Mortgage Rate not more than 1% per annum higher than and not lower than the Maximum Mortgage Rate of the Deleted Mortgage Loan,

(iv) have the same Mortgage Index and interval between Adjustment Dates as the Deleted Mortgage Loan and a Gross Margin not more than 1% per annum higher than, and not lower than that of the Deleted Mortgage Loan;

(vi) have a Loan-to-Value Ratio no higher than that of the Deleted Mortgage Loan;

(vii) have a remaining term to maturity not more than one year greater than and not more than one year less than that of the Deleted Mortgage Loan;

(viii) not be a Cooperative Loan unless the Deleted Mortgage Loan was a Cooperative Loan; and

(ix) comply with each representation and warranty in Section 2.03.

Substitution Adjustment Amount:  As defined in Section 2.03.

Supplemental Interest Reserve Fund:  The separate Eligible Account created and maintained by the Supplemental Interest Trustee pursuant to Section 3.06(f) in the name of the Supplemental Interest Trustee for the benefit of the Holders of the LIBOR Certificates and designated "Deutsche Bank National Trust Company in trust for the registered Holders of IndyMac INDX Mortgage Loan Trust 2006-AR41, Mortgage Pass-Through Certificates, Series 2006-AR41".  Funds in the Supplemental Interest Reserve

                              33

<PAGE>


Fund shall be held in trust for the Holders of the LIBOR Certificates for the uses and purposes set forth in this Agreement. The Supplemental Interest Reserve Fund will not be an asset of any REMIC.

Supplemental Interest Trust: The trust fund established pursuant to Section 4.08(b).

Supplemental Interest Trustee: Deutsche Bank National Trust Company, not in its individual capacity, but solely in its capacity as trustee for the benefit of the Holders of the LIBOR Certificates under this Agreement, and any successor thereto, and any corporation or national banking association resulting from or surviving any consolidation or merger to which it or its successors may be a party and any successor trustee as may from time to time be serving as successor trustee under this Agreement.

Suspension Notification: Notification to the Commission of the suspension of the Trust Fund's obligation to file reports pursuant to Section 15(d) of the Exchange Act.

Targeted Balance:  Not applicable.

Targeted Principal Classes:  As specified in the Preliminary Statement.

Transaction Documents: This Agreement, the Corridor Contract and any other document or agreement entered into in connection with the Trust Fund, the Certificates or the Mortgage Loans.

Transfer:  Any direct or indirect transfer or sale of any Ownership Interest in a Residual Certificate.

Trigger Event: With respect to a Distribution Date on or after the Stepdown Date either a Delinquency Trigger Event is in effect with respect to that Distribution Date or a Cumulative Loss Trigger Event is in effect with respect to that Distribution Date.

Trust Fund:  The corpus of the trust created under this Agreement consisting of

(i) the Mortgage Loans and all interest and principal received on them after the Cut-off Date, other than amounts due on the Mortgage Loans by the Cut-off Date;

(ii) the Certificate Account, the Distribution Account, the Carryover Reserve Fund and all amounts deposited therein pursuant to this Agreement (including amounts received from the Seller on the Closing Date that will be deposited by the Trustee in the Certificate Account pursuant to Section 2.01);

(iii) property that secured a Mortgage Loan and has been acquired by foreclosure, deed-in-lieu of foreclosure, or otherwise;

(iv) the right to collect any amounts under any mortgage insurance policies covering any Mortgage Loan and any collections received under any mortgage insurance policies covering any Mortgage Loan; and

(v) all proceeds of the conversion, voluntary or involuntary, of any of the foregoing.

Trustee: Deutsche Bank National Trust Company and its successors and, if a successor trustee is appointed under this Agreement, the successor.

Trustee Fee: The fee payable to the Trustee on each Distribution Date for its services as Trustee hereunder, in an amount equal to one-twelfth of the Trustee Fee Rate multiplied by the aggregate Stated Principal Balance of the Mortgage Loans as of the Due Date in the month preceding the month of such

34

<PAGE>

Distribution Date (after giving effect to Principal Prepayments in the Prepayment Period related to that prior Due Date).

Trustee Fee Rate: 0.007% per annum.

The terms "United States," "State," and "International Organization" have the meanings in section 7701 of the Code or successor provisions. A corporation will not be treated as an instrumentality of the United States or of any State or political subdivision thereof for these purposes if all of its activities are subject to tax and, with the exception of the Federal Home Loan Mortgage Corporation, a majority of its board of directors is not selected by such government unit.

UCC: The Uniform Commercial Code for the State of New York.

Underwriter's Exemption: Prohibited Transaction Exemption 2002-41, 67 Fed. Reg. 54487 (2002) (or any successor thereto), or any substantially similar administrative exemption granted by the U.S. Department of Labor.

United States Person or U.S. Person:

(i) A citizen or resident of the United States;

(ii) a corporation (or entity treated as a corporation for tax purposes) created or organized in the United States or under the laws of the United States or of any state thereof, including, for this purpose, the District of Columbia;

(iii) a partnership (or entity treated as a partnership for tax purposes) organized in the United States or under the laws of the United States or of any state thereof, including, for this purpose, the District of Columbia (unless provided otherwise by future Treasury regulations);

(iv) an estate whose income is includible in gross income for United States income tax purposes regardless of its source; or

(v) a trust, if a court within the United States is able to exercise primary supervision over the administration of the trust and one or more U.S. Persons have authority to control all substantial decisions of the trust. Notwithstanding the last clause of the preceding sentence, to the extent

provided in Treasury regulations, certain trusts in existence on August 20, 1996, and treated as U.S. Persons before that date, may elect to continue to be U.S. Persons.

Unpaid Realized Loss Amount: For any Class of Certificates, (x) the portion of the aggregate Applied Realized Loss Amount previously allocated to that Class remaining unpaid from prior Distribution Dates minus (y) any increase in the Class Certificate Balance of that Class due to the allocation of Subsequent Recoveries to the Class Certificate Balance of that Class, and in the case of the Senior Certificates, together with interest thereon at the applicable Pass-Through Rate.

U.S.A. Patriot Act: The Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001.

Voting Rights: The portion of the voting rights of all of the Certificates that is allocated to any Certificate. As of any date of determination, (a) 1% of all Voting Rights shall be allocated to the Holders of the Class A-R Certificates and (b) the remaining Voting Rights shall be allocated among Holders of the

35

<PAGE>

remaining Classes of Certificates in proportion to the Certificate Balances of the respective Certificates on that date.

Weighted Average Adjusted Net Mortgage Rate: For any Distribution Date, the average of the Adjusted Net Mortgage Rate of each Mortgage Loan, weighted on the basis of its Stated Principal Balance as of the Due Date in the prior month (after giving effect to Principal Prepayments in the Prepayment Period related to such prior Due Date); adjusted to an effective rate reflecting the accrual on interest on the basis of a 360-day year and the actual number of days that elapsed in the related Interest Accrual Period.

Withdrawal Date: The 18th day of each month, or if such day is not a Business Day, the next preceding Business Day.

Section 1.02.    Rules of Construction.

Except as otherwise expressly provided in this Agreement or unless the context clearly requires otherwise

(a) References to designated articles, sections, subsections, exhibits, and other subdivisions of this Agreement, such as "Section 6.12 (a)," refer to the designated article, section, subsection, exhibit, or other subdivision of this Agreement as a whole and to all subdivisions of the designated article, section, subsection, exhibit, or other subdivision. The words "herein," "hereof," "hereto," "hereunder," and other words of similar import refer to this Agreement as a whole and not to any particular article, section, exhibit, or other subdivision of this Agreement.

(b) Any term that relates to a document or a statute, rule, or regulation includes any amendments, modifications, supplements, or any other changes that may have occurred since the document, statute, rule, or regulation came into being, including changes that occur after the date of this Agreement.

(c) Any party may execute any of the requirements under this Agreement either directly or through others, and the right to cause something to be done rather than doing it directly shall be implicit in every requirement under this Agreement. Unless a provision is restricted as to time or limited as to frequency, all provisions under this Agreement are implicitly available and

things may happen from time to time.

(d) The term "including" and all its variations mean "including but not limited to." Except when used in conjunction with the word "either," the word "or" is always used inclusively (for example, the phrase "A or B" means "A or B or both," not "either A or B but not both").

(e) A reference to "a [thing]" or "any [of a thing]" does not imply the existence or occurrence of the thing referred to even though not followed by "if any," and "any [of a thing]" is any of it. A reference to the plural of anything as to which there could be either one or more than one does not imply the existence of more than one (for instance, the phrase "the obligors on a note" means "the obligor or obligors on a note"). "Until [something occurs]" does not imply that it must occur, and will not be modified by the word "unless." The word "due" and the word "payable" are each used in the sense that the stated time for payment has passed. The word "accrued" is used in its accounting sense, i.e., an amount paid is no longer accrued. In the calculation of amounts of things, differences and sums may generally result in negative numbers, but when the calculation of the excess of one thing over another results in zero or a negative number, the calculation is disregarded and an "excess" does not exist. Portions of things may be expressed as fractions or percentages interchangeably.

36

&lt;PAGE&gt;

(f) All accounting terms used in an accounting context and not otherwise defined, and accounting terms partly defined in this Agreement, to the extent not completely defined, shall be construed in accordance with generally accepted accounting principles. To the extent that the definitions of accounting terms in this Agreement are inconsistent with their meanings under generally accepted accounting principles, the definitions contained in this Agreement shall control. Capitalized terms used in this Agreement without definition that are defined in the Uniform Commercial Code are used in this Agreement as defined in the Uniform Commercial Code.

(g) In the computation of a period of time from a specified date to a later specified date or an open-ended period, the words "from" and "beginning" mean "from and including," the word "after" means "from but excluding," the words "to" and "until" mean "to but excluding," and the word "through" means "to and including." Likewise, in setting deadlines or other periods, "by" means "by." The words "preceding," "following," and words of similar import, mean immediately preceding or following. References to a month or a year refer to calendar months and calendar years.

(h) Any reference to the enforceability of any agreement against a party means that it is enforceable, subject as to enforcement against the party, to applicable bankruptcy, insolvency, reorganization, and other similar laws of general applicability relating to or affecting creditors' rights and to general equity principles.

37

&lt;PAGE&gt;

Article Two

CONVEYANCE OF MORTGAGE LOANS; REPRESENTATIONS AND WARRANTIES

Section 2.01.    Conveyance of Mortgage Loans.

(a) The Seller, concurrently with the execution and delivery of this Agreement, hereby transfers to the Depositor, without recourse, all the interest of the Seller in each Mortgage Loan, including all interest and principal received or receivable by the Seller on each Mortgage Loan after the Cut-off Date and all interest and principal payments on each Mortgage Loan received before the Cut-off Date for installments of interest and principal due after the Cut-off Date but not including payments of principal and interest due by the Cut-off Date. By the Closing Date, the Seller shall deliver to the Depositor or, at the Depositor's direction, to the Trustee or other designee of the Depositor, the Mortgage File for each Mortgage Loan listed in the Mortgage Loan Schedule (except that, in the case of Mortgage Loans that are Delay Delivery Mortgage Loans, such delivery may take place within five Business Days of the Closing Date) as of the Closing Date. The delivery of the Mortgage Files shall be made against payment by the Depositor of the purchase price, previously agreed to by the Seller and Depositor, for the Mortgage Loans. With respect to any Mortgage Loan that does not have a first payment date on or before the Due Date in the month of the first Distribution Date, the Seller shall deposit into the Distribution Account on the first Distribution Account Deposit Date an amount equal to one month's interest at the related Adjusted Mortgage Rate on the Cut-off Date Principal Balance of such Mortgage Loan. On the Closing Date the Depositor shall also deposit or shall cause to be deposited $1,000 into the Carryover Reserve Fund and $300 into the Certificate Account.

(b) The Depositor, concurrently with the execution and delivery of this Agreement, hereby (i) transfers to the Trustee for the benefit of the Certificateholders, without recourse, all the interest of the Depositor in the Trust Fund, together with the Depositor's right to require the Seller to cure any breach of a representation or warranty made in this Agreement by the Seller or to repurchase or substitute for any affected Mortgage Loan in accordance with this Agreement. The Depositor hereby directs the Supplemental Interest Trustee to execute the Corridor Contract.

(c) In connection with the transfer and assignment of each Mortgage Loan, the Depositor has delivered (or, in the case of the Delay Delivery Mortgage Loans, will deliver to the Trustee within the time periods specified in the definition of Delay Delivery Mortgage Loans), for the benefit of the Certificateholders the following documents or instruments with respect to each Mortgage Loan so assigned:

(i) The original Mortgage Note, endorsed by manual or facsimile signature in blank in the following form: "Pay to the order of _____ without recourse," with all intervening endorsements showing a complete chain of endorsement from the originator to the Person endorsing the Mortgage Note (each endorsement being sufficient to transfer all interest of the party so endorsing, as noteholder or assignee thereof, in that Mortgage Note) or a lost note affidavit for any Lost Mortgage Note from the Seller stating that the original Mortgage Note was lost or destroyed, together with a copy of the Mortgage Note.

(ii) Except as provided below and for each Mortgage Loan that is not a MERS Mortgage Loan, the original recorded Mortgage or a copy of such Mortgage certified by the Seller as being a true and complete copy of the Mortgage (or, in the case of a Mortgage for which the related Mortgaged Property is located in the Commonwealth of Puerto Rico, a true copy of the Mortgage certified as such by the applicable notary) and in the case of each MERS Mortgage Loan, the original Mortgage, noting the

presence of the MIN of the Mortgage Loans and either

38

<PAGE>

language indicating that the Mortgage Loan is a MOM Loan if the Mortgage Loan is a MOM Loan or if the Mortgage Loan was not a MOM Loan at origination, the original Mortgage and the assignment thereof to MERS, with evidence of recording indicated thereon, or a copy of the Mortgage certified by the public recording office in which such Mortgage has been recorded.

(iii) In the case of a Mortgage Loan that is not a MERS Mortgage Loan, a duly executed assignment of the Mortgage (which may be included in a blanket assignment or assignments), together with, except as provided below, all interim recorded assignments of the mortgage (each assignment, when duly and validly completed, to be in recordable form and sufficient to effect the assignment of and transfer to its assignee of the Mortgage to which the assignment relates). If the related Mortgage has not been returned from the applicable public recording office, the assignment of the Mortgage may exclude the information to be provided by the recording office. The assignment of Mortgage need not be delivered in the case of a Mortgage for which the related Mortgage Property is located in the Commonwealth of Puerto Rico.

(iv) The original or copies of each assumption, modification, written assurance, or substitution agreement.

(v) Except as provided below, the original or duplicate original lender's title policy and all its riders.

(vi) The originals of the following documents for each Cooperative Loan:

(A) the Co-op Shares, together with a stock power in blank;

(B) the executed Security Agreement;

(C) the executed Proprietary Lease;

(D) the executed Recognition Agreement;

(E) the executed UCC-1 financing statement that has been filed in all places required to perfect the Seller's interest in the Co-op Shares and the Proprietary Lease with evidence of recording on it; and

(F) executed UCC-3 financing statements or other appropriate UCC financing statements required by state law, evidencing a complete and unbroken line from the mortgagee to the Trustee with evidence of recording thereon (or in a form suitable for recordation). If in connection with any Mortgage Loan the Depositor cannot deliver

(a) the original recorded Mortgage,

(b) all interim recorded assignments, or

(c) the lender's title policy (together with all its riders).

In addition, in connection with the assignment of any MERS Mortgage Loan, the Seller agrees that it will cause, at the Seller's expense, the

MERS(R) System to indicate that the Mortgage Loans sold by the Seller to the Depositor have been assigned by the Seller to the Trustee in accordance with this

<center>39</center>

<PAGE>

Agreement for the benefit of the Certificateholders by including (or deleting, in the case of Mortgage Loans that are repurchased in accordance with this Agreement) in such computer files the information required by the MERS(R) System to identify the series of the Certificates issued in connection with such Mortgage Loans. The Seller further agrees that it will not, and will not permit the Servicer to, and the Servicer agrees that it will not, alter the information referenced in this paragraph with respect to any Mortgage Loan sold by the Seller to the Depositor during the term of this Agreement unless and until such Mortgage Loan is repurchased in accordance with the terms of this Agreement.

In the event that in connection with any Mortgage Loan that is not a MERS Mortgage Loan the Depositor cannot deliver (a) the original recorded Mortgage, (b) all interim recorded assignments or (c) the lender's title policy (together with all riders thereto) satisfying the requirements of clause (ii), (iii) or (v) above, respectively, concurrently with the execution and delivery of this Agreement because such document or documents have not been returned from the applicable public recording office in the case of clause (ii) or (iii) above, or because the title policy has not been delivered to either the Servicer or the Depositor by the applicable title insurer in the case of clause (v) above, then the Depositor shall promptly deliver to the Trustee, in the case of clause (ii) or (iii) above, the original Mortgage or the interim assignment, as the case may be, with evidence of recording indicated on when it is received from the public recording office, or a copy of it, certified, if appropriate, by the relevant recording office and in the case of clause (v) above, the original or a copy of a written commitment or interim binder or preliminary report of title issued by the title insurance or escrow company, with the original or duplicate copy thereof to be delivered to the Trustee upon receipt thereof. The delivery of the original Mortgage Loan and each interim assignment or a copy of them, certified, if appropriate, by the relevant recording office, shall not be made later than one year following the Closing Date, or, in the case of clause (v) above, later than 120 days following the Closing Date. If the Depositor is unable to deliver each Mortgage by that date and each interim assignment because any documents have not been returned by the appropriate recording office, or, in the case of each interim assignment, because the related Mortgage has not been returned by the appropriate recording office, the Depositor shall deliver the documents to the Trustee as promptly as possible upon their receipt and, in any event, within 720 days following the Closing Date.

The Depositor shall forward to the Trustee (a) from time to time additional original documents evidencing an assumption or modification of a Mortgage Loan and (b) any other documents required to be delivered by the Depositor or the Servicer to the Trustee. If the original Mortgage is not delivered and in connection with the payment in full of the related Mortgage Loan the public recording office requires the presentation of a "lost instruments affidavit and indemnity" or any equivalent document, because only a copy of the Mortgage can be delivered with the instrument of satisfaction or reconveyance, the Servicer shall execute and deliver the required document to the public recording office. If a public recording office retains the original recorded Mortgage or if a Mortgage is lost after recordation in a public recording office, the Seller shall deliver to the Trustee a copy of the Mortgage certified by the public recording office to be a true and complete copy of the original recorded Mortgage.

As promptly as practicable after any transfer of a Mortgage Loan under

this Agreement, and in any event within thirty days after the transfer, the Trustee shall (i) affix the Trustee's name to each assignment of Mortgage, as its assignee, and (ii) cause to be delivered for recording in the appropriate public office for real property records the assignments of the Mortgages to the Trustee, except that, if the Trustee has not received the information required to deliver any assignment of a Mortgage for recording, the Trustee shall deliver it as soon as practicable after receipt of the needed information and in any event within thirty days.

The Trustee need not record any assignment that relates to a Mortgage Loan (a) the Mortgaged Property and Mortgage File relating to which are located in California or (b) in any other jurisdiction (including Puerto Rico) under the laws of which, as evidenced by an Opinion of Counsel delivered by the

                                       40
<PAGE>


Seller (at the Seller's expense) to the Trustee, recording the assignment is not necessary to protect the Trustee's and the Certificateholders' interest in the related Mortgage Loan. The Seller shall deliver such Opinion of Counsel within 90 days of the Closing Date.

If any Mortgage Loans have been prepaid in full as of the Closing Date, the Depositor, in lieu of delivering the above documents to the Trustee, will deposit in the Certificate Account the portion of the prepayment that is required to be deposited in the Certificate Account pursuant to Section 3.06.

Notwithstanding anything to the contrary in this Agreement, within five Business Days after the Closing Date, the Seller shall either

            (x) deliver to the Trustee the Mortgage File as required pursuant
            to this Section 2.01 for each Delay Delivery Mortgage Loan or

            (y) (A) repurchase the Delay Delivery Mortgage Loan or (B)
            substitute the Substitute Mortgage Loan for a Delay Delivery
            Mortgage Loan, which repurchase or substitution shall be
            accomplished in the manner and subject to the conditions in
            Section 2.03 (treating each such Delay Delivery Mortgage Loan as a
            Deleted Mortgage Loan for purposes of such Section 2.03);

provided, however, that if the Seller fails to deliver a Mortgage File for any Delay Delivery Mortgage Loan within the period specified herein, the Seller shall use its best reasonable efforts to effect a substitution, rather than a repurchase of, such Deleted Mortgage Loan and provided further that the cure period provided for in Section 2.02 or in Section 2.03 shall not apply to the initial delivery of the Mortgage File for such Delay Delivery Mortgage Loan, but rather the Seller shall have five (5) Business Days to cure such failure to deliver. At the end of such period, the Trustee shall send a Delay Delivery Certification for the Delay Delivery Mortgage Loans delivered during such period in accordance with the provisions of Section 2.02.

(d) The Seller agrees to treat the transfer of the Mortgage Loans to the Depositor as a sale for all tax, accounting, and regulatory purposes.

Section 2.02.    Acceptance by the Trustee of the Mortgage Loans.

The Trustee acknowledges receipt of the documents identified in the Initial Certification in the form of Exhibit G-1, and declares that it holds and will hold such documents and the other documents delivered to it constituting the Mortgage Files for the Mortgage Loans, and that it holds or will hold such other assets as are included in the Trust Fund, in trust for the exclusive use and benefit of all present and future Certificateholders.

The Trustee acknowledges that it will maintain possession of the related Mortgage Notes in the State of California, unless otherwise permitted by the Rating Agencies. The Trustee agrees to execute and deliver on the Closing Date to the Depositor, the Servicer and the Seller an Initial Certification in the form of Exhibit G-1. Based on its review and examination, and only as to the documents identified in such Initial Certification, the Trustee acknowledges that such documents appear regular on their face and relate to such Mortgage Loans. The Trustee shall be under no duty or obligation to inspect, review or examine said documents, instruments, certificates or other papers to determine that the same are genuine, enforceable or appropriate for the represented purpose or that they have actually been recorded in the real estate records or that they are other than what they purport to be on their face.

<div align="center">41</div>

<PAGE>

By the thirtieth day after the Closing Date (or if that day is not a Business Day, the succeeding Business Day), the Trustee shall deliver to the Depositor, the Servicer, and the Seller a Delay Delivery Certification with respect to the Mortgage Loans substantially in the form of Exhibit G-3, with any applicable exceptions noted thereon.

By the ninetieth day after the Closing Date (or if that day is not a Business Day, the succeeding Business Day), the Trustee shall deliver to the Depositor, the Servicer and the Seller a Final Certification with respect to the Mortgage Loans in the form of Exhibit H-1, with any applicable exceptions noted thereon.

If, in the course of its review, the Trustee finds any document constituting a part of a Mortgage File that does not meet the requirements of Section 2.01, the Trustee shall list such as an exception in the Final Certification. The Trustee shall not make any determination as to whether (i) any endorsement is sufficient to transfer all interest of the party so endorsing, as noteholder or assignee thereof, in that Mortgage Note or (ii) any assignment is in recordable form or is sufficient to effect the assignment of and transfer to the assignee thereof under the mortgage to which the assignment relates. The Seller shall promptly correct any defect that materially and adversely affects the interests of the Certificateholders within 90 days from the date it was so notified of the defect and, if the Seller does not correct the defect within that period, the Seller shall either (a) substitute for the related Mortgage Loan a Substitute Mortgage Loan, which substitution shall be accomplished in the pursuant Section 2.03, or (b) purchase the Mortgage Loan at its Purchase Price from the Trustee within 90 days from the date the Seller was notified of the defect in writing.

If a substitution or purchase of a Mortgage Loan pursuant to this provision is required because of a delay in delivery of any documents by the appropriate recording office, or there is a dispute between either the Servicer or the Seller and the Trustee over the location or status of the recorded document, then the substitution or purchase shall occur within 720 days from the Closing Date. In no other case may a substitution or purchase occur more than 540 days from the Closing Date.

The Trustee shall deliver written notice to each Rating Agency within 270 days from the Closing Date indicating each Mortgage Loan (a) that has not been returned by the appropriate recording office or (b) as to which there is a dispute as to location or status of the Mortgage Loan. The notice shall be delivered every 90 days thereafter until the related Mortgage Loan is returned to the Trustee. Any substitution pursuant to (a) above or purchase pursuant to (b) above shall not be effected before the delivery to the Trustee of the Opinion of Counsel, if required by Section 2.05, and any substitution pursuant to (a) above shall not be effected before the additional delivery to the

Trustee of a Request for Release substantially in the form of Exhibit N. No
substitution is permitted to be made in any calendar month after the
Determination Date for the month.

     The Purchase Price for any Mortgage Loan shall be deposited by the
Seller in the Certificate Account by the Distribution Account Deposit Date for
the Distribution Date in the month following the month of repurchase and, upon
receipt of the deposit and certification with respect thereto in the form of
Exhibit N, the Trustee shall release the related Mortgage File to the Seller
and shall execute and deliver at the Seller's request any instruments of
transfer or assignment prepared by the Seller, in each case without recourse,
necessary to vest in the Seller, or a designee, the Trustee's interest in any
Mortgage Loan released pursuant hereto.

     If pursuant to the foregoing provisions the Seller repurchases a
Mortgage Loan that is a MERS Mortgage Loan, the Servicer shall either (i)
cause MERS to execute and deliver an assignment of the Mortgage in recordable
form to transfer the Mortgage from MERS to the Seller and shall cause such
Mortgage to be removed from registration on the MERS(R) System in accordance
with MERS' rules and

                                      42

<PAGE>

regulations or (ii) cause MERS to designate on the MERS(R) System the Seller
as the beneficial holder of such Mortgage Loan.

     The Trustee shall retain possession and custody of each Mortgage File in
accordance with and subject to the terms and conditions set forth herein. The
Servicer shall promptly deliver to the Trustee, upon the execution or receipt
thereof, the originals of any other documents or instruments constituting the
Mortgage File that come into the possession of the Servicer from time to time.

     The obligation of the Seller to substitute for or to purchase any
Mortgage Loan that does not meet the requirements of Section 2.01 shall
constitute the sole remedy respecting the defect available to the Trustee, the
Depositor, and any Certificateholder against the Seller.

     Section 2.03.     Representations, Warranties, and Covenants of
the Seller and the Servicer.

     (a) IndyMac, in its capacities as Seller and Servicer, makes the
representations and warranties in Schedule II, and by this reference
incorporated in this Agreement, to the Depositor and the Trustee, as of the
Closing Date.

     (b) The Seller, in its capacity as Seller, makes the representations and
warranties in Schedule III, and by this reference incorporated in this
Agreement, to the Depositor and the Trustee, as of the Closing Date, or if so
specified in Schedule III, as of the Cut-off Date.

     (c) Upon discovery by any of the parties hereto of a breach of a
representation or warranty made pursuant to Section 2.03(b) that materially
and adversely affects the interests of the Certificateholders in any Mortgage
Loan, the party discovering such breach shall give prompt notice thereof to
the other parties. Any breach of representations and warranties under clauses
(28) and (37) of Schedule III shall be deemed to affect materially and
adversely the interests of the Certificateholders in the affected Mortgage
Loans. The Seller covenants that within 90 days of the earlier of its
discovery or its receipt of written notice from any party of a breach of any
representation or warranty made pursuant to Section 2.03(b) which materially
and adversely affects the interests of the Certificateholders in any Mortgage
Loan, it shall cure such breach in all material respects, and if such breach

is not so cured, shall, (i) if the 90-day period expires before the second
anniversary of the Closing Date, remove the Mortgage Loan (a "Deleted Mortgage
Loan") from the Trust Fund and substitute in its place a Substitute Mortgage
Loan, in accordance with this Section 2.03; or (ii) repurchase the affected
Mortgage Loan or Mortgage Loans from the Trustee at the Purchase Price in the
manner set forth below. Any substitution pursuant to (i) above shall not be
effected before the delivery to the Trustee of the Opinion of Counsel, if
required by Section 2.05 and a Request for Release substantially in the form
of Exhibit N, and the Mortgage File for any Substitute Mortgage Loan. The
Seller shall promptly reimburse the Servicer and the Trustee for any expenses
reasonably incurred by the Servicer or the Trustee in respect of enforcing the
remedies for the breach.

    With respect to any Substitute Mortgage Loan or Loans, the Seller shall
deliver to the Trustee for the benefit of the Certificateholders the Mortgage
Note, the Mortgage, the related assignment of the Mortgage, and such other
documents and agreements as are required by Section 2.01, with the Mortgage
Note endorsed and the Mortgage assigned as required by Section 2.01. No
substitution is permitted to be made in any calendar month after the
Determination Date for such month. Scheduled Payments due with respect to
Substitute Mortgage Loans in the month of substitution shall not be part of
the Trust Fund and will be retained by the Seller on the next succeeding
Distribution Date. For the month of substitution, distributions to
Certificateholders will include the monthly payment due on any Deleted
Mortgage Loan for such month and thereafter the Seller shall be entitled to
retain all amounts received in respect of such Deleted Mortgage Loan.

                                    43

<PAGE>

    The Servicer shall amend the Mortgage Loan Schedule for the benefit of
the Certificateholders to reflect the removal of the Deleted Mortgage Loan and
the substitution of the Substitute Mortgage Loans and the Servicer shall
deliver the amended Mortgage Loan Schedule to the Trustee. Upon the
substitution, the Substitute Mortgage Loans shall be subject to this Agreement
in all respects, and the Seller shall be deemed to have made with respect to
the Substitute Mortgage Loans, as of the date of substitution, the
representations and warranties made pursuant to Section 2.03(b) with respect
to the Mortgage Loan. Upon any substitution and the deposit to the Certificate
Account of the amount required to be deposited therein in connection with the
substitution as described in the following paragraph, the Trustee shall
release the Mortgage File held for the benefit of the Certificateholders
relating to the Deleted Mortgage Loan to the Seller and shall execute and
deliver at the Seller's direction such instruments of transfer or assignment
prepared by the Seller, in each case without recourse, as shall be necessary
to vest title in the Seller, or its designee, the Trustee's interest in any
Deleted Mortgage Loan substituted for pursuant to this Section 2.03.

    For any month in which the Seller substitutes one or more Substitute
Mortgage Loans for one or more Deleted Mortgage Loans, the Servicer will
determine the amount (if any) by which the aggregate principal balance of all
such Substitute Mortgage Loans as of the date of substitution is less than the
aggregate Stated Principal Balance of all such Deleted Mortgage Loans (after
application of the scheduled principal portion of the monthly payments due in
the month of substitution). The amount of such shortage (the "Substitution
Adjustment Amount") plus, if the Seller is not the Servicer, an amount equal
to the aggregate of any unreimbursed Advances and Servicer Advances with
respect to such Deleted Mortgage Loans shall be deposited into the Certificate
Account by the Seller by the Distribution Account Deposit Date for the
Distribution Date in the month succeeding the calendar month during which the
related Mortgage Loan became required to be purchased or replaced hereunder.
If the Seller repurchases a Mortgage Loan, the Purchase Price therefor shall
be deposited in the Certificate Account pursuant to Section 3.06 by the

Distribution Account Deposit Date for the Distribution Date in the month
following the month during which the Seller became obligated hereunder to
repurchase or replace the Mortgage Loan and upon such deposit of the Purchase
Price and receipt of a Request for Release in the form of Exhibit N, the
Trustee shall release the related Mortgage File held for the benefit of the
Certificateholders to such Person, and the Trustee shall execute and deliver
at such Person's direction such instruments of transfer or assignment prepared
by such Person, in each case without recourse, as shall be necessary to
transfer title from the Trustee. The obligation under this Agreement of any
Person to cure, repurchase, or replace any Mortgage Loan as to which a breach
has occurred and is continuing shall constitute the sole remedy against the
Person respecting the breach available to Certificateholders, the Depositor,
or the Trustee on their behalf.

     The Seller assigns to the Depositor and the Depositor assigns to the
Trustee all rights the Seller might have under contracts with third parties
relating to early payment defaults on the Mortgage Loans ("EPD Rights") and
the Servicer assumes any related duties as part of its servicing obligations.
Consistent with the Servicing Standard, the Servicer shall attempt to enforce
the EPD Rights. If the Servicer's enforcement of the EPD Rights obligates the
Servicer to sell a Mortgage Loan to a third party, the Servicer shall
repurchase the Mortgage Loan at the Purchase Price and sell the Mortgage Loan
to the third party, provided however, in no case shall the Servicer be
obligated to repurchase a Mortgage Loan on account of EPD Rights unless and
until the Servicer shall have previously received repurchase payment from a
third party. The Servicer shall deposit into the Certificate Account all
amounts received in connection with the enforcement of EPD Rights, not
exceeding the Purchase Price, with respect to any Mortgage Loan. Any amounts
received by the Servicer with respect a Mortgage Loan in excess of the
Purchase Price shall be retained by the Servicer as additional servicing
compensation. The Trustee, upon receipt of certification from the Servicer of
the deposit of the Purchase Price in connection with a repurchase of a
Mortgage Loan and a Request for Release from the Servicer, shall release or
cause to be released to the purchaser of such Mortgage Loan the related
Mortgage File and shall execute and deliver

                                    44

<PAGE>


such instruments of transfer or assignment prepared by the purchaser of such
Mortgage Loan, in each case without recourse, as shall be necessary to vest in
the purchaser of such Mortgage Loan any Mortgage Loan released pursuant hereto
and the purchaser of such Mortgage Loan shall succeed to all the Trustee's
right, title and interest in and to such Mortgage Loan and all security and
documents related thereto. Such assignment shall be an assignment outright and
not for security. The purchaser of such Mortgage Loan shall thereupon own such
Mortgage Loan, and all security and documents, free of any further obligation
to the Trustee or the Certificateholders with respect thereto.

     The representations and warranties made pursuant to this Section 2.03
shall survive delivery of the respective Mortgage Files to the Trustee for the
benefit of the Certificateholders.

     Section 2.04.      Representations and Warranties of the Depositor
as to the Mortgage Loans.

     The Depositor represents and warrants to the Trustee with respect to
each Mortgage Loan as of the date of this Agreement or such other date set
forth in this Agreement that as of the Closing Date, and following the
transfer of the Mortgage Loans to it by the Seller, the Depositor had good
title to the Mortgage Loans and the Mortgage Notes were subject to no offsets,
defenses, or counterclaims.

The representations and warranties in this Section 2.04 shall survive delivery of the Mortgage Files to the Trustee. Upon discovery by the Depositor or the Trustee of any breach of any of the representations and warranties in this Section that materially and adversely affects the interest of the Certificateholders, the party discovering the breach shall give prompt written notice to the others and to each Rating Agency.

Section 2.05.     Delivery of Opinion of Counsel in Connection with Substitutions.

(a) Notwithstanding any contrary provision of this Agreement, no substitution pursuant to Section 2.02 or 2.03 shall be made more than 90 days after the Closing Date unless the Seller delivers to the Trustee an Opinion of Counsel, which Opinion of Counsel shall not be at the expense of either the Trustee or the Trust Fund, addressed to the Trustee, to the effect that such substitution will not (i) result in the imposition of the tax on "prohibited transactions" on the Trust Fund or contributions after the Startup Date, as defined in sections 860F(a)(2) and 860G(d) of the Code, respectively or (ii) cause any REMIC created under this Agreement to fail to qualify as a REMIC at any time that any Certificates are outstanding.

(b) Upon discovery by the Depositor, the Seller, the Servicer or the Trustee that any Mortgage Loan does not constitute a "qualified mortgage" within the meaning of section 860G(a)(3) of the Code, the party discovering such fact shall promptly (and in any event within five Business Days of discovery) give written notice thereof to the other parties. In connection therewith, the Trustee shall require the Seller, at the Seller's option, to either (i) substitute, if the conditions in Section 2.03(c) with respect to substitutions are satisfied, a Substitute Mortgage Loan for the affected Mortgage Loan, or (ii) repurchase the affected Mortgage Loan within 90 days of such discovery in the same manner as it would a Mortgage Loan for a breach of representation or warranty made pursuant to Section 2.03. The Trustee shall reconvey to the Seller the Mortgage Loan to be released pursuant hereto in the same manner, and on the same terms and conditions, as it would a Mortgage Loan repurchased for breach of a representation or warranty contained in Section 2.03.

Section 2.06.     Execution and Delivery of Certificates.

The Trustee acknowledges the transfer and assignment to it of the Trust Fund and, concurrently with such transfer and assignment, has executed and delivered to or upon the order of the Depositor, the

<div align="center">45</div>

<PAGE>

Certificates in authorized denominations evidencing directly or indirectly the entire ownership of the Trust Fund. The Trustee agrees to hold the Trust Fund and exercise the rights referred to above for the benefit of all present and future Holders of the Certificates.

Section 2.07.     REMIC Matters.

The Preliminary Statement sets forth the designations and "latest possible maturity date" for federal income tax purposes of all interests created under this Agreement. The "Startup Day" for purposes of the REMIC Provisions shall be the Closing Date. Each REMIC's fiscal year shall be the calendar year.