**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC. <br><br> Defendants. | Case No. 18-cv-00839 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

Please take notice that on Wednesday, May 1, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber, in room 1941 at the Dirksen Federal Building, 291 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Leave to File Additional Allegations and Claims.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing, and Plaintiffs' Motion for Leave to File Additional Allegations and Claims, was served upon counsel for all parties of record via the U.S. District Court for the Northern District of Illinois Electronic Filing System on April 12, 2019.

Respectfully Submitted,

   /s/ *Jennifer K. Soule*

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
*Soule, Bradtke & Lambert*
402 Campbell Street, Suite 100
Geneva, IL 60134
*Attorneys for Plaintiffs*

<table>
<tr><td>

Stephen M. Dane
Yiyang Wu
*Relman, Dane & Colfax PLLC*
1225 19th Street, N.W., Suite 600
Washington, DC 20036
*Attorneys for Plaintiffs*

</td><td>

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave, NW, Suite 650
Washington, DC 20004
*Attorney for Plaintiffs*

</td></tr>
</table>

Dated: April 12, 2019