UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

National Fair Housing Alliance, et al.
                                        Plaintiff,

v.                                                        Case No.: 1:18–cv–00839
                                                                Honorable Harry D. Leinenweber

Deutsche Bank National Trust, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2019:

        MINUTE entry before the Honorable Harry D. Leinenweber: Motion hearing held. Plaintiffs' motion for leave to file additional allegations and claims [64] is granted. The previously set briefing schedule [59] is vacated. The Court will treat Defendants' motion to dismiss [61] the First Amended Complaint as withdrawn. Plaintiffs shall file a Second Amended Complaint on or before 5/8/19. Defendants shall file a motion to dismiss or otherwise respond on or before 6/6/19. Plaintiffs shall respond on or before 7/8/19; Defendants may reply on or before 7/26/19. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.