# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | Case No. 1:18-cv-00839 |
| Plaintiffs, | Judge Harry D. Leinenweber |
| v. | Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | |
| Defendants. | |

## DEFENDANTS' JOINT MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

For the reasons set forth in the accompanying Memorandum in Support of Defendants'

Joint Motion to Dismiss, Defendants Deutsche Bank National Trust Company, as Trustee,

Deutsche Bank Trust Company Americas, as Trustee, Ocwen Loan Servicing, LLC, and Altisource Solutions, Inc. move to dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. P. 12(b)(6).

In addition, for the reasons set forth in the accompanying Supplemental Memorandum, Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee move to dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. P. 12(b)(6).

Dated: June 6, 2019					Respectfully submitted,

						By: /s/ Debra Bogo-Ernst
						Debra Bogo-Ernst
						Matthew C. Sostrin
						MAYER BROWN LLP
						71 South Wacker Drive
						Chicago, Illinois 60606
						Telephone: (312) 782-0600

						*Counsel to Defendant Ocwen Loan Servicing, LLC*

						By: /s/ Kenneth M. Kliebard
						Kenneth M. Kliebard
						MORGAN, LEWIS & BOCKIUS LLP
						77 West Wacker Drive, Fifth Floor
						Chicago, IL 60601
						Telephone:  (312) 324-1000

						Kevin M. Papay (admitted *pro hac vice*)
						MORGAN, LEWIS & BOCKIUS LLP
						One Market
						Spear Street Tower
						San Francisco, CA 94105
						Telephone:  (415) 442-1000

						*Counsel to Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee*

By: /s/ Kristine M. Schanbacher
Kristine M. Schanbacher
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: kristine.schanbacher@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on June 6, 2019.

/s/    Debra Bogo-Ernst