IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al.<br>        Plaintiffs,<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST, et al.,<br>        Defendants. | No. 1:18-cv-00839<br><br>Judge Harry D. Leinenweber<br><br>Mag. Judge Sidney I. Schenkier |

**DEFENDANT ALTISOURCE SOLUTIONS, INC.'S
MOTION TO WITHDRAW APPEARANCE OF KRISTINE SCHANBACHER**

Pursuant to Local Rule 83.17, defendant Altisource Solutions, Inc. ("Altisource") respectfully request that this Court grant attorney Kristine M. Schanbacher of Dentons US LLP leave to withdraw her appearance as attorney of record in the above-captioned matter, and state as follows:

1. On April 2, 2018, Ms. Schanbacher filed her appearance on behalf of Defendant Altisource in this matter. (ECF No. 21.)

2. On April 2, 2018, Nathan Garroway of the law firm of Dentons US LLP filed a motion for leave to appear *pro hac vice*. (ECF No. 22). The motion was granted on April 3, 2018. (ECF No. 23).

3. On May 9, 2018, Lisa Krigsten of the law firm of Dentons US LLP filed a motion for leave to appear *pro hac vice*. (ECF No. 28). The motion was granted on May 15, 2018. (ECF No 35).

4. Kristen Schanbacher is taking a leave of absence effective July 1, 2019.

5. On June 11, 2019, Shannon Shin filed her appearance on behalf of Defendant Altisource. (ECF No. 74.)

6. Defendant Altisource will continue to be represented in the above-captioned matter by Dentons US LLP attorneys Shannon Shin, Nathan Garroway and Lisa Krigsten.

**WHEREFORE**, Defendant Altisource Solutions, Inc. respectfully request that this Court enter an order granting the withdrawal of Dentons US LLP attorney Kristine M. Schanbacher.

Date: June 11, 2019                    DENTONS US LLP

                                       /s/ Shannon Y. Shin
                                       One of the attorneys for Defendant
                                        Altisource Solutions, Inc.

Shannon Y. Shin
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
Fax: (312) 876-7934
shannon.shin@dentons.com

112588852

## **CERTIFICATE OF SERVICE**

I, Shannon Shin, an attorney, hereby certify that on June 11, 2019, I caused a copy of **DEFENDANT ALTISOURCE SOLUTIONS, INC. MOTION TO WITHDRAW APPEARANCE OF KRISTINE M. SCHANBACHER** to be filed electronically the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Shannon Y. Shin