IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA.<br><br>      Plaintiffs,<br><br>            v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC.<br><br>      Defendants. | Case No. 18 CV 839<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Plaintiffs, by their counsel, move for leave to file the attached opinion, *National Fair Housing Alliance, et al. v. Bank of America*, et al., Civ. No. CCB-18-1919 (D. Md. July 18,

1

2019) as supplemental authority in opposition to the motions to dismiss filed by Defendants in this case. In support of this motion, Plaintiffs state as follows:

1. Defendants have filed motions to dismiss challenging whether Plaintiffs Second Amended Complaint sufficiently alleges claims under the Fair Housing Act ("FHA").

2. Subsequent to the filing of Plaintiffs' memoranda opposing Defendants' motions, the United States District Court for the District of Maryland issued its opinion in *National Fair Housing Alliance, et al. v. Bank of America*, et al., Civ. No. CCB-18-1919 (D. Md. July 18, 2019)(*"Bank of America"*). In that case, the Plaintiffs (who are also parties in the present case), alleged that the Defendants, Bank of America and Safeguard Properties Management LLC, violated the FHA by providing inferior routine exterior maintenance to REO properties in communities of color as compared to the maintenance afforded REO properties in majority neighborhoods. Ex. 1 at 2-4. The allegations in *Bank of America* are materially similar to the allegations against the Defendants in the instant case.

3. The Defendants in *Bank of America* filed a motion to dismiss this Complaint, which the Court denied in its entirety, holding that:

    a. The Plaintiffs had standing, and the requirements for personal jurisdiction were satisfied. (Ex. 1 at 5-12)

    b. The continuing violation doctrine applied, and the Complaint satisfied the statute of limitations. (Ex. 1 at 12-14)

    c. The Complaint sufficiently pled claims for violations of the FHA under a disparate impact theory, satisfying the requirements that a specific policy be alleged and that proximate cause exist between the injury asserted and the injurious conduct alleged. (Ex. 1 at 16-26)

d. The statutory requirements for FHA claims under Sections 804(a), 804(b) and 805 had been met, and Plaintiffs had also adequately stated a claim based upon a theory of perpetuation of segregation. (Ex. 1 at 27-34)

e. Because the Complaint sufficiently pled claims on a disparate impact theory, there was no need to resolve arguments regarding the viability of claims on a disparate treatment theory at this time. (Ex. 1 at 15)

4. The foregoing authority bears upon the issues raised in the Defendants' Motions to Dismiss in the present case.

WHEREFORE, Plaintiffs respectfully request leave to file the attached opinion in Bank of America as supplemental authority in the present case.

Respectfully Submitted,

*/s/ Jennifer K Soule*

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
*Soule, Bradtke & Lambert*
402 Campbell Street
Suite 100
Geneva, IL 60134
*Attorneys for Plaintiffs*

Stephen M. Dane
Yiyang Wu
*Relman, Dane & Colfax PLLC*
1225 19th Street, N.W.
Suite 600
Washington, DC 20036
*Attorneys for Plaintiffs*

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave, NW
Suite 650
Washington, DC 20004
*Attorney for Plaintiffs*

Dated: July 19, 2019