IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA.<br><br>    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC.<br><br>    Defendants. | Case No. 18 CV 839<br><br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiffs, by counsel, move for leave to file the attached three-page Sur-Reply with regard to Defendants' pending Joint Motion to Dismiss Second Amended Complaint. In support of this motion, Plaintiffs state as follows:

1. Defendants have filed motions to dismiss challenging whether Plaintiffs' Second Amended Complaint sufficiently alleges claims under the Fair Housing Act.

2. Subsequent to the filing of Plaintiffs' memoranda opposing Defendants' motions, the United States District Court for the District of Maryland issued its opinion in *National Fair Housing Alliance, et al. v. Bank of America, et al.,* 2019 WL 3241126 (D. Md. July 18, 2019)("*Bank of America*"). *Bank of America* addresses numerous important issues raised in the present case.

3. Defendants' Reply in Support of Defendants' Joint Motion to Dismiss Second Amended Complaint repeatedly discusses *Bank of America*. (Dkt. 83 at 4, 7, 10, 15) Plaintiffs disagree with Defendants' characterizations of the case. Because of the timing of the *Bank of America* decision, Plaintiffs did not have an opportunity to address it in their responsive briefs. Plaintiffs have drafted a three-page brief limited to discussing *Bank of America*.

4. The standard for granting leave to file a sur-reply is whether the party making the motion would otherwise be unable to contest matters argued to the court for the first time in the opposing party's reply. *See e.g., University Healthsystem Consortium v. UnitedHealth Group, Inc.,* 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014). Plaintiffs satisfy this standard since they did not previously have the opportunity to address arguments regarding *Bank of America* in their responsive briefs.

WHEREFORE, Plaintiffs respectfully request leave to file the attached Sur-Reply related to Defendants' Joint Motion to Dismiss Second Amended Complaint.

Respectfully Submitted,

   /s/ Jennifer K. Soule

| | | |
|---|---|---|
| Jennifer K. Soule<br>James G. Bradtke<br>Kelly K. Lambert<br>*Soule, Bradtke & Lambert*<br>402 Campbell Street<br>Suite 100<br>Geneva, IL 60134<br>*Attorneys for Plaintiffs* | Stephen M. Dane<br>Yiyang Wu<br>*Relman, Dane & Colfax PLLC*<br>1225 19th Street, N.W.<br>Suite 600<br>Washington, DC 20036<br>*Attorneys for Plaintiffs* | Morgan Williams<br>*National Fair Housing Alliance*<br>1331 Pennsylvania Ave, NW<br>Suite 650<br>Washington, DC 20004<br>*Attorney for Plaintiffs* |

Dated: July 29, 2019