**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | |
| Plaintiffs, | Case No. 18-cv-00839 |
| v. | Judge Harry D. Leinenweber |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC. | Magistrate Judge Sidney I. Schenkier  Jury Trial Demanded |
| Defendants. | |

## NOTICE OF MOTION

Please take notice that on Thursday, August 1, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber, at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion For Leave To File Sur-Reply.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing, and Plaintiffs' Motion For Leave To File Sur-Reply, was served upon counsel for all parties of record via the U.S. District Court for the Northern District of Illinois Electronic Filing System on July 29, 2019.

Respectfully Submitted,

_/s/ Jennifer K Soule_

| | | |
|---|---|---|
| Jennifer K. Soule | Stephen M. Dane | Morgan Williams |
| James G. Bradtke | Yiyang Wu | *National Fair Housing Alliance* |
| Kelly K. Lambert | *Relman, Dane & Colfax PLLC* | 1331 Pennsylvania Ave, NW |
| *Soule, Bradtke & Lambert* | 1225 19th Street, N.W. | Suite 650 |
| 402 Campbell Street | Suite 600 | Washington, DC 20004 |
| Suite 100 | Washington, DC 20036 | *Attorney for Plaintiffs* |
| Geneva, IL 60134 | *Attorneys for Plaintiffs* | |
| *Attorneys for Plaintiffs* | | |

Dated: July 29, 2019