UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

National Fair Housing Alliance, et al.
                                                Plaintiff,
v.                                              Case No.: 1:18−cv−00839
                                                Honorable Harry D. Leinenweber
Deutsche Bank National Trust, et al.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' Motion for Leave to File Supplemental Authority [93] is granted. The Court will take the Connectors Realty Group case under advisement. Presentment of Defendants' Motion on 10/31/19 is stricken as moot.Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.