# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee, Ocwen Loan Servicing, LLC, and Altisource Solutions, Inc.

move for a three-week extension of time, through and including December 18, 2019, to answer Plaintiffs' Second Amended Complaint. In support thereof, Defendants state as follows:

1. On May 8, 2019, Plaintiffs filed their Second Amended Complaint. Dkt. 70.

2. On November 13, 2019, the Court entered a Memorandum Opinion and Order granting in part and denying in part Defendants' motion to dismiss. Dkt. 97.

3. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' answers to Plaintiffs' Second Amended Complaint are now due November 27, 2019, 14 days after the Court's ruling.

4. Due to its length and complexity, Defendants require additional time to prepare their answers to Plaintiffs' Second Amended Complaint. The Second Amended Complaint is 115 pages long and contains 376 paragraphs of allegations and 12 counts, along with more than 200 pages of appendices. Defendants' request for additional time is not brought for purposes of, and will not cause, undue delay, nor will Plaintiffs suffer any prejudice.

5. Defendants do not seek an extension of the status hearing currently set for December 3, 2019 at 1:00 p.m (Dkt. 97), which can go forward as scheduled.

6. Defendants met and conferred with Plaintiffs concerning their request for a three-week extension of time. Plaintiffs do not oppose Defendants' motion.

WHEREFORE, Defendants respectfully request that the Court grant a three-week extension of time, through and including December 18, 2019, to answer Plaintiffs' Second Amended Complaint.

Dated: November 22, 2019 Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Matthew C. Sostrin
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel to Defendant Ocwen Loan Servicing, LLC*

By: /s/ Kevin M. Papay
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000

Kevin M. Papay (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel to Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee*

By: /s/ Nathan Garroway
Shannon Shin
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: shannon.shin@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

*Counsel to Defendant Altisource Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on November 22, 2019.

/s/ Debra Bogo-Ernst