**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

National Fair Housing Alliance, et al.
                              Plaintiff,

v.                                           Case No.: 1:18−cv−00839
                                                                           Honorable Harry D. Leinenweber

Deutsche Bank National Trust, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Unopposed Motion for extension of time to answer [98] is granted. Status hearing set for 12/3/19 is re−set to 2/25/20 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.