IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | ) ) | Case No. 1:18-cv-00839 |
| | ) | |
| Plaintiffs, | ) ) | Judge Harry D. Leinenweber Magistrate Judge Sidney I. Schenkier |
| | ) | |
| v. | ) ) ) | **NOTICE OF ADDRESS AND FIRM ASSOCIATION CHANGE BY PLAINTIFFS' COUNSEL** |
| DEUTSCHE BANK NATIONAL TRUST, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ADDRESS AND FIRM ASSOCIATION CHANGE

The Clerk of this Court will please take notice that effective January 1, 2020, I have

changed my firm association. My former firm association was with the law firm of Relman, Dane

& Colfax PLLC. My current firm association is Dane Law LLC. My contact information is:

> STEPHEN M. DANE
> DANE LAW LLC
> 312 Louisiana Ave.
> Perrysburg, OH 43551
> Telephone: (419) 873-1814
> sdane@fairhousinglaw.com

Dated: January 27, 2020          Respectfully Submitted,

/s/ Stephen M. Dane
Stephen M. Dane

STEPHEN M. DANE
DANE LAW LLC
312 Louisiana Ave.
Perrysburg, OH 43551
Telephone: (419) 873-1814
sdane@fairhousinglaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27 day of January, 2020, a true and correct copy of the foregoing Notice of Address Change was filed and served on all counsel of record using the Court's CM/ECF system.

/s/ Stephen M. Dane
Stephen M. Dane