

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Yiyang Wu

Firm  Relman Colfax PLLC

Street Address  1225 19th Street, N.W., Suite 600

City/State/Zip Code  Washington, DC 20036

Phone Number  202-728-1888

Email address  ywu@relmanlaw.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18-cv-00839 | NFHA, et al. v. Deutsche Bank, et al. | Hon. Harry D. Leinenweber |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Yiyang Wu                                    January 28, 2020
**Signature of Attorney**                        **Date**

Rev. 01272016