# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| National Fair Housing Alliance et al | ) ) ) | Case No: 18 C 839 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al | ) ) ) | |

## ORDER

Pro hac vice motion is granted [107].

Date: 2/26/20 /s/ Judge Harry D. Leinenweber