IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; ) <br> HOPE FAIR HOUSING CENTER, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> AS TRUSTEE; DEUTSCHE BANK TRUST ) <br> COMPANY AMERICAS, AS TRUSTEE; ) <br> OCWEN LOAN SERVICING, LLC; and ) <br> ALTISOURCE SOLUTIONS, INC. ) <br> ) <br> Defendants. ) | Case No. 18 CV 839 <br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier <br><br> Jury Trial Demanded |

**JOINT STATUS REPORT**

Pursuant to the April 24, 2020 Third Amended General Order 20-0012, Plaintiffs and Defendants, through undersigned counsel, hereby submit their Joint Status Report.

**A. Progress of Discovery**

On February 25, 2020, the Parties appeared before the Court and presented their positions on the scope and duration of discovery, and the Court entered an Order permitting fact discovery generally for a period of one year, with a status appearance scheduled for June 30, 2020.

On March 6, 2020, Plaintiffs propounded their initial Document Requests and Interrogatories to all Defendants. Pursuant to the Third Amended General Order 20-0012, Defendants have through and including June 22, 2020, to respond to those Requests.

The Parties have previously exchanged Initial Disclosures and have also engaged in certain informal discovery activities.

1

B. **Status of Briefing on any Unresolved Motions**

There are no unresolved motions on the docket. The Parties anticipate moving for entry of a Protective Order in connection with discovery.

C. **Settlement Efforts**

The Parties have engaged in preliminary settlement discussions. Defendants believe that it is still premature to advance settlement. The Parties intend to revisit settlement once discovery is further developed.

D. **Agreed Proposed Schedule for the Next 45 Days**

The Parties agree to continue their ongoing fact discovery efforts over the next 45 days.

E. **Agreed Proposed Revised Discovery and Dispositive Motion Schedule**

Pursuant to the Third Amended General Order 20-0012, the close of fact discovery has been extended through and including May 17, 2021. The Parties suggest that further revisions to the discovery schedule and related scheduling matters will depend on the course of the COVID-19 pandemic and the possibility of a settlement process in the case.

F. **Agreed Requests the Court Can Take Without a Hearing**

The close of fact discovery is set for April 19, 2021. (Dkt. 114.) The Parties request that the Court enter an order extending the fact discovery deadline to May 17, 2021, to comport with the Third Amended General Order 20-0012.

G. **Whether a Telephonic Hearing with the Judge is Necessary and Time Urgent**

A telephonic hearing with the Judge is not necessary at this time.

Dated: May 18, 2020
Respectfully submitted,

/s/ Jennifer K. Soule

| | |
|---|---|
| Jennifer K. Soule | Yiyang Wu, *pro hac vice* |
| James G. Bradtke | Tara Ramchandani, *pro hac vice* |
| Kelly K. Lambert | *Relman Colfax PLLC* |
| Soule, Bradtke & Lambert | 1225 19th Street, N.W., Suite 600 |
| 402 Campbell Street, Suite 100 | Washington, DC 20036 |
| Geneva, IL 60134 | *Attorneys for all Plaintiffs* |
| *Attorneys for all Plaintiffs* | |
| | Morgan Williams, pro hac vice |
| Stephen M. Dane, pro hac vice | National Fair Housing Alliance |
| Dane Law LLC | 1331 Pennsylvania Ave, NW, Suite 650 |
| 312 Louisiana Avenue | Washington, DC 20004 |
| Perrysburg, OH 43551 | *Attorney for Plaintiff NFHA* |
| *Attorney for all Plaintiffs* | |

/s/ Kenneth M. Kliebard

| | |
|---|---|
| Kenneth M. Kliebard | Kevin M. Papay |
| *Morgan, Lewis & Bockius LLP* | *Morgan, Lewis & Bockius LLP* |
| 77 W. Wacker Drive, Suite 500 | One Market, Spear Street Tower |
| Chicago, IL 60601 | San Francisco, CA 94105 |
| *Attorney for Defendants Deutsche Bank National Trust, as trustee and Deutsche Bank Trust Company Americas, as trustee* | *Attorney for Defendants Deutsche Bank National Trust, as trustee and Deutsche Bank Trust Company Americas, as trustee* |

/s/ Debra Bogo-Ernst

Debra Bogo-Ernst
Matthew Sostrin
Jacey D. Norris
*Mayer Brown LLP*
71 S. Wacker Drive
Chicago, IL 60606

3

*Attorneys for Defendant PHH Mortgage Corporation, f/k/a Ocwen Loan Servicing, LLC*


/s/  Shannon Y. Shin

| | |
|---|---|
| Nathan Garroway (admitted *pro hac vice*) | Shannon Y. Shin |
| DENTONS US LLP | DENTONS US LLP |
| 303 Peachtree Street, NE | 233 South Wacker Drive |
| Suite 5300 | Suite 5900 |
| Atlanta, GA 30308 | Chicago, IL 60606 |
| Telephone:  (404) 527-4000 | Telephone:  (312) 876-8000 |
| *nathan.garroway@dentons.com* | *shannon.shin@dentons.com* |
| *Attorney for Defendant Altisource Solutions, Inc.* | *Attorney for Defendant Altisource Solutions, Inc.* |

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone:  (816) 460-2400
*lisa.krigsten@dentons.com*
*Attorney for Defendant Altisource Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Shannon Y. Shin, hereby certify that on May 18, 2020, the foregoing **JOINT STATUS REPORT** was filed via the Court's CM/ECF system, which will automatically serve email notification of such filing to all registered attorneys of record.

                                                    /s/ *Shannon Y. Shin*
                                                    Shannon Y. Shin