# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

National Fair Housing Alliance, et al.

                        Plaintiff,

v.                                                   Case No.: 1:18–cv–00839
                                                             Honorable Harry D. Leinenweber

Deutsche Bank, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Fact discovery is extended to 5/17/21. Status hearing set for 6/30/20 is vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.