## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| National Fair Housing Alliance et al ) | Case No: 18 C 839 |
| v. ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al ) | |

## ORDER

Pro hac vice motions are granted [119, 120].

Date:  7/2/20                               /s/ Judge Harry D. Leinenweber