IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-00839 <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sidney I. Schenkier |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendants, Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee, hereby move the Court for the withdrawal of Elizabeth A. Frolich as counsel of record in this action. Ms. Frolich is no longer associated with the undersigned's law firm, Morgan Lewis & Bockius. Defendants, Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee, will continue to be represented by counsel of record from Morgan, Lewis & Bockius LLP. Therefore, no party will be prejudiced nor will any delay result from the withdrawal of the appearance of Elizabeth A. Frolich from this matter. Accordingly, Defendants, Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee, respectfully request that the Court withdraw the appearance of Elizabeth A. Frolich in this matter.

Dated: July 7, 2020

Respectfully submitted,

By: /s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
kenneth.kliebard@morganlewis.com

Kevin M. Papay (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
kevin.papay@morganlewis.com

David Monteiro (admitted *pro hac vice*)
Victor Cruz (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Ste. 3200
Dallas, TX 75201
Tel: (214) 466-4000
david.monteiro@morganlewis.com
victor.cruz@morganlewis.com

*Attorneys for Defendants Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee*

2

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via CM/ECF on July 7, 2020 upon all counsel of record.

/s/ Kenneth M. Kliebard<br>
Kenneth M. Kliebard