IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al.,<br><br>  Defendants. | Case No. 18 CV 839<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties to this litigation hereby jointly move for entry of the attached proposed Protective Order, as follows:

1. The parties' proposed Protective Order is attached as Exhibit A.

2. A comparison between their proposed Protective Order and the model Northern District of Illinois Protective Order is attached as Exhibit B.

3. The parties' proposed Protective Order closely follows the model order. Certain additions are included to address confidentiality of borrower information that may be exchanged in this case, and also in other respects reflects the parties' agreed manner of handling confidential information.

WHEREFORE, the parties jointly request that the Court enter the Protective Order attached as Exhibit A.

Respectfully Submitted,

| | |
|---|---|
| /s/ Kurt Rademacher | /s/ Jennifer K. Soule |
| Kurt Rademacher | Jennifer K. Soule |
| MORGAN, LEWIS, & BOCKIUS LLP | SOULE, BRADTKE & LAMBERT |
| 1701 Market Street | 402 Campbell Street, Suite 100 |
| Philadelphia, PA 19103 | Geneva, IL 60134 |

1

Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Suite 500
Chicago, IL 60601

David I. Monteiro
Victor H. Cruz
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201

*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*

/s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Jacey D Norris
Matthew C Sostrin
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

*Counsel for Defendant Ocwen Loan Servicing, LLC*

/s/ Nathan L. Garroway
Nathan Lewis Garroway
DENTONS US LLP
303 Peachtree Street, NE Suite 5300
Atlanta, GA 30308

Lisa Krigsten
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111

Shannon Young Shin
DENTONS US LLP
233 South Wacker Drive Suite 5900
Chicago, IL 60606

*Counsel for Defendant Altisource Solutions, Inc.*

Morgan Whitney Williams
NATIONAL FAIR HOUSING ALLIANCE
1101 Vermont Ave. Nw #710
Washington, DC 20005

Stephen Dane
DANE LAW LLC
312 Louisiana Avenue
Perrysburg, OH 43551

Tara K. Ramchandani
RELMAN COLFAX PLLC
1225 19th St NW, Suite 600
Washington, DC 20036

Yiyang Wu
RELMAN COLFAX PLLC
1225 19th St NW, Suite 600
Washington, DC 20011

*Counsel for Plaintiffs National Fair Housing Alliance, HOPE Fair Housing Center, Open Communities, South Suburban Housing Center, Housing Opportunities Made Equal of Virginia, Fair Housing Opportunities of Northwest Ohio, Fair Housing Continuum, Greater New Orleans Fair Housing Action Center, Denver Metro Fair Housing Center, Metropolitan Milwaukee Fair Housing Council, Fair Housing Center of West Michigan, The Miami Valley Fair Housing Center, Fair Housing Center for Rights & Research, Fair Housing Center of the Greater Palm Beaches, Fair Housing Center of Central Indiana, Central Ohio Fair Housing Association, Housing Opportunities Project for Excellence, Connecticut Fair Housing Center, North Texas Fair Housing Center, Fair Housing Advocates of Northern California*

Dated: August 11, 2020