**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC. <br><br> Defendants. | Case No. 18-cv-00839 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier <br><br> Jury Trial Demanded |

## NOTICE OF FILING

Please take notice that on August 14, 2020, Plaintiffs hereby filed the attached Agreed Confidentiality Order.

Respectfully Submitted,

*/s/ Jennifer K. Soule*

| | | |
|---|---|---|
| Jennifer K. Soule <br> James G. Bradtke <br> Kelly K. Lambert <br> *Soule, Bradtke & Lambert* <br> 402 Campbell Street <br> Suite 100 <br> Geneva, IL 60134 <br> *Attorneys for Plaintiffs* | Yiyang Wu, *pro hac vice* <br> Tara Ramchandani, *pro hac vice* <br> *Relman Colfax PLLC* <br> 1225 19th Street, N.W. <br> Suite 600 <br> Washington, DC 20036 <br> *Attorneys for Plaintiffs* | Morgan Williams, *pro hac vice* <br> *National Fair Housing Alliance* <br> 1331 Pennsylvania Ave, NW <br> Suite 650 <br> Washington, DC 20004 <br> *Attorney for Plaintiff NFHA* <br><br> Stephen M. Dane, *pro hac vice* <br> *Dane Law LLC* <br> 312 Louisiana Avenue <br> Perrysburg, OH 43551 <br> *Attorney for Plaintiffs* |

Dated: August 14, 2020

1