IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA.<br><br>    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC.<br><br>    Defendants. | Case No. 18 CV 839<br><br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier<br><br>Jury Trial Demanded |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

    Plaintiffs, by their counsel, hereby request that the Court schedule a status conference with the parties. In support of this motion, Plaintiffs state as follows:

1

1. This is a case brought Against Deutsche Bank National Trust, Ocwen Loan Servicing, LLC and Altisource Solutions, Inc. under the Fair Housing Act on behalf of the National Fair Housing Alliance and 19 additional not-for-profit fair housing organizations throughout the United States. Plaintiffs allege in their 2nd Amended Complaint a systemic pattern of discriminatory treatment by Defendants in maintaining and marketing REO properties on the basis of race, color, and/or national origin. Plaintiffs further allege Defendants' policies resulted in a disparate impact based on race, that Defendants perpetuated segregation, and that Defendants' pattern of conduct reflects structural and systemic racial discrimination in housing, the effects of which are continuing.

2. As reported to the Court previously, Plaintiffs initiated discovery on March 6, 2020. As of this filing on September 8, 2020, no documents have been produced by any Defendant to Plaintiffs in discovery.

3. After completion of an agreed protective order, promptly began producing documents. To date, Plaintiffs have produced over 35,000 documents and photographs to Defendants, including the database of inspected properties, the regression analysis performed prior to filing of the Second Amended Complaint and many other documents related to liability and damages.

4. Fact discovery in this case is complex and voluminous.

5. It is apparent to Plaintiffs that the 60-day extension of fact discovery under the General Orders pertaining to the Covid-19 Pandemic will ultimately be insufficient to complete fact discovery in this case.

6. The parties continue to be in communication and are working to resolve particular problems.

7.      Plaintiffs believe that periodic telephonic conferences with the Court for the purpose of keeping the Court informed about progress and impediments to the case being prepared for trial may aid the parties in advancing the pace of discovery in this matter.

WHEREFORE, Plaintiffs request that the Court schedule a telephonic status conference in this matter.

Respectfully Submitted,

*/s/ Jennifer K. Soule*

| | | |
|---|---|---|
| Jennifer K. Soule<br>James G. Bradtke<br>Kelly K. Lambert<br>*Soule, Bradtke & Lambert*<br>402 Campbell Street<br>Suite 100<br>Geneva, IL 60134<br>*Attorneys for Plaintiffs* | Yiyang Wu, *pro hac vice*<br>Tara Ramchandani, *pro hac vice*<br>*Relman Colfax PLLC*<br>1225 19th Street, N.W.<br>Suite 600<br>Washington, DC 20036<br>*Attorneys for Plaintiffs* | Stephen M. Dane, *pro hac vice*<br>*Dane Law LLC*<br>312 Louisiana Avenue<br>Perrysburg, OH 43551<br>*Attorney for Plaintiffs*<br><br>Morgan Williams, *pro hac vice*<br>*National Fair Housing Alliance*<br>1331 Pennsylvania Ave, NW<br>Suite 650<br>Washington, DC 20004<br>*Attorney for Plaintiff NFHA* |

Dated:  September 8, 2020

3