## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| National Fair Housing Alliance et al | ) ) ) | Case No: 18 C 839 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| Deutsche Bank et al | ) ) | |

## ORDER

Telephonic status and ruling on motion hearing held. Pro hac vice motion is granted [135]. For the reasons stated on the record, the Court grants Plaintiffs' motion to compel [132] in part as follows: The parties shall meet and confer to set January 2021 dates for Plaintiffs' 30(b)(6) depositions and any corresponding dates for document productions on specific 30(b)(6) topics. The parties shall submit their proposed schedule to the Court on or before 12/11/20.

(T: 00:10)

Date:  11/10/20                                                                 /s/ Judge Harry D. Leinenweber