# Exhibit A

# January

**2021**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5<br>Ocwen 4: Investor compliance – includes contracts w/ DB/PSAs<br><br>Ocwen 2: Onboarding & registering | 6<br>Ocwen 1: Selection, terms, monitoring, oversight, compensation, contracts with vendor/Altisource | 7<br>Ocwen 11: Exemplar property files & non-electronic systems<br><br>Ocwen 12: electronic records/data sytems (RealServicing, ResWare, shared systems) | 8<br>Ocwen 15: Organization<br><br>Ocwen 3: POA, listing agreements, deeds, contracts for sale | 9 |
| 10 | 11<br>AS 1: Contracts with Ocwen<br><br>AS 6: Onboarding and registering | 12<br>AS 14: Selection, terms, contracts with vendors<br><br>AS 13: POA, listing agreements, deeds, contracts for sale | 13<br>Ocwen 6: Approvals and use of funds | 14<br>AS 3: VMS and XactPRM<br><br>AS 2: Organization | 15<br>AS 8 : Completion, purposes, uses of evals, valuations, & BPOs<br>AS 10: Marketing/liquidation | 16 |
| 17 | 18<br>**Martin Luther King Jr. Day** | 19<br>AS 4: electronic records/data systems<br><br>AS 15: Exemplar property files & non-electronic systems | 20<br>AS 9: Preservation, maintenance | 21<br>AS 5: Budgeting, Ocwen approvals, investor approvals, bid review, delegating authority, RSC approvals, value analyses, etc. | 22<br>AS 11: Complaints, code violations<br><br>AS 12: Quality control, escalation, exception reporting | 23 |
| 24 | 25<br>Ocwen 8: Preservation, maintenance & inspection, includes oversight of vendor/AS | 26<br>Ocwen 7: Completion, purposes, uses of evals, valuations & BPOs<br><br>Ocwen 9: Marketing/liquidation | 27<br>AS 16: Training of personnel and vendors | 28<br>Ocwen 13: Training of personnel<br><br>Ocwen 10: Complaints, code violations | 29<br>Overflow | 30 |
| 31 | | | | | | |