# Exhibit C

| | |
|---|---|
| **From:** | Norris, Jacey D. <JNorris@mayerbrown.com> |
| **Sent:** | Friday, December 04, 2020 3:57 PM |
| **To:** | Jennifer Soule; Maggie McKernin; Jim Bradtke; Kelly Lambert; Steven Schneck; Stephen Dane; Morgan Williams; Yiyang Wu; Tara Ramchandani; Travis Beck |
| **Cc:** | Bogo-Ernst, Debra; Garroway, Nathan L.; Krigsten, Lisa M.; Wood, Cody N.; Shin, Shannon Y.; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; Kenneth Kliebard; victor.cruz@morganlewis.com; Sostrin, Matthew; ajani.brown@morganlewis.com; david.monteiro@morganlewis.com |
| **Subject:** | NFHA, et al. v. Deutsche Bank, et al. - Joint Submission re: 30(b)(6) Scheduling [MB-AME.FID1971713] |
| **Attachments:** | Joint Submission re_ 30(b)(6) Schedule (739141606_3).docx; Exhibit A.pdf; Exhibit B.pdf |

**[External Sender]**

Counsel,

Please see the proposed joint submission to the court regarding scheduling for the Rule 30(b)(6) depositions from Ocwen and Altisource attached. The draft has a placeholder for Plaintiffs' proposed deposition schedule and rationale.

Best,

**Jacey D. Norris**
*Associate*
*Pronouns: they/them*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
T +1 312 701 8297
M +1 949 873 3778
mayerbrown.com

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | ) |
| | ) Case No. 1:18-cv-00839 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Judge Harry D. Leinenweber |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT SUBMISSION CONCERNING RULE 30(B)(6) DEPOSITION SCHEDULING IN RESPONSE TO THE COURT'S NOVEMBER 10, 2020 ORDER**

In accordance with the Court's November 10, 2020 Order, Defendants Ocwen Loan Servicing, LLC n/k/a PHH Mortgage Corporation ("Ocwen") and Altisource Solutions, Inc., and Plaintiffs (collectively, the "Parties") submit the following:

1. **Meet and Confer Summary**

After discussing this issue via phone, the Parties exchanged letters and emails regarding a proposed schedule for the Rule 30(b)(6) depositions on November 23, December 2, and December 3, 2020. During those meet and confer efforts, the Parties were unable to agree upon a schedule for the Rule 30(b)(6) depositions. The Parties' positions are explained below.

**Plaintiffs' Proposed Schedule & Rationale**

**[TO BE INSERTED BY PLAINTIFFS]**

**Ocwen's and Altisource's Proposed Schedule & Rationale**

Plaintiffs request that Ocwen and Altisource, and their counsel, spend the entire month of January 2021 sitting for Rule 30(b)(6) depositions of their corporate representatives. See Plaintiffs' proposed calendar for the Ocwen 30(b)(6) attached as Exhibit A and Plaintiff's proposed

739141606.3 4-Dec-20 15:35

calendar for the Altisource 30(b)(6) attached as Exhibit B. This position is unreasonable and far exceeds the bounds of Fed. R. Civ. P. 30. Despite a presumptive durational limit of one day per corporate representative, Ocwen and Altisource attempted to compromise with Plaintiffs by offering two January dates (per entity) for their corporate representative's deposition. Ocwen proposed January 12 and 13; Altisource proposed January 27 and 28. While Plaintiffs rejected Ocwen's and Altisource's proposal, two days of deposition time per entity is more than enough time to cover Plaintiffs' Rule 30(b)(6) topics. Nothing more is required for the following reasons.

Based on Federal Rule of Civil Procedure 30 and related case law, Rule 30(b)(6) depositions have a presumptive durational limit of seven hours and a single day per corporate representative. *See* Fed. R. Civ. P. 30(d)(1)-(2); *Canal Barge Co. v. Commonwealth Edison Co.*, No. 98 C 0509, 2001 WL 817853, at *3–4 (N.D. Ill. July 19, 2001) (where a defendant plans to designate only one witness, Rule 30(d)(1)'s one-day time restriction applies); *Brennan for & on behalf of K.S. v. Ford Motor Co.*, No. CV 14-0006 JAP/KBM, 2016 WL 10592217, at *2-3 (D.N.M. Feb. 1, 2016) ("where only one [30(b)(6)] witness is designated, a deposition of one day of seven hours is the default under the rules, regardless of how many topics that witness is designated to testify to"). *Despite this limitation*, Ocwen and Altisource both agreed to stipulate to 10 hours of deposition testimony to occur over the course of two days. Ocwen and Altisource provided Plaintiffs with case law support for their position and invited Plaintiffs to share any case law or other support that they have for their position.

The only authority Plaintiffs provided is inapplicable or distinguishable. For example, Plaintiffs cite *Canal Barge*, which expressly provides that "Rule 30(d)(2)'s one-day time restriction does apply . . . unless otherwise authorized by the court or stipulated by the parties" and held that a request for six days of 30(b)(6) testimony was excessive. *Canal Barge Co.*, No. 98 C

0509, 2001 WL 817853, at *3-4.  Neither this nor any other authority cited by Plaintiffs supports scheduling nearly a full month to complete two 30(b)(6) depositions.

Plaintiffs have not provided any relevant authority nor have they provided a meaningful explanation as to why Plaintiffs would need two weeks of deposition testimony from both Ocwen and Altisource's corporate representatives, which amounts to the entire month of January 2021. Ocwen and Altisource believe that Plaintiffs' request for a combined 19 business days of testimony from their corporate representatives is unduly burdensome, not proportional with the needs of the litigation, and highly irregular.  See *Schyvincht v. Menard, Inc.,* 18 CV 50286, 2019 WL 3002961, at *2 (N.D. Ill. July 10, 2019) ("[t]he scope of Rule 30(b)(6) is limited by Rule 26 which permits 'discovery regarding any nonprivilege matter that is relevant to any party's claim or defense *and proportional to the needs of the case*") (emphasis added); *Ball Corp. v. Air Tech of Michigan, Incc.*, 329 F.R.D. 599, 602 (N.D. Ind. 2019) (same); *Doxtator v. O'Brien*, 19-C-137, 2020 WL 3893992, at *1–2 (E.D. Wis. July 10, 2020)

The two January 2021 dates provided by Ocwen and Altisource for the Rule 30(b)(6) depositions are more than sufficient time for Plaintiffs to cover their noticed topics if Plaintiffs use their time efficiently, as Plaintiffs are obligated to do.  See *Canal Barge Co.* at *3-4 (finding that a party's request for six days of 30(b)(6) testimony to be "excessive" and that the party taking the deposition was required to "make efficient use of its time").

Dated:  December 11, 2020

Counsel for Plaintiffs

/s/_____

Jennifer K. Soule
James G. Bradtke

Respectfully Submitted,

Counsel for Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation

*/s/*

Debra Bogo-Ernst
Matthew Sostrin

3

Kelly K. Lambert
*Soule, Bradtke & Lambert*
402 Campbell Street
Suite 100
Geneva, IL 60134

Stephen M. Dane
Yiyang Wu
*Relman, Dane & Colfax PLLC*
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave., NW
Suite 650
Washington, DC 20004

Jacey Norris
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 701-7403
dernst@mayerbrown.com
msostrin@mayerbrown.com
jnorris@mayerbrown.com

Counsel for Altisource Solutions, Inc.

*/s/*_____

Shannon Y. Shin
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: shannon.shin@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com