# Exhibit D

| | |
|---|---|
| **From:** | Maggie McKernin <office@sbllegal.com> |
| **Sent:** | Friday, December 04, 2020 10:23 AM |
| **To:** | Garroway, Nathan L.; Krigsten, Lisa M.; Shin, Shannon Y.; Wood, Cody N.; Debra Bogo-Ernst; msostrin@mayerbrown.com; Norris, Jacey D. |
| **Cc:** | kevin.papay@morganlewis.com; Kenneth Kliebard; Kurt Rademacher; victor.cruz@morganlewis.com; david.monteiro@morganlewis.com; Jennifer Soule; Kelly Lambert; Jim Bradtke; Steven Schneck; Stephen Dane; Morgan Williams; Yiyang Wu; Tara Ramchandani; Maggie McKernin |
| **Subject:** | NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al. Case No. 18CV839 |
| **Attachments:** | 2020-12-04 Ltr to Ocwen & Altisource Re Plaintiffs' Document Productions and Interrogatory Responses.pdf |

**[External Sender]**

Counsel:

Attached please find correspondence from Mr. Bradtke regarding the above referenced matter.

Thank you,

Maggie McKernin
*Assistant to Jennifer K. Soule, James G. Bradtke,*
*and Kelly K. Lambert*

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
p: (630) 333-9144
f: (630) 607-0266
Office@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIALITY:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.