Exhibit E

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Friday, December 04, 2020 4:49 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-00839 National Fair Housing Alliance et al v. Deutsche Bank National Trust et al motion to compel


**[External Sender]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3

## Notice of Electronic Filing

The following transaction was entered by Soule, Jennifer on 12/4/2020 at 4:48 PM CST and filed on 12/4/2020

**Case Name:** National Fair Housing Alliance et al v. Deutsche Bank National Trust et al
**Case Number:** 1:18-cv-00839
**Filer:** Central Ohio Fair Housing Association
Connecticut Fair Housing Center
Denver Metro Fair Housing Center
Fair Housing Advocates of Northern California
Fair Housing Center for Rights & Research
Fair Housing Center of Central Indiana
Fair Housing Center of West Michigan
Fair Housing Center of the Greater Palm Beaches
Fair Housing Continuum
Fair Housing Opportunities of Northwest Ohio
Greater New Orleans Fair Housing Action Center
HOPE Fair Housing Center
Housing Opportunities Made Equal of Virginia
Housing Opportunities Project for Excellence
Metropolitan Milwaukee Fair Housing Council
National Fair Housing Alliance
North Texas Fair Housing Center
Open Communities
South Suburban Housing Center
The Miami Valley Fair Housing Center

**Document Number:** 138

**Docket Text:**
**MOTION by Plaintiffs Central Ohio Fair Housing Association, Connecticut Fair Housing Center, Denver Metro Fair Housing Center, Fair Housing Advocates of Northern California, Fair Housing Center for Rights & Research, Fair Housing Center of Central Indiana, Fair Housing Center of West Michigan, Fair Housing Center of the Greater Palm Beaches, Fair Housing Continuum, Fair Housing Opportunities of Northwest Ohio, Greater New Orleans Fair Housing Action Center, HOPE Fair Housing Center, Housing Opportunities Made Equal of Virginia, Housing Opportunities Project for Excellence, Metropolitan Milwaukee Fair Housing Council, National Fair Housing Alliance, North Texas Fair Housing Center, Open Communities, South Suburban Housing Center, The Miami Valley Fair Housing Center to compel *Scheduling Rule 30(b)(6) Depositions of Defendants Ocwen and Altisource* (Attachments: # (1) Exhibit A-P)(Soule, Jennifer)**

**1:18-cv-00839 Notice has been electronically mailed to:**

David I. Monteiro     david.monteiro@morganlewis.com

Debra L Bogo-Ernst     dernst@mayerbrown.com, courtnotification@mayerbrown.com

Jacey D Norris     jnorris@mayerbrown.com, 7200378420@filings.docketbird.com, courtnotification@mayerbrown.com

James G Bradtke     jbradtke@sbllegal.com, office@sbllegal.com

Jennifer K Soule     jsoule@sbllegal.com, office@sbllegal.com

Kelly K. Lambert     klambert@sbllegal.com, office@sbllegal.com

Kenneth Michael Kliebard     kenneth.kliebard@morganlewis.com, chcalendardepartment@morganlewis.com, elsa.doi@morganlewis.com, holly.bachara@morganlewis.com, kurt.rademacher@morganlewis.com, michael.kraut@morganlewis.com

Kevin M. Papay     kevin.papay@morganlewis.com, denise.floresmontes@morganlewis.com

Kurt W. Rademacher     kurt.rademacher@morganlewis.com

Lisa Krigsten     lisa.krigsten@dentons.com

Matthew C Sostrin     msostrin@mayerbrown.com, 1135453420@filings.docketbird.com, courtnotification@mayerbrown.com

Morgan Whitney Williams     mwilliams@nationalfairhousing.org

Nathan Lewis Garroway     nathan.garroway@dentons.com, diedra.joyner@dentons.com, docket.general.lit.atl@dentons.com

Shannon Young Shin     shannon.shin@dentons.com, adriana.grabowski@dentons.com, ndil_ecf@dentons.com

Stephen Dane     sdane@fairhousinglaw.com, ADellamico@relmanlaw.com, dadoline@fairhousinglaw.com, itessier@relmanlaw.com, mvandenberg@relmanlaw.com, nshehab@relmanlaw.com

Stephen J Kane     Stephen.Kane@cityofchicago.org

Steven Paul Schneck     sschneck@lawmbg.com, sschneck@sbllegal.com

Tara K. Ramchandani     tramchandani@relmanlaw.com

Victor H. Cruz     victor.cruz@morganlewis.com

Yiyang Wu     ywu@relmanlaw.com, jsimeu@relmanlaw.com, mallen@relmanlaw.com, ssamberg-champion@relmanlaw.com, TRamchandani@relmanlaw.com

**1:18-cv-00839 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=12/4/2020] [FileNumber=22860579-0] [126d4078a9291d6619690389bae7671616e9fbbe16482390bc35b59be3159c1ca8c17620af2d0d67fc36c43929f48f6e1b02bcb91fd967ca3d47285eb933c046]]
**Document description:**Exhibit A-P
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=12/4/2020] [FileNumber=22860579-1] [91dc010b1e54d8dad0638acc5b1e16cd159bfd851e48e1a113c4f196d2cbe966d885ef5549d6bbf0137c1f33b00a031cd7b3d7a5a821969eb0291ea4bb3bb07b]]

4

| | |
|---|---|
| **From:** | Jennifer Soule <jsoule@sbllegal.com> |
| **Sent:** | Friday, December 04, 2020 4:51 PM |
| **To:** | Norris, Jacey D. |
| **Cc:** | Maggie McKernin; Jim Bradtke; Kelly Lambert; Steven Schneck; Stephen Dane; Morgan Williams; Yiyang Wu; Tara Ramchandani; Travis Beck; Bogo-Ernst, Debra; Garroway, Nathan L.; Krigsten, Lisa M.; Wood, Cody N.; Shin, Shannon Y.; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; Kenneth Kliebard; victor.cruz@morganlewis.com; Sostrin, Matthew; ajani.brown@morganlewis.com; david.monteiro@morganlewis.com |
| **Subject:** | Re: NFHA, et al. v. Deutsche Bank, et al. - Joint Submission re: 30(b)(6) Scheduling [MB-AME.FID1971713] |

**[External Sender]**

Counsel:  We were surprised to see a proposed joint submission, as it had not been mentioned to us.  We already prepared a motion for submission of this issue to the Court.  At the time I saw your email, our motion had been finalized and was in the process of being processed and filed at the office by our staff.  In any event, we would not have proceeded otherwise because your proposed format is not practical or conducive to the effective presentation of Plaintiffs' perspective, and in our view is insufficient to adequately set out all of the the relevant facts and issues.  Also, I saw no reference to the production of documents issue.  You may want to take out the placeholder in your proposed submission and file it as Defendants' response or file a different responsive document as you see fit.

Thanks.

Jennifer K. Soule
Attorney At Law

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
P: 630.333.9144
F: 630.607.0266
Email: JSoule@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIAL AND PRIVILEGED:** This email message (including any attachments hereto) contains information which may be confidential and attorney-client privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

> On Dec 4, 2020, at 3:57 PM, Norris, Jacey D. <JNorris@mayerbrown.com> wrote:
>
> Counsel,

Please see the proposed joint submission to the court regarding scheduling for the Rule 30(b)(6) depositions from Ocwen and Altisource attached. The draft has a placeholder for Plaintiffs' proposed deposition schedule and rationale.

Best,

**Jacey D. Norris**
*Associate*
*Pronouns: they/them*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
T +1 312 701 8297
M +1 949 873 3778
mayerbrown.com

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.

<Joint Submission re_ 30(b)(6) Schedule (739141606_3).docx>
<Exhibit A.pdf>
<Exhibit B.pdf>