IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | ) |
| | ) Case No. 1:18-cv-00839 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Judge Harry D. Leinenweber |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT PROPOSED DEPOSITION SCHEDULE AND RELATED DOCUMENT AGREEMENT

In follow up to the December 17, 2020 hearing on Plaintiffs' Second Motion to Compel Scheduling Rule 30(b)(6) Depositions of Defendants Ocwen and Altisource and in consideration of the Court's comments related thereto, the parties have conferred and reached a resolution on the scheduling of the upcoming corporate representatives depositions of Ocwen and Altisource. The parties propose that the Court enter the deposition schedule attached as Exhibit A. The parties may agree to alter the deposition schedule to accommodate issues which come up, as necessary, and will work together in good faith on the schedule and related document issues. The parties will work together to place the order of the noticed subjects on the attached calendar as soon as practicable. In addition, pursuant to the Court's November 10, 2020 Order and in light of information discussed by the parties following the December 17, 2020 hearing, the parties agree that Ocwen and Altisource will continue to produce documents on a rolling basis as expeditiously as possible, and will provide documents related to the scheduled corporate representative depositions at least 5 days prior to the deposition on the related topics.

| | |
|---|---|
| Dated: January 21, 2020 | Respectfully Submitted, |
| Counsel for Plaintiffs | Counsel for Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation |
| /s/ *Jennifer K. Soule*_____ | /s/ *Debra Bogo-Ernst*_____ |
| Jennifer K. Soule<br>James G. Bradtke<br>Kelly K. Lambert<br>*Soule, Bradtke & Lambert*<br>402 Campbell Street<br>Suite 100<br>Geneva, IL 60134 | Debra Bogo-Ernst<br>Matthew Sostrin<br>Jacey Norris<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 701-7403<br>dernst@mayerbrown.com<br>msostrin@mayerbrown.com<br>jnorris@mayerbrown.com |
| Stephen M. Dane<br>Yiyang Wu<br>*Relman, Dane & Colfax PLLC*<br>1225 19th Street, N.W.<br>Suite 600<br>Washington, DC 20036 | Counsel for Altisource Solutions, Inc. |
| | /s/ *Nathan Garroway*_____ |
| Morgan Williams<br>*National Fair Housing Alliance*<br>1331 Pennsylvania Ave., NW<br>Suite 650<br>Washington, DC 20004 | Shannon Y. Shin<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Email: shannon.shin@dentons.com |
| | Lisa Krigsten (admitted *pro hac vice*)<br>DENTONS US LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111<br>Telephone: (816) 460-2400<br>Email: lisa.krigsten@dentons.com |
| | Nathan Garroway (admitted *pro hac vice*)<br>DENTONS US LLP<br>303 Peachtree Street, NE<br>Suite 5300<br>Atlanta, GA 30308<br>Telephone: (404) 527-4000<br>Email: nathan.garroway@dentons.com |

## CERTIFICATE OF SERVICE

  I, Debra Bogo-Ernst, an attorney, hereby certify that on December 21, 2020, I caused a copy of the foregoing **JOINT PROPOSED DEPOSITION SCHEDULE AND RELATED DOCUMENT AGREEMENT**, along with the accompanying Exhibit, to be filed electronically with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

                   */s/ Debra Bogo-Ernst*