# Exhibit A

# January

**PROPOSED DEPOSITION SCHEDULE**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 **Ocwen: Day 1** | 14 **Ocwen: Day 2** | 15 | 16 |
| 17 | 18 | 19 | 20 **Ocwen: Day 3** | 21 **Ocwen: Day 4** | 22 | 23 |
| 24 | 25 | 26 | 27 **Altisource: Day 1** | 28 **Altisource: Day 2** | 29 | 30 |
| 31 | | | | | | |

**2021**

**PROPOSED DEPOSITION SCHEDULE**

# February

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3<br>**Altisource: Day 3** | 4<br>**Altisource: Day 4** | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17<br>**Ocwen: Day 5** | 18<br>**Ocwen: Day 6** | 19 | 20 |
| 21 | 22 | 23 | 24<br>**Altisource: Day 5** | 25<br>**Altisource: Day 6** | 26 | 27 |
| 28 | | | | | | |

2021

**PROPOSED DEPOSITION SCHEDULE**

# March

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3<br>Ocwen: Day 7 | 4<br>Ocwen: Day 8 | 5 | 6 |
| 7 | 8 | 9 | 10<br>Altisource: Day 7 | 11<br>Altisource: Day 8 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

2021