```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   NATIONAL FAIR HOUSING ALLIANCE, )
     et al.,                         )
 4                                   )
              Plaintiffs,            )
 5                                   )
              v.                     )   No. 18 CV 00839
 6                                   )
     DEUTSCHE BANK, et al.,          )   Chicago, Illinois
 7                                   )   February 11, 2021
              Defendants.            )   9:48 a.m.
 8
                    TRANSCRIPT OF TELEPHONIC PROCEEDINGS
 9
              BEFORE THE HONORABLE HARRY D. LEINENWEBER
10
     APPEARANCES TELEPHONICALLY:
11
     For the Plaintiffs:        SOULE BRADTKE & LAMBERT
12                              BY:  MS. JENNIFER K. SOULE
                                402 Campbell Street, Suite 100
13                              Geneva, Illinois 60134
                                (630) 333-9144
14                              jsoule@sbllegal.com

15                              MR. MORGAN W. WILLIAMS
                                National Fair Housing Alliance
16                              1101 Vermont Avenue NW, Suite 710
                                Washington, DC 20005
17                              (202) 898-1661
                                mwilliams@nationalfairhousing.org
18
     For the Deutsche Bank      MORGAN LEWIS & BOCKIUS, LLP
19   Defendants:                BY:  MR. KENNETH M. KLIEBARD
                                77 West Wacker Drive
20                              Chicago, Illinois 60601
                                (312) 324-1000
21                              kenneth.kliebard@morganlewis.com

22

23        **FAILURE TO IDENTIFY ONESELF EACH TIME WHEN
                       SPEAKING MAY RESULT IN
24               IMPROPER SPEAKER IDENTIFICATION**

25
```

```
 1   APPEARANCES TELEPHONICALLY (CONTINUED):

 2   For Defendant Ocwen:         MAYER BROWN, LLP
                                  BY:  MS. DEBRA L. BOGO-ERNST
 3                                71 South Wacker Drive
                                  Chicago, Illinois 60606
 4                                (312) 782-0600
                                  dernst@mayerbrown.com
 5
     For Defendant Altisource:    DENTONS US, LLP
 6                                BY:  MR. NATHAN L. GARROWAY
                                  303 Peachtree Street NE, Suite 5300
 7                                Atlanta, Georgia 30308
                                  (404) 527-4000
 8                                nathan.garroway@dentons.com

 9

10   Court Reporter:              Judith A. Walsh, CSR, RDR, F/CRR
                                  Official Court Reporter
11                                219 South Dearborn Street, Room 2118
                                  Chicago, Illinois 60604
12                                (312) 702-8865
                                  judith_walsh@ilnd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Proceedings heard telephonically:)
 2              THE CLERK:  18 C 839, National versus Deutsche Bank.
 3              MR. KLIEBARD:  Good morning, your Honor.  You have
 4   Kevin Kliebard for the Deutsche Bank defendants.
 5              MS. BOGO-ERNST:  Good morning, your Honor.  You have
 6   Debra Bogo-Ernst for the defendant Ocwen.
 7              MS. SOULE:  Jennifer Soule on behalf of the
 8   plaintiffs.
 9              THE COURT:  Okay.  This is --
10              MR. WILLIAMS:  Morgan --
11              MR. GARROWAY:  Nathan Garroway on behalf of the
12   Altisource defendants.
13              THE COURT:  All right.  This is --
14              MR. WILLIAMS:  And Morgan Williams with the National
15   Fair Housing Alliance.  Forgive me, your Honor.
16              THE COURT:  All right.  This is up for status today.
17   Ms. Soule, what's happening on the case?
18              MS. SOULE:  Yes, Judge.  We are proceeding on the --
19              THE COURT REPORTER:  I'm sorry.  Can you state your
20   name each time you speak?
21              MS. SOULE:  Okay.  This is Jennifer Soule on behalf
22   of the plaintiffs.
23              We are proceeding with the schedule of the Rule
24   30(b)(6) depositions that was the subject of the prior motions
25   and ordered by the Court.  We're halfway through those
```

1 depositions at this point. We believe we're on track to
2 complete the schedule which will wind up on March 11th.
3       We have -- from the plaintiffs' perspective, we had
4 faced some pretty serious or steep challenges, I guess, in
5 terms of some document productions that occurred during the
6 process which was very challenging, as a result of which we
7 took off one of the Altisource days that we had scheduled and
8 took a break to try to get ahead, climb out of the document
9 production that we had, but we have -- I think, you know,
10 we've made our concerns known to defendants, and we've talked
11 with them about those concerns. But essentially, we've pushed
12 forward.
13       So we don't have any issues to specifically bring to
14 your attention, but we did want to note that, you know, we've
15 had some challenges, but we have continued to push through.
16 At the same time as the challenges presented themselves with
17 the high volume of document production during the process, we
18 also appreciate that we have received considerable
19 documentation in the course of it because of this process. So
20 there's a big up side to it as well. So we're proceeding
21 through.
22       We -- as from the plaintiffs' perspective, also
23 yesterday I worked out, me and Mr. Garroway for Altisource
24 worked out an understanding of how to approach the data
25 systems, the number of electronic data systems involved. And

1  we worked out an agreement in terms of how to get some
2  information the plaintiffs need in a way that is maybe not
3  sitting through a deposition for a whole day asking a witness
4  about what acronyms in a data system are.  So he was very
5  accommodating in terms of, we would have a process, we could
6  write a letter, and we would go back and forth, and they would
7  provide information.
8         So the day that we reduced from the schedule because
9  of the documents, actually we don't need to put back in in
10 part because we're able to proceed on that one subject without
11 painstaking, you know, efforts that might not be successful or
12 fruitful in the deposition.  So that was -- we appreciate very
13 much that that happened.
14        So we're about ready to -- this week is a break week,
15 so it's a good time to have the status.  We've had four weeks
16 of depositions.  So we have a break this week.  Then we have
17 four more weeks.  So we're heading into the next half.
18        From plaintiffs' perspective, our overall progress
19 has been very good.  Some of the depositions have proceeded in
20 a more organic fashion so that we're able to capture some
21 information on subjects coming up, thereby reducing what time
22 we'll need to finish those subjects.  So the number of
23 subjects individually that have been ticked off might not
24 reflect the actual progress.  And we confirmed with
25 defendants, some subjects are already handled and taken off.

Case: 1:18-cv-00839 Document #: 146 Filed: 03/11/21 Page 6 of 10 PageID #:4726

6

1  We've talked about that.
2          So we're on a good pace. We feel the more we've
3  learned, which has been incredibly productive for the
4  plaintiffs, the more we can be efficient. And now we're
5  getting a handle on some of the new documents. So that's the
6  progress on the 30(b)(6) schedule.
7          We are -- plaintiffs are very -- you know, we feel
8  the process has been incredibly helpful and productive. And
9  so we're very pleased that, you know, we're plowing through
10 this and feel that it's been extremely worthwhile, though
11 time-consuming. We understand that.
12         With respect to the remainder of the discovery,
13 plaintiffs -- obviously, defendants are going to, you know,
14 want to take depositions. Deutsche Bank has noticed up some
15 of the plaintiffs' depositions. There's some document issues,
16 you know, that could percolate for the Court's attention. I'm
17 not sure on that yet.
18         But what plaintiffs would like is to get a handle and
19 assess where we're at after these 30(b)(6) depositions.
20 Mid-March, they'll be done. And then we would like to have an
21 opportunity to confer with the defendants about discovery
22 planning for fact discovery and schedules and things like
23 that.
24         And it might be productive to come back to the Court,
25 we think, at the end of March to talk about how much more time

Case: 1:18-cv-00839 Document #: 146 Filed: 03/11/21 Page 7 of 10 PageID #:4727

7

1  we would need.  We have the fact discovery cutoff in May.  I
2  think it's been understood by everybody that we have the COVID
3  delay and, you know, just the complexity of things.  There
4  will be some extension needed.
5        We're not in a position maybe to know right now how
6  much time beyond that do we need.  We, of course, want to push
7  the case forward and get it done, but we'd like to come back
8  after finishing these depositions and talking with defendants
9  and thinking it through -- at least, that's our suggestion --
10 and present to the Court, okay, here's where we are, here's
11 what we need to do and how much more time we need to do it.
12       So that's plaintiffs' status at this point.
13       THE COURT:  Defendants' counsel?
14       MR. GARROWAY:  Hi, your Honor.  Nathan Garroway on
15 behalf of the Altisource defendants.
16       We generally agree with plaintiffs as to a status in
17 late March.  I did want to reflect -- and I talked with
18 opposing counsel about this yesterday -- that there is some
19 level of concern on the defendants' side at the pace of the
20 depositions and the amount of topics we have went through.  I
21 do appreciate the call I had with opposing counsel yesterday
22 in terms of working out some ways to make this go along
23 faster.
24       We appreciate that she believes that she can commit
25 to the schedule that she previously communicated to the Court

1   because in the first three days, we did not get through the
2   topics that we had originally anticipated. So there is some
3   level of concern on behalf of defendants that the schedule is
4   not moving along as quickly as it should.
5   　　　　　However, with the reassurances of opposing counsel
6   that it is going to move along, the schedule that was
7   originally set forth, we hope that that will happen and that
8   we'll be back here at the end of March talking about the
9   remaining discovery.
10   　　　　　MS. BOGO-ERNST: And, your Honor, this is Debra
11   Bogo-Ernst for the Ocwen defendants. I agree with Altisource
12   as well in terms of the concerns on the pace of the
13   depositions but again, we're working through that with
14   opposing counsel, and we do appreciate her representations
15   that we'll be done on time.
16   　　　　　I think that coming back at the end of March makes
17   sense. And from the defendants' perspective, you know, we
18   have followed up with plaintiffs' counsel on some discovery
19   issues. So we agree with plaintiff, plaintiffs, that we will
20   need to extend the schedule. So we appreciate the opportunity
21   to meet and confer on that and hopefully come to the Court
22   with an agreed schedule if possible for the Court's
23   consideration.
24   　　　　　MR. KLIEBARD: Your Honor, Ken Kliebard for the
25   Deutsche Bank defendants.

1    The only thing I will add which Ms. Soule alluded to
2 is we have some ongoing back and forth discovery disputes that
3 we're trying to resolve so that we can go ahead and take the
4 depositions that we noticed.  And so we may be back before
5 your Honor prior to the next status hearing on that discovery
6 issue if we can't get it resolved soon.
7    THE COURT:  Anything further from anybody?
8    MS. SOULE:  No.
9    THE COURT:  I would think just one comment, and that
10 is as far as the discovery is concerned, I think I've made it
11 pretty clear that I'm in favor of liberal discovery.  And so
12 unless it's pretty clearly not appropriate, my suggestion
13 would be to give up and proceed with discovery.
14    Having said that, we'll have a status.  You want it
15 the end of March, early April?  Is that the deal?
16    MS. SOULE:  Yes, Judge.  Jennifer Soule on behalf of
17 the plaintiffs.  We think it would be helpful because it does
18 seem that we will have to extend the fact discovery date --
19    THE COURT:  All right.
20    MS. SOULE:  -- and all the -- yes.  It will be coming
21 up.
22    THE COURT:  So my suggestion would be that either you
23 have an agreed order for extension or competing orders in
24 redline versions so that I can make the decision.
25    Okay.  Give them a date, Ms. Foster.

| | |
|---|---|
| 1 | THE CLERK:  March 30th at 9:00 o'clock a.m. |
| 2 | MS. BOGO-ERNST:  Your Honor, this is Ms. Bogo-Ernst. |
| 3 | I apologize.  I will be out that week.  Is there any way we |
| 4 | could do the following week, please? |
| 5 | THE COURT:  When is Easter -- |
| 6 | THE CLERK:  April 7th -- |
| 7 | THE COURT:  Okay.  April 7th. |
| 8 | THE CLERK:  At 9:15 a.m. |
| 9 | THE COURT:  All right.  Thank you. |
| 10 | ALL PRESENT:  Thank you, your Honor. |
| 11 | (Proceedings adjourned at 9:58 a.m.) |
| 12 | * * * * * * * |
| 13 | C E R T I F I C A T E |
| 14 | I, Judith A. Walsh, do hereby certify that the |
| 15 | foregoing is a complete, true, and accurate transcript of the |
| 16 | telephonic proceedings had in the above-entitled case before |
| 17 | the Honorable HARRY D. LEINENWEBER, one of the judges of said |
| 18 | court, at Chicago, Illinois, on February 11, 2021. |
| 19 | |
| 20 | /s/ *Judith A. Walsh, CSR, RDR, F/CRR*_____   March 12, 2021 |
| 21 | Official Court Reporter |
| 22 | United States District Court |
| 23 | Northern District of Illinois |
| 24 | Eastern Division |
| 25 | |