IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:18-cv-00839 |
| v. | ) |
| | ) Honorable Harry D. Leinenweber |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN FINANCIAL CORP.; and ALTISOURCE PORTFOLIO SOLUTIONS, INC., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO COMPEL DISCOVERY

Defendants, Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee (collectively, the "Trustees"); Altisource Solutions, Inc. ("Altisource"); and Ocwen Loan Services, LLC n/k/a PHH Mortgage Corporation ("Ocwen"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.2, respectfully move this Court for an order compelling Plaintiffs to produce documents responsive to the Defendants' requests for production concerning Plaintiffs' regression analysis expressly relied on by Plaintiffs in their Second Amended Complaint. In support of its Motion, Defendants incorporate its Memorandum of Law filed herewith, and state as follows:

1. Plaintiffs filed their Second Amended Complaint ("SAC") on May 8, 2019 (Dkt. No. 70), suing Defendants under the Fair Housing Act asserting housing discrimination based on Plaintiffs' statistical regression analysis discussed in the SAC.

2. On May 22, 2020, each of the Defendants served requests for production of documents concerning the creation of the regression analysis.

3.     Plaintiffs have repeatedly refused to provide the underlying data that was used to perform the regression analysis, or communications or other materials related to how that analysis was granted.

4.     Despite Defendants good faith attempts to resolve this discovery dispute, the parties have been unable to reach an accord.

For these reasons, and as further explained in the accompanying Memorandum of Law, Defendants respectfully request that this Court grant their Motion to Compel and order the Plaintiffs to provide responsive documents requested in Trustees' Requests for Production Document Request Nos. 21, 22, and 26-33 and Ocwen and Altisource's Joint Requests for Production Document Request Nos. 11, 17, 25, and 31-36.

Dated: March 19, 2021                     Respectfully submitted,

By: /s/ *Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
77 W. Wacker Drive, 5th Floor
Chicago, Illinois 60601
Telephone: 312.324.1000
kenneth.kliebard@morganlewis.com

Kurt W. Rademacher
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.963.5000
kurt.rademacher@morganlewis.com

David I. Monteiro
Victor H. Cruz
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: 214.466.4133
david.monteiro@morganlewis.com
victor.cruz@morganlewis.com

*Attorneys for Defendants Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee*


By: */s/ Debra Bogo-Ernst*
Debra Bogo-Ernst
Matthew C. Sostrin
Jacey D. Norris
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: 312.782.0600
dernst@mayerbrown.com
msostrin@mayerbrown.com
jnorris@mayerbrown.com

*Attorneys for Defendant Ocwen Loan Servicing, LLC*

By: */s/ Nathan Garroway*
Nathan Garroway (admitted *pro hac vice*)
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

Shannon Y. Shin
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
shannon.shin@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
**DENTONS US LLP**
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
lisa.krigsten@dentons.com

*Attorneys for Defendant Altisource Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2021, I electronically filed the foregoing document by electronic means through the Court's CM/ECF System which will send notification of such filing to all counsel of record.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
