# Exhibit H

```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                               EASTERN DIVISION

 3   NATIONAL FAIR HOUSING ALLIANCE, )
     et al.,                        )
 4                                  )
                   Plaintiffs,      )
 5                                  )
                   v.               )   No. 18 CV 00839
 6                                  )
     DEUTSCHE BANK, et al.,         )   Chicago, Illinois
 7                                  )   February 11, 2021
                   Defendants.      )   9:48 a.m.
 8
                     TRANSCRIPT OF TELEPHONIC PROCEEDINGS
 9
                BEFORE THE HONORABLE HARRY D. LEINENWEBER
10
     APPEARANCES TELEPHONICALLY:
11
     For the Plaintiffs:          SOULE BRADTKE & LAMBERT
12                                BY:  MS. JENNIFER K. SOULE
                                  402 Campbell Street, Suite 100
13                                Geneva, Illinois 60134
                                  (630) 333-9144
14                                jsoule@sbllegal.com

15                                MR. MORGAN W. WILLIAMS
                                  National Fair Housing Alliance
16                                1101 Vermont Avenue NW, Suite 710
                                  Washington, DC 20005
17                                (202) 898-1661
                                  mwilliams@nationalfairhousing.org
18
     For the Deutsche Bank        MORGAN LEWIS & BOCKIUS, LLP
19   Defendants:                  BY:  MR. KENNETH M. KLIEBARD
                                  77 West Wacker Drive
20                                Chicago, Illinois 60601
                                  (312) 324-1000
21                                kenneth.kliebard@morganlewis.com

22

23            **FAILURE TO IDENTIFY ONESELF EACH TIME WHEN
                         SPEAKING MAY RESULT IN
24                IMPROPER SPEAKER IDENTIFICATION**

25
```

```
 1   APPEARANCES TELEPHONICALLY (CONTINUED):

 2   For Defendant Ocwen:      MAYER BROWN, LLP
                               BY:  MS. DEBRA L. BOGO-ERNST
 3                             71 South Wacker Drive
                               Chicago, Illinois 60606
 4                             (312) 782-0600
                               dernst@mayerbrown.com
 5
     For Defendant Altisource: DENTONS US, LLP
 6                             BY:  MR. NATHAN L. GARROWAY
                               303 Peachtree Street NE, Suite 5300
 7                             Atlanta, Georgia 30308
                               (404) 527-4000
 8                             nathan.garroway@dentons.com

 9

10   Court Reporter:          Judith A. Walsh, CSR, RDR, F/CRR
                              Official Court Reporter
11                            219 South Dearborn Street, Room 2118
                              Chicago, Illinois 60604
12                            (312) 702-8865
                              judith_walsh@ilnd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1    (Proceedings heard telephonically:)

2         THE CLERK:  18 C 839, National versus Deutsche Bank.

3         MR. KLIEBARD:  Good morning, your Honor.  You have

4    Kevin Kliebard for the Deutsche Bank defendants.

5         MS. BOGO-ERNST:  Good morning, your Honor.  You have

6    Debra Bogo-Ernst for the defendant Ocwen.

7         MS. SOULE:  Jennifer Soule on behalf of the

8    plaintiffs.

9         THE COURT:  Okay.  This is --

10         MR. WILLIAMS:  Morgan --

11         MR. GARROWAY:  Nathan Garroway on behalf of the

12    Altisource defendants.

13         THE COURT:  All right.  This is --

14         MR. WILLIAMS:  And Morgan Williams with the National

15    Fair Housing Alliance.  Forgive me, your Honor.

16         THE COURT:  All right.  This is up for status today.

17    Ms. Soule, what's happening on the case?

18         MS. SOULE:  Yes, Judge.  We are proceeding on the --

19         THE COURT REPORTER:  I'm sorry.  Can you state your

20    name each time you speak?

21         MS. SOULE:  Okay.  This is Jennifer Soule on behalf

22    of the plaintiffs.

23         We are proceeding with the schedule of the Rule

24    30(b)(6) depositions that was the subject of the prior motions

25    and ordered by the Court.  We're halfway through those

1   depositions at this point.  We believe we're on track to

2   complete the schedule which will wind up on March 11th.

3        We have -- from the plaintiffs' perspective, we had

4   faced some pretty serious or steep challenges, I guess, in

5   terms of some document productions that occurred during the

6   process which was very challenging, as a result of which we

7   took off one of the Altisource days that we had scheduled and

8   took a break to try to get ahead, climb out of the document

9   production that we had, but we have -- I think, you know,

10  we've made our concerns known to defendants, and we've talked

11  with them about those concerns.  But essentially, we've pushed

12  forward.

13       So we don't have any issues to specifically bring to

14  your attention, but we did want to note that, you know, we've

15  had some challenges, but we have continued to push through.

16  At the same time as the challenges presented themselves with

17  the high volume of document production during the process, we

18  also appreciate that we have received considerable

19  documentation in the course of it because of this process.  So

20  there's a big up side to it as well.  So we're proceeding

21  through.

22       We -- as from the plaintiffs' perspective, also

23  yesterday I worked out, me and Mr. Garroway for Altisource

24  worked out an understanding of how to approach the data

25  systems, the number of electronic data systems involved.  And

1  we worked out an agreement in terms of how to get some

2  information the plaintiffs need in a way that is maybe not

3  sitting through a deposition for a whole day asking a witness

4  about what acronyms in a data system are.  So he was very

5  accommodating in terms of, we would have a process, we could

6  write a letter, and we would go back and forth, and they would

7  provide information.

8           So the day that we reduced from the schedule because

9  of the documents, actually we don't need to put back in

10  part because we're able to proceed on that one subject without

11  painstaking, you know, efforts that might not be successful or

12  fruitful in the deposition.  So that was -- we appreciate very

13  much that that happened.

14          So we're about ready to -- this week is a break week,

15  so it's a good time to have the status.  We've had four weeks

16  of depositions.  So we have a break this week.  Then we have

17  four more weeks.  So we're heading into the next half.

18          From plaintiffs' perspective, our overall progress

19  has been very good.  Some of the depositions have proceeded in

20  a more organic fashion so that we're able to capture some

21  information on subjects coming up, thereby reducing what time

22  we'll need to finish those subjects.  So the number of

23  subjects individually that have been ticked off might not

24  reflect the actual progress.  And we confirmed with

25  defendants, some subjects are already handled and taken off.

1   We've talked about that.

2          So we're on a good pace.  We feel the more we've

3   learned, which has been incredibly productive for the

4   plaintiffs, the more we can be efficient.  And now we're

5   getting a handle on some of the new documents.  So that's the

6   progress on the 30(b)(6) schedule.

7          We are -- plaintiffs are very -- you know, we feel

8   the process has been incredibly helpful and productive.  And

9   so we're very pleased that, you know, we're plowing through

10  this and feel that it's been extremely worthwhile, though

11  time-consuming.  We understand that.

12         With respect to the remainder of the discovery,

13  plaintiffs -- obviously, defendants are going to, you know,

14  want to take depositions.  Deutsche Bank has noticed up some

15  of the plaintiffs' depositions.  There's some document issues,

16  you know, that could percolate for the Court's attention.  I'm

17  not sure on that yet.

18         But what plaintiffs would like is to get a handle and

19  assess where we're at after these 30(b)(6) depositions.

20  Mid-March, they'll be done.  And then we would like to have an

21  opportunity to confer with the defendants about discovery

22  planning for fact discovery and schedules and things like

23  that.

24         And it might be productive to come back to the Court,

25  we think, at the end of March to talk about how much more time

1  we would need.  We have the fact discovery cutoff in May.  I

2  think it's been understood by everybody that we have the COVID

3  delay and, you know, just the complexity of things.  There

4  will be some extension needed.

5       We're not in a position maybe to know right now how

6  much time beyond that do we need.  We, of course, want to push

7  the case forward and get it done, but we'd like to come back

8  after finishing these depositions and talking with defendants

9  and thinking it through -- at least, that's our suggestion --

10  and present to the Court, okay, here's where we are, here's

11  what we need to do and how much more time we need to do it.

12       So that's plaintiffs' status at this point.

13       THE COURT:  Defendants' counsel?

14       MR. GARROWAY:  Hi, your Honor.  Nathan Garroway on

15  behalf of the Altisource defendants.

16       We generally agree with plaintiffs as to a status in

17  late March.  I did want to reflect -- and I talked with

18  opposing counsel about this yesterday -- that there is some

19  level of concern on the defendants' side at the pace of the

20  depositions and the amount of topics we have went through.  I

21  do appreciate the call I had with opposing counsel yesterday

22  in terms of working out some ways to make this go along

23  faster.

24       We appreciate that she believes that she can commit

25  to the schedule that she previously communicated to the Court

1    because in the first three days, we did not get through the

2    topics that we had originally anticipated.  So there is some

3    level of concern on behalf of defendants that the schedule is

4    not moving along as quickly as it should.

5            However, with the reassurances of opposing counsel

6    that it is going to move along, the schedule that was

7    originally set forth, we hope that that will happen and that

8    we'll be back here at the end of March talking about the

9    remaining discovery.

10           MS. BOGO-ERNST:  And, your Honor, this is Debra

11   Bogo-Ernst for the Ocwen defendants.  I agree with Altisource

12   as well in terms of the concerns on the pace of the

13   depositions but again, we're working through that with

14   opposing counsel, and we do appreciate her representations

15   that we'll be done on time.

16           I think that coming back at the end of March makes

17   sense.  And from the defendants' perspective, you know, we

18   have followed up with plaintiffs' counsel on some discovery

19   issues.  So we agree with plaintiff, plaintiffs, that we will

20   need to extend the schedule.  So we appreciate the opportunity

21   to meet and confer on that and hopefully come to the Court

22   with an agreed schedule if possible for the Court's

23   consideration.

24           MR. KLIEBARD:  Your Honor, Ken Kliebard for the

25   Deutsche Bank defendants.

1        The only thing I will add which Ms. Soule alluded to

2  is we have some ongoing back and forth discovery disputes that

3  we're trying to resolve so that we can go ahead and take the

4  depositions that we noticed.  And so we may be back before

5  your Honor prior to the next status hearing on that discovery

6  issue if we can't get it resolved soon.

7        THE COURT:  Anything further from anybody?

8        MS. SOULE:  No.

9        THE COURT:  I would think just one comment, and that

10  is as far as the discovery is concerned, I think I've made it

11  pretty clear that I'm in favor of liberal discovery.  And so

12  unless it's pretty clearly not appropriate, my suggestion

13  would be to give up and proceed with discovery.

14        Having said that, we'll have a status.  You want it

15  the end of March, early April?  Is that the deal?

16        MS. SOULE:  Yes, Judge.  Jennifer Soule on behalf of

17  the plaintiffs.  We think it would be helpful because it does

18  seem that we will have to extend the fact discovery date --

19        THE COURT:  All right.

20        MS. SOULE:  -- and all the -- yes.  It will be coming

21  up.

22        THE COURT:  So my suggestion would be that either you

23  have an agreed order for extension or competing orders in

24  redline versions so that I can make the decision.

25        Okay.  Give them a date, Ms. Foster.

1          THE CLERK:  March 30th at 9:00 o'clock a.m.

2          MS. BOGO-ERNST:  Your Honor, this is Ms. Bogo-Ernst.

3  I apologize.  I will be out that week.  Is there any way we

4  could do the following week, please?

5          THE COURT:  When is Easter --

6          THE CLERK:  April 7th --

7          THE COURT:  Okay.  April 7th.

8          THE CLERK:  At 9:15 a.m.

9          THE COURT:  All right.  Thank you.

10          ALL PRESENT:  Thank you, your Honor.

11      (Proceedings adjourned at 9:58 a.m.)

12                      * * * * * * *

13              C E R T I F I C A T E

14          I, Judith A. Walsh, do hereby certify that the

15  foregoing is a complete, true, and accurate transcript of the

16  telephonic proceedings had in the above-entitled case before

17  the Honorable HARRY D. LEINENWEBER, one of the judges of said

18  court, at Chicago, Illinois, on February 11, 2021.

19

20  */s/ Judith A. Walsh, CSR, RDR, F/CRR_____*  March 12, 2021

21  Official Court Reporter

22  United States District Court

23  Northern District of Illinois

24  Eastern Division

25