## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| National Fair Housing Alliance et al | ) ) ) | Case No: 18 C 839 |
| v. | ) ) ) | Judge: Harry D. Leinenweber |
| Deutsche Bank National Trust et al | ) ) | |

## ORDER

Pro hac vice motions are granted [151, 152, 153, 154].

Date: 4/5/21  /s/ Judge Harry D. Leinenweber