**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | ) |
| | ) Case No. 1:18-cv-00839 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Judge Harry D. Leinenweber |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT SUBMISSION REGARDING EXTENSION OF FACT DISCOVERY CUT-OFF**

Consistent with information previously provided by the parties to the Court, and in light of the current fact discovery cut-off of May 17, 2021, the parties hereby jointly request that the fact discovery cut-off be extended by approximately 180 days to November 19, 2021. The parties request a conference with the Court in 90 days. The parties will propose an expert disclosure and discovery schedule 30 days prior to the close of fact discovery.

By way of status, the F.R.C.P. 30(b)(6) depositions noticed by Plaintiffs are complete, with the exception of (1) open questions the parties will first seek to address in an informal process, and (2) depositions regarding Defendants' data systems that the parties have agreed to address through dialogue and an extended deposition time frame. The approved deposition schedule was extended into late March by agreement of the parties, because a witness was diagnosed with Covid-19. Defendants have noticed depositions of certain Plaintiff witnesses, to begin later in April and May, 2021. Significant documentary and testimonial discovery remains to be completed, including that ESI email discovery is not complete. The parties continue to address follow-up issues and disputes concerning various aspects of discovery on both sides. Defendants' pending

1

motion to compel will be fully briefed as of April 20, 2021, and depending on the timing of the Court's ruling, that could impact the current schedule.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully Submitted, |

Counsel for Plaintiffs

/s/ *Jennifer K. Soule*_____
Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
Steven P. Schneck
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134

Stephan Dane
Dane Law LLC
312 Louisiana Avenue
Perrysburg, OH 43551

Morgan Williams
National Fair Housing Alliance
1331 Pennsylvania Ave., NW, Suite 650
Washington, DC 20004

Yiyang Wu
Tara Ramchandani
Reed Colfax
Lila Miller
Soohyun Choi
Rebecca Livengood
Relman & Colfax PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036

Counsel for Deutsche Bank National Trust,
As Trustee

/s/ *Kenneth M. Kliebard*_____
Kenneth M. Kliebard
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL 60601

Counsel for Ocwen Loan Servicing, LLC,
n/k/a PHH Mortgage Corporation

/s/ *Debra Bogo-Ernst*_____
Debra Bogo-Ernst
Matthew Sostrin
Jacey Norris
William J. McElhaney III
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Counsel for Altisource Solutions, Inc.

/s/ *Nathan Garroway*_____
Nathan Garroway
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Lisa Krigsten
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111

Shannon Y. Shin
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606

Kurt W. Rademacher
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

David I. Monteiro
Victor H. Cruz
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201