

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Kenneth M. Kliebard

Firm    Morgan, Lewis & Bockius LLP

Street Address   110 N. Wacker Drive, Suite 2800

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-324-1000

Email address  kenneth.kliebard@morganlewis.com

ARDC (Illinois State Bar members, only)  6201479

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |

 Kenneth M. Kliebard                                      6/21/21
_____                    _____
Signature of Attorney                                   Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:17-cv-02120 | Walgreen Co. v. Panasonic Healthcare Corporation of North America | John F. Kness |
| 1:18-cr-00035-1 | USA v. Vorley | John J. Tharp, Jr. |
| 1:18-cr-00035-2 | USA v. Chanu | John J. Tharp, Jr. |
| 1:18-cr-00048-1 | USA v. Bases | John Z. Lee |
| 1:18-cr-00048-2 | USA v. Pacilio | John Z. Lee |
| 1:18-cv-00839 | National Fair Housing Alliance v. Deutsche Bank National Trust | Harry D. Leinenweber |
| 1:19-cv-01610 | Moehrl v. The National Association of Realtors | Andrea R. Wood |
| 1:20-cv-04090 | Dennis v. The Andersons Inc. | Charles R. Norgle, Sr. |
| 1:21-cv-00430 | Leeder v. The National Association of Realtors | Martha M. Pacold |