**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**DECLARATION OF KENNETH M. KLIEBARD IN SUPPORT OF TRUSTEES'
MOTION FOR RULE TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO
COMPLY WITH ORDER COMPELLING PRODUCTION REGARDING PLAINTIFFS'
REGRESSION ANALYSIS**

I, Kenneth M. Kliebard, declare as follows:

1. I am an attorney admitted to practice before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Defendants Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee (collectively, the "Trustees"). I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the April 22, 2021, hearing before the Court.

3. In response to the Court's April 22, 2021, order granting Defendants' motion to compel, Plaintiffs produced outputs of an unidentified "consultant," as well as two redacted e-mail chains. This production did not include work papers that would explain how the regression analysis was completed.

1

4.     Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of a letter dated June 4, 2021, from James G. Bradtke to me.

5.     Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of a letter dated July 7, 2021, from James G. Bradtke to counsel of record in this matter.

6.     Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of a letter dated June 3, 2021, from me to James G. Bradtke.

7.     Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of a letter dated June 29, 2021, from me to James G. Bradtke.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 31, 2021

                                         */s/ Kenneth M. Kliebard*
                                         Kenneth M. Kliebard

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via ECF on August 31, 2020.

/s/  *Kenneth M. Kliebard*