# Exhibit D

# Morgan Lewis

**Kenneth M. Kliebard**
Partner
+1.312.324.1774
kkliebard@morganlewis.com

June 3, 2021

<u>Via Email Delivery</u>

James G. Bradtke (JBradtke@SBLLegal.com)
Soule, Bradtke & Lambert
402 Campbell St., Suite 100
Geneva, Illinois 60134

      Re:    *National Fair Housing Alliance, et. al. v. Deutsche Bank National Trust, et. al.*, Case No. 18-cv-00839

Dear Jim:

      On behalf of the Deutsche Bank Defendants I wanted to raise three issues in response to your May 14, 2021, production letter that purports to be in compliance with the Court's April 23, 2021, Order granting Defendants' motion to compel. *First*, there are multiple redactions in the materials you produced. There is no basis for Plaintiffs to redact any information here. The Court granted Defendants' motion to compel without caveats, nor did Plaintiffs ask the Court or Defendants for permission to avoid full compliance with the Court's order by requesting to redact any information. If you are unwilling to provide unredacted versions of the documents, and so that I can present this issue to the Court, please provide me with a log so I know what information is being withheld. It appears for example that you redacted the name of the expert. Can you confirm that it is Dr. Calvin Bradford? *Second*, Plaintiffs' designated the production "Attorney Eyes Only" (AEO). That is improper. Under Paragraph 4 of the Agreed Confidentiality Order (Dkt. No. 126), AEO designation is only available when, among other requirements, the information "is sufficiently valuable and secret to afford a potential or actual advantage over others" and "its disclosure to existing or potential business competitors or customers would cause injury to the business, commercial, competitive, or financial interests of the producing Party…." There is nothing in the documents produced by Plaintiffs on May 14 that satisfies these criteria. We ask that Plaintiffs withdraw the AEO designation at once. *Finally*, there appear to be significant gaps in the production.

**Morgan, Lewis & Bockius LLP**

77 West Wacker Drive
Chicago, IL 60601-5094     T +1.312.324.1000
United States     F +1.312.324.1001

James G. Bradtke
June 3, 2021
Page 2


We will separately catalog the suspected gaps and share them with you next week, but in the interim ask that you confirm the completeness of Plaintiffs' production in compliance with the Court's Order. We intend to pursue a simultaneous subpoena on Plaintiffs' expert, but Plaintiffs have improperly redacted the expert's name. Note that while I do not believe a call with you is necessary under L.R. 37.2 because Defendants would be seeking an order by way of a rule to show cause requiring Plaintiffs' compliance with the Court's Order, I am available to discuss these items with you next week if you wish to propose some times.

      Thank you.

                                Very truly yours,

                                Kenneth M. Kliebard

KMK/h

cc: Counsel of Record (via email)