# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

National Fair Housing Alliance, et al.
                                    Plaintiff,

v.                                             Case No.: 1:18−cv−00839
                                               Honorable Harry D. Leinenweber

Deutsche Bank, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 1, 2021:

    MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' motion for rule to show cause regarding Plaintiffs' Failure to Comply with Order Compelling Production Regarding Plaintiffs' Regression Analysis [166] will be heard via the telephonic status hearing set for 9/8/21 at 9:00 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.