IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

### DECLARATION OF KENNETH M. KLIEBARD IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, Kenneth M. Kliebard, declare as follows:

1. I am an attorney admitted to practice before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Defendants Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee (collectively, the "Trustees"). I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Notice to the Trustees of a Rule 30(b)(6) Deposition, dated May 26, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs Notice to Altisource Solutions, Inc. of a Rule 30(b)(6) deposition, dated January 7, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter, dated June 29, 2021, from me to James G. Bradtke.

5. Attached hereto as **Exhibit D** is a true and correct copy of an e-mail, dated June 28, 2021, from Jim Bradtke to Kurt W. Rademacher and me.

6. Attached hereto as **Exhibit E** is a true and correct copy of an e-mail, dated July 5, 2021, from Jim Bradtke to Kurt W. Rademacher.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter, dated July 14, 2021, from me to Jennifer K. Soule.

8. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Amended Notice to the Trustees of a Rule 30(b)(6) Deposition, dated July 8, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter, dated July 8, 2021, from Jennifer K. Soule to counsel for the Trustees.

10. Attached hereto as **Exhibit I** is a true and correct copy of a scheduler for a meeting to occur on July 22, 2021 from Kurt W. Rademacher to counsel for Plaintiffs.

11. I am informed that the teleconference described in Ex. I went beyond its scheduled two-hour scheduled time.

12. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiffs' Second Amended Notice to the Trustees of a Rule 30(b)(6) Deposition, dated August 2, 2021.

13. Attached hereto as **Exhibit K** is a true and correct copy of an e-mail dated August 3, 2021, from me to James Bradtke.

14. Plaintiffs ended the deposition on August 4, which included two breaks of approximately 45 and 30 minutes, at 3:30 PST. Plaintiffs ended the deposition on August 5, which included a 50-minute break as well as three other shorter breaks, at approximately 2:35 PST.

15. Attached hereto as **Exhibit L** is a true and correct copy of a letter, dated August 10, 2021, from James G. Bradtke to Kurt Rademacher and me.

16. Attached hereto as **Exhibit M** is a true and correct copy of a letter, dated August 12, 2021, from Kurt W. Rademacher to James G. Bradtke.

17. Attached hereto as **Exhibit N** is a true and correct copy of an e-mail, dated August 12, 2021, from Jim Bradtke to Kurt W. Rademacher.

18. Attached hereto as **Exhibit O** is a true and correct copy of a letter, dated August 18, 2021, from Kurt W. Rademacher to James G. Bradtke.

19. Attached hereto as **Exhibit P** is a true and correct copy of an e-mail, dated August 18, 2021, from Jim Bradtke to Kurt W. Rademacher.

20. At the fact witness deposition of Plaintiffs' witness Lindsey Augustine, I questioned Ms. Augustine for less than an hour.

21. The Trustees did not propose a fixed number of dates beyond two for any witness in any meet and confer discussions with Plaintiffs regarding the scope of the Rule 30(b)(6) deposition noticed served on Plaintiff National Fair Housing Alliance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 1, 2021

                                         */s/ Kenneth M. Kliebard*
                                         Kenneth M. Kliebard

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via ECF on September 1, 2020.

                                                                     /s/  Kenneth M. Kliebard