# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**AMENDED NOTICE TO ALTISOURCE SOLUTIONS, INC. OF VIDEOTAPED RULE
30(b)(6) DEPOSITION BY REMOTE ELECTRONIC MEANS**

**To: Altisource Solutions, Inc.**

Nathan L. Garroway
*Nathan.garroway@dentons.com*
*Dentons US LLP*
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Lisa M. Krigsten
*lisa.krigsten@dentons.com*
Cody Wood
*cody.n.wood@dentons.com*
*Dentons US LLP*
4520 Main Street, Suite 1100
Kansas City, MO 64111

Shannon Shin
*shannon.shin@dentons.com*
*Dentons US LLP*
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606

1

*Counsel For Ocwen Loan Servicing, LLC, N/k/a PHH Mortgage Corporation*

Debra Bogo-Ernst
*dernst@mayerbrown.com*
Matthew C. Sostrin
*msostrin@mayerbrown.com*
Jacey D. Norris
*jnorris@mayerbrown.com*
*Mayer Brown LLP*
71 S. Wacker Drive
Chicago, IL 60606

*Counsel For Deutsche Bank National Trust, As Trustee:*

Kenneth M. Kliebard
*kenneth.kliebard@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
77 W. Wacker Drive, Suite 500
Chicago, IL 60601

David Monteiro
*david.monteiro@morganlewis.com*
Victor Cruz
*victor.cruz@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201

Kevin M. Papay
*kevin.papay@morganlewis.com*
Kurt Rademacher
*kurt.rademacher@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
One Market, Spear Street Tower
San Francisco, CA 94105

cc:
Lexitas – *chicago@lexitaslegal.com*

*Counsel for Plaintiffs:*
Jennifer K. Soule
*JSoule@sbllegal.com*
Kelly K. Lambert
*KLambert@sbllegal.com*
James G. Bradtke
*JBradtke@sbllegal.com*
Steven P. Schneck
*SSchneck@sbllegal.com*
*Soule, Bradtke & Lambert*
402 Campbell Street, Suite 100
Geneva, IL 60101

Morgan Williams
*mwilliams@nationalfairhousing.org*
*National Fair Housing Alliance*
1331 Pennsylvania Avenue NW, Suite 650
Washington, DC 20004

*Counsel for Plaintiffs:*
Stephen M. Dane
*sdane@fairhousinglaw.com*
*Dane Law LLC*
312 Louisiana Avenue
Perrysburg, OH 43551

Yiyang Wu
*ywu@relmanlaw.com*
Tara Ramchandani
*TRamchandani@relmanlaw.com*
*Relman Colfax PLLC*
1225 19th Street, NW, Suite 600
Washington, DC 20036

2

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 30(b)(6), Fed.R.Civ.P., and Fed.R.Civ.P. 30(b)(1) and (4), Plaintiffs, by their counsel, shall take the deposition of Defendant Altisource Solutions, Inc., the subjects listed on attached **Exhibit A** on the following dates and times (*Central Standard Time*):

| | |
|---|---|
| January 27, 2021 | 9:00 a.m. |
| January 28, 2021 | 9:00 a.m. |
| February 3, 20201 | 9:00 a.m. |
| February 4, 2021 | 9:00 a.m. |
| February 24, 2021 | 9:00 a.m. |
| February 25, 2021 | 9:00 a.m. |
| March 10, 2021 | 9:00 a.m. |
| March 11, 2021 | 9:00 a.m. |

At the aforesaid dates and times, Defendant shall present via remote means the officer(s), agent(s) or employee(s) who is (are) designated by Defendant to testify about, and who is (are) most knowledgeable about the identified subjects. The order of subjects/testimony as to **Exhibit A** is set forth on the Court-Approved calendar of assigned dates for Ocwen and Altisource, attached as **Exhibit B**, which order of noticed subjects may be modified by agreement of the parties. At the aforesaid dates and time, per the Court-approved calendar and agreed order of subjects, Defendant shall present via remote means the officer(s), agent(s) or employee(s) who is (are) designated by Defendant to testify about, and who is (are) most knowledgeable about the identified subjects. Said deposition will be recorded by stenographic/audio/video means remotely before a certified court reporter and videographer with

3

Lexitas Court Reporting Services, 180 North LaSalle Street, Chicago, Illinois 60601- (312)-236-6936 via LegalView/Zoom software, The deponent and all parties will be appearing remotely from their own locations. Lexitas Court Reporting Services will email directly each individual listed above with a calendar invite and information on how to access and participate in the deposition.

*Jennifer K. Soule* (signature)

Jennifer K. Soule – JSoule@SBLLegal.com
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134
(630) 333-9144

Dated: January 7, 2021

4

**EXHIBIT A**

**DEFINITIONS AND INSTRUCTIONS**

A. "Altisource" refers to Defendant Altisource Solutions, Inc., or any of its successors or predecessors, any of its officials, employees, agents, representatives, contractors, attorneys, and any other persons acting or purporting to act for or on behalf of any of them, separately and collectively, including any, some, or all of the above.

B. "Plaintiffs" refers to any of the Plaintiffs in the instant litigation, namely National Fair Housing Alliance, HOPE Fair Housing Center, Open Communities, South Suburban Housing Center, Housing Opportunities Made Equal of Virginia, Fair Housing Opportunities of Northwest Ohio, Inc., Fair Housing Continuum, Greater New Orleans Fair Housing Action Center; Denver Metro Fair Housing Center, Metropolitan Milwaukee Fair Housing Council, Fair Housing Center of West Michigan, The Miami Valley Fair Housing Center, Fair Housing Center For Rights & Research, Fair Housing Center of the Greater Palm Beaches, Fair Housing Center of Central Indiana, Central Ohio Fair Housing Association, Housing Opportunities Project for Excellence, Inc., Connecticut Fair Housing Center, North Texas Fair Housing Center, and Fair Housing Advocates of Northern California.

C. "Employees" means all employees, including officials, managers, professional staff, office or clerical staff, interns, trainees, volunteers, contractors, consultants, agents, and all other persons providing assistance to Altisource, regardless of whether such persons are considered or classified as an independent contractor or consultant.

D. "REO" or "REO property" means any residential dwelling owned by a lender or investor, including but not limited to Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas, as trustee or in any other capacity, after foreclosure.

5

.       E.   The terms "Deutsche Bank Real Estate Owned properties" or "Deutsche Bank REO properties" mean any residential dwelling owned by Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas, as trustee, or in any other capacity, as the result of a foreclosure.

F.   The terms "policy," "practice," and "procedure" refer to any written or formal policy, rule, regulation, guideline, or a practice of general applicability that may or may not have been reduced to writing or otherwise formalized.

G.   <u>Time Period</u>.   Without waiving Plaintiffs' position as to the relevant time period of discovery in this case being January 1, 2010 to present, and without waiving Plaintiffs' ability to seek testimony about Altisource's policies and procedures and related subjects listed in this Notice for the time period of January 1, 2010 to present, and solely based upon Ocwen's and Altisource's combined disputed current global/general objections concerning the time period applicable to discovery in this case,[1] the time period applicable to this subject matter deposition Notice is January 1, 2010 to present, subject to two conditions:  First, Plaintiffs will first inquire about the listed policy and procedure and related subjects regarding the time period of February 14, 2015 to present.  Secondly, Plaintiffs will ask Altisource to identify and explain as to each listed subject, for the time period of January 1, 2010 through February 14, 2015, material

---

[1] Deutsche Bank does not generally object to Plaintiffs' definitional time period of January 1, 2010 to present for discovery in this litigation.  Ocwen objects to discovery in this case except for the period of February 14, 2015 to February 15, 2017 (except Ocwen will state without regard to its time period objection whether it agrees it serviced Plaintiffs' scored Deutsche Bank REO properties, but only if Plaintiffs listed them as of March 3, 2020).  Ocwen will provide property-specific information without regard to its time period objection as to scored Deutsche Bank properties it acknowledges.  Ocwen stated on October 12, 2020 it did not have policies responsive to Plaintiffs' discovery requests prior to February 15, 2015.  Altisource objects to discovery in this case except for the period of February 14, 2015 to present (except Altisource will state without regard to its time period objection whether it agrees it was a vendor for Plaintiffs' scored Deutsche Bank REO properties, but only if Plaintiffs listed them as of March 3, 2020).  Altisource will provide property-specific information concerning properties it acknowledges without regard to its time period objection.  Plaintiffs dispute Ocwen's and Altisource's general objections as to time period and property lists.

6

differences, if any, concerning Altisource's testimony on the subject. If Altisource objects to providing information on any listed policy and procedure or related subject concerning all or any portion of the 2010-2015 time period, it may so indicate at the deposition as to each subject. Testimony restricted by and subject to Altisource's time period objections may be resumed at a mutually agreeable date and time, following either agreement of the parties or Order of Court.

H. "And" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing a request, the singular shall include the plural and the plural shall include singular. The past tense includes the present and the present tense includes the past, where the clear meaning is not destroyed by the change.

I. "Relate," "relating to," or "regarding," or "with regard to" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

J. "Ocwen" shall mean Ocwen Loan Servicing, LLC. n/k/a PHH Mortgage.

K. "Deutsche Bank" shall mean Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee.

## SUBJECTS OF DEPOSITIONS

1. <u>Contracts with Ocwen.</u> Relating to Ocwen and regarding preservation, maintenance, valuation, marketing and sales/liquidation of REO properties, including Deutsche Bank REO properties, proposals or bids to provide various categories of vendor services to Ocwen, terms of engagement, contracts, service level agreements ("SLA"), terms of compensation, budgeting and funding for work to be performed, investor compliance, termination, and assignment or reassignment of Altisource by Ocwen.

7

2. <u>Organization</u>. The department(s), division(s), or other organizational entities of Altisource that gather information on, manage, maintain, preserve, value, market, sell, monitor, or otherwise have had responsibilities with respect to Deutsche Bank REO properties, including but not limited to Regional Field Service Manager, Follow Up Coordination, AFS Contacts, PODs, regions, territories, Property Management Engineer, QCAT team, AFS Bid Review Team, AFS Utility Management, RFC, Residential Sales Consultants ("RSC"), AFS Training Team, REO Supervisors, etc.

3. <u>VMS and XactPRM.</u> VMS and Xact PRM systems, including but not limited to their uses by Altisource and Altisource's vendors, and collection, compilation and storage of information concerning REO properties, including but not limited to Deutsche Bank REO properties, serviced, maintained, valued or marketed by Altisource (or by any vendor, contractor or agent acting on Altisource's behalf).

4. <u>Electronic Records/Data Systems (VMS/Xact PRM handled separately under Subject 3, above)</u>. Electronic records systems used by Altisource to maintain information regarding REO properties, including but not limited to Deutsche Bank REO properties, that were serviced, maintained or marketed by Altisource (or by any vendor, contractor or agent acting on Altisource's behalf), including but not limited to the systems identified by Altisource in response to Plaintiffs' Interrogatories, and in Oversight documents and reports identified in Altisource's policies.

5. <u>Policies, Practices and Procedures – Budgeting, Ocwen Approvals, Investor Approvals, Bid Review, Delegated Authority, RSC Approvals, Value Analyses, Total Preservation Cost, Altisource Supervisory Chain Approvals, and Approvals and Use of Funds for work on REO Properties Generally</u>. Policies, practices or procedures adopted, utilized and/or

8

approved by Altisource regarding the allocation and approval of funds for and work on Ocwen-related REO properties, including but not limited to, Investor Compliance and Investor Approval guidelines (e.g. "Investor Guideline Matrix" and "Delegated Authority Matrix"), compliance with servicing agreements concerning investor requirements, applications of Ocwen Net Present Value ("NPV") analyses, communications and interactions with Ocwen and with Altisource's vendors regarding and/or as a result of investor guidelines, Total Preservation Cost ("TPC"), Pre-Delegated Authority Matrix, AFS Bid Review Team Procedures, RSC orders or approvals, approval or rejection of vendor bids, standard and non-standard work, and, generally, authorization and use of funds for repair, renovation, preservation, maintenance, valuation, marketing and sale/disposition of REO properties, including Deutsche Bank REO properties, Altisource's oversight of these subjects and Altisource's reporting to Ocwen on these subjects.

6. <u>Policies, Practices and Procedures – Onboarding and Registering</u>. Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding onboarding REO properties into Altisource's and its Local or Prime Vendors' systems, and registering vacant REO properties based on city, municipal or state requirements, Altisource's oversight of its vendors regarding these subjects, and Altisource's reporting to Ocwen on these subjects.

7. <u>Policies, Practices and Procedures – Classifications of REO Properties.</u> Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding Ocwen-related REO properties, including Deutsche Bank REO properties, involving any practice of classification, grouping or categorization of REO properties including but not limited to concerning (a) locational or geographic area, or (b) valuation, dollar value, or net present value, or ( c) "status" or similar classifications such as "available status," "Out of REO," "redemption," "litigation status," "special servicing assets," "Pre-Listed," "Pending," "Pre Marketing,"

"Marketing," and Altisource's oversight of these subjects and Altisource's reporting to Ocwen on these subjects.

8. <u>Policies, Practices and Procedures – Completion, Purposes, Uses of Evaluations, Valuations and BPOs</u>. Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding the completion, purposes and uses of property evaluations, valuations, broker price opinions and reconciled broker price opinions or reconciled/reviewed valuations relating to REO properties, including Deutsche Bank REO properties, Altisource's oversight of these subjects and Altisource's reporting to Ocwen on these subjects.

9. <u>Policies, Practices and Procedures – Preservation, Maintenance and Inspection.</u> The policies, practices or procedures adopted, utilized and/or approved by Altisource regarding preservation, maintenance, and inspection of REO properties, including Deutsche Bank REO properties, Altisource's oversight of these subjects and Altisource's reporting to Ocwen on these subjects.

10. <u>Policies, Practices and Procedures – Marketing/Liquidation</u>. Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding marketing and sale/liquidation of REO properties, including but not limited to marketing plans, MLS listings, use of local realtors, Altisource Residential Sales Consultants, use of and procedures concerning Hubzu, sell "as is" determinations/authorizations, list and reserve price determinations, property auctions and auction types, disposition and/or liquidation or sale, of REO properties, including the Deutsche Bank REO properties, Altisource's oversight of these subjects and Altisource's reporting to Ocwen on these subjects.

11. <u>Policies, Practices and Procedures – Complaints, Violations.</u> Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding receiving, investigating

and/or responding to informal, administrative, and formal complaints regarding the maintenance of REO properties, including the Deutsche Bank REO properties, impacts of code violations/litigation on the preservation, maintenance and marketing of REO properties, including the funding thereof, risk management, document handling, use of iCasework and predecessor policies, municipal relations, and Altisource's oversight of and reporting on these subjects.

12. <u>Policies, Practices and Procedures- Quality Control, Escalation, Exception Reporting.</u>  Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding Quality Control of activities and operations relating to preservation, maintenance, inspection, valuation, marketing and sale/liquidation of REO properties including Deutsche Bank REO properties, including escalation policies and procedures and exception reporting.

13. <u>Powers of Attorney, Listing Agreements, Deeds, Contracts for Sale.</u>  The policies, practices or procedures adopted, utilized and/or approved by Altisource regarding:  (a) REO properties and Altisource's appointment as attorney in fact by Ocwen (or any Ocwen designee); (b)  Activities carried out by Altisource and its vendors pursuant to powers of attorney, (c) listing agreements, (d) contracts for sale of REO properties, Altisource's oversight of these subjects, and Altisource's reporting to Ocwen on these subjects.

14. <u>Altisource's Vendors – Selection, Terms, Contracts.</u>  The policies, practices and procedures adopted, utilized and/or approved by Altisource regarding selection and retention of local or prime vendors to perform services on Ocwen-related REO properties, including Deutsche Bank REO properties, including but not limited to terms of contracts with Altisource's vendors, terms of compensation, monitoring, termination, assignment or reassignment of

11

Altisource's vendors regarding preservation, maintenance, valuation, marketing and sales/liquidation of REO properties.

15. <u>Exemplar Property Files and Non-Electronic Systems</u>. The "exemplar" property files/records produced by Altisource on September 21, 2020 in response to Plaintiffs' discovery requests and any other non-electronic data records systems used by Altisource to maintain information regarding preservation, maintenance and marketing of REO properties.

16. <u>Policies, Practices and Procedures – Training of Personnel and Vendors.</u> Policies, practices or procedures adopted, utilized and/or approved by Altisource regarding the training of persons with responsibilities for REO properties and/or oversight of vendors and regarding the training of Altisource vendors, regarding REO properties, including Deutsche Bank REO properties.

17. <u>Policies, Practices and Procedures – Compliance with Federal, State, Local laws.</u> Policies, practices or procedures adopted, utilized and/or approved by Altisource to assure that REO properties, serviced or maintained by Altisource, including the Deutsche Bank REO properties, are maintained or brought into compliance with federal, state or local laws, including but not limited to compliance with laws and codes governing health and safety, property preservation or maintenance and fair housing, training of personnel assigned to oversight of these subjects, document control and municipal relations.

18. Reports, analyses or other documents relating to Altisource's REO preservation or maintenance activities submitted to third parties, including, but not limited to: the Department of Housing and Urban Development, Congress, the Consumer Financial Protection Bureau, local governmental agencies or officials, other Government agencies, Altisource's agents, vendors and

contractors, and real estate agents and companies involved in marketing and selling REO properties.

**CERTIFICATE OF SERVICE**

   I, Jennifer K. Soule, one of Plaintiffs' attorneys, certify that on January 7, 2021 I caused a copy of Plaintiffs' Amended Notice to Altisource Solutions, Inc. of Videotaped Rule 30(b)(6) Deposition by Remote Electronic Means to be served via electronic mail upon above addressees.

Jennifer K. Soule – JSoule@SBLLegal.com
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134
(630) 333-9144

**EXHIBIT B**

**DEPOSITION SCHEDULE**

## January 2021

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 **Ocwen: Day 1** Topics 15, 2, & 3 | 14 **Ocwen: Day 2** Overflow + Topics: 7 & 9 | 15 | 16 |
| 17 | 18 | 19 | 20 **Ocwen: Day 3** Topics 1 & 4 | 21 **Ocwen: Day 4** Overflow + Topics 6 & 13 | 22 | 23 |
| 24 | 25 | 26 | 27 **Altisource: Day 1** Topics 2, 14, *5 (*excluding RSC, Valuation, Marketing) | 28 **Altisource: Day 2** Topics 9, 17 | 29 | 30 |
| 31 |  |  |  |  |  |  |

AMECURRENT 739502190.1 30-Dec-20 16:41

# February

**DEPOSITION SCHEDULE**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 **Altisource: Day 3** Topics 11, *12 (*not including RSC, Valuation, Marketing) | 4 **Altisource: Day 4** Topics 6, 3, 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 **Ocwen: Day 5** Topics 8, 10 | 18 **Ocwen: Day 6** Topics 11,12 | 19 | 20 |
| 21 | 22 | 23 | 24 **Altisource: Day 5** Topics *5, *12 (RSC, Valuation, Marketing Components), 8, 10 | 25 **Altisource: Day 6** Topics 1, 13 | 26 | 27 |
| 28 |  |  |  |  |  |  |

**2021**

**DEPOSITION SCHEDULE**

# March

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 **Ocwen: Day 7** Subjects 5, 14 t/b/d -and Overflow | 4 **Ocwen: Day 8** t/b/d – and Overflow | 5 | 6 |
| 7 | 8 | 9 | 10 **Altisource: Day 7** Topics 16 and overflow | 11 **Altisource: Day 8** Overflow | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

**2021**