# Exhibit H

# SOULE, BRADTKE & LAMBERT

### ATTORNEYS AT LAW

402 Campbell Street, Suite 100, Geneva, Illinois 60134
Tel: 630.333.9144  Fax: 630.607.0266
www.soulebradtkeandlambert.com
Office@SBLLegal.com

Jennifer K. Soule
JSoule@SBLLegal.com

Kelly K. Lambert
KLambert@SBLLegal.com

James G. Bradtke
JBradtke@SBLLegal.com
*Of Counsel*

Steven P. Schneck
SSchneck@SBLLegal.com
*Special Counsel*

July 8, 2021

*Sent Via E-Mail*

Kenneth M. Kliebard
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Suite 500
Chicago, IL 60601
Email: *kenneth.kliebard@morganlewis.com*

Kevin M. Papay
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Email: *kevin.papay@morganlewis.com*

Kurt Rademacher
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Email: *kurt.rademacher@morganlewis.com*

Victor Cruz
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Email: *victor.cruz@morganlewis.com*

David Monteiro
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Email: *david.monteiro@morganlewis.com*

Ajani Brown
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Email: *ajani.brown@morganlewis.com*

Re:  *Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition to Deutsche Bank*

Dear Counsel:

Please find attached Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition to the Deutsche Bank Defendants to be conducted on the following dates: August 4, 2021, August 10, 2021, August 11, 2021, August 26, 2021 and August 27, 2021.  We selected August 4, 2021 to begin under the Amended Notice based on you informing us yesterday that Deutsche Bank's witness is not available until August.

In response to our prior discussions with you, we have modified our original notice in the following ways: (1) we have provided a more particularized description of the topics to be covered in Subject No. 4; (2) we have made certain edits for the purpose of clarity to the descriptions of the topics to be covered in Subject Nos. 2, 3, 7 and 9; (3) we have added

1

references to several documents in the Amended Notice that the witness should be prepared to testify regarding; and (4) we have broken out a portion of Subject No. 4 (referencing Servicer termination for material breach generally) into a new Subject No. 11, which specifically covers requests received by Deutsche Bank for the removal of Ocwen as Servicer. Please note that the documents identified in the Amended Notice are not intended to preclude Plaintiffs' use of other documents at the depositions. However, in this regard, we have already committed to identifying all of the exhibits to be used at the Deutsche Bank Rule 30(b)(6) deposition in advance of the deposition on particular topics.

More generally, our Notice covers 5 days. We will endeavor to be as efficient as possible. As we explained during our Rule 37 discussion yesterday, we do not anticipate inquiring as to areas of Defendants' business that are unrelated to PSAs, mortgage-backed securities or REOs, but we may ask questions to establish such facts. As to Defendants' responsibilities, duties and authority as Trustees under PSAs and owners of REO properties, we believe that we are entitled to a wide latitude in our questions. Obviously, we intend to use the time allocated for the depositions to focus on the subjects that we believe are most important in terms of the claims presented in this case. We recognize that you have indicated that there may be very limited responsive information as to certain topics (e.g., audits of REO properties, responses to information received from NFHA), but we believe that it is necessary to make a record on such matters.

In light of the communications concerning Plaintiffs' notice to Deutsche Bank to date, please advise us before close of business on July 14 whether Deutsche Bank will comply with Plaintiffs' Amended Notice, in whole or part, so that we may bring any disputes to the Court well in advance of the noticed depositions. As to particular dates, we of course will be flexible as regards witness availability, but the dates in the Amended Notice have the most overall coverage from Plaintiffs' assigned team and are therefore likely to result in being able to directly move forward as topics conclude.

Finally, as we noted during our call, we request that any documents related to the deposition that have not been produced to us at this point, be produced to us sufficiently in advance of each topic being covered. We are also expecting your response to our May 27, 2021 letter regarding various outstanding issues relating to document production this week and anticipate further discussion of those issues before July 14.

Sincerely,

Jennifer K. Soule

cc: Counsel of record

2