# Exhibit I

# Rademacher, Kurt William

| | |
|---|---|
| **Subject:** | NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al. |
| **Location:** | ████████████ |
| **Start:** | Thu 7/22/2021 2:00 PM |
| **End:** | Thu 7/22/2021 4:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Rademacher, Kurt William |
| **Required Attendees:** | 'Jennifer Soule'; Jim Bradtke |
| **Optional Attendees:** | Kliebard, Kenneth M.; Cruz, Victor H.; Brown, Ajani; Kelly Lambert; Stephen Dane; Steven Schneck; Morgan Williams; Maggie McKernin |

All –

   Please use the dial-in below for Thursday's discussion:

████████████

+14044104502 US Toll
+18773107479 US & Canada Toll Free
Access code: ████████

_____

**From:** Rademacher, Kurt William
**Sent:** Tuesday, July 20, 2021 1:11 PM
**To:** 'Jennifer Soule' <jsoule@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>
**Cc:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>; Jim Bradtke <jbradtke@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Steven Schneck <sschneck@sbllegal.com>; Morgan Williams <mwilliams@nationalfairhousing.org>; Maggie McKernin <office@sbllegal.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Jennifer –

   We'll circulate a dial-in for 1:00 to 3:00 CST on Thursday. We are working on a response to the May letter – in your letter of Friday, you requested that response by 7/23, but we'll do our best to get it over to you before then.

   One question regarding your outline – you cite a document from the December 11 production with a Bates Number ending in 618131 that we can't put our fingertips on for that date. Would you be able to circulate a copy of that document so we're sure we're referencing the same document you're inquiring about? Thank you.

Regards,
**Kurt W. Rademacher**
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4981 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
kurt.rademacher@morganlewis.com | www.morganlewis.com

Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

NAVIGATING THE NEXT.
Insights and Resources

---

**From:** Jennifer Soule <jsoule@sbllegal.com>
**Sent:** Monday, July 19, 2021 5:59 PM
**To:** Rademacher, Kurt William <kurt.rademacher@morganlewis.com>; Jim Bradtke <jbradtke@sbllegal.com>
**Cc:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>; Jim Bradtke <jbradtke@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Steven Schneck <sschneck@sbllegal.com>; Morgan Williams <mwilliams@nationalfairhousing.org>; Maggie McKernin <office@sbllegal.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Sending again to include my assistant, Maggie. Please cc her on all emails to me.

Thanks.

Jennifer K. Soule

Soule, Bradtke & Lambert
402 Campbell Street
Suite 100
Geneva, Illinois 60134
P: 630.333.9144
F: 630.607.0266
JSoule@SBLLegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIAL AND PRIVILEGED:** This email message (including any attachments hereto) contains information which may be confidential and attorney-client privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

---

**From:** Jennifer Soule
**Sent:** Monday, July 19, 2021 4:56 PM
**To:** 'Rademacher, Kurt William' <kurt.rademacher@morganlewis.com>; Jim Bradtke <jbradtke@sbllegal.com>
**Cc:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>; Jim Bradtke <jbradtke@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Steven Schneck <sschneck@sbllegal.com>; Morgan Williams <mwilliams@nationalfairhousing.org>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Kurt: Attached please find the list of Plaintiffs' questions and related documents concerning Amended Notice of Rule 30(b)(6) Deposition, Subject 2, Deutsche Bank Defendants' Data/Records. Of course, we may have some additions and follow-up, but most should be covered or lead to follow up. Likewise, our anticipated conference is likely to include follow-up questions. Let me know what time you would like to speak this Thursday, other than 11-1:00 Central. I had asked for 2 hours.

Also, in response to your note of yesterday (Sunday), the intent of our proposal on Subject 2 to provide questions and documents such as in the attached and have a conference to discuss this, is with an eye towards potentially avoiding a deposition on this subject if responses can be provided in a reasonable time frame. If we can get the answers on Subject 2 and confirm them by letter or stipulation, we hopefully will not need a sworn deposition on this Subject.

Finally, we will appreciate receiving Deutsche Bank's detailed response to our May 27, 2021 Rule 37 letter (and our April 20, 2021 letter) tomorrow, July 20, 2021.

Thanks very much.

Jennifer

Jennifer K. Soule

Soule, Bradtke & Lambert
402 Campbell Street
Suite 100
Geneva, Illinois 60134
P: 630.333.9144
F: 630.607.0266
JSoule@SBLLegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIAL AND PRIVILEGED:** This email message (including any attachments hereto) contains information which may be confidential and attorney-client privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

**From:** Rademacher, Kurt William <kurt.rademacher@morganlewis.com>
**Sent:** Sunday, July 18, 2021 8:35 PM
**To:** Jennifer Soule <jsoule@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>
**Cc:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Jennifer & Jim –

Regarding your letter, we'll work on responses to other issues for this week, but with regard to the informal conference on database issues, would it be possible to have your questions tomorrow, with an aim to having that discussion sometime on Thursday? We'd like try to be sure you're squared away on that issue well ahead of the deposition.

Regards,
**Kurt W. Rademacher**
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4981 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
kurt.rademacher@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com



**From:** Maggie McKernin <office@sbllegal.com>
**Sent:** Friday, July 16, 2021 4:35 PM
**To:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>
**Cc:** Papay, Kevin M. <kevin.papay@morganlewis.com>; Rademacher, Kurt William <kurt.rademacher@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Steven Schneck <sschneck@sbllegal.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Yiyang Wu <ywu@relmanlaw.com>; 'Reed Colfax' <rcolfax@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>
**Subject:** NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Mr. Kliebard:

Attached please find correspondence from Ms. Soule regarding the above referenced matter.

Thank you,

Maggie McKernin
Assistant to Jennifer K. Soule, James G. Bradtke,
and Kelly K. Lambert

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
p: (630) 333-9144
f: (630) 607-0266
Office@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIALITY:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.