# Exhibit J

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**PLAINTIFFS' SECOND AMENDED NOTICE TO DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE, OF RULE 30(b)(6) DEPOSITION**

To: Deutsche Bank National Trust Company,
As Trustee, and Deutsche Bank Trust
Company Americas, As Trustee:

    Kenneth M. Kliebard
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Suite 500
    Chicago, IL 60601
    kenneth.kliebard@morganlewis.com

    David Monteiro
    Victor Cruz
    Morgan, Lewis & Bockius LLP
    1717 Main Street, Suite 3200
    Dallas, TX 75201
    david.monteiro@morganlewis.com
    victor.cruz@morganlewis.com

    Kevin M. Papay
    Kurt Rademacher
    Morgan, Lewis & Bockius LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    kevin.papay@morganlewis.com
    kurt.rademacher@morganlewis.com

| | |
|---|---|
| Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation: | Altisource Solutions, Inc.: |
| Debra Bogo-Ernst<br>Matthew C. Sostrin<br>Jacey D. Norris<br>William J. McElhaney III<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>dernst@mayerbrown.com<br>msostrin@mayerbrown.com<br>jnorris@mayerbrown.com<br>wmcelhaney@mayerbrown.com | Nathan L. Garroway<br>Dentons US LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308<br>Nathan.garroway@dentons.com<br><br>Lisa M. Krigsten<br>Dentons US LLP<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111<br>lisa.krigsten@dentons.com<br><br>Shannon Shin<br>Cody Wood<br>Dentons US LLP<br>233 S. Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>shannon.shin@dentons.com<br>cody.n.wood@dentons.com |

cc: Lexitas chicago@lexitaslegal.com
    Jennifer Soule  Jsoule@SBLLegal.com
    Kelly Lambert Klambert@SBLLegal.com
    James Bradtke Jbradtke@SBLLegal.com
    Steven Schneck Sschneck@SBLLegal.com
    Stephen Dane Sdane@fairhousinglaw.com
    Morgan Williams MWilliams@nationalfairhousing.org
    Reed Colfax rcolfax@relmanlaw.com
    Lila Miller lmiller@relmanlaw.com
    Soohyun Choi schoi@relmanlaw.com
    Rebecca Livengood rlivengood@relmanlaw.com
    Yiyang Wu Ywu@relmanlaw.com
    Tara Ramchandani TRamchandani@relmanlaw.com
    Maggie McKernin Office@SBLLegal.com

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 30(b)(6), Plaintiffs, by their counsel, shall take the deposition of Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas beginning on August 4, 2021, and continuing on the other dates referenced in this Second Amended Notice, on the subject matters listed on the

2

attached Exhibit A. At the aforesaid time, these Defendants shall present via remote means the officer(s), agent(s) or employee(s) who is (are) designated by Defendants to testify about, and who is (are) most knowledgeable about the identified subjects. Said deposition will be recorded remotely before a certified court reporter with Lexitas Court Reporting Services, 180 North LaSalle Street, Chicago, Illinois 60601- (312)-236-6936 via LegalView/Zoom software. (Plaintiffs or Defendants may elect to add videography recording to these depositions). The deponent and all parties will be appearing remotely from their own locations. Lexitas Court Reporting Services will email directly each individual listed above with a calendar invite and information on how to access and participate in the deposition. This Notice supersedes and replaces the Rule 30(b)(6) Deposition Notice previously served upon Defendants on July 8, 2021.

_____

Jennifer K. Soule – JSoule@SBLLegal.com
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134
(630) 333-9144

Dated: August 2, 2021

3

**EXHIBIT A**
**DEFINITIONS AND INSTRUCTIONS**

A. "Defendants" means Deutsche Bank National Trust Company and/or Deutsche Bank Trust Company Americas, or any of their successors or predecessors, any of their officials, employees, agents, representatives, contractors, attorneys, and any other persons acting or purporting to act for or on behalf of any or all of them, separately and collectively. To the extent that a witness can be and is presented to testify on behalf of the Defendants collectively, Defendants should so indicate; otherwise, as needed, Defendants are required to present such additional witness(es) as will provide complete testimony on each subject specified.

B. "Plaintiffs" refers to any of the Plaintiffs in the instant litigation, namely National Fair Housing Alliance, HOPE Fair Housing Center, Open Communities, South Suburban Housing Center, Housing Opportunities Made Equal of Virginia, Fair Housing Opportunities of Northwest Ohio, Inc., Fair Housing Continuum, Greater New Orleans Fair Housing Action Center; Denver Metro Fair Housing Center, Metropolitan Milwaukee Fair Housing Council, Fair Housing Center of West Michigan, The Miami Valley Fair Housing Center, Fair Housing Center For Rights & Research, Fair Housing Center of the Greater Palm Beaches, Fair Housing Center of Central Indiana, Central Ohio Fair Housing Association, Housing Opportunities Project for Excellence, Inc., Connecticut Fair Housing Center, North Texas Fair Housing Center, and Fair Housing Advocates of Northern California.

C. "Employees" means all employees, including officials, managers, professional staff, office or clerical staff, interns, trainees, volunteers, contractors, consultants, agents, and all other persons providing assistance to Defendants, regardless of whether such persons are considered or classified as an independent contractor or consultant.

4

D. The term "REO" means any residential dwelling owned by Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas, as trustee, or in any other capacity, after foreclosure.

E. The terms "policy," "practice," and "procedure" refer to any written or formal policy, rule, regulation, guideline, or a practice of general applicability that may or may not have been reduced to writing or otherwise formalized.

F. The applicable time period relating to this Notice is the period from January 1, 2010 to the present.

G. The terms "and" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing a request, the singular shall include the plural, and the plural shall include singular. The past tense includes the present and the present tense includes the past, where the clear meaning is not destroyed by the change.

H. The terms "relate," "relating to," "in connection with," "regarding," and "with regard to" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

## SUBJECTS AND DATES OF DEPOSITIONS

1. <u>Organization</u>. The department(s), division(s), or other organizational entities of Defendants having responsibilities relating to Defendants' activities as Trustees in connection with Pooling and Servicing Agreements (referred to in the Subjects herein as "PSAs") or other instruments that package residential mortgage loans together for investment purposes, and the general scope of the responsibilities of each organizational entity and the individual(s) who work(ed) in each organizational entity. (August 4, 2021 at 9:00 a.m. CST)

2. <u>Records</u>. The records (electronic and non-electronic) maintained by Defendants relating to their activities as Trustees in connection with PSAs or other instruments that package together residential mortgage loans for investment purposes, including, without limitation, any databases containing such information and the exemplars from those databases produced by Defendants in discovery. <u>See</u> Deutsche Bank National Trust Company Trust & Securities Services Policies and Procedures Manual, DB_NFHA00121148-DB_NFHA00121896; Exemplar Distribution Report January 25, 2017, DB_NFHA00121897-121929; DB_NFHA300709 (exemplar Excel data); DB_NFHA300703-300708 (Legend of Deal IDs and Trust Names); Litigation and Correspondence Procedure October 2, 2017, Corporate Trust US, DB_NFHA00121134-DB_NFHA0012140; Litigation and Correspondence Procedure October 3, 2016, DB_NFHA00121141-121147. (August 10, 2021 at 1:00 p.m. CST)

3. <u>Obligations Under PSAs</u>. The obligations, duties and authority assumed by Defendants as Trustees in connection with PSAs or other instruments that package together residential mortgage loans for investment purposes, including, but not limited to, Defendants' rights, responsibilities and duties arising upon a borrower's default on an underlying residential mortgage. (August 26, 2021 at 9:00 a.m. CST)

4. <u>General Policies, Practices and Procedures</u>. The policies, practices and procedures utilized by Defendants, as trustees, relating to the following activities and duties related to PSAs or other instruments that package together residential mortgage loans for investment purposes (referred to in Subject 4 as "other instruments"): (a) the criteria and procedures relating to Defendants' entry into PSAs or other instruments (b) the obligations and responsibilities imposed upon Defendants, as trustees, pursuant to the provisions of PSAs or other instruments; (c) the responsibilities and oversight exercised by Defendants, as

6

trustees/Owners, with respect to residential properties that become REO properties after foreclosure; (d) the authorization or approval by Defendants of the use of funds in connection with the maintenance, repair or upkeep of REO properties; (e) the disposition, marketing or sale of REO properties; and (f) the oversight and monitoring of servicer or vendor performance, including Defendants' responsibilities, as trustee, with regard to termination of Servicers or Vendors for material breach.  See Deutsche Bank National Trust Company Trust & Securities Services Policies and Procedures Manual, DB_NFHA00121148-DB_NFHA00121896. (August 10, 2021 at 9:00 a.m. CST)

       5.      <u>Code Violations, Citations, Complaints or Other Legal Actions.</u>  Defendants' policies, practices or procedures (if any) related to receiving, preserving and responding to notices of code violations, citations, complaints or other legal actions relating to REO properties. (August 27, 2021 at 9:00 a.m. CST)

       6.      <u>Compliance with Federal, State and Local Laws.</u>  Defendants' policies, practices or procedures (if any) to assure that REO properties owned by Defendants, as Trustees, are maintained and brought into compliance with applicable federal, state or local laws, including but not limited to laws and codes governing health and safety, property preservation, maintenance and fair housing.  (August 27, 2021 at 11:00 a.m. CST)

       7.      <u>Compensation to Defendants</u>.  The compensation received by Defendants for acting as Trustees in connection with PSAs or other instruments that package together residential mortgage loans for investment purposes, including compensation received for acting as Trustees under the following PSAs:  Bravo Mortgage Asset Trust 2006-1, DBNFHA27375; RESMAE Securities Trust, DBNFHA115424 and IndyMacMortage Loan Trust 2006-AR41, DBNFHA 76901-77092.  (August 4, 2021 at 11:00 a.m. CST)

8. <u>Certifications of Compliance</u>. Documents prepared, executed or received by Defendants in connection with PSAs or other instruments that package together residential mortgage loans for investment purposes, which certify the satisfactory compliance by Defendants, as Trustees, Servicers or Vendors with obligations imposed upon them under such agreements or by law. (August 4, 2021 at 1:00 p.m. CST)

9. <u>Analyses, Audits or Investigations Performed with Regard to REO Properties</u>. Analyses, audits or investigations performed by Defendants as to maintenance performed on REO properties. (August 27, 2021 at 3:00 p.m. CST)

10. <u>Actions Responding to Information Received from Plaintiffs</u>. Actions considered or taken by Defendants in response to information provided by Plaintiffs with regard to alleged disparities in REO maintenance. (August 27, 2021 at 2:00 p.m. CST)

11. <u>Demands from Holders of Trust Certificates Related to Alleged Material Breaches of Obligations by Ocwen.</u> Demands made by Holders of Trust Certificates or their representatives alleging that Defendant Ocwen as Servicer (or in any other capacity) breached material obligations under any PSAs or other instruments that package together residential mortgage loans for investment purposes as to which Defendants acted as Trustees, including: (a) all notices related to such demands; (b) all materials submitted by Defendant Ocwen or the part(ies) relating to such demands; and (c) all actions taken by Defendants to assess and respond to such demands. (August 11, 2021 at 9:00 a.m. CST)

## CERTIFICATE OF SERVICE

      I, Jennifer K. Soule, one of Plaintiffs' attorneys, certify that on August 2, 2021, I caused a copy of Plaintiffs' Second Amended Notice of Rule 30(b)(6) Deposition to Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas to be served via electronic mail upon the above addressees.

Jennifer K. Soule – JSoule@SBLLegal.com
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134
(630) 333-9144

9