# Exhibit K

**Rademacher, Kurt William**

| | |
|---|---|
| From: | Kliebard, Kenneth M. |
| Sent: | Tuesday, August 03, 2021 7:04 PM |
| To: | Maggie McKernin; Rademacher, Kurt William; Papay, Kevin M.; Monteiro, David I.; Cruz, Victor H.; Brown, Ajani; Shin, Shannon Y.; Krigsten, Lisa M.; Wood, Cody N.; Nathan Garroway; Debra Bogo-Ernst; msostrin@mayerbrown.com; Norris, Jacey D. |
| Cc: | Jennifer Soule; Kelly Lambert; Jim Bradtke; Steven Schneck; Stephen Dane; Morgan Williams; 'Lila Miller'; 'Reed Colfax'; rlivengood@relmanlaw.com; Tara Ramchandani; Yiyang Wu; Soohyun Choi |
| Subject: | RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al. |

Jim:

Plaintiffs previously represented that they would proceed as efficiently as possible, but it is clear from your response that Plaintiffs have decided before the deposition even begins that they will not attempt to reach more than half of their designated topics and then insist on 5 full days of depositions even though 2 ½ would suffice. The Trustees have prepared their witness on all topics described in your first amended notice, and are making him available at this week's scheduled times. Plaintiffs decision to proceed in this dilatory manner comes at their own peril.

Regards,

Ken

**Kenneth M. Kliebard**
Morgan, Lewis & Bockius LLP
110 North Wacker Drive | Chicago, IL 60606-1511
Direct: +1.312.324.1774 | Main: +1.312.324.1000 | Fax: +1.312.324.1001 | Mobile: +1.312.636.2636
kenneth.kliebard@morganlewis.com | www.morganlewis.com
Assistant: Holly Bachara | +1.312.324.1782 | holly.bachara@morganlewis.com



**From:** Maggie McKernin <office@sbllegal.com>
**Sent:** Tuesday, August 03, 2021 5:33 PM
**To:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Rademacher, Kurt William <kurt.rademacher@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>
**Cc:** Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Lila Miller' <lmiller@relmanlaw.com>; 'Reed Colfax' <rcolfax@relmanlaw.com>; rlivengood@relmanlaw.com; Tara Ramchandani <TRamchandani@relmanlaw.com>; Yiyang

Wu <ywu@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>
**Subject:** FW: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Good Evening,

I am forwarding Mr. Bradtke's response (below) to include all Counsel.

Thank you,

Maggie McKernin

Soule, Bradtke & Lambert
Assistant to Jennifer K. Soule, James G. Bradtke,
and Kelly K. Lambert

---

**From:** Jim Bradtke <jbradtke@sbllegal.com>
**Sent:** Tuesday, August 3, 2021 4:40 PM
**To:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>
**Subject:** Re: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Ken,

You received exhibits for deposition subjects 1, 3 and 8 last week (which is substantially sooner than defendants have produced exhibits to us). I don't think there is any chance that we will get beyond those three topics in two days. If you remember, all the deposition exhibits for the Ocwen and Altisource Rule 30(b)(6) deposition were not produced at one time - they were produced in connection with the particular subjects being taken. So there is nothing contrary to any agreement or practice in this case.

As to Topic No. 11, we added the topic after you raised concerns about the specificity of the issues to be addressed. We revised it in advance of the deposition even beginning, which is our prerogative. I sent the exhibits out for Topic 11 as a fallback in the unlikely case we got to another topic this week, but we won't, so you can tell the witness he doesn't need to prepare for Topic 11 now.

Jim

---

**From:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>
**Sent:** Tuesday, August 3, 2021 4:19 PM
**To:** Jim Bradtke <jbradtke@sbllegal.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Rademacher, Kurt William <kurt.rademacher@morganlewis.com>
**Cc:** 'Bogo-Ernst, Debra' <DErnst@mayerbrown.com>; msostrin@mayerbrown.com <msostrin@mayerbrown.com>; 'Norris, Jacey D.' <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com <wmcelhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; 'Krigsten, Lisa M.' <lisa.krigsten@dentons.com>; Shin, Shannon Y.

<shannon.shin@dentons.com>; 'Wood, Cody N.' <cody.n.wood@dentons.com>; Grabowski, Adriana <adriana.grabowski@dentons.com>; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Maggie McKernin <office@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Yaya (Yiyang) Wu <ywu@relmanlaw.com>; Reed Colfax <rcolfax@relmanlaw.com>; Rebecca Livengood <rlivengood@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Jim, Topic 11 was added in the prior iteration of the deposition notice and was represented by you to be nothing more than splitting off that topic from another topic. If that were true, then there would have been no need to divide the prior topic. Putting aside that attempted sleight of hand, now, two days before the deposition, Plaintiffs have revised that topic in a way that expands it significantly. To state the obvious, Plaintiffs cannot reasonably expect for the Trustees to have a witness thoroughly prepared on Topic 11 this week. Further, we have yet to receive proposed exhibits for all of the topics. That is contrary to our agreement. Can you let us know why that is? Thanks.

--Ken

**Kenneth M. Kliebard**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive | Chicago, IL 60606-1511
Direct: +1.312.324.1774 | Main: +1.312.324.1000 | Fax: +1.312.324.1001 | Mobile: +1.312.636.2636
kenneth.kliebard@morganlewis.com | www.morganlewis.com
Assistant: Holly Bachara | +1.312.324.1782 | holly.bachara@morganlewis.com

---

**From:** Jim Bradtke <jbradtke@sbllegal.com>
**Sent:** Monday, August 02, 2021 12:34 PM
**To:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Rademacher, Kurt William <kurt.rademacher@morganlewis.com>
**Cc:** 'Bogo-Ernst, Debra' <DErnst@mayerbrown.com>; msostrin@mayerbrown.com; 'Norris, Jacey D.' <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Nathan Garroway <Nathan.garroway@dentons.com>; 'Krigsten, Lisa M.' <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; 'Wood, Cody N.' <cody.n.wood@dentons.com>; Grabowski, Adriana <adriana.grabowski@dentons.com>; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Maggie McKernin <office@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Yaya (Yiyang) Wu <ywu@relmanlaw.com>; Reed Colfax <rcolfax@relmanlaw.com>; Rebecca Livengood <rlivengood@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Counsel:

Attached please find a Second Amended Notice to Defendants Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee, of Rule 30(b)(6) Deposition. Please note that the only change is to the wording of Subject No. 11.

Sincerely,

James G. Bradtke
Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, IL 60134
630.333.9144

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.