# Exhibit L

# SOULE, BRADTKE & LAMBERT

ATTORNEYS AT LAW
402 Campbell Street, Suite 100, Geneva, Illinois 60134
Tel: 630.333.9144  Fax: 630.607.0266
www.soulebradtkeandlambert.com
Office@SBLLegal.com

Jennifer K. Soule
JSoule@SBLLegal.com

Kelly K. Lambert
KLambert@SBLLegal.com

James G. Bradtke
JBradtke@SBLLegal.com
*Of Counsel*

Steven P. Schneck
SSchneck@SBLLegal.com
*Special Counsel*

August 10, 2021

*Sent Via E-Mail*

Kenneth M. Kliebard
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60601
Email: kenneth.kliebard@morganlewis.com

Kurt Rademacher
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Email:  kurt.rademacher@morganlewis.com

Re:  Completion of Deutsche Bank Rule 30(b)(6) Depositions

Ken and Kurt,

We propose completing the Deutsche Bank Rule 30(b)(6) Depositions as follows:

1.  8/26/21  -  Topic No. 7, (Compensation to Defendants); Topic No. 9 (Audits, etc. of REO properties); Topic No. 10 (Responsive Actions Considered or Taken); Topic No. 11 (Demands from Holders Regarding Alleged Ocwen Breaches)

2.  8/27/21  -  Topic No. 5 ( Code Violations, Citations, Complaints, Etc.) and Topic No. 6  (Compliance with Federal, State and Local Laws)

3. TBD (might be started on 8/27/21 if other topics finish, although will likely need to proceed on another day):  Topic No. 4 – (Policies, Practices and Procedures).

Please let us know if these dates work on your end.  While we have some flexibility, there will be several different attorneys taking these depositions, so scheduling may be a little complicated.  Also, we want to be sure to receive from you all additional documents related to

the depositions (e.g., updated policy and procedure manual) well in advance of the deposition dates.

      Thanks for your cooperation.

                                          Very Truly,

                                          James G. Bradtke

cc: Counsel of record