# Exhibit O

# Morgan Lewis

**Kurt W. Rademacher**
Partner
+1.215.963.4981
kurt.rademacher@morganlewis.com

August 18, 2021

**VIA E-MAIL**

James G. Bradtke (JBradtke@SBLLegal.com)
Soule, Bradtke & Lambert
402 Campbell St., Suite 100
Geneva, Illinois 60134

Re:     *National Fair Housing Alliance, et. al. v. Deutsche Bank National Trust, et. al.*, Case No. 18-cv-00839; Trustees' Response to Plaintiffs' August 12, 2021 E-mail

Dear Mr. Bradtke:

I write on behalf of Defendants Deutsche Bank National Trust Company ("DBNTC") and Deutsche Bank Trust Company Americas ("DBTCA"), each in their capacities as trustee (the "Trustees") in response to your August 12, 2021 e-mail.

As you likely saw, the court has scheduled a hearing on your motion to compel for September 8, 2021. In the interest of keeping the case progressing and mindful of discovery deadlines, we believe it would be sensible to schedule the third day of testimony for the Trustees' 30(b)(6) witness. Accordingly, the Trustees are prepared to make their witness available on August 27, 2021, at 10:00 a.m. CST/8:00 a.m. PST. In making this proposal, the Trustees in no way waive any positions they have taken thus far with respect to the length of the deposition; rather, our position is that each side would preserve its right to make whatever arguments it chooses to make at the hearing.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States

**☎** +1.215.963.5000
**F** +1.215.963.5001

August 18, 2021
Page 2

We ask that Plaintiffs indicate by Friday, August 20, 2021 if they wish to proceed on the offered date, as our client is holding the time.  Thank you.

Very truly yours,

Kurt W. Rademacher


c:  Counsel of Record