# Exhibit P

# Rademacher, Kurt William

| | |
|---|---|
| **From:** | Jim Bradtke <jbradtke@sbllegal.com> |
| **Sent:** | Wednesday, August 18, 2021 9:38 PM |
| **To:** | Rademacher, Kurt William; Maggie McKernin; Kliebard, Kenneth M.; Monteiro, David I.; Cruz, Victor H.; Brown, Ajani |
| **Cc:** | Debra Bogo-Ernst; msostrin@mayerbrown.com; Norris, Jacey D.; wmcelhaney@mayerbrown.com; Nathan Garroway; Krigsten, Lisa M.; Shin, Shannon Y.; Wood, Cody N.; adriana.grabowski@dentons.com; Jennifer Soule; Kelly Lambert; Steven Schneck; Stephen Dane; Morgan Williams; Reed Colfax; Yiyang Wu; Tara Ramchandani; Soohyun Choi; Lila Miller |
| **Subject:** | RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al. |

[EXTERNAL EMAIL]
Kurt:

There is obviously a difference as to how we would approach the continuation of the deposition under circumstances where it would proceed for two to three days (as we believe is necessary) as opposed to one day (as Deutsche Bank asserts is appropriate). As such, we believe that proceeding with the third day of the deposition is nonsensical before the parameters for continuing the deposition are resolved.

Jim Bradtke

---

**From:** Rademacher, Kurt William <kurt.rademacher@morganlewis.com>
**Sent:** Wednesday, August 18, 2021 9:31 PM
**To:** Jim Bradtke <jbradtke@sbllegal.com>; Maggie McKernin <office@sbllegal.com>; Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>
**Cc:** Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; adriana.grabowski@dentons.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Reed Colfax <rcolfax@relmanlaw.com>; Yiyang Wu <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Jim –

    Please see the attached letter.

Regards,
**Kurt W. Rademacher**
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4981 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
kurt.rademacher@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com



**From:** Jim Bradtke <jbradtke@sbllegal.com>
**Sent:** Thursday, August 12, 2021 2:19 PM
**To:** Rademacher, Kurt William <kurt.rademacher@morganlewis.com>; Maggie McKernin <office@sbllegal.com>; Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>
**Cc:** Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; adriana.grabowski@dentons.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Reed Colfax <rcolfax@relmanlaw.com>; Yiyang Wu <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Kurt,

The characterizations in your letter are grossly inaccurate, and we disagree with your "proposal." We will file a motion with the Court.

Jim

**From:** Rademacher, Kurt William <kurt.rademacher@morganlewis.com>
**Sent:** Thursday, August 12, 2021 2:04 PM
**To:** Maggie McKernin <office@sbllegal.com>; Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>
**Cc:** Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; adriana.grabowski@dentons.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Reed Colfax <rcolfax@relmanlaw.com>; Yiyang Wu <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

Jim –

Please see the attached response to your April 10 letter.

Regards,
**Kurt W. Rademacher**
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921

Direct: +1.215.963.4981 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
kurt.rademacher@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com



---

**From:** Maggie McKernin <office@sbllegal.com>
**Sent:** Tuesday, August 10, 2021 3:10 PM
**To:** Kliebard, Kenneth M. <kenneth.kliebard@morganlewis.com>; Rademacher, Kurt William <kurt.rademacher@morganlewis.com>; Monteiro, David I. <david.monteiro@morganlewis.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Cruz, Victor H. <victor.cruz@morganlewis.com>; Brown, Ajani <ajani.brown@morganlewis.com>
**Cc:** Debra Bogo-Ernst <dernst@mayerbrown.com>; msostrin@mayerbrown.com; Norris, Jacey D. <JNorris@mayerbrown.com>; wmcelhaney@mayerbrown.com; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>; Wood, Cody N. <cody.n.wood@dentons.com>; adriana.grabowski@dentons.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; Reed Colfax <rcolfax@relmanlaw.com>; Yiyang Wu <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Soohyun Choi <schoi@relmanlaw.com>; Lila Miller <lmiller@relmanlaw.com>
**Subject:** NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al.

[EXTERNAL EMAIL]
Mr. Kliebard and Mr. Rademacher:

Attached please find correspondence from Mr. Bradtke.

Thank you,

Maggie McKernin
*Assistant to Jennifer K. Soule, James G. Bradtke,*
*and Kelly K. Lambert*

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
p: (630) 333-9144
f:  (630) 607-0266
Office@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIALITY:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.


DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.

If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.