# Exhibit C

# maltatoday (/)

MENU

HOME (/)  NEWS (/NEWS)  DIGITAL PAPER (/MALTATODAYDIGITALEDITION)

News (/news/) / National (/news/national/)

## Millionaire facing US investment fraud suit is Malta's newest citizen

William Erbey was forced to resign chairmanship of US mortgage giant Ocwen over serious conflicts of interest related to foreclosures on homeowners



16 June 2016, 8:10am
by **Matthew Vella**



By using this site, you agree to our Privacy Policy including the use of cookies to enhance your experience. (https://www.maltatoday.com.mt/privacy-policy/)