# Exhibit D

Maggie McKernin

| | |
|---|---|
| From: | Garroway, Nathan L. <nathan.garroway@dentons.com> |
| Sent: | Thursday, June 24, 2021 8:53 AM |
| To: | Jim Bradtke; Bogo-Ernst, Debra; Maggie McKernin; Sostrin, Matthew; Norris, Jacey D.; McElhaney III, William J.; Krigsten, Lisa M.; Shin, Shannon Y. |
| Cc: | Kenneth Kliebard; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule; Kelly Lambert; Steven Schneck; Stephen Dane; Morgan Williams; 'Yiyang Wu'; Tara Ramchandani |
| Subject: | RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713] |

Jim, Altisource also does not represent Mr. Erbey and will not accept service of a subpoena on his behalf. Thank you.

**大成DENTONS** Nathan L. Garroway

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 404 527 4391 | US Internal 74391
nathan.garroway@dentons.com
Bio | Website

Dentons US LLP

Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Jim Bradtke <jbradtke@sbllegal.com>
**Sent:** Thursday, June 24, 2021 9:50 AM
**To:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>; Maggie McKernin <office@sbllegal.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Garroway, Nathan L. <nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713]

[WARNING: EXTERNAL SENDER]

Debra,

Thank you for your response.

Jim Bradtke

**From:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>
**Sent:** Wednesday, June 23, 2021 4:22 PM
**To:** Maggie McKernin <office@sbllegal.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Bogo-Ernst, Debra <DErnst@mayerbrown.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713]

Counsel,

In response to your June 8, 2021 letter, at this time, we do not represent Mr. Erbey, and we will not accept service of the subpoena.

Best,

Debra

---

**Debra Bogo-Ernst**
*Partner*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606 United States of America
T +1 312 701 7403 | F +1 312 706 8474
dernst@mayerbrown.com

LinkedIn | Twitter
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.


**From:** Maggie McKernin <office@sbllegal.com>
**Sent:** Tuesday, June 08, 2021 10:00 AM
**To:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck

<sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>
**Subject:** NFHA, et al. v. Deutsche Bank National Trust, et al.

**\*\*EXTERNAL SENDER\*\***

Counsel:

Attached please find correspondence from Mr. Bradtke regarding the above referenced matter.

Thank you,

Maggie McKernin
*Assistant to Jennifer K. Soule, James G. Bradtke,*
*and Kelly K. Lambert*

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
p: (630) 333-9144
f: (630) 607-0266
Office@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIALITY:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.