# Exhibit E

# SOULE, BRADTKE & LAMBERT

ATTORNEYS AT LAW

402 Campbell Street, Suite 100, Geneva, Illinois 60134
Tel: 630.333.9144  Fax: 630.607.0266
www.soulebradtkeandlambert.com
Office@SBLLegal.com

Jennifer K. Soule
JSoule@SBLLegal.com

Kelly K. Lambert
KLambert@SBLLegal.com

James G. Bradtke
JBradtke@SBLLegal.com
*Of Counsel*

Steven P. Schneck
SSchneck@SBLLegal.com
*Special Counsel*

July 14, 2021

*Sent Via U.S. Mail*

Mr. William C. Erbey
P.O. Box 25437
Christiansted, St. Croix, VI 00824

    Re: National Fair Housing Alliance, et al. v. Deutsche Bank National Trust Company, as Trustee, et al., Case No. 18 cv 0839 (N.D. Ill.)

Dear Mr. Erbey:

    We represent the National Fair Housing Alliance and eighteen regional fair housing organizations in a lawsuit filed in the District Court for the Northern District of Illinois against Deutsche Bank, Ocwen and Altisource regarding Defendants' alleged disparate maintenance and marketing with regard to REOs in communities of color.  A copy of the Second Amended Complaint is enclosed.

    The case is in the discovery phase, and the parties are engaged in the process of taking depositions.  During the course of discovery, Deutsche Bank produced numerous certifications signed by you regarding Ocwen's purported compliance with servicing standards.  We believe that it will be necessary to take your deposition, which will focus on your knowledge related to various aspects of the maintenance and marketing of REO properties by Ocwen and Altisource.  We believe that your deposition can be conducted virtually (by video conference) and estimate that it will take less than one day to complete.

    We are writing to you informally to see if you are willing to accept service of a subpoena by mail and to arrange a convenient date and time for your deposition in September.   If we hear back from you (or your counsel, if you decide to secure representation), we will then send you a deposition subpoena by mail for the date and time that you request .  If we do not hear back from you or you decline this proposal, we will arrange for personal service on you of the subpoena by a process server.

    Before contacting you, we inquired whether counsel for Ocwen or Altisource were representing you and whether they would accept service of the subpoena on your behalf.  They

1

informed us that they do not represent you and would not accept service. If you have questions about the deposition or case, please feel free to contact us, or if you decide to engage counsel, please have counsel contact us.

      Thank you for your anticipated cooperation.

      Very Truly,

*James G. Bradtke*
James G. Bradtke

*Steven P. Schneck*
Steven P. Schneck

Enclosure

2