# Exhibit G

| | |
|---|---|
| **From:** | Bogo-Ernst, Debra |
| **To:** | Jim Bradtke; Maggie McKernin; Sostrin, Matthew; Norris, Jacey D.; McElhaney III, William J.; Nathan Garroway; Krigsten, Lisa M.; Shin, Shannon Y. |
| **Cc:** | Kenneth Kliebard; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule; Kelly Lambert; Steven Schneck; Stephen Dane; Morgan Williams; "Yiyang Wu"; Tara Ramchandani; Bogo-Ernst, Debra |
| **Subject:** | RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713] |
| **Date:** | Tuesday, August 03, 2021 7:31:04 PM |

Jim,

Please send a subpoena to me for the deposition, and we can meet and confer. We want to understand why plaintiffs feel they need to depose Mr. Erbey, and then we will take a position with respect to the subpoena and whether we intend to present Mr. Erbey for a deposition or will oppose the deposition.

Thank you,

Debra

---

**From:** Jim Bradtke <jbradtke@sbllegal.com>
**Sent:** Tuesday, August 03, 2021 6:53 PM
**To:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>; Maggie McKernin <office@sbllegal.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>
**Subject:** Re: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713]

**\*\*EXTERNAL SENDER\*\***

Debra,

Thank you for providing this information. I will call you to discuss a convenient time for Mr. Erbey's deposition in the context of the other depositions that are proceeding.

Jim

---

**From:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>
**Sent:** Tuesday, August 3, 2021 1:05 PM
**To:** Maggie McKernin <office@sbllegal.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten,

Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com <kevin.papay@morganlewis.com>; kurt.rademacher@morganlewis.com <kurt.rademacher@morganlewis.com>; david.monteiro@morganlewis.com <david.monteiro@morganlewis.com>; victor.cruz@morganlewis.com <victor.cruz@morganlewis.com>; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Bogo-Ernst, Debra <DErnst@mayerbrown.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713]

Counsel,

Mayer Brown now represents Mr. Erbey. Please contact me to discuss next steps with respect to his subpoena, for which we will accept service.

Best,

Debra

---

**From:** Bogo-Ernst, Debra
**Sent:** Wednesday, June 23, 2021 3:22 PM
**To:** Maggie McKernin <office@sbllegal.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>; Bogo-Ernst, Debra <DErnst@mayerbrown.com>
**Subject:** RE: NFHA, et al. v. Deutsche Bank National Trust, et al. [MB-AME.FID1971713]

Counsel,

In response to your June 8, 2021 letter, at this time, we do not represent Mr. Erbey, and we will not accept service of the subpoena.

Best,

Debra

_____

**Debra Bogo-Ernst**
*Partner*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606 United States of America
T +1 312 701 7403 | F +1 312 706 8474
dernst@mayerbrown.com

LinkedIn | Twitter
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** Maggie McKernin <office@sbllegal.com>
**Sent:** Tuesday, June 08, 2021 10:00 AM
**To:** Bogo-Ernst, Debra <DErnst@mayerbrown.com>; Sostrin, Matthew <MSostrin@mayerbrown.com>; Norris, Jacey D. <JNorris@mayerbrown.com>; McElhaney III, William J. <WMcElhaney@mayerbrown.com>; Nathan Garroway <Nathan.garroway@dentons.com>; Krigsten, Lisa M. <lisa.krigsten@dentons.com>; Shin, Shannon Y. <shannon.shin@dentons.com>
**Cc:** Kenneth Kliebard <kenneth.kliebard@morganlewis.com>; kevin.papay@morganlewis.com; kurt.rademacher@morganlewis.com; david.monteiro@morganlewis.com; victor.cruz@morganlewis.com; Jennifer Soule <jsoule@sbllegal.com>; Kelly Lambert <klambert@sbllegal.com>; Jim Bradtke <jbradtke@sbllegal.com>; Steven Schneck <sschneck@sbllegal.com>; Stephen Dane <sdane@fairhousinglaw.com>; Morgan Williams <MWilliams@nationalfairhousing.org>; 'Yiyang Wu' <ywu@relmanlaw.com>; Tara Ramchandani <TRamchandani@relmanlaw.com>
**Subject:** NFHA, et al. v. Deutsche Bank National Trust, et al.

**\*\*EXTERNAL SENDER\*\***

Counsel:

Attached please find correspondence from Mr. Bradtke regarding the above referenced matter.

Thank you,

Maggie McKernin
*Assistant to Jennifer K. Soule, James G. Bradtke,*
*and Kelly K. Lambert*

Soule, Bradtke & Lambert
402 Campbell Street, Suite 100
Geneva, Illinois 60134
p: (630) 333-9144
f:  (630) 607-0266
Office@sbllegal.com
www.soulebradtkeandlambert.com

**CONFIDENTIALITY:** This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.