# Exhibit J

# SOULE, BRADTKE & LAMBERT

ATTORNEYS AT LAW

402 Campbell Street, Suite 100, Geneva, Illinois 60134
Tel: 630.333.9144  Fax: 630.607.0266
www.soulebradtkeandlambert.com
Office@SBLLegal.com

Jennifer K. Soule
JSoule@SBLLegal.com

Kelly K. Lambert
KLambert@SBLLegal.com

James G. Bradtke
JBradtke@SBLLegal.com
*Of Counsel*

Steven P. Schneck
SSchneck@SBLLegal.com
*Special Counsel*

June 8, 2021

<u>Sent Via Email</u>

Debra Bogo-Ernst
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
*dernst@mayerbrown.com*

Nathan L. Garroway
Dentons US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
*Nathan.garroway@dentons.com*

Matthew C. Sostrin
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
*msostrin@mayerbrown.com*

Lisa M. Krigsten
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
*lisa.krigsten@dentons.com*

Jacey D. Norris
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
*jnorris@mayerbrown.com*

Shannon Shin
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
*shannon.shin@dentons.com*

William J. McElhaney III
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
*wmcelhaney@mayerbrown.com*

Dear Counsel:

      We will be serving a deposition subpoena on Mr. William C. Erbey, who has knowledge related to various matters in this case, including multiple signed certifications affirming that defendants complied with servicing standards in connection with Trusts containing Deutsche Bank REO properties.   As a courtesy, we are asking you to advise us if either of your firms

1

2

represents Mr. Erbey, and, if so, whether you will accept service of the subpoena. Please respond by June 18, 2021.

       Thank you for your cooperation.

                                          Very truly,

                                          *James G. Bradtke*
                                          James G. Bradtke

cc: Counsel of Record