# Exhibit L

```
 1           IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING            )
 4   ALLIANCE; HOPE FAIR HOUSING      )
     CENTER, et al.,                  )
 5                                    )
                                      )
 6                 Plaintiffs,        )
                                      )
 7         vs.                        ) No. 1:18-cv-00839
                                      )
 8   DEUTSCHE BANK NATIONAL           )
     TRUST, as trustee, et al.,       )
 9                                    )
                                      )
10                 Defendants.        )

11

12           The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Ocwen Loan Servicing, Subject 4, called by

14   the Plaintiffs for examination, taken remotely pursuant

15   to notice and pursuant to the Federal Rules of Civil

16   Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   April M. Metzler, Certified Shorthand Reporter,

19   Registered Merit Reporter, Certified Realtime Reporter,

20   and Notary Public, at West Palm Beach, Florida,

21   commencing at 9:06 a.m. CST on the 17th day of

22   February, 2021.

23

24
```



1    A.    I thought in earlier testimony we saw in one
2    of the pooling and servicing agreements that this was a
3    requirement, but I don't recall specifically.
4    Q.    If we could look back to page -- in
5    Exhibit 8 -- 27604.
6    A.    27604 ...
7    Q.    That would be that Exhibit H with the table.
8    A.    Yes, I see it.  Okay.
9    Q.    Are these the servicing criteria again that
10   need to be complied with that would be subject to the
11   certification letter we're looking at in Exhibit 196?
12   A.    It appears to talk about some of the same
13   characteristics, yes.
14   Q.    And how did Ocwen go about collecting the
15   information to prepare these letters, as we're looking
16   at examples of in Exhibit 196?
17   A.    I do not know.
18   Q.    And I think you've just said a couple of
19   minutes ago that it would have been investor relations
20   that prepared this, or is it at some higher level than
21   that?
22   A.    No.  It's -- I think investor relations
23   prepares it.  And like I said, if I recall, they have
24   some assistance from other folks within the



1  review the activities of the servicer and of the

2  servicer's performance under the related servicing

3  agreements?

4       A.   So, again, this looks like this ties back to

5  the Reg AB testing that's done by the independent third

6  party, which is ultimately then, you know, either

7  identified we're in compliance or instances where we're

8  not in compliant are identified, they're reported

9  through here.

10           And then -- you know, so that's ultimately how

11 the review is completed and the results of that review

12 are shared with Mr. Erbey, and then ultimately he signs.

13      Q.   Are there any meetings or other ways that the

14 duly authorized officer undertakes a review of the

15 activities for the prior calendar year?

16      A.   I do not know.

17      Q.   Is there an Ocwen policy about how these

18 certifications are prepared?

19      A.   I don't know.

20      Q.   If we wanted to see what documents that

21 Mr. Erbey in this case reviewed, in order to make this

22 certification, where would we look?

23      A.   I do not know.

24      Q.   For each of these reviews that's done on an

1  annual basis, is there a file created or set of
2  information put together that is presented to, in this
3  case, the duly authorized officer, in this case,
4  Mr. Erbey, to review and see, you know, whether -- so
5  that he can make a determination to sign this?
6      A.   I don't know.  I don't know.
7      Q.   Is there a separate certification for each
8  PSA -- for each individual PSA?
9      A.   I don't know.  I know that they do Reg AB USAP
10 testing where required, which would, you know, most
11 likely tie to these certificates.  But I don't know if
12 it's done in every case.  I think it's determined by the
13 pooling and servicing agreement itself.
14              (Stenographer clarification.)
15 BY MS. SOULE:
16     Q.   And with respect to these certifications that
17 we're looking at here, is Ocwen certifying that it was
18 maintaining the Deutsche Bank REO properties according
19 to a particular standard?
20     A.   We're attesting that we're managing the REO
21 properties per the pooling and servicing agreement.
22     Q.   And does every PSA require its own
23 certification?
24     MS. BOGO-ERNST:  Object to form.

