IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber |
| | Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | |
| Defendants. | Jury Trial Demanded |

### PLAINTIFFS' REPLY TO THE TRUSTEES' OPPOSITION TO MOTION TO COMPEL DEUTSCHE BANK DEFENDANTS TO CONTINUE AND COMPLETE RULE 30(b)(6) DEPOSITION

The Deutsche Bank Defendants' brief offers up some conspiracy theory that Plaintiffs are "eager for a battle" and seeking to "engineer a dispute," when the simple fact is that all Plaintiffs want (and what the Deutsche Bank Defendants have refused to agree to) is a reasonable schedule for completing the Rule 30(b)(6) deposition of these defendants. While Defendants' brief contains some irrelevant and inaccurate assertions, the only facts necessary for the Court to rule on Plaintiffs' motion are the following:

1. Plaintiffs served a Rule 30(b)(6) Notice to the Deutsche Bank Defendants that covers a series of eleven topics that are relevant to this litigation. (Ex. A) The notice schedules the topics over five days. (*Id.*)

2. In discussions with counsel for the Deutsche Bank Defendants, Plaintiffs indicated that all these subjects could be completed in four to five days of deposition.

1

3. Plaintiffs further indicated that they would complete the first three subjects (which were longer and more involved than some of the other topics) in two days of testimony and did so.

4. At that point, Plaintiffs proposed a specific schedule to complete all the remaining subjects in two to three days and proposed dates for doing so. (Ex. B)

5. In response to this proposal, the Deutsche Bank Defendants responded that: (a) Defendants would "make their designee available for one additional day" and (b) Defendants "do not anticipate making a witness available for more than one additional day." (Ex. C)

6. Plaintiffs rejected this demand to limit the deposition made by the Deutsche Bank Defendants in light of the substantial material remaining to be covered (8 subjects) and filed the instant motion. (Ex. D)

7. The Deutsche Bank Defendants sent further correspondence repeating that they would make a witness available for one day, but "would in no way waive any positions they have taken thus far with respect to the length of the deposition" and "would make whatever arguments it chooses to make at the hearing [on Plaintiffs' motion]." (Ex. E)

8. Plaintiffs responded that this proposal was unacceptable because there was a plain difference as to how Plaintiffs would approach the third day of the deposition if the circumstances were that the deposition would proceed for two to three days (as Plaintiffs believe is necessary) or for one day (as Deutsche Bank indicated it would argue to the Court). (Ex. F)

9. The time proposed by Plaintiffs to complete the deposition is reasonable in view of the material to be covered and in comparison to the number of depositions and length of depositions being taken by Defendants in the case. *E.g.,* Defendants' Notice of Rule 30(b)(6)

Deposition to Plaintiff NFHA for four days of deposition with indication that additional days would need to be determined. (Ex. G)

## CONCLUSION

The amount of time Deutsche Bank's position has caused the parties to spend to present the foregoing issues to the Court could have been spent towards completion of the Deutsche Bank Rule 30(b)(6).[1] Plaintiffs' motion should be granted.

Respectfully Submitted,

/s/ *James G. Bradtke*

| | |
|---|---|
| Jennifer K. Soule | Stephen M. Dane |
| James G. Bradtke | *Dane Law LLC* |
| Kelly K. Lambert | 312 Louisiana Avenue |
| Steven P. Schneck | Perrysburg, OH 43551 |
| *Soule, Bradtke & Lambert* | *Attorney for Plaintiffs* |
| 402 Campbell Street, Suite 100 | |
| Geneva, IL 60134 | |
| *Attorneys for Plaintiffs* | |
| | |
| Morgan Williams | Tara Ramchandani |
| *National Fair Housing Alliance* | Rebecca Livengood |
| 1331 Pennsylvania Ave, NW | Soohyun Choi |
| Suite 650 | Reed Colfax |
| Washington, DC 20004 | Lila Miller |
| *Attorney for Plaintiff NFHA* | Yiyang Wu |
| | *Relman Colfax PLLC* |
| | 1225 19th Street, N.W., Suite 600 |
| | Washington, DC 20036 |
| | *Attorneys for Plaintiffs* |

Dated: September 2, 2021

---

[1] Perhaps Plaintiffs should have known that this would be a difficult process when on the first day of the deposition, counsel for Deutsche Bank inaccurately remarked: "at this rate we should finish the dep in 10 to 12 days." (Ex. H, Tr. Rule 30(b)(6) Dep. p. 85.