# Preliminary Analysis of Deutsche Bank REO Property Maintenance by Neighborhood Racial Composition

███████████████████

*Version 1: July 24, 2017*
Privileged and Confidential

STAT_00000003

# NFHA DB REO Database (*n*=1,133)

### Total REO Property Deficiencies



### Share of REO Properties with ≥ 10 Deficiencies



STAT_00000004

# NFHA DB Data: Census Block Groups by % Nonwhite
## *Mean=62.7%; Median=72.5% (n=1,133)*



STAT_00000005

| | NFHA Inspected | Analyzed | % Analyzed | Notes |
|---|---|---|---|---|
| FL | 179 | 175 | 98% | |
| OH | 109 | 107 | 98% | |
| IL | 105 | 93 | 89% | |
| TX | 96 | 0 | 0% | Data not available |
| MD | 90 | 84 | 93% | |
| WI | 79 | 79 | 100% | |
| VA | 75 | 62 | 83% | |
| MI | 68 | 14 | 21% | |
| LA | 62 | 19 | 31% | |
| TN | 52 | 52 | 100% | |
| IN | 40 | 0 | 0% | Data not available |
| CT | 25 | 0 | 0% | |
| CA | 23 | 0 | 0% | |
| MN | 22 | 0 | 0% | |
| CO | 21 | 0 | 0% | |
| GA | 17 | 0 | 0% | |
| PA | 17 | 0 | 0% | |
| NJ | 12 | 0 | 0% | |
| RI | 11 | 0 | 0% | |
| KY | 8 | 0 | 0% | |
| AL | 6 | 0 | 0% | |
| DC | 6 | 0 | 0% | |
| KS | 4 | 0 | 0% | |
| AZ | 3 | 0 | 0% | |
| MO | 3 | 0 | 0% | |
| **TOTAL** | **1133** | **685** | **60%** | |

# Analysis by State

- 9 of top 10 states in NFHA dataset:
  - Full coverage: FL, OH, MD, WI, TN
  - No avail. data for IN, TX

- Analysis sample representative of Midwest and South
  - ➤ MW+S = 90% of NFHA dataset

| Census Region | NFHA Inspections | Analysis Sample | % Analyzed |
|---|---|---|---|
| Northeast | 64 | 0 | 0% |
| Midwest | 428 | 293 | 68% |
| South | 586 | 392 | 67% |
| West | 47 | 0 | 0% |

4

# Analysis by Top Metro Areas

| Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed | Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed |
|---|---|---|---|---|---|---|---|
| CHICAGO-NAPERVILLE-JOLIET, IL | 94 | 93 | 99% | COLUMBUS, OH | 21 | 21 | 100% |
| MILWAUKEE-WAUKESHA-WEST ALLIS, WI | 79 | 79 | 100% | DENVER-AURORA, CO | 21 | 0 | 0% |
| RICHMOND, VA | 65 | 62 | 95% | MIAMI-MIAMI BEACH-KENDALL, FL | 21 | 21 | 100% |
| DALLAS-PLANO-IRVING, TX | 61 | 0 | 0% | BATON ROUGE, LA | 20 | 19 | 95% |
| ORLANDO-KISSIMMEE, FL | 55 | 53 | 96% | FORT WORTH-ARLINGTON, TX | 19 | 0 | 0% |
| BALTIMORE-TOWSON, MD | 52 | 51 | 98% | TAMPA-ST. PETERSBURG-CLEARWATER, FL | 19 | 18 | 95% |
| MEMPHIS, TN-MS-AR | 52 | 52 | 100% | INDIANAPOLIS-CARMEL, IN | 18 | 0 | 0% |
| FORT LAUDERDALE-POMPANO BEACH-DEERFIELD, FL | 42 | 42 | 100% | ATLANTA-SANDY SPRINGS-MARIETTA, GA | 17 | 0 | 0% |
| NEW ORLEANS-METAIRIE-KENNER, LA | 42 | 0 | 0% | PHILADELPHIA, PA | 17 | 0 | 0% |
| WEST PALM BEACH-BOCA RATON-BOYNTON BEACH, FL | 41 | 41 | 100% | HARTFORD-WEST HARTFORD-EAST HARTFORD, CT | 16 | 0 | 0% |
| WASHINGTON-ARLINGTON-ALEXANDRIA, DC-VA- | 39 | 33 | 85% | SAN ANTONIO, TX | 16 | 0 | 0% |
| DAYTON, OH | 36 | 36 | 100% | DETROIT-LIVONIA-DEARBORN, MI | 14 | 0 | 0% |
| CLEVELAND-ELYRIA-MENTOR, OH | 27 | 27 | 100% | GRAND RAPIDS-WYOMING, MI | 14 | 14 | 100% |
| MUSKEGON-NORTON SHORES, MI | 25 | 0 | 0% | WARREN-TROY-FARMINGTON HILLS, MI | 14 | 0 | 0% |
| TOLEDO, OH | 24 | 23 | 96% | OAKLAND-FREMONT-HAYWARD, CA | 13 | 0 | 0% |
| GARY, IN | 22 | 0 | 0% | NEWARK-UNION, NJ-PA | 11 | 0 | 0% |
| MINNEAPOLIS-ST. PAUL-BLOOMINGTON, MN-WI | 22 | 0 | 0% | PROVIDENCE-NEW BEDFORD-FALL RIVER, RI-M | 11 | 0 | 0% |

- Full coverage of 12 of top 15 metro areas
- Next metros to add to data: New Orleans, Muskegon, Mpls-St. Paul, Denver, Atlanta

STAT_00000007

# Total DB REO Property Deficiencies





STAT_00000008

# Share of Properties with ≥ 10 Deficiencies





STAT_00000009

# Full NFHA Dataset vs. Analysis Sample Statistical Comparison

| | NFHA Data | Analysis Data | Difference (*p*-value) | Statistically Significant Difference? |
|---|---|---|---|---|
| Block Group % Nonwhite | 62.67% | 64.14% | 1.47% (0.342) | NO |
| 50-100% Nonwhite BG | 63.46% | 63.94% | 0.48% (0.836) | NO |
| Total REO Deficiencies | 8.11 | 8.25 | 0.14   (0.471) | NO |
| Date Inspected | 9/21/2014 | 7/25/2014 | 57.83   (0.030) | Yes (*$p$<.05) |
| *Number of records* | *1,133* | *685* | | |

7/24/2017

8

# Full NFHA Dataset vs. Analysis Sample Statistical Comparison

| | NFHA Data | Analysis Data | Difference ($p$-value) | | Statistically Significant Difference? |
|---|---|---|---|---|---|
| Block Group % Nonwhite | 62.67% | 64.14% | 1.47% | (0.342) | NO |
| 50-100% Nonwhite BG | 63.46% | 63.94% | 0.48% | (0.836) | NO |
| Total REO Deficiencies | 8.11 | 8.25 | 0.14 | (0.471) | NO |
| Date Inspected | 9/21/2014 | 7/25/2014 | 57.83 | (0.030) | Yes (*$p<.05$) |
| *Number of records* | *1,133* | *685* | | | |
| % Midwest (of MW/S) | 42.21% | 42.77% | 0.56% | (0.817) | NO |
| % South (of MW/S) | 57.79% | 57.22% | 0.56% | (0.817) | NO |
| *MW+S records* | *1,014* | *586* | | | |

7/24/2017

STAT_00000011

# Data Collected for Analysis Sample

- Sales history: All dates, prices, and deed types

- Local property crime rates (burglary)

- Property physical attributes and land value

- Median home values in census tract
  - 2008-12 American Community Survey (US Census)

STAT_00000012

## 105 (15.3%) records could not be analyzed, for reasons below
### (Final Sample: $N$=685-105 → $N$=580)

| | | |
|---|---:|---:|
| **SOLD BY DEUTSCHE BANK BEFORE VISIT DATE** | **76** | **72.38%** |
| DUPLICATE VISIT RECORD | 6 | 5.71% |
| NO SALES DATA AVAILABLE | 4 | 3.81% |
| PROPERTY DEMOLISHED - NO DATA | 4 | 3.81% |
| CHAIN OF TITLE UNCLEAR, OUT OF ORDER IN OFFICIAL RECORDS | 3 | 2.86% |
| NO PUBLIC RECORD OF DB REO OWNERSHIP | 3 | 2.86% |
| ADDRESS DOES NOT EXIST | 2 | 1.90% |
| HELD BY US BANK, NOT DB | 2 | 1.90% |
| COULD NOT LOCATE ADDRESS OR PARCEL IN PUBLIC RECORDS | 1 | 0.95% |
| HELD BY HSBC BANK, NOT DB | 1 | 0.95% |
| HELD BY UNITED HOUSING INC AT VISIT DATE | 1 | 0.95% |
| NO RECORD OF MORTGAGES SINCE 1985 | 1 | 0.95% |
| SOLD BY FANNIE MAE BEFORE VISIT DATE | 1 | 0.95% |
| **Total** | **105** | **100%** |

STAT_00000013

✓ No stat. significant differences in sample attrition by W/NW BG or high deficiency count (≥10)



% Dropped by Block Group Status



% Dropped by High Deficiency Count

7/24/2017

12

STAT_00000014

# Types of Data Collected

Sales history: All dates, prices, and deed types (N=924)

– **Post-REO warranty deeds (sales)**

– **REO sales (special warranty deeds)**

– **FC sales (trustees deeds and judicial sales)**

– **Sheriff sales**

– **Servicer-to-US BANK transfers**

– **Deed-in-lieu**

– **Quit claim deeds**

– **Previous warranty deed (sales)**

– **Previous REOs, FCs**

– *Goes back on avg. to 5 most recent sales, and as far back as 10 sales*

• Flipped sales price definition: Sale price change ≥ 100%/yr. (Sale to focal borrower vs. most recent prior sale)

Sources: County assessor sales data files, web site searches

7/24/2017      13

STAT_00000015

## Example sales & transfers for US BANK REOs evaluated Aug. 2014:

| Date1 | Price1 | Type1 | Seller1 | Buyer1 | Date2 | Price2 | Type2 | Seller2 | Buyer2 |
|-------|--------|-------|---------|--------|-------|--------|-------|---------|--------|
| 5/15/2015 | $112,000 | FROMREO | US BANK | Last, First | 12/4/2013 | $197,174 | FC SALE | **Original Borrower** | US BANK |
| 9/17/2014 | $225,000 | FROMREO | US BANK | Last, First | 2/17/2014 | $0 | DEED-IN-LIEU | **Original Borrower** | US BANK |
| 10/16/2012 | $77,500 | SHERIFF | **Original Borrower** | US BANK | 2/3/2001 | $35,000 | WD | Last, First | **Original Borrower** |

| Date3 | Price3 | Type3 | Seller3 | Buyer3 | Date4 | Price4 | Type4 | Seller4 | Buyer4 |
|-------|--------|-------|---------|--------|-------|--------|-------|---------|--------|
| 6/7/2008 | $190,000 | WD | Last, First | **Original Borrower** | 8/17/1994 | $80,000 | WD | Last, First | Last, First |
| 5/17/2004 | $215,000 | WD | Last, First | **Original Borrower** | 11/1/2000 | $175,000 | WD | Last, First | Last, First |
| 11/3/1999 | $15,000 | FROMREO | Last, First | Last, First | 1/25/1999 | $14,500 | SHERIFF | Last, First | Last, First |

. . . Sales history goes as far back as 9 transfers (1963 is earliest)

STAT_00000016

# Types of Data Collected

- **Local property crime using FBI UCR standards**
  - **Burglary, arson, auto theft rates per 1,000 persons**
  - Scale varies from neighborhood to zip code to municipality
  - Use lagged crime rate year *before* REO evaluation date
- Major cities now have detailed data in large *incident-level based files* that were aggregated to *smallest scale possible* (neighborhood, police district/beat, zip code)
  - Baltimore, Baton Rouge, Chicago, Richmond, etc.
  - All Ohio cities and suburban areas: Rates by municipality

STAT_00000017

# Possible Rival Explanations

(Expected relationship to number of REO property deficiencies)

1. Property crime rates in REO local area (+)
2. Years since REO property was built/new construction—age of home (+)
3. Dwelling size (+) and ratio to lot size or frontage (-)
4. REO property previously ever REO before purchase by focal owner (+)
5. Flipped purchase price of sale to focal borrower that later foreclosed (+)
6. Foreclosed loan was for purchase (vs. refinance) (-)
7. Months REO held by Deutsche Bank at visit date (+/-, likely nonlinear)
8. Year and quarter of year inspected by NFHA evaluator (+/-)
9. Land value of property (-) and median home value in census tract (-)
10. County fixed effects (e.g., weather, laws, housing markets, etc.) (+/-)

7/24/2017                                                                                              16

STAT_00000018

ATTORNEY'S EYES ONLY

# Many possible rival explanations likely account for at least part of W/NW gap in REO deficiencies

| | White Block Groups | Nonwhite Block Groups | Difference (*p<.05 **p<.01 ***p<.001) |
|---|---|---|---|
| Burglary rate per 1,000 in prev. yr. | 8.59 | 13.36 | **4.77** |
| Year property built | 1963.16 | 1953.24 | **9.92*** |
| Property square feet | 1,813.74 | 1,588.92 | **224.82*** |
| Lot square feet | 12,675.81 | 8,047.68 | **4,268.13*** |
| Property ever REO previously | 0.08 | 0.15 | **.07*** |
| Property flipped to foreclosed borrower | 0.03 | 0.06 | .04 |
| Loan for purchase (vs. refinance) | 0.41 | 0.42 | .01 |
| Land value of property | 42,947 | 23,420 | **19,527.72*** |
| Census tract median home value | 182,187 | 135,858 | **46,328.56*** |
| Months held by DB at inspection date | 10.47 | 8.40 | 2.07 |

STAT_00000019

# Months Held by DB at Inspection Visit Date
## (86% of REOs held < 12 mo. in both W & NW BGs)



**White Block Groups**

12+ mo. 29
0-2 mo. 29
9-12 mo. 13
2-4 mo. 55
6-9 mo. 36
4-6 mo. 47

**Nonwhite Block Groups**

12+ mo. 49
0-2 mo. 43
9-12 mo. 28
2-4 mo. 87
6-9 mo. 86
4-6 mo. 76

7/24/2017

18

ATTORNEY'S EYES ONLY

# Property Deficiencies, W vs. NW
# By Months Held by DB at Inspection Visit Date



7/24/2017

19



## Property Deficiencies, W vs. NW
## By Months Held by DB at Inspection Visit Date

ATTORNEY'S EYES ONLY

# Multivariate Analysis Phase 1

- Estimate (predict) different outcomes:
  1. **Total count** of REO property deficiencies
  2. Likelihood of at least **10 deficiencies**

STAT_00000023

# List of full set of explanatory variables

| | |
|---|---|
| **Nonwhite census block group** | Inspected by NFHA in Apr-May (vs. Jan-Feb) |
| Year property built | Inspected by NFHA in Jun-Sep (vs. Jan-Feb) |
| Property sq. ft. | Inspected by NFHA in Oct-Dec (vs. Jan-Feb) |
| Ratio of property sq. ft.-to-lot sq. ft. | Inspected by NFHA in 2012 (vs. 2010-11) |
| Newly constructed home, foreclosed borrower | Inspected by NFHA in 2013 (vs. 2010-11) |
| Previously REO property before DB foreclosure | Inspected by NFHA in 2014 (vs. 2010-11) |
| Acquired by DB via deed in lieu of foreclosure | Inspected by NFHA in 2015 (vs. 2010-11) |
| Property flipped to foreclosed borrower | Inspected by NFHA in 2016 (vs. 2010-11) |
| Purchase loan by foreclosed borrower (vs. refinance) | Held by DB 2-3 mo. at inspection date (vs. <2 mo.) |
| Burglary rate in previous calendar year | Held by DB 4-5 mo. at inspection date (vs. <2 mo.) |
| County Fixed Effects | Held by DB 6-8 mo. at inspection date (vs. <2 mo.) |
| Log of land value of property in 2015 | Held by DB 9-12 mo. at inspection date (vs. <2 mo.) |
| Log of median home value in census tract, 2012 | Held by DB >12 mo. at inspection date (vs. <2 mo.) |

7/24/2017

22

STAT_00000024

## 1. Total REO Property Deficiencies W/NW BG (n=580)
→ <u>74%</u> (2.36/3.21) of Gap Remains Unexplained



## 2. Total REO Property Deficiencies W/NW BG (n=580) → <u>80%</u> (22.29/27.91) of Gap Remains Unexplained



**Observed (No controls)**

White Block Groups: 18.6%
Nonwhite Block Groups: 46.5%
Gap = 27.91%

**Full Model (25 variables)**

White Block Groups: 22.2%
Nonwhite Block Groups: 44.5%***
Gap = 22.29%

$R^2 = 0.30$, incl. County Fixed Effects

7/24/2017

24

# FYI: Top 5 Variables Ranked by Explanatory Power

| | Beta weight (standardized coefficient) | t-statistic |
|---|---|---|
| 1. Year property built | -0.282*** | -6.11 |
| **2. Nonwhite block group** | 0.275*** | 6.00 |
| 3. Inspected in 2016 | 0.207** | 2.97 |
| 4. Log of Land Value | -0.178* | -2.49 |
| 5. Inspected in 2015 | 0.177* | 2.43 |

7/24/2017

25

# A closer look at first 6 months held by DB…



*$p<.05$ **$p<.01$ ***$p<.001$    26

STAT_00000028

# A closer look at 3-6 & 6+ years held by DB...



*p*<.05 **p*<.01 ***p*<.001

STAT_00000029

# Multivariate Analysis Phase 1

- Estimate (predict) again:

    3. **Total count** of REO property deficiencies

    ➤But this time **exclude** REO properties held by DB:

    a.  < 1 month at time of inspection (n=21)

    b.  > 36 months at time of inspection (n=32)

    c.  < 1 month or > 36 months (n=53)

STAT_00000030

### 3a. Total Deficiencies W/NW BG: Held by DB ≥ 1 mo. (n=556) → 69% (2.20/3.17) of Gap Remains Unexplained



**Observed (No controls)**



**Full Model (25 variables)**

7/24/2017

$R^2$ = 0.45, incl. County Fixed Effects    29

### 3b. Total Deficiencies W/NW BG: Held by DB ≤ 36 mo. (n=561) → 70% (2.24/3.18) of Gap Remains Unexplained



**Observed (No controls)**



**Full Model (25 variables)**

7/24/2017

$R^2$ = 0.46, incl. County Fixed Effects

30

### 3c. Total Deficiencies W/NW BG: Held by DB 1-36 mo. only (n=533) → 66% (2.06/3.13) of Gap Remains Unexplained





$R^2 = 0.46$, incl. County Fixed Effects

7/24/2017

STAT_00000033

# Preliminary Analysis of Deutsche Bank REO Property Maintenance by Neighborhood Racial Composition

*Version 1: July 24, 2017*
Privileged and Confidential

# NFHA DB REO Database (*n*=1,133)



### Total REO Property Deficiencies

White Block Groups: 6.0
Nonwhite Block Groups: 9.3
Gap = 3.3

### Share of REO Properties with ≥ 10 Deficiencies

White Block Groups: 15.7%
Nonwhite Block Groups: 46.0%
Gap = 30.3%

STAT_00000035

# NFHA DB Data: Census Block Groups by % Nonwhite
## *Mean=62.7%; Median=72.5% (n=1,133)*



STAT_00000036

# Analysis by State

| | NFHA Inspected | Analyzed | % Analyzed | Notes |
|---|---|---|---|---|
| FL | 179 | 175 | 98% | |
| OH | 109 | 107 | 98% | |
| IL | 105 | 93 | 89% | |
| TX | 96 | 0 | 0% | Data not available |
| MD | 90 | 84 | 93% | |
| WI | 79 | 79 | 100% | |
| VA | 75 | 62 | 83% | |
| MI | 68 | 14 | 21% | |
| LA | 62 | 19 | 31% | |
| TN | 52 | 52 | 100% | |
| IN | 40 | 0 | 0% | Data not available |
| CT | 25 | 0 | 0% | |
| CA | 23 | 0 | 0% | |
| MN | 22 | 0 | 0% | |
| CO | 21 | 0 | 0% | |
| GA | 17 | 0 | 0% | |
| PA | 17 | 0 | 0% | |
| NJ | 12 | 0 | 0% | |
| RI | 11 | 0 | 0% | |
| KY | 8 | 0 | 0% | |
| AL | 6 | 0 | 0% | |
| DC | 6 | 0 | 0% | |
| KS | 4 | 0 | 0% | |
| AZ | 3 | 0 | 0% | |
| MO | 3 | 0 | 0% | |
| **TOTAL** | **1133** | **685** | **60%** | |

- 9 of top 10 states in NFHA dataset:
  - Full coverage: FL, OH, MD, WI, TN
  - No avail. data for IN, TX

- Analysis sample representative of Midwest and South
  - ➢ MW+S = 90% of NFHA dataset

| Census Region | NFHA Inspections | Analysis Sample | % Analyzed |
|---|---|---|---|
| Northeast | 64 | 0 | 0% |
| Midwest | 428 | 293 | 68% |
| South | 586 | 392 | 67% |
| West | 47 | 0 | 0% |

4

# Analysis by Top Metro Areas

| Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed | Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed |
|---|---|---|---|---|---|---|---|
| CHICAGO-NAPERVILLE-JOLIET, IL | 94 | 93 | 99% | COLUMBUS, OH | 21 | 21 | 100% |
| MILWAUKEE-WAUKESHA-WEST ALLIS, WI | 79 | 79 | 100% | DENVER-AURORA, CO | 21 | 0 | 0% |
| RICHMOND, VA | 65 | 62 | 95% | MIAMI-MIAMI BEACH-KENDALL, FL | 21 | 21 | 100% |
| DALLAS-PLANO-IRVING, TX | 61 | 0 | 0% | BATON ROUGE, LA | 20 | 19 | 95% |
| ORLANDO-KISSIMMEE, FL | 55 | 53 | 96% | FORT WORTH-ARLINGTON, TX | 19 | 0 | 0% |
| BALTIMORE-TOWSON, MD | 52 | 51 | 98% | TAMPA-ST. PETERSBURG-CLEARWATER, FL | 19 | 18 | 95% |
| MEMPHIS, TN-MS-AR | 52 | 52 | 100% | INDIANAPOLIS-CARMEL, IN | 18 | 0 | 0% |
| FORT LAUDERDALE-POMPANO BEACH-DEERFIELD, FL | 42 | 42 | 100% | ATLANTA-SANDY SPRINGS-MARIETTA, GA | 17 | 0 | 0% |
| NEW ORLEANS-METAIRIE-KENNER, LA | 42 | 0 | 0% | PHILADELPHIA, PA | 17 | 0 | 0% |
| WEST PALM BEACH-BOCA RATON-BOYNTON BEACH, FL | 41 | 41 | 100% | HARTFORD-WEST HARTFORD-EAST HARTFORD, CT | 16 | 0 | 0% |
| WASHINGTON-ARLINGTON-ALEXANDRIA, DC-VA- | 39 | 33 | 85% | SAN ANTONIO, TX | 16 | 0 | 0% |
| DAYTON, OH | 36 | 36 | 100% | DETROIT-LIVONIA-DEARBORN, MI | 14 | 0 | 0% |
| CLEVELAND-ELYRIA-MENTOR, OH | 27 | 27 | 100% | GRAND RAPIDS-WYOMING, MI | 14 | 14 | 100% |
| MUSKEGON-NORTON SHORES, MI | 25 | 0 | 0% | WARREN-TROY-FARMINGTON HILLS, MI | 14 | 0 | 0% |
| TOLEDO, OH | 24 | 23 | 96% | OAKLAND-FREMONT-HAYWARD, CA | 13 | 0 | 0% |
| GARY, IN | 22 | 0 | 0% | NEWARK-UNION, NJ-PA | 11 | 0 | 0% |
| MINNEAPOLIS-ST. PAUL-BLOOMINGTON, MN-WI | 22 | 0 | 0% | PROVIDENCE-NEW BEDFORD-FALL RIVER, RI-M | 11 | 0 | 0% |

- Full coverage of 12 of top 15 metro areas
- Next metros to add to data: New Orleans, Muskegon, Mpls-St. Paul, Denver, Atlanta

7/24/2017

5

STAT_00000038

# Total DB REO Property Deficiencies





STAT_00000039

# Share of Properties with ≥ 10 Deficiencies





STAT_00000040

# Full NFHA Dataset vs. Analysis Sample Statistical Comparison

| | NFHA Data | Analysis Data | Difference (*p*-value) | Statistically Significant Difference? |
|---|---|---|---|---|
| Block Group % Nonwhite | 62.67% | 64.14% | 1.47% (0.342) | NO |
| 50-100% Nonwhite BG | 63.46% | 63.94% | 0.48% (0.836) | NO |
| Total REO Deficiencies | 8.11 | 8.25 | 0.14    (0.471) | NO |
| Date Inspected | 9/21/2014 | 7/25/2014 | 57.83    (0.030) | Yes (*$p$<.05) |
| *Number of records* | *1,133* | *685* | | |

7/24/2017

8

Case: 1:18-cv-00839 Document #: 171-3 Filed: 09/02/21 Page 40 of 117 PageID #:5439

# Full NFHA Dataset vs. Analysis Sample Statistical Comparison

| | NFHA Data | Analysis Data | Difference (*p*-value) | | Statistically Significant Difference? |
|---|---|---|---|---|---|
| Block Group % Nonwhite | 62.67% | 64.14% | 1.47% (0.342) | | NO |
| 50-100% Nonwhite BG | 63.46% | 63.94% | 0.48% (0.836) | | NO |
| Total REO Deficiencies | 8.11 | 8.25 | 0.14 | (0.471) | NO |
| Date Inspected | 9/21/2014 | 7/25/2014 | 57.83 | (0.030) | Yes (*p*<.05) |
| *Number of records* | *1,133* | *685* | | | |
| % Midwest (of MW/S) | 42.21% | 42.77% | 0.56% | (0.817) | NO |
| % South (of MW/S) | 57.79% | 57.22% | 0.56% | (0.817) | NO |
| *MW+S records* | *1,014* | *586* | | | |

7/24/2017

9

ATTORNEY'S EYES ONLY

# Data Collected for Analysis Sample

- Sales history: All dates, prices, and deed types

- Local property crime rates (burglary)

- Property physical attributes and land value

- Median home values in census tract
  - 2008-12 American Community Survey (US Census)

STAT_00000043

## 105 (15.3%) records could not be analyzed, for reasons below
## (Final Sample: $N$=685-105 → $N$=580)

| | | |
|---|---:|---:|
| **SOLD BY DEUTSCHE BANK BEFORE VISIT DATE** | **76** | **72.38%** |
| DUPLICATE VISIT RECORD | 6 | 5.71% |
| NO SALES DATA AVAILABLE | 4 | 3.81% |
| PROPERTY DEMOLISHED - NO DATA | 4 | 3.81% |
| CHAIN OF TITLE UNCLEAR, OUT OF ORDER IN OFFICIAL RECORDS | 3 | 2.86% |
| NO PUBLIC RECORD OF DB REO OWNERSHIP | 3 | 2.86% |
| ADDRESS DOES NOT EXIST | 2 | 1.90% |
| HELD BY US BANK, NOT DB | 2 | 1.90% |
| COULD NOT LOCATE ADDRESS OR PARCEL IN PUBLIC RECORDS | 1 | 0.95% |
| HELD BY HSBC BANK, NOT DB | 1 | 0.95% |
| HELD BY UNITED HOUSING INC AT VISIT DATE | 1 | 0.95% |
| NO RECORD OF MORTGAGES SINCE 1985 | 1 | 0.95% |
| SOLD BY FANNIE MAE BEFORE VISIT DATE | 1 | 0.95% |
| **Total** | **105** | **100%** |

STAT_00000044

✓ No stat. significant differences in sample attrition by W/NW BG or high deficiency count (≥10)





7/24/2017

12

# Types of Data Collected

Sales history: All dates, prices, and deed types (N=924)

- **Post-REO warranty deeds (sales)**
- **REO sales (special warranty deeds)**
- **FC sales (trustees deeds and judicial sales)**
- **Sheriff sales**
- **Servicer-to-US BANK transfers**

- **Deed-in-lieu**
- **Quit claim deeds**
- **Previous warranty deed (sales)**
- **Previous REOs, FCs**
- *Goes back on avg. to 5 most recent sales, and as far back as 10 sales*

- Flipped sales price definition: Sale price change ≥ 100%/yr. (Sale to focal borrower vs. most recent prior sale)

Sources: County assessor sales data files, web site searches

STAT_00000046

## Example sales & transfers for US BANK REOs evaluated Aug. 2014:

| Date1 | Price1 | Type1 | Seller1 | Buyer1 | Date2 | Price2 | Type2 | Seller2 | Buyer2 |
|---|---|---|---|---|---|---|---|---|---|
| 5/15/2015 | $112,000 | FROMREO | US BANK | Last, First | 12/4/2013 | $197,174 | FC SALE | Original Borrower | US BANK |
| 9/17/2014 | $225,000 | FROMREO | US BANK | Last, First | 2/17/2014 | $0 | DEED-IN-LIEU | Original Borrower | US BANK |
| 10/16/2012 | $77,500 | SHERIFF | Original Borrower | US BANK | 2/3/2001 | $35,000 | WD | Last, First | Original Borrower |

| Date3 | Price3 | Type3 | Seller3 | Buyer3 | Date4 | Price4 | Type4 | Seller4 | Buyer4 |
|---|---|---|---|---|---|---|---|---|---|
| 6/7/2008 | $190,000 | WD | Last, First | Original Borrower | 8/17/1994 | $80,000 | WD | Last, First | Last, First |
| 5/17/2004 | $215,000 | WD | Last, First | Original Borrower | 11/1/2000 | $175,000 | WD | Last, First | Last, First |
| 11/3/1999 | $15,000 | FROMREO | Last, First | Last, First | 1/25/1999 | $14,500 | SHERIFF | Last, First | Last, First |

. . . Sales history goes as far back as 9 transfers (1963 is earliest)

STAT_00000047

# Types of Data Collected

- **Local property crime using FBI UCR standards**
    - **Burglary, arson, auto theft rates per 1,000 persons**
    - Scale varies from neighborhood to zip code to municipality
  - Use lagged crime rate year *before* REO evaluation date
- Major cities now have detailed data in large *incident-level based files* that were aggregated to *smallest scale possible* (neighborhood, police district/beat, zip code)
  - Baltimore, Baton Rouge, Chicago, Richmond, etc.
  - All Ohio cities and suburban areas: Rates by municipality

STAT_00000048

# Possible Rival Explanations

(Expected relationship to number of REO property deficiencies)

1. Property crime rates in REO local area (+)
2. Years since REO property was built/new construction—age of home (+)
3. Dwelling size (+) and ratio to lot size or frontage (-)
4. REO property previously ever REO before purchase by focal owner (+)
5. Flipped purchase price of sale to focal borrower that later foreclosed (+)
6. Foreclosed loan was for purchase (vs. refinance) (-)
7. Months REO held by Deutsche Bank at visit date (+/-, likely nonlinear)
8. Year and quarter of year inspected by NFHA evaluator (+/-)
9. Land value of property (-) and median home value in census tract (-)
10. County fixed effects (e.g., weather, laws, housing markets, etc.) (+/-)

7/24/2017                                                                                                16

# Many possible rival explanations likely account for at least part of W/NW gap in REO deficiencies

| | White Block Groups | Nonwhite Block Groups | Difference (*p<.05 **p<.01 ***p<.001) |
|---|---|---|---|
| Burglary rate per 1,000 in prev. yr. | 8.59 | 13.36 | **4.77\*\*** |
| Year property built | 1963.16 | 1953.24 | **9.92\*\*\*** |
| Property square feet | 1,813.74 | 1,588.92 | **224.82\*\*\*** |
| Lot square feet | 12,675.81 | 8,047.68 | **4,268.13\*\*\*** |
| Property ever REO previously | 0.08 | 0.15 | **.07\*** |
| Property flipped to foreclosed borrower | 0.03 | 0.06 | .04 |
| Loan for purchase (vs. refinance) | 0.41 | 0.42 | .01 |
| Land value of property | 42,947 | 23,420 | **19,527.72\*\*\*** |
| Census tract median home value | 182,187 | 135,858 | **46,328.56\*\*\*** |
| Months held by DB at inspection date | 10.47 | 8.40 | 2.07 |

STAT_00000050

# Months Held by DB at Inspection Visit Date
## (86% of REOs held < 12 mo. in both W & NW BGs)



**White Block Groups**

- 12+ mo. 29
- 0-2 mo. 29
- 9-12 mo. 13
- 2-4 mo. 55
- 6-9 mo. 36
- 4-6 mo. 47

**Nonwhite Block Groups**

- 12+ mo. 49
- 0-2 mo. 43
- 9-12 mo. 28
- 2-4 mo. 87
- 6-9 mo. 86
- 4-6 mo. 76

STAT_00000051

## Property Deficiencies, W vs. NW
## By Months Held by DB at Inspection Visit Date



7/24/2017

19

## Property Deficiencies, W vs. NW
## By Months Held by DB at Inspection Visit Date



7/24/2017

20

# Multivariate Analysis Phase 1

- Estimate (predict) different outcomes:
  1. **Total count** of REO property deficiencies
  2. Likelihood of at least **10 deficiencies**

STAT_00000054

# List of full set of explanatory variables

| | |
|---|---|
| **Nonwhite census block group** | Inspected by NFHA in Apr-May (vs. Jan-Feb) |
| Year property built | Inspected by NFHA in Jun-Sep (vs. Jan-Feb) |
| Property sq. ft. | Inspected by NFHA in Oct-Dec (vs. Jan-Feb) |
| Ratio of property sq. ft.-to-lot sq. ft. | Inspected by NFHA in 2012 (vs. 2010-11) |
| Newly constructed home, foreclosed borrower | Inspected by NFHA in 2013 (vs. 2010-11) |
| Previously REO property before DB foreclosure | Inspected by NFHA in 2014 (vs. 2010-11) |
| Acquired by DB via deed in lieu of foreclosure | Inspected by NFHA in 2015 (vs. 2010-11) |
| Property flipped to foreclosed borrower | Inspected by NFHA in 2016 (vs. 2010-11) |
| Purchase loan by foreclosed borrower (vs. refinance) | Held by DB 2-3 mo. at inspection date (vs. <2 mo.) |
| Burglary rate in previous calendar year | Held by DB 4-5 mo. at inspection date (vs. <2 mo.) |
| County Fixed Effects | Held by DB 6-8 mo. at inspection date (vs. <2 mo.) |
| Log of land value of property in 2015 | Held by DB 9-12 mo. at inspection date (vs. <2 mo.) |
| Log of median home value in census tract, 2012 | Held by DB >12 mo. at inspection date (vs. <2 mo.) |

7/24/2017

22

## 1. Total REO Property Deficiencies W/NW BG (n=580)
→ <u>74%</u> (2.36/3.21) of Gap Remains Unexplained





7/24/2017

$R^2$ = 0.46, incl. County Fixed Effects    23

## 2. Total REO Property Deficiencies W/NW BG (n=580)
### → <u>80%</u> (22.29/27.91) of Gap Remains Unexplained





7/24/2017

$R^2 = 0.30$, incl. County Fixed Effects   24

# FYI: Top 5 Variables Ranked by Explanatory Power

| | Beta weight (standardized coefficient) | t-statistic |
|---|---|---|
| 1. Year property built | -0.282*** | -6.11 |
| **2. Nonwhite block group** | 0.275*** | 6.00 |
| 3. Inspected in 2016 | 0.207** | 2.97 |
| 4. Log of Land Value | -0.178* | -2.49 |
| 5. Inspected in 2015 | 0.177* | 2.43 |

7/24/2017

25

# A closer look at first 6 months held by DB...



STAT_00000059

ATTORNEY'S EYES ONLY

# A closer look at 3-6 & 6+ years held by DB...



*p<.05 **p<.01 ***p<.001     27

STAT_00000060

# Multivariate Analysis Phase 1

- Estimate (predict) again:

   3. **Total count** of REO property deficiencies

   ➤But this time **exclude** REO properties held by DB:

   a.  < 1 month at time of inspection (n=21)

   b.  > 36 months at time of inspection (n=32)

   c.  < 1 month or > 36 months (n=53)

7/24/2017

28

### 3a. Total Deficiencies W/NW BG: Held by DB ≥ 1 mo. (n=556)
→ <u>69%</u> (2.20/3.17) of Gap Remains Unexplained





$R^2$ = 0.45, incl. County Fixed Effects     29

STAT_00000062

**3b.** Total Deficiencies W/NW BG: Held by DB ≤ 36 mo. (n=561)
→ <u>70%</u> (2.24/3.18) of Gap Remains Unexplained





7/24/2017

$R^2$ = 0.46, incl. County Fixed Effects          30

### 3c. Total Deficiencies W/NW BG: Held by DB 1-36 mo. only (n=533) → 66% (2.06/3.13) of Gap Remains Unexplained



7/24/2017

$R^2$ = 0.46, incl. County Fixed Effects          31

STAT_00000064

# Total Property Deficiencies
# Final Analysis Dataset (n=580)



STAT_00000065

# Total Deficiencies Do Not Appear to Be Driven by Any Single Category

|  | White Block Groups | Nonwhite Block Groups | NW/W Ratio |
|---|---|---|---|
| Curb appeal | 1.94 | 3.10 | 1.60 |
| Structure | 1.69 | 2.80 | 1.66 |
| Signage and occupancy | 0.71 | 0.88 | 1.24 |
| Painting/siding | 0.79 | 1.08 | 1.37 |
| Gutters | 0.45 | 0.60 | 1.33 |
| Water damage | 0.37 | 0.47 | 1.27 |
| Utilities | 0.26 | 0.47 | 1.78 |
| **TOTAL** | **6.21** | **9.41** | **1.51** |

7/24/2017

33

# Total Property Deficiencies
# Final Analysis Dataset (n=580)



32

STAT_00000067

# Total Deficiencies Do Not Appear to Be Driven by Any Single Category

| | White Block Groups | Nonwhite Block Groups | NW/W Ratio |
|---|---|---|---|
| Curb appeal | 1.94 | 3.10 | 1.60 |
| Structure | 1.69 | 2.80 | 1.66 |
| Signage and occupancy | 0.71 | 0.88 | 1.24 |
| Painting/siding | 0.79 | 1.08 | 1.37 |
| Gutters | 0.45 | 0.60 | 1.33 |
| Water damage | 0.37 | 0.47 | 1.27 |
| Utilities | 0.26 | 0.47 | 1.78 |
| **TOTAL** | **6.21** | **9.41** | **1.51** |

7/24/2017

33

# Preliminary Analysis of Deutsche Bank REO Property Maintenance by Neighborhood Racial Composition

*Version 2: January 4, 2018*
Privileged and Confidential

STAT_00000070

# Version 2 Updates

- Added 67 properties from two metros:
    1. New Orleans, LA (n=42)
    2. Muskegon, MI (n=25)
- Analysis of raw vs. adjusted differences by
    - Age of property
    - Property land value & land value per sq. ft.
    - Census tract median home value
    - Months held by DB at time of visit

STAT_00000071

# NFHA DB REO Database (*n*=1,133)



**Total REO Property Deficiencies**

White Block Groups: 6.0
Nonwhite Block Groups: 9.3
Gap = 3.3

**Share of REO Properties with ≥ 10 Deficiencies**

White Block Groups: 15.7%
Nonwhite Block Groups: 46.0%
Gap = 30.3%

STAT_00000072

# NFHA DB Data: Census Block Groups by % Nonwhite
*Mean=62.7%; Median=72.5% (n=1,133)*



STAT_00000073

| | NFHA ▮▮▮ | | % | |
|---|---|---|---|---|
| | Inspected | Analyzed | Analyzed | Notes |
| FL | 179 | 175 | 98% | |
| OH | 109 | 107 | 98% | |
| IL | 105 | 93 | 89% | |
| TX | 96 | 0 | 0% | Data not available |
| MD | 90 | 84 | 93% | |
| WI | 79 | 79 | 100% | |
| VA | 75 | 62 | 83% | |
| MI | 68 | 14 | 21% | **+25** |
| LA | 62 | 19 | 31% | **+42** |
| TN | 52 | 52 | 100% | |
| IN | 40 | 0 | 0% | Data not available |
| CT | 25 | 0 | 0% | |
| CA | 23 | 0 | 0% | |
| MN | 22 | 0 | 0% | |
| CO | 21 | 0 | 0% | |
| GA | 17 | 0 | 0% | |
| PA | 17 | 0 | 0% | |
| NJ | 12 | 0 | 0% | |
| RI | 11 | 0 | 0% | |
| KY | 8 | 0 | 0% | |
| AL | 6 | 0 | 0% | |
| DC | 6 | 0 | 0% | |
| KS | 4 | 0 | 0% | |
| AZ | 3 | 0 | 0% | |
| MO | 3 | 0 | 0% | |
| **TOTAL** | **1133** | **685** | **60%** | |

# Analysis by State

- 9 of top 10 states in NFHA dataset:
  - Full coverage: FL, OH, MD, WI, TN
  - No avail. data for IN, TX
  - V2: Added MI & LA records
    - 100% coverage of LA & 57%+ of MI

- Analysis sample representative of Midwest and South
  - ➢ MW+S = 90% of NFHA dataset

| Census Region | NFHA Inspections | Analysis Sample | % Analyzed | V2 update |
|---|---|---|---|---|
| Northeast | 64 | 0 | 0% | |
| Midwest | 428 | 293 | 68% | MW: 74% |
| South | 586 | 392 | 67% | South: 74% |
| West | 47 | 0 | 0% | |

5

# Analysis by Top Metro Areas

| Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed | Metropolitan Area | NFHA Inspections | Analysis Sample | % Analyzed |
|---|---|---|---|---|---|---|---|
| CHICAGO-NAPERVILLE-JOLIET, IL | 94 | 93 | 99% | COLUMBUS, OH | 21 | 21 | 100% |
| MILWAUKEE-WAUKESHA-WEST ALLIS, WI | 79 | 79 | 100% | DENVER-AURORA, CO | 21 | 0 | 0% |
| RICHMOND, VA | 65 | 62 | 95% | MIAMI-MIAMI BEACH-KENDALL, FL | 21 | 21 | 100% |
| DALLAS-PLANO-IRVING, TX | 61 | 0 | 0% | BATON ROUGE, LA | 20 | 19 | 95% |
| ORLANDO-KISSIMMEE, FL | 55 | 53 | 96% | FORT WORTH-ARLINGTON, TX | 19 | 0 | 0% |
| BALTIMORE-TOWSON, MD | 52 | 51 | 98% | TAMPA-ST. PETERSBURG-CLEARWATER, FL | 19 | 18 | 95% |
| MEMPHIS, TN-MS-AR | 52 | 52 | 100% | INDIANAPOLIS-CARMEL, IN | 18 | 0 | 0% |
| FORT LAUDERDALE-POMPANO BEACH-DEERFIELD, FL | 42 | 42 | 100% | ATLANTA-SANDY SPRINGS-MARIETTA, GA | 17 | 0 | 0% |
| NEW ORLEANS-METAIRIE-KENNER, LA | 42 | **+42** 0 | **100%%** | PHILADELPHIA, PA | 17 | 0 | 0% |
| WEST PALM BEACH-BOCA RATON-BOYNTON BEACH, FL | 41 | 41 | 100% | HARTFORD-WEST HARTFORD-EAST HARTFORD, CT | 16 | 0 | 0% |
| WASHINGTON-ARLINGTON-ALEXANDRIA, DC-VA- | 39 | 33 | 85% | SAN ANTONIO, TX | 16 | 0 | 0% |
| DAYTON, OH | 36 | 36 | 100% | DETROIT-LIVONIA-DEARBORN, MI | 14 | 0 | 0% |
| CLEVELAND-ELYRIA-MENTOR, OH | 27 | 27 | 100% | GRAND RAPIDS-WYOMING, MI | 14 | 14 | 100% |
| MUSKEGON-NORTON SHORES, MI | 25 | **+25** 0 | **100%%** | WARREN-TROY-FARMINGTON HILLS, MI | 14 | 0 | 0% |
| TOLEDO, OH | 24 | 23 | 96% | OAKLAND-FREMONT-HAYWARD, CA | 13 | 0 | 0% |
| GARY, IN | 22 | 0 | 0% | NEWARK-UNION, NJ-PA | 11 | 0 | 0% |
| MINNEAPOLIS-ST. PAUL-BLOOMINGTON, MN-WI | 22 | 0 | 0% | PROVIDENCE-NEW BEDFORD-FALL RIVER, RI-M | 11 | 0 | 0% |

- Full coverage of ~~12~~ **14** of top 15 metro areas
- Next metros to add to data: ~~New Orleans, Muskegon,~~ Mpls-St. Paul, Denver, Atlanta

STAT_00000075

# Total DB REO Property Deficiencies

**DB REO Properties**
**Full Dataset (*n*=1,133)**



**DB REO Properties**
**Analysis Sample (*n*=752)**



STAT_00000076

# Share of Properties with ≥ 10 Deficiencies





STAT_00000077

# Full NFHA Dataset vs. Analysis Sample Statistical Comparison

| | NFHA Data | Analysis Data | Difference (*p*-value) | Statistically Significant Difference? |
|---|---|---|---|---|
| Block Group % Nonwhite | 62.67% | 63.75% | 1.07% (0.476) | NO |
| 50-100% Nonwhite BG | 63.46% | 63.83% | 0.44% (0.881) | NO |
| Total REO Deficiencies | 8.11 | 8.25 | 0.14 (0.471) | NO |
| Date Inspected | 9/21/2014 | 8/6/2014 | 45.22 (0.078) | NO |
| *Number of records* | *1,133* | *752* | | |

STAT_00000078

ATTORNEY'S EYES ONLY

# Data Collected for Analysis Sample

- Sales history: All dates, prices, and deed types

- Local property crime rates (burglary)

- Property physical attributes and land value

- Median home values in census tract
  - 2008-12 American Community Survey (US Census)

1/4/2018                                                                                     10

121 records (16.1%) could not be analyzed, for reasons below
Final Sample: *N*=752-121 → **_N=631_**

| | |
|---|---:|
| **SOLD BY DEUTSCHE BANK BEFORE VISIT DATE** | **83** |
| DUPLICATE VISIT RECORD | 6 |
| NO SALES DATA AVAILABLE | 5 |
| PROPERTY DEMOLISHED - NO DATA | 4 |
| CHAIN OF TITLE UNCLEAR, OUT OF ORDER IN OFFICIAL RECORDS | 7 |
| NO PUBLIC RECORD OF DB REO OWNERSHIP | 4 |
| ADDRESS DOES NOT EXIST | 4 |
| HELD BY US BANK, NOT DB | 2 |
| COULD NOT LOCATE ADDRESS OR PARCEL IN PUBLIC RECORDS | 1 |
| HELD BY HSBC BANK, NOT DB | 1 |
| HELD BY UNITED HOUSING INC AT VISIT DATE | 1 |
| NO RECORD OF MORTGAGES SINCE 1985 | 1 |
| SOLD BY FANNIE MAE BEFORE VISIT DATE | 1 |
| **Total** | **121** |

STAT_00000080

✓ No stat. significant differences in sample attrition by W/NW BG or high deficiency count (≥10)





% Dropped by Block Group Status ($p = 0.87$)

% Dropped by High Deficiency Count ($p = 0.52$)

STAT_00000081

# Types of Data Collected

Sales history: All dates, prices, and deed types (N=924)

- **Post-REO warranty deeds (sales)**
- **REO sales (special warranty deeds)**
- **FC sales (trustees deeds and judicial sales)**
- **Sheriff sales**
- **Servicer-to-US BANK transfers**

- **Deed-in-lieu**
- **Quit claim deeds**
- **Previous warranty deed (sales)**
- **Previous REOs, FCs**
- *Goes back on avg. to 5 most recent sales, and as far back as 10 sales*

- Flipped sales price definition: Sale price change ≥ 100%/yr. (Sale to focal borrower vs. most recent prior sale)

Sources: County assessor sales data files, web site searches

STAT_00000082

## Example sales & transfers for US BANK REOs evaluated Aug. 2014:

| Date1 | Price1 | Type1 | Seller1 | Buyer1 | Date2 | Price2 | Type2 | Seller2 | Buyer2 |
|--------|--------|-------|---------|--------|-------|--------|-------|---------|--------|
| 5/15/2015 | $112,000 | FROMREO | DB | Last, First | 12/4/2013 | $197,174 | FC SALE | Original Borrower | DB |
| 9/17/2014 | $225,000 | FROMREO | DB | Last, First | 2/17/2014 | $0 | DEED-IN-LIEU | Original Borrower | DB |
| 10/16/2012 | $77,500 | SHERIFF | Original Borrower | DB | 2/3/2001 | $35,000 | WD | Last, First | Original Borrower |

| Date3 | Price3 | Type3 | Seller3 | Buyer3 | Date4 | Price4 | Type4 | Seller4 | Buyer4 |
|--------|--------|-------|---------|--------|-------|--------|-------|---------|--------|
| 6/7/2008 | $190,000 | WD | Last, First | Original Borrower | 8/17/1994 | $80,000 | WD | Last, First | Last, First |
| 5/17/2004 | $215,000 | WD | Last, First | Original Borrower | 11/1/2000 | $175,000 | WD | Last, First | Last, First |
| 11/3/1999 | $15,000 | FROMREO | Last, First | Last, First | 1/25/1999 | $14,500 | SHERIFF | Last, First | Last, First |

. . . Sales history goes as far back as 9 transfers (1963 is earliest)

1/4/2018

14

# Types of Data Collected

- **Local property crime using FBI UCR standards**
  - **Burglary, arson, auto theft rates per 1,000 persons**
  - Scale varies from neighborhood to zip code to municipality
  - Use lagged burglary rate year *before* REO visit date
- Major cities now have detailed data in large *incident-level based files* that were aggregated to *smallest scale possible* (neighborhood, police district/beat, zip code)
  - Baltimore, Baton Rouge, Chicago, Richmond, etc.
  - All Ohio cities and suburban areas: Rates by municipality

STAT_00000084

# Possible Rival Explanations

(Expected relationship to number of REO property deficiencies)

1. Property crime rates in REO local area (+)
2. Years since REO property was built/new construction—age of home (+)
3. Dwelling size (+) and ratio to lot size or frontage (-)
4. REO property previously ever REO before purchase by focal owner (+)
5. Flipped purchase price of sale to focal borrower that later foreclosed (+)
6. Foreclosed loan was for purchase (vs. refinance) (-)
7. Months REO held by Deutsche Bank at visit date (+/-, likely nonlinear)
8. Year and quarter of year inspected by NFHA evaluator (+/-)
9. Land value of property (-) and median home value in census tract (-)
10. County fixed effects (e.g., weather, laws, housing markets, etc.) (+/-)

STAT_00000085

# Many possible rival explanations likely account for at least part of W/NW gap in REO deficiencies

| | White Block Groups | Nonwhite Block Groups | Difference (*p<.05 **p<.01 ***p<.001) |
|---|---|---|---|
| Burglary rate per 1,000 in prev. yr. | 9.06 | 13.27 | 4.21** |
| Year property built | 1963.10 | 1954.20 | 8.89*** |
| Property square feet | 1,812.17 | 1,608.38 | 203.79*** |
| Lot square feet | 14,157.74 | 7,851.37 | 6,306.37*** |
| Property ever REO previously | 0.07 | 0.14 | .07** |
| Property flipped to foreclosed borrower | 0.03 | 0.06 | .03 |
| Loan for purchase (vs. refinance) | 0.40 | 0.42 | .02 |
| Land value of property | 43,589 | 23,473 | 20,115.66*** |
| Census tract median home value | 182,187 | 135,858 | 46,328.56*** |
| Months held by DB at inspection date | 10.52 | 8.59 | 1.93 |

1/4/2018

17

# Months Held by DB at Inspection Visit Date
## (86% of REOs held < 12 mo. in both W & NW BGs)



1/4/2018

18



## Property Deficiencies, W vs. NW
## By Months Held by DB at Inspection Visit Date

STAT_00000088

# Property Deficiencies, W vs. NW
## By Months Held by DB at Inspection Visit Date



1/4/2018                                                                                                              20

STAT_00000089

# Property Deficiencies, W vs. NW
# By Months Held by DB at Visit Date (Raw Diff.)



N=631

STAT_00000090

# Property Deficiencies By Months Held by DB at Visit Date (Adjusted After Full Regression Model)



N=626

STAT_00000091

# Total Deficiencies, W vs. NW
# By Year Property Built (Raw Diff.)



N=631

STAT_00000092

# Total Deficiencies, W vs. NW
# By Year Property Built (Regression Adjusted)



N=626

STAT_00000093

# Total Deficiencies, W vs. NW
# By Property Land Value (Raw Diff.)



N=631

STAT_00000094

# Total Deficiencies, W vs. NW
# By Property Land Value (Regression Adjusted)



N=626

STAT_00000095

# Total Deficiencies, W vs. NW
# By Property Land Value per Lot Sq. Ft. (Raw Diff.)



N=631

STAT_00000096

# Total Deficiencies, W vs. NW
# By Land Value per Lot Sq. Ft. (Regression Adjusted)



N=626

## Total Deficiencies, W vs. NW
## By Census Tract Median Home Value (Raw Diff.)



N=631

STAT_00000098

# Total Deficiencies, W vs. NW
# By Census Tract Median Home Value (Adjusted)



N=626

1/4/2018 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 30

# Multivariate Analysis Phase 1

- Estimate (predict) different outcomes:
  1. **Total count** of REO property deficiencies
  2. Likelihood of at least **10 deficiencies**

STAT_00000100

# List of full set of explanatory variables

| | |
|---|---|
| **Nonwhite census block group** | Inspected by NFHA in Apr-May (vs. Jan-Feb) |
| Year property built | Inspected by NFHA in Jun-Sep (vs. Jan-Feb) |
| Property sq. ft. | Inspected by NFHA in Oct-Dec (vs. Jan-Feb) |
| Ratio of property sq. ft.-to-lot sq. ft. | Inspected by NFHA in 2012 (vs. 2010-11) |
| Newly constructed home, foreclosed borrower | Inspected by NFHA in 2013 (vs. 2010-11) |
| Previously REO property before DB foreclosure | Inspected by NFHA in 2014 (vs. 2010-11) |
| Acquired by DB via deed in lieu of foreclosure | Inspected by NFHA in 2015 (vs. 2010-11) |
| Property flipped to foreclosed borrower | Inspected by NFHA in 2016 (vs. 2010-11) |
| Purchase loan by foreclosed borrower (vs. refinance) | Held by DB 2-3 mo. at inspection date (vs. <2 mo.) |
| Burglary rate in previous calendar year | Held by DB 4-5 mo. at inspection date (vs. <2 mo.) |
| County Fixed Effects | Held by DB 6-8 mo. at inspection date (vs. <2 mo.) |
| Log of land value of property in 2015 | Held by DB 9-12 mo. at inspection date (vs. <2 mo.) |
| Log of median home value in census tract, 2012 | Held by DB >12 mo. at inspection date (vs. <2 mo.) |

1/4/2018

STAT_00000101

| | Outcome 1: Total REO Deficiencies | | | | |
|---|---|---|---|---|---|
| | (1) | (3) | (4) | (5) | (6) |
| **50%-100% Nonwhite (vs. <50%NW)** | **3.365\*\*\*** | **2.958\*\*\*** | **3.047\*\*\*** | **3.100\*\*\*** | **2.297\*\*\*** |
| Year property built | | -0.047\*\*\* | -0.046\*\*\* | -0.047\*\*\* | **-0.039\*\*\*** |
| Home sq. ft. | | -0.001 | -0.001 | -0.001 | -0.001 |
| Ratio of home sq. ft. to lot sq. ft. | | -0.036\* | -0.038\* | -0.037 | **-0.043\*** |
| New construction | | -0.416 | -0.395 | -0.370 | -0.672 |
| Ever REO among previous owners | | | 0.422 | 0.380 | -0.332 |
| Flipped sale to foreclosed owner | | | -0.049 | -0.190 | -0.263 |
| Purchase loan (vs. refinance) | | | -0.510 | -0.414 | -0.451 |
| Local burglary rate, prior year | | | -0.010 | -0.012 | **-0.018\*\*** |
| Log of land value of property | | | | | -0.463[+] |
| Log of census tract median home value | | | | | **-1.430\*\*** |
| *Months held by DB (categories)* | *No* | *No* | *No* | *Yes* | *Yes* |
| *State & County Fixed Effects* | *No* | *No* | *No* | *Yes* | *Yes* |
| *Evaluation Year & Quarter Effects* | *No* | *No* | *No* | *Yes* | *Yes* |
| *$R^2$* | *0.15* | *0.40* | *0.41* | *0.43* | *0.45* |
| *N* | *631* | *631* | *626* | *626* | *626* |

12/18/2017                                                                                                         33

## Total REO Property Deficiencies W/NW BG (n=631)
## → 68% (2.30/3.37) of Gap Remains Unexplained



### Observed (No controls)

| White Block Groups | Nonwhite Block Groups |
|---|---|
| 6.17 | 9.54 |

Gap = 3.37

### Full Model (25 variables)

| White Block Groups | Nonwhite Block Groups |
|---|---|
| 6.17 | 9.54*** |

Gap = 2.30

$R^2$ = 0.45, incl. County Fixed Effects

1/4/2018

34

STAT_00000103

ATTORNEY'S EYES ONLY

# Total Property Deficiencies
## Final Analysis Dataset (n=631)



STAT_00000104

# Total Deficiencies Do Not Appear to Be Driven by Any Single Category

|  | White Block Groups | Nonwhite Block Groups | NW/W Ratio |
|---|---|---|---|
| Curb appeal | 1.94 | 3.10 | 1.60 |
| Structure | 1.69 | 2.80 | 1.66 |
| Signage and occupancy | 0.71 | 0.88 | 1.24 |
| Painting/siding | 0.79 | 1.08 | 1.37 |
| Gutters | 0.45 | 0.60 | 1.33 |
| Water damage | 0.37 | 0.47 | 1.27 |
| Utilities | 0.26 | 0.47 | 1.78 |
| **TOTAL** | **6.21** | **9.41** | **1.51** |

STAT_00000105

# DB REO Property Analysis V3: 3A. Feb 26, 2012-Present & 3B. Feb 14, 2015-Present

December 19, 2018

**Privileged and Confidential**

# Total DB REO Property Deficiencies by Census Block Group % White Population in 2010



# Gaps or Disparities in Previous Slide Are All Highly Statistically Significant ($p < .0001$, two-tailed tests)

| Sample | White (≥50% White) | Nonwhite (<50% White) | Difference | t-statistic (*p*-value) |
|---|---|---|---|---|
| **Mean: Full Sample** | **5.86** | **9.14** | **3.28** | **14.226 (0.000)** |
| *N* | *410* | *725* | *1,135* | |
| (95% Conf. Interval) | (5.54, 6.18) | (8.85, 9.42) | (2.82, 3.72) | |
| **Mean: Feb 26, 2012-Now** | **5.81** | **9.28** | **3.47** | **14.448 (0.000)** |
| *N* | *379* | *652* | *1,031* | |
| (95% Conf. Interval) | (5.47, 6.14) | (8.98, 9.59) | (3.00, 3.95) | |
| **Mean: Feb 14, 2015-Now** | **5.84** | **9.29** | **3.45** | **11.687 (0.000)** |
| *N* | *237* | *377* | *614* | |
| (95% Conf. Interval) | (5.42, 6.26) | (8.91, 9.67) | (2.87, 4.03) | |

STAT_00000108

# Total Records by Metro Area and Analysis Category (Yellow=Most or All Metro Records Analyzed)

| Metro Area | Data Collected, Analyzed | Data Collected, Not Used | Not Analyzed | Total | Metro Area | Data Collected, Analyzed | Data Collected, Not Used | Not Analyzed | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chicago, IL-IN-WI | 73 | 20 | 31 | 124 | Cleveland, OH | 29 | 3 | 0 | 32 |
| Miami-Ft. Lauderdale, FL | 92 | 12 | 0 | 104 | Muskegon, MI | 23 | 5 | 0 | 28 |
| Milwaukee, WI | 63 | 20 | 0 | 83 | Philadelphia, PA-NJ-DE | 0 | 0 | 28 | 28 |
| Dallas-Ft. Worth, TX | 0 | 0 | 81 | 81 | Tampa, FL | 23 | 2 | 1 | 26 |
| Richmond, VA | 51 | 11 | 3 | 65 | Toledo, OH | 22 | 3 | 1 | 26 |
| Baltimore, MD | 52 | 8 | 4 | 64 | Columbus, OH | 20 | 3 | 2 | 25 |
| Orlando, FL | 51 | 11 | 2 | 64 | Minneapolis-St. Paul, MN | 0 | 0 | 24 | 24 |
| Washington, DC-MD-VA | 47 | 4 | 11 | 62 | Denver, CO | 0 | 0 | 21 | 21 |
| Memphis, TN-MS-AR | 52 | 9 | 0 | 61 | Baton Rouge, LA | 14 | 5 | 1 | 20 |
| Detroit, MI | 13 | 7 | 23 | 43 | Providence, RI | 0 | 0 | 19 | 19 |
| New Orleans-Metairie, | 31 | 11 | 0 | 42 | Indianapolis, IN | 0 | 0 | 18 | 18 |
| Dayton, OH | 35 | 2 | 0 | 37 | All Other Metro Areas | 10 | 4 | 147 | 18 |
| | | | | | **GRAND DB REO TOTAL** | 701 | 140 | 417 | 1,258 |

➢ Of the 140 records for which data was collected, but not analyzed, in 101 cases DB did not have legal ownership on the date when the (former) REO property was inspected/evaluated by NFHA. No data available for IN, TX.

# Total Records by Date REO Was Inspected

| Metro Area | Before Feb. 26, 2012 | Feb. 26, 2012-Feb. 13, 2015 | Feb. 14, 2015-Present | Total | Metro Area | Before Feb. 26, 2012 | Feb. 26, 2012-Feb. 13, 2015 | Feb. 14, 2015-Present | Total |
|---|---|---|---|---|---|---|---|---|---|
| Chicago, IL-IN-WI | 23 | 62 | 39 | **124** | Cleveland, OH | 0 | 9 | 23 | **32** |
| Miami-Ft. Lauderdale, FL | 10 | 36 | 58 | **104** | Muskegon, MI | 0 | 15 | 13 | **28** |
| Milwaukee, WI | 0 | 40 | 43 | **83** | Philadelphia, PA-NJ-DE | 0 | 13 | 15 | **28** |
| Dallas-Ft. Worth, TX | 14 | 7 | 60 | **81** | Tampa, FL | 0 | 0 | 26 | **26** |
| Richmond, VA | 26 | 19 | 20 | **65** | Toledo, OH | 0 | 16 | 10 | **26** |
| Baltimore, MD | 16 | 15 | 33 | **64** | Columbus, OH | 0 | 9 | 16 | **25** |
| Orlando, FL | 0 | 20 | 44 | **64** | Minneapolis-St. Paul, MN | 0 | 17 | 7 | **24** |
| Washington, DC-MD-VA | 20 | 7 | 35 | **62** | Denver, CO | 0 | 18 | 3 | **21** |
| Memphis, TN-MS-AR | 0 | 21 | 40 | **61** | Baton Rouge, LA | 0 | 10 | 10 | **20** |
| Detroit, MI | 0 | 0 | 43 | **43** | Providence, RI | 0 | 0 | 19 | **19** |
| New Orleans-Metairie, | 0 | 17 | 25 | **42** | Indianapolis, IN | 0 | 13 | 5 | **18** |
| Dayton, OH | 8 | 25 | 4 | **37** | All Other Metro Areas | 8 | 59 | 81 | **148** |
| | | | | | **GRAND DB REO TOTAL** | 125 | 448 | 672 | **1,245** |

Note: Excludes 13 records not geocoded by NFHA without census tract location.

# Version 3 Records Added to Analysis Dataset
## By US Region, County, and Metro Area (N=62)

| Region | County | Metro Area | Analyzed | Collected, Not Used | Not Collected | Total |
|--------|--------|-----------|----------|---------------------|---------------|-------|
| South | Prince George's, MD | Washington, DC-MD-VA | 17 | 1 | 1 | 19 |
| Midwest | Wayne, MI | Detroit, MI | 5 | 1 | 9 | 15 |
| South | Baltimore City & County, MD | Baltimore, MD | 8 | 2 | 2 | 12 |
| South | Shelby, TN | Memphis, TN-MS-AR | 7 | 2 | 0 | 9 |
| South | Orange, FL | Orlando, FL | 6 | 3 | 0 | 9 |
| South | Hillsborough, FL | Tampa-St. Petersburg, FL | 5 | 2 | 0 | 7 |
| Midwest | Cuyahoga, OH | Cleveland, OH | 4 | 1 | 0 | 5 |
| Midwest | Franklin, OH | Columbus, OH | 2 | 2 | 0 | 4 |
| Midwest | Milwaukee, WI | Milwaukee, WI | 3 | 1 | 0 | 4 |
| Midwest | Muskegon, MI | Muskegon, MI | 3 | 0 | 0 | 3 |
| Midwest | Lucas, OH | Toledo, OH | 1 | 1 | 0 | 2 |
| Midwest | Montgomery, OH | Dayton, OH | 1 | 0 | 0 | 1 |
| | **Total Added to Analysis Data** | | **62** | **16** | **12** | **90** |

➢ Of the 16 records for which data was collected, but not analyzed, in all but one case DB did not have legal ownership on the date when the (former) REO property was inspected/evaluated by NFHA. In the other case, the address did not exist/was incorrectly recorded.

## Midwest + South = 89% of DB NFHA Database (n=1,127)
## Midwest + South = 100% of Analysis Dataset (n=701)

| Region | Inspected Pre-Feb. 26, 2012 | | | Feb. 26, 2012 - Feb. 13, 2015 | | | Feb. 14, 2015-Present | | | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Collected, Analyzed | Collected, Dropped | No Data Collected | Collected, Analyzed | Collected, Dropped | No Data Collected | Collected, Analyzed | Collected, Dropped | No Data Collected | |
| **Northeast** | 0 0% | 0 0% | 0 0% | 0 0% | 0 0% | 23 16% | 0 0% | 0 0% | 61 25% | **84** **7%** |
| **Midwest** | 26 35% | 5 24% | 0 0% | 137 54% | 32 59% | 60 42% | 125 34% | 30 46% | 55 22% | **470** **37%** |
| **South** | 49 65% | 16 76% | 26 90% | 118 46% | 22 41% | 31 22% | 246 66% | 35 54% | 114 46% | **657** **52%** |
| **West** | 0 0% | 0 0% | 3 10% | 0 0% | 0 0% | 28 6% | 0 0% | 0 0% | 16 7% | **47** **4%** |
| **All Regions** (Column %) | **75** **100%** | **21** **100%** | 29 100% | **255** **100%** | **54** **100%** | 104 100% | **371** **100%** | **65** **100%** | 246 100% | 1,258 100% |

## V3: REO Property Deficiencies by State and by Census Block Group % White, Analysis Data (n=701)



*p < .05  **p < .01  ***p<.001 (two-tailed tests)

## V3: Full Analysis Sample OLS Regression Estimates (Outcome = Total REO Deficiencies)

| | Observed | (2) | (3) | (4) | Predicted |
|---|---|---|---|---|---|
| **Non-white Block Group (<50% White)** | **3.269*** | **3.097*** | **3.195*** | **3.222*** | **2.429*** |
| Year Built | | -0.046*** | -0.046*** | -0.046*** | -0.040*** |
| Size of Home (Sq. ft.) | | 0.000 | 0.000 | 0.000 | 0.000 |
| Ratio of Home-to-Lot | | -0.004 | -0.005 | -0.003 | -0.008 |
| Ever Previously REO | | | 0.406 | 0.334 | 0.304 |
| Lagged Local Burglary Rate | | | -0.012[+] | **-0.013*** | **-0.019**** |
| Months Held by Lender | | | | 0.005 | 0.005 |
| Evaluated Spring (Apr-Jun) | | | | 0.643 | 0.730[+] |
| Evaluated Summer (Jul-Sep) | | | | **1.187*** | **1.251*** |
| Evaluated Fall (Oct-Dec) | | | | **0.887*** | **0.944*** |
| Log of Property Land Value | | | | | -0.480[+] |
| Log of Census Tract Median Property Value | | | | | -1.236* |
| Evaluation Year Fixed Effects | No | No | No | **Yes** | **Yes** |
| State & County Fixed Effects | No | **Yes** | **Yes** | **Yes** | **Yes** |
| $R^2$ | 0.147 | 0.375 | 0.387 | 0.409 | 0.424 |
| N | 701 | 696 | 689 | 689 | 689 |

Note: Models (3)-(5) also control for new construction, flipped sale, deed-in-lieu, and if foreclosed loan was for home purchase (vs. refinance).
[+]*p < .10*  **p < .05*  ***p < .01*  ****p<.001* (two-tailed tests)

# V3: Analysis Sample: 74% (2.43/3.27) of Gap Remains
# Total Deficiencies by Census Block Group % White



## V3A: Feb. 26, 2012-Present Regression Estimates (Outcome = Total REO Deficiencies)

| | Observed | (2) | (3) | (4) | Predicted |
|---|---|---|---|---|---|
| **Non-white Block Group (<50% White)** | 3.548*** | 3.386*** | 3.486*** | 3.518*** | 2.749*** |
| Year Built | | -0.045*** | -0.045*** | -0.045*** | -0.038*** |
| Size of Home (Sq. ft.) | | 0.000 | 0.000 | 0.000 | 0.000[+] |
| Ratio of Home-to-Lot | | -0.005 | -0.005 | -0.003 | -0.008 |
| Ever Previously REO | | | 0.487 | 0.430 | 0.457 |
| Lagged Local Burglary Rate | | | -0.012[+] | -0.009 | **-0.014*** |
| Months Held by Lender | | | | 0.006 | 0.005 |
| Evaluated Spring (Apr-Jun) | | | | 0.630 | 0.711[+] |
| Evaluated Summer (Jul-Sep) | | | | **1.614*** | **1.658*** |
| Evaluated Fall (Oct-Dec) | | | | **1.163*** | **1.179*** |
| Log of Property Land Value | | | | | -0.498[+] |
| Log of Census Tract Median Property Value | | | | | -1.085[++] |
| Evaluation Year Fixed Effects | No | No | No | **Yes** | **Yes** |
| State & County Fixed Effects | No | **Yes** | **Yes** | **Yes** | **Yes** |
| $R^2$ | 0.168 | 0.408 | 0.423 | 0.444 | 0.458 |
| N | 626 | 621 | 614 | 614 | 614 |

Note: Models (3)-(5) also control for new construction, flipped sale, deed-in-lieu, and if foreclosed loan was for home purchase (vs. refinance).
**[+]$p < .10$ [++]$p < .06$ *$p < .05$ **$p < .01$ ***$p<.001$** (two-tailed tests)

## V3A: 2/26/2012-Present: 77% (2.75/3.55) of Gap Remains
## Total Deficiencies by Census Block Group % White





STAT_00000117

## V3B: Feb. 14, 2015-Present Regression Estimates (Outcome = Total REO Deficiencies)

| | Observed | (2) | (3) | (4) | Predicted |
|---|---|---|---|---|---|
| **Non-white Block Group (<50% White)** | 3.574*** | 3.598*** | 3.688*** | 3.656*** | 3.307*** |
| Year Built | | -0.058*** | -0.064*** | -0.064*** | -0.060*** |
| Size of Home (Sq. ft.) | | 0.000 | **0.000*** | 0.000 | 0.000++ |
| Ratio of Home-to-Lot | | -0.010+ | **-0.012*** | -0.009 | -0.011 |
| Ever Previously REO | | | 1.776** | 1.779** | 1.785** |
| Lagged Local Burglary Rate | | | -0.013+ | -0.013+ | -0.016++ |
| Months Held by Lender | | | | -0.008 | -0.008 |
| Evaluated Spring (Apr-Jun) | | | | 0.448 | 0.448 |
| Evaluated Summer (Jul-Sep) | | | | 1.313+ | 1.281 |
| Evaluated Fall (Oct-Dec) | | | | 1.035++ | 1.057++ |
| Log of Property Land Value | | | | | -0.148 |
| Log of Census Tract Median Property Value | | | | | -0.797 |
| Evaluation Year Fixed Effects | No | No | No | **Yes** | **Yes** |
| State & County Fixed Effects | No | **Yes** | **Yes** | **Yes** | **Yes** |
| *R²* | 0.184 | 0.437 | 0.470 | 0.482 | 0.486 |
| *N* | 371 | 366 | 360 | 360 | 360 |

Note: Models (3)-(5) also control for new construction, flipped sale, deed-in-lieu, and if foreclosed loan was for home purchase (vs. refinance).
**+*p* < .10  ++*p* < .06  *p* < .05  **p* < .01  ***p*<.001** (two-tailed tests)

## V3B: 2/14/2015-Present: 92% (3.30/3.57) of Gap Remains
Total Deficiencies by Census Block Group % White





ATTORNEY'S EYES ONLY

# Added Analysis per Request: Median Months Property Held by DB from REO to REO-resale

