```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3    NATIONAL FAIR HOUSING           )
      ALLIANCE, et al.,               )    Case No. 18 CV 839
 4                                    )
                    Plaintiffs,       )
 5                                    )
               vs.                    )    Chicago, Illinois
 6                                    )    June 30, 2021
      DEUTSCHE BANK, et al.,          )    9:02 AM
 7                                    )
                    Defendants.       )
 8
                    TRANSCRIPT OF PROCEEDINGS - Status
 9           BEFORE THE HONORABLE HARRY D. LEINENWEBER

10    APPEARANCES:

11    For the Plaintiff:        SOULE BRADTKE & LAMBERT
                                BY:  MS. JENNIFER K. SOULE
12                              402 Campbell Street # 100
                                Geneva, Illinois  60134
13

14
      For Defendant
15    Deutsche Bank:            MORGAN LEWIS & BOCKIUS LLP
                                BY:  MR. KENNETH M. KLIEBARD
16                              77 West Wacker Drive
                                Chicago, Illinois 60601
17

18

19

20
      Court Reporter:          SANDRA M. TENNIS, CSR, RMR, FCRR
21                             Official Court Reporter
                               219 S. Dearborn Street, Room 2260
22                             Chicago, Illinois  60604
                               (312) 554-8244
23                             sandra_tennis@ilnd.uscourts.gov

24

25
```

1    APPEARANCES (Continued):

2    For Defendant
     Ocwen Loan Servicing:        MAYER BROWN LLP
3                                 BY:  MS. DEBRA L. BOGO-ERNST
                                  71 South Wacker Drive
4                                 Chicago, Illinois  60606

5    For Defendant
     Altisource Solutions:        DENTONS US LLP
6                                 BY: MR. NATHAN L. GARROWAY
                                  303 Peachtree Street NE
7                                 Atlanta, Georgia 30308

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Proceedings heard in open court via teleconference.)

2           THE CLERK:  18 C 839, National Fair Housing versus

3   Deutsche Bank.

4           MS. SOULE:   Good morning, Judge.  Jennifer Soule on

5   behalf of the plaintiff, along with Kelly Lambert.

6           MR. KLIEBARD:  Good morning, your Honor.  This is Ken

7   Kliebard on behalf of the Deutsche Bank National Trust Company

8   as trustee and Deutsche Bank Trustee Company Americas as

9   trustee.

10          MS. BOGO-ERNST:  Good morning, your Honor.  Debra

11  Bogo-Ernst on behalf of defendant Ocwen.

12          MR. GARROWAY:  Good morning, your Honor.  Nathan

13  Garroway on behalf of defendant Altisource.

14          THE COURT:  Okay.  Ms. Soule, status?

15          MS. SOULE:  Yes, Judge.  We're, you know, fully

16  underway in conducting discovery, as we have been.  There is

17  obviously a significant number of documents need exchanged by

18  both sides, and then review of that.

19          We have -- the defendants have taken three

20  depositions, one of which was a very significant National Fair

21  Housing Alliance witness that was obviously a very key

22  deposition that was a big undertaking and occurred over a

23  period of two days recently.  So that is a major, you know,

24  step forward, I think.

25          Plaintiffs have served Deutsche Bank with a Rule

1  30(b)(6) notice.  As you might recall, we took 30(b)(6)

2  depositions of the other two defendants last -- over -- last

3  Fall and through March, and we are having some discussions with

4  Deutsche Bank about the scope of the 30(b)(6) notice.  We have

5  a conference we're trying to set up in the next week, or so.

6  There is some scheduling issues because of the Fourth getting

7  that done, so we assume those issues will be worked out.  If

8  they can't be worked out, obviously we'd have to bring

9  something before the court, but we're optimistic that we can

10 hammer out our way forward and get that 30(b)(6) deposition

11 done.

12         With respect to the Court's order in terms of

13 producing the pre-lawsuit statistical analysis, plaintiffs have

14 provided defendant a number of information, including all the

15 data files relating to the three complaint analysis, all the

16 reports that our consultant comprised and put together.  We've

17 provided the final regression analysis, the raw data set, the

18 data dictionary, database, photographs, and all that.  We did

19 receive some questions about the productions in Deutsche Bank

20 early on in June, and we responded right away to that on

21 June 4th.  Yesterday, we received another letter with concerns,

22 and we contacted our consultant and provided a response last

23 evening, anticipating if any issues be brought up today.  So we

24 don't know.  We assume that we will be working through those

25 issues as well with Deutsche Bank.  We're reviewing

1   correspondence with our consultant and anticipate providing any

2   additional information and privilege log next week.  So we

3   would hope that that should be the last chapter of that,

4   although we think, you know, there is a chance that those

5   issues might percolate into some kind of motion before the

6   Court.  But that doesn't impact the fact discovery deadline or

7   or anything of that nature.

8           So in terms of being on target for the November fact

9   discovery cutoff, I mean, I think there is a tremendous amount

10  of work that everybody needs to do on all sides here, but we're

11  really working hard, and I think it would be best maybe to have

12  a status in a couple of months to give the court a little

13  gauge, are we going to meet that date, or where we are because

14  we're at a critical juncture, and there is a number of

15  depositions that are going to be taking place.

16          The defendants, I don't know if I mentioned, but they

17  are anticipating, we were informed, of presenting plaintiffs

18  with a Rule 30(b)(6) notice.  And obviously there is 20

19  plaintiffs, we don't know the form that's going to take, and so

20  there will be a lot of issues relating to sorting that out and

21  getting that scheduled.

22          So there is a lot going on, but I think we're trying

23  to remain on track.  And that's the perspective from the

24  plaintiffs.

25          THE COURT:  Defense?

1         MS. BOGO-ERNST:  From defendant -- oh, go ahead, Ken.

2         MR. KLIEBARD: Your Honor, if I may.  This is Ken

3  Kliebard for the Deutsche Bank defendant.  I largely agree with

4  Ms. Soule's presentation.  We are trying to work out some

5  issues on the scheduling and length of the Deutsche Bank

6  30(b)(6) depositions.

7         On the issue of plaintiffs' compliance with the

8  Court's order on the regression analysis that was referred to

9  in the complaint, I don't think we're ripe for that today, but

10  I do anticipate that issue will be presented to your Honor.

11         The Court granted, as you may recall, our motion to

12  compel in full and found that, by including the regression

13  analysis in a discussion of that in the complaint, the

14  plaintiffs waive the types of protections that might otherwise

15  attend to draft expert reports.  And so the Court granted our

16  motion full, without hesitation, and the underlying requests

17  for production asks for all documents related to that

18  regression analysis.  And what we're now hearing, and we still

19  haven't seen the privilege log, is that the plaintiffs are

20  claiming the e-mails, and possibly other documents, are

21  privileged and/or immune from discovery under Rule 26.  And

22  from our perspective, those issues were already decided and

23  rejected, but I suppose we'll wait to see what their privilege

24  log is and have further discussions before coming back to the

25  court on that.

1       THE COURT:  Anybody else want to add anything?

2       MS. BOGO-ERNST:  No, your Honor.  From Defendant

3   Ocwen, we agree that a status is appropriate in a couple

4   months.

5       MR. GARROWAY:  Altisource agrees as well.  Thank you,

6   your Honor.

7       THE COURT:  Two months.  Two-month status, Mel.

8       THE CLERK:  September 8th at 9:00 o'clock a.m.

9       THE COURT:  Thank you.

10      (Which were all the proceedings heard.)

11                        CERTIFICATE

12      I certify that the foregoing is a correct transcript from

13   the record of proceedings in the above-entitled matter.

14

15   /s/ *SANDRA M. TENNIS*_____        July 24, 2021

16   SANDRA M. TENNIS, CSR, RMR, FCRR
     Official Court Reporter
17

18

19

20

21

22

23

24

25