# SOULE, BRADTKE & LAMBERT

ATTORNEYS AT LAW
402 Campbell Street, Suite 100, Geneva, Illinois 60134
Tel: 630.333.9144  Fax: 630.607.0266
www.soulebradtkeandlambert.com
Office@SBLLegal.com

Jennifer K. Soule
JSoule@SBLLegal.com

Kelly K. Lambert
KLambert@SBLLegal.com

James G. Bradtke
JBradtke@SBLLegal.com
*Of Counsel*

Steven P. Schneck
SSchneck@SBLLegal.com
*Special Counsel*

July 7, 2021

Kenneth M. Kliebard
*kenneth.kliebard@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
77 W. Wacker Drive, Suite 500
Chicago, IL 60601

David Monteiro
*david.monteiro@morganlewis.com*
Victor Cruz
*victor.cruz@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201

Kevin M. Papay
*kevin.papay@morganlewis.com*
Kurt Rademacher
*kurt.rademacher@morganlewis.com*
*Morgan, Lewis & Bockius LLP*
One Market, Spear Street Tower
San Francisco, CA 94105

Shannon Shin
*shannon.shin@dentons.com*
*Dentons US LLP*
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606

Nathan L. Garroway
*Nathan.garroway@dentons.com*
*Dentons US LLP*
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Cody Wood
*cody.n.wood@dentons.com*
Lisa M. Krigsten
*lisa.krigsten@dentons.com*
*Dentons US LLP*
4520 Main Street, Suite 1100
Kansas City, MO 64111

Debra Bogo-Ernst
*dernst@mayerbrown.com*
Matthew C. Sostrin
*msostrin@mayerbrown.com*
Jacey D. Norris
*jnorris@mayerbrown.com*
William J. McElhaney III
*wmcelhaney@mayerbrown.com*
*Mayer Brown LLP*
71 S. Wacker Drive
Chicago, IL  60606

*Re: NFHA, et al. v. Deutsche Bank National Trust, As Trustee, et al. – Case No. 18cv839*

Dear Counsel:

Attached is Plaintiffs' Log of Privileged Documents Relating to Pre-filing Analyses.

1

      Please be advised that we are processing and will be producing shortly a number of emails and attachments referenced in the log as to which, in the interest of conclusively resolving any issues relating to this subject, we are willing to waive privilege.

                                                            Sincerely,

                                                            James G. Bradtke

cc: Counsel of Record

| | Date | Sender(s) | Recipient(s) | General Description of Document | Privilege Asserted |
|---|---|---|---|---|---|
| 1 | 12/30/2018 | Consultant | Lindsay Augustine | Correspondence referencing states not considered in analyses | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 2 | 12/30/2018 | Lindsay Augustine | Consultant; Maggie McKernin; James Bradtke; Jennifer Soule; Lisa Rice; Morgan Williams; Yiyang Wu; Steve Dane | Correspondence regarding properties not referenced in complaint | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 3 | 12/27/2018 | Consultant | Lindsay Augustine, Maggie McKernin; James Bradtke, Jennifer Soule, Steve Dane, Lisa Rice, Yiyang Wu, Morgan Williams | Correspondence attaching list of DB REO properties as to which data collected/not collected | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 4 | 9/30/2018 | Consultant | Lindsay Augustine, James Bradtke, Jennifer Soule, Steve Dane, Lisa Rice, Yiyang Wu, Maggie McKernin | Correspondence re Conference | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 5 | 12/21/2018 | Maggie McKernin | James Bradtke; Jennifer Soule; Lisa Rice; Maggie McKernin; Morgan Williams; Yiyang Wu; Lindsay Augustine; Steve Dane; Consultant | Email providing dial-in number for call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 6 | 12/21/2018 | Consultant | Maggie McKernin | Correspondence regarding availability for call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 7 | 12/20/2018 | Consultant | James Bradtke | Correspondence regarding scheduling for call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 8 | 12/20/2018 | Consultant | Lindsay Augustine, James Bradtke, Jennifer Soule, Steve Dane, Lisa Rice, Yiyang Wu, Maggie McKernin, Morgan Williams; | Correspondence regarding scheduling for call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 9 | 12/20/2018 | James Bradtke | Consultant; Lisa Rice; Morgan Williams; Lindsay Augustine; Cat Cloud; Steve Dane; Maggie McKernin | Correspondence regarding scheduling for call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 10 | 12/19/2018 | Consultant | Morgan Williams; James Bradtke; Lisa Rice; Maggie McKernin; Yiyang Wu; Lindsay Augustine; Steve Dane; Jennifer Soule; Cat Cloud | Correspondence enclosing V.3 of Deutsche Bank property deficiency analysis (previously produced at STAT106 - STAT120). | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 11 | 12/10/2018 | Consultant | James Bradtke | Correspondence confirming data current | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 12 | 12/10/2018 | James Bradtke | Consultant, Jennifer Soule, Steve Dane, Lisa Rice, Yiyang Wu, Morgan Williams | Correspondence confirming data current | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 13 | 12/3/2018 | Consultant | Jennifer Soule; James Bradtke; Morgan Williams; Steve Dane; Yiyang Wu; Lisa Rice | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 14 | 12/3/2018 | Maggie McKernin | Lindsay Augustine, James Bradtke, Jennifer Soule, Steve Dane, Lisa Rice, Yiyang Wu, Consultant, Cat Cloud | Correspondence regarding call-in number | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 15 | 12/3/2018 | Jennifer Soule | Consultant; James Bradtke; Morgan Williams; Steve Dane; Yiyang Wu; Lisa Rice | Correspondence regarding scheduling for conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 16 | 12/1/2018 | Consultant | Jennifer Soule, Consultant, James Bradtke, Stephen Dane, Morgan Williams, Lisa Rice, Yiyang Wu | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 17 | 11/30/2018 | Jennifer Soule | Consultant; James Bradtke; Morgan Williams; Steve Dane; Yiyang Wu; Lisa Rice | Correspondence regarding scheduling conference call and attaching list of issues to be addressed in analyses | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 18 | 11/20/2018 | Jennifer Soule | Consultant, James Bradtke, Morgan Wiliams, Stephen Dane, Lisa Rice | Correspondence re status | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |

| # | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 19 | 9/10/2018 | Consultant | Steve Dane; Anna Dell'Amico; Morgan WIlliams | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 20 | 9/10/2018 | Consultant | Anna Dell'Amico, Morgan Williams, Steve Dane | Correspondence re scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 21 | 8/29/2018 | Anna Dell'Amico | Consultant; Jennifer Soule; James Bradtke; Yiyang Wu; Tara Ramchandani; Mark Vanenberg; Morgan Williams; Steve Dane | Correspondence re scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 22 | 8/28/2018 | Steve Dane | Consultant | Correspondence re scheduling conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 23 | 8/28/2018 | Consultant | Steve Dane | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 24 | 8/28/2018 | Steve Dane | Consultant | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 25 | 8/28/2018 | Consultant | Steve Dane | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 26 | 1/4/2018 | Consultant | Steve Dane, James Bradtke, Jennifer Soule, Morgan Williams, Tara Ramchandani, Yiyang Wu, Lisa Rice, Shanna Smith, Shanti Abendin | Correspondence re conference call (attaching previously produced slides at STAT70- STAT105) | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 27 | 1/4/2018 | Morgan Williams | Jennifer Soule; James Bradtke; Yiyang Wu; Steve Dane; Shanna Smith; Lisa Rice; Lindsay Augustine; Shanti Abendin; Consultant | Correspondence attaching list of residential mortgage backed securities trusts abbreviations and series | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 28 | 1/4/2018 | Consultant | Morgan Williams | Correspondence attaching list of residential mortgage backed securities trusts abbreviations and series | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 29 | 1/3/2018 | Morgan Williams | Consultant; Jennifer Soule; James Bradtke; Steve Dane; Yiyang Wu; Shanna Smith; Lisa Rice; Shanti Abendin; Lindsay Augustine | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 30 | 1/3/2018 | Consultant | Morgan Williams | Correspondence regarding re-scheduling of conference call due to illness | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 31 | 1/3/2018 | Morgan Williams | Consultant; Jennifer Soule; James Bradtke; Steve Dane; Yiyang Wu; Shanna Smith; Lisa Rice; Lindsay Augustine; Shanti Abendin | Call-in information | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 32 | 12/20/2017 | Consultant | Morgan Williams, Lindsay Augustine | Correspondence regarding transmission of property list | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 33 | 12/20/2017 | Lindsay Augustine | Morgan Williams; Consultant | Correspondence attaching property list document | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 34 | 12/20/2017 | Morgan Williams | Consultant; Lindsay Augustine | Correspondence regarding transmission of property list | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 35 | 12/20/2017 | Consultant | Lindsay Augustine; Morgan Williams | Correspondence regarding transmission of property list | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 36 | 12/20/2017 | Morgan Williams | Consultant; Lindsay Augustine | Correspondence attaching property list document | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 37 | 12/14/2017 | Morgan Williams | Consultant; Jennifer Soule; James Bradtke; Steve Dane; Yiyang Wu; Shanna Smith; Lisa Rice; Lindsay Augustine; Shanti Abendin | Correspondence regarding scheduling of conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |

| # | Date | From | To | Description | Privilege |
|---|------|------|-----|-------------|-----------|
| 38 | 7/24/2017 | Morgan Williams | Consultant; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine; Jennifer Soule; James Bradtke; redacted attorney name; redacted attorney name | Correspondence regarding conference call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 39 | 7/24/2017 | Consultant | Morgan Williams, Steve Dane, Shanti Abendin, Shanna Smith, Lisa Rice, Lindsay Augustine, Yiyang Wu, Glenn Schlactus; James Bradtke; redacted attorney name; redacted attorney name | Correspondence re check-in call and transmission of updated slides (previously produced at STAT34-66, STAT67-68) | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 40 | 7/24/2017 | Consultant | Morgan Williams; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine | Correspondence re check-in call, preliminary analysis and slides (previously produced at STAT3 - STAT33 | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 41 | 7/21/2017 | Morgan Williams | Consultant, Steve Dane, Shanti Abendin, Shanna Smith, Lisa Rice, Lindsay Augustine, Yiyang Wu, Glenn Schlactus | Correspondence re check-in call scheduling | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 42 | 7/21/2017 | Consultant | Consultant, Steve Dane, Shanti Abendin, Shanna Smith, Lisa Rice, Lindsay Augustine, Yiyang Wu, Glenn Schlactus, James Bradtke, Jennifer Soule; redacted attorney name | Correspondence re check-in call, enclosing memo unrelated to Deutsche Bank case | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 43 | 7/20/2017 | Shanna Smith | Consultant; Morgan Williams; Steve Dane; Shanti Abendin; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine | Correspondence re schduling problem due to family emergency | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 44 | 7/20/2017 | Consultant | Morgan Wiliams; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine; Jennifer Soule; James Bradtke; redacted attorney name | Correspondence regarding scheduling of check-in call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 45 | 7/20/2017 | Morgan Williams | Consultant; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine; Jennifer Soule; James Bradtke; redacted attorney name | Correspondence regarding scheduling of check-in call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 46 | 7/20/2017 | Morgan Williams | Consultant; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine; Jennifer Soule; James Bradtke; redacted attorney name; redacted attorney name | Correspondence regarding scheduling of check-in call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 47 | 7/20/2017 | Consultant | Morgan Wiliams; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine; Jennifer Soule; James Bradtke; redacted attorney name | Correspondence regarding scheduling of check-in call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 48 | 7/20/2017 | Consultant | Morgan Williams; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine | Correspondence regarding re-scheduling of check-in call due to family emergency | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 49 | 7/20/2017 | Morgan Wiliams | Consultant; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine | Correspondence regarding re-scheduling of check-in call due to family emergency | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 50 | 7/17/2017 | Morgan Williams | Consultant, Steve Dane, Shanti Abendin, Shanna Smith, Shanna Smith, Glenn Schlactus, Yiyang Wu; Lisa Rice; Lindsay Augustine | Correspondence re scheduling check-in call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |

| # | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 51 | 7/17/2021 | Consultant | Morgan Williams; Steve Dane; Shanti Abendin; Shanna Smith; Yiyang Wu; Glenn Schlactus; Lisa Rice; Lindsay Augustine | Correspondence regarding progress on completing analysis | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 52 | 7/6/2017 | Consultant | Glenn Schlactus; Steve Dane | Correspondence from consultant to counsel identifying factors controlled for and unexplained raw gap | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 53 | 6/28/2017 | Consultant | Glenn Schlactus | Correspondence re progress on analysis | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 54 | 6/28/2017 | Glen Schlactus | Consultant | Correspondence regarding status of analysis | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 55 | 6/15/2017 | Glenn Schlactus | Consultant; Steve Dane | Correspondence re scheduling call | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 56 | 6/15/2017 | Consultant | Glenn Schlactus | Correspondence re status of Deutsche Bank work | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 57 | 6/15/2017 | Glenn Schlactus | Consultant; Steve Dane | Correspondence re status of Deutsche Bank work | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 58 | 6/13/2017 | Glenn Schlactus | Consultant; Steve Dane; | Correspondence inquiring re status of Deutsche Bank work | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 59 | 6/13/2017 | Consultant | Glenn Schlactus; Steve Dane | Correspondence re status of analysis/number of properties completed, attaching information on status of collection of records re properties (509 properties) | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 60 | 3/1/2017 | Consultant | Glenn Schlactus | Update on data collection, attaching chart on records for which data collected | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 61 | 2/6/2017 | David Lauri | Consultant; Glenn Schlactus | Correspondence enclosing DB REO property spreadsheet, previously produce in Native File Format at STAT69. | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 62 | 2/6/2017 | David Lauri | Consultant; Glenn Schlactus | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 63 | 2/6/2017 | David Lauri | Consultant; Glenn Schlactus | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 64 | 2/6/2017 | Consultant | David Lauri; Glenn Schlactus | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 65 | 2/2/2017 | Consultant | David Lauri; Glenn Schlactus | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 66 | 2/2/2017 | David Lauri | Consultant; Glenn Schlactus | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 67 | 2/2/2017 | Consultant | Glenn Schlactus; David Lauri | Correspondence re sending records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 69 | 1/25/2017 | Consultant | Glenn Schlactus; Steve Dane | Correspondence re collection of records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 70 | 1/25/2017 | Glen Schlactus | Consultant | Correspondence re collection of records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 71 | 1/24/2017 | Consultant | Glenn Schlactus | Correspondence re collection of data | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |
| 72 | 1/24/2017 | Consultant | Glenn Schlactus; Steve Dane | Correspondence regarding REO records | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |

| Date | Name | Role | Description | Privilege |
|---|---|---|---|---|
| 1/24/2017 | Glen Schlactus | Consultant | Correspondence attaching number of REO properties inspected by metro area | Fed.R.Civ.P Rule 26(b)(4)(B), (C) and/or (D) |