# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., <br><br> Defendants. | Case No. 18 CV 839 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Sidney I. Schenkier <br><br> Jury Trial Demanded |

## AGREED JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FORMER CHIEF EXECUTIVE OFFICER OF OCWEN

Plaintiffs and Defendant Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation ("Ocwen") present this agreed motion to set a briefing schedule as follows:

1. Plaintiffs filed a Motion to Compel the Deposition of William Erbey on September 2, 2021 ("Motion"). Dkt. 169. Mr. Erbey is the former Chief Executive Officer ("CEO") of Ocwen.

2. As indicated in Plaintiffs' Motion, the Parties first met and conferred concerning the subpoena to Mr. Erbey last week on August 24, 2021. During that conversation, Ocwen's counsel indicated that Ocwen would be filing a motion to quash the subpoena. It appears there was a miscommunication between the Parties regarding the timing of Ocwen's planned motion to quash the subpoena of Mr. Erbey, and Plaintiffs filed their own motion to compel while Ocwen was drafting its motion.

3. Given Mr. Erbey's former role as the Chief Executive Officer of Ocwen and the importance of the related issues, the Parties would like the opportunity to brief this Motion and

present their respective positions in writing. Ocwen needs time to consult with Mr. Erbey concerning the statements set forth in Plaintiffs' Motion as well.

4. In order to fully place the issues related to the Motion before the Court, Plaintiffs and Ocwen request that the Court enter the following briefing schedule:

    a. Ocwen may have until September 23, 2021 to file their response in opposition to Plaintiffs' Motion; and

    b. Plaintiffs may have until September 30, 2021 to file a reply in support of their Motion.

5. The time required to brief the Motion will not impact any current case deadlines.

WHEREFORE, Plaintiffs and Ocwen respectfully request that the Court set the aforementioned briefing scheduling on Plaintiff's Motion to Compel the Deposition of William Erbey. Dkt. 169

Dated: September 2, 2021                        Respectfully Submitted,

                                                               By: /s/ James G. Bradtke

                                                                Jennifer K. Soule
                                                                James G. Bradtke
                                                                Kelly K. Lambert
                                                                Steven P. Schneck
                                                                *Soule, Bradtke & Lambert*
                                                                402 Campbell Street
                                                                Suite 100
                                                                Geneva, IL 60134

                                                                Tara K. Ramchandani
                                                                Yiyang Wu
                                                                Lila R. Miller
                                                                Rebecca J. Livengood
                                                                Reed N. Colfax
                                                                Soohyun Choi
                                                                *Relman Colfax PLLC*
                                                                1225 19th St NW, Suite 600
                                                                Washington, DC 20036

                                                                Stephen Dane

*Dane Law LLC*
312 Louisiana Avenue
Perrysburg, OH 43551

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave., NW
Suite 650
Washington, DC 20004

*Counsel for Plaintiffs*

By: /s/ Debra Bogo-Ernst

Debra Bogo-Ernst
Matthew Sostrin
Jacey Norris
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 701-7403
Fax: (312) 706-8474
dernst@mayerbrown.com
msostrin@mayerbrown.com
jnorris@mayerbrown.com

*Counsel for Ocwen*

3