UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

National Fair Housing Alliance, et al.
                                Plaintiff,

v.                                                         Case No.: 1:18−cv−00839
                                                           Honorable Harry D. Leinenweber

Deutsche Bank, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic motion hearing held on 9/8/21. For the reasons stated on the record, Plaintiffs' motion to continue the 30(b)(6) deposition of the Deutsche Bank Defendants [164] is granted in part. Plaintiff is granted 10 additional hours of 30(b)(6) deposition testimony from the Deutsche Bank Defendants, to be spread out over no more than two days. For the reasons stated on the record, the Deutsche Bank Defendants' motion for rule to show cause [166] is granted in part. Plaintiffs to produce all previously withheld or redacted documents related to the regression model in the Second Amended Complaint on or before 9/22/21. Parties to submit either an agreed order for extension of the fact discovery deadline or a single document setting out each party's proposal on or before 9/21/21. Telephonic status conference set for 11/4/21 is re−set to 9/23/21 at 10:00 a.m. To join the conference, Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.