# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | |
| Defendants. | Jury Trial Demanded |

## PARTIES' PROPOSED MODIFICATIONS OF THE FACT DISCOVERY SCHEDULE

The Parties, by their counsel, submit the following agreed proposed modifications of the fact discovery schedule:

1. Fact Discovery to conclude by March 31, 2022;

2. Requests For Production of Documents regarding fact discovery to be served by December 31, 2021;

3. Interrogatories regarding fact discovery to be served by January 31, 2022;

4. Requests For Admission of facts to be served by February 25, 2022.

In addition, the Parties will submit proposed schedule(s) (or an Agreed Schedule) for expert discovery by March 11, 2022.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jennifer K. Soule* | */s/ Kenneth M. Kliebard* |
| Jennifer K. Soule | Kenneth M. Kliebard |
| James G. Bradtke | *Morgan, Lewis & Bockius LLP* |
| Kelly K. Lambert | 110 N. Wacker Drive, Suite 2800 |
| Steven Schneck | Chicago, IL 60601 |
| *Soule, Bradtke & Lambert* | *Attorney for Deutsche Bank Defendants* |
| 402 Campbell Street, Suite 100 | |
| Geneva, IL 60134 | |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| Yiyang Wu<br>Reed Colfax<br>Lila Miller<br>Soohyun Choi<br>Tara Ramchandani<br>Rebecca Livengood<br>*Relman Colfax PLLC*<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036<br>*Attorneys for Plaintiffs* | Kevin M. Papay<br>*Morgan, Lewis & Bockius LLP*<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>*Attorney for Deutsche Bank Defendants* |
| Stephen M. Dane<br>*Dane Law LLC*<br>312 Louisiana Avenue<br>Perrysburg, OH 43551<br>*Attorney for Plaintiffs* | Kurt Rademacher<br>*Morgan, Lewis & Bockius LLP*<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>*Attorney for Deutsche Bank Defendants* |
| Morgan Williams<br>*National Fair Housing Alliance*<br>1331 Pennsylvania Ave, NW, Suite 650<br>Washington, DC 20004<br>*Attorney for Plaintiff NFHA* | Victor Cruz<br>David Monteiro<br>*Morgan, Lewis & Bockius LLP*<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>*Attorneys for Deutsche Bank Defendants* |
| */s/ Debra Bogo-Ernst*<br>Debra Bogo-Ernst<br>Matthew Sostrin<br>Jacey D. Norris<br>William J. McElhaney III<br>*Mayer Brown LLP*<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Ocwen Loan Servicing, LLC* | */s/ Nathan L. Garroway*<br>Nathan L. Garroway<br>*Dentons US LLP*<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308<br>*Attorney for Altisource Solutions, Inc.*<br><br>Shannon Shin<br>*Dentons US LLP*<br>233 S. Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>*Attorney for Altisource Solutions, Inc.*<br><br>Lisa M. Krigsten<br>Cody Wood<br>*Dentons US LLP*<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111<br>*Attorneys for Altisource Solutions, Inc* |