# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

National Fair Housing Alliance, et al.

                              Plaintiff,

v.                                                      Case No.: 1:18−cv−00839
                                                             Honorable Harry D. Leinenweber

Deutsche Bank, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to the Parties' agreed proposal [178] the Court modifies the fact discovery schedule as follows: (1) deadline to serve requests for production 12/31/21; (2) deadline to serve interrogatories 1/31/22; (3) close of fact discovery 3/31/22. Parties to submit either an agreed expert discovery schedule or a single document setting out each party's proposal on or before 3/11/22. Telephonic status conference set for 9/23/21 is re−set to 11/17/21 at 9:30 a.m. The Court will hear Plaintiffs' motion to compel [169] during the 11/17/21 hearing. To join the conference, Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.