# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: National Fair Housing Alliance et al. v. Deutsche Bank National Trust, as Trustee et al.

Case Number: 18-CV-839

An appearance is hereby filed by the undersigned as attorney for:

Non-Party William Erbey

Attorney name (type or print): Matthew C. Sostrin

Firm: Mayer Brown LLP

Street address: 71 South Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6279840
(See item 3 in instructions)

Telephone Number: 312-782-0600

Email Address: msostrin@mayerbrown.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 23, 2021

Attorney signature: S/ Matthew C. Sostrin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015