IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. ) | |
| ) | Case No. 18-CV-839 |
| Plaintiffs, ) | |
| ) | Judge Harry D. Leinenweber |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS ) | |
| TRUSTEE, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT OCWEN LOAN SERVICING, LLC's AND THIRD PARTY WILLIAM ERBEY'S MOTION TO SEAL

Pursuant to Local Rule 26.2 and the Agreed Confidentiality Order (Dkt. No. 127), Defendant Ocwen Loan Servicing, LLC ("Ocwen") and third party William Erbey request leave to file their Opposition to Plaintiffs' Motion to Compel and Exhibit B thereto under seal. In accordance with Local Rule 26.2(c), Ocwen and Mr. Erbey have provisionally filed their Opposition to Plaintiffs' Motion to Compel and Exhibit B under seal while this motion is pending.

Exhibit B (a copy of which is attached hereto) is a true and correct copy of an example certification signed by Mr. Erbey attesting to Ocwen's compliance with the Deutsche Bank trustees' servicing standards that Plaintiffs referenced but did not attach to their Motion to Compel. The Deutsche Bank trustees marked this document "CONFIDENTIAL." Under the Agreed Confidentiality Order, documents so designated are subject to various protections. In particular, "[a]ny party wishing to file a document designated as Confidential … in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2." *Id.* ¶ 9. Moreover, because the Opposition to Plaintiffs' Motion to Compel quotes Exhibit B, Ocwen and Mr. Erbey seek to file the Opposition (a copy of which is attached hereto) under seal as well.

Ocwen and Mr. Erbey have publicly filed a redacted version of the Opposition to Plaintiffs' Motion to Compel which redacts Exhibit B and the quotation to Exhibit B.

WHEREFORE, Ocwen and Mr. Erbey respectfully request that the Court permit them to file their Opposition to Plaintiffs' Motion to Compel and Exhibit B thereto under seal.

Dated: September 23, 2021                Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Matthew Sostrin
Jacey Norris
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel for Ocwen Loan Servicing, LLC and Third Party William Erbey*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on September 23, 2021.

/s/ Debra Bogo-Ernst