**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. ) | |
| ) | Case No. 18-CV-839 |
| Plaintiffs, ) | |
| ) | Judge Harry D. Leinenweber |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS ) | |
| TRUSTEE, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

This matter coming to be heard on Defendant Ocwen Loan Servicing, LLC's and third party William Erbey's Motion to Seal their Opposition to Plaintiffs' Motion to Compel and Exhibit B thereto, due and proper notice having been given to all parties in interest, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. The Motion to Seal is GRANTED.

2. Exhibit B to the Opposition to Plaintiff's Motion to Compel, and the Opposition's quotations of Exhibit B, shall be filed under seal pursuant to Local Rule 26.2.

IT IS SO ORDERED.

ENTER:

_____
HARRY D. LEINENWEBER, Judge
United States District Court

DATE: September \_\_, 2021