# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. ) | |
| ) | Case No. 18-CV-839 |
| Plaintiffs, ) | |
| ) | Judge Harry D. Leinenweber |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS ) | |
| TRUSTEE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, September 28, 2021, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, Defendant Ocwen Loan Servicing, LLC and third party William Erbey will appear before the Honorable Harry D. Leinenweber in Courtroom 1941 at the Everett McKinley Dirksen Courthouse, and shall then and there present their **Motion to Seal**, a copy of which is hereby served upon you.

Dated: September 23, 2021

Respectfully submitted,

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Matthew Sostrin
Jacey Norris
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600

*Counsel for Ocwen Loan Servicing, LLC and Third Party William Erbey*

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on September 23, 2021.

                                                     /s/ Debra Bogo-Ernst