## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| National Fair Housing Alliance et al ) | Case No: 18 C 839 |
| v. ) | Judge: Harry D. Leinenweber |
| Deutsche Bank National Trust et al ) |  |

## ORDER

Pro hac vice motions is granted [190].

Date: 10/18/21  /s/ Judge Harry D. Leinenweber