# Exhibit C

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# EXHIBIT C

I. INITIAL EXAMPLES OF VALUE-BASED POLICIES AND PROCEDURES

II. TABLE OF CITATIONS AND ATTACHMENTS TO MOTION UNDER SEAL

Page 10-11 is a redacted index of Attachments 1-39 filed with Exhibit D Under Seal
Page 12 is a list of Attachments to Exhibits C and D showing which are filed Under Seal

Exhibit D is this same exhibit unredacted and filed Under Seal with all attachments to this exhibit that also must be filed Under Seal

## I. Initial Examples of Defendants' Value-Based Policies and Procedures

| Value | Practice | Attachment (At.) Number and Description |
|---|---|---|
| <$250,000 | More frequent and greater reductions in Hubzu reserve prices based on value | [REDACTED] |
| <$200,000, $100,000 | More frequent and greater reductions in list or sale price | [REDACTED] |
| $250,000; subjective amount; $500,000 | Affording Special treatment practices for "high value assets" | **Exhibit B to Motion,** Agnew Dep, pp. 141-143, 146 (high value asset is term heard since began with Altisource)<br><br>**At. 4**, Agnew Field Services subpoenaed documents, AFS_00092462 Vendor "high value asset" email |

1

| | | |
|---|---|---|
| | | ■ |
| <$200,000 | Relying on only one Comparative Market Analysis ("CMA") as of 12/2010 | ■ |
| $100,000 | Defining value variance between estimated value and prior value differently for properties above or below $100,000 ($5,000 variances not significant <$100,000) | ■ |
| $100,000 – $250,000 | Designating and carrying out more favorable marketing activities for properties above $100,000, or $250,000 and above, or requiring marketing plan approval over $250,000 | ■ |
| $50,000 | 50%+ variance between new value and prior value allowed by India staff; Staff for Servicer Defendants were stationed in India (in December 2017, 80% of Altisource employees handling US housing were located off shore; number of employees in earlier applicable time frame was higher) | ■ **At. 33**, Altisource Portfolio Solutions Form 10k, Year Ended 12/31/19, PLTFF_0001504<br><br>**At. 34**, Altisource Portfolio Solutions Form 10k, Year Ended 12/31/17, PLTFF_0001380<br><br>**At. 11**, Altisource 30(b)(6) #2, pp. 43, 75-76<br><br>**At. 12**, Ocwen 30(b)(6) #15, p. 171 |

---

[1] Altisource Policies, Procedures and Manuals are updated numerous times and include a "Change Tracker" listing deletions, additions and modifications. To capture deleted historical sections, numerous versions (but not all) versions of Altisource policy and procedure documents have been produced in discovery. Thus, Plaintiffs may rely on 2019 or 2020 versions of Altisource policy and procedure documents, but their Change Trackers displays the document changes back to inception, such as 2009 or 2010, the time frame for which Altisource policy and procedure documents were produced in discovery.

| | | |
|---|---|---|
| | | ███ |
| $50,000-$100,000 | 40-50% variance between new value and prior value allowed by lower- level India staff | ███ |
| $50,000 | $50,000 or below threshold (potentially unlisted) "Cash For Deed" sale program for investors (e.g. take it or leave it, "as is," meaning no repairs or work will be done on property); Investors sourced by Altisource. | ███ |
| $40,000 | REO with market value of $40,000 or less is considered a low-value asset (value given during REO life cycle). | ███ |
| Undocumented/ Subjective Low Value or "As Is" or "high value" | Prioritizing high value work orders, which occurred infrequently in communities of color | **Ex. B to Motion**, Agnew Dep. pp. 146-150, 346-349<br><br>**At. 20**, Agnew Field Services subpoenaed documents, AFS_00206613 - AFS_00206615; |

3

| | | |
|---|---|---|
| | | AFS_00407933 - AFS_00407936 |
| Undocumented/ Subjective Low Value or "As Is" or "high value" | Reject work items/determine work not required or if property to be sold as is, decided by the Client (e.g. Ocwen directly or via RSC) | ▮▮▮<br><br>▮▮▮<br><br>▮▮▮<br><br>**At. 20**, Agnew Field Services Subpoenaed documents, AFS_000121<br><br>▮▮▮ |
| Undocumented/ Subjective Low Value or "As Is" | Failing to remediate code violations, generally, or based on a calculation involving the combination of a pre-approved matrix of funds per work type, combined with property value and "total preservation cost" | ▮▮▮<br><br>**At. 26,** Altisource 30(b)(6) #11, pp. 51-56<br><br>▮▮▮<br><br>▮▮▮ |
| Undocumented/ Subjective Low Value or "As Is" | Failing to perform needed work on REOs based on applications of Servicer Defendants' contractual dollar limits, in combination with total preservation cost, total repair cost, percentage of property value and other related factors | ▮▮▮<br><br>▮▮▮<br><br>▮▮▮ |

4

| | | |
|---|---|---|
| | | ███████ |
| Undocumented/ Subjective Low Value or "As Is" | Failing and refusing to remediate even health and safety code violations or other life safety issues based on value perceptions, "low value," "as is," or and Ocwen approvals | ███████ |
| Undocumented/ Subjective Low Value or "As Is" | Reject needed repairs if properties were deemed "low value" or "extremely low value" particularly in minority areas | **At. 20**, Agnew Field Services Subpoenaed documents, sample Altisource rejection of bid because property "low value" AFS_000133-134,<br><br>**Ex. B to Motion**, Agnew Dep. 113, 116-119, 152-153, 351-354 |
| Undocumented/ Subjective Low Value or "As Is" | Defendants "close" code violations without remediation because asset management (RSC/Ocwen) indicated property is being sold "as-is" with the violation and will | ███████ |

5

| | | |
|---|---|---|
| | obtain Hold Harmless Agreement from buyer, or because management team otherwise approves closure | ■■■■■ |
| | | **At. 26**, Altisource 30(b)(6) #11, pp. 62-81 (closure of Code Violations with internal system codes, though not remediated) |
| Undocumented/ Subjective Low Value or "As Is" | Maintain a utilities off designation on the basis of subjective "as is" designations, and cancel all open Work Orders. | ■■■■■ |

**[The remainder of this page is intentionally left blank]**

§II    TABLE OF MOTION CITATIONS AND ATTACHMENTS FILED UNDER SEAL

| Cite # | Page, Section in Motion or Declaration | Sentence | Attachment (At.) Number and Description |
|---|---|---|---|
|  | EXHIBIT C, D, §II<br>INDEX OF CONFIDENTIAL CITATIONS IN PLAINTIFFS' NOVEMBER 4, 2021 MOTION FILED UNDER SEAL | | |
| 1 | p. 7<br>Sect. IV | …Ocwen-authorized Altisource employees, known as asset managers or Residential Sales Consultants ("RSC") most from India, subjectively applying value perceptions such as "high value," "low value" or "as-is" in order to (a) reject work requests as "not required," (b) influence marketing plans, (e.g., sell "as-is" or "as repaired"), (c) influence list prices, and (d) approve sales prices. | ▮▮▮<br>▮▮▮<br>▮▮▮<br>**Ex. B to Motion**, Agnew Dep. pp. 150-153 |
| 2 | p. 7<br>Sect. IV | As Plaintiffs further allege, Defendants used a proprietary on-line listing and auction platform ("Hubzu"), which circumvented local real estate markets and sales to owner-occupying individuals and allowed discretion to approve REO sales prices in communities of color at discriminatorily low levels. | ▮▮▮<br>▮▮▮<br>▮▮▮<br>▮▮▮ |
| 3 | p. 7<br>Sect. IV | In order to create a "strategy" for marketing and selling REOs, to set Hubzu list prices and, ultimately justify sales prices, Defendants created and utilized a back-office valuations enterprise, staffed in part by Altisource offshore employees in | ▮▮▮<br>▮▮▮ |

7

| | | | |
|---|---|---|---|
| | | India who, in turn, utilized appraisals or Broker Price Opinions by Altisource contractors to create reduced "reconciled" or "reviewed" property "values" during the REO life cycle. | ■■■ ■■■ **At. 11**, Altisource 30(b)(6) #2, p. 43, 75-76 **At. 33**, Altisource Portfolio Solutions Form 10k, Year Ended 12/31/19, PLTFF_0001504 **At. 34**, Altisource Portfolio Solutions Form 10k, Year Ended 12/31/17, PLTFF_0001380 **At. 12**, Ocwen 30(b)(6) #15, p. 171 ■■■ ■■■ ■■■ |
| 4 | p. 7 Sect. IV | Defendants' "value" based REO policies and procedures were applied regardless of local home prices. | ■■■ ■■■ ■■■ |

| | | | |
|---|---|---|---|
| | | | ██████ |
| | | | ████████████████████ |
| 5 | p. 8 Sect. IV | Defendants intentionally ignored the effects of pre-foreclosure crisis historic discrimination and failed to consider whether their policies had disparate effects on minority communities. | ███████████ |
| 6 | Soule Declaration para. 69 | Sample views of two of thirteen Altisource data sets, ASI00009521 and ASI00009520 | ████████████ |
| 7 | Soule Declaration para. 71 | Sample views of two of the sought Ocwen data sets Ocwen_0014182 (Ocwen_0015573) and Ocwen_0014210 (Ocwen_0015584) | ████████████ |

9

**INDEX OF ATTACHMENTS TO EXHIBITS D, FILED UNDER SEAL**

| Attachment | Cites |
|---|---|
| At. 1 | ███ |
| At. 2 | ███ |
| At. 3 | ███ |
| At. 4 | Agnew Field Services subpoenaed documents, AFS_00092462 Vendor "high value asset" email |
| At. 5 | ███ |
| At. 6 | ███ |
| At. 7 | ███ |
| At. 8 | ███ |
| At. 9 | ███ |
| At. 10 | ███ |
| At. 11 | Altisource 30(b)(6) #2, pp. 43, 75-76 |
| At. 12 | Ocwen 30(b)(6) #15, p. 171 |
| At. 13 | ███ |
| At. 14 | ███ |
| At. 15 | ███ |
| At. 16 | ███ |
| At. 17 | ███ |
| At. 18 | ███ |
| At. 19 | ███ |
| At. 20 | Agnew Field Services subpoenaed documents, AFS_000121, AFS_000133-134, AFS_00206613 - AFS_00206615; AFS_00407933 - AFS_00407936 |
| At. 21 | ███ |

| | |
|---|---|
| At. 22 | ■ |
| At. 23 | ■ |
| At. 24 | ■ |
| At. 25 | ■ |
| At. 26 | Altisource 30(b)(6) #11, pp. 40, 51-56, 62-81 |
| At. 27 | ■ |
| At. 28 | ■ |
| At. 29 | ■ |
| At. 30 | ■ |
| At. 31 | ■ |
| At. 32 | ■ |
| At. 33 | Altisource Portfolio Solutions Form 10k, Year Ended 12/31/19, PLTFF_0001504 |
| At. 34 | Altisource Portfolio Solutions Form 10k, Year Ended 12/31/17, PLTFF_0001380 |
| At. 35 | ■ |
| At. 36 | ■ |
| At. 37 | ■ |
| At. 38 | ■ |
| At. 39 | ■ |

**EXHIBIT LIST**

| Attachment Number | File Type |
|---|---|
| At. 1 | Filed Under Seal |
| At. 2 | Filed Under Seal |
| At. 3 | Filed Under Seal |
| At. 4 | Filed Publicly |
| At. 5 | Filed Under Seal |
| At. 6 | Filed Under Seal |
| At. 7 | Filed Under Seal |
| At. 8 | Filed Under Seal |
| At. 9 | Filed Under Seal |
| At. 10 | Filed Under Seal |
| At. 11 | Filed Publicly |
| At. 12 | Filed Publicly |
| At. 13 | Filed Under Seal |
| At. 14 | Filed Under Seal |
| At. 15 | Filed Under Seal |
| At. 16 | Filed Under Seal |
| At. 17 | Filed Under Seal |
| At. 18 | Filed Under Seal |
| At. 19 | Filed Under Seal |
| At. 20 | Filed Publicly |
| At. 21 | Filed Under Seal |
| At. 22 | Filed Under Seal |
| At. 23 | Filed Under Seal |
| At. 24 | Filed Under Seal |
| At. 25 | Filed Under Seal |
| At. 26 | Filed Publicly |
| At. 27 | Filed Under Seal |
| At. 28 | Filed Under Seal |
| At. 29 | Filed Under Seal |
| At. 30 | Filed Under Seal |
| At. 31 | Filed Under Seal |
| At. 32 | Filed Under Seal |
| At. 33 | Filed Publicly |
| At. 34 | Filed Publicly |
| At. 35 | Filed Under Seal |
| At. 36 | Filed Under Seal |
| At. 37 | Filed Under Seal |
| At. 38 | Filed Under Seal |
| At. 39 | Filed Under Seal |