# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 1

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 2

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 3

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 4

| To: | Nakia Agnew[nagnew@agnewfieldservices.com] |
|---|---|
| Cc: | Sudhaman, Pradeep[Pradeep.Sudhaman@altisource.com] |
| From: | Shaikh, Yasmin F |
| Sent: | Tue 1/13/2015 7:15:20 PM |
| Subject: | RE: ** 71475114501** 2607 Wyndsong Ct CRYSTAL LAKE, IL 60012 |

Create a case on VMS.

Thank You.

Yasmin Shaikh | Follow-up Coordinator- POD PST | Property Preservation & Inspection |

**Altisource®**
P.O. Box 105460 | Atlanta, Georgia  30348-5460
P: (877) 839-7117 | ext: 295111 | F: (877) 381-6977
Yasmin.Shaikh@altisource.com   www.altisource.com

**From:** agnewfieldservices@gmail.com [mailto:agnewfieldservices@gmail.com] **On Behalf Of** Nakia Agnew
**Sent:** Tuesday, January 13, 2015 1:37 PM
**To:** Alon Alon, Joseph Andrew B; Shaikh, Yasmin F; Sudhaman, Pradeep
**Subject:** ** 71475114501** 2607 Wyndsong Ct CRYSTAL LAKE, IL 60012

Hello,

May we have the Gas and electric activated here?

We are having sub temperatures, as this is a high value asset, we need to get the utilities on.

Please assist.


**Nakia Agnew**

**President of Operations**

**Agnew Field Services LLC.**
**15255 S. 94th Ave., Suite 500**
**Orland Park IL, 60462**
**P. 773-499-9574**
**F. 773-424-4628**
**nagnew@agnewfieldservices.com**
**www.agnewfieldservices.com**

*"Any man without a plan shall perish"*


**Confidential Notice**: The information contained in this email and files attached may contain confidential and privileged information intended for the PERSONAL and CONFIDENTIAL use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any use, dissemination, distribution, or copying of the information is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message or by telephone and delete this from your computer system.
*********************************************************************************************
*********************
This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message

AFS_00092462

transmission is not guaranteed to be secure or free of software viruses.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFS_00092463

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 5

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 6

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 7

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 8

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 9

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 10

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 11

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
      NATIONAL FAIR HOUSING          )
 4    ALLIANCE; HOPE FAIR HOUSING    )
      CENTER, et al.,                )
 5                                   )
                                     )
 6                   Plaintiffs,     )
                                     )
 7         vs.                       ) No. 1:18-cv-00839
                                     )
 8    DEUTSCHE BANK NATIONAL         )
      TRUST, as trustee, et al.,     )
 9                                   )
                                     )
10                   Defendants.     )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13    on behalf of Altisource Solutions, Subject 2, called by

14    the Plaintiffs for examination, taken remotely pursuant

15    to notice and pursuant to the Federal Rules of Civil

16    Procedure for the United States District Courts

17    pertaining to the taking of depositions, taken before

18    April M. Metzler, Certified Shorthand Reporter,

19    Registered Merit Reporter, Certified Realtime Reporter,

20    at 7730 Market Center, El Paso, Texas, commencing at

21    9:05 a.m. CST on the 27th day of January, 2021.

22

23

24
```



Case: 1:18-cv-00839 Document #: 192-4 Filed: 11/05/21 Page 24 of 120 PageID #:5826

National Fair Housing Alliance vs Deutsche Bank National Trust
Altisource 30(b)(6)    Subject 2 - Vol 1 - 01/27/2021                                    Page 43

 1   his scope of responsibility.

 2        Q.   And how do you spell his first name?

 3        A.   S H I B, like boy, U.

 4        Q.   Is Mr. Thomas the highest Altisource employee

 5   physically located in the Asia Pacific area?

 6        MR. GARROWAY:  Objection, form.

 7        MS. SOULE:  You can answer the question, if you

 8   understand it.

 9   BY THE WITNESS:

10        A.   I believe I understand it.

11             I don't know.  I don't know in relation to

12   other ranking Altisource employees how they would

13   outrank him or how he would rank against them, based on

14   how we're organized.

15        Q.   And when the term "Asia Pacific operations"

16   was used, what location fall under that?

17        A.   It's mainly India.

18        Q.   And with respect to the Philippines, is that

19   another separate location or is that considered under

20   Asia Pacific?

21        A.   The Philippines would be considered under Asia

22   Pacific.

23        Q.   And this document, Plaintiff 1504, indicates

24   there's 110 employees in the Philippines, correct?



```
 1   indicates that there were a total of 5,114 Altisource

 2   employees in India at that time.

 3            Do you see that?

 4       A.   I see it, yes.

 5       Q.   And also in the United States, there's a total

 6   of 1,477 employees of Altisource.

 7            Do you see that?

 8       A.   I see it.

 9       Q.   And then in the Philippines, 678, and in

10   Uruguay 138.

11            Do you see that?

12       A.   Yes, I see it.

13       Q.   And it seems like, then,  back at this time

14   period, there's quite a few more employees in general,

15   but in India there's a large number, a great deal number

16   of employees greater in 2017 -- end of 2017.

17            Why was that the case?

18       MR. GARROWAY:  Object to form.

19   BY THE WITNESS:

20       A.   It could be a variety of different reasons.

21   If you recall, the 2019 document didn't break it out in

22   these three subcategories, mortgage market, real estate

23   market, other business, corporate and eliminations; it

24   may have.  I would probably compare the two documents
```



```
 1   side by side.  And then we can look at the areas that

 2   experienced the reduction, and then that would help us

 3   narrow down the reason why.

 4        Q.   It's always the case when you want to find

 5   something, then you can't find it.

 6        A.   I think it's page 8 of both documents --

 7        Q.   Oh, yeah.  Okay.

 8             So Exhibit 360 doesn't break it down, right?

 9        A.   Correct.  It just states:  Total employees.

10             So it's hard then to tie back, Well, where did

11   the reduction come from, from what space did it come

12   from and, again, the reason why.

13        Q.   If we wanted to determine what the reason was

14   once there was a significantly greater number of

15   employees generally and in these locations at the end of

16   2017 versus the end of 2019, what would we look at?

17        A.   A combination of different things.  Might it

18   have been that there was a part of the business that was

19   spun off or sold off and the employees went with that

20   piece of the business; might it have been a

21   reorganization similar to what we saw in 2019 document

22   of the project catalyst, might some of it come from

23   there; might some of it have been transitions from one

24   location to another.
```



Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 12

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION


 3
      NATIONAL FAIR HOUSING          )
 4    ALLIANCE; HOPE FAIR HOUSING    )
      CENTER, et al.,                )
 5                                   )
                                     )
 6                      Plaintiffs,  )
                                     )
 7          vs.                      ) No. 1:18-cv-00839
                                     )
 8    DEUTSCHE BANK NATIONAL         )
      TRUST, as trustee, et al.,     )
 9                                   )
                                     )
10                      Defendants.  )

11

12              The Fed. R. Civ. P. Rule 30(b)(6) deposition

13    on behalf of Ocwen Loan Servicing, Subject 15, called by

14    the Plaintiffs for examination, taken remotely pursuant

15    to notice and pursuant to the Federal Rules of Civil

16    Procedure for the United States District Courts

17    pertaining to the taking of depositions, taken before

18    April M. Metzler, Certified Shorthand Reporter,

19    Registered Merit Reporter, Certified Realtime Reporter,

20    at 12721 Orange Grove Boulevard, West Palm Beach,

21    Florida, commencing at 9:04 a.m. CST on the 13th day of

22    January, 2021.

23

24
```



```
 1   the correct amount and in line with any regulatory fee

 2   guidelines.

 3        Q.   And that might include, like, fees for

 4   inspections like, for example, right?

 5        A.   That is correct, yes.

 6        Q.   And then there's a manager that is only

 7   concerned with, it looks from this chart, as valuations,

 8   and then there's another one that's valuations and PPI.

 9             Is there something unique about that, or is --

10   that person just have two areas of oversight?

11        A.   Yeah.  They had -- so Satya Majhi, the one

12   that says "valuation and PPI," he was, kind of, managing

13   the India aspect of both sides of that operation,

14   meaning, valuation and PPI.

15        Q.   Meaning, he was managing the employees in

16   this -- in the now-called SOO, service operations

17   oversight, who worked in India?

18        A.   Yes, that is correct.

19        Q.   Then moving on by 13915, that more detailed

20   chart, is this consistent with the -- and we looked at

21   the one that was in color, I guess -- and is this a

22   consistent organization with that particular chart that

23   we went through in more detail?

24        MS. BOGO-ERNST:  Object to form.
```



Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 13

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 14

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 15

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 16

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 17

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 18

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 19

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 20

 Gmail

Nakia Agnew <agnewfieldservices@gmail.com>

## Bid Order Rejected
2 messages

**vmsadmin@altisource.com** <vmsadmin@altisource.com>
To: nagnew@agnewfieldservices.com
Cc: Altisourcenotifications@agnewfieldservices.com

Wed, Aug 22, 2018 at 4:35 PM

Hi Agnew Nakia,

This is to inform you that your Bid Order [Bid: BO255063] has been Rejected for the

below property

| | |
|---|---|
| Property ID | 800621851 |
| Property Address | 14719, Washington Ave, HARVEY, IL, 60426 |
| Category | Exterior |
| Line Item | Fascia and Soffit Replacement |
| Work Item Type | Bid Order |
| Description | There is more than 60lf of soffit and fascia that needs to be replaced . The vendor must provide an XactPRM Line Item Cost Estimate for replacing the fascia and soffit. The replacements must match the existing color, quality and pattern. Include any associated repair required for the replacement in the estimate and provide supporting "Before" photos. All work must be completed to meet local code/permit requirements. All work must be performed to industry standards. Submit "Before" photos of the required work, an Address Verification Photo Package and ensure photos have camera generated date/time stamps. Tape measurement photos are required for all Line Item that have a Unit of Measure of Square Feet (Sq Ft), Linear Feet (LF), Cubic Yards (CY) or United Inches (UI). |

The Category and Subcategory for the same is provided below:

| # | Category | Sub Cateory | Comments |
|---|---|---|---|
| 1 | Work not required | Property to be Sold " AS IS", Work not required | Low asset value. As of now it's not required. We are selling the property AS IS. Let the buyer request come up. |

Regards,

Altisource Property Management Team.

Note: This is an automated email message. Please do not reply to this email.

This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message transmission is not guaranteed to be secure or free of software viruses.
*************************************************************************************
****************************

**vmsadmin@altisource.com** <vmsadmin@altisource.com>
To: nagnew@agnewfieldservices.com

Wed, Aug 22, 2018 at 4:35 PM

 Gmail

Nakia Agnew <agnewfieldservices@gmail.com>

---

**Proposal Request Pending Corrections**

**vmsadmin@altisource.com** <vmsadmin@altisource.com>
To: nagnew@agnewfieldservices.com
Cc: wagnew@agnewfieldservices.com

Tue, Oct 17, 2017 at 7:38 AM

Hi Agnew Nakia,

This is to inform you that your Proposal Request [Work: WI26989988] has been moved to Pending Corrections for the

below property

| | |
|---|---|
| Property ID | 7091642608 |
| Property Address | 5649, S Wolcott Ave, CHICAGO, IL, 60636 |
| Category | Source of Discoloration |
| Line Item | Roof Repair/Replacement |
| Work Item Type | Proposal Request |
| Description | Issued with reference to WI26737607 Please provide a XactPRM Line Item cost estimate with a detailed description and "Before" photos for repairing/replacing the damaged roof at the asset.The striping and replacement of the roof must be based on the total square footage of roof; specific type of the roofing material, if required by community covenants, conditions and restrictions; the type of attic ventilation; roof, wall, and vent flashing materials and any required structural repairs or roof decking or replacement. If a specific shingle type is not required, a standard 25-year 3-tab shingle will be used. The shingle color will closely resemble the color of the existing roof. For repairing the roof, determine the type of roof and assess the current solidity of the roof. Investigate the location of leaks and its source that requires repair. Patching may be required at penetrations or at parapet edges. Provide the necessary labor and FHA grade materials to replace/repair the roofing system in a manner that restores it to a weather tight condition and ensures the thermal and moisture integrity of the roof. All work must be performed to industry standards. Contract Order Instructions: The vendor must complete the work within the assigned due date. When submitting your request, provide adequate "After" photos of the areas/location in the house where work has been performed. Use a camera generated time/date stamp and properly label all rooms. All work must be performed to industry standards. Submit "Before" and "After" photos of completed work, an Address Verification Photo Package and ensure photos have camera generated date/time stamps. Tape measurement photos are required for all Line Items that have a Unit of Measure of Square Feet (Sq Ft), Linear Feet (LF), Cubic Yards (CY) or United Inches (UI). |

The Category and Subcategory for the same is provided below:

| # | Category | Sub Cateory | Comments |
|---|---|---|---|
| 1 | Pricing | $ amount in VMS and Bid sheet do not reconcile | 1) The Price in the XactPRM-based bid sheet ($10,297.32) does not match with the price entered in VMS ($ 8980.53), please resubmit the bid through XactPRM . 2) Asset value is very low, please provide a bid adopting "LAYOVER" method. Refer attached document for assistance on the said repair |

AFS 000124

 **Gmail**

Nakia Agnew <agnewfieldservices@gmail.com>

## Bid Order Pending Corrections
1 message

**vmsadmin@altisource.com** <vmsadmin@altisource.com>
To: nagnew@agnewfieldservices.com
Cc: wagnew@agnewfieldservices.com

Sat, Mar 4, 2017 at 4:16 AM

Hi Agnew Nakia,

This is to inform you that your Bid Order [Bid: BO172212] has been Pending Corrections for the

below property

| | |
|---|---|
| Property ID | 7054921971 |
| Property Address | 11725, S Sangamon St, CHICAGO, IL, 60643 |
| Category | Certified Removal / Remediation |
| Line Item | Discoloration Remediation-Clearance Required |
| Work Item Type | Bid Order |
| Description | The vendor must submit a Vendor Estimate using the XactPRM estimate that was submitted with the Certified Discoloration Assessment. The vendor is required to provide a Discoloration Clearance Report from a certified Inspector after the discoloration remediation is completed. The vendor is also required to provide photos of the completed work. All work must meet local codes. Note: The vendors must provide the Certified Discoloration Clearance Report after the work is completed. Any "Pending Corrections", resulting from the absence of the Certified Discoloration Clearance Report, negatively affects the vendor score. Please refer to the Vendor Guide for additional directions on how to perform the discoloration. The Vendor Guide is available in the VMS Administration - System - Document Repository - Main Document Folder - PPI - Vendor Guides. Submit ""Before"" and ""After"" photos of completed work, an Address Verification Photo Package and ensure photos have camera generated date/time stamps. Tape measurement photos are required for all Line Item that have a Unit of Measure of Square Feet (Sq Ft), Linear Feet (LF) or Cubic Yards (CY). |

The Category and Subcategory for the same is provided below:

| # | Category | Sub Cateory | Comments |
|---|---|---|---|
| 1 | Scope of work | Additional Scope/items included | As it is a low value asset, please check such an extensive work would not be required. please provide a bid with only the work which is most necessary like drywall removal. Anti microbial, air fan scrubber would not be required. |

Regards,

Altisource Property Management Team.

Note: This is an automated email message. Please do not reply to this email.

This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message transmission is not guaranteed to be secure or free of software viruses.
*********************************************************
*********************************************************

CONFIDENTIAL

**To:**     Donesha Sellassie[dsellassie@agnewfieldservices.com];
nagnew@agnewfieldservices.com[nagnew@agnewfieldservices.com]; Kelly Bishop[kbishop@agnewfieldservices.com]
**From:**   P, Pawanraj
**Sent:**   Tue 12/15/2015 1:58:38 PM
**Subject:** High Value orders as on 12-15-2015
Book71.xlsx
ATT00002.txt

Hi Donesha,

Please refer the attached list of High Value orders, please have these orders completed ASAP, this will increase your revenue as well as our revenue for the month.


**Thanks & Regards,**



# Altisource

**P, Pawanraj** | Senior Follow-Up Coordinator | Pre-Foreclosure | Property Preservation and Inspection
pawanraj.p@altisource.com
P: 877- 839-7117 | ext: 297230 | F :  770- 612-7065

**Altisource**®
P.O. Box 105460
Atlanta, GA 30348-5460

*************************************************************************************************************

This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message transmission is not guaranteed to be secure or free of software viruses.
*************************************************************************************************************

| WORK_ORDER | WORK_ITEM_T | Status | ROPERTY_COD | FULL_ADDRESS | WORK_ORDER | WORK_TASK | WORK ORDER | WORK ORDER | VENDOR RESO | [ACCEPTED DA | CUPANCY_STAT | PROPERTY_TYP | VENDOR_COD | ORG_NAME | VENDOR_PRICE | ACTIVE/INACTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WI18906985 | Contract Order | Pending | 7090829560 | 211 Indian Tra | Accepted | Discoloration R | 10/28/2015 | | 12/18/2015 | 12/7/2015 | Vacant | SINGLE-FAMILY | 100138891 | Agnew Field Se | 7844.19 | Active |
| WI17411502 | Contract Order | Pending | 7092288930 | 1485 Lincoln P | Accepted | Discoloration R | 7/23/2015 | | 12/15/2015 | 12/8/2015 | Vacant | SINGLE-FAMILY | 100138891 | Agnew Field Se | 3319.2 | Active |

**To:** Heather Ellis[Heather@agnewfieldservices.com]; Kelly Bishop[kbishop@agnewfieldservices.com]; dsellassie@agnewfieldservices.com[dsellassie@agnewfieldservices.com]; William Agnew[wagnew@agnewfieldservices.com]
**Cc:** Ghadge, Anand G[Anand.Ghadge@altisource.com]; Sayed, Wasim R[Wasim.Sayed@altisource.com]
**From:** Shaikh, Bilal R
**Sent:** Wed 1/24/2018 3:19:47 PM
**Subject:** High*Value*Orders

Hi Team,

Below listed orders are high value orders which need to be completed within this month so we can generate the revenue for this month. Please go through the list and provide update on completion.

| Work Item # | Property ID | State | WI Status | property_status | WI Category | SOW Category | Line Item | Age | Age Category | Issued Date |
|---|---|---|---|---|---|---|---|---|---|---|
| WI27862627 | 71923507701 | IL | Accepted | EVPP | Eviction | Others | Move personal property to storage | 6 | 6-7 | 1/16 |
| WI27147769 | 71900832661 | IL | Accepted | NMKT | ISB Life Safety | Others | Life Safety Stairs, Rails, Porches and Decks | 34 | 10++ | 12/19 |
| WI27358730 | 70906799401 | IL | Accepted | SPND | Interior Repairs | Others | Other Interior Repairs | 10 | 8-10 | 1/12 |
| WI28024898 | 713795721 | IL | Pending Corrections | SPND | Certified Removal/Remediation | Others | Paint One Coat Sealer | 5 | 4-5 | 1/17 |
| WI27904317 | 404974061 | IL | Pending Corrections | NMKT | Flooring | Others | Carpet Removal Upto 1800 SF | 14 | 10++ | 1/8 |
| WI27382425 | 71908955522 | IL | Pending Corrections | WLST | Initial Services | Others | Appliances Removal | 25 | 10++ | 12/28 |

Thanks & Regards

# Altisource

**Bilal Shaikh** | Follow-Up Coordinator | Field Services
Bilal.shaikh@altisource.com
P: 877- 839-7117 | ext: 215337 | F : 770- 612-7065

Altisource®

P.O. Box 105460
Atlanta, GA 30348-5460

www.altisource.com

Share Your Feedback

This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message transmission is not guaranteed to be secure or free of software viruses.
*************************************************************************************************
*******************

**To:** Shaikh, Bilal R[Bilal.Shaikh@altisource.com]
**Cc:** Ghadge, Anand G[Anand.Ghadge@altisource.com]; Heather Ellis[Heather@agnewfieldservices.com]; Kelly Bishop[kbishop@agnewfieldservices.com]; Sayed, Wasim R[Wasim.Sayed@altisource.com]; William Agnew[wagnew@agnewfieldservices.com]; dsellassie@agnewfieldservices.com[dsellassie@agnewfieldservices.com]
**From:** Nakia Agnew
**Sent:** Wed 1/24/2018 3:20:53 PM
**Subject:** Re: High*Value*Orders
image001.png

Acknowledged

On Wed, Jan 24, 2018 at 9:20 AM Shaikh, Bilal R <Bilal.Shaikh@altisource.com> wrote:

Hi Team,

Below listed orders are high value orders which need to be completed within this month so we can generate the revenue for this month. Please go through the list and provide update on completion.

| Work Item # | Property ID | State | WI Status | property_status | WI Category | SOW Category | Line Item | Age | Age Category | Issued Date |
|---|---|---|---|---|---|---|---|---|---|---|
| WI27862627 | 71923507701 | IL | Accepted | EVPP | Eviction | Others | Move personal property to storage | 6 | 6-7 | 1/16 |
| WI27147769 | 71900832661 | IL | Accepted | NMKT | ISB Life Safety | Others | Life Safety Stairs, Rails, Porches and Decks | 34 | 10++ | 12/19 |
| WI27358730 | 70906799401 | IL | Accepted | SPND | Interior Repairs | Others | Other Interior Repairs | 10 | 8-10 | 1/12 |
| WI28024898 | 713795721 | IL | Pending Corrections | SPND | Certified Removal/Remediation | Others | Paint One Coat Sealer | 5 | 4-5 | 1/17 |
| WI27904317 | 404974061 | IL | Pending Corrections | NMKT | Flooring | Others | Carpet Removal Upto 1800 SF | 14 | 10++ | 1/8 |
| WI27382425 | 71908955522 | IL | Pending Corrections | WLST | Initial Services | Others | Appliances Removal | 25 | 10++ | 12/28 |

AFS_00407935

Thanks & Regards



**Bilal Shaikh** | Follow-Up Coordinator | Field Services

Bilal.shaikh@altisource.com

P: 877- 839-7117 | ext: 215337 | F :  770- 612-7065

**Altisource®**
P.O. Box 105460

Atlanta, GA 30348-5460

www.altisource.com

Share Your Feedback

This email message and any attachments are intended solely for the use of the addressee. If you are not the intended recipient, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system. This message and any attachments may contain information that is confidential, privileged or exempt from disclosure. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. Message transmission is not guaranteed to be secure or free of software viruses.
**************************************************************************************************
********************

  --
Nakia Agnew

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 21

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 22

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 23

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 24

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 25

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 26

```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION


 3
      NATIONAL FAIR HOUSING          )
 4    ALLIANCE; HOPE FAIR HOUSING    )
      CENTER, et al.,                )
 5                                   )
                                     )
 6                    Plaintiffs,    )
                                     )
 7            vs.                    ) No. 1:18-cv-00839
                                     )
 8    DEUTSCHE BANK NATIONAL         )
      TRUST, as trustee, et al.,     )
 9                                   )
                                     )
10                    Defendants.    )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13    on behalf of Altisource Solutions, Subject 11, Vol. II,

14    called by the Plaintiffs for examination, taken remotely

15    pursuant to notice and pursuant to the Federal Rules of

16    Civil Procedure for the United States District Courts

17    pertaining to the taking of depositions, taken before

18    Melanie E. Kubiak, Certified Shorthand Reporter, in

19    El Paso, Texas, commencing at 9:02 a.m. on the 24th day

20    of March, 2021.

21

22

23

24
```



1        Q.    Is the asset manager also known as the RSD?

2        A.    I believe so, yes.

3        Q.    And with respect to the asset manager, would

4    the -- does the code compliance specialist in some cases

5    have to seek approval from the asset manager in order to

6    go forward with certain code violation remediation?

7        A.    Depending on the status, they may have to

8    engage them, yes.

9        Q.    Can you provide an example?

10       A.    Yes.  Let's say that it's in the marketing

11   phase or it's about to be sold, that might be an

12   instance where they need to engage the RSC or the asset

13   manager.

14       Q.    And also wouldn't that be the case if the

15   property is to be sold as is, the RSC would have to

16   approve or give the go-ahead to remediate a code

17   violation?

18       A.    Right.  But that would be the other way

19   around.  So meaning the RSC would reach out to the code

20   compliance specialist, not the code compliance

21   specialist reaching out to the RSC.

22       Q.    So with respect to your answers on the other

23   categories then here on the internal list, were you

24   answering just how the code compliance specialist was

1      A.    Yes.

2      Q.    So the SLA is determined in the contract

3   documents between Ocwen and Altisource in the case of

4   the Deutsche Bank RMBS REO Properties; is that right?

5      A.    Our SLAs, yes, are documented in our statement

6   of work with Ocwen.

7      Q.    Okay.  And so with respect to these different

8   categories that are listed, the days on the right column

9   are the days that it's expected for the code violation

10  to be remediated?

11     A.    Correct.

12     Q.    And with respect to the instances where the

13  code violations are not remediated in the number of days

14  listed, is there a report provided to Ocwen about that

15  and why the code violations were not remediated in those

16  days?

17     A.    What we typically do is have weekly meetings

18  with Ocwen to talk specifically about code violations.

19  So we review any code violations that are -- are either

20  approaching SLA, outside of SLA, or where we might need

21  their support or attention awareness.  So we have the

22  weekly conversations.

23     Q.    Is that what's happening currently?

24     A.    Yes.



1      Q.   What about from the time period of 2010

2   through 2015?

3      A.   I'm not sure how far back those conversations

4   go.

5      Q.   And where would we look to see if Altisource

6   reported to Ocwen on whether it met these SLA days to

7   cure the listed types of violations?

8      A.   There may be some reports that exist.  I'm not

9   quite sure where we would go exactly to find those.

10     Q.   And from the time period of 2010 through 2015,

11  did Altisource report to Ocwen on any failures to meet

12  the SLAs in terms of remediating code violations?

13     A.   I believe so.  Again, I'm not quite sure how

14  far back or what method was used.

15     Q.   Where would we look to see for the period of

16  2010 through 2015 these -- if there were reports that

17  Altisource provided to Ocwen on failures to meet the SLA

18  on curing building violation -- I'm sorry -- code

19  violations?

20     A.   I'm not quite sure at this time.

21     Q.   For the period of 2015 to the present, were

22  there specific report -- written reports and documents

23  that Altisource provided to Ocwen to report failure to

24  meet the SLAs on curing code violation?

1      A.   There may have been.  I'm not quite sure at

2   this moment.

3      Q.   Does -- is the -- Are you familiar with the

4   scorecard procedure that Ocwen put in place at some

5   point in or around 2015 concerning Altisource's

6   performance in various categories?

7      A.   Yes, I'm aware of the scorecard.

8      Q.   And does Ocwen's scorecard measure the number

9   of instances that code violations were not remediated in

10   the defined SLA number of days as shown on this page?

11      A.   I'm not sure.

12      Q.   In terms of these weekly meetings that you

13   mentioned, when did those start?

14      A.   Again, I don't know how far back they go or

15   when they were initiated.

16      Q.   And have you ever attended such a meeting?

17      A.   I have.

18      Q.   And who attends these meetings between -- the

19   current meetings between Altisource and Ocwen concerning

20   code violations?

21      A.   I'm not sure of all the people on the Ocwen

22   side, their titles or their roles.  But I can share from

23   the Altisource side.  It's led by our RFSM team and

24   client advocacy team.  Those are the two groups that



1  lead the conversations.

2       Q.   And what records are kept of these weekly

3  meetings between Altisource and Ocwen concerning

4  fulfillment of the SLAs and curing code violations?

5       A.   I believe there's an internal report that's

6  kept.

7       Q.   Who -- Which of the parties keeps these

8  internal reports?

9       A.   I believe it is the RFSMs, their RFSM group.

10      Q.   In terms of the meeting or meetings that you

11 attended, how many meetings about code violations did

12 you attend?

13      A.   About two.

14      Q.   And when were those?

15      A.   They typically occur on Tuesdays.

16      Q.   In terms of when I was kind of getting like

17 year or month, maybe.

18      A.   Oh, I see.  2021.  I may have attended one

19 earlier this year and maybe the end of last year, 2020.

20      Q.   In terms of this internal report, what is it

21 called?

22      A.   I don't know what the title of it is.

23      Q.   What is the purpose of those meetings, the

24 recent or current meetings with Ocwen about code

1    violations?

2        A.    The goal is typically to come up with a plan

3    to remediate any troubled asset or violation.  If

4    there's something that we are running into challenges

5    remediating, either sharing that or looking for guidance

6    on how to move forward with some of those problems that

7    occur.

8        Q.    In terms of the incidents where code

9    violations are not remediated but are closed anyway as

10   you described earlier, are those instances where Ocwen

11   has agreed that the code violation need not be

12   remediated?

13       A.    If it's closed and not remediated, then, yes,

14   it would have been based on approval set out by Ocwen.

15       Q.    What department at Ocwen would give such an

16   approval?

17       A.    I'm not quite sure at this time.

18       Q.    If you could look at page 7 of this exhibit,

19   ASI29679.

20            In terms of the meeting that you attended, how

21   long did the meeting last -- the two meetings?

22       A.    They typically last one hour each.

23       Q.    And that would be for the purpose of covering

24   all the properties in the portfolio?



1         A.    For code violations specifically.   That

2    centered around code violations.

3         Q.    Correct.   But that would be all the code

4    violations of the properties in the entire portfolio in

5    that meeting?

6         A.    Yes.   But, again, specific to any challenges

7    that we're anticipating.   If it's a code violation that

8    we can remediate that we don't have an issue with, then

9    that's not something that would be the center of

10   discussion during those meetings.

11        Q.    Looking at page 7 of this Exhibit 398, the

12   heading is common types of violations.

13              Do you see that?

14        A.    Yes.

15        Q.    And does this accurately summarize the common

16   types of violations?

17        A.    It does.

18        Q.    With respect to the fines or liens second from

19   the bottom, there's a bullet point that says, Fines due

20   to noncompliance.

21              What would be an example of that?

22        A.    I'm not quite sure.   Actually, I think I might

23   have an example.   I think an example would be if there

24   was a violation -- let's take landscaping, for

 1    that number right.  But in any event, this -- we

 2    substituted this in the links that we provided.  So I

 3    apologize for any convenience.  But with --

 4    inconvenience.

 5              But with respect to this, the top says, Code

 6    Violations Secondary Status Code Desktop Guide.

 7              Do you see that?

 8        A.   Yes, I do.

 9        Q.   And are you familiar with this?

10        A.   This looks familiar, yes.

11        Q.   Okay.  And is this something the -- the code

12    compliance specialist would use?

13        A.   Yes, I believe so.

14        Q.   Okay.  I'm just trying to see if we can maybe

15    make this a little smaller.  I know everybody loves it

16    when I have control over it.

17              Okay.  So now this has four sections and the

18    first section says, Building violations, landscaping,

19    clean-out, unsecured structure, risks to ownership

20    violations.

21              Do you see that?

22        A.   Yes.

23        Q.   What's the purpose of the secondary status

24    codes?



1      A.    Sure.  So the primary one, the primary status

2   code let's you know what stage it's in.  Typically, it's

3   three stages.  We either received it, it's being worked

4   on or followed up on; and then finally, the third stage

5   is it's closed.  That's the primary stage code.

6      Q.    Okay.

7      A.    Secondary status code is more specific to the

8   action being taken while it's in that status.

9      Q.    Okay.  And then there's -- In this document,

10  there's a description column and a trigger column.  And

11  what's the trigger column for?

12     A.    I'm just going to take a moment to read

13  through.

14     Q.    Sure, yeah.  Do you need me to make it larger?

15     A.    Just a little bit.  That would be helpful.

16  Thank you.

17     Q.    Also, if you wanted to take control of the

18  screen, you can request that and we can certainly allow

19  that.

20     A.    Okay.  Thank you.

21          So trigger seems to be what happens in

22  association with that.  So an example, let's look at the

23  first one, creation of the new code violation in VMS.

24  That's what -- That's what -- we consider it as the

Case: 1:18-cv-00839 Document #: 192-4 Filed: 11/05/21 Page 77 of 120 PageID #:5879

National Fair Housing Alliance vs Deutsche Bank National Trust
Altisource 30(b)(6) - Subject 11 - Vol. II  - 03/24/2021                                    Page 64

 1   trigger to the code of being new in the system.

 2        Q.   Okay.  And then there's columns to the far

 3   right.  One is follow-up days.  What is that for?

 4        A.   That would indicate how frequently the CCS

 5   should reach out or check in on the status of the

 6   action.

 7        Q.   Okay.  And then the SLA days.  What is that

 8   for?

 9        A.   That would be typically the outer limit, the

10   most days we should take to resolve this.

11        Q.   Okay.  In terms of the first -- Well, the

12   second primary status code, CVSLP, is that -- I think it

13   says somewhere on the prior exhibit, page 10, it says,

14   Violation is being addressed, is how that is

15   interpreted.  Is that right?

16        A.   Correct.

17        Q.   Okay.  And so these all have SLA days by them?

18        A.   Yes.

19        Q.   Such as the second one up in that box from the

20   bottom of that box is BRIP.  The remediation is in

21   process is the description.

22             Do you see that?

23        A.   Yes.

24        Q.   And then the trigger says, Issuance of a



1   contract order, CO, for the vendor to complete the work

2   required to remediate the violation.

3            Do you see that?

4       A.   Yes.

5       Q.   And is the 28 days listed in the SLA days

6   column the number of days that would be expected to

7   remediate that violation?

8       A.   Yes.  At most, yes.

9       Q.   Okay.  And then if we look -- I'm going to

10  scroll down a little.  Use the top there.  But the next

11  general primary -- I'm sorry -- primary status code is

12  CBRCRR, which, according to the prior exhibit, page 10,

13  Exhibit 398, is violation has been closed.

14           Is that right?

15      A.   Yes.

16      Q.   And the top item in there is VX, right?

17      A.   Yes.

18      Q.   Sub -- I'm sorry.  The secondary status code.

19  And that would be the violation was remediation and

20  clearance obtained.

21           That's what it says, right?

22      A.   Yes.

23      Q.   So let's say the 28-day example we were kind

24  of looking at at the prior box of the remediation being



1    in process, let's say they finished that and it's done

2    and they get some kind of, I take it, clearance from

3    whatever local authority given the violation.  The code

4    would be the X; is that right?

5         A.   Yes.

6         Q.   And in terms of the next one, VXNC, the

7    description is, The violation was remediated but no

8    clearance obtained.

9              Do you see that?

10        A.   Yes.

11        Q.   And then there's a variety of triggers listed

12   in the next column for that, right?

13        A.   Correct.

14        Q.   And there's no SLA days in the right column

15   for any of these under CBRCRR; is that right?

16        A.   Correct.

17        Q.   Okay.  With respect to the one that is VXNR,

18   which is the fourth one down in the second column under

19   CVRCRR, do you see that one?

20        A.   Just to make sure I have it right, VXNR,

21   that's the row we're looking at?

22        Q.   Yes.  That's the secondary code I was calling

23   your attention to.

24        A.   Yes.

1    Q.    And the description says, The violation was

2    closed without remediation because, dot, dot, dot.

3          Do you see that?

4    A.    Yes.

5    Q.    And the description says, Property is sold or

6    service transferred, comma, client rejects the required

7    work to remediate violations, comma, or issuing

8    authority indicates that violation no longer exists.

9          Do you see that?

10    A.    Yes.

11    Q.    And what would be the reason that -- Well, who

12    would be the client in our case of the Deutsche Bank

13    RMBS Trust REO properties?  Who would be the client

14    there?

15    A.    Ocwen.

16    Q.    And what are the reasons that Ocwen would have

17    for rejecting the required work to remediate violations?

18    A.    It can vary.  One example that comes to mind

19    is maybe right now there's a dispute of ownership, and

20    so they would ask us stop work, don't proceed until we

21    identify if we can access the property if work should

22    continue.

23    Q.    If the client rejects the required work, the

24    code is put in VXNR.  Is that what would be in VMS?

Case: 1:18-cv-00839 Document #: 192-4 Filed: 11/05/21 Page 81 of 120 PageID #:5883

National Fair Housing Alliance vs Deutsche Bank National Trust
Altisource 30(b)(6) - Subject 11 - Vol. II  - 03/24/2021                          Page 68

1        A.    Correct.

2        Q.    And is there anything beyond that such as

3  documentation that the client rejected the required

4  work?  Because there's -- It seems like there's three

5  options of why this VXNR could be put in there, the

6  code.  Would one of the three options also be delineated

7  in VMS?

8        A.    So it's actually four under this category,

9  reasons.  If it was specific to any of these, it

10  wouldn't necessarily say what -- what it would say is

11  the reason.  So one example would be the violation was

12  closed without remediation because the property was

13  sold, right?  That's something you would expect to see

14  in VMS.

15       Q.    So it would -- The dot, dot, dot means the

16  reason's going to be added into the VMS dialogue box or

17  somewhere, right?

18       A.    Correct.

19       Q.    Is that where it's added in the column where

20  the dialogue goes back and forth or is there some other

21  column, if you know?

22       A.    Yes, I believe it's in the comment section.

23       Q.    Okay.  And then if we look to the next

24  secondary status code listed there, which is VXAI, I



1    believe, the description says, The violation was closed

2    because asset management indicated the property is being

3    sold as is with the violation.

4              Do you see that?

5        A.   Yes.

6        Q.   And then the description says, Written notice

7    is provided from asset management that the property's

8    being sold as is, comma, and that the specific violation

9    is included in the HHA.

10             Do you see that?

11       A.   Yes.

12       Q.   And is that to mean that there is a code

13   violation but it won't be remediated and at the closing,

14   whenever the closing might occur, the buyer will execute

15   a hold harmless agreement saying that they will take

16   responsibility for the code violation?

17       A.   I believe so.  I'm not as familiar with that

18   process.  It's usually like a marketplace process.  But,

19   yes, my understanding is that we do make the new buyer

20   aware of any code violations if it's being sold in that

21   status.

22       Q.   And so the as-is status is what you mean when

23   you say if it's being sold in that status?

24       A.   Correct.



1        Q.   Where is the as-is status recorded in VMS?

2        MR. GARROWAY:  Objection, form.

3   BY THE WITNESS:

4        A.   That's not typically a status that we would

5   see or use often in field services, so I'm not quite

6   sure.

7        Q.   In other words, it's not like a code -- Like,

8   we see these CVCRR and these secondary codes, it's not

9   like there's a column in VMS that says as is, yes or no,

10  right?

11       A.   Correct.

12       Q.   And it comes out when a particular item of

13  work or a code violation might be sought to be

14  remediated and then the RSC says the property's being

15  sold as is.  That's how it's documented, correct?

16       A.   Right.  If they ask us to not remediate the

17  violation.

18       Q.   And also, if the RSC or asset manager rejects

19  a work item because the property's being sold as is,

20  it's put in the comment section, right?

21       A.   Correct.

22       Q.   So is it the case that there's no

23  across-the-board documentation of all the properties

24  that the RSCs have delineated as as is in VMS?



1          MR. GARROWAY:   Objection, form.

2     BY THE WITNESS:

3          A.   I'm not sure that I understand the question.

4     Do you mind rephrasing?

5          Q.   Yes.  Is there a time in the process of the

6     REO -- the life cycle of the REO when all the properties

7     are in VMS categorized as either as is or not?

8          A.   I don't believe so, no.

9          Q.   And I guess, specifically -- So there's no

10    field in VMS for as is?

11         A.   I'm not sure.  Maybe it's just that I'm not

12    sure what field you might be relating or asking about

13    specifically.

14         Q.   Well, I'm not -- If I had an example -- We'll

15    go through some examples from the VMS, but I was trying

16    to clarify that it didn't appear that there was a field

17    that indicates that a property is being sold as is.  And

18    what I mean by field is, like, the top of the column on

19    the data where there's some, you know, yes or no or that

20    column means the property would be sold as is or a

21    status code saying that.

22         A.   Right.  No, there isn't.  So we would -- In

23    AFS, we would typically do the work as we would

24    anything -- any other property until the RSC would



Case: 1:18-cv-00839 Document #: 192-4 Filed: 11/05/21 Page 85 of 120 PageID #:5887

National Fair Housing Alliance vs Deutsche Bank National Trust
Altisource 30(b)(6) - Subject 11 - Vol. II - 03/24/2021                    Page 72

 1   advise either stop work, work's not approved in this

 2   stage of the REO life cycle because then the phrase

 3   would be introduced it's going to be sold as is, and

 4   then we know what actions to take based on whatever

 5   services we're providing.

 6            But, no, there's not a general, this is a

 7   group of properties that that applies to.

 8       Q.   And with respect to the stages in the REO life

 9   cycle where this occurs, what's the first stage in the

10   REO life cycle where the question of whether work would

11   be done if a property is as-is status, what's the first

12   stage in the life cycle of the REO where that would come

13   up?

14       A.   I'm not too sure.  I think that's once it's --

15   it could be -- maybe this is a question that might be

16   better answered by my marketplace peer.  But it might be

17   the marketing phase or the sale phase.  I'm not quite

18   sure what the significance of that is, that's identified

19   is.

20       Q.   Would it be fair to say it's one of the phases

21   that involves asset management, one of the first phases

22   that asset management is involved?

23       A.   It could be.  I'm not quite sure how soon it

24   starts.



1     Q.   So if the violation -- going back to this

2     Exhibit 399, if the violation was closed because asset

3     management indicated the property's being sold as is

4     with the violation or the prior one, secondary staff

5     code, the violation was closed without remediation

6     because or the -- I'm sorry.  I went out of order there.

7     I shouldn't have done it that way.

8          But nonetheless, there's VXEX, the violation

9     was closed exceptionally because.  Would it be then that

10    for whatever period of time passes between the code

11    violation issuance and the closing or even after the

12    closing that that code violation will not be remediated?

13    A.   I want to make sure I understand the question.

14         So when you talk about -- And, actually, let

15    me just ask you if you can please rephrase that.

16    Q.   With respect to the last three secondary

17    status codes under CVRCRR where the violation was closed

18    but not remediated, is it the case that between the time

19    the code violation is issued and at least the time of

20    closing, that the code violation will still remain, will

21    not be remediated?

22    A.   When you say closing, you're referring to the

23    closing of the --

24    Q.   Of the sale.



1      A.    -- case?

2            Oh, of the sale.  Of the sale.

3            I'm not sure.  I'm not sure if there are

4      exceptions to that scenario.  There may be.  But in the

5      instance that you describe.  So if it falls under one of

6      those three statuses.

7            So like, I will give you an example.  VXNR,

8      the violation was closed without remediation because

9      service was transferred.  So it might have been

10     transferred to a different vendor potentially or the

11     issuing authority indicates that the violation no longer

12     exists.  So that wouldn't necessarily indicate that the

13     violation wasn't remediated.  Those are two examples

14     that I can say the violation wouldn't necessarily stay

15     opened in the example that you mentioned.

16     Q.    Okay.  Okay.  Good.

17           So then -- But if the client rejects the

18     required work, that would be one where it would remain

19     unremediated?

20     A.    Again, like the scenario that I had shared

21     earlier was, if we have an ownership dispute on the

22     asset and so they ask us to temporarily stop work

23     because we shouldn't be accessing the asset and then the

24     ownership issue gets resolved, then we can potentially

1    move forward.  So that also wouldn't necessarily be an

2    example of a violation that stays open until the closing

3    of the sale of the house, yeah.

4         Q.   And it would stay open until the resolution of

5    that ownership issue?

6         A.   Correct.

7         Q.   And then would the 28 days start, or would the

8    28 days -- How would the SLA apply then?

9         A.   We typically still track from the opening or

10   the identification of the violation.  So the time -- The

11   time would have still kept running.  We just would note

12   that there was potentially an owner dispute -- ownership

13   dispute that paused our ability to work on the

14   violation.

15        Q.   And with respect to the VXAI, written notice

16   is provided from asset management that the property is

17   being sold as is and that the specific violation is

18   included in the HHA, is that an instance where the code

19   violation will not be remediated at least through the

20   closing?  And I say at least because we don't know, do

21   we, when the buyer might remediate that violation?

22        A.   Correct, yes.

23        Q.   And the final one, VXEX, the violation was

24   closed exceptionally because.  Can you explain what an



1   exceptional closing is for a code violation?

2       A.   Sure.  I believe that we might have an exhibit

3   or a document that describes exceptional closings, but

4   it's typically scenarios that are outside of our control

5   that we aren't able to remediate, meaning there's

6   another dependency for us.  An example might be what I

7   just described, the dispute of ownership.  That might be

8   an exceptional closing that Ocwen tells us, hey, this

9   might go on for a while, you know, at this time, let's

10  go ahead and take a pause.

11          So that exceptional closing has its own unique

12  process, but there are other scenarios that can fall

13  under exceptional closing requests.

14      Q.   So you have previously indicated the ownership

15  dispute would fall under client rejects the required

16  work to remediate violations, but would that be the --

17  would the ownership dispute instead be closed

18  exceptionally?

19      A.   Could be.

20      MR. GARROWAY:  Objection, form.

21  BY THE WITNESS:

22      A.   Sorry.  It could be.  It would again depend on

23  the scenario, the timing, what Ocwen believes next steps

24  look like or how long this might go on for.



```
 1        Q.    So the -- The process is to close these
 2  various categories of code violations with entry of the
 3  secondary status code even though the code violation at
 4  that point is not remediated?
 5        A.    Depending on the scenario.
 6        Q.    Why do you qualify your answer?
 7        A.    Because that's true -- In the terms of VXAI,
 8  that is true.  VXEX, like I mentioned, has its own
 9  unique rules.  That's not to say that the -- That's not
10  to say that the violation won't necessarily be
11  remediated.  It's just at that point, we can't move
12  forward for a period of time and we understand that.
13  And so we will revisit it in that scenario.
14        Q.    So the VXEX will be revisited?
15        A.    Correct.
16        Q.    Okay.  And -- But my question was, when the
17  secondary status codes listed here are entered, the
18  VXNR, VXAI, VXEX, those codes are entered to close at
19  that point in time the code violation, but the code
20  violation has not been remediated?
21        A.    Again, the only example that I will say
22  that -- why I qualify it then would be VXMR is the
23  violation would -- the violation was closed without
24  remediation because.  And then you can see the last item
```



Case: 1:18-cv-00839 Document #: 192-4 Filed: 11/05/21 Page 91 of 120 PageID #:5893

National Fair Housing Alliance vs Deutsche Bank National Trust
Altisource 30(b)(6) - Subject 11 - Vol. II - 03/24/2021                    Page 78

1   is the issuing authority indicates the violation no

2   longer exists.  So technically, in that scenario,

3   there's nothing to remediate.  So it's not necessarily

4   open.

5       Q.   Okay.  But with that exception, then is it the

6   case that these three code violation secondary status

7   codes close out the code violation in VMS, but with that

8   one exception in place that you have just described, the

9   remainder mean that the code violation is not

10  remediated?

11      A.   Correct.

12      Q.   And so in that case, is that considered a

13  violation of the SLA or not?

14      A.   I don't believe that it would be, no.

15      Q.   So that's a way to close the code violations

16  without complying with the SLA?

17      A.   Not without complying with the SLA.  It's more

18  with the understanding that an action couldn't be taken

19  by Altisource.

20      Q.   And with respect to the asset management

21  indicating the property's being sold as is with the

22  violation, is that something Ocwen specifically approves

23  of each time it happens?

24      A.   Again, that's a marketplace process, so I'm



 1    not quite sure on how approvals come to happen in that

 2    space.  So I wouldn't feel comfortable answering.

 3         Q.   Is the RSC or asset manager specifically the

 4    agent for Ocwen on decisions relating to the REO

 5    properties?

 6         A.   I'm not sure.

 7         Q.   If you could look at page 13 of this

 8    Exhibit 398, which is ASI29685.

 9         MR. GARROWAY:  So we're leaving the screen going

10    back to the book?

11         MS. SOULE:  Yes, we are, I believe.

12              Well, actually, before we leave this screen,

13    there's one more so we don't have to come back to it.

14    BY MS. SOULE:

15         Q.   There's a section at the bottom of this 399 --

16    I apologize.  I think you're right, since I have it up,

17    I should finish it so I don't have to do it again.

18              There's a section called Shared Codes.

19              Do you see that?

20         A.   Yes.

21         Q.   In Exhibit 399, it's ASI29671.  And the

22    primary status code is CVSLP.

23              Do you see that?

24         A.   Yes.



1          Q.    And then if we go -- so it's the same status

2     code that was the second one at the top of the page as

3     well, right?

4          A.    Yes.

5          Q.    And what's the purpose of these shared codes?

6          A.    So the first one, the secondary status code of

7     reopen relates to the exceptional scenario that I was

8     describing.  So we understand that we can't take action

9     for a period of time, but they have become revisited at

10    a later date.  And so this one is where the system

11    automatically reopens it for review and follow-up.

12         Q.    And how long does it take for the system to

13    automatically reopen it?

14         A.    I believe that there's an exhibit that

15    references the time frame.  I'm not quite sure, but I

16    want to say it's 14 days.

17         Q.    Okay.  Is that the code violation procedure?

18         A.    I believe so, yes.

19         Q.    Okay.  And then what about the last one there,

20    the shared code, which is STG2CLS?  I feel like I'm in

21    one of those eye tests where you're asked to read the

22    letters on the wall to see if your eyesight's good

23    enough.

24               So on the last one there under the shared



National Fair Housing Alliance vs Deutsche Bank National Trust

Altisource 30(b)(6) - Subject 11 - Vol. II  - 03/24/2021                    Page 81

1  codes.

2      A.   So this appears to be a code that is for

3  supervisor review.  So the trigger says, CCS establishes

4  that the file is ready to close.  And so it looks like

5  this goes up to a supervisor for a secondary review.

6      Q.   Okay.  And what circumstances would that be

7  used?

8      A.   I'm not quite sure.  I don't believe that

9  that's as common, so I'm not quite sure.

10     Q.   Okay.  All right.  Yeah.  I think we're done

11 with 399 then.

12          And so if we could go back to 398 where we

13 were looking briefly at page 13, ASI29685.  And this

14 relates to the secondary status codes, and I just don't

15 understand what it is.  I don't know if you can explain

16 this to me, these letters, what they mean.

17     A.   Are you talking about the VPNH?

18     Q.   Yes.

19     A.   I'm also not sure.  There's not a lot of

20 context there.

21     Q.   Okay.

22     A.   Yeah.

23     MR. GARROWAY:  Does it make a sense to take a

24 little break?  I know we've been going 70 minutes or so.

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 27

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 28

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 29

This attachment is filed Under Seal to Exhibit D

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 30

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 31

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to*
*Produce Electronic Data Relating to Deutsche Bank REO Properties*
*Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche*
*Bank Properties Tested by Plaintiffs*

# At. 32

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 33

**Employees**

As of December 31, 2019, we had the following number of employees:

| | United States | India | Philippines | Uruguay | Luxembourg | Consolidated Altisource |
|---|---|---|---|---|---|---|
| Total employees | 748 | 2,289 | 110 | 118 | 18 | 3,283 |

We have not experienced any work stoppages and we consider our relations with employees to be good. We believe our future success will depend, in part, on our continuing ability to attract, hire and retain skilled and experienced personnel.

**Seasonality**

Certain of our revenues can be impacted by seasonality. Specifically, revenues from property sales, loan originations and certain property preservation services in Field Services typically tend to be at their lowest level during the fall and winter months and at their highest level during the spring and summer months.

**Government Regulation**

Our business and the business of our customers are or may be subject to extensive scrutiny and regulation by federal, state and local governmental authorities including the Federal Trade Commission ("FTC"), the Consumer Financial Protection Bureau ("CFPB"), the Securities and Exchange Commission ("SEC"), the Department of Housing and Urban Development ("HUD"), various federal and state banking, financial and consumer regulators and the state and local agencies that license or oversee certain of our auction, real estate brokerage, mortgage and debt collection services, trustee services, property management services and insurance services. We also must comply with a number of federal, state and local laws, which may include, among others:

- the Americans with Disabilities Act ("ADA");
- the Bank Secrecy Act ("BSA");
- the California Consumer Privacy Act ("CCPA");
- the California Homeowner Bill of Rights ("CHBR");
- the Controlling the Assault of Non-Solicited Pornography And Marketing Act ("CAN-SPAM");
- the Equal Credit Opportunity Act ("ECOA");
- the Fair and Accurate Credit Transactions Act ("FACTA");
- the Fair Credit Reporting Act ("FCRA");
- the Fair Housing Act;
- the Federal Trade Commission Act ("FTC Act");
- the Gramm-Leach-Bliley Act ("GLBA");
- the Home Affordable Refinance Program ("HARP");
- the Home Mortgage Disclosure Act ("HMDA");
- the Home Ownership and Equity Protection Act ("HOEPA");
- the National Housing Act ("NHA");
- the New York Real Property Actions and Proceedings Law ("RPAPL");
- the Real Estate Settlement Procedures Act ("RESPA");
- the Secure and Fair Enforcement for Mortgage Licensing ("SAFE") Act;
- the Servicemembers Civil Relief Act ("SCRA");
- the Telephone Consumer Protection Act ("TCPA");
- the Truth in Lending Act ("TILA"); and
- Unfair, Deceptive or Abusive Acts and Practices statutes ("UDAAP").

We are also subject to the requirements of the Foreign Corrupt Practices Act ("FCPA") and comparable foreign laws, due to our activities in foreign jurisdictions.

In addition to federal and state laws regarding privacy and data security, we are also subject to data protection laws in the countries in which we operate. Additionally, certain of our entities are or may be subject to the European Union General Data Protection Regulation ("GDPR").

Legal requirements can and do change as statutes and regulations are enacted, promulgated or amended. One such enacted regulation is the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank Act"). The Dodd-Frank Act is extensive and includes reform of the regulation and supervision of financial institutions, as well as the regulation of derivatives, capital market activities and consumer financial services. The Dodd-Frank Act, among other things, created the CFPB, a federal entity responsible

8

Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 34

As of December 31, 2017, we have been awarded one patent that expires in 2023, four patents that expire in 2024, eight patents that expire in 2025, two patents that expire in 2026, two patents that expire in 2029 and one patent that expires in 2030. In addition, we have registered trademarks, or recently filed applications for the registration of trademarks, in a number of jurisdictions including the United States, the European Union ("EU"), India and nine other jurisdictions. These trademarks generally can be renewed indefinitely, provided they are being used in commerce.

We actively protect our rights and intend to continue our policy of taking the measures we deem reasonable and necessary to develop and protect our patents, trademarks, copyrights, trade secrets and other intellectual property rights.

In addition, we may make use of data in connection with certain of our services. This data generally relates to mortgage information, real property information and consumer information. We gather this data from a variety of third party sources, including from governmental entities and, subject to licensed usage rights, we use this data in connection with the delivery of our services, including combining it with proprietary data we generate to further enhance data and metrics in connection with our services.

### Market and Competition

We sell our suite of services to mortgage servicers, mortgage originators, buyers and sellers of homes for personal and investment use and financial services firms. The mortgage and real estate markets are very large and are influenced by macroeconomic factors such as credit availability, interest rates, home prices, inflation, unemployment rates and consumer confidence.

The markets to provide services for mortgage servicers and mortgage originators are highly competitive and generally consist of a few national companies, in-house providers and a large number of regional and local providers. We typically compete based upon product and service awareness and offerings, product and service delivery, quality and control environment, technology integration and support, price and financial strength.

The markets to provide services for buyers and sellers of homes for personal and investment use are highly competitive and generally consist of several national companies, a large number of regional and local providers and start-up companies. We typically compete based upon product and service awareness and offerings, product and service delivery, ease of transacting, price and personal service.

For financial services firms, we provide collection services and customer relationship management services. The markets to provide these services are highly competitive and generally consist of several national companies, a large number of regional and local providers and in-house providers. We typically compete based upon product and service awareness and offerings, product and service delivery, quality and control environment, technology integration and support, price and financial strength.

Our competitors may have greater financial resources, brand recognition, alternative or disruptive products and other competitive advantages. We cannot determine our market share with certainty, but believe for mortgage servicers and collection services for financial services firms, we have a modest share of the market, and for the others we have relatively small market share.

### Employees

As of December 31, 2017, we had the following number of employees:

| | United States | India | Philippines | Uruguay | Luxembourg | Consolidated Altisource |
|---|---|---|---|---|---|---|
| Mortgage Market | 745 | 2,964 | 177 | 8 | 4 | 3,898 |
| Real Estate Market | 167 | 199 | 140 | 1 | 5 | 512 |
| Other Businesses, Corporate and Eliminations | 565 | 1,951 | 361 | 129 | 12 | 3,018 |
| Total employees | 1,477 | 5,114 | 678 | 138 | 21 | 7,428 |

We have not experienced any work stoppages and we consider our relations with employees to be good. We believe our future success will depend, in part, on our continuing ability to attract, hire and retain skilled and experienced personnel.

### Seasonality

Certain of our revenues are impacted by seasonality. More specifically, revenues from property sales, loan originations and certain property preservation services typically tend to be at their lowest level during the fall and winter months and at their highest level

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to
Produce Electronic Data Relating to Deutsche Bank REO Properties
Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche
Bank Properties Tested by Plaintiffs*

# At. 35

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 36

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 37

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 38

This attachment is filed Under Seal to Exhibit D

# Attachments to Exhibits C, D

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

# At. 39

This attachment is filed Under Seal to Exhibit D