# Exhibit E

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

National Fair Housing Alliance vs Deutsche Bank National Trust  C O N F I D E N T I A L
Ocwen 30(b)(6) - Subject 7  - 01/14/2021  Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING           )
 4   ALLIANCE; HOPE FAIR HOUSING     )
     CENTER, et al.,                 )
 5                                   )
                                     )
 6              Plaintiffs,          )
                                     )
 7         vs.                       ) No. 1:18-cv-00839
                                     )
 8   DEUTSCHE BANK NATIONAL          )
     TRUST, as trustee, et al.,      )
 9                                   )
                                     )
10              Defendants.          )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Ocwen Loan Servicing, Subject 7, called by

14   the Plaintiffs for examination, taken pursuant to notice

15   and pursuant to the Federal Rules of Civil Procedure for

16   the United States District Courts pertaining to the

17   taking of depositions, taken before April M. Metzler,

18   Certified Shorthand Reporter, Registered Merit Reporter,

19   Certified Realtime Reporter, at 12721 Orange Grove

20   Boulevard, West Palm Beach, Florida, commencing at

21   12:47 p.m. CST on the 14th day of January, 2021.

22

23

24
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com



Case: 1:18-cv-00839 Document #: 192-5 Filed: 11/05/21 Page 3 of 5 PageID #:5925

National Fair Housing Alliance vs Deutsche Bank National Trust
Ocwen 30(b)(6) - Subject 7  - 01/14/2021
C O N F I D E N T I A L
Page 123

1  come to a positive outcome, the Altisource asset

2  management/REO disposition group is going to have to

3  work very closely with the PPI Altisource group.

4         And then the same is true for the -- you know,

5  the REO oversight and the property preservation

6  oversight teams at Ocwen, in certain instances related

7  to their oversight, need to, you know, be on the same

8  page, in terms of what's going on with the property.

9     Q.   Did the valuation products that are used

10 concerning REO properties in Ocwen's portfolio, do those

11 products take into account the impact on market value in

12 the neighborhood, in terms of what value was assessed to

13 the property?

14      MS. BOGO-ERNST:   Object to form.

15 BY THE WITNESS:

16     A.   Again, I don't know what each and every piece

17 or variable that Altisource's product contemplates.  So

18 I wouldn't be able to answer that.

19     Q.   Did Ocwen, during the time period of 2010 to

20 the present, require Altisource in any way to consider

21 the market value of the neighborhood or the impact on

22 market values in the neighborhood when Altisource was

23 conducting valuations?

24     A.   I'm not aware of any mandate, no.



Case: 1:18-cv-00839 Document #: 192-5 Filed: 11/05/21 Page 4 of 5 PageID #:5926

National Fair Housing Alliance vs Deutsche Bank National Trust
Ocwen 30(b)(6) - Subject 7 - 01/14/2021

C O N F I D E N T I A L
Page 143

1  A. That is correct. We did not review each and
2  every single one of these, no.
3  Q. Was there any review, putting -- we understand
4  the nature of the review, the quality assurance process
5  that you described and the sampling and things that
6  we've talked about, was there any other review that
7  Ocwen did of Altisource valuation products that took
8  into account the racial makeup of the neighborhood in
9  any way?
10  A. No. I'm not even aware of that information
11  being available for us to even -- to the extent that we
12  wanted to -- to be able to review.
13  So in no way, shape, or form is that a
14  variable at all, in terms of any oversight, any review,
15  anything.
16  Q. And when you say the information's not
17  available, what do you mean?
18  A. Meaning, you know, based on my recollection,
19  you know, things such as race, neighborhood, gender,
20  things like that, aren't even -- I've never seen them
21  housed in our servicing system to be available to view;
22  meaning, you know, that it's not a characteristic that
23  we utilize in any of our oversight activities.
24  And I'm pretty certain of that, because, I in

312.236.6936
877.653.6736
Fax 312.236.6968
www.LexitasLegal.com

LEXITAS

Case: 1:18-cv-00839 Document #: 192-5 Filed: 11/05/21 Page 5 of 5 PageID #:5927

National Fair Housing Alliance vs Deutsche Bank National Trust　　　　　　　　C O N F I D E N T I A L
Ocwen 30(b)(6) - Subject 7   - 01/14/2021　　　　　　　　　　　　　　　　　　　　　　　　Page 144

1    my 20 years, have never seen in our servicing system

2    those variables.

3           MS. SOULE:  Okay.  I think we are concluded, other

4    than, there may have been a few instances, some maybe

5    relating to time period and maybe a couple that might

6    have been noted as to certain subjects or things.  Like

7    with the other depositions, there may be some open

8    issues, and we would like to reserve those, at least to

9    pursue with Ocwen's counsel to see, you know, if there

10   are, we can agree, maybe, to revisit those.

11          But other than that, I think plaintiffs are

12   concluded with subject 7 with Ocwen.

13          MS. BOGO-ERNST:  So from Ocwen's perspective, I

14   would say, again, please write us a letter.  We'll

15   consider whether it's relevant or not, and we'll go from

16   there.  We do think that Jay was able to answer the

17   questions that were relevant today.  So we'll agree to

18   disagree.

19          And we'll reserve signature and designate it

20   confidential.

21          MS. SOULE:  Sure.  I mean, I think there were some

22   time period limitations, you know, that he wasn't

23   familiar with.

24          But, again, we'll address it in a letter, and