# Exhibit F

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

National Fair Housing Alliance vs Deutsche Bank National Trust  
Ocwen 30(b)(6) - Subject 13 (Vol. 1) - 02/17/2021

C O N F I D E N T I A L  
Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING           )
 4   ALLIANCE; HOPE FAIR HOUSING     )
     CENTER, et al.,                 )
 5                                   )
                                     )
 6                 Plaintiffs,       )
                                     )
 7         vs.                       ) No. 1:18-cv-00839
                                     )
 8   DEUTSCHE BANK NATIONAL          )
     TRUST, as trustee, et al.,      )
 9                                   )
                                     )
10                 Defendants.       )

11
```

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13 on behalf of Ocwen Loan Servicing, Subject 13, called by

14 the Plaintiffs for examination, taken remotely pursuant

15 to notice and pursuant to the Federal Rules of Civil

16 Procedure for the United States District Courts

17 pertaining to the taking of depositions, taken before

18 April M. Metzler, Certified Shorthand Reporter,

19 Registered Merit Reporter, Certified Realtime Reporter,

20 and Notary Public, at West Palm Beach, Florida,

21 commencing at 4:34 p.m. CST on the 17th day of

22 February, 2021.

23

24



```
 1   employees directly responsible for REO properties?
 2        A.   No.
 3        Q.   Were Ocwen employees in the MSO area ever
 4   provided training specifically about the foreclosure
 5   crisis in the United States and how that impacted
 6   communities of color?
 7        A.   No.  Again, that's just irrelevant.
 8        Q.   Did Ocwen ever provide employees at any level
 9   training that addressed the allegations made by the
10   National Fair Housing Alliance in this case?
11        A.   Not that I know of.
12        Q.   Did the onboarding or orientation-type
13   training that employees of Ocwen in the MSO area had,
14   did that training include orientation about different
15   types of houses or residential housing in the United
16   States?
17        MS. BOGO-ERNST:  Objection to form.
18   BY THE WITNESS:
19        A.   I do not know.
20        Q.   If we could look at Exhibit 230, which we had
21   earlier looked at for a different reason.
22        A.   Investor operations policy?
23        Q.   Yes, correct.
24             With respect to Bates number 13528, there is a
```

