# Exhibit H

*Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*

1

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | IN THE UNITED STATES DISTRICT COURT                            |
|    | FOR THE NORTHERN DISTRICT OF ILLINOIS                          |
| 2  | EASTERN DIVISION                                               |

```
 3  NATIONAL FAIR HOUSING ALLIANCE, )
    et al.,                        )
 4                                 )
           Plaintiffs,             )
 5                                 )
         v.                        )  No. 18 CV 00839
 6                                 )
    DEUTSCHE BANK, et al.,         )  Chicago, Illinois
 7                                 )  February 11, 2021
           Defendants.             )  9:48 a.m.
 8
              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
 9
           BEFORE THE HONORABLE HARRY D. LEINENWEBER
10
    APPEARANCES TELEPHONICALLY:
11
    For the Plaintiffs:       SOULE BRADTKE & LAMBERT
12                            BY:  MS. JENNIFER K. SOULE
                              402 Campbell Street, Suite 100
13                            Geneva, Illinois 60134
                              (630) 333-9144
14                            jsoule@sbllegal.com

15                            MR. MORGAN W. WILLIAMS
                              National Fair Housing Alliance
16                            1101 Vermont Avenue NW, Suite 710
                              Washington, DC 20005
17                            (202) 898-1661
                              mwilliams@nationalfairhousing.org
18
    For the Deutsche Bank     MORGAN LEWIS & BOCKIUS, LLP
19  Defendants:               BY:  MR. KENNETH M. KLIEBARD
                              77 West Wacker Drive
20                            Chicago, Illinois 60601
                              (312) 324-1000
21                            kenneth.kliebard@morganlewis.com

22

23         **FAILURE TO IDENTIFY ONESELF EACH TIME WHEN
                       SPEAKING MAY RESULT IN
24                IMPROPER SPEAKER IDENTIFICATION**

25
```

```
 1   APPEARANCES TELEPHONICALLY (CONTINUED):

 2   For Defendant Ocwen:        MAYER BROWN, LLP
                                 BY:  MS. DEBRA L. BOGO-ERNST
 3                               71 South Wacker Drive
                                 Chicago, Illinois 60606
 4                               (312) 782-0600
                                 dernst@mayerbrown.com
 5
     For Defendant Altisource:   DENTONS US, LLP
 6                               BY:  MR. NATHAN L. GARROWAY
                                 303 Peachtree Street NE, Suite 5300
 7                               Atlanta, Georgia 30308
                                 (404) 527-4000
 8                               nathan.garroway@dentons.com

 9

10   Court Reporter:             Judith A. Walsh, CSR, RDR, F/CRR
                                 Official Court Reporter
11                               219 South Dearborn Street, Room 2118
                                 Chicago, Illinois 60604
12                               (312) 702-8865
                                 judith_walsh@ilnd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | The only thing I will add which Ms. Soule alluded to |
| 2 | is we have some ongoing back and forth discovery disputes that |
| 3 | we're trying to resolve so that we can go ahead and take the |
| 4 | depositions that we noticed. And so we may be back before |
| 5 | your Honor prior to the next status hearing on that discovery |
| 6 | issue if we can't get it resolved soon. |
| 7 | THE COURT: Anything further from anybody? |
| 8 | MS. SOULE: No. |
| 9 | THE COURT: I would think just one comment, and that |
| 10 | is as far as the discovery is concerned, I think I've made it |
| 11 | pretty clear that I'm in favor of liberal discovery. And so |
| 12 | unless it's pretty clearly not appropriate, my suggestion |
| 13 | would be to give up and proceed with discovery. |
| 14 | Having said that, we'll have a status. You want it |
| 15 | the end of March, early April? Is that the deal? |
| 16 | MS. SOULE: Yes, Judge. Jennifer Soule on behalf of |
| 17 | the plaintiffs. We think it would be helpful because it does |
| 18 | seem that we will have to extend the fact discovery date -- |
| 19 | THE COURT: All right. |
| 20 | MS. SOULE: -- and all the -- yes. It will be coming |
| 21 | up. |
| 22 | THE COURT: So my suggestion would be that either you |
| 23 | have an agreed order for extension or competing orders in |
| 24 | redline versions so that I can make the decision. |
| 25 | Okay. Give them a date, Ms. Foster. |