IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

## PLAINTIFFS' MOTION TO FILE EXHIBIT D AND ITS ATTACHMENTS UNDER SEAL

Pursuant to Local Rule 26.2 and the Agreed Confidentiality Order (Dkt. No. 127), Plaintiffs' request leave to file under seal Exhibit D (and its numbered attachments) to Plaintiffs' *Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*. In accordance with Local Rule 26.2(c), Plaintiffs have provisionally filed their Exhibit D and its attachments under seal while this motion is pending.

By way of explanation, Exhibit C to Plaintiffs' motion consists of (a) Section I, a table generally describing Defendants' value-based policies and procedures, with citations and listing numbered supporting attachments, and (b) Section II, a table of certain citations in the body of Plaintiffs' motion to documents or deposition testimony Defendants designated confidential, also listing numbered supporting attachments. Some citations and attachments to Section I of Exhibit C to Plaintiffs' Motion to Compel are designated Confidential by Defendants, and all of the citations and attachments to Section II of Exhibit C are designated confidential by Defendants.

1

Thus, these confidential citations are redacted in Exhibit C, and the attachments to Exhibit C that are confidential must be filed under seal.

Exhibit D and its numbered attachments is the unredacted version of Exhibit C, inclusive of supporting cited documents and deposition testimony listed in Sections I and II of Exhibit C that must be filed under seal based on Defendants' designation of their policy and procedure documents as confidential.

Plaintiffs' motion refers to Exhibits C and D simultaneously. For convenience, Exhibit D, which Plaintiffs seek to file under seal, will be filed along with all of its attachments, most of which are designated confidential.

WHEREFORE, Plaintiffs' respectfully request that the Court permit them to file their Exhibit D to Plaintiffs' *Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs*, along with its numbered attachments, under seal.

Respectfully Submitted,

/s/ Jennifer K. Soule

| | |
|---|---|
| Jennifer K. Soule | Stephen M. Dane |
| James G. Bradtke | *Dane Law LLC* |
| Kelly K. Lambert | 312 Louisiana Avenue |
| Steven P. Schneck | Perrysburg, OH 43551 |
| *Soule, Bradtke & Lambert* | *Attorney for Plaintiffs* |
| 402 Campbell Street, Suite 100 | |
| Geneva, IL 60134 | |
| *Attorneys for Plaintiffs* | |
| | |
| Morgan Williams | Yiyang Wu |
| *National Fair Housing Alliance* | Reed Colfax |
| 1331 Pennsylvania Ave, NW | Tara Ramchandani |

2

| | |
|---|---|
| Suite 650<br>Washington, DC 20004<br>*Attorney for Plaintiff NFHA* | Rebecca Livengood<br>Soohyun Choi<br>Lila Miller<br>Jennifer Klar<br>*Relman Colfax PLLC*<br>1225 19th Street, N.W., Suite 600<br>Washington, DC 20036 |
| Dated: November 5, 2021 | *Attorneys for Plaintiffs* |