UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

National Fair Housing Alliance, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00839
Honorable Harry D. Leinenweber

Deutsche Bank, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 8, 2021:

MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiffs' motion to seal [194] is granted. Document [193] will be sealed. Plaintiffs' motion to compel [192] is entered. Defendants may file a response on or before 11/15/21. The Court will hear argument on the motion to compel during the previously scheduled motion hearing set for 11/17/21 at 9:45 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.