**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber |
| | Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**OCWEN'S & ALTISOURCE'S MOTION FOR MODIFICATION OF BRIEFING
SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL TO PRODUCE CERTAIN
DATA WHICH WOULD EXPAND THE CASE 30 FOLD**

Defendant Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation ("Ocwen") and Altisource Solutions, Inc. ("Altisource"), present this motion to modify the briefing schedule set by the Court today (Dkt. 195) on Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs (Dkt. 192) ("Plaintiffs' Motion"). In support of this motion, Ocwen and Altisource state as follows:

1. Plaintiffs filed their Motion on November 5, 2021. Dkt. 192. Despite being fewer than 5 months away from the close of fact discovery, Plaintiffs seek to expand the case almost 30 fold, from the 676 properties that they inspected as part of their investigation to what they estimate are 20,000 additional properties in the same zip codes. Plfs. Mot. at 4. Despite the representations set forth in Plaintiffs' Motion, this is a monumental proposed change to the scope of discovery and Defendants' already-existing heavy discovery burdens.

2.      Moreover, Plaintiffs' Motion attaches 270 pages of exhibits, including a declaration spanning over 30 pages from Ms. Soule – one of the primary lawyers representing Plaintiffs – detailing a ***never-before-disclosed (or seen)*** statistical analysis performed by Plaintiffs' counsel in support of Plaintiffs' Motion.

3.      Indeed, despite repeated questions from Defendants' counsel in the course of meet and confers concerning the data requested by Plaintiffs, Plaintiffs never clearly articulated the basis of their request or how they intended to use the data to try to support a Fair Housing Act claim. Yet, in support of their Motion to Compel, Plaintiffs submit 270 pages of exhibits and Plaintiffs' counsel details an analysis performed on her own for which Defendants have no detail or documentation beyond what is represented in the declaration by Plaintiffs' counsel.

4.      In a Minute Entry today, the Court set the deadline for Ocwen and Altisource to respond to Plaintiffs' Motion to one week from today, or by November 15, 2021.

5.      Plaintiffs had at least three weeks to prepare their Motion and Ms. Soule's detailed declaration, since the parties last met and conferred on this subject.

6.      To absorb Plaintiffs' Motion and the related 270 pages of exhibits, including the statistical analysis performed by Plaintiffs' counsel, Defendants reasonably need more than one week's time to respond.  As a result, Defendants respectfully request three weeks to prepare their response or, until November 30, 2021, given the intervening Thanksgiving holiday.

7.      In order to fully place the issues related to the Motion before the Court, Ocwen and Altisource request that the Court give them until November 30, 2021 to file their response in opposition to Plaintiffs' Motion.

8.      Allowing Ocwen and Altisource three weeks to respond to Plaintiffs' Motion will not prejudice Plaintiffs or the overall schedule in this case.  Indeed, if Plaintiffs are allowed to

expand this case from 676 properties to what they estimate are 20,000 additional properties, the current fact discovery deadline will inevitably need to be extended. The Court should have the benefit of a fully-considered response before deciding whether to open up this case to include approximately 20,000 additional properties less than five months from the close of fact discovery.

9.      Counsel for Ocwen and Altisource contacted Plaintiffs to attempt to obtain their consent to this motion. Plaintiffs did not agree.

WHEREFORE, Ocwen and Altisource respectfully request that the Court set the aforementioned briefing scheduling on Plaintiffs' Motion. Dkt. 192.

Dated: November 8, 2021                         Respectfully Submitted,

                                                By: /s/ Debra Bogo-Ernst

                                                Debra Bogo-Ernst
                                                Matthew Sostrin
                                                Jacey Norris
                                                Mayer Brown LLP
                                                71 S. Wacker Drive
                                                Chicago, IL 60606
                                                Tel: (312) 701-7403
                                                Fax: (312) 706-8474
                                                dernst@mayerbrown.com
                                                msostrin@mayerbrown.com
                                                jnorris@mayerbrown.com

                                                *Counsel for Defendant Ocwen Loan
                                                Servicing, LLC, n/k/a PHH Mortgage
                                                Corporation*

                                                By: /s/ Nathan Garroway
                                                Nathan Garroway
                                                DENTONS US LLP
                                                303 Peachtree Street, NE
                                                Suite 5300
                                                Atlanta, GA 30308
                                                Telephone: (404) 527-4000
                                                Email: nathan.garroway@dentons.com

                                                Shannon Y. Shin

DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: shannon.shin@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

*Counsel to Defendant Altisource Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on November 8, 2021.

/s/ Debra Bogo-Ernst