IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber |
| | Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**PLAINTIFFS RESPONSE CONCERNING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS OCWEN AND ALTISOURCE TO PRODUCE ELECTRONIC DATA RELATING TO DEUTSCHE BANK REO PROPERTIES SERVICED BY OCWEN AND ALTISOURCE IN THE SAME ZIP CODES AS THE <u>DEUTSCHE BANK PROPERTIES TESTED BY PLAINTIFFS</u>**

Plaintiffs respond to the Servicer Defendants' motion to enlarge the briefing schedule concerning Plaintiffs' Motion to Compel Defendants Ocwen and Altisource to Produce Electronic Data Relating to Deutsche Bank REO Properties Serviced by Ocwen and Altisource in the Same Zip Code as the Deutsche Bank Properties Tested by Plaintiffs as follows:

1. As set forth in Plaintiffs' Motion, it is fundamentally incorrect that production of additional electronic data "expands" the case. The information sought is directly relevant and commensurate with Plaintiffs' allegations and pattern and practice claims.

2. The exhibits attached to Plaintiffs' Motion are largely Defendants' own policies and procedures, and excerpts from depositions of Defendants' witnesses.

3. Defendants' outcry about "a never before disclosed or seen statistical analysis" is contrived considering that Plaintiffs presented a preliminary tabulation that could only be

1

conducted after data and information in Defendant's exclusive possession was recently produced after months of efforts by Plaintiffs.

4. As described in Exhibit A to Plaintiffs' Motion, the process leading to impasse regarding this particular dispute has already been extensive over a lengthy period.

5. Plaintiffs are concerned about additional delay in receiving the relevant electronic data sought and therefore believe the schedule set by the Court is adequate.

6. The issue presented in the motion – whether additional data should be produced by Defendants as to other Deutsche Bank REO properties in the zip codes inspected by Plaintiffs – presents a limited discovery question that Defendants can address without conducting a competing analysis regarding the merits of Plaintiffs' assertions.

Respectfully Submitted,

/s/ Jennifer K. Soule

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
Steven P. Schneck
*Soule, Bradtke & Lambert*
402 Campbell Street, Suite 100
Geneva, IL 60134
*Attorneys for Plaintiffs*

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave, NW
Suite 650
Washington, DC 20004
*Attorney for Plaintiff NFHA*

Stephen M. Dane
*Dane Law LLC*
312 Louisiana Avenue
Perrysburg, OH 43551
*Attorney for Plaintiffs*

Tara Ramchandani
Rebecca Livengood
Soohyun Choi
Reed Colfax
Yiyang Wu
Lila Miller
Jennifer Klar
*Relman Colfax PLLC*
1225 19th Street, N.W., Suite 600
Washington, DC 20036
*Attorneys for Plaintiffs*

Dated: November 8, 2021

2