## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

National Fair Housing Alliance, et al.

                                  Plaintiff,

v.                                                                             Case No.: 1:18–cv–00839
                                                                            Honorable Harry D. Leinenweber

Deutsche Bank National Trust, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic ruling on motion hearing held. For the reasons stated on the record, Defendants' motion to bar Plaintiffs' counsel from engaging in speaking objections and obstructing depositions [234] is denied. Plaintiffs' motion for leave to file documents under seal [240] is granted in part. Plaintiff is authorized to file their documents under seal, but the Court will not unseal Defendants' documents. Defendants' oral motion for extension of time to file its reply to its motion to exclude evidence due to Plaintiffs' spoliation is granted. Plaintiffs will file their response on or before 6/28/22. Defendants will file their response on or before 7/20/22. Telephonic Conference set for 8/2/22 at 9:15 a.m. Dial: 888–684–8852 or 215–446–0155, access code: 9582710#. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.