**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Jury Trial Demanded |
| Defendants. | |

**DEFENDANTS' REPLY IN SUPPORT OF
MOTION FOR LEAVE TO FILE A RESPONSE TO
PLAINTIFFS' SUPPLEMENTAL AUTHORITY**

Plaintiffs continue to ignore the different, far stronger evidence presented by Defendants in this case involving Plaintiffs' spoliation of evidence—which warrants a stronger sanction than *Bank of America*. Defendants are not seeking to reopen briefing on their spoliation motion. Defendants identified the factors discussed in *Bank of America* (prejudice and culpability) and pointed the Court to the parts of their prior briefs discussing the different evidence submitted in this case confirming that Defendants were prejudiced by Plaintiffs' spoliation and that Plaintiffs acted culpably. That evidence is largely uncontested. And Plaintiffs continue to ignore it in their rhetoric-filled five-page response. Plaintiffs' assertion that a more serious spoliation sanction in this case "would make nonsense [sic]" (ECF No. 266 at 3) lacks merit.

***First***, in *Bank of America*, the court found the defendants had not proven prejudice because they "simply have no evidence that any changes made between the original format and the initial database entries favor the plaintiffs' case." Slip. Op. 13. But as Defendants pointed out in their motion for leave (ECF No. 265 at 2) and demonstrated in their spoliation reply brief (ECF No. 253

at 12-13), Plaintiffs' "quality control" process **heavily skewed the results to favor Plaintiffs'** **claims against Defendants**. Plaintiffs have offered no evidence to the contrary.

**Second**, on the issue of culpability, unlike in *Bank of America*, where the court found there was no evidence the plaintiffs destroyed evidence to deprive the defendants of that evidence (Slip Op. 10-11), here Defendants obtained sworn testimony from NFHA's former President and CEO that evidence was destroyed **to prevent defense counsel from scrutinizing it**. (ECF No. 265 at 3; ECF No. 253 at 17-18 & Ex. 2 at 106:4-16.) That sworn testimony was not before the court in *Bank of America* and, tellingly, Plaintiffs still offer no response to it.

This Court is not bound by the decision of another district court. And because the evidence in the two cases is dramatically different, this Court should issue a more serious sanction for Plaintiffs' spoliation of evidence.

Accordingly, Defendants respectfully request that the Court allow Defendants leave to file their response to Plaintiffs' supplemental authority. Defendants also welcome the opportunity to participate in oral argument on their spoliation motion if that would aid the Court.

Dated: January 25, 2023                    Respectfully Submitted,


                                           By: /s/ Debra Bogo-Ernst
                                           Debra Bogo-Ernst
                                           Matthew Sostrin
                                           Jacey Norris
                                           Mayer Brown LLP
                                           71 S. Wacker Drive
                                           Chicago, IL 60606
                                           Tel: (312) 701-7403
                                           Fax: (312) 706-8474
                                           dernst@mayerbrown.com
                                           msostrin@mayerbrown.com
                                           jnorris@mayerbrown.com

                                           *Attorneys for Defendant Ocwen Loan
                                           Servicing, LLC n/k/a PHH Mortgage
                                           Corporation*

                                           By: /s/ Kenneth M. Kliebard
                                           Kenneth M. Kliebard
                                           Michael W. Fakhoury
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           110 N. Wacker Dr., Suite 2800
                                           Chicago, Illinois 60606
                                           Telephone: 312.324.1000
                                           kenneth.kliebard@morganlewis.com
                                           michael.fakhoury@morganlewis.com

                                           Kurt W. Rademacher (admitted *pro hac
                                           vice*)
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           1701 Market Street
                                           Philadelphia, Pennsylvania 19103
                                           Telephone: 215.963.5000
                                           kurt.rademacher@morganlewis.com

                                           *Attorneys for Defendants Deutsche Bank
                                           National Trust Company, as trustee, and
                                           Deutsche Bank Trust Company Americas, as
                                           trustee*

                                           By: /s/ Nathan Garroway
                                           Nathan Garroway (admitted *pro hac vice*)
                                           DENTONS US LLP
                                           303 Peachtree Street, NE

3

Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

*Counsel to Defendant Altisource Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on January 25, 2023.

/s/ Debra Bogo-Ernst