# EXHIBIT 1

# Expert Report of Deavay Tyler, which was dated and served by Plaintiffs on September 19, 2022

# Filed Under Seal Pursuant to Northern District of Illinois Rule 26.2