# EXHIBIT 2

# Highlighted excerpts in the transcript of the first deposition of Deavay Tyler, which occurred on December 12, 2022

# Filed Under Seal Pursuant to Northern District of Illinois Rule 26.2