# EXHIBIT 3

# A Rebuttal Expert Report of Deavay Tyler, which was dated and served by Plaintiffs on April 19, 2023

# Filed Under Seal Pursuant to Northern District of Illinois Rule 26.2