# EXHIBIT 4

# Highlighted excerpts in the transcript of the second deposition of Deavay Tyler, which occurred on June 14, 2023

# Filed Under Seal Pursuant to Northern District of Illinois Rule 26.2