# EXHIBIT 6

# Excerpts assembled from Dr. Ian Ayres's working paper (AYRES_000009.xls) 2023

# Filed Under Seal Pursuant to Northern District of Illinois Rule 26.2