# Ex 1_Tyler Dep. II Transcript

# FILED UNDER SEAL