# Ex 2_Tyler Dep. I Transcript

# FILED UNDER SEAL