# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Manish S. Shah <br> Magistrate Judge Sidney I. Schenkier |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 83.17, Defendants Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee, (collectively, the "Trustees"),

hereby respectfully move this Court for leave to withdraw the appearance of Victor H. Cruz as counsel of record for the Trustees in this proceeding. The Trustees will continue to be represented by their other attorneys of record from Morgan, Lewis & Bockius LLP. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, the undersigned respectfully requests that the Trustees be granted their motion to withdraw the appearance of Victor H. Cruz in this matter.

Dated: July 1, 2024

Respectfully submitted,

By: /s/ Kenneth M. Kliebard

Kenneth M. Kliebard
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
michael.fakhoury@morganlewis.com

David I. Monteiro (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4133
david.monteiro@morganlewis.com
victor.cruz@morganlewis.com

Kurt W. Rademacher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel to Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing document was filed and served via the CM/ECF system on July 1, 2024, upon all counsel of record.

                                                              */s/ Kenneth M. Kliebard*
                                                              Kenneth M. Kliebard