**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., <br><br>Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Manish S. Shah <br> Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, July 11, 2024 at 9:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Manish S. Shah, or any

judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 1919, 219 S. Dearborn Street, Chicago, Illinois, and shall present Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee's **Motion to Withdraw Attorney Appearance** of Victor H. Cruz as counsel of record for the Trustees in this proceeding .

Dated: July 1, 2024

Respectfully submitted,

By: /s/ Kenneth M. Kliebard

Kenneth M. Kliebard
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
michael.fakhoury@morganlewis.com

David I. Monteiro (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4133
david.monteiro@morganlewis.com
victor.cruz@morganlewis.com

Kurt W. Rademacher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel to Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed and served via the CM/ECF system on July 1, 2024, upon all counsel of record.

                                                      */s/ Kenneth M. Kliebard*
                                                      Kenneth M. Kliebard