**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-00839 <br><br> The Honorable Manish S. Shah |

## **MOTION TO WITHDRAW ATTORNEY APPEARANCE**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc. ("Ocwen") hereby respectfully moves this Court for leave to withdraw the appearance of Jacey D. Norris as counsel of record for Ocwen in this proceeding. Ocwen will continue to be represented by other attorneys of record from Willkie Farr & Gallagher LLP. No party will be prejudiced, and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, the undersigned specifically requests that Ocwen be granted its motion to withdraw the appearance of Mx. Norris is this matter.

| | |
|---|---|
| Dated: January 16, 2025 | Respectfully submitted,<br><br>By: */s/ Debra Bogo-Ernst*<br>Debra Bogo-Ernst<br>Jacey Norris<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle Dr.<br>Chicago, IL 60654<br>(312) 728-9000<br>dernst@willkie.com<br>jnorris@willkie.com<br><br>*Attorneys for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed and served via CM/ECF on January 16, 2025 upon all counsel of record.

*/s/ Jacey D. Norris*
Jacey D. Norris