### Appendix A to Plaintiffs' Response to Defendants' Motion to Dismiss for Lack of Article III Standing
### Case No. 18-CV-00839, N.D. IL
### Plaintiffs' Exemplar Core Business Activities In Four Categories Impaired by Defendants' REO Conduct

\* Plaintiffs' Second Amended Complaint facts concerning Plaintiffs' missions and core business activities demonstrating standing are cited as "SAC, Dkt. 70, Par.___".

\*\* Plaintiffs' Local Rule 56.1(b)(3) Statement of Additional Material Facts concerning Plaintiffs' missions and core activities demonstrating standing are cited as "PSAF, Dkt. 361, Par.___". Plaintiffs' LR. 56.1(b)(3) Statement of Additional Facts provides citations to sworn deposition testimony, declarations, and responses to interrogatories.

\*\*\* Plaintiffs provided detailed facts concerning their core activities in response to Defendants' Interrogatories, amended and supplemented over the course of discovery, cited in the LR 56.1(b)(3) or as either Exhibit D or Ex. E to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PDF pp.____.

\*\*\*\* Plaintiffs' expert Professor Stacy Seicshnaydre also collected materials related to Plaintiffs' core activities, thus her 9-14-22 Expert Report is cited as "Seicshnaydre Report, Dkt. 308-1, pp.____" and her 11-18-22 Supplemental Report is cited as "Seicshnaydre Supp., Dkt 308-2, pp.____."

\*\*\*\*\*Deposition testimony cited below mostly in F.R.C.P. Rule 30(b)(6) testimony of Plaintiffs will be, for convenience, indexed and included in Appendix B.

### NATIONAL FAIR HOUSING ALLIANCE, Washington, DC  (NFHA)

| Core Activities (Programs and Services) | Consumer Counseling & Referrals · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | Neighborhood Stabilization and Revitalization · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | Homeownership Promotion & Retention · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | REO-Specific Training & Education · Defendants' conduct stigmatizing  and devaluing neighborhoods undermines FHO programs and training with goal of encouraging  banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
|---|---|---|---|---|
| Increasing critical resources, like parks, recreational facilities, bank branches, healthcare facilities, fresh food sites, etc. in under-served communities (SAC, Dkt. 70, Par. 14, 195-200; PSAF, Dkt 361, Par. 322) | | Defendants' REO conduct impairs this core activity | | |
| Increasing the supply of safe, affordable, quality housing (SAC, Dkt. 70, Pars. 14, 195-200; PSAF, Dkt. 361, Par. 322; PSAF, Ex. 42, Dkt. 369-4, PageID #29181-29185) | | Defendants' REO conduct impairs this core activity | | |
| Increasing homeownership access for communities of color (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322; PSAF, Ex. 42, Dkt. 369-4, PageID #29180) | | | Defendants' REO conduct impairs this core activity | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 8 | Advancing policies to expand access to safe, quality, affordable credit (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322) | | Defendants' REO conduct impairs this core activity | | |
| 9 | Preventing displacement and housing instability (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322; PSAF, Ex. 42, Dkt. 369-4, PageID #29181-29185) | | | Defendants' REO conduct impairs this core activity | |
| 10 | Establishment of industry best practices for REO maintenance and marketing (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322) | | | | Defendants' REO conduct impairs this core activity |
| 11 | Training of industry stakeholders on REO best practices (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322) | | | | Defendants' REO conduct impairs this core activity |
| 12 | Complaint intake, field research and issuance of reports directed at mortgage/REO industry and public detailing poor REO maintenance, marketing and sales practices, suggested best practices, and unequal effects on communities, 2011, 2012, 2014.  (SAC pars. 112-114, 115-117, 118; Ex. E to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29557-29558) See also PSAF, Ex. 42, Dkt. 361. | | | | Defendants' REO conduct impairs this core activity |
| 13 | Advocacy/outreach to city and state governments (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 14 | Education of community members regarding foreclosure, homeownership, neighborhood stabilization (SAC, Dkt. 70, Pars. 14,195-200; PSAF, Dkt. 361, Par. 322) | Defendants' REO conduct impairs this core activity | | | |
| 15 | Production of a range of education and outreach materials distributed by NFHA to jurisdictions across the nation to help stakeholders in those communities understand different activities that they can engage in to help provide fair housing opportunities for the residents living in their communities. (PSAF, Dkt. 361, Par. 361, Par. 322) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 16 | Implementation of a community development program by providing grants to homeowners and persons living in rental properties to renovate homes to make them accessible to persons with disabilities, and to senior homeowners in Washington, D.C.'s African-American neighborhoods to bring their homes up to code so that their homes would be safe and could qualify for replacement coverage from homeowner's insurance companies. This program was expanded to several states and added grant assistance to veterans with disabilities (PSAF, Dkt. 361, Par. 322) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 17 | Providing training and compliance activities for industry organizations, including some of the largest insurance, mortgage lending, real estate sales, and rental management companies in the country. A number of these training and/or compliance contracts with NFHA industry colleagues have been renewed for many years; they are based on wide industry regard for NFHA's operations and trust in the integrity of NHFA's work. (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29204) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 18 | Assisting and/or obtaining housing security and fair housing services for over 750,000 consumers (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29206) | | | Defendants' REO conduct impairs this core activity | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 19 | Facilitated 10,000 financial literacy workshops for more than 200,000 consumers in 17,993 housing units also advancing accessibility for persons with disabilities (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29206-29207; PSAF, Ex. 42 , Dkt. 369-4, Page ID#29180) | Defendants' REO conduct impairs this core activity | | | |
| 20 | Facilitated the rehabilitation of over 800 abandoned homes, assisting over 900 homeowners avoid foreclosure, helping provide grants to 898 people enabling them to become homeowners (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29207) | | | Defendants' REO conduct impairs this core activity | |
| 21 | Helped create the Qualified Mortgage Salon to develop an industry-civil rights-consumer protection coalition to establish an updated Qualified Mortgage Rule to improve credit access for millions of mortgage applicants in the United States (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29207) | | Defendants' REO conduct impairs this core activity | | |
| 22 | Facilitated the improved maintenance of 750,000 foreclosed properties; (PSAF, Ex. 43, Decl. of Lisa Rice, Dkt. 369-4, PageID #29207) | | Defendants' REO conduct impairs this core activity | | |
| 23 | Since 2009, provided over $9,350,805.16 in grants pursuant to its mission to invest in and stabilize neighborhoods and communities (PSAF, Dkt. 361, Par. 322) | | Defendants' REO conduct impairs this core activity | | |
| 24 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29364-29365; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 25 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Pars. 14, 195-200; PSAF, Dkt. 361, Par. 322); Counteracting racial segregation (SAC, Dkt. 70, Pars. 14, 195-200; PSAF, Dkt. 361, Par. 322); Eradicating discrimination (SAC, Dkt. 70, Pars 14, 195-200; PSAF, Dkt. 361, Par. 322); Educating the public and housing market sectors (SAC, Dkt. 70, Pars. 14, 195-200; PSAF, Dkt. 361, Par.322); Promoting fair housing and fair lending (SAC, Dkt. 70, Pars.14, 195-200; PSAF, Dkt. 361, Par. 322)* | | | | |
| 26 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; NFHA, Pars. 14, 195-200* | | | | |
| 27 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF), Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; NFHA, Par. 322* | | | | |
| 28 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. E to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29548-29594* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 29 | **FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, San Rafael, CA (FHANC)** | | | | |
| 30 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals**<br>· Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients.<br>· Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization**<br>· Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight.<br>· Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives.<br>· Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention**<br>· Defendants' discriminatory REO conduct maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants.<br>· Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity.<br>· Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education**<br>· Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color.<br>· Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible.<br>· Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 31 | Homeownership promotion (e.g., predatory lending/pre-purchase education) (SAC Dkt. 70, Pars. 15, 205; PSAF, Dkt. 361 Par. 323) | | | Defendants' REO conduct impairs this core activity | |
| 32 | Foreclosure prevention (e.g., workshops, counsel clients on mortgage modifications or how to bring mortgages current) (SAC Dkt 70 Pars. 15. 205; PSAF, Dkt. 361 Par. 323) | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity | |
| 33 | Advocacy and outreach to city and state governments and education of community members re: foreclosure, homeownership, and neighborhood stabilization related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (SAC, Dkt. 70, Pars. 15, 203; PSAF, Dkt. 361, Par. 323) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 34 | Training programs for real estate professionals (SAC, Dkt. 70, Par. 15; PSAF, Dkt. 361 Par. 323) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 35 | Pre-purchase education for homebuyers (SAC, Dkt. 70, Pars.15, 205; PSAF, Dkt. 361, Par. 323) | Defendants' REO conduct impairs this core activity | | | |
| 36 | Foreclosure prevention and fair housing counseling (SAC, Dkt. 70, Pars. 15, 205; PSAF, Dkt. 361, Par. 323) | Defendants' REO conduct impairs this core activity | | | |
| 37 | Grants to homeowners and renters to make their living space accessible and to promote integration (SAC, Dkt. 70, Pars. 15, 205; PSAF, Dkt. 361, Par. 323) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 38 | Fair housing counseling (SAC, Dkt. 70, Pars. 15, 205; PSAF, Dkt. 361, Par. 323) | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 39 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29365; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3.* | | | | |
| 40 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Pars. 15, 201, 203-205; PSAF Dkt. 361 Par. 323); Counteracting racial segregation (SAC, Dkt. 70 Pars. 15, 201, 203-205; PSAF, Dkt. 361 Par. 323); Eradicating discrimination (SAC, Dkt. 70 Pars. 15, 201, 203-205; PSAF, Dkt. 361 Par. 323); Promoting fair housing and fair lending (SAC, Dkt. 70 Pars. 15, 201, 203-205; PSAF Dkt. 361 Par. 323)* | | | | |
| 41 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHANC Pars. 15, 201-205* | | | | |
| 42 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; FHANC Par. 323* | | | | |
| 43 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29398-29408* | | | | |

| | | | | |
|---|---|---|---|---|
| 44 | | **CENTRAL OHIO FAIR HOUSING ASSOCIATION, Columbus, OH (COFHA)** | | |
| 45 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 46 | Launched multiple educational campaigns to teach consumers and housing professionals about equality of treatment of neighborhoods (SAC, Dkt. 70, Par. 16; PSAF, Dkt. 361, Par. 324) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 47 | Education of consumers and housing professionals including real estate agents in the greater Columbus metropolitan region about negative consequences of racial steering. (SAC, Dkt. 70, Par. 16; PSAF, Dkt. 361, Par. 324) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | |
| 48 | Expended funds to engage in community development, homeownership promotion, and neighborhood stabilization efforts (SAC, Dkt. 70, Par. 210; PSAF, Dkt. 361, Par. 324) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 49 | Providing educational materials and meeting with local code or government officials regarding REO maintenance; met with officials from City of Columbus and Franklin County, Ohio (SAC, Dkt. 70, Par. 208; PSAF, Dkt. 361, Par. 324) | | | | Defendants' REO conduct impairs this core activity |
| 50 | Engaged with media to raise awareness of REO-related issues, created public service announcements and advertising in local print and radio (SAC, Dkt. 70, Par. 208; PSAF, Dkt. 361, Par. 324) | | | | Defendants' REO conduct impairs this core activity |
| 51 | Participated in community events, including presentations to Habitat for Humanity Mid-Ohio, Somali Community Association of Ohio, Legal Aid Society of Columbus, and Columbus Realtist Association (SAC, Dkt. 70, Par. 208; PSAF, Dkt. 361, Par. 324) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | |

| A | B | C | D | E |
|---|---|---|---|---|
| 52 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29365; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3.* | | | |
| 53 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Pars. 16, 208-210; PSAF, Dkt. 361, Par. 324); Counteracting racial segregation (SAC, Dkt. 70, Pars. 16, 208-210; PSAF, Dkt. 361, Par. 324); Eradicating discrimination (PSAF, Dkt. 361, Par. 324); Promoting fair housing and fair lending (PSAF, Dkt. 361, Par. 324)* | | | |
| 54 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; COFHA, Pars. 16, 206-210* | | | |
| 55 | Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; COFHA, Par. 324 | | | |
| 56 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29409-29414* | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 57 | **CONNECTICUT FAIR HOUSING CENTER, Hartford, CT (CFHC)** | | | | |
| 58 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 59 | Foreclosure prevention (PSAF, Dkt. 361, Par. 325) | | | Defendants' REO conduct impairs this core activity | |
| 60 | Providing advice at volunteer attorney tables in courthouses (PSAF, Dkt. 361, Par. 325) | Defendants' REO conduct impairs this core activity | | | |
| 61 | Appearing for homeowners in foreclosure at Attorney for a Day programs (PSAF, Dkt. 361, Par. 325) | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity | |
| 62 | Representing homeowners in foreclosure (PSAF, Dkt. 361, Par. 325) | | | Defendants' REO conduct impairs this core activity | |
| 63 | Advocating with Connecticut's legislature for continuation of the State's nationally recognized foreclosure mediation program (SAC, Dkt. 70, Par. 213; PSAF, Dkt. 361, Par. 325) | | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity |
| 64 | Working with other fair housing advocates to establish industry best practices for REO maintenance and marketing (SAC, Dkt. 70, Par. 213) | | | | Defendants' REO conduct impairs this core activity |
| 65 | Training industry stakeholders on REO best practices (SAC, Dkt. 70, Par. 17, 213; PSAF, Dkt. 361, Par. 325) | | | | Defendants' REO conduct impairs this core activity |
| 66 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 325) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 67 | Education of community members re: foreclosure, homeownership, neighborhood stabilization, etc (SAC, Dkt. 70, Par. 17) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 68 | Developed state-wide curriculum for a three-hour fair housing course for real estate agents renewing their licenses, which included information about the marketing and maintenance of REO properties (PSAF, Dkt. 361, Par. 325) | | | | Defendants' REO conduct impairs this core activity |
| 69 | Fair housing counseling (SAC, Dkt. 70, Par. 17) | Defendants' REO conduct impairs this core activity | | | |
| 70 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3.* | | | | |
| 71 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Pars. 17, 213; PSAF, Dkt. 361, Par. 325); Counteracting racial segregation (SAC, Dkt. 70, Par. 17, 213; PSAF, Dkt. 361, Par. 325); Eradicating discrimination (SAC, Dkt. 70, Pars. 17, 213; PSAF, Dkt. 361, Par. 325); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 17; PSAF, Dkt. 361, Par. 213)* | | | | |
| 72 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; CFHC Pars. 17, 211-214* | | | | |
| 73 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; CFHC, Par. 325* | | | | |
| 74 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29415-29423* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 75 | **DENVER METRO FAIR HOUSING CENTER, Denver, CO (DMFHC)** | | | | |
| 76 | **Core Activities**<br>**(Programs and Services)** | **Consumer Counseling & Referrals**<br>· Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients.<br>· Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization**<br>· Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight.<br>· Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives.<br>· Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention**<br>· Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants.<br>· Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity.<br>· Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education**<br>· Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color.<br>· Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible.<br>· Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 77 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (PSAF, Dkt. 361, Par. 326) | | | Defendants' REO conduct impairs this core activity | |
| 78 | Housing rehabilitation (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326) | | Defendants' REO conduct impairs this core activity | | |
| 79 | Multiple educational campaigns to address housing discrimination, teaching consumers and housing professionals.  (SAC, Dkt. 70, Par. 18) | Defendants' REO conduct impairs this core activity | | | Defendants' REO conduct impairs this core activity |
| 80 | Community engagement and enhancement (e.g., summer camps, leadership programs, meeting with local officials) (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Pars. 326, 217. | | Defendants' REO conduct impairs this core activity | | |
| 81 | Established the Fair Housing Action Fund to promote neighborhood development and stabilization. The Fund has supported construction of new homes in partnership with Habitat for Humanity and other local nonprofits and it provides grants for critical repair of existing homes, including grants to make homes and apartments accessible. (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326) | | Defendants' REO conduct impairs this core activity | | |
| 82 | Fair housing counseling  (PSAF, Dkt. 361, Par. 326; Pls Exhibit 253 in response to Defendants' Joint Motion for Summary Judgment, DMFHC 30(b)(6) (Alvarado) pp. 80, 83-84 ) | Defendants' REO conduct impairs this core activity | | | |
| 83 | Awarded grant funds to DMFHC partners to provide 1,954 individuals with housing counseling services, over 800 of whom were people of color. (PSAF, Ex. 42, Dkt. 369-4, PageID #29181) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | |

| A | B | C | D | E |
|---|---|---|---|---|
| 84 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29365; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3.* | | | |
| 85 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326); Countering racial segregation (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326); Eradicating discrimination (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 18; PSAF, Dkt. 361, Par. 326)* | | | |
| 86 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; DMFHC, Pars. 18, 215-218* | | | |
| 87 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; DMFHC, Par. 326* | | | |
| 88 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29424-29431* | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 89 | **FAIR HOUSING CENTER OF CENTRAL INDIANA, Indianapolis, IN (FHCCI)** | | | | |
| 90 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory REO conduct and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 91 | Funded and facilitated emergency home repairs (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 92 | Funding and facilitated housing rehabilitation (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | | Defendants' REO conduct impairs this core activity | |
| 93 | Accessibility modifications (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | Defendants' REO conduct impairs this core activity | | |
| 94 | Community enhancement, including an arts project and creation of a pocket park (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | Defendants' REO conduct impairs this core activity | | |
| 95 | Community engagement, including a bike camp, farmer's market, and urban teaching garden (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327; PSAF, Ex. 42, Dkt. 369-4, PageID #29190) | | Defendants' REO conduct impairs this core activity | | |
| 96 | Establishment of industry best practices for REO maintenance and marketing (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | | | Defendants' REO conduct impairs this core activity |
| 97 | Training industry stakeholders on REO best practices (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | | | Defendants' REO conduct impairs this core activity |
| 98 | Interfaced with local government officials and engaged in advocacy and outreach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 99 | Education of community members regarding foreclosure, homeownership, and neighborhood stabilization (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327) | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 100 | Program to connect neighborhood partners to help, serve, revitalize, stimulate, and invest resources to rebuild an affordable, safe, and vital community. In its targeted neighborhoods, FHCCI has funded acquisition and major rehabilitation of single-family homes to be sold to owner-occupants (SAC, Dkt. 70, Par. 19) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 101 | Supported existing long-term homeowners with home repairs that ensured their ability to remain in their homes.  (PSAF, Ex. 42, Dkt. 369-4, PageID #29185) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 102 | Repurposing blighted vacant lots (PSAF, Dkt. 361, Par. 327) | | Defendants' REO conduct impairs this core activity | | |
| 103 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29365; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3.* | | | | |
| 104 | *Activities and goals generally: Promoting equal housing market  (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327); Counteracting racial segregation  (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327); Eradicating discrimination (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 19; PSAF, Dkt. 361, Par. 327)* | | | | |
| 105 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHCCI, Pars. 19, 219-223* | | | | |
| 106 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; FHCCI, Par. 327* | | | | |
| 107 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29432-29438* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 108 | **FAIR HOUSING CENTER OF GREATER PALM BEACHES, Lake Worth Beach, FL (FHCGPB)** | | | | |
| 109 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals**<br>· Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients.<br>· Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization**<br>· Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight.<br>· Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives.<br>· Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention**<br>· Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants.<br>· Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity.<br>· Increased investor ownership of REOs results in devaluation of neighborhood, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education**<br>· Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color.<br>· Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible.<br>· Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 110 | Homeownership promotion programs (SAC, Dkt. 70, Par. 20; PSAF, Dkt. 361, Par. 328) | | | Defendants' REO conduct impairs this core activity | |
| 111 | Foreclosure prevention programs (PSAF, Dkt. 361, Par. 328) | | | Defendants' REO conduct impairs this core activity | |
| 112 | Ensuring equal and affordable housing opportunity for all people by promoting culturally diverse communities through open housing (SAC, Dkt. 70, Par. 20; PSAF, Dkt. 361, Par. 328) | | Defendants' REO conduct impairs this core activity | | |
| 113 | Educating housing providers on REO best practices (PSAF, Dkt. 361, Par. 328) | | | | Defendants' REO conduct impairs this core activity |
| 114 | Educating community members re: foreclosure, homeownership, neighborhood stabilization, etc. (PSAF, Dkt. 361, Par. 328) | Defendants' REO conduct impairs this core activity | | | |
| 115 | Conducted community outreach at first-time home buyer education workshops hosted by the Urban League, where it highlighted information and answered questions about fair housing, including REO practices. (PSAF, Dkt. 361, Par. 328) | Defendants' REO conduct impairs this core activity | | | |
| 116 | Fair housing counseling (SAC, Dkt. 70, Par. 20; PSAF, Dkt. 361, Par. 328) | Defendants' REO conduct impairs this core activity | | | |
| 117 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29366; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 118 | *Activities and goals generally: Promoting equal housing market  (SAC, Dkt. 70, Par.20; PSAF, Dkt. 361, Par. 328); Counteracting racial segregation  (SAC, Dkt. 70, Par. 20; PSAF, Dkt. 361, Par. 328); Eradicating discrimination (SAC, Dkt. 70, Par. 20); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 20; PSAF, Dkt. 361, Par. 328)* | | | | |
| 119 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHCGPB, Pars. 20, 224-227* | | | | |
| 120 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; FHCGPB, Par. 328* | | | | |
| 121 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29439-29443* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 122 | **Fair Housing Center of West Michigan, Grand Rapids, MI (FHCWM)** | | | | |
| 123 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new housing blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 124 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (PSAF, Dkt. 361, Par. 329) | | | Defendants' REO conduct impairs this core activity | |
| 125 | Facilitated critical exterior home repairs (PSAF, Dkt. 361, Par. 329) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 126 | Housing rehabilitation (PSAF, Dkt. 361, Par.329) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 127 | Repurposing of blighted or vacant lots (PSAF, Dkt. 361, Par. 329) | | Defendants' REO conduct impairs this core activity | | |
| 128 | Community enhancement (e.g., construction of green spaces and revitalization of recreation areas) (PSAF, Dkt. 361, Par. 329) | | Defendants' REO conduct impairs this core activity | | |
| 129 | Community engagement (e.g., summer camps, leadership programs, community safety initiatives) (PSAF, Dkt. 361, Par.329) | | Defendants' REO conduct impairs this core activity | | |
| 130 | Environmental health (e.g. weatherization, home health hazard assessments, and intervention) (PSAF, Dkt. 361, Par. 329) | | | Defendants' REO conduct impairs this core activity | |
| 131 | Building an understanding of the value of fair housing (SAC, Dkt. 70, Par. 21; PSAF, Dkt. 361, Par. 329) | Defendants' REO conduct impairs this core activity | | | |
| 132 | Created a neighborhood stabilization program, called the 49507! Project, that worked to invest significantly in a particular region identified in this zip code for disparate impact, which was also investigated as part of the REO investigation (PSAF, Dkt. 361, Par. 329; PSAF, Ex. 42, Dkt. 369-4, PageID #29192-29193) | | Defendants' REO conduct impairs this core activity | | |
| 133 | Fair housing counseling (SAC, Dkt. 70, Par. 21) " | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 134 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29366; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 135 | *Activities and goals generally: Preventing and eliminating illegal housing discrimination (SAC, Dkt. 70, Par. 21); Ensuring equal housing opportunity (SAC, Dkt. 70, Par. 21); Increasing support for fair housing (SAC, Dkt. 70, Par. 21)* | | | | |
| 136 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHCWM, Pars. 21, 228-232* | | | | |
| 137 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315;FHCWM, Par. 329* | | | | |
| 138 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29444-29461* | | | | |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 139 | **FAIR HOUSING CONTINUUM, Rockledge, FL (FHC)** | | | | |
| 140 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing adjacent properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 141 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330) | | | Defendants' REO conduct impairs this core activity | |
| 142 | Emergency repairs (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 143 | Foreclosure prevention (e.g., anti-displacement grants for renters and/or to bring mortgages current) (PSAF, Dkt. 361, Par. 330) | | | Defendants' REO conduct impairs this core activity | |
| 144 | Housing rehabilitation (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 145 | Repurposing of blighted or vacant lots  (PSAF, Dkt. 361, Par. 330) | | Defendants' REO conduct impairs this core activity | | |
| 146 | Community enhancement (e.g., support for the construction of a new Youth Center) (PSAF, Dkt. 361, Par. 330) | | Defendants' REO conduct impairs this core activity | | |
| 147 | Training industry stakeholders on REO best practices, including training the Florida Real Estate Association, the Florida Affordable Housing Coalition, and the Florida Annual Fair Housing Summit on foreclosure, homeownership, and neighborhood stabilization (PSAF, Dkt. 361, Par. 330) | | | | Defendants' REO conduct impairs this core activity |
| 148 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 330) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 149 | Education of community members regarding foreclosure, homeownership, and neighborhood stabilization (SAC, Dkt. 70, Pars. 22, 235; PSAF, Dkt. 361, Par. 330) | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 150 | Fair housing counseling (SAC, Dkt. 70, Par. 22, 235; PSAF, Dkt. 361, Par. 330) | Defendants' REO conduct impairs this core activity | | | |
| 151 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29366; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 152 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330); Counteracting racial segregation (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330); Eradicating discrimination (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 22; PSAF, Dkt. 361, Par. 330)* | | | | |
| 153 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHC, Pars. 22, 233-236* | | | | |
| 154 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; FHC, Par. 330* | | | | |
| 155 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29462-29469* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 156 | **LOUISIANA FAIR HOUSING ACTION CENTER, New Orleans, LA (LAFHAC)** **(F/K/A Greater New Orleans Fair Housing Action Center)** | | | | |
| 157 | **Core Activities** **(Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 158 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (PSAF, Dkt. 361, Par. 331) | | | Defendants' REO conduct impairs this core activity | |
| 159 | Foreclosure prevention (e.g., anti-displacement grants for renters and/or to bring mortgages current) (PSAF, Dkt. 361, Par. 331) | | | Defendants' REO conduct impairs this core activity | |
| 160 | Housing rehabilitation (PSAF, Dkt. 361, Par. 331) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 161 | Partnered with non-profit to support affordable single family homes in North Baton Rouge. (PSAF, Ex. 42, Dkt. 369-4, PageID #29186) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 162 | Interfaced with local government officials and engaged in advocacy and outrreach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 331) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 163 | Education of community members regarding foreclosure, homeownership, and neighborhood stabilization (PSAF, Dkt. 361, Par. 331) | Defendants' REO conduct impairs this core activity | | | |
| 164 | Provided free HUD-certified foreclosure prevention counseling program to community members and "first started as helping homeowners to access federal recovery dollars after Hurricane Katrina and then shifted into foreclosure prevention as a way to retain wealth among New Orleanians post-the-2008 foreclosure crisis" (PSAF, Dkt. 361, Par. 331) | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 165 | Addressed longstanding patterns of segregation and promoting fair housing choice in the metropolitan Baton Rouge area through activities designed to stabilize poor and minority neighborhoods impacted by predatory lending and high foreclosure rates, and to support affordable rental housing and homeownership opportunities in communities of color. (SAC, Dkt. 70, Par. 23) | | Defendants' REO conduct impairs this core activity | | |
| 166 | Fair housing counseling (SAC, Dkt. 70, Par.23; PSAF, Dkt. 361, Par. 331) | Defendants' REO conduct impairs this core activity | | | |
| 167 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29366; Seicsnaydre Report, Dkt. 308-1, pp. 3-12; Seicsnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 168 | *Activities and goals generally: Promoting equal housing market  (SAC, Dkt. 70, Par. 23; PSAF, Dkt. 361, Par. 331); Counteracting racial segregation (SAC, Dkt. 70, Par. 23; PSAF, Dkt. 361, Par. 331); Eradicating discrimination (SAC, Dkt. 70, Par. 23; PSAF, Dkt. 361, Par. 331); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 23; PSAF, Dkt. 361, Par. 331)* | | | | |
| 169 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; LAFHAC, Pars. 23, 237-241* | | | | |
| 170 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; LAFHAC, Par. 331* | | | | |
| 171 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29470-29481* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 172 | **HOPE FAIR HOUSING CENTER, Wheaton, IL (HOPE FHC)** | | | | |
| 173 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 174 | Homeownership promotion (e.g., down payment assistance and closing cost assistance) (PSAF, Dkt. 361, Par. 332) | | | Defendants' REO conduct impairs this core activity | |
| 175 | Foreclosure prevention (e.g., anti-displacement grants for renters and/or to bring mortgages current) (PSAF, Dkt. 361, Par. 332) | | | Defendants' REO conduct impairs this core activity | |
| 176 | Housing rehabilitation programs and activities (PSAF, Dkt. 361, Par. 332) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 177 | Community enhancement (e.g., construction of parks, gardens, recreation areas) (PSAF, Dkt. 361, Par. 332) | | Defendants' REO conduct impairs this core activity | | |
| 178 | Community development efforts in Elgin and Austin (a community within the City of Chicago) expending funds to rehabilitate and stabilize communities of color harmed by the foreclosure crisis (PSAF, Dkt. 361, Par. 332) | | Defendants' REO conduct impairs this core activity | | |
| 179 | Implementation of community branding strategy to go along with down payment assistance to promote home ownership in Elgin, Illinois ("ELGIN-STEAD of where you're living now.")(PSAF, Ex. 42, Dkt. 369-4, PageID #29191) | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | | |
| 180 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 332 | | | | Defendants' REO conduct impairs this core activity |
| 181 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 332) | | | | Defendants' REO conduct impairs this core activity |
| 182 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 332) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 183 | Education of community members re: foreclosure, homeownership, and neighborhood stabilization (PSAF, Dkt. 361, Par. 332) | Defendants' REO conduct impairs this core activity | | | |
| 184 | Education of community-based organizations invested in community development (PSAF, Dkt. 361, Par. 332) | Defendants' REO conduct impairs this core activity | | | |
| 185 | Operates and facilitates a consumer complaint intake program. (PSAF, Dkt. 361, Par. 332) | Defendants' REO conduct impairs this core activity | | | |
| 186 | Provided programs including public education, education and outreach, and training events for the public, caseworkers, lenders, and others (PSAF, Dkt. 361, Par. 332) | Defendants' REO conduct impairs this core activity | | | Defendants' REO conduct impairs this core activity |
| 187 | Developed and provided grants to renovate homes, down payment and closing cost assistance, community enhancement initiatives, offered rent assistance to homeless families, created marketing materials to affirmatively market communities of color, and provided homebuying counseling (SAC, Dkt. 70, Par. 24; PSAF, Dkt. 361, Par. 332) | | Defendants' REO conduct impairs this core activity | | |
| 188 | Fair housing counseling and referral (SAC, Dkt. 70, Par. 24) | Defendants' REO conduct impairs this core activity | | | |
| 189 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29367; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 190 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 24; PSAF, Dkt. 361, Par. 332); Counteracting racial segregation (SAC, Dkt. 70, Par. 24; PSAF, Dkt. 361, Par. 332); Eradicating discrimination (SAC, Dkt. 70, Par. 24; PSAF, Dkt. 361, Par. 332); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 24; PSAF, Dkt. 361, Par. 332) HOPE FHC 30 (b)(6) pp. 21-22.* | | | | |
| 191 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; HOPE, Pars. 24, 242-246* | | | | |
| 192 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; HOPE, Par. 332* | | | | |
| 193 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29482-29487* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 194 | **HOUSING OPPORTUNINTIES MADE EQUAL OF VIRGINIA, Richmond, VA (HOME of VA)** | | | | |
| 195 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 196 | Homeownership promotion (e.g., down payment assistance and closing cost assistance) (PSAF, Dkt. 361, Par. 333) | | | Defendants' REO conduct impairs this core activity | |
| 197 | Foreclosure prevention (e.g., default counseling, loan modification, scam prevention) (SAC, Dkt. 70, Par 25; PSAF, Dkt. 361, Par. 333) | | | Defendants' REO conduct impairs this core activity | |
| 198 | Accessibility modifications through establishment and management of an accessibility fund (PSAF, Dkt. 361, Par. 333) | | Defendants' REO conduct impairs this core activity | | |
| 199 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 333) | | | | Defendants' REO conduct impairs this core activity |
| 200 | Educating community members about foreclosure, homeownership, and neighborhood stabilization (SAC, Dkt. 70, Par. 25; PSAF, Dkt. 361, Par. 333) | Defendants' REO conduct impairs this core activity | | | |
| 201 | Advocacy for affordable housing at the general assembly and locally (PSAF, Dkt. 361, Par. 333) | | Defendants' REO conduct impairs this core activity | | |
| 202 | Participates in Richmond Community Development Corporation Alliance (PSAF, Dkt. 361, Par. 333) | | Defendants' REO conduct impairs this core activity | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 203 | Operated HUD Approved Housing Counseling Agency that worked to eliminate racial and ethnic disparities in homeownership through extensive foreclosure prevention and home ownership counseling (SAC, Dkt. 70, Par. 25)("…as we found in our investigation, the neighborhoods that were in African American communities were not maintained.· So often for our first-time home buyer, that makes them not achievable with grants and other ways in which they leverage down payment assistance in order to live -- to purchase a property. It was also the case that we saw an astonishing number of properties that had been in minority neighborhoods that had been traditionally owner-occupied were sold to investors, so were, kind of, permanently taken off the home ownership track and became rental properties in those neighborhoods; meaning, that they ultimately probably wouldn't be as well maintained in to the future.· And just the lag of time for those properties to be properly cleaned up and marketed made them unavailable to our clients." (HOME of VA 30(b)(6) (Crislip) p. 178) | Defendants' REO conduct impairs this core activity | | | |
| 204 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29367; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 205 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par 25; PSAF, Dkt. 361, Par. 333); Counteracting racial segregation (SAC, Dkt. 70, Par 25; PSAF, Dkt. 361, Par. 333); Eradicating discrimination (SAC, Dkt. 70, Par 25; PSAF, Dkt. 361, Par. 333); Promoting fair housing and fair lending (SAC, Dkt. 70, Par 25; PSAF, Dkt. 361, Par. 333)* | | | | |
| 206 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; HOME of VA, Pars. 25, 247-250* | | | | |
| 207 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; HOME of VA, Par. 333* | | | | |

| A | B | C | D | E |
|---|---|---|---|---|
| 208 | *Interrogatory Responses also detailing this Plaintiff's core activities and impairment:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29488-29494 (Deutsche Bank's discriminatory maintenance and marketing practices harmed Plaintiff's clients and client communities by hindering their access to fair and equal housing and their ability to live in racially integrated communities, which are part of Plaintiff HOME of Virginia's core services. Defendants' practices have resulted in vacancies and decreased housing prices that continue today. African American communities have lower homeownership rates, higher rates of eviction, and other symptoms of housing market destabilization.  Deutsche Bank's discriminatory maintenance and marketing practices undermined Plaintiff's efforts to advance its mission and goals through education, advocacy, and training programs)* | | | |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 209 | **HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, Miami, FL (HOPE Miami)** | | | | |
| 210 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 211 | Homeownership promotion (e.g., housing counseling, down payment assistance; closing cost assistance) (SAC, Dkt. 70, Par. 26; PSAF, Dkt. 361, Par. 334) | | | Defendants' REO conduct impairs this core activity | |
| 212 | Housing rehabilitation (PSAF, Dkt. 361, Par. 334) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 213 | Community enhancement (e.g., construction of gardens, school programs, and leadership training) (PSAF, Dkt. 361, Par. 334; PSAF, Ex. 42, Dkt. 369-4, PageID #29190) | | Defendants' REO conduct impairs this core activity | | |
| 214 | Conducting fair housing workshops in Miami-Dade and Broward counties and throughout Florida (PSAF, Dkt. 361, Par. 334) | Defendants' REO conduct impairs this core activity | | | |
| 215 | Provides grants to local non-profits to conduct homeownership training workshops and down payment assistance and repairs, including making homes accessible for persons with disabilities. (SAC, Dkt. 70, Par. 26; PSAF, Ex. 42, Dkt. 369-4, PageID #29187) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 216 | Fair housing counseling (PSAF, Dkt. 361, Par. 334) | Defendants' REO conduct impairs this core activity | | | |
| 217 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29367; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |

| A | B | C | D | E |
|---|---|---|---|---|
| 218 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 26; PSAF, Dkt. 361, Par. 334); Counteracting racial segregation (SAC, Dkt. 70, Par. 26; PSAF, Dkt. 361, Par. 334); Eradicating discrimination (SAC, Dkt. 70, Par. 26; PSAF, Dkt. 361, Par. 334); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 26; PSAF, Dkt. 361, Par. 334)* | | | |
| 219 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; HOPE Miami, Pars. 26, 251-254* | | | |
| 220 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; HOPE Miami, Par. 334* | | | |
| 221 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29495-29501* | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 222 | **THE FAIR HOUSING CENTER FOR RIGHTS AND RESEARCH, Cleveland, OH (FHCRR)** <br> **(F/K/A Housing Research & Advocacy Center)** | | | | |
| 223 | **Core Activities** <br> **(Programs and Services)** | **Consumer Counseling & Referrals** <br> · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. <br> · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** <br> · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. <br> · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. <br> · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** <br> · Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. <br> · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. <br> · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** <br> · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. <br> · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. <br> · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 224 | Participation in community groups (such as the Greater Cleveland Reinvestment Coalition focusing on "neighborhood stabilization and trying to combat the effects of vacant and abandoned and foreclosed properties, harm in the community"), meetings, and other organized, collective efforts to promote investment and access to credit in Cuyahoga County's low and moderate income communities and communities of color through increased access to affordable financial services (PSAF, Dkt. 361, Par. 335) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 225 | Housing credit to facilitate the production and maintenance of affordable housing (PSAF, Dkt. 361, Par. 335) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 226 | Program to advance equitable access to credit for low and moderate income individuals  (PSAF, Dkt. 361, Par. 335) | | Defendants' REO conduct impairs this core activity | | |
| 227 | Credit for community economic development (PSAF, Dkt. 361, Par. 335) | | Defendants' REO conduct impairs this core activity | | |
| 228 | Participated in groups and efforts in order to inform Cuyahoga County's County-wide housing policy to address the following priorities: (1) Access to capital; (2) Tax Collection and Delinquency; (3) Housing Insecurity; (4) Special Populations; (5) Fair Housing; and (6) Confidence in the Housing Market; and to address blight, foreclosures, predatory lending and extractive property investment, and residential demolition (PSAF, Dkt. 361, Par. 335) | | | | Defendants' REO conduct impairs this core activity |
| 229 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 335) | | | | Defendants' REO conduct impairs this core activity |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 230 | Training industry stakeholders on REO best practices (SAC, Dkt. 70, Par. 257; PSAF, Dkt. 361, Par. 335) | | | | Defendants' REO conduct impairs this core activity |
| 231 | Interfaced with local government officials and engaged in advocacy and outreach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 335) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 232 | Education of community members re: foreclosure, homeownership, and neighborhood stabilization (PSAF, Dkt. 361, Par. 335) | Defendants' REO conduct impairs this core activity | | | |
| 233 | Fair housing counseling to individuals concerning their search for housing (SAC, Dkt. 70, Par. 27) | Defendants' REO conduct impairs this core activity | | | |
| 234 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29367-29368; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 235 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 27; PSAF, Dkt. 361, Par. 335); Counteracting racial segregation (SAC, Dkt. 70, Par. 27; PSAF, Dkt. 361, Par. 335); Eradicating discrimination (SAC, Dkt. 70, Par. 27; PSAF, Dkt. 361, Par. 335); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 27; PSAF, Dkt. 361, Par. 335)* | | | | |
| 236 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; FHCRR, Pars. 27, 255-258* | | | | |
| 237 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; FHCRR, Par. 335* | | | | |
| 238 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29502-29507* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 239 | | | **MIAMI VALLEY FAIR HOUSING CENTER, Dayton, OH (MVFHC)** | | |
| 240 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 241 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (PSAF, Dkt. 361, Par. 336) | | | Defendants' REO conduct impairs this core activity | |
| 242 | Emergency repairs (PSAF, Dkt. 361, Par. 336) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 243 | Foreclosure prevention (e.g., anti-displacement grants for renters and/or to bring mortgages current) (PSAF, Dkt. 361, Par. 336) | | | Defendants' REO conduct impairs this core activity | |
| 244 | Housing rehabilitation (PSAF, Dkt. 361, Par.336) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 245 | Repurposing of blighted or vacant lots (PSAF, Dkt. 361, Par. 336) | | Defendants' REO conduct impairs this core activity | | |
| 246 | Community enhancement (e.g., construction of parks, gardens, recreation areas) (PSAF, Dkt. 361, Par. 336; PSAF, Ex. 42, Dkt. 369-4, PageID #29189) | | Defendants' REO conduct impairs this core activity | | |
| 247 | Community engagement (e.g., summer camps, leadership programs) (PSAF, Dkt. 361, Par. 336; PSAF, Ex. 42, Dkt. 369-4, PageID #29189) | | Defendants' REO conduct impairs this core activity | | |
| 248 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 336) | | | | Defendants' REO conduct impairs this core activity |
| 249 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 336) | | | | Defendants' REO conduct impairs this core activity |
| 250 | Interfaced with local government officials and engaged in advocacy and outrreach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 336) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 251 | Education of community members re: foreclosure, homeownership and neighborhood stabilization (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336) | Defendants' REO conduct impairs this core activity | | | |
| 252 | Partnered with the HomeOwnership Center of Greater Dayton, identified a need for and began seeking funding for anti-predatory mortgage lending programming, down payment assistance programs and loan forgiveness grants. MVFHC responded to this need in part by providing $600,000 to two neighborhoods in their service area that were "disproportionately impacted by both predatory lending, foreclosure crisis, and the REO vacancies and lack of maintenance" and partnering with banks to extend down payment assistance and loan forgiveness grants (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 253 | Fair housing counseling (PSAF, Dkt. 361, Par. 336; Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29509) | | Defendants' REO conduct impairs this core activity | | |
| 254 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29368; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 255 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336); Counteracting racial segregation (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336); Eradicating discrimination (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 28; PSAF, Dkt. 361, Par. 336)* | | | | |
| 256 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; MVFHC, Pars. 28, 259-263* | | | | |
| 257 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; MVFHC, Par. 336* | | | | |
| 258 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29508-29514* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 259 | **METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL, Milwaukee, WI (MMFHC)** | | | | |
| 260 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 261 | Homeownership promotion (PSAF, Dkt. 361, Par. 337) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 262 | Foreclosure prevention (PSAF, Dkt. 361, Par. 337) | | | Defendants' REO conduct impairs this core activity | |
| 263 | Provision of assistance to community organizations to engage in neighborhood improvement and stabilization in Milwaukee neighborhoods and to promote racially and economically integrated housing patterns (PSAF, Dkt. 361, Par. 337) | | Defendants' REO conduct impairs this core activity | | |
| 264 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 337) | | | | Defendants' REO conduct impairs this core activity |
| 265 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 337) | | | | Defendants' REO conduct impairs this core activity |
| 266 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 337) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 267 | Education of community members re: foreclosure, homeownership and neighborhood stabilization (PSAF, Dkt. 361, Par. 337) | Defendants' REO conduct impairs this core activity | | | |
| 268 | Engaged in projects including grants to neighborhood non-profit partners to expand access to affordable and responsible homeownership while improving neighborhoods that were damaged by the foreclosure crisis. (SAC, Dkt. 70, Par. 29; PSAF, Ex. 42, Dkt. 369-4, PageID #29185) | | Defendants' REO conduct impairs this core activity | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 269 | Fair housing counseling (SAC, Dkt. 70, Par. 29; Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29517) | Defendants' REO conduct impairs this core activity | | | |
| 270 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29368; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 271 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 29; PSAF, Dkt. 361, Par. 337); Counteracting racial segregation (SAC, Dkt. 70, Par. 29; PSAF, Dkt. 361, Par. 337); Eradicating discrimination (SAC, Dkt. 70, Par. 29; PSAF, Dkt. 361, Par. 337); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 29; PSAF, Dkt. 361, Par. 337) "There were more than, at one point, 17,000 code violations for Deutsche Bank properties that were owned in Milwaukee, and that was -- there were only 1,402 properties but there were 17,000 violations. So our mission to stabilize neighborhoods, to essentially provide economic resource for individuals looking for housing, was frustrated. The actions of Deutsche Bank took houses off the market. There's a lack of affordable housing in Milwaukee.· And these boardups are unusable. You can't sell them.· You can't tear them down.· It costs money for the City to do that. And they were creating blight in our neighborhoods, creating -- everything that we're trying to fight against to create the stabilization of neighborhoods, these activities were thwarting our efforts." (Dkt. 369-8, MMFHC 30(b)(6) (Tisdale), pp. 139-140)* | | | | |
| 272 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; MMFHC, Pars. 29, 269-272* | | | | |
| 273 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; MMFHC Par.  337* | | | | |
| 274 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29515-29520* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 275 | **NORTH TEXAS FAIR HOUSING CENTER, Dallas, TX (NTFHC)** | | | | |
| 276 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals**<br>· Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients.<br>· Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization**<br>· Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight.<br>· Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives.<br>· Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention**<br>· Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants.<br>· Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity.<br>· Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education**<br>· Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color.<br>· Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible.<br>· Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 277 | Homeownership promotion (e.g., down payment assistance; closing cost assistance) (PSAF, Dkt. 361, Par. 338) | | | Defendants' REO conduct impairs this core activity | |
| 278 | Emergency repairs (PSAF, Dkt. 361, Par. 338) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 279 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 338) | | | | Defendants' REO conduct impairs this core activity |
| 280 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 338) | | | | Defendants' REO conduct impairs this core activity |
| 281 | Interfaced with local government officials and engaged in advocacy and outreach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 338) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 282 | Education of community members re: foreclosure, homeownership and neighborhood stabilization (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338) | Defendants' REO conduct impairs this core activity | | | |
| 283 | Fair housing counseling (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338) | Defendants' REO conduct impairs this core activity | | | |
| 284 | Offers grants to persons with disabilities so that they can remain in their homes by making them safe and accessible (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338) | | Defendants' REO conduct impairs this core activity | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 285 | Down payment assistance to purchase homes and grants for neighborhood groups in communities of color to make housing repairs (SAC, Dkt. 70, Par. 30) "...while we're investing in these neighborhoods, Deutsche is further destabilizing them." (Dkt. 369-8, NTFHC 30(b)(6) (Espinoza) pp. 227-229) | | | Defendants' REO conduct impairs this core activity | |
| 286 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29368; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 287 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338); Counteracting racial segregation (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338); Eradicating discrimination (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 30; PSAF, Dkt. 361, Par. 338)* | | | | |
| 288 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; NTFHC, Pars. 30, 264-268* | | | | |
| 289 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; NTFHC, Par. 338* | | | | |
| 290 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29521-29528* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 291 | **OPEN COMMUNITIES, Evanston, IL (OC)** | | | | |
| 292 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 293 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 339) | | | | Defendants' REO conduct impairs this core activity |
| 294 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 339) | | | | Defendants' REO conduct impairs this core activity |
| 295 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 339) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 296 | Education of community members about foreclosure, homeownership, and neighborhood stabilization (PSAF, Dkt. 361, Par. 339) | Defendants' REO conduct impairs this core activity | | | |
| 297 | Training of lenders in foreclosure avoidance and vacancy alternatives (PSAF, Dkt. 361, Par. 339) | | | | Defendants' REO conduct impairs this core activity |
| 298 | Improvement of housing values in majority Black and Brown communities. (PSAF, Dkt. 361, Par. 339) | | Defendants' REO conduct impairs this core activity | | |
| 299 | Provided housing counseling on "home ownership, foreclosure assistance, pre-purchasing… and post-purchasing" with the goal of "making sure that people stay in their homes." (PSAF, Dkt. 361, Par. 339) | Defendants' REO conduct impairs this core activity | | | |
| 300 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29368; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 301 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 31; PSAF, Dkt. 361, Par. 339); Counteracting racial segregation (SAC, Dkt. 70, Par. 31; PSAF, Dkt. 361, Par. 339); Eradicating discrimination (SAC, Dkt. 70, Par. 31; PSAF, Dkt. 361, Par. 339); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 31 ; PSAF, Dkt. 361, Par. 339)* | | | | |
| 302 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; OC, Pars. 31, 273-275; "Our mission is to eradicate housing discrimination, to fight against any sort of policy that landlords, company, banks would have that would prevent individuals from living wherever they want, as well as ensuring that we live in an ingegrated society and diverse communities; that's what our mission is. And we were frustrated by Deutsche Bank and Altisource's actions in a variety of ways. First of all, it's a direct discrimination and harming our communities. Additionally, it's harming the communities that we live in by preventing diverse communities. Individuals are unable to live in healthy, well financed, good-looking communities. People don't want to live in blighted communities." (Dkt. 369-26, OC 30(b)(6) (Riehlmann) pp. 125-128)* | | | | |
| 303 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; OC, Par. 339* | | | | |
| 304 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29529-29532* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 305 | | **SOUTH SUBURBAN HOUSING CENTER, Homewood, IL (SSHC)** | | | |
| 306 | **Core Activities (Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership promotion based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 307 | Homeownership purchase (e.g., down payment assistance; and closing cost assistance)(SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340; PSAF, Ex. 42, Dkt. 369-4, PageID #29180) | | | Defendants' REO conduct impairs this core activity | |
| 308 | Foreclosure prevention, mortgage distress assistance, and real estate tax arrearage assistance (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340) | | | Defendants' REO conduct impairs this core activity | |
| 309 | Accessibility Modifications (Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29534) | | Defendants' REO conduct impairs this core activity | | |
| 310 | Providing affirmative relief to homeowners in distressed communities of color adversely impacted by the mortgage market collapse to stimulate recovery (PSAF, Dkt. 361, Par. 340) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 311 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 340) | | | | Defendants' REO conduct impairs this core activity |
| 312 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 340) | | | | Defendants' REO conduct impairs this core activity |
| 313 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 340) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 314 | Education of community members re: foreclosure, homeownership and neighborhood stabilization (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340) | Defendants' REO conduct impairs this core activity | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 315 | " ... provid[ed] services to families in [their] depressed housing area, those that were suffering forms of discrimination based upon mortgage fraud, delinquency scams, people that were -- that whose properties were being over assessed real estate taxes, people's whose properties were being underassessed for appraisals, properties that -- people that were having difficulty negotiating with their lenders for workout plans that were in foreclosure, because their properties were underwater, and that they had been robbed of the equity of their properties, because of the values to have decreased greatly and not increased -- not recovered during this time period." (PSAF, Dkt. 361, Par. 340) | Defendants' REO conduct impairs this core activity | | | |
| 316 | Launched multiple educational activities to address housing discrimination designed to teach both consumers and housing professionals about equality of treatment of neighborhoods, the negative consequences that flow from racial steering, and the benefits of residential diversity (SAC, Dkt. 70, Par. 32) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 317 | Engaged in community outreach concerning discriminatory REO maintenance and marketing activities, including with regional associations and groups such as Lake County (Indiana) Housing Task Force, Chicago Area Fair Housing Alliance, Gary Human Relations Commission, Kankakee Housing Task Force, Southland Housing Collaborative, and Forest Park League of Women Voters. (Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29534-29535, 29539-29540) | | | | Defendants' REO conduct impairs this core activity |
| 318 | Provided grants in recovering communities to first-time homebuyers to purchase housing, to persons in housing payment distress allowing them to stabilize home ownership, and to persons forced to rent due to displacement caused by foreclosure (SAC, Dkt. 70, Par. 32) | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity | |
| 319 | Fair housing counseling (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340) | Defendants' REO conduct impairs this core activity | | | |
| 320 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29369; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 321 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340); Counteracting racial segregation (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340); Eradicating discrimination (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 32; PSAF, Dkt. 361, Par. 340)* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 322 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; SSHC, Pars. 32, 276-280* | | | | |
| 323 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities:  PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; SSHC, Par. 340* | | | | |
| 324 | *Interrogatory Responses also detailing this Plaintiff's core activities:  Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29533-29540* | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 325 | **TOLEDO FAIR HOUSING CENTER, Toledo, OH (TFHC)** **(F/K/A Fair Housing Opportunities of Northwest Ohio)** | | | | |
| 326 | **Core Activities** **(Programs and Services)** | **Consumer Counseling & Referrals** · Defendants' discriminatory REO conduct reduces available housing stock in neighborhood thereby impairing housing referrals to clients. · Defendants' discriminatory REO conduct stigmatizing and destabilizing neighborhoods impairs FHO efforts to promote diverse communities as target communities are rendered less attractive. | **Neighborhood Stabilization and Revitalization** · Defendants' discriminatory REO conduct undermines and diminishes the effectiveness of FHO's efforts by creating new neighborhood blight. · Defendants' discriminatory REO conduct creating blight impedes FHO neighborhood revitalization efforts by devaluing neighborhood properties and thereby reducing incentives for continued and further revitalization initiatives. · Defendants' discriminatory REO conduct stigmatizes and destabilizes neighborhood, interfering with the scope, efficacy and prospects for revitalization efforts because neighborhoods have been rendered less desirable and marketable. | **Homeownership Promotion & Retention** · Defendants' discriminatory REO maintenance and marketing of REO properties results in increased sales to investors, reducing properties available for owner occupants. · Increased investor ownership of REO properties leads to detrimental neighborhood conditions impairing FHOs from promoting home ownership in neighborhoods of opportunity. · Increased investor ownership of REOs results in devaluation of neighborhood properties, negatively impacting FHO home ownership programs based on availability of mortgage loans. | **REO-Specific Training & Education** · Defendants' conduct stigmatizing and devaluing neighborhoods undermines FHO programs and training with goal of encouraging banks to invest in and fairly treat communities of color. · Defendants' flouting of REO maintenance and marketing requirements by the large corporate defendants sends signal (contrary to FHO training programs) that inferior treatment of minority neighborhoods is permissible. · Defendants' widespread REO maintenance violations undermine FHO programs to encourage municipal enforcement of code violations by creating overwhelming and unmanageable enforcement landscape. |
| 327 | Homeownership promotion (e.g., homeowners' insurance and back taxes programming, down payment assistance; closing cost assistance) (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341) | | | Defendants' REO conduct impairs this core activity | |
| 328 | Emergency repairs (PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 329 | Foreclosure prevention (e.g., anti-displacement grants for renters and/or to bring mortgages current); For example, TFHC's MLK Inclusive Communities foreclosure prevention program funded emergency mortgage assistance in the very same zip codes where TFHC investigated discriminatory REO maintenance and marketing practices (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | Defendants' REO conduct impairs this core activity | |
| 330 | Housing rehabilitation (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | | |
| 331 | Repurposing of blighted or vacant lots (PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | | |
| 332 | Community enhancement (e.g., construction of parks, gardens, recreation areas) (PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | | |
| 333 | Establishment of industry best practices for REO maintenance and marketing (PSAF, Dkt. 361, Par. 341) | | | | Defendants' REO conduct impairs this core activity |
| 334 | Training industry stakeholders on REO best practices (PSAF, Dkt. 361, Par. 341) | | | | Defendants' REO conduct impairs this core activity |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 335 | Interfaced with local government officials and engaged in advocacy and ourtrach with officials related to the discriminatory maintenance and marketing of REO properties and its effects in minority neighborhoods. (PSAF, Dkt. 361, Par. 341) | | Defendants' REO conduct impairs this core activity | | Defendants' REO conduct impairs this core activity |
| 336 | Education of community members re: foreclosure, homeownership and neighborhood stabilization (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341) | Defendants' REO conduct impairs this core activity | | | |
| 337 | Fair housing counseling (SAC, Dkt. 70, Par. 33) | Defendants' REO conduct impairs this core activity | | | |
| 338 | *Support, retention, and maintenance of Fair Housing Advocacy business with dedicated staff, budgets, offices carrying out core activities: Ex. A to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29369-29370; Seicshnaydre Report, Dkt. 308-1, pp. 3-12; Seicshnaydre Supp., Dkt 308-2, pp. 1, 3* | | | | |
| 339 | *Activities and goals generally: Promoting equal housing market (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341); Counteracting racial segregation (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341); Eradicating discrimination (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341); Promoting fair housing and fair lending (SAC, Dkt. 70, Par. 33; PSAF, Dkt. 361, Par. 341)* | | | | |
| 340 | *Second Amended Complaint allegations that Defendants' conduct impaired and interfered with Plaintiffs' missions, efforts, and core business activities: Dkt. 70, all Plaintiffs, Pars. 8, 10, 167-194, 286-297; TFHC, Pars. 33, 281-285* | | | | |
| 341 | *Plaintiffs' L.R. 56.1(b)(3) Statement of Additional Facts describing Plaintiffs' missions, efforts and core activities: PSAF, Dkt. 361, all Plaintiffs, Pars. 19-26, 309-315; TFHC, Par. 341* | | | | |
| 342 | *Interrogatory Responses also detailing this Plaintiff's core activities: Ex. D to Plaintiffs' Third Amended and Supplemental Response to Defendants' Joint Interrogatories As Supplemented June 28, 2022, Ex. 48 to PSAF, Dkt. 369-5, PageID #29541-29547* | | | | |