# EXHIBIT C

Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 2 of 15 PageID #:48383

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021                    Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING              )
 4   ALLIANCE; HOPE FAIR HOUSING        )
     CENTER, et al.,                    )
 5                                      )
                                        )
 6                  Plaintiffs,         )
                                        )
 7          vs.                         )  No. 1:18-cv-00839
                                        )
 8   DEUTSCHE BANK NATIONAL             )
     TRUST, as trustee, et al.,         )
 9                                      )
                                        )
10                  Defendants.         )

11

12           The videotaped Fed. R. Civ. P. Rule 30(b)(6)

13   deposition on behalf of National Fair Housing Alliance,

14   called by the Defendants for examination, taken remotely

15   pursuant to notice and pursuant to the Federal Rules of

16   Civil Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   April M. Metzler, Certified Shorthand Reporter,

19   Registered Merit Reporter, Certified Realtime Reporter,

20   and Notary Public, at Royersford, Pennsylvania,

21   commencing at 9:05 a.m. on the 1st day of October, 2021.

22

23

24
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 3 of 15 PageID #:48384

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021    Page 2

```
 1   APPEARANCES:

 2       SOULE, BRADTKE & LAMBERT
         MS. JENNIFER K. SOULE
 3       MR. JAMES G. BRADTKE
         MS. KELLY K. LAMBERT
 4       402 Campbell Street
         Suite 100
 5       Geneva, Illinois 60134
         Phone:  (630) 333-9144
 6       E-Mail:  jsoule@sbllegal.com
         E-Mail:  jgbvjd@aol.com
 7       E-Mail:  klambert@sbllegal.com

 8            On behalf of the Plaintiffs,
              appeared remotely;
 9
         RELMAN COLFAX PLLC
10       MS. REBECCA LIVENGOOD
         MS. JENNIFER KLAR
11       1225 19th Street, N.W.
         Suite 600
12       Washington, District of Columbia 20036
         Phone:  (202) 728-1888
13       E-Mail:  rlivengood@relmanlaw.com
         E-Mail:  jklar@relmanlaw.com
14
              On behalf of the Plaintiffs,
15            appeared remotely;

16       DENTONS US LLP
         MR. NATHAN L. GARROWAY
17       303 Peachtree Street, NE
         Suite 5300
18       Atlanta, Georgia 30308
         Phone:  (404) 527-4000
19       E-Mail:  nathan.garroway@dentons.com

20            On behalf of the Defendant,
              Altisource Solutions, Inc.,
21            appeared remotely;

22

23

24
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 4 of 15 PageID #:48385

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021                                    Page 3

```
 1   APPEARANCES (Continued):

 2        DENTONS US LLP
          MS. LISA KRIGSTEN
 3        MR. CODY WOOD
          4520 Main Street
 4        Suite 1100
          Kansas City, Missouri 64111
 5        Phone:  (816) 460-2400
          E-Mail:  lisa.krigsten@dentons.com
 6        E-Mail:  cody.n.wood@dentons.com

 7             On behalf of Defendant,
               Altisource Solutions, Inc.,
 8             appeared remotely;

 9        MORGAN, LEWIS & BOCKIUS, LLC
          MR. KENNETH M. KLIEBARD
10        77 West Wacker Drive
          Chicago, Illinois 60601
11        Phone:  (312) 324-1000
          E-Mail:  kenneth.kliebard@morganlewis.com
12
               On behalf of Defendant,
13             Deutsche Bank National Trust, as trustee,
               appeared remotely;
14
          MORGAN, LEWIS & BOCKIUS, LLC
15        MR. VICTOR H. CRUZ
          1717 Main Street
16        Suite 3200
          Dallas, Texas 75201
17        Phone:  (214) 466-4000
          E-Mail:  victor.cruz@morganlewis.com
18
               On behalf of Defendant,
19             Deutsche Bank National Trust, as trustee,
               appeared remotely;
20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 5 of 15 PageID #:48386

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021                    Page 4

```
 1   APPEARANCES (Continued):

 2        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
 3        71 South Wacker Drive
          Chicago, Illinois 60606
 4        Phone:  (312) 782-0600
          E-Mail:  dernst@mayerbrown.com
 5
               On behalf of Defendant,
 6             Ocwen Loan Servicing, LLC,
               appeared remotely.
 7
     ALSO PRESENT:
 8
          Mr. Ted Olds, Relman Colfax PLLC,
 9        attended remotely


10
          Mr. Andrew Kim, videographer
11        attended remotely

12                    *    *    *    *    *    *

13

14

15

16

17

18

19

20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 6 of 15 PageID #:48387

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021                    Page 74

1   had -- our methodology was created, it was finalized, it

2   was implemented, we at NFHA -- as we were selecting ZIP

3   codes, first reviewed foreclosure data, as I mentioned,

4   using realtytrac.com to ensure that we were in the ZIP

5   codes that had the highest levels of foreclosure.

6            We would also review the race data, the racial

7   demographics of the ZIP codes.  And as well as race and

8   ethnicity data and foreclosure rate, we would also

9   review home ownership rate, as well as the median

10  household income for each ZIP code.

11       Q.  And you're talking about specifically ZIP

12  codes, and I want to take it out of ZIP codes and talk

13  more broadly about geographic area, so county.

14           You're talking about Prince George's County,

15  and that is the name; it is a county, right?

16       A.  Sure.

17           So I guess more generally, you know, if NFHA

18  was, you know, evaluating, you know, where to target our

19  investigations and say, you know, if we were considering

20  Memphis as a metropolitan area or Providence, Rhode

21  Island as a metropolitan area, we would look to --

22  again, the main pieces of information, that the

23  foreclosure rate for the metropolitan area as a whole

24  compared to the state and the nation, as well as the



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 7 of 15 PageID #:48388

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021 | Page 75

1 racial concentration of communities within that
2 metropolitan area.
3     So that would and did include data such as
4 2010 census demographics. We could have and did review
5 dissimilarity index data, you know, racial data and
6 foreclosure data were the two --
7     (Stenographer clarification.)
8 BY THE WITNESS:
9   A.  -- the two top data sources.
10   Q.  So if the defendants wanted to understand
11 exactly the analysis that was done for each city or
12 county, or, you know, large geographic area that was
13 investigated, you've referenced foreclosure rate as a
14 consideration; is that right?
15   A.  Mm-hmm.
16   Q.  You've also --
17   A.  Yes.
18   Q.  -- referenced racial concentration, and that
19 was a second consideration; is that right?
20   A.  Yes, right.
21   Q.  What other considerations, other than
22 foreclosure rate and racial concentration were
23 evaluated?
24   A.  As we -- as NFHA was -- you know, again, in



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 8 of 15 PageID #:48389

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021 Page 220

1      Q.   What information, if any, did NFHA gather

2   about Deutsche Bank REO properties condition at the time

3   they entered REO status?

4      A.   If you mean do we -- I don't believe we have

5   information on that.

6      Q.   So your answer is, there's no information

7   about the condition of the properties at the time they

8   entered REO?

9      A.   That is correct, there is no -- yeah.  We

10  didn't gather that information.

11     THE WITNESS:  May we have a quick break, a quick

12  bathroom/water break?

13     MS. KRIGSTEN:  Sure.  Of course.

14     THE WITNESS:  Okay.  Time to take it --

15     THE VIDEOGRAPHER:  Time is 3:24 p.m.  We are now

16  going off the record.

17                 (A short break was had.)

18     THE VIDEOGRAPHER:  Time is 3:37 p.m.  We are now

19  going back on the record.

20  BY MS. KRIGSTEN:

21     Q.   So, Ms. Augustine, we were talking about

22  different information collected in the investigation.

23          What information, if any, did NFHA gather from

24  Altisource employees or individuals associated with



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 9 of 15 PageID #:48390

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021    Page 221

1  Altisource, other than Ms. Agnew?

2       A.   I am not aware of any other specific employees

3  from Altisource.

4       Q.   When you say "employees," I want to include

5  vendors also.

6            So are there any other Altisource vendors from

7  whom NFHA obtained information?

8       A.   The vendors -- not other than the vendors that

9  I've already mentioned, that you know, without having

10 names and companies, they could have been Altisource,

11 but I don't know if they were.  But other those, none

12 others come to mind.

13      Q.   And you say "those," but I think the only one

14 I heard was Ms. Agnew, Ms. Nakia Agnew.

15           Was there another one and I missed it?

16      A.   Not any others that I was able to name

17 specifically, but I did mention the property

18 preservation worker that NFHA spoke to in 2009.  And

19 that, just in general, over the years at conferences and

20 trainings, et cetera, NFHA has spoken with other field

21 service vendors, property preservation companies.  Just

22 that, you know, specific names I don't have.

23      Q.   Sure.

24           Any indication that any of those individuals



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 10 of 15 PageID #:48391

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021                    Page 222

1  who you were referring to were vendors for Altisource?
2      A.   No indication at this time, one way or the
3  other.  Just I don't know.  I don't know where they were
4  from.
5      Q.   What information has NFHA gathered from
6  individuals who are other employees or vendors for
7  Ocwen?
8      A.   I don't believe we have gathered any
9  information.
10     Q.   And the same question for Deutsche Bank, what
11 information has NFHA gathered from employees or other
12 individuals associated with Deutsche Bank, or any of the
13 Deutsche Bank defendant names associated in this
14 litigation?
15     A.   I'm sorry.  And I actually want to clarify.
16          NFHA -- I don't know if this would include any
17 meetings that NFHA held with Deutsche Bank, Ocwen,
18 and/or Altisource regarding REO investigation.  I'm
19 sorry, I wasn't thinking of that as the same category.
20          But outside of any of those, you know, HUD
21 complaint-related discussions or otherwise, no other
22 contacts.
23     Q.   And that's a fair -- I'm not trying to trick
24 you here.



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 11 of 15 PageID #:48392

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021    Page 223

1   A.   Right.

2   Q.   I understand that there were those meetings

3  that took place.

4   A.   Sure.

5   Q.   So I just wanted to find out, outside of those

6  official meetings, any information that was gathered.

7   A.   I don't believe so, yeah.

8   MS. KRIGSTEN:  And then I'll have you look at

9  Exhibit 5844.

10   THE WITNESS:  I do have that, yes.

11  BY MS. KRIGSTEN:

12   Q.   So 5844 is an email.  It's from June of 2015.

13  And it looks as if you, Lindsay Augustine, are asking to

14  provide user name and password for an Ocwen

15  representative to look at Deutsche Bank properties.

16        So can you, just taking that first email,

17  explain what that email is, or what you're talking

18  about?

19   A.   Yes.  So this was an email between myself and

20  two employees from the Miami Valley Fair Housing Center.

21  It looks like I CC'd Shanti Abedin as well.  And so

22  Jason Collins and David Lauri are administrators of the

23  REO database that work for Miami Valley Fair Housing

24  Center.  And so any time we needed to create a new user,

Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 12 of 15 PageID #:48393

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021 Page 224

1  we would go through David and staff.

2  And so I believe this email is regarding those

3  meetings that NFHA had, in -- specifically in 2015 with

4  Ocwen, specifically, and we had given an Ocwen

5  representative access to the database.

6  And so here I was asking David Lauri and --

7  the CC is to Jason, I believe -- I was asking David

8  Lauri to create access that would only show Deutsche

9  Bank.

10  So to explain further, as Lindsay Augustine, a

11  NFHA employee, I have access to all lenders.  But

12  because this was an Ocwen representative, related to the

13  Deutsche Bank REO investigation, we only wanted to have

14  access to the -- we agreed upon, which was Tennessee,

15  Florida, Minnesota, and Louisiana for Deutsche Bank.

16  Q.  So when you're referring to an Ocwen

17  representative, do you remember who that person was?

18  A.  I do not.  The login was Ocwen, and so I don't

19  recall who exactly it was given to.  But I think, you

20  know, more than just one person could have used it from

21  Ocwen.  It could have been disseminated, you know, to

22  other people.  But I don't recall exactly who.

23  Q.  And as far as you understand, this was part of

24  an official communication effort with Ocwen.  This



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 13 of 15 PageID #:48394

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021 | Page 225

```
 1   wasn't -- Ocwen -- I'm going to say Ocwen as an entity
 2   knew about this representative getting into the
 3   database?
 4        A.   Yes.  That is correct, yeah.
 5        Q.   So I want to just briefly talk about
 6   marketing.  The second amended complaint makes
 7   allegations about how Deutsche Bank properties were
 8   marketed.
 9             What information -- other than what you've
10   already shared with us, what information did NFHA gather
11   about the marketing of Deutsche Bank REO properties?
12        MR. BRADTKE:  I'll just object to form, because, I
13   mean, there's a sort of gathering going on discovery
14   now, which Lindsay is not part of, but you're asking as
15   part of the investigation, right, Lisa?
16        MS. KRIGSTEN:  Yes.
17        MR. BRADTKE:  Thank you.
18        MS. KRIGSTEN:  I guess, Jim, I'm not following what
19   you're talking about.  What are you ...
20        MR. BRADTKE:  Well, there's discussion -- there
21   were discussions with me about discovery requests for
22   information that would include information about --
23        MS. KRIGSTEN:  Got it.  Got it.  Understand.
24        MR. BRADTKE:  You know what I mean?
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 14 of 15 PageID #:48395

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021    Page 243

```
1   UNITED STATES OF AMERICA              )
    NORTHERN DISTRICT OF ILLINOIS         )
2   EASTERN DIVISION                      )    SS.
    STATE OF ILLINOIS                     )
3   COUNTY OF COOK                        )

4

5              I, April M. Metzler, Certified Shorthand

6   Reporter, Registered Merit Reporter, Certified Realtime

7   Reporter, and Notary Public, do hereby certify that

8   LINDSAY AUGUSTINE was first duly sworn by me to testify

9   to the whole truth and that the above remote videotaped

10  deposition was reported stenographically by me and

11  reduced to typewriting under my personal direction.

12             I further certify that the said videotaped

13  deposition was taken at the time and place specified and

14  that the taking of said deposition commenced on the

15  1st day of October, 2021, at 9:05 a.m. CST.

16             I further certify that I am not a relative or

17  employee or attorney or counsel of any of the parties,

18  nor a relative or employee of such attorney or counsel,

19  nor financially interested directly or indirectly in

20  this action.

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 440-3 Filed: 03/07/25 Page 15 of 15 PageID #:48396

National Fair Housing Alliance vs Deutsche Bank National Trust
Corporate Rep 30(b)(6) NFHA Lindsay Augustine - Vol 1 - 10/01/2021 | Page 244

```
 1        In witness whereof, I have hereunto set my
 2   hand and affixed my seal of office at Chicago, Illinois,
 3   this 13th of October, 2021.
 4
 5
 6              [APRIL M METZLER OFFICIAL SEAL - Notary Public, State of Illinois - My Commission Expires January 24, 2025]           /s/ April M. Metzler
 7
 8              APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
                180 North LaSalle Street
 9              Suite 2800
                Chicago, Illinois 60601
10              Phone:  (312) 236-6936
11
     CSR No. 084-004394
12
```

