# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:18-cv-00839 ) ) Honorable Manish S. Shah |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., | ) ) Magistrate Judge Sidney I. Schenkier ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR CLARIFICATION OF THE COURT'S MARCH 31, 2025 MEMORANDUM OPINION AND ORDER

Defendants Altisource Solutions, Inc., Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc., Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee (collectively "Defendants"), by and through their undersigned counsel, respectfully move for an order granting Defendants' Motion for Clarification finding that "Plaintiffs' inspection results cannot be extrapolated beyond the specific properties inspected to draw conclusions about properties titled to a DB Trustee more broadly." The grounds for this motion are set forth herein and in Defendants' accompanying Memorandum of Law.

**WHEREFORE**, Defendants respectfully request that this Court enter an order granting the motion in favor of Defendants.

[signature on following page]

Dated:  May 21, 2025                                    Respectfully submitted,

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
michael.fakhoury@morganlewis.com

Kurt W. Rademacher (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*

/s/ Debra Bogo-Ernst
Debra Bogo-Ernst
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Drive
Chicago, Illinois 60654-3406
Telephone: (312) 728-9000
dernst@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*

/s/ Nathan Garroway
Nathan Garroway
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

*Counsel for Defendant Altisource Solutions, Inc.*