**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:18-cv-00839 |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR CLARIFICATION
<u>OF THE COURT'S MARCH 31, 2025 MEMORANDUM OPINION AND ORDER</u>**

In their motion for summary judgment (Dkt. 315), Defendants argued that, although it was theoretically possible to design and undertake a statistical study whose results could be extrapolated outside of the sample population, Plaintiffs did *not* do so here. *See* Dkt. 316 at 15-16. On that basis, Defendants sought a ruling limiting Plaintiffs' claims to those specific properties included in Plaintiffs' study. *Id*. at 16. While the Court issued numerous rulings in its March 31, 2025 Memorandum Opinion and Order (Dkt. 442) (the "Order"), it did not rule on this issue (the "Statistical Scope Issue"). Accordingly, Defendants now seek clarification of the Order in this limited respect.

Following the Order, Defendants requested the Court's consent to file this motion for clarification. At a May 13, 2025 status hearing, the Court permitted Defendants to file a motion on this issue, stating: "I will let defendants file what they want to file, and I'll give plaintiffs time to respond to it. My expectation is that it is going to be briefs that say: Here's what's already been briefed. These are not new arguments we're making to you, but we need you to address these points." May 13, 2025 Hr'g Tr. at 16:17-22. Consistent with the Court's instructions, in the following Exhibits Defendants bring to the Court's attention the relevant excerpts of the parties' briefing on the Statistical Scope Issue and refrain from making additional arguments on this issue.

Defendants' entire argument concerning the Statistical Scope Issue in their Memorandum in Support of their Joint Motion for Summary Judgment (Dkt. 316) is reproduced in **Exhibit A** hereto.

Plaintiffs' entire argument concerning the Statistical Scope Issue in their Memorandum in Opposition to Defendants' Joint Motion for Summary Judgment (Dkt. 360) is reproduced in **Exhibit B** hereto.

Defendants' entire argument concerning the Statistical Scope Issue in their Reply Memorandum in Further Support of their Joint Motion for Summary Judgment (Dkt. 408) is reproduced in **Exhibit C** hereto.

Solely on the basis of this prior briefing, Defendants respectfully request that the Court issue a ruling that "Plaintiffs' inspection results cannot be extrapolated beyond the specific properties inspected to draw conclusions about properties titled to a DB Trustee more broadly." Dkt. 316 at 16.[1]

| | |
|---|---|
| Dated: May 21, 2025 | Respectfully submitted, |
| | */s/ Kenneth M. Kliebard* |
| | Kenneth M. Kliebard |
| | Michael W. Fakhoury |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 110 North Wacker Drive, Suite 2800 |
| | Chicago, Illinois 60606-1511 |
| | Telephone: (312) 324-1000 |
| | kenneth.kliebard@morganlewis.com |
| | michael.fakhoury@morganlewis.com |
| | |
| | Kurt W. Rademacher (*pro hac vice*) |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 2222 Market Street |
| | Philadelphia, Pennsylvania 19103-3007 |
| | Telephone: (215) 963-5000 |
| | kurt.rademacher@morganlewis.com |
| | |
| | *Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee* |
| | |
| | */s/ Debra Bogo-Ernst* |
| | Debra Bogo-Ernst |
| | **WILLKIE FARR & GALLAGHER LLP** |

---

[1] In light of the Court's clear but limited directive at the May 13 status hearing and because Defendants are providing the Court with the content of the briefing without additional argument, Defendants respectfully submit that it is unnecessary for Plaintiffs to file a substantive opposition brief.

300 N. LaSalle Drive
Chicago, Illinois 60654-3406
Telephone: (312) 728-9000
dernst@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*

*/s/ Nathan Garroway*
Nathan Garroway
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

*Counsel for Defendant Altisource Solutions, Inc.*