## Exhibit A

Plaintiffs used a half-baked regression analysis to create the false appearance of a disparate impact from Defendants' REO maintenance and marketing policies on minority communities. This flawed "study" utterly failed to analyze a representative sample of properties *within* each geographic area. In fact, Plaintiffs did not randomly select the REO properties included, they did not document or apply consistent selection criteria across the sample, and they conducted inspections over a span of years (rather than within a shorter period to minimize potential variables), all of which requires summary judgment in Defendants' favor on Plaintiffs' disparate impact claims under 42 U.S.C. §§ 3604 and 3605.

Further, because Plaintiffs' sample of properties is not limited to properties titled to the DB Trustees, serviced by Ocwen, or maintained by Altisource, Plaintiffs' claim must be narrowed to the specific properties evaluated by Plaintiffs and cannot be "inferred" outside of those specific tested properties to suggest other disparities elsewhere.

. . .

Defendants' statistical expert, Dr. David Skanderson, concluded that Plaintiffs' inspection results cannot be extrapolated beyond the specific properties inspected to draw conclusions about properties titled to a DB Trustee more broadly. 56.1 Stmt. ¶ 22. Neither of Plaintiffs' statistical or methodology experts purports to rebut this conclusion, and they appear to agree at least tacitly there are limitations on extrapolating conclusions beyond Plaintiffs' sample. Plaintiffs' statistical expert, Dr. Ian Ayres, expressly *disclaimed* any opinion on the representativeness of Plaintiffs' sample. *Id*. Plaintiffs' putative methodology expert, Dr. Timothy Guetterman, agreed that Plaintiffs' sample of properties was *not* selected randomly and, as a result, could not allow one to "infer" conclusions to a larger population, including the individual metropolitan areas from which the properties were selected. *Id*. Guetterman further conceded that he would be "leery" of "generalizing beyond" the exact areas included in Plaintiffs' sample. *Id*.

In the words of their own experts, Plaintiffs failed to use mathematically sound methodologies to select their property sample and, as such, the sample is not representative. Thus, Plaintiffs cannot extrapolate their sample to a broader population of minority properties. To the extent Plaintiffs' claims purport to reach properties outside of the specific REO properties they investigated, such claims should be dismissed.

Dkt. 316 at 15-17.