**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NATIONAL FAIR HOUSING ALLIANCE; HOPE )
FAIR HOUSING CENTER, OPEN )
COMMUNITIES; SOUTH SUBURBAN HOUSING )
CENTER; HOUSING OPPORTUNITIES MADE )
EQUAL OF VIRGINIA; FAIR HOUSING )
OPPORTUNITIES OF NORTHWEST OHIO, INC.; ) Case No. 1:18-cv-00839
FAIR HOUSING CONTINUUM; GREATER NEW )
ORLEANS FAIR HOUSING ACTION CENTER; ) Honorable Manish S. Shah
DENVER METRO FAIR HOUSING CENTER; )
METROPOLITAN MILWAUKEE FAIR HOUSING )
COUNCIL; FAIR HOUSING CENTER OF WEST )
MICHIGAN; THE MIAMI VALLEY FAIR )
HOUSING CENTER; FAIR HOUSING CENTER )
FOR RIGHTS & RESEARCH; FAIR HOUSING )
CENTER OF THE GREATER PALM BEACHES; )
FAIR HOUSING CENTER OF CENTRAL )
INDIANA; CENTRAL OHIO FAIR HOUSING )
ASSOCIATION; HOUSING OPPORTUNITIES )
PROJECT FOR EXCELLENCE, INC.; )
CONNECTICUT FAIR HOUSING CENTER; )
NORTH TEXAS FAIR HOUSING CENTER; and )
FAIR HOUSING ADVOCATES OF NORTHERN )
CALIFORNIA, )
)
Plaintiffs, )
)
v. )
)
DEUTSCHE BANK NATIONAL TRUST, AS )
TRUSTEE; DEUTSCHE BANK TRUST )
COMPANY AMERICAS, AS TRUSTEE; OCWEN )
LOAN SERVICING, LLC.; and ALTISOURCE )
SOLUTIONS, INC., )
)
Defendants. )

**DEFENDANTS' RENEWED *DAUBERT* MOTION AS TO OPINIONS OF STACY**
**SEICSHNAYDRE AND MOTION FOR CLARIFICATION ON DAMAGES ISSUES AND**
**STANDING**

Defendants Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee, Ocwen Loan Servicing, LLC n/k/a Onity Group Inc., and Altisource Solutions, Inc., respectfully renew Defendants' *Daubert* Motion as to the Opinions of Seicshnaydre and move this Court to provide clarification on the requested damages aspects of the Court's April 1, 2025 Memorandum Opinion and Order ("MSJ Ruling") and standing.

Ruling on the *Daubert* Motion as to the Opinions of Seicshnaydre will aid the upcoming mediation and, if necessary, trial. In terms of Defendants' request for clarification, the Court's MSJ Ruling: (i) demonstrates that Seicshnaydre's failure to delineate purported damages for each Plaintiff destroys standing and their alleged frustration of mission damages; and (ii) eliminates categories within Seicshnaydre's frustration of mission damages framework. Accordingly, Plaintiffs cannot recover frustration of mission damages. Finally, Defendants request clarification on standing, given the Court's MSJ Ruling.

The grounds for this motion are set forth more fully in the accompanying brief in support hereof.

**WHEREFORE**, for the foregoing reasons, and those stated in the accompanying memorandum, Defendants respectfully request that this Court enter an order that excludes Seicshnaydre's opinions and related testimony and clarifies damages issues and standing.

Dated: May 21, 2025        Respectfully submitted,

By: */s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
Michael W. Fakhoury
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
michael.fakhoury@morganlewis.com

Kurt W. Rademacher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National*
*Trust Company, as Trustee, and Deutsche Bank*
*Trust Company Americas, as Trustee*

By: */s/ Debra Bogo-Ernst*
Debra Bogo-Ernst
Brandon E. Villa
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 728-9000
dernst@willkie.com
bvilla@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC,*
*n/k/a Onity Group Inc.*

By: */s/ Nathan Garroway*
Nathan Garroway
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

*Counsel for Defendant Altisource Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on May 21, 2025.

/s/ *Debra Bogo-Ernst*