# EXHIBIT 1

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   NATIONAL FAIR HOUSING ALLIANCE, )  Case No. 18 C 839
     et al.,                         )
 4                                   )
                    Plaintiffs,      )
 5                                   )
          v.                         )
 6                                   )
     DEUTSCHE BANK NATIONAL TRUST,   )
 7   as Trustee, et al.,             )  Chicago, Illinois
                                     )  May 13, 2025
 8                  Defendants.      )  9:30 a.m.

 9
             TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
10                BEFORE THE HONORABLE MANISH S. SHAH

11   APPEARANCES:

12   For the Plaintiffs:       SOULE, BRADTKE & LAMBERT
                               BY:  MS. JENNIFER K. SOULE
13                             402 Campbell Street, #100
                               Geneva, Illinois  60134
14
     For Defendants:           WILLKIE FARR & GALLAGHER, L.L.P.
15                             BY:  MS. DEBRA L. BOGO-ERNST
                                    MR. BRANDON E. VILLA
16                             300 N. LaSalle Drive
                               Chicago, Illinois  60654
17
                               MORGAN LEWIS & BOCKIUS, LLP
18                             BY:  MR. KENNETH M. KLIEBARD
                               110 N. Wacker Drive, #2800
19                             Chicago, Illinois  60606

20
     Court Reporter:           COLLEEN M. CONWAY, CSR, RMR, CRR
21                             Official Court Reporter
                               219 S. Dearborn Street, Room 1918
22                             Chicago, Illinois  60604
                               (312) 435-5594
23                             colleen_conway@ilnd.uscourts.gov

24                             * * * * *

25             PROCEEDINGS REPORTED BY STENOTYPE
       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1  you'll have to negotiate with each other, and with the help of
2  the mediator, understanding that these issues may be lingering.
3  　　　　　But it may be a simple answer, which is:  It's all on
4  the table.  Good luck.  But let me see what they have to say,
5  let me see what you have to say, plaintiffs, and then you can
6  go forward.
7  　　　　　MS. BOGO-ERNST:  Your Honor, with respect to the brief
8  that we're allowed to file.  Within the confines of what you
9  just said, are we also allowed to say:  Here's how your summary
10 judgment ruling impacted the *Daubert* motions or the damages?
11 　　　　　THE COURT:  Yes.
12 　　　　　MS. BOGO-ERNST:  Okay.  Thank you.
13 　　　　　THE COURT:  Can you have motions for clarification on
14 file by May 21st?
15 　　　　　MS. BOGO-ERNST:  Yes, Your Honor.
16 　　　　　MR. KLIEBARD:  Yes, Your Honor.
17 　　　　　THE COURT:  How much time would the plaintiffs like to
18 respond?
19 　　　　　MS. SOULE:  Well, Judge, I think they earlier -- I
20 hate to say this, but they earlier said they could get that on
21 file this week.  So if we did do it this week, that would just
22 push it -- I mean, I know we're under a very tight schedule --
23 we could get something on file, then, by the 28th.
24 　　　　　MS. BOGO-ERNST:  I had said within a week, I believe,
25 Your Honor.  If I misstated that.  May 21st would be great.

1 | dates in August.

2 |       THE COURT: My expectation was you're booking all of
3 | these dates.

4 |       MS. BOGO-ERNST: Okay, Your Honor.

5 |       MS. SOULE: I think that's probably wise.

6 |       THE COURT: So book all of those dates.

7 |       The encouragement I can give you to resolve the
8 | mediation in the fall is so that you are not crunched in
9 | Thanksgiving and December of 2025 to prepare for a pretrial
10 | order due in mid-January.

11 | (Counsel nods.)

12 |       THE COURT: So that's my way of putting a thumb on the
13 | scale here to force you to make decisions sooner rather than
14 | later.

15 |       MS. SOULE: Understood, Judge. Thank you so much.

16 |       MS. BOGO-ERNST: Thank you, Your Honor. We appreciate
17 | it.

18 |       THE COURT: Thank you.

19 |       MR. KLIEBARD: Thank you, Your Honor.

20 | (Proceedings concluded at 10:02 a.m.)

              \*    \*    \*    \*    \*

21 |

22 |       I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

23 |

24 |   */s/ Colleen M. Conway, CSR, RMR, CRR*      *05/14/2025*
      Official Court Reporter      Date
    United States District Court

25 |     Northern District of Illinois
      Eastern Division