# EXHIBIT 2

```
1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3
    NATIONAL FAIR HOUSING            )
4   ALLIANCE; HOPE FAIR HOUSING      )
    CENTER, et al.,                  )
5                                    )
                                     )
6                 Plaintiffs,        )
                                     )
7         vs.                        ) No. 1:18-cv-00839
                                     )
8   DEUTSCHE BANK NATIONAL           )
    TRUST, as trustee, et al.,       )
9                                    )
                                     )
10                Defendants.        )

11

12         The Fed. R. Civ. P. Rule 30(b)(6) continued

13   deposition on behalf of National Fair Housing Alliance,

14   called by the Defendants for examination, taken remotely

15   pursuant to notice and pursuant to the Federal Rules of

16   Civil Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   April M. Metzler, Certified Shorthand Reporter,

19   Registered Merit Reporter, Certified Realtime Reporter,

20   and Notary Public, at Washington, D.C., commencing at

21   9:08 a.m. CST on the 13th day of July, 2022.

22

23

24
```



```
1   APPEARANCES:

2        SOULE, BRADTKE & LAMBERT
         MR. JAMES G. BRADTKE
3        402 Campbell Street
         Suite 100
4        Geneva, Illinois 60134
         Phone:  (630) 333-9144
5        E-Mail:  jgbvjd@aol.com

6             On behalf of the Plaintiffs,
              appeared remotely;
7
         DANE LAW LLC
8        MR. STEPHEN DANE
         312 Louisiana Avenue
9        Perrysburg, Ohio 43551
         Phone:  (419) 873-1814
10       E-Mail:  sdane@fairhousinglaw.com

11            On behalf of the Plaintiffs,
              appeared remotely;
12
         DENTONS US LLP
13       MS. LISA KRIGSTEN
         MR. CODY WOOD
14       4520 Main Street
         Suite 1100
15       Kansas City, Missouri 64111
         Phone:  (816) 460-2400
16       E-Mail:  lisa.krigsten@dentons.com
         E-Mail:  cody.n.wood@dentons.com
17
              On behalf of Defendant,
18            Altisource Solutions, Inc.,
              appeared remotely;
19
         MORGAN, LEWIS & BOCKIUS, LLC
20       MR. KURT W. RADEMACHER
         1701 Market Street
21       Philadelphia, Pennsylvania 19103-2921
         Phone:  (215) 963-5000
22       E-Mail:  kurt.rademacher@morganlewis.com

23            On behalf of Defendants,
              Deutsche Bank National Trust, as trustee, and
24            Deutsche Bank Trust Company Americas,
              appeared remotely;
```



```
 1   APPEARANCES (Continued):

 2
         MAYER BROWN LLP
 3       MS. DEBRA L. BOGO-ERNST
         MR. WILLIAM J. McELHANEY, III
 4       MS. LUCY L. HOLIFIELD
         71 South Wacker Drive
 5       Chicago, Illinois 60606
         Phone:  (312) 782-0600
 6       E-Mail:   dernst@mayerbrown.com
         E-Mail:   wmcelhaney@mayerbrown.com
 7       E-Mail:   lholifield@mayerbrown.com

 8            On behalf of Defendant,
         Ocwen Loan Servicing, LLC,
 9       appeared remotely.

10
     ALSO PRESENT:
11
         Ms. Rebecca Sipowicz,
12       Ocwen in-house counsel,
         attended remotely
13
         Mr. Eric Spett,
14       Ocwen Deputy General Counsel,
         attended remotely
15

16                *   *   *   *   *   *

17

18

19

20

21

22

23

24
```



1  this litigation?
2      A.  Deutsche Bank's activities resulted in
3  properties that were deteriorated and blighted in the
4  communities where the neighborhoods where community
11:56:27  5  housing development served.  And so we gave them a
6  grant, in part, to try to mitigate against the
7  deterioration and the destabilization that we were
8  seeing in those neighborhoods.
9      Q.  And was the total grant $100,000?
11:56:51 10      A.  I do not know.
11      Q.  What apportionment would there be for other
12  entities who engaged in discrimination or a grant like
13  this?
14      A.  Well, that's one of the things that we're
11:57:06 15  determining with our experts, so we've hired experts to
16  help us determine that.
17      Q.  So, for example, for this grant, where it says
18  a hundred-thousand-dollar grant was provided, at this
19  moment your testimony is, you're not necessarily asking
11:57:21 20  for $100,000 in frustration of mission from Deutsche
21  Bank; is that right -- or from the defendants in this
22  case, I should say?
23      A.  At this time, I don't know how much we are
24  asking.  We are waiting for our expert analysis to



1  determine that.
2      Q.   What information has been provided to your
3  experts that will help them make that determination?
4      MR. DANE:  Objection.
5  BY THE WITNESS:
6      A.   Well, we have provided information about the
7  investments that we've made.  We've provided information
8  about the results that we saw from our investigation.
9  But the experts are also using their own data and
10 information, and I don't have it -- I don't have -- I
11 don't know what that is.
12     Q.   And the information about the investments that
13 NFHA has made, what type of information is that?
14     A.   I believe we've given them the amount of the
15 investment, and we gave them information about who we
16 gave investment dollars to, and I believe we provided
17 some information about the results of our investigation
18 in those areas.
19     Q.   Did you provide, for example, the applications
20 for the grant?
21     A.   No, we did not.
22     Q.   Do you have the applications for the grant?
23     A.   I believe we do.  I believe so.
24     Q.   For each of the grants listed, would the

```
1   UNITED STATES OF AMERICA        )
    NORTHERN DISTRICT OF ILLINOIS   )
2   EASTERN DIVISION                )    SS.
    STATE OF ILLINOIS               )
3   COUNTY OF COOK                  )
```

I, April M. Metzler, Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public, do hereby certify that LISA RICE was first duly sworn by me to testify to the whole truth and that the above continued remote deposition was reported stenographically by me and reduced to typewriting under my personal direction.

I further certify that the said continued remote deposition was taken at the time and place specified and that the taking of said deposition commenced on the 13th day of July, 2022, at 9:08 a.m. CST.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor financially interested directly or indirectly in this action.



```
 1      In witness whereof, I have hereunto set my
 2  hand and affixed my seal of office at Chicago, Illinois,
 3  this 17th of July, 2022.
 4
 5
 6              [APRIL M METZLER OFFICIAL SEAL Notary Public, State of Illinois
 7               My Commission Expires January 24, 2025]        /s/ April M Metzler
                _____
 8              APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
                180 North LaSalle Street
 9              Suite 2800
                Chicago, Illinois 60601
10              Phone:  (312) 236-6936

11  CSR No. 084-004394
```

