# EXHIBIT 6

**Defendants' Summary of Claimed Frustration of Mission Damage Categories from November 18, 2022 Seicshnaydre Supplement to Expert Report (originally filed at Dkt. 308 at 5)**

| No. | Alleged Category of Impairment to Mission or Lost Opportunities | Alleged Damages as % of Programmatic Staffing Expenses | Alleged Nonpecuniary Or Other Losses |
|---|---|---|---|
| 1 | Impairment of broader mission of overcoming neighborhood stereotypes to achieve housing choice and integration. Dkt. No. 308-2 at 3–4. | 15% of $9,950,000 average programmatic staffing expenses x 4 years = $5,970,000. | "[A]dditional damage sustained by each of the 20 FHOs *could be* $30,000 per year x 4 years, yielding a total of $2,400,000." Dkt. No. 308-2 at 4 (emphasis added). |
| 2 | Impairment of programs designed to train and marshal the housing industry to market and invest in neighborhoods equally. Dkt. 308-2 at 4–5. | 10% of $9,950,000 average Programmatic staffing expenses x 4 years = $3,980,000. | "[A]dditional damage sustained by each of the 20 FHOs *could be* $20,000 per year x 4 years, yielding a total of $1,600,000." Dkt. 308-2 at 5 (emphasis added). |
| 3 | Impairment of services designed to increase access to homeownership and promote equalization/stabilization of neighborhoods. Dkt. 308-2 at 5–6. | 5% of $9,950,000 average Programmatic staffing expenses x 4 years = $1,990,000. | "[A]dditional damage sustained by the FHOs collectively *could be* a multiplier of 1.50 of REO maintenance and marketing expenditures made by these particular Defendants…." = 1.5 x $6,278,441 = $9,417,662. Dkt. 308-2 at 6–7 (emphasis added). |
| 4 | Diminishment of past complaint-based and consumer outreach services. Dkt. 308-2 at 7–8. | 3% of $9,950,000 average programmatic staffing expenses x 4 years = $1,194,000. | "[A]dditional damage sustained by each of the 20 FHOs *could be* $7,500 per year x 4 years, yielding a total of $600,000." Dkt. 308-2 at 8 (emphasis added). |
| 5 | Lost opportunities and special initiatives. Dkt. 308-2 at 8–9. | 20 x $10,000 x 4 years = $800,000 plus another $800,000 = $1,600,000. | "[A]dditional damage sustained by each of the 20 FHOs *could be* $7,500 per year x 4 years, yielding a total of $600,000." Dkt. 308-2 at 9 (emphasis added). |