```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3    NATIONAL FAIR HOUSING          )
      ALLIANCE, et al.,              )  Case No. 18-CV-839
 4                                   )
                    Plaintiffs,      )
 5                                   )  TELEPHONE CONFERENCE
      vs.                            )
 6                                   )
      DEUTSCHE BANK NATIONAL TRUST,  )  Chicago, Illinois
 7    et al.,                        )  Date:  November 17, 2021
                                     )  Time:  9:45 a.m.
 8                  Defendants.      )
     _____
 9
                      TRANSCRIPT OF TELEPHONE CONFERENCE
10                              HELD BEFORE
                  THE HONORABLE JUDGE HARRY D. LEINENWEBER
11                      UNITED STATES DISTRICT JUDGE
     _____
12
                            A P P E A R A N C E S
13

14   For the Plaintiffs:      Jennifer K. Soule, Esq.
                              James G Bradtke, Esq.
15                            Soule, Bradtke & Lambert
                              402 Campbell Street, Suite 100
16                            Geneva, Illinois  60134
                              630-333-9144
17                            (appeared telephonically)

18   For the Deutsche         Kenneth M. Kliebard, Esq.
     Bank Defendants:         Morgan Lewis & Bockius LLP
19                            110 N. Wacker Drive, Suite 2800
                              Chicago, Illinois  60606
20                            312-324-1000
                              (appeared telephonically)
21
     (Appearances continued on the next page.)
22


23


24   COURT REPORTER:          Annette M. Montalvo
                              Official Court Reporter
25                            Office:  312-818-6683
```

1 whether it's important or not on whether the playing field
2 should be made fair.
3     THE COURT: Okay. I'm going to deny the motion.
4     MS. BOGO-ERNST: Your Honor?
5     THE COURT: Seems to me that this case is
6 proceeding -- obviously, if you put in evidence every single
7 parcel of property that these two defendants worked on, you
8 would presumably have a more accurate final record. However,
9 that's not how to proceed, particularly when we're proceeding
10 on a statistics basis. The whole idea of statistics is so
11 that you can avoid this massive amount of data, which is
12 presumably relevant. Obviously, they had every single piece
13 of property, put that before the jury, and had all the
14 information concerning what it -- all the information that the
15 plaintiffs say is collected on the 676 parcels of property,
16 you'd have probably a more accurate record, but it'd take
17 about five years to try the case. And the whole purpose
18 behind the statistics approach is to avoid that.
19     So by introducing an estimated 20,000 properties or
20 even 10,000 or 9,000 properties at this particular stage in
21 the trial, when we're just trying to conclude the expert --
22 excuse me, the fact testimony to proceed to expert, which
23 presumably will take the same approach as Ms. Soule did in her
24 affidavit.
25     So the motion is denied. The motion to strike