IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:18-cv-00839 |
| v. | ) |
| | ) Honorable Manish S. Shah |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF THE
COURT'S MARCH 31, 2025 MEMORANDUM OPINION AND ORDER**

Defendants Altisource Solutions, Inc., Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc., Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee (collectively "Defendants"), by and through their undersigned counsel, respectfully move for leave to file a reply in support of their Motion for Clarification of the Court's March 31, 2025 Memorandum Opinion and Order (Dkt. 451). In their Opposition (Dkt. 455), Plaintiffs disregard the directive of the Court by raising new arguments regarding the Statistical Scope Issue.

"The decision whether to grant a motion for leave" is within the Court's discretion. *In re Dairy Farmers of Am., Inc.*, 80 F. Supp. 3d 838, 857 (N.D. Ill. 2015) (citation omitted). The Court has "broad discretion" to allow such a response. *Sawyer v. Columbia Coll.*, 2010 WL 3081260, at *1 n.1 (N.D. Ill. Aug. 5, 2010). Courts allow parties to file a response because doing so "vouchsafes the aggrieved party's right to be heard and provides the court with the

information necessary to make an informed decision." *Univ. Healthsystem Consortium v. UnitedHealth Grp., Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (citation omitted); *see also Sawyer*, 2010 WL 3081260, at *1 n.1 (allowing response to "enable[] the Court to make more informed rulings on the pending motions"); *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005) (same). Moreover, a response may be needed to respond to an argument in order to avoid a waiver. *See Ennin v. CNH Indus. Am., LLC*, 878 F.3d 590, 595 (7th Cir. 2017).

Plaintiffs' Opposition (Dkt. 455) warrants a short response. When Defendants raised with the Court the issue of this motion, namely that the Court had not ruled in the narrow issue of the reach of Plaintiffs statistical conclusions that had previously been fully briefed by all parties in Defendants' motion for summary judgment (the "Statistical Scope Issue"), the Court advised the parties to adhere strictly in briefing this motion to "what's already been briefed" and requested that they not make any new arguments. May 13, 2025 Hr'g Tr. at 16:19-22; *Univ. Healthsystem*, 68 F. Supp. 3d at 922. Defendants adhered to this guidance by submitting verbatim excerpts of the briefing by all parties on the Statistical Scope issue, and nothing more. *See* Dkt. 451.

In opposing, Plaintiffs pointedly rejected the Court's guidance. While dismissing Defendants prior arguments on the Statistical Scope Issue as, on the one hand, "frivolous," Dkt. 451, Plaintiffs nonetheless submit 8 pages of new arguments they could have, but did not, raise when the Statistical Scope Issue was briefed more than eighteen months ago. Because Plaintiffs have raised new factual and legal arguments in contravention of the Court's express guidance, Defendants respectfully request leave to file a reply brief to address those arguments. A copy of Defendants' provisional reply brief, which at 4 pages is half the length of the new arguments raised by Plaintiffs, is attached hereto as **Exhibit 1**. Defendants request that the Court grant the Motion by directing the Clerk to file the reply. Counsel for Defendants sought the consent of

counsel for Plaintiffs. Plaintiffs oppose this Motion for leave to file and advised Defendants that they intend to file an opposition to this Motion within one day.

    WHEREFORE, for the reasons set forth above, Defendants respectfully request that they be granted leave to file the attached reply, and that the Court direct the Clerk to file the reply, provisionally lodged with this Motion.

Dated:  June 12, 2025                          Respectfully submitted,

<u>/s/ Kenneth M. Kliebard</u>
Kenneth M. Kliebard
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
michael.fakhoury@morganlewis.com

Kurt W. Rademacher (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*

<u>/s/ Debra Bogo-Ernst</u>
Debra Bogo-Ernst
Brandon E. Villa
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Drive
Chicago, Illinois 60654-3406
Telephone: (312) 728-9000
dernst@willkie.com
bvilla@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*

*/s/ Nathan Garroway*
Nathan Garroway
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

*Counsel for Defendant Altisource Solutions, Inc.*