IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST, AS ) <br> TRUSTEE; DEUTSCHE BANK TRUST ) <br> COMPANY AMERICAS, AS TRUSTEE; OCWEN ) <br> LOAN SERVICING, LLC; and ALTISOURCE ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-00839 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, June 26, 2025 at 9:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 1919, 219 S. Dearborn Street, Chicago, Illinois, and shall present **Defendants' Motion for Leave to File Reply in Support of Motion for Clarification of the Court's March 31, 2025 Memorandum Opinion and Order**, a copy of which is attached and hereby served upon you.

[signature on following page]

| | |
|---|---|
| Dated:  June 12, 2025 | Respectfully submitted,<br><br>/s/ Kenneth M. Kliebard<br>Kenneth M. Kliebard<br>Michael W. Fakhoury<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>110 North Wacker Drive, Suite 2800<br>Chicago, Illinois 60606-1511<br>Telephone: (312) 324-1000<br>kenneth.kliebard@morganlewis.com<br>michael.fakhoury@morganlewis.com<br><br>Kurt W. Rademacher (*pro hac vice*)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>2222 Market Street<br>Philadelphia, Pennsylvania 19103-3007<br>Telephone: (215) 963-5000<br>kurt.rademacher@morganlewis.com<br><br>*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*<br><br>/s/ Debra Bogo-Ernst<br>Debra Bogo-Ernst<br>**WILLKIE FARR & GALLAGHER LLP**<br>300 N. LaSalle Drive<br>Chicago, Illinois 60654-3406<br>Telephone: (312) 728-9000<br>dernst@willkie.com<br><br>*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*<br><br>/s/ Nathan Garroway<br>Nathan Garroway (*pro hac vice*)<br>**DENTONS US LLP**<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, Georgia 30308<br>Telephone: (404) 527-4000<br>nathan.garroway@dentons.com<br><br>*Counsel for Defendant Altisource Solutions, Inc.* |