IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | |
| Plaintiffs, | Case No. 18 CV 839 |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | Judge Manish S. Shah |
| Defendants. | Jury Trial Demanded |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF THE COURT'S MARCH 31, 2025 MEMORANDUM OPINION AND ORDER**

Plaintiffs, by their counsel, object to Defendants' Motion for Leave to File Reply as follows:

1. At Defendants' request, the Court entered an Order on May 13, 2025, allowing Defendants to file motions for clarification by May 21, and allowing Plaintiffs until May 30 to respond. (Dkt. 449). The Order unequivocally states: "No reply is permitted." (*Id.*)

2. On May 21, Defendants filed two motions for clarification with supporting memoranda and exhibits: (a) Defendants' Motion for Clarification of the Court's March 31, 2025 Memorandum Opinion and Order (Dkt. Nos. 451 and 451-1 through 451-4, "the Motion for Clarification Regarding Plaintiffs' Statistical Analysis"); and (b) Defendants' Renewed *Daubert* Motion as to Opinions of Stacy Seicshnaydre and Motion for Clarification on Damages Issues and Standing (Dkt. Nos. 452 and 453, "the Motion for Clarification on Damages Issues and Standing"). Defendants' supporting memorandum as to the Motion for Clarification Regarding Plaintiffs' Statistical Analysis basically cobbled together certain excerpts from the parties' summary judgment briefs combined with some commentary. Defendants' supporting memorandum as to the

1

Motion for Clarification on Damages and Standing Issues raised a whole series of new arguments and discussed them in a more narrative fashion.

3. Plaintiffs responded to Defendants' motions on May 29. (Dkt. Nos. 454, 454-1, 455, and 455-1) Two weeks later, on June 12, Defendants' counsel contacted Plaintiffs' counsel and requested that Plaintiffs consent to Defendants filing a reply brief in support of their Motion for Clarification Regarding Plaintiffs' Statistical Analysis.

4. Nothing in Plaintiffs' May 29 Response to Defendants' May 21 Motion warrants the Court undoing its May 13 Order that "No reply is permitted." (Dkt. 449) Plaintiffs' Response to Defendant's Motion for Clarification Regarding Plaintiffs' Statistical Analysis directly responds to Defendants' incorrect, incomplete and obtuse May 21 supporting memorandum. Plaintiffs reference no evidence not already in the record, assert no "new" positions or arguments and attached one exhibit to their memorandum-- a copy of the transcript from the hearing before Judge Leinenweber on November 17, 2022 (Dkt. No. 455-1), which was previously brought to this Court's attention during the Status Hearing on May 13, 2025.

WHEREFORE, the Court should deny Defendants' Motion for Leave to File Reply in Support of Motion for Clarification of the Court's March 31, 2025 Memorandum Opinion and Order.

Respectfully submitted,

/s/ Jennifer K. Soule

| | | |
|---|---|---|
| Jennifer K. Soule | Morgan Williams | Lila Miller |
| James G. Bradtke | Janell Byrd-Chichester | Yiyang Wu |
| Kelly K. Lambert | *National Fair Housing Alliance* | Jennifer Klar |
| Steven P. Schneck | 1331 Pennsylvania Ave, NW, | *Relman Colfax PLLC* |
| *Soule, Bradtke & Lambert* | Ste. 650 | 1225 19th St., N.W., Ste. 600 |
| PO Box 231 | Washington, DC 20004 | Washington, DC 20036 |
| Geneva, IL 60134 | | |

Dated: June 13, 2025