```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING           )
 4   ALLIANCE; HOPE FAIR HOUSING     )
     CENTER, et al.,                 )
 5                                   )
                                     )
 6                  Plaintiffs,      )
                                     )
 7           vs.                     ) No. 1:18-cv-00839
                                     )
 8   DEUTSCHE BANK NATIONAL          )
     TRUST, as trustee, et al.,      )
 9                                   )
                                     )
10                  Defendants.      )

11

12           The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Altisource Solutions, Subject 10, called by

14   the Plaintiffs for examination, taken remotely pursuant

15   to notice and pursuant to the Federal Rules of Civil

16   Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   Melanie E. Kubiak, Certified Shorthand Reporter, at

19   Austin, Texas, commencing at 10:55 a.m. on the 11th day

20   of March, 2021.

21

22

23

24
```



1      Q.   Is it the responsibility of the asset manager

2  or RSC or any person, I guess, within the asset

3  management to ensure that all code violations on their

4  assigned properties are resolved immediately and without

5  fail?

6      A.   Like I said, I don't know.  I know that we do

7  resolve some code violations.  Most are resolved by AFS.

8  Yeah, that's what I do know.

9      Q.   And with respect to the approach to resolution

10  of code violations, has that changed over time since

11  2011?

12      A.   It's my understanding that there are some code

13  violations which are not immediately resolved without

14  fail.

15      Q.   Okay.  Yeah.  Such as what ones?

16      A.   I don't know.

17      Q.   And are some code violations not resolved

18  because of the price of resolving them, cost?

19      A.   I don't believe so.  I don't believe that's

20  the failure.  If anything, I'm aware that in certain

21  cases, we are doing so in order to more expediently just

22  sell the property.  And it doesn't have to do with cost.

23  It has to do with liquidating the property as quickly as

24  possible for maximum value.  Again, I can read that

LEXITAS