```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING          )
 4   ALLIANCE; HOPE FAIR HOUSING    )
     CENTER, et al.,                )
 5                                  )
                                    )
 6              Plaintiffs,         )
                                    )
 7        vs.                       ) No. 1:18-cv-00839
                                    )
 8   DEUTSCHE BANK NATIONAL         )
     TRUST, as trustee, et al.,     )
 9                                  )
                                    )
10              Defendants.         )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Altisource Solutions, Subject 10, called by

14   the Plaintiffs for examination, taken remotely pursuant

15   to notice and pursuant to the Federal Rules of Civil

16   Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   Melanie E. Kubiak, Certified Shorthand Reporter, at

19   Austin, Texas, commencing at 10:55 a.m. on the 11th day

20   of March, 2021.

21

22

23

24
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com



1    Q.   And so with respect to this, was it the case
2    historically or in the past that the real estate owned
3    department may have been another name for the asset
4    management group?
5    A.   Yes, REO Sales.
6    Q.   Okay.  So it was called REO Sales?
7    A.   I believe so.  That sounds familiar with -- I
8    mean, I think I recognize that term.
9    Q.   So I'm going to try to scroll down here to
10   page 4 of 10- -- gee -- 108.  Good.  Luckily I have a
11   hard copy because I can't see that far.  ASI4609.
12           And with respect to this, it says that --
13   there's a paragraph four paragraphs down with some
14   underlined text.  And it says, The objective of the REO
15   department is to maximize disposition gain while
16   minimizing potential losses and expenses for each REO
17   asset.
18           Do you see that?
19   A.   I do.
20   Q.   And is that still the case, that that's the
21   objective of the -- what is now known as asset
22   management?
23   A.   Yes.  And it's referenced, though, it looked
24   like the wording is changed a little bit in a lot of the

```
 1   current versions.  Now, it says, The obligation of
 2   Altisource is to maximize net returns for the client
 3   during the disposition with reduced hold times of
 4   carrying costs.
 5             But I do think -- I do equate those two
 6   statements.
 7        Q.   Okay.  So the carrying costs we discussed
 8   yesterday would be costs formed by Ocwen, I think you
 9   said it was, during the time between the servicing --
10   when servicing of the REO asset starts and the time that
11   its liquidated.
12             Is that what the carrying costs are?
13        A.   Yes.
14        Q.   And so with respect to maximizing disposition
15   gain, is that the gain that would then go to the
16   investor or the owner of the property?
17        A.   It is.
18        Q.   Okay.  And this policy goes on to say, Unlike
19   many organizations, the REO department at Altisource
20   business solution is managed as a profit center versus a
21   cost center.
22             Do you see that?
23        A.   I do.
24        Q.   Is that still the case?
```

