National Fair Housing Alliance vs Deutsche Bank National Trust  C O N F I D E N T I A L
Ocwen 30(b)(6) - Subject 9  - 01/20/2021                            Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
    NATIONAL FAIR HOUSING            )
 4  ALLIANCE; HOPE FAIR HOUSING      )
    CENTER, et al.,                  )
 5                                   )
                                     )
 6              Plaintiffs,          )
                                     )
 7        vs.                        ) No. 1:18-cv-00839
                                     )
 8  DEUTSCHE BANK NATIONAL           )
    TRUST, as trustee, et al.,       )
 9                                   )
                                     )
10              Defendants.          )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13  on behalf of Ocwen Loan Servicing, Subject 9, called by

14  the Plaintiffs for examination, taken remotely pursuant

15  to notice and pursuant to the Federal Rules of Civil

16  Procedure for the United States District Courts

17  pertaining to the taking of depositions, taken before

18  April M. Metzler, Certified Shorthand Reporter,

19  Registered Merit Reporter, Certified Realtime Reporter,

20  and Notary Public, at 12721 Orange Grove Boulevard, West

21  Palm Beach, Florida, commencing at 9:20 a.m. CST on the

22  20th day of January, 2021.

23

24
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com



```
 1   analysis reports done every 30 days?
 2            What did Ocwen do to oversee that from 2010 to
 3   2014?
 4        MS. BOGO-ERNST:  Objection, asked and answered.
 5   BY THE WITNESS:
 6        A.   I do not know.
 7        Q.   If you can look at the subsection on
 8   page 0013448 that is entitled "property condition," do
 9   you see that?
10            The bottom of the numbered page 15.
11        A.   Yes.
12        Q.   The second part of that says -- well,
13   references that:  The party [sic] will be sold as is.
14            Do you see that?
15        A.   That the property will be sold as is?
16            Yes, I do.
17        Q.   And with respect to that, for the time period
18   of 2010 through 2015, was it a policy of Ocwen that --
19   I'm sorry -- I left out the rest of that:  As is
20   where is -- it looks like it's in quotations, and I
21   didn't mean to leave out that second part -- was that
22   Ocwen's policy from 2010 through 2015, to sell all REO
23   properties, including those in the Deutsche Bank trusts,
24   as-is?
```



1  A. Yes.
2  Q. And is that something that has continued to
3 the present?
4  A. Yes, it is.
5  Q. Are there any categories of REO properties in
6 Ocwen's portfolio that are not sold as is where is?
7  MS. BOGO-ERNST: Object to form.
8 BY THE WITNESS:
9  A. There has been what -- from what I recall in
10 my time period, which would have been, you know, '14 to
11 '19, we did do some pilots in regards to repairing the
12 property and selling it as a -- you know, market test,
13 if you will. But it -- our general practice, you know,
14 over the time period is to sell as is.
15  Q. Did the pilot program in terms of repairing
16 and selling, did that stop at some point, did that
17 conclude?
18  A. Yeah, it concluded in -- if I recall, the
19 performance wasn't any better in comparison to an as-is
20 basis.
21  Q. Do you recall when that concluded?
22  A. No, I do not.
23  Q. But it was sometime in 2014 and 2019?
24  A. Yeah. And it was -- and it was a pilot,

312.236.6936
877.653.6736
Fax 312.236.6968
www.lexitaslegal.com

