```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING            )
 4   ALLIANCE; HOPE FAIR HOUSING      )
     CENTER, et al.,                  )
 5                                    )
                                      )
 6               Plaintiffs,          )
                                      )
 7         vs.                        ) No. 1:18-cv-00839
                                      )
 8   DEUTSCHE BANK NATIONAL           )
     TRUST, as trustee, et al.,       )
 9                                    )
                                      )
10               Defendants.          )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Metropolitan Milwaukee Fair Housing

14   Council, called by the Defendants for examination, taken

15   remotely pursuant to notice and pursuant to the Federal

16   Rules of Civil Procedure for the United States District

17   Courts pertaining to the taking of depositions, taken

18   before April M. Metzler, Certified Shorthand Reporter,

19   Registered Merit Reporter, Certified Realtime Reporter,

20   and Notary Public, at Milwaukee, Wisconsin, commencing

21   at 9:02 a.m. CST on the 4th day of March, 2022.

22

23

24
```



Case: 1:18-cv-00839 Document #: 462-4 Filed: 08/28/25 Page 2 of 4 PageID #:48735

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC - 03/04/2022 | Page 137

```
 1        Q.   The top of this page is titled:  MMFHC,
 2   frustration of mission.
 3             Right?
 4        A.   Yes.
 5        Q.   Is there a precise amount of damages that
 6   Metro Milwaukee is claiming for its frustration of
 7   mission?
 8        A.   That hasn't been fully calculated, no.
 9        Q.   Has it been partially calculated?
10        A.   No.
11        Q.   What evidence do you have supporting your
12   frustration of mission damages?
13        A.   Frustration of mission, in addition to the
14   ones that are listed on the complaint or as part of the
15   ones listed on the complaint, include the activities
16   that we had planned.
17             We had planned to have activities that
18   involved designing and carrying out a statewide program
19   for training the real estate industry.  We had been
20   approached by the Milwaukee Board of Realtors to provide
21   training for their members, which are about 3,000
22   members at that time.
23             So we were planning on having Lemuel Eaton,
24   who is or was a licensed real estate broker, and a
```



Case: 1:18-cv-00839 Document #: 462-4 Filed: 08/28/25 Page 3 of 4 PageID #:48736

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC - 03/04/2022 | Page 141

1              So I had mentioned or testified to earlier,
2     the actions that Common Cause [sic] was trying to
3     initiate in our neighborhoods.  The mayor got involved,
4     other people got involved, in developing a foreclosure
5     prevention initiative involving all of the community.
6              Deutsche Bank didn't even participate in many
7     of those activities.  And despite repeated efforts to
8     get Deutsche to be a partner in this and help us with
9     our mission as an organization and help the community,
10    we met with refusal, and it was just out right refusal.
11             The mayor, in fact, wrote a letter to the CEO
12    of Deutsche Bank complaining of the issues going on and
13    hoping to develop a partnership to ameliorate some of
14    the issues that were going on with some of the
15    properties that were boardups and never even got a
16    response from the CEO.
17             So our mission is to make Milwaukee a
18    better -- the better place, no matter how we describe
19    it.  Fair housing provides an opportunity for all people
20    to make decisions, based on what they can afford, and
21    not put people in a situation where their -- if they can
22    afford something, it's not available.
23             So investors purchasing homes, auctions --
24    housing auctions, all of the stuff that Deutsche Bank

Case: 1:18-cv-00839 Document #: 462-4 Filed: 08/28/25 Page 4 of 4 PageID #:48737

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC - 03/04/2022    Page 142

1   engaged in from 2008-2019, all of that time up to the

2   time when we started our investigation in 2012, and it

3   continues to go on, is a frustration of our mission.  We

4   are trying to do the opposite of what Deutsche Bank has

5   been engaged in.

6           And that's a thumbnail of the frustration that

7   we try to describe in our complaint.

8       Q.   Okay.  I want to break that down just a little

9   bit.

10          So you're talking about alleged activities of

11  Deutsche Bank-related to a number of these mission

12  objectives, right?

13      A.   Yes.

14      Q.   Are you talking specifically about Deutsche

15  Bank's maintenance and marketing of REO properties, or

16  are you talking about other Deutsche Bank activities?

17      A.   This instance for this complaint is

18  maintenance and marketing of Deutsche Bank properties.

19      Q.   And all of the ways that you just described,

20  your mission being frustrated, was all of that caused by

21  the maintenance and marketing of REO properties versus

22  other Deutsche Bank activities?

23      A.   In particular, it was the lack of maintenance

24  and marketing of Deutsche Bank properties in