# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., <br><br> Defendants. | Case No. 18 CV 839 <br><br><br> Judge Manish S. Shah <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

Please take notice that on Wednesday, September 3, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manish S. Shah, in room 1919 at the Dirksen Federal Building, 291 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Reconsideration of March 31, 2025 Ruling Regarding the Availability of Injunctive Relief.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing, and Plaintiffs' Motion for Reconsideration of March 31, 2025 Ruling Regarding the Availability of Injunctive Relief, was served upon counsel for all parties of record via the U.S. District Court for the Northern District of Illinois Electronic Filing System on August 28, 2025.

Respectfully submitted,

*/s/ Jennifer K. Soule*

| | |
|---|---|
| Jennifer K. Soule <br> James G. Bradtke <br> Kelly K. Lambert <br> Steven P. Schneck <br> *Soule, Bradtke & Lambert* <br> PO Box 231 <br> Geneva, IL 60134 | Lila Miller <br> Yiyang Wu <br> Jennifer Klar <br> *Relman Colfax PLLC* <br> 1225 19th Street, N.W., Ste. 600 <br> Washington, DC 20036 |
| Janell Byrd-Chichester <br> Morgan Williams <br> *National Fair Housing Alliance* | Stephen M. Dane <br> *Dane Law LLC* <br> P.O. Box 1011 |

1331 Pennsylvania Ave, NW, Ste. 650  Perrysburg OH 43552
Washington, DC 20004

Dated: August 28, 2025