IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al.,<br><br>Defendants. | Case No. 18 CV 839<br><br>Judge Manish S. Shah<br><br>Jury Trial Demanded |

## MOTION FOR STATUS CONFERENCE

Plaintiffs, by their counsel, request that the Court hold a status conference on September 3, 2025, at 9:45 a.m., a date and time otherwise scheduled for presentment of Plaintiffs' Motion for Reconsideration of March 31, 2025 Ruling Regarding the Availability of Injunctive Relief, to discuss next steps following the mediator's termination on August 18, 2025 of the mediation that the Court directed be scheduled through August 20, 2025.

WHEREFORE, Plaintiffs request the Court hold a status conference on September 3, 2025 at 9:45 a.m.

Respectfully submitted,

/s/ *Jennifer K. Soule*

| | |
|---|---|
| Jennifer K. Soule<br>James G. Bradtke<br>Kelly K. Lambert<br>Steven P. Schneck<br>*Soule, Bradtke & Lambert*<br>PO Box 231<br>Geneva, IL 60134<br><br>Janell Byrd-Chichester<br>Morgan Williams | Lila Miller<br>Yiyang Wu<br>Jennifer Klar<br>*Relman Colfax PLLC*<br>1225 19th Street, N.W., Ste. 600<br>Washington, DC 20036<br><br>Stephen M. Dane<br>*Dane Law LLC* |

1

| | |
|---|---|
| *National Fair Housing Alliance* <br> 1331 Pennsylvania Ave, NW, Ste. 650 <br> Washington, DC 20004 | P.O. Box 1011 <br> Perrysburg OH 43552 |

Dated: August 28, 2025