# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

National Fair Housing Alliance, et al.

                          Plaintiff,

v.                                          Case No.: 1:18−cv−00839
                                                                  Honorable Manish S. Shah

Deutsche Bank National Trust, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Hearing on plaintiffs' motion to reconsider and for a status conference is reset to 9/3/25 at 10:00 a.m. and will proceed by telephone. Parties to the case, members of the public, and the media, may participate in/listen to these proceedings by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.