# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

National Fair Housing Alliance, et al.

                              Plaintiff,

v.                                                   Case No.: 1:18−cv−00839
                                                   Honorable Manish S. Shah

Deutsche Bank National Trust, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The motion for status conference [464] is granted and status hearing held. Defendants' response to plaintiffs' motion for reconsideration [462] is due 9/18/25; plaintiffs' reply 9/25/25. Continued status hearing is set for 11/4/25 at 11:00 a.m. in person in Courtroom 1919. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.