**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: National Fair Housing Alliance et al. v. Deutsche Bank et al.    Case Number: 18-cv-839

An appearance is hereby filed by the undersigned as attorney for:
Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.

Attorney name (type or print): Benjamin Halom

Firm: Willkie Farr & Gallagher LLP

Street address: 300 N. LaSalle Dr.

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6347684    Telephone Number: 312-728-9061
(See item 3 in instructions)

Email Address: bhalom@willkie.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 10, 2025

Attorney signature:    S/ *Benjamin Halom*
(Use electronic signature if the appearance form is filed electronically.)
Revised 7/19/2023