IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC. | Judge Manish S. Shah |
| | Jury Trial Demanded |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF KELLY K. LAMBERT**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs hereby respectfully move this Court for leave to withdraw the appearance of Kelly K. Lambert as one of the attorneys of record in this matter. Ms. Lambert's withdrawal will cause no delay or prejudice, as Plaintiffs will continue to be represented by other counsel with appearance on file.

WHEREFORE, Plaintiffs respectfully request that Ms. Lambert's appearance as counsel of record be withdrawn

                                                           Respectfully Submitted,

                                                           */s/ Kelly K. Lambert*

Kelly K. Lambert
Soule, Bradtke & Lambert
PO Box 231
Geneva, IL 60134
Dated September 12, 2025