# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** National Fair Housing Alliance, et al. v. Deutsche Bank National Trust, as Trustee, et al.

**Case Number:** 1:18-cv-00839

An appearance is hereby filed by the undersigned as attorney for:

Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee

**Attorney name (type or print):** Tinos Diamantatos

**Firm:** Morgan, Lewis & Bockius LLP

**Street address:** 110 N. Wacker Drive, Suite 2800

**City/State/Zip:** Chicago, IL 60606-1511

**Bar ID Number:** 6281728
(See item 3 in instructions)

**Telephone Number:** (312) 324-1000

**Email Address:** tinos.diamantatos@morganlewis.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** September 16, 2025

**Attorney signature:** S/ Tinos Diamantatos
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023