# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| | ) Case No. 1:18-cv-00839 |
| v. | )<br>) Honorable Manish S. Shah |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC., | )<br>) Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCES

Pursuant to Local Rule 83.17, Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee (collectively, the "Trustees"), respectfully move this Court for leave to withdraw the appearances of David I. Monteiro and Kevin M. Papay as counsel of record for the Trustees in this proceeding. The Trustees will continue to be represented by their other attorneys of record from Morgan, Lewis & Bockius LLP. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, the undersigned respectfully requests that the Trustees be granted their motion to withdraw the appearances of David I. Monteiro and Kevin M. Papay in this matter.

Dated: September 16, 2025 Respectfully submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
Tinos Diamantatos
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
tinos.diamantatos@morganlewis.com
michael.fakhoury@morganlewis.com

Michael S. Kraut (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
michael.kraut@morganlewis.com

Kurt W. Rademacher (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*
