IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:18-cv-00839 |
| v. ) | |
| ) | Honorable Manish S. Shah |
| DEUTSCHE BANK NATIONAL TRUST, AS ) | |
| TRUSTEE; DEUTSCHE BANK TRUST ) | Magistrate Judge Sidney I. Schenkier |
| COMPANY AMERICAS, AS TRUSTEE; OCWEN ) | |
| LOAN SERVICING, LLC; and ALTISOURCE ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, September 30, 2025 at 9:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 1919, 219 S. Dearborn Street, Chicago, Illinois, and shall present **Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee's Motion for Leave to Withdraw Attorney Appearances**, a copy of which is attached and hereby served upon you.

[signature on following page]

Dated: September 16, 2025 Respectfully submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
Tinos Diamantatos
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
tinos.diamantatos@morganlewis.com
michael.fakhoury@morganlewis.com

Michael S. Kraut (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
michael.kraut@morganlewis.com

Kurt W. Rademacher (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee*