# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., <br><br> Defendants. | Case No. 18 CV 839 <br><br> Judge Manish S. Shah <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

Please take notice that on Thursday, September 25, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manish S. Shah, in room 1919 at the Dirksen Federal Building, 291 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion to Withdraw the appearance of Kelly K. Lambert.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing, and Plaintiffs' Motion to Withdraw the appearance of Kelly K. Lambert, was served upon counsel for all parties of record via the U.S. District Court for the Northern District of Illinois Electronic Filing System on September 16, 2025.

Respectfully submitted,

*/s/ Jennifer K. Soule*

| | |
|---|---|
| Jennifer K. Soule <br> James G. Bradtke <br> Steven P. Schneck <br> *Soule, Bradtke & Lambert* <br> PO Box 231 <br> Geneva, IL 60134 <br><br> Janell M. Byrd <br> Morgan Williams <br> *National Fair Housing Alliance* <br> 1331 Pennsylvania Ave, NW, Ste. 650 <br> Washington, DC 20004 | Lila Miller <br> Yiyang Wu <br> Jennifer Klar <br> *Relman Colfax PLLC* <br> 1225 19th Street, N.W., Ste. 600 <br> Washington, DC 20036 <br><br> Stephen M. Dane <br> *Dane Law LLC* <br> P.O. Box 1011 <br> Perrysburg OH 43552 |

Dated: September 16, 2025