# EXHIBIT 3

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


 NATIONAL FAIR HOUSING            )
 ALLIANCE; HOPE FAIR HOUSING      )
 CENTER, et al.,                  )
                                  )
                                  )
            Plaintiffs,           )
                                  )
       vs.                        ) No. 1:18-cv-00839
                                  )
 DEUTSCHE BANK NATIONAL           )
 TRUST, as trustee, et al.,       )
                                  )
                                  )
            Defendants.           )
```

         The Fed. R. Civ. P. Rule 30(b)(6) continued deposition on behalf of Miami Valley Fair Housing Center, called by the Defendants for examination, taken remotely pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before April M. Metzler, Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public, at Dayton, Ohio, commencing at 9:06 a.m. CST on the 7th day of October, 2021.



```
 1   APPEARANCES:

 2        DANE LAW LLC
          MR. STEPHEN DANE
 3        312 Louisiana Avenue
          Perrysburg, Ohio 43551
 4        Phone:  (419) 873-1814
          E-Mail:  sdane@fairhousinglaw.com
 5
              On behalf of the Plaintiffs,
 6            appeared remotely;

 7        DENTONS US LLP
          MR. NATHAN L. GARROWAY
 8        303 Peachtree Street, NE
          Suite 5300
 9        Atlanta, Georgia 30308
          Phone:  (404) 527-4000
10        E-Mail:  nathan.garroway@dentons.com

11            On behalf of the Defendant,
              Altisource Solutions, Inc.,
12            appeared remotely;

13        DENTONS US LLP
          MS. LISA KRIGSTEN
14        4520 Main Street
          Suite 1100
15        Kansas City, Missouri 64111
          Phone:  (816) 460-2400
16        E-Mail:  lisa.krigsten@dentons.com

17            On behalf of Defendant,
              Altisource Solutions, Inc.,
18            appeared remotely;

19        MORGAN, LEWIS & BOCKIUS, LLC
          MR. KENNETH M. KLIEBARD
20        77 West Wacker Drive
          Chicago, Illinois 60601
21        Phone:  (312) 324-1000
          E-Mail:  kenneth.kliebard@morganlewis.com
22
              On behalf of Defendant,
23            Deutsche Bank National Trust, as trustee,
              appeared remotely;

24
```



```
 1   APPEARANCES (Continued):

 2        MORGAN, LEWIS & BOCKIUS, LLC
          MR. VICTOR H. CRUZ
 3        1717 Main Street
          Suite 3200
 4        Dallas, Texas 75201
          Phone:  (214) 466-4000
 5        E-Mail:  victor.cruz@morganlewis.com

 6             On behalf of Defendant,
               Deutsche Bank National Trust, as trustee,
 7             appeared remotely;

 8        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
 9        71 South Wacker Drive
          Chicago, Illinois 60606
10        Phone:  (312) 782-0600
          E-Mail:  dernst@mayerbrown.com
11
               On behalf of Defendant,
12             Ocwen Loan Servicing, LLC,
               appeared remotely.
13
     ALSO PRESENT:
14
          Mr. Eric Spett,
15        Ocwen Deputy General Counsel,
          attended remotely
16

17
                    *    *    *    *    *    *
18

19

20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-3 Filed: 09/18/25 Page 5 of 11 PageID #:48831

National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. II - 10/07/2021 | Page 276

1  But just so that -- I don't have -- the reason I don't

2  have what I -- if I have anything, it's not going to be,

3  like, an application; is what I'm trying to explain.

4              It's going to be more like, I met with Judy --

5  I can't remember her last name -- who used to be the

6  executive director of the Virginia Kettering Foundation.

7       Q.   So on page 151 of Exhibit 5816 and 152 on the

8  next page, there were a series of bullet points.  We

9  just went through the first one on frustration of

10 mission.

11             For all of the bullet points at the top of

12 page 152, do you have any documentation supporting your

13 alleged frustration of mission damages for these

14 activities?

15      A.   I have documentation that will show what we

16 did using the Wells Fargo money and how we took the

17 money and spread it amongst other nonprofits in the

18 community, like Habitat for Humanity, Rebuilding

19 Together Dayton, people working cooperatively and gave

20 them money to do what they do already, and that is, do

21 these things, repurposing vacant lots, making

22 accessibility modifications so people can stay in their

23 homes longer, and that type of thing.

24             But I did not have the ability to go out and



Case: 1:18-cv-00839 Document #: 480-3 Filed: 09/18/25 Page 6 of 11 PageID #:48832

National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. II - 10/07/2021 | Page 277

1  bring more money in for the inclusive communities fund.
2      Q.   So it sounds like you have documentation
3  showing what you did with the Wells Fargo money.
4           Do you have any other documentation you
5  contend that supports your frustration of mission
6  activities?
7      A.   What type of documentation would you think I
8  would have?
9      Q.   Anything that supports these programs --
10 you're alleging frustration of mission.
11          So how are you going to support that?  What
12 documentation are you going to show to establish that
13 these points that you have here were frustrated because
14 of the REO investigation?
15     MR. DANE:  Object to the form and foundation.
16 BY THE WITNESS:
17     A.   Well, I would plan to do pretty much what I've
18 just done with you, and say, these are the things we
19 immediately did with the money and we would continue to
20 be doing with the money.  I mean, I guess, I could write
21 a note to myself and put it in the file.  But I'm not
22 sure how convincing you or your colleagues would find
23 that to be.
24     Q.   So essentially for the frustration of mission



Case: 1:18-cv-00839 Document #: 480-3 Filed: 09/18/25 Page 7 of 11 PageID #:48833

National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. II - 10/07/2021 | Page 278

1  damages, Miami Valley would be relying on your testimony
2  about things that you could have done?
3      A.   Based upon -- yes, based upon the history of
4  what we have done.
5      Q.   Would Miami Valley be relying on anything else
6  to support the frustration of mission damages it's
7  claiming in the case?
8      MR. DANE:  Objection, form and foundation.
9  BY THE WITNESS:
10     A.   I will have to think about it.  I don't know.
11 I can't remember if we -- I don't know if I've got a
12 letter or anything, you know.  I may have one from the
13 Dayton foundation, I can't remember.
14          And I don't think I was asked for that, like,
15 denials or anything like that, I'm not sure, maybe I
16 was.
17     Q.   Has Miami Valley put a dollar figure or an
18 amount on its frustration of mission damages?
19     A.   No, because we feel like our frustration of
20 mission damages are continuing until the issue is
21 resolved.
22     Q.   Have you put a dollar figure on the
23 frustration of mission damages to date?
24     A.   No.



Case: 1:18-cv-00839 Document #: 480-3 Filed: 09/18/25 Page 8 of 11 PageID #:48834

National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. II - 10/07/2021 | Page 279

1  Q.  Then we get to page 153 of the same exhibit we
2  had been looking at, which is Exhibit 5816:  Lost
3  opportunities.
4      And there's a series of things you list here
5  on page 153 to 155, actually.
6      Does Miami Valley have any documentation
7  related to these lost opportunities that you've listed
8  in your interrogatory responses?
9  A.  Well, like on the first one, the Montgomery
10 County tax officer reentry policy board.  Yes, I think
11 we probably do have -- I know we have something where
12 Commissioner Lieberman and Judge Rice (phonetic) were
13 recruiting John to take a leadership role there, and
14 then his eventual, you know, apology email or letter
15 explaining why he couldn't.
16     The -- the second thing, working with the
17 coalition to start up funding for resolving loan
18 program, this was something that was -- we conceived
19 with -- hold on just a minute -- Center For Independent
20 Living in Dayton, because they came forward when we
21 released the Wells Fargo money and said that they were
22 really frustrated that there had not been a program
23 offered to them that they could use because all of the
24 money that was offered for modifications, based upon



Case: 1:18-cv-00839 Document #: 480-3 Filed: 09/18/25 Page 9 of 11 PageID #:48835

National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. II - 10/07/2021 | Page 280

1  disability, were for people who are homeowners.
2           And what the Center For Independent Living
3  tried to articulate to us was that they had a lot of
4  constituents who needed these type of modifications, but
5  they needed the modifications to be done, not to the
6  properties they own, but properties they rented from.
7  And they really wanted to find a source of funding for
8  that, and they asked us to work with them to do that.
9           So we met with Access Center For Independent
10 Living, Advocates for basically -- authority in HRC in
11 an effort to, you know, make -- think about that and how
12 it could happen, but we were unable to get it off the
13 ground.
14      Q.   And my question was, what documentation do you
15 have related to the lost opportunities that you list on
16 page 153 to 155 of this document.
17          So have you gathered documentation related to
18 these lost opportunities and provided it to your
19 counsel?
20      A.   No, I don't believe we have.
21      Q.   Has Miami Valley put a dollar figure on the
22 lost opportunity damages that it's claiming in this
23 case?
24      A.   No, we have not.



```
1    UNITED STATES OF AMERICA           )
     NORTHERN DISTRICT OF ILLINOIS      )
2    EASTERN DIVISION                   )    SS.
     STATE OF ILLINOIS                  )
3    COUNTY OF COOK                     )

4

5

6              I, April M. Metzler, Certified Shorthand

7    Reporter, Registered Merit Reporter, Certified Realtime

8    Reporter, and Notary Public, do hereby certify that

9    JAMES McCARTHY was first duly sworn by me to testify to

10   the whole truth and that the above remote deposition was

11   reported stenographically by me and reduced to

12   typewriting under my personal direction.

13             I further certify that the said remote

14   deposition was taken at the time and place specified and

15   that the taking of said deposition commenced on the

16   7th day of October, 2021, at 9:06 a.m. CST.

17             I further certify that I am not a relative or

18   employee or attorney or counsel of any of the parties,

19   nor a relative or employee of such attorney or counsel,

20   nor financially interested directly or indirectly in

21   this action.

22

23

24
```



```
 1           In witness whereof, I have hereunto set my
 2   hand and affixed my seal of office at Chicago, Illinois,
 3   this 22nd of October, 2021.
 4
 5
 6
 7                 _____
                   APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
 8                 180 North LaSalle Street
                   Suite 2800
 9                 Chicago, Illinois 60601
                   Phone:  (312) 236-6936
10
11   CSR No. 084-004394
```

