# **EXHIBIT 4**

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING            )
 4   ALLIANCE; HOPE FAIR HOUSING      )
     CENTER, et al.,                  )
 5                                    )
                                      )
 6                  Plaintiffs,       )
                                      )
 7          vs.                       ) No. 1:18-cv-00839
                                      )
 8   DEUTSCHE BANK NATIONAL           )
     TRUST, as trustee, et al.,       )
 9                                    )
                                      )
10                  Defendants.       )

11

12           The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Open Communities, called by the Defendants

14   for examination, taken remotely pursuant to notice and

15   pursuant to the Federal Rules of Civil Procedure for the

16   United States District Courts pertaining to the taking

17   of depositions, taken before April M. Metzler, Certified

18   Shorthand Reporter, Registered Merit Reporter, Certified

19   Realtime Reporter, and Notary Public, at Chicago,

20   Illinois, commencing at 10:07 a.m. CST on the 12th day

21   of January, 2022.

22

23

24
```



```
 1   APPEARANCES:

 2        RELMAN COLFAX PLLC
          MS. YIYANG WU
 3        MS. SOOHYUN CHOI
          MS. GEMMA DONOFRIO
 4        1225 19th Street, N.W.
          Suite 600
 5        Washington, District of Columbia 20036
          Phone:   (202) 728-1888
 6        E-Mail:  ywu@relmanlaw.com

 7             On behalf of the Plaintiffs,
               appeared remotely;
 8
          DENTONS US LLP
 9        MR. NATHAN L. GARROWAY
          303 Peachtree Street, NE
10        Suite 5300
          Atlanta, Georgia 30308
11        Phone:   (404) 527-4000
          E-Mail:  nathan.garroway@dentons.com
12
               On behalf of the Defendant,
13             Altisource Solutions, Inc.,
               appeared remotely;
14
          DENTONS US LLP
15        MR. CODY WOOD
          4520 Main Street
16        Suite 1100
          Kansas City, Missouri 64111
17        Phone:   (816) 460-2400
          E-Mail:  cody.n.wood@dentons.com
18
               On behalf of Defendant,
19             Altisource Solutions, Inc.,
               appeared remotely;
20

21

22

23

24
```



```
 1   APPEARANCES (Continued):

 2       MORGAN, LEWIS & BOCKIUS, LLC
         MR. KENNETH M. KLIEBARD
 3       110 North Wacker Drive
         Chicago, Illinois 60601
 4       Phone:  (312) 324-1000
         E-Mail:  kenneth.kliebard@morganlewis.com
 5
             On behalf of Defendants,
 6           Deutsche Bank National Trust, as trustee, and
             Deutsche Bank Trust Company Americas,
 7           appeared remotely;

 8       MORGAN, LEWIS & BOCKIUS, LLC
         MR. VICTOR H. CRUZ
 9       1717 Main Street
         Suite 3200
10       Dallas, Texas 75201
         Phone:  (214) 466-4000
11       E-Mail:  victor.cruz@morganlewis.com

12           On behalf of Defendants,
             Deutsche Bank National Trust, as trustee, and
13           Deutsche Bank Trust Company Americas,
             appeared remotely;
14
         MORGAN, LEWIS & BOCKIUS, LLC
15       MR. KURT W. RADEMACHER
         1701 Market Street
16       Philadelphia, Pennsylvania 19103-2921
         Phone:  (215) 963-5000
17       E-Mail:  kurt.rademacher@morganlewis.com

18           On behalf of Defendants,
             Deutsche Bank National Trust, as trustee, and
19           Deutsche Bank Trust Company Americas,
             appeared remotely;
20

21

22

23

24
```



```
 1   APPEARANCES (Continued):

 2        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
 3        71 South Wacker Drive
          Chicago, Illinois 60606
 4        Phone:  (312) 782-0600
          E-Mail:  dernst@mayerbrown.com
 5
               On behalf of Defendant,
 6             Ocwen Loan Servicing, LLC,
               appeared remotely.
 7

 8                 *    *    *    *    *    *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-4 Filed: 09/18/25 Page 6 of 10 PageID #:48843

NFHA vs Deutsche Bank National Trust
Christopher Riehlman - 30(b)(6) Corp Rep - Open Communities  - 01/12/2022 | Page 125

1	Q.	Understood.
2		So let's go to the second amended complaint
3	again, Exhibit 5341.
4	A.	Okay.
5	Q.	And so if we're looking at the second amended
6	complaint, paragraph 275 reads:  Defendants' actions
7	have also frustrated the mission and purpose of Open
8	Communities.  As described in greater detail above, Open
9	Communities' mission is to ensure equal housing
10	opportunities and to fight unlawful discrimination and
11	segregation.  Defendants' discriminatory maintenance
12	practices directly impede its efforts and frustrate its
13	mission.
14		Is that an accurate statement of how
15	defendants' conduct impeded Open Communities' mission?
16	   MS. WU:  Objection to form.
17	BY THE WITNESS:
18	A.	It is accurate, but it is not comprehensive.
19	Q.	So what would be the broader description that
20	would encompass the totality of what you claim was
21	frustrated as a result of defendants' conduct?
22	A.	Well, I would say that our mission is pretty
23	accurately described in the complaint.  Our mission is
24	to eradicate housing discrimination, to fight against



1   any sort of policy that landlords, company, banks would
2   have that would prevent individuals from living wherever
3   they want, as well as ensuring that we live in an
4   integrated society and diverse communities; that's what
5   our mission is.
6           And if we were frustrated by Deutsche Bank and
7   Altisource's actions, in a variety of ways.  First of
8   all, it's a direct discrimination and harming our
9   communities.  Additionally, it's harming the communities
10  that we live in by preventing diverse communities.
11  Individuals are unable to live in healthy, well
12  financed, good-looking communities.  People don't want
13  to live in blighted communities.
14          I don't think that's the entirety of the
15  frustration of mission, but that's a start.
16      Q.   I mean, do you want to elaborate?
17      A.   Sure.
18      Q.   Is there --
19      A.   Sure.
20          So when it comes down to our frustration of
21  mission, it's in our name.  We're Open Communities.  We
22  want to look -- we are fighting for diverse communities.
23  People should be able to own homes and be able to build
24  wealth and live in diverse communities.  And when



Case: 1:18-cv-00839 Document #: 480-4 Filed: 09/18/25 Page 8 of 10 PageID #:48845

NFHA vs Deutsche Bank National Trust
Christopher Riehlman - 30(b)(6) Corp Rep - Open Communities - 01/12/2022 | Page 127

1  buildings are left to be blighted and abandoned and so
2  on, it lowers the property values for those who do live
3  there, harming their ability to improve their own home
4  through either refinancing or home equity, lines of
5  credit, and then it prohibits individuals from moving
6  into these neighborhoods as well.
7        So it creates a stagnated group of people
8  living in these areas.
9        So we want vibrant full communities for our
10  clients and for our service area.
11    Q.   Is there anything else that you describe as
12  Open Communities' mission that was frustrated as a
13  result of defendants' conduct?
14    A.   Again, it's direct discrimination in our
15  opinion.  We educate the community of what proper, fair
16  housing procedures are.  And by failing to live up to
17  those standards, it's frustrating the mission of Open
18  Communities by not listening to our education and
19  directly discriminating against our residents.
20    Q.   How did the defendants directly discriminated
21  residents in your service area?
22    A.   By choosing to not to -- choosing to not
23  perform proper maintenance in the communities that need
24  it the most, in the communities that are minority --



```
1    UNITED STATES OF AMERICA          )
     NORTHERN DISTRICT OF ILLINOIS     )
2    EASTERN DIVISION                  )   SS.
     STATE OF ILLINOIS                 )
3    COUNTY OF COOK                    )

4

5

6              I, April M. Metzler, Certified Shorthand

7    Reporter, Registered Merit Reporter, Certified Realtime

8    Reporter, do hereby certify that CHRISTOPHER RIEHLMAN

9    was first duly sworn by me to testify to the whole truth

10   and that the above remote deposition was reported

11   stenographically by me and reduced to typewriting under

12   my personal direction.

13             I further certify that the said remote

14   deposition was taken at the time and place specified and

15   that the taking of said deposition commenced on the

16   12th day of January, 2022, at 10:07 a.m. CST.

17             I further certify that I am not a relative or

18   employee or attorney or counsel of any of the parties,

19   nor a relative or employee of such attorney or counsel,

20   nor financially interested directly or indirectly in

21   this action.

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-4 Filed: 09/18/25 Page 10 of 10 PageID #:48847

NFHA vs Deutsche Bank National Trust
Christopher Riehlman - 30(b)(6) Corp Rep - Open Communities - 01/12/2022 | Page 244

```
 1        In witness whereof, I have hereunto set my
 2   hand and affixed my seal of office at Chicago, Illinois,
 3   this 18th of January, 2022.
 4
 5
 6
 7        _____
          APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
 8        180 North LaSalle Street
          Suite 2800
 9        Chicago, Illinois 60601
          Phone:  (312) 236-6936
10
11   CSR No. 084-004394
```

