# EXHIBIT 5

Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 2 of 8 PageID #:48849

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research - 02/03/2022    Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
      NATIONAL FAIR HOUSING          )
 4    ALLIANCE; HOPE FAIR HOUSING    )
      CENTER, et al.,                )
 5                                   )
                                     )
 6                 Plaintiffs,       )
                                     )
 7          vs.                      ) No. 1:18-cv-00839
                                     )
 8    DEUTSCHE BANK NATIONAL         )
      TRUST, as trustee, et al.,     )
 9                                   )
                                     )
10                 Defendants.       )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Fair Housing Center for Rights and

14   Research, called by the Defendants for examination,

15   taken remotely pursuant to notice and pursuant to the

16   Federal Rules of Civil Procedure for the United States

17   District Courts pertaining to the taking of depositions,

18   taken before April M. Metzler, Certified Shorthand

19   Reporter, Registered Merit Reporter, Certified Realtime

20   Reporter, and Notary Public, at Cleveland, Ohio,

21   commencing at 9:32 a.m. CST on the 3rd day of

22   February, 2022.

23

24
```



Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 3 of 8 PageID #:48850

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research   - 02/03/2022                Page 2

```
 1   APPEARANCES:

 2        RELMAN COLFAX PLLC
          MS. REBECCA LIVENGOOD
 3        MR. TED OLDS
          1225 19th Street, N.W.
 4        Suite 600
          Washington, District of Columbia 20036
 5        Phone:  (202) 728-1888
          E-Mail:  rlivengood@relmanlaw.com
 6        E-Mail:  tolds@relmanlaw.com

 7             On behalf of the Plaintiffs,
               appeared remotely;
 8
          DENTONS US LLP
 9        MR. NATHAN L. GARROWAY
          303 Peachtree Street, NE
10        Suite 5300
          Atlanta, Georgia 30308
11        Phone:  (404) 527-4000
          E-Mail:  nathan.garroway@dentons.com
12
               On behalf of the Defendant,
13             Altisource Solutions, Inc.,
               appeared remotely;
14
          DENTONS US LLP
15        MR. CODY WOOD
          4520 Main Street
16        Suite 1100
          Kansas City, Missouri 64111
17        Phone:  (816) 460-2400
          E-Mail:  cody.n.wood@dentons.com
18
               On behalf of Defendant,
19             Altisource Solutions, Inc.,
               appeared remotely;
20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 4 of 8 PageID #:48851

NFHA vs Deutsche Bank National Trust  
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research - 02/03/2022  Page 3

```
 1   APPEARANCES (Continued):

 2        MORGAN, LEWIS & BOCKIUS, LLC
          MR. KENNETH M. KLIEBARD
 3        110 North Wacker Drive
          Chicago, Illinois 60601
 4        Phone:  (312) 324-1000
          E-Mail:  kenneth.kliebard@morganlewis.com
 5
                On behalf of Defendants,
 6              Deutsche Bank National Trust, as trustee, and
                Deutsche Bank Trust Company Americas,
 7              appeared remotely;

 8        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
 9        71 South Wacker Drive
          Chicago, Illinois 60606
10        Phone:  (312) 782-0600
          E-Mail:  dernst@mayerbrown.com
11
                On behalf of Defendant,
12              Ocwen Loan Servicing, LLC,
                appeared remotely.
13

14
                    *   *   *   *   *   *
15

16

17

18

19

20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 5 of 8 PageID #:48852

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research   - 02/03/2022   Page 158

1   through the "lost opportunities" section as well and

2   detailing the inability of our organization to

3   produce --

4                   (Stenographer clarification.)

5   BY THE WITNESS:

6       A.   -- a report normally produced and detail

7   regarding our community outreach on PDF page 148 and

8   continuing on to page PDF page 149.

9       Q.   The "community outreach" section of the

10  interrogatory response, on PDF page 148 and 149, would

11  the Fair Housing Center have conducted those community

12  outreach efforts regardless of whether it was

13  investigating Deutsche Bank for the REO issues?

14      MS. LIVENGOOD:   Objection, calls for speculation.

15  BY THE WITNESS:

16      A.   Just reviewing the details here, I think I

17  would say yes, but that the -- again, the harm seen in

18  our community as a result of Deutsche Bank and other

19  lenders compelled us to do all of this work, where it

20  was necessary counteraction in connection with Deutsche

21  Bank practices in our area.

22      Q.   Has the Fair Housing Center put a dollar

23  figure on the community outreach damages it's seeking in

24  connection with this lawsuit?



Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 6 of 8 PageID #:48853

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research - 02/03/2022 Page 159

1      A.   I believe some content, specifically community
2  outreach, sections 1 and 2 and a portion of paragraph 4.
3  But paragraphs 1, 2, and portions of 4 are included in
4  our diversion log.
5      Q.   For the portions of the community outreach
6  activities that are not included in the diversion logs,
7  has the Fair Housing Center put a dollar figure on the
8  damages that it's seeking in connection with those
9  community outreach efforts?
10     A.   Have we put a dollar amount on it?
11     Q.   Correct.
12     A.   Is that your question?
13     Q.   Yeah.
14          Do you know what your damages are in
15  connection with those community outreach efforts
16  that are not already included on the diversion log?
17     A.   No, we have not put a dollar amount on that.
18  I understand it to be ongoing.  And at this time, we
19  don't have a number.
20     Q.   Turning -- we're going back in time in the
21  interrogatory response in the lost opportunity section.
22          Has the Fair Housing Center calculated the
23  amount of the damages it's claiming for lost
24  opportunities in connection with the Deutsche Bank REO

Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 7 of 8 PageID #:48854

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research   - 02/03/2022   Page 234

```
1    UNITED STATES OF AMERICA            )
     NORTHERN DISTRICT OF ILLINOIS       )
2    EASTERN DIVISION                    )    SS.
     STATE OF ILLINOIS                   )
3    COUNTY OF COOK                      )

4

5              I, April M. Metzler, Certified Shorthand

6    Reporter, Registered Merit Reporter, Certified Realtime

7    Reporter, and Notary Public, do hereby certify that KRIS

8    KENIRAY was first duly sworn by me to testify to the

9    whole truth and that the above remote deposition was

10   reported stenographically by me and reduced to

11   typewriting under my personal direction.

12             I further certify that the said deposition was

13   taken at the time and place specified and that the

14   taking of said deposition commenced on the 3rd day of

15   February, 2022, at 9:32 a.m. CST.

16             I further certify that I am not a relative or

17   employee or attorney or counsel of any of the parties,

18   nor a relative or employee of such attorney or counsel,

19   nor financially interested directly or indirectly in

20   this action.

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-5 Filed: 09/18/25 Page 8 of 8 PageID #:48855

NFHA vs Deutsche Bank National Trust
Kris Keniray(30)(b)(6) Fair Housing Center for Rights and Research   - 02/03/2022 | Page 235

1     In witness whereof, I have hereunto set my

2  hand and affixed my seal of office at Chicago, Illinois,

3  this 17th of February, 2022.

4

5

6

7

8  _____
   APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
   180 North LaSalle Street
9  Suite 2800
   Chicago, Illinois 60601
10    Phone:  (312) 236-6936

11

   CSR No. 084-004394
12

