# EXHIBIT 7

```
1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3
   NATIONAL FAIR HOUSING            )
4  ALLIANCE; HOPE FAIR HOUSING      )
   CENTER, et al.,                  )
5                                   )
                                    )
6                   Plaintiffs,     )
                                    )
7          vs.                      ) No. 1:18-cv-00839
                                    )
8  DEUTSCHE BANK NATIONAL           )
   TRUST, as trustee, et al.,       )
9                                   )
                                    )
10                  Defendants.     )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13  on behalf of Fair Housing Center of Central Indiana,

14  called by the Defendants for examination, taken remotely

15  pursuant to notice and pursuant to the Federal Rules of

16  Civil Procedure for the United States District Courts

17  pertaining to the taking of depositions, taken before

18  April M. Metzler, Certified Shorthand Reporter,

19  Registered Merit Reporter, Certified Realtime Reporter,

20  and Notary Public, at Indianapolis, Indiana, commencing

21  at 9:58 a.m. on the 23rd day of September, 2021.

22

23

24
```



National Fair Housing Alliance vs Deutsche Bank National Trust
Amy Nelson - 30(b)(6) Corp Rep - Central IN  - 09/23/2021                                    Page 2

```
 1    APPEARANCES:

 2         SOULE, BRADTKE & LAMBERT
           MS. JENNIFER K. SOULE
 3         402 Campbell Street
           Suite 100
 4         Geneva, Illinois 60134
           Phone:  (630) 333-9144
 5         E-Mail:  jsoule@sbllegal.com

 6             On behalf of the Plaintiffs,
               appeared remotely;
 7
 8         DANE LAW LLC
           MR. STEPHEN DANE
           312 Louisiana Avenue
 9         Perrysburg, Ohio 43551
           Phone:  (419) 873-1814
10         E-Mail:  sdane@fairhousinglaw.com

11             On behalf of the Plaintiffs,
               appeared remotely;
12
           RELMAN COLFAX PLLC
13         MS. JENNIFER KLAR
           1225 19th Street, N.W.
14         Suite 600
           Washington, District of Columbia 20036
15         Phone:  (202) 728-1888
           E-Mail:  jklar@relmanlaw.com
16
               On behalf of the Plaintiffs,
17             appeared remotely;

18         DENTONS US LLP
           MR. NATHAN L. GARROWAY
19         303 Peachtree Street, NE
           Suite 5300
20         Atlanta, Georgia 30308
           Phone:  (404) 527-4000
21         E-Mail:  nathan.garroway@dentons.com

22             On behalf of the Defendant,
               Altisource Solutions, Inc.,
23             appeared remotely;


24
```



National Fair Housing Alliance vs Deutsche Bank National Trust
Amy Nelson - 30(b)(6) Corp Rep - Central IN  - 09/23/2021                Page 3

```
1    APPEARANCES (Continued):

2         DENTONS US LLP
          MS. LISA KRIGSTEN
3         4520 Main Street
          Suite 1100
4         Kansas City, Missouri 64111
          Phone:  (816) 460-2400
5         E-Mail:  lisa.krigsten@dentons.com

6              On behalf of Defendant,
               Altisource Solutions, Inc.,
7              appeared remotely;

8         MORGAN, LEWIS & BOCKIUS, LLC
          MR. VICTOR H. CRUZ
9         1717 Main Street
          Suite 3200
10        Dallas, Texas 75201
          Phone:  (214) 466-4000
11        E-Mail:  victor.cruz@morganlewis.com

12             On behalf of Defendant,
               Deutsche Bank National Trust, as trustee,
13             appeared remotely;

14        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
15        MS. JACEY D. NORRIS
          71 South Wacker Drive
16        Chicago, Illinois 60606
          Phone:  (312) 782-0600
17        E-Mail:  dernst@mayerbrown.com
          E-Mail:  jnorris@mayerbrown.com
18
               On behalf of Defendant,
19             Ocwen Loan Servicing, LLC,
               appeared remotely.
20
     ALSO PRESENT:
21        Ms. Rebecca Sipowicz,
          Ocwen in-house counsel, attended remotely
22
          Mr. Eric Spett,
23        Ocwen Deputy General Counsel, attended remotely

24                  *    *    *    *    *    *
```



1  documents for counsel and provided that to them,

2  explaining what we -- what we could not -- what we had

3  foregone under each of those bullet items.

4      Q.   It was sort of a narrative document that you

5  provided to counsel?

6      A.   Correct.  I -- it was a Word document or an

7  Excel spreadsheet, one or the other.

8      Q.   Did you provide any preexisting documentation

9  for your counsel to support the items on page 58 that

10 The Center was forced to forego?

11     A.   What do you mean by "preexisting"?

12     Q.   So stuff that you didn't create for purposes

13 of the litigation.

14          So, you know, there was -- for example, on

15 education, you may have had a PowerPoint that was from a

16 couple years before that.

17          So I want to know, kind of, you know, what did

18 you have in your possession already that you provided to

19 your counsel for support of the things you've foregone

20 on page 58 of Exhibit 5810.

21     A.   I do not remember providing anything at this

22 time.

23     Q.   Ms. Nelson, do you know the amount of damages

24 that The Center is claiming in this lawsuit?

1      A.    I think I saw it on a document.  But memory

2    here, I know that's been provided to me.  It's on a --

3    it's in a document.  But I'd have to look at a document

4    to tell you to be exact.

5      Q.    That's fair.  I just want to make sure I've

6    got the right one.  So let me guess, and you tell me if

7    my guess is right or wrong here.

8            Exhibit 5795.  So is this the document you

9    believe shows the amount of damages that The Center is

10    claiming in this lawsuit?

11      A.    Yes.

12      Q.    And where would we find that in Exhibit 5795?

13      A.    On the last two pages that has the total of

14    the hours and then the total of the out-of-pocket costs.

15      Q.    So in terms of the hours, how much in money is

16    the Center claiming as damages in this lawsuit?

17      A.    As of this record, $24,307.50.

18      Q.    And you say "as of this record," have costs

19    continued -- or have fees continued to accumulate since

20    the preparation of this document?

21      A.    Yes, because I think this document is -- ends

22    at 2020, so, yes.

23      Q.    Do you have any representation in writing of

24    what The Center is claiming in damages after the

1   March 3rd, 2020 entry on Exhibit 5795?

2      A.   Not without pulling that from our time sheet

3   records and, you know, calculating it, no.

4      Q.   And then in terms of the out-of-pocket costs,

5   what does this document show that The Center is claiming

6   as damages in this lawsuit?

7      A.   That's on the last page, and it indicates

8   $47.52.

9      Q.   Do you know if The Center has incurred any

10   additional out-of-pocket expenses since this exhibit,

11   5795, has been prepared?

12      A.   I don't believe we've had any other

13   out-of-pocket because I don't think we've done any other

14   REO site inspections since that 2016 date.

15      Q.   Would you be able to estimate for me --

16   switching back to the fees, what fees have been incurred

17   by The Center since March of 2020?

18      A.   It wouldn't without looking at my documents.

19      Q.   What have you done in this litigation since

20   March of 2020?

21      A.   Meetings with attorneys, gathering information

22   responsive to discovery, production of documents, those

23   email searches, you know, we had to do items such as

24   that -- some conference calls that we have had.



1       Q.    Can you think of anything else, as you sit

2   here?

3       A.    No.

4       Q.    And staying on Exhibit 5795 for a moment, are

5   you sure that all of these time entries relate to the

6   Deutsche Bank investigation?

7       A.    So some of these entries are about our broader

8   REO work as well.

9       Q.    So, for example, on page 1 of Exhibit 5795

10  which is FHCCI 399, there's a reference to a Wells Fargo

11  settlement-related press referencing REOs overall.

12          Do you see that?

13      A.    Yes, I do.

14      Q.    And that's not related to Deutsche Bank,

15  right?

16      A.    We discussed REOs, the issue about REOs.  I

17  don't recall if Deutsche was specifically mentioned or

18  not at this time.

19      Q.    It would be a little strange to mention

20  Deutsche Bank at a Wells Fargo press conference,

21  wouldn't it be?

22      A.    Stranger things have happened.

23      Q.    Do you know if that's on YouTube somewhere as

24  of June 6th, 2013?



National Fair Housing Alliance vs Deutsche Bank National Trust
Amy Nelson - 30(b)(6) Corp Rep - Central IN  - 09/23/2021                    Page 255

```
 1    UNITED STATES OF AMERICA         )
      NORTHERN DISTRICT OF ILLINOIS    )
 2    EASTERN DIVISION                 )     SS.
      STATE OF ILLINOIS                )
 3    COUNTY OF COOK                   )

 4

 5           I, April M. Metzler, Certified Shorthand

 6    Reporter, Registered Merit Reporter, Certified Realtime

 7    Reporter, and Notary Public, do hereby certify that AMY

 8    NELSON was first duly sworn by me to testify to the

 9    whole truth and that the above remote deposition was

10    reported stenographically by me and reduced to

11    typewriting under my personal direction.

12           I further certify that the said deposition was

13    taken at the time and place specified and that the

14    taking of said deposition commenced on the 23rd day of

15    September, 2021, at 9:58 a.m. CST.

16           I further certify that I am not a relative or

17    employee or attorney or counsel of any of the parties,

18    nor a relative or employee of such attorney or counsel,

19    nor financially interested directly or indirectly in

20    this action.

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-7 Filed: 09/18/25 Page 10 of 10 PageID #:48875

National Fair Housing Alliance vs Deutsche Bank National Trust
Amy Nelson - 30(b)(6) Corp Rep - Central IN - 09/23/2021                    Page 256

```
 1              In witness whereof, I have hereunto set my

 2     hand and affixed my seal of office at Chicago, Illinois,

 3     this 7th of October, 2021.

 4

 5

 6

 7

 8                 APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
                   180 North LaSalle Street
 9                 Suite 2800
                   Chicago, Illinois 60601
10                 Phone:  (312) 236-6936

11
       CSR No. 084-004394
12

13

14

15

16

17

18

19

20

21

22

23

24
```

APRIL M METZLER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 24, 2025

