# EXHIBIT 8

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
    NATIONAL FAIR HOUSING         )
 4  ALLIANCE; HOPE FAIR HOUSING   )
    CENTER, et al.,               )
 5                                )
                                  )
 6                 Plaintiffs,    )
                                  )
 7          vs.                   ) No. 1:18-cv-00839
                                  )
 8  DEUTSCHE BANK NATIONAL        )
    TRUST, as trustee, et al.,    )
 9                                )
                                  )
10                 Defendants.    )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13  on behalf of Metropolitan Milwaukee Fair Housing

14  Council, called by the Defendants for examination, taken

15  remotely pursuant to notice and pursuant to the Federal

16  Rules of Civil Procedure for the United States District

17  Courts pertaining to the taking of depositions, taken

18  before April M. Metzler, Certified Shorthand Reporter,

19  Registered Merit Reporter, Certified Realtime Reporter,

20  and Notary Public, at Milwaukee, Wisconsin, commencing

21  at 9:02 a.m. CST on the 4th day of March, 2022.

22

23

24
```



NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 2

```
1    APPEARANCES:

2        DANE LAW LLC
         MR. STEPHEN DANE
3        312 Louisiana Avenue
         Perrysburg, Ohio 43551
4        Phone:  (419) 873-1814
         E-Mail:  sdane@fairhousinglaw.com
5
             On behalf of the Plaintiffs,
6            appeared remotely;

7        RELMAN COLFAX PLLC
         MS. GEMMA DONOFRIO
8        1225 19th Street, N.W.
         Suite 600
9        Washington, District of Columbia 20036
         Phone:  (202) 728-1888
10       E-Mail:  gdonofrio@relmanlaw.com

11           On behalf of the Plaintiffs,
             appeared remotely;
12
         DENTONS US LLP
13       MR. CODY WOOD
         4520 Main Street
14       Suite 1100
         Kansas City, Missouri 64111
15       Phone:  (816) 460-2400
         E-Mail:  cody.n.wood@dentons.com
16
             On behalf of Defendant,
17           Altisource Solutions, Inc.,
             appeared remotely;
18

19

20

21

22

23

24
```



```
 1    APPEARANCES (Continued):

 2         MORGAN, LEWIS & BOCKIUS, LLC
           MS. JANNA A. JOASSAINTE
 3         101 Park Avenue
           New York, New York 10178
 4         Phone:  (212) 309-6000
           E-Mail:  janna.joassainte@morganlewis.com
 5
               On behalf of Defendants,
 6             Deutsche Bank National Trust, as trustee, and
               Deutsche Bank Trust Company Americas,
 7             appeared remotely;

 8         MAYER BROWN LLP
           MS. DEBRA L. BOGO-ERNST
 9         MS. JACEY D. NORRIS
           71 South Wacker Drive
10         Chicago, Illinois 60606
           Phone:  (312) 782-0600
11         E-Mail:  dernst@mayerbrown.com
           E-Mail:  jnorris@mayerbrown.com
12
               On behalf of Defendant,
13             Ocwen Loan Servicing, LLC,
               appeared remotely.
14
      ALSO PRESENT:
15
           Ms. Megan Wanke,
16         Metropolitan Milwaukee Fair Housing Council,
           attended remotely
17
                         *    *    *    *    *    *
18

19

20

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-8 Filed: 09/18/25 Page 5 of 14 PageID #:48880

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 148

1      A.   No.

2      Q.   How were those decisions made?

3      A.   Based on our assessment of what activities

4  were priorities for us, as far as carrying our mission

5  out, and the potential for -- potential for attracting

6  more revenue, identifying additional volunteers for our

7  outreach and education programs, all of those came into

8  play as to what we would have liked to have been doing

9  instead of investigating Deutsche Bank's properties

10  after the many opportunities Deutsche Bank had not to be

11  on this list of defendants.

12      Q.   Were any of those assessments written or were

13  those oral?

14      A.   Oral.

15      Q.   Has Metro Milwaukee put a dollar figure on its

16  lost opportunity damages?

17      A.   Not at this point, no.

18      Q.   If we go down to the next page, which is 162,

19  towards the bottom there's a section titled:  Community

20  outreach.

21           Do you see that?

22      A.   Yes.

23      Q.   And this section just says:  Plaintiffs'

24  summary of diversion of resources will reflect staff



1    time spent on education and outreach activities.

2    Plaintiff further states it will update information

3    regarding education and outreach activities as

4    necessary.

5              Do you see that?

6        A.   Yes.

7        Q.   So does that mean that all of the damages

8    related to community outreach would be included on your

9    diversion summary that we looked at earlier today?

10       A.   No.

11       Q.   What --

12       A.   We're continuing to do community outreach,

13   even as we sit here today.

14       Q.   But as of the end date of that document -- I

15   don't recall it off the top of my head, but would all of

16   the community outreach up until that time be included on

17   your diversion log with the understanding that that will

18   be updated over time?

19       A.   That log will be updated, yes.

20       Q.   But that log would contain all of your

21   community outreach damages?

22       A.   That we can claim, yes.

23       Q.   What types of things are you claiming

24   community outreach damages for?

1      A.    Community outreach would be time, community

2  outreach would be materials, it would be meetings.  We

3  are dependent as an organization -- and to carry our

4  mission out, we're dependent on volunteers.  And unless

5  we have a strong volunteer base and a strong network of

6  community partners, we're unable to fully fulfill our

7  mission.

8          So community outreach is a major part of our

9  frustration of mission.

10     MS. NORRIS:  Can you turn to Exhibit 7289, please.

11     THE WITNESS:  Okay.

12  BY MS. NORRIS:

13     Q.    Do you know what this document is?

14     A.    I can't read it too well, but I'll try to zoom

15  it out.

16     Q.    I had to do about 400 percent.

17     A.    This appears to be a list of contacts,

18  community contacts, conducted during the time periods

19  that are listed in the last column.  And the second

20  column is the person who was, either the lead person at

21  an organization or the person who was spoken to.

22     Q.    And the first date I see listed here is

23  October 29th, 2012; is that right?

24     A.    Correct.



1     Q.   And the final date is March 8th, 2018; is that

2   right?

3     A.   Yes.

4     Q.   Would you consider the organizational contacts

5   listed here to be community outreach?

6     A.   Yes.

7     Q.   Can you tell by looking at this document

8   whether any of this outreach related to Deutsche Bank?

9     A.   Looking at this document and looking at the

10  description of the -- the description of the document,

11  Deutsche Bank would be included in these activities as

12  far as information being provided to these contacts

13  regarding REO issues in Milwaukee.

14    Q.   If you look about halfway down that first

15  page, I don't have real numbers, but there's an entry

16  titled:  U.S. Bank Home Mortgage.

17         Do you see that?

18    A.   Halfway down?

19    Q.   Mm-hmm.  Maybe a little less than halfway.

20  Sorry.

21    A.   A little difficult with this image.  Let's

22  see.

23         Is it above or below SPCA resident?

24         Do you see where that is, 11/20 of 2013?



1      Q.   I'll count the rows.  Hold on.

2      MR. DANE:  Well, this document also appears to be

3   word searchable.  If you want to do that, Bill, just

4   type in "bank," and it will pop up.

5      THE WITNESS:  Nothing happened, Steve.

6      MR. DANE:  Well, try -- it's above "Merrill Park

7   and neighborhood residence."

8      THE WITNESS:  You said that it was -- what was the

9   entry, U.S. Bank Home Mortgage?

10     MS. NORRIS:  Yes, sir.

11     THE WITNESS:  Yes, I see it; 4/8 of 2013.

12   BY MS. NORRIS:

13     Q.   How does that entry relate to Deutsche Bank?

14     A.   This entry does not relate to Deutsche Bank.

15     Q.   What about the next entry here:  Wells Fargo

16   mortgage?

17     A.   That would not relate.

18     Q.   So how can I tell looking at this document

19   which activities, which outreach activities related to

20   Deutsche Bank?

21     A.   You won't be able to tell with this document.

22     Q.   Is there a document that would tell me that?

23     A.   No.  It would have to be the testimony of the

24   people who carried those activities out.



Case: 1:18-cv-00839 Document #: 480-8 Filed: 09/18/25 Page 10 of 14 PageID #:48885

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 153

1          Q.    So there's not a record -- sorry --

2                        (Multiple speakers simultaneously

3                          speaking.)

4    BY THE WITNESS:

5          A.    Not a written record of what was discussed at

6    these meetings, no.

7          Q.    And you, sitting here today, can't tell me

8    which of these meetings involved discussions about

9    Deutsche Bank, right?

10         A.    Not specifically Deutsche Bank, no.

11         MS. NORRIS:  Let's look at Exhibit 7290.

12         THE WITNESS:  I have that.

13   BY MS. NORRIS:

14         Q.    What is this?

15         A.    That is a log for meetings with local groups.

16         Q.    Would you consider --

17         A.    This would be a community contacts list or a

18   presentation list, it appears.

19         Q.    Looking at this document, can you tell if any

20   of these activities involved discussions of Deutsche

21   Bank specifically?

22         A.    I have that there are 56 pages of this

23   document.  And as I testified to earlier, I cannot tell

24   what was discussed at these meetings from this document.



Case: 1:18-cv-00839 Document #: 480-8 Filed: 09/18/25 Page 11 of 14 PageID #:48886

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 154

 1        MS. NORRIS:  Let's look at Exhibit 7292.

 2   BY THE WITNESS:

 3        A.   Okay.

 4        Q.   What type of document is this?

 5        A.   This is a flag -- I'm sorry.  This is a

 6   flyer -- I was trying to say -- either a flyer or a

 7   brochure.  This appears to be a brochure.

 8        Q.   And this is Exhibit 7292?

 9        A.   7292, yes.

10             So I have a document that says Lemuel Eaton,

11   Metropolitan Milwaukee Fair Housing Council of materials

12   log, April 2015.

13             Is that the same one?

14        Q.   Yes.  Okay.

15             So this document relates to the distribution

16   of materials like a flyer; is that what you're saying?

17        A.   Flyers or brochures to community partners.

18        Q.   And it looks like under name of item

19   distributed here, it says:  Red flags of predatory

20   lending.

21             Is that right?

22        A.   Correct.

23        Q.   Is that an REO-specific topic?

24        A.   This is not necessarily an REO-specific topic,



```
1   if this involved a drop-off of those materials to that

2   location.

3        Q.   Are damages being claimed in this litigation

4   for handing out these flyers and brochures?

5        A.   Damages are only being claimed for what we

6   have documentation for as far as diversion.

7        Q.   Sure.

8             Is this documentation of something that

9   represents damages in this litigation?

10       A.   Not unless we had listed it with counsel as to

11  an item that we would charge or consider part of this

12  complaint.

13       Q.   Sitting here today, should this item be part

14  of the complaint?

15       A.   As I'm looking at this, I have no way of

16  describing or telling what the staff person talked to,

17  to the contact person at this drop off.

18            So "material distribution" doesn't mean we

19  just threw it in, like, a newspaper.  We go in and talk

20  to the staff on many occasions.  Staffs of these places,

21  they may have questions for us.  This only lists where

22  the drop-off occurred and not what occurred during the

23  drop-off.

24       Q.   Sure.
```



Case: 1:18-cv-00839 Document #: 480-8 Filed: 09/18/25 Page 13 of 14 PageID #:48888

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 164

```
1    UNITED STATES OF AMERICA        )
     NORTHERN DISTRICT OF ILLINOIS   )
2    EASTERN DIVISION                )    SS.
     STATE OF ILLINOIS               )
3    COUNTY OF COOK                  )

4

5           I, April M. Metzler, Certified Shorthand

6    Reporter, Registered Merit Reporter, Certified Realtime

7    Reporter, and Notary Public, do hereby certify that

8    WILLIAM ROBERT TISDALE was first duly sworn by me to

9    testify to the whole truth and that the above remote

10   deposition was reported stenographically by me and

11   reduced to typewriting under my personal direction.

12          I further certify that the said deposition was

13   taken at the time and place specified and that the

14   taking of said deposition commenced on the 4th day of

15   March, 2022, at 9:02 a.m. CST.

16          I further certify that I am not a relative or

17   employee or attorney or counsel of any of the parties,

18   nor a relative or employee of such attorney or counsel,

19   nor financially interested directly or indirectly in

20   this action.

21

22

23

24
```



Case: 1:18-cv-00839 Document #: 480-8 Filed: 09/18/25 Page 14 of 14 PageID #:48889

NFHA vs Deutsche Bank National Trust
William Robert Tisdale 30 (b)(6) Corp Rep Metro Milwaukee FHC  - 03/04/2022                    Page 165

1          In witness whereof, I have hereunto set my

2     hand and affixed my seal of office at Chicago, Illinois,

3     this 15th of March, 2022.

4

5

6

7

8              APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
               180 North LaSalle Street
9              Suite 2800
               Chicago, Illinois 60601
10             Phone:  (312) 236-6936

11
      CSR No. 084-004394
12

13

14

15

16

17

18

19

20

21

22

23

24

