# EXHIBIT 12

```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


    NATIONAL FAIR HOUSING              )
    ALLIANCE; HOPE FAIR HOUSING        )
    CENTER, et al.,                    )
                                       )
                                       )
                 Plaintiffs,           )
                                       )
          vs.                          ) No. 1:18-cv-00839
                                       )
    DEUTSCHE BANK NATIONAL             )
    TRUST, as trustee, et al.,         )
                                       )
                                       )
                 Defendants.           )
```

          The Fed. R. Civ. P. Rule 30(b)(6) deposition

on behalf of Fair Housing Continuum, called by the

Defendants for examination, taken remotely pursuant to

notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

April M. Metzler, Certified Shorthand Reporter,

Registered Merit Reporter, Certified Realtime Reporter,

and Notary Public, at Ormond Beach, Florida, commencing

at 9:00 a.m. CST on the 3rd day of November, 2021.



```
 1   APPEARANCES:

 2        DANE LAW LLC
          MR. STEPHEN DANE
 3        312 Louisiana Avenue
          Perrysburg, Ohio 43551
 4        Phone:   (419) 873-1814
          E-Mail:  sdane@fairhousinglaw.com
 5
               On behalf of the Plaintiffs,
 6             appeared remotely;

 7        DENTONS US LLP
          MS. LISA KRIGSTEN
 8        4520 Main Street
          Suite 1100
 9        Kansas City, Missouri 64111
          Phone:   (816) 460-2400
10        E-Mail:  lisa.krigsten@dentons.com
          E-Mail:  cody.n.wood@dentons.com
11
               On behalf of Defendant,
12             Altisource Solutions, Inc.,
               appeared remotely;
13
          MORGAN, LEWIS & BOCKIUS, LLC
14        MR. KURT W. RADEMACHER
          1701 Market Street
15        Philadelphia, Pennsylvania 19103-2921
          Phone:   (215) 963-5000
16        E-Mail:  kurt.rademacher@morganlewis.com

17             On behalf of Defendant,
               Deutsche Bank National Trust, as trustee,
18             appeared remotely;

19        MAYER BROWN LLP
          MS. JACEY D. NORRIS
20        71 South Wacker Drive
          Chicago, Illinois 60606
21        Phone:   (312) 782-0600
          E-Mail:  jnorris@mayerbrown.com
22
               On behalf of Defendant,
23             Ocwen Loan Servicing, LLC,
               appeared remotely.
24
                    *    *    *    *    *    *
```



1      THE STENOGRAPHER:  This deposition is being
2 conducted remotely via LegalView of the 30(b)(6) witness
3 of Fair Housing Continuum, by agreement of the parties.
4           Today's date is November 3, 2021, and the time
5 9:00 a.m. Central Standard Time.
6           The witness is located at Ormand Beach,
7 Florida.
8           My name is April Metzler, and I am your
9 Certified and State-Licensed Stenographer, License
10 number 084-004394 available for inspection.
11          At the conclusion of today's proceeding, I
12 will ask that counsel place their orders on the
13 record.  Thank you.
14          Mr. Baade, will you please raise your right
15 hand.
16                    (Witness sworn.)
17     THE STENOGRAPHER:  Very good you may proceed.
18     MS. KRIGSTEN:  Thank you.
19 WHEREUPON:
20                    DAVID BAADE,
21 called as a witness herein, having been first duly
22 sworn, was examined and testified as follows:
23
24



```
 1                DIRECT EXAMINATION
 2   BY MS. KRIGSTEN:
 3       Q.   Good morning, Mr. Baade.  Will you please
 4   state and spell your name.
 5       A.   David Baade, Bravo, Alpha, Alpha, Delta, Echo.
 6       Q.   Are you former military?
 7       A.   Yes, ma'am.
 8       Q.   Okay.
 9                  (Witness videoconference connection
10                   failure.)
11                  (A short break was had.)
12   BY MS. KRIGSTEN:
13       Q.   So, Mr. Baade, you had just said you were in
14   the military.  We'll get to some of your background in a
15   moment.
16            What is your current employment?
17       A.   I am semiretired.
18       Q.   What does "semiretired" mean?
19       A.   We're trying to retire and close The
20   Continuum, but we have to keep our doors open for
21   document production and deposition.
22       Q.   Good to know.
23            That may be why I couldn't find any online
24   presence for The Continuum, would that explain -- okay.
```



1  That helps us.
2          So we'll get into all of that, before we dive
3  in those topics, couple early questions.
4          What is your role at the Fair Housing
5  Continuum?
6      A.  I am the president/CEO.
7      Q.  How long have you been in those roles?
8      A.  I have been at The Continuum for 23 years, and
9  I've been the president and CEO for approximately 20 of
10 those.
11     Q.  Have you ever been deposed before?
12     A.  I believe I have.
13     Q.  How many times?
14     A.  I think once.
15     Q.  What were the circumstances of that?
16     A.  It was a fair housing case.
17     Q.  Do you remember approximately when the
18 deposition took place?
19     A.  I'm going to guess, 2014/2013.
20     Q.  And were you deposed in your individual
21 capacity you as David Baade, or were you in another
22 role?  Do you know?
23     A.  It was at that time executive director of
24 Continuum.



```
 1        Q.   And will you testify -- and maybe you'll
 2   understand this, although, you wouldn't need to know the
 3   nuance of it, sometimes the person can testify as David
 4   Baade, you know, in their personal capacity, and
 5   sometimes as you are today, you are testifying as you
 6   are the company, you are the Fair Housing Continuum
 7   today.
 8        A.   Yes, ma'am.
 9        Q.   Do you remember which of those situations
10   existed in 2014?
11        A.   Yes, ma'am.  I was testifying as the company.
12        Q.   Understood.
13             Have you ever testified in court or before a
14   tribunal?
15        A.   Yes, ma'am.
16        Q.   And what were the circumstances?
17        A.   The same case.
18        Q.   What was that case about?
19        A.   A Disability case.
20             Do you want me to explain it a little more in
21   detail?
22        Q.   Sure, sure.
23        A.   Two young women who were both blind were
24   seeking housing, affordable housing, and they were
```



1  education and outreach would Continuum have had to do?
2      A.   It would depend on what type of education and
3  outreach we wanted to do.  I mean, if we wanted to focus
4  on a specific fair housing subject, such as REO, then it
5  would have been less education and outreach, because it
6  would require more detailed research and study to do.
7  If it was just a continuation of the types of two-hour
8  to four-hour presentations that we already did, then
9  there would probably be quite a few of them.
10     Q.   Understood.
11          So let's go back for a moment.  We may still
12 flip back to the interrogatories, but I want to go back
13 for a moment to Exhibit 6424A.
14     A.   Okay.  Oh, man, you're jumping on me again.
15     Q.   I am.  I am.
16     A.   6424A, yes, ma'am.
17     Q.   So there are many types of -- or many entries
18 related to presentations?
19     A.   Yes.
20     Q.   So you can go through -- and you can see 2012
21 forward, many presentations all the way through, this
22 ends in 20- -- it's April 2017.
23          Are there any presentations that Continuum did
24 that are not included on this exhibit?



1      A.   Yes.

2      Q.   How did Continuum decide which presentations

3  or educational events to include on the exhibit as

4  opposed to ones that it didn't include?

5      A.   Well, I have as the last one in 2018 on

6  page 2965.

7      Q.   I apologize.  I got my -- I had taken my

8  exhibit out and so I was missing a page or two there.

9  Okay.

10      MR. DANE:  If I could also --

11      MS. KRIGSTEN:  Yeah.

12      MR. DANE:  -- point out there's not entirely

13  chronological order here, so there's some references to

14  2019 as well.

15      THE WITNESS:  Okay.  Yeah.  There are up on 964,

16  there's 2019 well.

17      MR. DANE:  But the question still stands, I think.

18  BY MS. KRIGSTEN:

19      Q.   So I guess, I kind of -- let me restate the

20  question just so we're clear?

21          Are there any educational activities,

22  presentation, or educational activities that Continuum

23  undertook that are not included in Exhibit 6424 from

24  2013 forward?



1    A.    Yes, ma'am.

2    Q.    How did you -- because I understand you
3 created this, how did you determine which activities to
4 include as opposed to ones not -- ones that weren't
5 included?

6    A.    Unofficially, we started closing our doors
7 after the first quarter of 2019.  So the only activities
8 we're still doing some contracting, education and
9 outreach, and other things.  But they're more
10 specifically for whatever the contract asks us to talk
11 about.

12         So we aren't necessarily talking about REO
13 issues after the first quarter of 2019.

14    Q.    So let's talk specifically.

15         In 2014, were there any education or outreach
16 activities that Continuum undertook that are not
17 included in Exhibit 6424A?

18    A.    There may have been, but I think I did a
19 pretty exhaustive record of going through each of the
20 quarterly reports and pulling them in.  If I had an
21 after-action report, I logged it.

22    Q.    So every single education or outreach activity
23 undertaken by the organization is included in this
24 exhibit for that year?



1      A.   Yes, I believe so.

2      Q.   To the best of your knowledge?

3      A.   Yes, ma'am.

4      Q.   Is that the same for 2015, that every single
5  activity is included?

6      A.   Yes, ma'am.

7      Q.   And the same for 2016?

8      A.   Yes, ma'am.

9      Q.   And the same for 2017?

10     A.   Yes, ma'am.

11     Q.   There are some -- I'm going to look at 2014,
12 for example.  There are some presentations that -- Well,
13 strike that.

14          Why was every single presentation, education
15 activity, included as related to education and outreach
16 for the REO investigation?

17     A.   Because we were making specific effort to
18 spread the word about, one, the efforts that we had
19 already accomplished; and, two, the efforts that we
20 wanted to accomplish.

21          One of the reasons I asked for the break
22 earlier is because I got angry, when I had to go back in
23 my mind and remember some of those sites of those houses
24 that I went to and what they looked like.  And the Wells



1　Fargo settlement of $1.4 million will never compensate
2　those communities or those individual homeowners for the
3　amount of damage.
4　　　　So we wanted -- every education and outreach
5　opportunity that we did, we wanted to talk about the REO
6　cases.
7　　Q.　And I understand you wanted to talk about the
8　REO cases.
9　　　　At what point did you begin speaking
10　specifically about Deutsche Bank REOs?
11　　A.　Any time after we initiated the Deutsche
12　investigation, then their name would have been included
13　in -- if we rattled off the names.  We didn't always say
14　the names of the banks.  But if we did any time after
15　Deutsche was involved, we would have said that name.
16　　Q.　At what point did Continuum determine that
17　Deutsche Bank had at least allegedly engaged in
18　discriminatory conduct?
19　　A.　That's another good question.
20　　　　So in my quarterly reports, another thing you
21　will find will be a test log.  So every test that we
22　did, whether HUD paid for it or not, was logged on that.
23　And one of the columns is, Did you find cause or did you
24　not find cause of discrimination.



1  UNITED STATES OF AMERICA              )
   NORTHERN DISTRICT OF ILLINOIS         )
2  EASTERN DIVISION                      )    SS.
   STATE OF ILLINOIS                     )
3  COUNTY OF COOK                        )

4

5              I, April M. Metzler, Certified Shorthand

6  Reporter, Registered Merit Reporter, Certified Realtime

7  Reporter, and Notary Public, do hereby certify that

8  DAVID BAADE was first duly sworn by me to testify to the

9  whole truth and that the above remote deposition was

10 reported stenographically by me and reduced to

11 typewriting under my personal direction.

12             I further certify that the said deposition was

13 taken at the time and place specified and that the

14 taking of said deposition commenced on the 3rd day of

15 November, 2021, at 9:00 a.m. CST.

16             I further certify that I am not a relative or

17 employee or attorney or counsel of any of the parties,

18 nor a relative or employee of such attorney or counsel,

19 nor financially interested directly or indirectly in

20 this action.

21

22

23

24



1    In witness whereof, I have hereunto set my
2    hand and affixed my seal of office at Chicago, Illinois,
3    this 16th of November, 2021.
4
5    
6    [APRIL M METZLER OFFICIAL SEAL Notary Public, State of Illinois My Commission Expires January 24, 2025]
7
8    _____
     APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
     180 North LaSalle Street
9    Suite 2800
     Chicago, Illinois 60601
10   Phone:  (312) 236-6936
11
     CSR No. 084-004394
12
13
14
15
16
17
18
19
20
21
22
23
24

