# EXHIBIT 14

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING          )
 4   ALLIANCE; HOPE FAIR HOUSING    )
     CENTER, et al.,                )
 5                                  )
                                    )
 6                 Plaintiffs,      )
                                    )
 7         vs.                      ) No. 1:18-cv-00839
                                    )
 8   DEUTSCHE BANK NATIONAL         )
     TRUST, as trustee, et al.,     )
 9                                  )
                                    )
10                 Defendants.      )

11

12              The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Central Ohio Fair Housing Association,

14   called by the Defendants for examination, taken remotely

15   pursuant to notice and pursuant to the Federal Rules of

16   Civil Procedure for the United States District Courts

17   pertaining to the taking of depositions, taken before

18   April M. Metzler, Certified Shorthand Reporter,

19   Registered Merit Reporter, Certified Realtime Reporter,

20   and Notary Public, at Dayton, Ohio, commencing at

21   9:32 a.m. CST on the 14th day of March, 2022.

22

23

24
```



```
1   APPEARANCES:

2        DANE LAW LLC
         MR. STEPHEN DANE
3        312 Louisiana Avenue
         Perrysburg, Ohio 43551
4        Phone:  (419) 873-1814
         E-Mail:  sdane@fairhousinglaw.com
5
             On behalf of the Plaintiffs,
6            appeared remotely;

7        DENTONS US LLP
         MS. SARAH HANNAH PHILLIPS
8        303 Peachtree Street, NE
         Suite 5300
9        Atlanta, Georgia 30308
         Phone:  (404) 527-4000
10       E-Mail:  sarahhannah.phillips@dentons.com

11           On behalf of the Defendant,
             Altisource Solutions, Inc.,
12           appeared remotely;

13       MORGAN, LEWIS & BOCKIUS, LLC
         MR. VICTOR H. CRUZ
14       1717 Main Street
         Suite 3200
15       Dallas, Texas 75201
         Phone:  (214) 466-4000
16       E-Mail:  victor.cruz@morganlewis.com

17           On behalf of Defendants,
             Deutsche Bank National Trust, as trustee, and
18           Deutsche Bank Trust Company Americas,
             appeared remotely;

19

20

21

22

23

24
```



```
 1   APPEARANCES (Continued):

 2        MAYER BROWN LLP
          MS. DEBRA L. BOGO-ERNST
 3        MR. WILLIAM J. McELHANEY, III
          71 South Wacker Drive
 4        Chicago, Illinois 60606
          Phone:  (312) 782-0600
 5        E-Mail:  dernst@mayerbrown.com
          E-Mail:  wmcelhaney@mayerbrown.com
 6
              On behalf of Defendant,
 7            Ocwen Loan Servicing, LLC,
              appeared remotely.
 8

 9                 *    *    *    *    *    *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```



 1  operating members must:  "Maintain full-time staff

 2  dedicated to complaint intake, investigation, and

 3  testing of fair housing allegations."

 4          Right?

 5      A.  Yes.

 6      Q.  Does COFHA have any full-time employees

 7  currently?

 8      A.  No.

 9      Q.  Did NFHA ever revoke COFHA's status as a

10  member organization due to this change?

11      A.  No, not to my knowledge.

12      Q.  Page 19 says that COFHA makes budgets each

13  year, right?

14      A.  I'm trying to get there.

15      Q.  No rush.  Section 1 under Article 8.

16      A.  Is that in the code of regulations?

17      Q.  It says page 19 of the PDF, under:  Financial

18  obligations.

19      A.  I'm at a little bit of a disadvantage because

20  the viewer doesn't show -- oh, okay.  Now, I see page

21  number.  Let me look here.

22          What was the article again?

23      Q.  Article 8.

24      A.  Yes.



1      Q.   Were these given to your counsel to be

2   produced in this litigation?

3      A.   Yes, they were.

4      Q.   How long has COFHA been a member organization

5   of NFHA, since the beginning of this agreement?

6      A.   Yes.

7      Q.   Who from COFHA would be responsible for

8   completing NFHA applications?

9      A.   I would.

10     Q.   Does COFHA pay any money to the National Fair

11  Housing Alliance annually to be a member?

12     A.   The membership dues is based upon the budget

13  of your organization, and so, yes, there's a

14  membership -- there's an annual membership fee that each

15  organization is asked to pay.

16     Q.   How many times in the last ten years has COFHA

17  worked with NFHA on an investigation?

18     A.   I'm not sure.

19     Q.   Would there be a database that would store

20  this information?

21     A.   That would store -- you mean where I could

22  find that out?  Yes.

23     Q.   Has COFHA entered into any contracts, letters

24  of understanding, or memorandums of understanding with



1  NFHA related to the REO investigation?
2      A.   There is a common interest agreement that we
3  have.
4      Q.   Where are COFHA's offices?
5      A.   There are -- they're no longer our "COFHA
6  offices."  All of the mail and that type of thing is
7  sent here to Miami Valley Fair Housing Center now.  When
8  we were unable to continue receiving funding through
9  HUD, we then essentially closed the office that we had
10 there, laid off the full-time employees that we had, and
11 we brought all of the files and things here.
12     Q.   Do you remember the office address of COFHA
13 prior to closing down your offices?
14     A.   Well, 175, I think it's, East 3rd Street -- I
15 don't remember the suite number -- Columbus, Ohio 43215.
16     Q.   What is the mission of this the Central Ohio
17 Fair Housing Association?
18     A.   It is very similar to Miami Valley Fair
19 Housing Center's mission, and that is to eliminate
20 housing discrimination, ensure equal housing
21 opportunity.
22     Q.   Would there be somewhere that we could find
23 the exact mission statement of COFHA?
24     A.   Well, it may be in this packet, and it is on



1  COFHA's website, I believe.

2     Q.   I'll represent to you, we weren't able to find

3  it on the COFHA website.  There was, kind of, a notice

4  that COFHA no longer had full-time staff, but it seemed

5  like the majority of the issue was archived.  We can

6  come back to this if we decide if we need to find the

7  exact version.

8     A.   I can tell you that in the exhibit that we're

9  currently looking at, it's a memo to the National Fair

10  Housing Alliance membership services committee from me,

11  dated June 12th of 2016.  This is on page 8 of the

12  document.  And it says that:  COFHA's mission is to

13  eliminate housing discrimination and ensure equal

14  housing opportunity for all people in our region.

15     Q.   So that would be the mission statement to this

16  then?

17     A.   Yes.

18     Q.   Okay.  Thank you.

19     Are there any goals of the Central Ohio Fair

20  Housing Association?

21     A.   Well, we -- I'm not sure what you're -- you

22  mean goals that we set recently?

23     Q.   Yeah.  Sure.

24     Or do you have any planning materials that you



1   would consult to determine any goals or strategy that
2   you want to achieve, either when you created the
3   organization or on an annual basis?
4        A.   I honestly don't remember if we got that far
5   into the process with the organization.  We were not as
6   successful as we hoped to be in attracting resources
7   from the City of Columbus or Franklin County, and so we
8   were dependent on HUD funding and the funding Miami
9   Valley could share with COFHA.
10            We did get a small contribution from the City
11  of Columbus for a very -- for a specific education and
12  outreach presentation that we did in Columbus.
13       Q.   Did COFHA ever create any annual reports?
14       A.   I don't believe we did any annual reports, no.
15       Q.   And you testified earlier that you are the
16  current president and CEO of COFHA, correct?
17       A.   Yes.
18       Q.   Did you produce any resumes, CVs, or job
19  descriptions for the various roles within COFHA to your
20  attorneys?
21       A.   Tell me again, run through the list of what
22  you asked?
23       Q.   Sure.
24            Resumes, CVs, or job descriptions.



1      A.    And for myself, or ...

2      Q.    Yeah, yourself or any other COFHA employees.

3      A.    I don't recall.  I know that there were --
4  there was a job description for the fair housing
5  specialist that we hired full time to work in Columbus.
6  I would imagine we produced it, if you asked for it.  I
7  mean, if you asked for it, we would have produced it.

8      Q.    Have you been the president and CEO of COFHA
9  since it was founded?

10     A.    Yes.

11     MR. McELHANEY:  Can you please open Exhibit 6624.

12     THE WITNESS:  Yes, I have that.

13 BY MR. McELHANEY:

14     Q.    So this is a letter from one of your
15 attorneys, right?

16     A.    Yes.

17     Q.    And you are the only person listed from COFHA
18 as likely to be a witness, correct?

19     A.    Yes.

20     MR. McELHANEY:  So you can close that document.

21 BY MR. McELHANEY:

22     Q.    Could you --

23                    (Multiple speakers simultaneously
24                     speaking.)



1          MR. McELHANEY:  Sorry.

2          THE WITNESS:  No, that's all right.  Excuse me.

3    BY MR. McELHANEY:

4        Q.   Could you please describe the current

5    organizational structure of COFHA.

6        A.   Well, we have a volunteer board that convenes

7    when we need them to convene, but we do not meet

8    regularly.

9        Q.   Are the members of the COFHA board different

10   than the members of the Miami Valley Fair Housing Center

11   board?

12       A.   There are -- there is overlap of Miami Valley

13   Fair Housing board and the COFHA board, but then there

14   are additional Columbus area people who are members of

15   the COFHA board.

16       Q.   Got it.

17            So as to the reporting structure of COFHA, do

18   you report to the board of directors?

19       A.   Of COFHA?

20       Q.   (Nodding.)

21       A.   We have not convened, so I have not reported

22   to them, no.

23       Q.   When is the last time that the board of

24   directors for COFHA has convened?



1  UNITED STATES OF AMERICA            )
   NORTHERN DISTRICT OF ILLINOIS       )
2  EASTERN DIVISION                    )    SS.
   STATE OF ILLINOIS                   )
3  COUNTY OF COOK                      )

4

5          I, April M. Metzler, Certified Shorthand

6  Reporter, Registered Merit Reporter, Certified Realtime

7  Reporter, and Notary Public, do hereby certify that

8  JAMES McCARTHY was first duly sworn by me to testify to

9  the whole truth and that the above remote deposition was

10 reported stenographically by me and reduced to

11 typewriting under my personal direction.

12         I further certify that the said deposition was

13 taken at the time and place specified and that the

14 taking of said deposition commenced on the 14th day of

15 March, 2022, at 9:32 a.m. CST.

16         I further certify that I am not a relative or

17 employee or attorney or counsel of any of the parties,

18 nor a relative or employee of such attorney or counsel,

19 nor financially interested directly or indirectly in

20 this action.

21

22

23

24



1        In witness whereof, I have hereunto set my

2   hand and affixed my seal of office at Chicago, Illinois,

3   this 7th of April, 2022.

4

5       [Notary seal: APRIL M METZLER OFFICIAL SEAL, Notary Public, State of Illinois, My Commission Expires January 24, 2025]        /s/ April M Metzler

6

7

8        _____
         APRIL M. METZLER, CSR, RMR, CRR, CRC, FCRR
         180 North LaSalle Street
9        Suite 2800
         Chicago, Illinois 60601
10       Phone:  (312) 236-6936

11
    CSR No. 084-004394
12

