# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

National Fair Housing Alliance, et al.
                              Plaintiff,

v.                                          Case No.: 1:18−cv−00839
                                            Honorable Manish S. Shah

Deutsche Bank National Trust, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

    MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, the motion for reconsideration [462] is denied. By 11/5/25, the parties shall submit their pretrial scheduling proposals to proposed_order_shah@ilnd.uscourts.gov. A special panel of potential jurors will be requested for trial, with jury selection to begin on 2/3/26 at 9:30 a.m. Continued status hearing is set for 11/13/25 at 11:00 a.m. Counsel requesting to appear by telephone may contact susan_mcclintic@ilnd.uscourts.gov. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.