**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

National Fair Housing Alliance, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00839
Honorable Manish S. Shah

Deutsche Bank National Trust, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiffs' position statement on jury selection is due 11/21/25; defendants shall respond by 12/2/25; and no reply is permitted. Off the record settlement conference held. Plaintiffs shall provide a settlement proposal to defendants by 11/17/25. Defendants shall respond by 11/24/25. By 11/26/25, the parties shall each email a summary of their settlement positions to proposed_order_shah@ilnd.uscourts.gov. The initial pretrial conference hearing remains set for 12/16/25 at 1:30 p.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.