## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

National Fair Housing Alliance, et al.

                                                          Plaintiff,

v.                                                                                          Case No.: 1:18−cv−00839
                                                                                                           Honorable Manish S. Shah

Deutsche Bank National Trust, et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

       MINUTE entry before the Honorable Manish S. Shah: Pretrial conference held. The pretrial filing deadlines remain as set. Off−the−record settlement discussions held. The court will set a date for a final pretrial conference after reviewing the forthcoming motions in limine, and the court may contact counsel for additional settlement discussions in early January. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.