# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00839<br><br><br><br><br><br><br><br>Judge Manish S. Shah |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF DEBRA BOGO-ERNST IN SUPPORT OF
DEFENDANTS' MOTIONS IN LIMINE**

I, Debra Bogo-Ernst, declare:

1. I am an attorney duly admitted to practice in the State of Illinois and to the bar of this Court. I am a partner with the law firm of Willkie Farr & Gallagher LLP and counsel of record for Defendant Ocwen Loan Servicing, LLC. The facts herein stated are true to my personal knowledge and call I could and would testify competently thereto. The documents attached hereto, identified specifically below, were retrieved at my direction from the files and records of this action.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' Proposed Statement of Uncontested Facts, which was served on Defendants on December 5, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the transcript of the November 17, 2021 deposition of South Suburban Housing Center.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt from the transcript of the November 3, 2021 deposition of Fair Housing Continuum.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of the February 9, 2022 deposition of Connecticut Fair Housing Center.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt from the transcript of the March 8, 2022 deposition of Louisiana Fair Housing Action Center.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt from the transcript of the February 1, 2022 deposition of Housing Opportunities Project For Excellence.

8. Attached as **Exhibit 7** is a true and correct copy of an excerpt from the transcript of the February 3, 2022 deposition of Fair Housing Center for Rights and Research.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpt from the transcript of the January 27, 2022 deposition of Fair Housing Advocates of Northern California.

- 3 -

10. Attached as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the March 4, 2022 deposition of Metropolitan Milwaukee Fair Housing Council.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the February 1, 2022 deposition of Housing Opportunities Made Equal of Virginia.

12. Attached as **Exhibit 11** is a true and correct copy of an excerpt from the transcript of the March 14, 2022 deposition of Central Ohio Fair Housings Association.

13. Attached as **Exhibit 12** is a true and correct copy of a document produced by Plaintiffs and bates stamped MVHFC_0000023.

14. Attached as **Exhibit 13** is an Attorney Declaration from Kurt Rademacher dated December 19, 2025 verifying **Exhibits 51-54.**

15. Attached as **Exhibit 14** is a true and correct copy of an excerpt from the report of Plaintiffs' Expert Ian Ayers.

16. Attached as **Exhibit 15** is a true and correct copy of an excerpt from the report of Plaintiffs' Expert Ian Ayers.

17. Attached as **Exhibit 16** is a true and correct copy of an excerpt from the report of Plaintiffs' Expert Ian Ayers.

18. Attached as **Exhibit 17** is a true and correct copy of an excerpt from the report of Plaintiffs' Expert Ian Ayers.

19. Attached as **Exhibit 18** is a true and correct copy of an document produced by Plaintiffs and bates stamped WIT_00001334 .

20. Attached as **Exhibit 19** is a true and correct copy of an excerpt from the transcript of the December 15, 2022 deposition of Miami Valley Fair Housing Center.

21. Attached as **Exhibit 20** is a true and correct copy of an excerpt from the transcript of the May 5, 2022 deposition of Shanti Abedin.

22. Attached as **Exhibit 21** is a true and correct copy of an excerpt from the transcript of the November 17, 2021 deposition of South Suburban Housing Center.

23. Attached as **Exhibit 22** is a true and correct copy of an excerpt of data produced by Plaintiffs and bates stamped as NFHA_0000001.

24. Attached as **Exhibit 23** is a true and correct copy of an excerpt from the transcript of the June 24, 2022 deposition of Shannah Smith.

25. Attached as **Exhibit 24** is a true and correct copy of a document produced by Plaintiffs and bates stamped CFHC_0000871.

26. Attached as **Exhibit 25** is a true and correct copy of a document produced by Plaintiffs and bates stamped WIT_00001395.

27. Attached as **Exhibit 26** is a true and correct copy of an excerpt from the transcript of the March 31, 2021 deposition of Defendant Altisource.

28. Attached as **Exhibit 27** is a true and correct copy of a document produced by Defendant Altisource bates stamped ASI000034946.

29. Attached as **Exhibit 28** is a true and correct copy of a Plaintiffs' Initial Exhibit list received by Defendants on December 5, 2025.

30. Attached as **Exhibit 29** is a true and correct copy of an excerpt from the transcript of the October 8, 2021 deposition of NFHA.

31. Attached as **Exhibit 30** is a true and correct copy of an excerpt from the transcript of the January 21, 2021 deposition of Toledo Fair Housing Center.

32. Attached as **Exhibit 31** is a true and correct copy of an excerpt from the transcript of the January 24, 2021 deposition of North Texas Fair Housing Center.

33. Attached as **Exhibit 32** is a true and correct copy of an excerpt from the transcript of the October 27, 2021 deposition of Fair Housing Center of the Greater Palm Beaches.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an excerpt from Appendix E to Plaintiffs' Amended Responses to Defendants' Interrogatories.

35. Attached as **Exhibit 34** is a true and correct copy of a document produced by Plaintiffs bates stamped TFHC_0003277.

36. Attached as **Exhibit 35** is a true and correct copy of a document produced by Defendant Ocwen bates stamped OCWEN_0048027.

37. Attached as **Exhibit 36** is a true and correct copy of an excerpt from the transcript of the July 13, 2022 deposition of NFHA.

38. Attached as **Exhibit 37** is a true and correct copy of an excerpt from the transcript of the April 29, 2022 deposition of Anne Houghtaling.

39. Attached as **Exhibit 38** is a true and correct copy of an excerpt from the transcript of the February 3, 2022 deposition of Fair Housing Center for Rights and Research.

40. Attached as **Exhibit 39** is a true and correct copy of an excerpt from the transcript of the September 22, 2021 deposition of Fair Housing Center of West Michigan.

41. Attached as **Exhibit 40** is a true and correct copy of an excerpt from the transcript of the January 12, 2022 deposition of Open Communities.

42. Attached as **Exhibit 41** is a true and correct copy of an excerpt from the transcript of the April 29, 2022 deposition of Anne Houghtaling.

43. Attached as **Exhibit 42** is a true and correct copy of an excerpt from the transcript of the September 23, 2021 deposition of Fair Housing Center of Central Indiana.

44. Attached as **Exhibit 43** is a true and correct copy of an excerpt from the transcript of the March 14, 2022 deposition of Central Ohio Fair Housing Association.

45. Attached as **Exhibit 44** is a true and correct copy of an excerpt from the transcript of the January 21, 2022 deposition of Toledo Fair Housing Center.

46. Attached as **Exhibit 45** is a true and correct copy of an excerpt from the transcript of the October 6, 2021 deposition of Miami Valley Fair Housing Center.

47. Attached as **Exhibit 46** is a true and correct copy of an excerpt from the transcript of the May 20, 2022 deposition of Arturo Alvarado.

48. Attached as **Exhibit 47** is a true and correct copy of an excerpt from the transcript of the January 6, 2023 deposition of Elizabeth Korver-Glenn.

49. Attached as **Exhibit 48** is a true and correct copy of an excerpt from the transcript of the November 20, 2025 deposition of Jason Jastrzemski.

50. Attached as **Exhibit 49** is a true and correct copy of an excerpt the data produced by Plaintiffs and bates stamped NFHA_0000001.

51. Attached as **Exhibit 50** is a true and correct copy of an a document produced by Plaintiffs and bates stamped NFHA_0064576.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

***

Executed this 19th day of December 2025, at Chicago, Illinois.

Debra Bogo-Ernst