# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:18-cv-00839 <br><br> Judge Manish S. Shah |

**DECLARATION OF DEBRA BOGO-ERNST IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' CONSOLIDATED FIRST ROUND MOTIONS IN LIMINE**

I, Debra Bogo-Ernst, declare:

1. I am an attorney duly admitted to practice in the State of Illinois and to the bar of this Court. I am a partner with the law firm of Willkie Farr & Gallagher LLP and counsel of record for Defendant Ocwen Loan Servicing LLC n/k/a Onity Group Inc. The facts herein stated are true to my personal knowledge and if called I could and would testify competently thereto. The documents attached hereto, identified specifically below, were retrieved at my direction from the files and records of this action.

2. Attached as **Exhibit 1** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0002215.

3. Attached as **Exhibit 2** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0017383.

4. Attached as **Exhibit 3** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0017380.

5. Attached as **Exhibit 4** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0018736.

6. Attached as **Exhibit 5** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0018728.

7. Attached as **Exhibit 6** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0018747.

8. Attached as **Exhibit 7** is a true and correct copy of a photograph of a property produced by Plaintiffs in this litigation bearing the Bates number NFHA_0015979.

9. Attached as **Exhibit 8** is a true and correct copy of the Supplemental Expert Report of David M. Skanderson, Ph.D. which was dated and served by Defendants on July 6, 2023.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Expert Report of Ian Ayres which was dated and served by Plaintiffs on October 13, 2022.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the Expert Report of Professor Justin McCrary, Ph.D. which was dated and served by Defendants on February 21, 2023.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the HarborView Mortgage Loan Trust Series 2006-14 Pooling and Servicing Agreement dated December 1, 2006, produced by Defendants in this litigation bearing the bates numbers DB_NFHA00041483–764.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Saxon Asset Securities Trust 2003-1 Pooling and Servicing Agreement dated March 1, 2003, produced by Defendants in this litigation bearing the bates numbers DB_NFHA00116085–355.

14. Attached as **Exhibit 13** is a true and correct copy of Altisource's Initial Rule 26 Disclosures which is dated and served by Defendants on February 28, 2020.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the February 17, 2021 deposition of Ocwen on Deposition Topic 4.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the January 14, 2021 deposition of Ocwen on Deposition Topic 7.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the January 21, 2021 deposition of Ocwen on Deposition Topic 9.

18. Attached as **Exhibit 17** is a true and correct copy of an excerpt from the transcript of the January 27, 2021 deposition of Altisource on Deposition Topic 2.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from the transcript of the March 11, 2021 deposition of Altisource on Deposition Topic 8, Volume II.

20. Attached as **Exhibit 19** is a true and correct copy of an excerpt from the transcript of the February 4, 2021 deposition of Altisource on Deposition Topic 14, Volume I.

21. Attached as **Exhibit 20** is a true and correct copy of an excerpt from the transcript of the March 11, 2021 deposition of Altisource on Deposition Topic 8, Volume I.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the transcript of the March 11, 2021 deposition of Altisource on Deposition Topic 10.

23. Attached as **Exhibit 22** is a true and correct copy of excerpts from the transcript of the January 27, 2021 deposition of Altisource on Deposition Topic 5, Volume I.

24. Attached as **Exhibit 23** is a true and correct copy of an excerpt from the transcript of the January 27, 2021 deposition of Altisource on Deposition Topic 5, Volume II.

25. Attached as **Exhibit 24** is a true and correct copy of an excerpt from the October 1, 2021 deposition of National Fair Housing Alliance.

26. Attached as **Exhibit 25** is a true and correct copy of an excerpt from the March 22, 2022 deposition of Metropolitan Milwaukee Fair Housing Center.

27. Attached as **Exhibit 26** is a true and correct copy of a spreadsheet of inspections by organization, produced by Plaintiffs in this litigation bearing the bates number NFHA_0047634.

28. Attached as **Exhibit 27** is a true and correct copy of the NFHA Deutsche Bank Diversion Log as of June 25, 2020, produced by Plaintiffs in this litigation bearing the bates number NFHA_0058977.

29. Attached as **Exhibit 28** is a true and correct copy of Plaintiffs' Pretrial Witness List, which was served on Defendants on December 19, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December 2025, at Chicago, Illinois.

Debra Bogo-Ernst