# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JERRY R. KENNEDY, et al.,** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 2:03-CV-1047** |
| | **:** | **JUDGE ALGENON L. MARBLEY** |
| | **:** | **Magistrate Judge Mark Abel** |
| **CITY OF ZANESVILLE, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**<u>INSTRUCTIONS TO THE JURY</u>**

## <u>NO. 68: COMPENSATORY DAMAGES—FAIR HOUSING ADVOCATES</u>
## <u>ASSOCIATION</u>

If you find in favor of the Fair Housing Advocates Association, then you will award the

Fair Housing Advocates Association such actual or compensatory damages as you find from a

preponderance of the evidence were proximately caused by the acts of the Defendants. In

determining such damages, you shall consider that the Fair Housing Advocates Association is

entitled to be compensated for:

> (1) the effect of diverting its resources away from its other programs and activities in
> order to investigate the Defendants' unlawful conduct; and

> (2) the damage to its mission and purpose.

In determining the amount to award the Fair Housing Advocates Association you may consider

the amount necessary to counteract defendants' wrongdoing.

# Exhibit 2



**Fair Housing Center of Central Indiana**
**Report to the National Fair Housing Alliance**
**on Wells Fargo Community Relief Settlement Funds**
**January 23, 2015**

The Fair Housing Center of Central Indiana (FHCCI) was a participant in the administrative housing discrimination complaint against Wells Fargo. The FHCCI received settlement funds totaling $1.42 million in June 2013. Per the terms of the settlement agreement, we are using these funds toward neighborhood stabilization efforts in Indianapolis neighborhoods of color impacted by foreclosures.

The FHCCI has committed to fund the following projects to advance neighborhood stabilization and quality of life. Most grants are in their final stages of completion. We have also committed to provide some funds to the Central Indiana Accessibility Partnership Project to assist in increasing housing accessibility.

The next pages do not encompass all work completed with the funds made available through Wells Fargo, but the most significant projects to date. Per the request of the National Fair Housing Alliance, I have also included press stories and information from previous reports.

FHCCI_0001202

**Hearts & Hands of Indiana (www.heartsandhandsindy.org)**

**Mission:** Helping families and individuals attain affordable, long-term home ownership on the Near Westside of Indianapolis by providing education, mentoring, and quality rehabilitated homes.

**Grant Details:** $75,000 grant to rehab a currently vacant and/or abandoned house for occupancy in the Haughville neighborhood. This home will be rehabbed to be visitable (accessible for persons with disabilities). Grant time period: February 1, 2014-January 31, 2015.

**Status:** Project completed. Hearts & Hands rehabbed a neighborhood eye sore at 914 N. Holmes Avenue. The home is a four bedroom (two on main and in finished attic space), one bath home with an unfinished basement. The home has been rehabbed to have an accessible main floor with a ramped entrance off the back deck, an accessible bathroom, and doorways with 32" clearance. A new homeowner (couple with four children) will be closing on the property in February.

In their final report to the Fair Housing Center of Central Indiana, Hearts and Hands reported:

*The grant from the Fair Housing Center of Central Indiana (FHCCI) has had far-reaching impacts in the Near West community. Most importantly, the 914 Holmes Rehabilitation project has impacted a well-deserving Near West family of six. The family will be closing on the home in the next month. They had been working diligently for 15 months to build their credit to buy their first home. Not only has 914 Holmes provided this family with a stable home, but it has also given them an opportunity to attain benefits related to homeownership, including increased civic engagement, educational achievement, and improved property value. For instance, the family has four children who attend Padua Academy in the Near West neighborhood, and research shows that children with stable homes tend to demonstrate higher academic performance, graduation rates, and expected lifetime income. These benefits, in turn, will enable the family to contribute to the overall stability and improvement of the neighborhood and Greater Indianapolis community.*

*This project also helped Hearts & Hands of Indiana leverage funds from both individual donors and corporate sponsors so that we'll be able to continue rehabilitating houses in the Near West. And, we believe that the grant award from the FHCCI was instrumental in the Local Initiatives Support Corporation's (LISC) decision to name the intersection of West Michigan Street and King Avenue as initial Great Place for Great Places 2020. LISC and its implementation partners will spur urban revitalization I this are through initial funding and strategic programming so private investment follows.*

*Finally, the 914 Project partnership with the FHCCI has provided Hearts & Hands invaluable insight on the importance of rehabilitating homes with highly visitable features. Hearts & Hands believes that all low-income individuals, regardless of mobility, should have access to our homes, and we'll apply the knowledge and experience we've gained from rehabilitating 914 Holmes with visitable features to our future home rehabilitations. We included three key visitability features to ensure inclusion for mobility-limited friends and family: the back entrance off the alley parking is a zero-step entrance, all doorways provide 32 inches of unobstructed space to allow for wheelchairs and walkers, and the first floor has one full bath. In addition, the first floor has two bedrooms and the washer/dryer. We are proud of the inclusionary aspects of the 914 Holmes Project and hope this home will increase awareness on the importance of visitable features.*

FHCCI_0001212

# Exhibit 3



# 49507! Project



## Fair Housing Center of West Michigan

### June 2015

FHCWM_0003071

Housing condition – particularly in an older neighborhood of predominantly low - and moderate-income residents – is a major challenge.   By investing over $120,000 in exterior home improvements, the Center not only responded to stated needs of neighbors but also boosted the impact of 14 nearby homes that were purchased, rehabbed, and resold by development partners.   Improvements included caulking and paint, repair of broken concrete or wood steps, doors and screens, windows, railings, gutters, soffit and facia, replacing mailboxes and house numbers, trimming overgrown bushes, and removing trash. Through a short-term effort with Habitat for Humanity (7 homes) and subsequent, longer term *Hope Through Work* program with Next Step of West Michigan, a total of 48 residences were improved at an average of less than $3,000 per home.




Nearly all of the 2,000 homes in 49507! were built 70 or more years ago. In older neighborhoods, maintenance is always an issue, locally compounded by the high number of foreclosures, and lack of investment by the banks, lenders and service providers who took ownership.   Most of the exterior work was completed by Next Step, and was much enhanced by the personal efforts of Floyd Willis, an outstanding neighbor who devoted himself to knocking doors, building trust, and promoting respect among owners, work crews and project partners. Largely through his work, the 495907! project was able to overcome the suspicions of residents who were skeptical of "free" home repairs and unfamiliar work crews.







Floyd Willis works from his heart. He is a longtime resident, and holds a deep and abiding sense of what it means to be a neighbor. Far beyond a simple geographic link, Floyd lives his belief that neighbors help one another, can lean on each other, and in many ways will sink or swim together. Long before the popularity of "It takes a village…", Willis has stood up and spoken out for children's safety and well-being.

The Center appreciates all of those who contributed to exterior improvements - Habitat, Next Step, supervisors and work crews, and is especially grateful to Floyd Willis for his quiet and effective leadership in treating people of all levels with respect.

*"These projects have blessed, and brought hope to so many who were living on the edge and looking for ways to maintain, and stay in their homes."*  - F. Willis

6

FHCWM_0003076

# Exhibit 4



# INVESTING IN INCLUSIVE COMMUNITIES

How Fair Housing Organizations Foster Diverse and Stable Neighborhoods Using the Federal Fair Housing Act





**NFHA**
National Fair Housing Alliance

NFHA_0064576

CONFIDENTIAL

### Strategy 1: Promoting New Homeownership through Down Payment and Closing Cost Assistance Grants

All fair housing organizations understand that increasing the number of owner-occupied homes is an essential piece of neighborhood stabilization, particularly in neighborhoods where homeownership declined after the foreclosure crisis. Thus, the community investment efforts in all 19 cities included some form of down payment or closing cost assistance to support recovering neighborhoods of color. To date, NFHA and its partners have been able to assist 694 families in becoming new homeowners with these investment funds, and this number will grow as grant funds continue to be disbursed.

Each fair housing center partnered with different groups and employed different strategies to generate homeownership opportunities. In South Suburban Chicago, IL, for example, the **South Suburban Housing Center (SSHC)** selected 30 eligible hardest-hit communities and worked with 12 lenders to provide down payment assistance grants of up to $15,000 per household. SSHC awarded 63 grants through this program and was able to leverage $328,055 in other funds to generate new homeownership opportunities. Sixty-five percent of the families who received these grants were African American, 22 percent were Latino, and 13 percent were white, with an average household income of $52,678.

In Prince George's County, MD, down payment assistance grants were distributed through a partnership between NFHA and the Housing Initiatives Partnership (HIP), a 25-year old non-profit organization dedicated to revitalizing neighborhoods and removing blight throughout the county. Prince George's County has long been the wealthiest majority-African American county in the country with thriving middle- and upper-income communities of color. However, because of rampant subprime lending that deliberately targeted African American residents, Prince George's County was by far the hardest-hit county during the foreclosure crisis in the State of Maryland and suffered extreme wealth loss. In fact, Zillow's data on negative equity shows that 36 percent of Prince George's County's homeowners owed more on their home than their

home was worth (were "underwater") at the end of 2014, with home values still down 28 percent from their peak. NFHA's investment in the county has focused on several hardest-hit communities, including Capitol Heights, District Heights, Landover, and Hillcrest, Maryland. Partnering with HIP to acquire blighted properties, many of which are or were REOs, NFHA has provided the funds to renovate a number of properties throughout the four target communities. They have also provided closing cost assistance to eligible families to purchase these homes. By pairing the acquisition and renovation of properties with homeownership promotion and assistance grants, HIP has transformed over a dozen properties from blighted eyesores to attractive properties owned by responsible new homeowners.

NFHA has also funded St. Ambrose Housing Aid Center to assist 17 first-time homeowners with closing cost grants. The grants are used to bridge the funding gap for buyers, making homeownership possible for the first time. St. Ambrose acquires foreclosed houses and renovates them to top market standards, adding elements such as new kitchens with granite countertops and stainless steel appliances, new bathrooms, new roofs, and new HVAC systems.

Many of the endeavors funded by these homeownership grants were paired with financial literacy and homeownership workshops. Across the country, 10,001 households have participated in financial literacy or homeownership workshops as a direct result of these community relief funds.

## Grantee Spotlight: The Bell Family



Teresa Jones-Bell and her family are one of the recipients of a down payment assistance grant administered through the South Suburban Housing Center's Inclusive Communities Fund. Their new home is pictured in the inset in the top left hand corner of the image above.

CONFIDENTIAL

neighborhoods, Yachad and NFHA are working to prevent the displacement of long-time residents and to allow African American families to build wealth through homeownership.

To date, Yachad has completed work on 28 homes and, by prioritizing multigenerational households, has improved the lives of 140 residents. It has also helped one long-time DC resident remain in her home by helping her become current on her mortgage payments. Additionally, Yachad has made two homes accessible to persons with disabilities and has completed financial literacy and homeownership workshops with 19 homeowners. Yachad has mobilized volunteers, obtained donations, and leveraged other resources to generate $2.90 in fair market value for every dollar of investment made with NFHA's grant funds.

Ms. Jackson, pictured with her family on page 14, recently told Yachad's director, Audrey Lyon: "When we first met, I told you I viewed myself as a nobody. I no longer see that about myself. I don't feel as a burden to my children and grandchildren anymore. I'm strong again. I'm still dealing with the effects of MS but life has gotten so much easier and I have no desire to leave my home. I am *somebody* and I will continue to raise my children and grandchildren."

The Toledo Fair Housing Center partnered with the Lucas County Land Bank to provide 144 homeowners in targeted neighborhoods of color in Toledo, OH, with complete roof and gutter replacement. The partnership allowed for better property preservation and added considerable value to the housing stock in the three neighborhoods in which the partnership focused its activities. Homeowners were selected based on income and length of time in the home, and had to be current on all housing payments. They also had to agree to financial counseling and commit to remain in the home for five years following the renovation. The map below shows the volume and geographic focus of the roof repairs completed through this project.



# Exhibit 5

| Exhibit # | Beg Bates | End Bates | Description |
|---|---|---|---|
| 1 | ASI000035102 | ASI000035176 | Altisource document entitled "Ocwen REO Litigation Procedure", effective July 6, 2017 |
| 2 | OCWEN_0000001 | OCWEN_0000020 | Ocwen document entitled "Real Estate Owned Oversight Procedure: Mortgage Servicing Oversight", approved August 27, 2015 |
| 3 | OCWEN_0000021 | OCWEN_0000039 | Ocwen document entitled "REO Oversight Procedure", Version 2, approved April 4, 2016 |
| 4 | OCWEN_0000040 | OCWEN_0000046 | Ocwen document entitled " Property Preservation and Inspection Oversight Procedure, Version 1", approved November 12, 2015 |
| 5 | OCWEN_0000047 | OCWEN_0000054 | Ocwen document entitled "Property Preservation and Inspection Oversight Procedure, Version 3", approved May 11, 2017 |
| 6 | OCWEN_0000055 | OCWEN_0000062 | Ocwen document entitled "Property Preservation and Inspection Oversight Procedure, Version 4", approved July 7, 2017 |
| 7 | OCWEN_0000063 | OCWEN_0000071 | Ocwen document entitled "Property Preservation and Inspection Oversight Procedure, Version 5", approved November 16, 2017 |
| 8 | OCWEN_0000072 | OCWEN_0000077 | Ocwen document entitled "Change Control Management Procedure - Mortgage Servicing Oversight", Version 1, approval date August 19, 2015 |
| 9 | OCWEN_0000078 | OCWEN_0000082 | Ocwen document entitled "Change Control Management Procedure - Mortgage Servicing Oversight", Version 2, approved July 19, 2016 |
| 10 | OCWEN_0000083 | OCWEN_0000093 | Ocwen document entitled "Property Inspection Oversight Procedure - Mortgage Servicing Oversight", Version 1, approval date July 28, 2015 |
| 11 | OCWEN_0000096 | OCWEN_0000106 | Ocwen document entitled "Property Inspection Oversight Procedure", Version 2, approved June 2, 2016 |
| 12 | OCWEN_0000133 | OCWEN_0000140 | Ocwen document entitled "Property Registration Oversight Procedure", Version 2, approved July 19, 2016 |
| 13 | OCWEN_0000141 | OCWEN_0000145 | Ocwen document entitled "Valuation Control Reports Oversight Procedure, Version 1, approved June 28, 2016 |
| 14 | OCWEN_0000146 | OCWEN_0000151 | Ocwen document entitled "Valuation Control Reports Oversight Procedure, Version 2, Approved August 30, 2016 |
| 15 | OCWEN_0000152 | OCWEN_0000156 | Ocwen document entitled "Valuation Related Complaint Procedure, Version 1, Approved August 30, 2016 |

| 86 | OCWEN_0015608 | OCWEN_0015624 | Ocwen Document entitled "Standard Operating Procedure - Mortgage Servicing Oversight - Valuations: Valuations Policies and Procedures", effective August 1, 2014 |
|----|---------------|---------------|------|
| 87 | OCWEN_0047802 | OCWEN_0047806 | Letter from Ron Faris to Mayor Tom Barrett re Re: Ocwen's Proposal to the City of Milwaukee, dated January 8, 2016 |
| 88 | OCWEN_0048024 | OCWEN_0048026 | News Release from Mayor Tom Barrett re City of Milwaukee and Ocwen Financial Corporation announce five-part plan to assist Milwaukee homeowners, dated January 26, 2015 |
| 89 | OCWEN_0048032 | OCWEN_0048048 | Ocwen - Third Party Risk Management - Vendor Risk Assessment Report re Altisource Solutions S.a.r.l., Altisource Property Preservation & Inspection Services (APPI), Onshore & Offshore, dated April 28, 2016 |
| 90 | OCWEN_0048049 | OCWEN_0048078 | Ocwen - Third Party Risk Management - Vendor Audit Report re Altisource Property Preservation & Inspection, dated November 25, 2014 |
| 91 | OCWEN_0048079 | OCWEN_0048089 | Ocwen - Third Party Risk Management - Vendor Risk Assessment Report re Altisource Solutions S.a.r.l., Altisource Property Preservation & Inspection Services (AAPI), Offshore - India, dated February 13, 2015 |
| 92 | OCWEN_0048090 | OCWEN_0048119 | Ocwen - Third Party Risk Management - Vendor Audit Report re Altisource Real Estate Owned Services (AREO), dated October 27, 2014 |
| 93 | OCWEN_0048120 | OCWEN_0048130 | Ocwen - Third Party Risk Management - Vendor Risk Assessment Report re Altisource Solutions S.a.r.l., Altisource Valuation Services (AVS), Onshore & Offshore, dated March 28, 2016 |
| 94 | OCWEN_0048131 | OCWEN_0048145 | Ocwen - Third Party Risk Management - Vendor Risk Assessment Report re Altisource Solutions S.a.r.l., Altisource Field Services (AFS), Onshore & Offshore, dated December 18, 2017 |
| 95 | OCWEN_0048146 | OCWEN_0048158 | Ocwen - Third Party Risk Management - Vendor Risk Assessment Report re Altisource Solutions S.a.r.l., Altisource Real Estate Owned Services (AREO), Onshore & Offshore, dated December 15, 2017 |

| 492 | OCWEN_0015584_0001 | OCWEN_0015584_0001 | Excel documenting property information including eviction status, lot size,.and reporting. |
|---|---|---|---|
| 493 | OCWEN_0015584_0002 | OCWEN_0015584_0002 | Excel documenting property information including eviction status, lot size,.and reporting. |
| 494 | N/A | N/A | Complaint in *Agnew Field Svcs, LLC v. Altisource Portfolio Solutions, Inc* ., Case 1:22-cv-00869-CAP (Dkt. 1-1) |
| 495 | N/A | N/A | Order dismissing case without prejudice, in *Agnew Field Svcs, LLC v. Altisource Portfolio Solutions, Inc* ., Case 1:22-cv-00869-CAP (Dkt. 20) |
| 496 | N/A | N/A | HUD Mortgagee Letter 2010-18: Updates of Property and Preservation Requirements and Cost Reimbursement Procedures |
| 497 | N/A | N/A | Fannie Mae Servicing Guide: Property Preservation Matrix |
| 498 | N/A | N/A | Fannie Mae Field Services Checklist |
| 499 | N/A | N/A | Fannie Mae Fails to Maintain Foreclosures in African American and Latino Neighborhoods |
| 500 | N/A | N/A | HUD Archives: News Releases: HUD No. 16-105 |
| 501 | N/A | N/A | FHA/HUD Presents: FHA Webinar on HUD REO (undated) |
| 502 | N/A | N/A | Holding or Folding? Foreclosed Property Durations and Sales During the Mortgage Crisis (2010) |
| 503 | N/A | N/A | PANEL 4: Strategies for Low Value Properties, Federal Reserve Board of Cleveland (undated) |
| 504 | DB_NFHA00000001 | DB_NFHA00000188 | AA0101 PSA.pdf |
| 505 | DB_NFHA00000189 | DB_NFHA00000377 | AA0202 PSA.pdf |
| 506 | DB_NFHA00000378 | DB_NFHA00000444 | AA0401 Indenture.pdf |
| 507 | DB_NFHA00000445 | DB_NFHA00000451 | AA0401 Trust Agmt.pdf |
| 508 | DB_NFHA00000452 | DB_NFHA00000504 | AA0501  Amended TA.pdf |
| 509 | DB_NFHA00000505 | DB_NFHA00000570 | AA0501 Indenture.pdf |
| 510 | DB_NFHA00000571 | DB_NFHA00000578 | AA0501 Trust Agreement.pdf |
| 511 | DB_NFHA00000579 | DB_NFHA00000644 | AA0503 Indenture.pdf |
| 512 | DB_NFHA00000645 | DB_NFHA00000651 | AA0504 AAMES 2005-4 _ TRUST AGMN'T.pdf |
| 513 | DB_NFHA00000652 | DB_NFHA00000718 | AA0504 AAMES 2005-4 _INDENTURE.pdf |
| 514 | DB_NFHA00000719 | DB_NFHA00000887 | AA0504 AAMES 2005-4_ TSA.pdf |
| 515 | DB_NFHA00000888 | DB_NFHA00001018 | AC0202 Indenture.pdf |
| 516 | DB_NFHA00001019 | DB_NFHA00001142 | AC0504 Indenture.pdf |
| 517 | DB_NFHA00001143 | DB_NFHA00001195 | AC0601 Amended and Restated Trust Agreement 3-28-06.pdf |
| 518 | DB_NFHA00001196 | DB_NFHA00001322 | AC0602 Indenture.pdf |

Exhibit 6

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING          )
 4   ALLIANCE; HOPE FAIR HOUSING     )
     CENTER, et al.,                 )
 5                                   )
                                     )
 6                      Plaintiffs,  )
                                     )
 7            vs.                    ) No. 1:18-cv-00839
                                     )
 8   DEUTSCHE BANK NATIONAL          )
     TRUST, as trustee, et al.,      )
 9                                   )
                                     )
10                      Defendants.  )

11

12              The deposition of JILL SHOWELL, called by the

13   Plaintiffs for examination, taken remotely pursuant to

14   notice and pursuant to the Federal Rules of Civil

15   Procedure for the United States District Courts

16   pertaining to the taking of depositions, taken before

17   April M. Metzler, Certified Shorthand Reporter,

18   Registered Merit Reporter, Certified Realtime Reporter,

19   and Notary Public, at Washington, District of Columbia,

20   commencing at 9:02 a.m. Central Standard Time on the

21   5th day of August, 2022.

22

23

24
```



```
 1          A.    Yes.

 2          Q.    And similarly, if you say "Ocwen," will you be

 3    referring to Ocwen Loan Servicing LLC, which is now

 4    known as PHH Mortgage Corporation?

 5          A.    Yes.

 6          Q.    Great.   Thank you.

 7                When did you start working for Ocwen?

 8          A.    I began work at Ocwen in 2012, I think August

 9    or September.

10          Q.    When did you stop working for Ocwen?

11          A.    I -- it was September of 2019.

12          Q.    And why did you stop working for Ocwen?

13          A.    At the time, we were going through significant

14    reduction in force, and I -- my employment was

15    terminated.  And what we did is, we arranged a part-time

16    consulting contract so I could continue to advise them

17    on certain government relations activity.

18          Q.    Are you still working as a part-time

19    consultant for Ocwen?

20          A.    Yes.

21          Q.    And on government activities, just like you

22    described?

23          A.    Yes.

24          Q.    Broadly speaking, could you please describe
```

Timestamps (left margin): 09:06:26 (line 5), 09:06:38 (line 10), 09:07:01 (line 15), 09:07:18 (line 20)



 1    to keep going?

 2           THE WITNESS:  I -- it's up -- I don't -- I don't

 3    mind.  I'm probably going to get hungry in a minute.

 4           MS. BOGO-ERNST:  It's 12:15 Eastern.

11:15:42  5    THE WITNESS:  I typically take a lunch break, and

 6    so ...

 7           MR. SCHNECK:  Why don't we go for maybe another 15,

 8    20 minutes, will that work --

 9           THE WITNESS:  That's fine.

11:15:49 10    MR. SCHNECK:  -- before we take a break, is that

11    okay?

12           THE WITNESS:  Yeah.

13           MR. SCHNECK:  Okay.  Great.

14    BY MR. SCHNECK:

11:15:54 15    Q.  You mentioned the neighborhood of Sherman Park

16    a few times.

17           Have you ever been to the Sherman Park

18    neighborhood in Milwaukee?

19           A.  I have.

11:16:03 20    Q.  When were you first there?

21           A.  I believe it was in that December meeting.  I

22    assume that church was located somewhere near Sherman

23    Park, so that would have been the first time.  But I

24    met -- at that particular meeting we were, I think, just



```
 1    at the church and we flew in and flew out.

 2         Q.   Did you take a tour of the neighborhood, or

 3    you just went --

 4         A.   I --

 5                         (Multiple speakers simultaneously

 6                          speaking.)

 7    BY THE WITNESS:

 8         A.   -- neighborhood.  I don't know if it was that

 9    day.  But, yes, we did have a tour of the neighborhood.

10         Q.   Who went on the tour with you?

11         A.   I believe it was -- I don't recall if Bob

12    Connolly was there.  It was certainly Allie Gardner.

13              And she may have --

14                         (Multiple speakers simultaneously

15                          speaking.)

16    BY MR. SCHNECK:

17         Q.   Was anybody else present besides ...

18         A.   She may have been with her, but I can't

19    recall.

20         Q.   Did you drive around in a car or take a walk,

21    or what did you do?

22         A.   I believe we walked.

23         Q.   And how much time do you think you spent on

24    that tour?
```

Time stamps:
11:16:34 (line 5)
11:16:41 (line 10)
11:16:56 (line 15)
11:17:02 (line 20)



1          A.   I don't recall exactly.  An hour at least,

2   probably.

3          Q.   And what do you recall seeing during that tour

4   of Sherman Park in around December 2014?

11:17:34   5          A.   It was a neighborhood that was impacted by the

6   financial and housing crisis.  So there were a variety

7   of homes, and some of them were not occupied and they

8   were vacant; some of them were not.

9               And that's what I recall.

11:17:59 10          Q.   Do you recall anything particular about the

11   homes that were not occupied and were vacant, anything

12   that you saw or any reactions you may have had to what

13   you saw?

14          MS. BOGO-ERNST:  Object to form.

11:18:18 15          MR. SCHNECK:  Let me -- I'll break it up.

16   BY MR. SCHNECK:

17          Q.   Do you recall anything specifically about the

18   vacant homes that you saw in Sherman Park when you

19   visited the neighborhood in December 2014?

11:18:29 20          MS. BOGO-ERNST:  Object to form.

21          MR. SCHNECK:  What's wrong with the form?

22          MS. BOGO-ERNST:  Anything that she saw.  Do you

23   mean about anything, did she see 50 homes, did she see

24   cars out there, did she see streets that needed to be --



```
 1    you know, if you could be more specific that might be

 2    helpful.

 3         MR. SCHNECK:  It's a pretty open-ended question.

 4    BY MR. SCHNECK:

 5         Q.   What, if anything, do you recall noticing

 6    during your tour of the Sherman Park neighborhood in

 7    December 2014?

 8         MS. BOGO-ERNST:  Object to form.

 9         MR. SCHNECK:  You can answer.

10    BY THE WITNESS:

11         A.   As I said, I saw houses that were in various

12    stages of vacancy.  Some of them had need for repair.

13    And some of them -- I recall being touched by the

14    neighborhood because it had some really unique homes

15    there.  But, yes, some of them were in need of repair.

16         Q.   When you say some of them were in needs of

17    repair, what do you mean?  What did you observe?

18         A.   Just in general, there were some that had

19    boards on the windows, things like that.

20         Q.   When you -- whatever needs of repair you

21    observed would have been from the exterior perspective

22    of the houses, right?  You didn't go inside any houses,

23    did you?

24         A.   Not that I recall, no.
```

Timestamps: 11:18:52 (line 5), 11:19:08 (line 10), 11:19:27 (line 15), 11:19:48 (line 20)



1           I believe on one house, they were showing how

2    they renovated homes and we went in to see how they were

3    renovating homes.

4           Q.   And aside from -- did you say boarded windows,

11:20:18  5    I think --

6           A.   I think I --

7           Q.   -- was that part of your answer?

8                     (Multiple speakers simultaneously

9                      speaking.)

11:20:26 10   BY MR. SCHNECK:

11          Q.   And do you recall any other aspects of any of

12   the homes in Sherman Park that you saw on that tour in

13   December of 2014 that you thought reflected things that

14   needed to be repaired?

11:20:45 15         A.   Possibly maybe some cedar (phonetic) lawn

16   work, but I don't recall specifically.

17          Q.   How many homes do you think you saw during

18   this tour that you took in December 2014 of the Sherman

19   Park neighborhood that you observed seemed to be in need

11:21:05 20   of some sort of repair?

21          A.   I don't recall the numbers.  We probably went

22   through -- I don't know -- several blocks.  But I don't

23   recall the number.

24          Q.   Do you believe that during your tour of



 1   Sherman Park neighborhood in December 2014 that you saw

 2   homes that Ocwen had a relationship to, either, you

 3   know, owning, controlling, managing, servicing?

 4        MS. BOGO-ERNST:  I'll object to foundation.

11:21:46  5   BY MR. SCHNECK:

 6        Q.   Was it your understanding that during that

 7   tour, that you were looking at any homes that needed

 8   repair that Ocwen had a relationship to?

 9        A.   I don't recall specifically.

11:22:02 10        Q.   And other than being struck by, you know, the

 11   things that you've already said, did you have any

 12   emotional reaction to what you observed during your tour

 13   of the Sherman Park neighborhood in December 2014?

 14        A.   I shared some concerns that there were some

11:22:28 15   property issues in the neighborhood, yes.

 16        Q.   Could you please could you be a little bit

 17   more specific?  What do you mean by that?

 18        A.   Again, there were homes that were vacant.

 19   There were homes that had some -- that their windows

11:22:44 20   were boarded-up, and, you know, that should be a concern

 21   of anyone.

 22        Q.   Why should that be a concern of anyone?

 23        A.   It's obvious that the home needed some work,

 24   and, you know, that it was potentially impacting the



1 neighborhood.

2     Q.  In what way or ways would it potentially

3 impact the neighborhood that had a home like that?

4     A.  I mean, neighborhood, neighbors not wanting to

11:23:26 5 live next to a home that was boarded-up would impact

6 property values.

7     Q.  Any other reasons you can think of?

8     A.  It could if I -- you know, vandalism.

9     Q.  Have you ever personally lived in a

11:24:01 10 neighborhood that had vacant boarded-up homes?

11     A.  No.  I mean, I live in a city.  I live in

12 Washington, D.C., so invariably you're going to have

13 some in the city but not in serious disarray, no.

14     Q.  And when you took the tour of the Sherman Park

11:24:26 15 neighborhood, did you have any understanding of the

16 general racial composition of the residents of that

17 neighborhood?

18     A.  No.  I believe I was told, but I wouldn't have

19 known otherwise.

11:24:40 20     Q.  What do you recall being told about the racial

21 demographics of the Sherman Park neighborhood during

22 your tour in December 2014?

23     A.  I don't recall specifically, but I do recall

24 discussions about higher percentages of minority groups.



1    She is the one that I attended the press conference

2    with, but I believe that may have been the first time I

3    met with her.  My routine contact person was Allie and

4    Bob.

13:08:06    5          Q.   Now, going back to -- okay.  Thank you.

6               Going back to what I think you said a couple

7    minutes ago, Bob Connolly indicated to you at least in

8    your first meeting in December 2014, what the racial

9    demographics were until of Sherman Park; is that right?

13:08:28   10          A.   I believe that topic came up in that meeting.

11          Q.   What do you recall was said about the racial

12    demographics or what context do you think it was

13    discussed?

14          MS. BOGO-ERNST:  Objection, asked and answered.

13:08:44   15          MR. SCHNECK:  You can answer.

16    BY THE WITNESS:

17          A.   Yeah.  I don't recall specific conversations.

18    I mean, the meeting was wide-ranging, and I believe that

19    topic came up there, but I don't recall any specifics.

13:08:58   20          Q.   Do you recall whether Mr. Connolly or anybody

21    at this December 2014 meeting talked about the extent to

22    which the vacant REO properties in the Sherman Park

23    neighborhood were having an impact on African American

24    residents?



1          A.   Again, it was a long time ago.  I don't

2    remember specifically the conversation.

3          Q.   Is it possible that the impact on the African

4    American community in Sherman Park was something that

13:09:34  5    was discussed or mentioned by Common Ground during the

6    meeting that you attended in December 2014?

7          MS. BOGO-ERNST:  Object to foundation and

8    speculation.

9    BY THE WITNESS:

13:09:47  10          A.   As I said, I don't remember the specific

11    conversation.  It was a long meeting with lot of

12    attendees, and I don't recall every conversation there.

13          Q.   Do you think it's possible that that was

14    mentioned at that meeting?

13:10:07  15          MS. BOGO-ERNST:  Same objection, foundation and

16    speculation.

17          MR. SCHNECK:  You can answer.

18    BY THE WITNESS:

19          A.   It's possible.

13:10:25  20          Q.   During any of the work that you did over the

21    years for Ocwen regarding community relations, do you

22    recall becoming aware of the racial demographics of any

23    of the areas impacted by REO properties?

24          A.   No.



# Exhibit 7

*Nat'l Fair Hous. All. v. Deutsche Bank Nat'l Tr.*, No. 18 CV 839 (N.D. Ill.)

## DEFENDANTS' UPDATED PROPOSED TRIAL WITNESS LIST

Pursuant to Judge Shah's pretrial order and the agreement of the parties, Defendants' witness list identifies the witness's name, separately identifies the witness as will or may call, and indicates whether each witness will be presented live or by deposition designation, based on Defendants' current understanding of that witness's availability to testify at trial.[1]  Defendants reserve the right to designate deposition testimony for any witnesses currently designated for live testimony if they become unavailable between now and trial.

Defendants reserve the right to call any witnesses identified by or called at trial by Plaintiffs.  Defendants also reserve the right to and may offer the video deposition or other sworn testimonial transcript of any and/or all witnesses called by Plaintiffs at trial for purposes of impeachment, including but not limited to offering or otherwise using any exhibit(s) referenced in such video deposition or other sworn testimonial transcript. This includes any witnesses called by Plaintiffs at trial as live witnesses, as video-designated witnesses, or any other type of offer of testimony at trial.

Defendants reserve the right to modify their "will call" and "may call" lists after reviewing Plaintiffs' witness lists and in the course of the meet and confer process.

## I.      WITNESS LIST

### a.  Defendant

#### i.  **Witnesses Who Will Be Called**

| Number | Name | Description | Type | Expected Availability |
|--------|------|-------------|------|----------------------|
| 1. | Jason Jastrzemski | Mr. Jastrzemski was the Director of Servicing Operations Oversight (Mortgage Servicing Oversight) at Ocwen during the relevant time period.  He has knowledge of, and will testify to, the facts at issue in this case, including but not limited to | Fact | Live (Former Employee)[2] |

---

[1] For Plaintiff witnesses that Defendants have identified as "Live or Deposition Designation" and "Live, Deposition Designation, and/or Video," Defendants reserve the right to call those witnesses live if they are made available by Plaintiffs.

[2] Defendants do not have control over defense witnesses that are former employees and outside of the Court's subpoena power.  To Defendants' current knowledge, all former employee defense witnesses fall within this category.

1

*Nat'l Fair Hous. All. v. Deutsche Bank Nat'l Tr.*, No. 18 CV 839 (N.D. Ill.)

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | the subjects upon which he was deposed. |   |   |
| 2. | Jill Showell | Ms. Showell was a Senior Vice President of Government and Community Relations at Ocwen during the relevant time period.  She has knowledge of, and will testify to, the facts at issue in this case, including but not limited to Ocwen's efforts to work with communities and organizations throughout the country to prevent blight and the subjects upon which she was deposed. | Fact | Live (Former Employee) |
| 3. | Kevin Flannigan | Mr. Flannigan is a Senior Loan Analyst at Ocwen.  He has knowledge of, and will testify to, the facts at issue in this case, including but not limited to the authentication of documents produced by Ocwen. | Fact | Live |
| 4. | Ronaldo Reyes | Mr. Reyes is a Team Lead and Vice President at Deutsche Bank National Trust Company.  He has knowledge of, and will testify to, the facts at issue in this case, including but not limited to the administration of trusts at issue in this litigation, the management of personnel who administer trusts at issue in this litigation, and the subjects upon which he was deposed. | Fact | Live |

Exhibit 8

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING ALLIANCE;          )
 4   HOPE FAIR HOUSING CENTER, et al.,        )
                                              )
 5              Plaintiffs,                    )
                                              )
 6       vs.                                   )   No. 18 CV 839
                                              )
 7   DEUTSCHE BANK NATIONAL TRUST, AS         )
     TRUSTEE, et al.,                          )
 8
                Defendants.
 9

10

11              The deposition of JASON JASTRZEMSKI, called by

12   the Plaintiff for examination, taken pursuant to notice

13   and pursuant to the Federal Rules of Civil Procedure for

14   the United States District Courts pertaining to the

15   taking of depositions, taken before Amy L. Schneider,

16   Registered Professional Reporter, via videoconference,

17   commencing at 8:20 AM on the 20th day of November, A.D.,

18   2025.

19

20

21

22

23

24

25
```

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



| | | |
|---|---|---|
| 10:20 AM | 1 | a moment, please . |
| 10:20 AM | 2 | (Discussion off the record.) |
| 10:20 AM | 3 | THE WITNESS:  Okay.  It's exhibit? |
| 10:20 AM | 4 | MS. BOGO-ERNST:  1081. |
| 10:20 AM | 5 | THE WITNESS:  81.  "Study finds." |
| 10:20 AM | 6 | Okay. |
| 10:20 AM | 7 | MS. BOGO-ERNST:  Okay.  Thank you. |
| 10:20 AM | 8 | THE WITNESS:  Sorry about that. |
| 10:20 AM | 9 | Okay.  I see it. |
| 10:20 AM | 10 | BY MS. SOULE: |
| 10:20 AM | 11 | Q    I just wanted to go back, you know, before the |
| 10:20 AM | 12 | time you took over mortgage servicing oversight in |
| 10:20 AM | 13 | January 2014, the housing crisis and crash was |
| 10:21 AM | 14 | going on, and there were a number of reports. |
| 10:21 AM | 15 | I just want to show you a couple to |
| 10:21 AM | 16 | see if you knew about any news reports like this |
| 10:21 AM | 17 | one, Exhibit 1081, where there were concerns about |
| 10:21 AM | 18 | racial disparities in mortgages. |
| 10:21 AM | 19 | Did you see this article?  We'll |
| 10:21 AM | 20 | start with that. |
| 10:21 AM | 21 | A    No, I have never seen this article. |
| 10:21 AM | 22 | Q    This is dated, October 15, 2007.  This has to do |
| 10:21 AM | 23 | with New York City. |
| 10:21 AM | 24 | Do you see that the first line? |
| 10:21 AM | 25 | A    Yes. |

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Jason Jastrzemski
November 20, 2025

Page 41

10:21 AM  1    Q    And it has to do with a concern that there was

10:21 AM  2         some prime lenders and that buyers in

10:21 AM  3         predominately in black and Hispanic neighborhoods

10:21 AM  4         in New York City were more likely to get their

10:21 AM  5         mortgages last year -- this is back in 20'7 --

10:22 AM  6         from a sub prime lender than home buyers in white

10:22 AM  7         neighborhoods with similar income levels.

10:22 AM  8                   Do you see that?

10:22 AM  9                   MS. BOGO-ERNST:  I'm going to object

10:22 AM 10         to relevance and foundation.

10:22 AM 11    BY MS. SOULE:

10:22 AM 12    Q    Right.  But do you see that sentence there?

10:22 AM 13    A    I do see it, yep.

10:22 AM 14    Q    And so having been in the loan on-boarding and

10:22 AM 15         other functions that you described at Owcen, were

10:22 AM 16         you aware of concerns like this in that -- that

10:22 AM 17         time frame, that sub prime loans were being --

10:22 AM 18         were more predominant in black and Hispanic

10:22 AM 19         neighborhoods?

10:22 AM 20                   MS. BOGO-ERNST:  Object to form.

10:22 AM 21                   THE WITNESS:  No.

10:22 AM 22    BY MS. SOULE:

10:22 AM 23    Q    And is this the first time that you have ever --

10:22 AM 24         I'm not saying it's true or not, but is this the

10:22 AM 25         first time this has ever been brought to your

888-893-3767
www.lexitalegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



10:22 AM 1          attention?

10:22 AM 2                    MS. BOGO-ERNST:  Object to form.

10:22 AM 3                    THE WITNESS:  This specific news

10:22 AM 4          article?  Yes.

10:22 AM 5    BY MS. SOULE:

10:22 AM 6    Q     No.  The fact that -- the fact that sub prime

10:23 AM 7          loans had -- were more predominant in black and

10:23 AM 8          Latino neighborhoods than white neighborhoods.

10:23 AM 9                    Is this, what I'm telling you,

10:23 AM10          showing you, the first time you are hearing of

10:23 AM11          that today?

10:23 AM12                    MS. BOGO-ERNST:  Object to form.

10:23 AM13                    THE WITNESS:  I mean, I -- I

10:23 AM14          can't -- I can't say for certain -- right? --

10:23 AM15          whether or not I've -- whether or not I knew this

10:23 AM16          or not.

10:23 AM17    BY MS. SOULE:

10:23 AM18    Q     But it's possible that you did know it.  Is that

10:23 AM19          what you're saying?

10:23 AM20                    MS. BOGO-ERNST:  Object to form and

10:23 AM21          foundation.

10:23 AM22                    THE WITNESS:  I mean, I don't --

10:23 AM23          it's never been a topic.  Like, all the loan

10:23 AM24          boarding and related activities were agnostic to

10:23 AM25          any of this data, so I would have no reason to be

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

10:23 AM   1          aware of it from a job perspective.  But I guess

10:23 AM   2          just in general, based on the news, yeah.

10:23 AM   3   BY MS. SOULE:

10:23 AM   4   Q    So based on the news, you understood during the

10:24 AM   5        time frame that these issues were of concern or

10:24 AM   6        being discussed in general?

10:24 AM   7                    MS. BOGO-ERNST:  Object to form and

10:24 AM   8        foundation.

10:24 AM   9                    THE WITNESS:  Yeah.  I mean, I don't

10:24 AM  10        recall specifically being, you know, like, again,

10:24 AM  11        aware of these activities.  Didn't impact our job

10:24 AM  12        so whether I was astutely aware of it or not, I

10:24 AM  13        don't recall.

10:24 AM  14   BY MS. SOULE:

10:24 AM  15   Q    But as a matter of general knowledge, I think your

10:24 AM  16        answer -- you've answered, but just a little

10:24 AM  17        unclear.

10:24 AM  18                    As a matter of general knowledge,

10:24 AM  19        you were aware of these concerns, at least as a

10:24 AM  20        citizen of the U.S. maybe that this sub prime

10:24 AM  21        lending was more predominant in black and Latino

10:24 AM  22        neighborhoods than white neighborhoods during the

10:24 AM  23        housing crash?

10:24 AM  24                    MS. BOGO-ERNST:  Object to form and

10:24 AM  25        foundation.



| | | |
|---|---|---|
| 10:24 AM | 1 | THE WITNESS:  No.  I would say I was |
| 10:25 AM | 2 | more -- more aware that it was related to |
| 10:25 AM | 3 | borrowers past credit history and things like |
| 10:25 AM | 4 | that.  Not specific to, like, race or ethnicity. |
| 10:25 AM | 5 | BY MS. SOULE: |
| 10:25 AM | 6 | Q     Okay.  I want to show you Exhibit 1082. |
| 10:25 AM | 7 | (Exhibit 1082 marked for |
| 10:25 AM | 8 | identification.) |
| 10:25 AM | 9 | THE WITNESS:  Okay. |
| 10:25 AM | 10 | BY MS. SOULE: |
| 10:25 AM | 11 | Q     And this is a headline.  It's a Reuters article |
| 10:25 AM | 12 | out of Los Angeles, California, dated, |
| 10:25 AM | 13 | November 25, 2007.  It says, the headline, |
| 10:25 AM | 14 | "Minorities Hit Hardest by Housing Crisis." |
| 10:25 AM | 15 | Do you see that? |
| 10:25 AM | 16 | A     I do. |
| 10:25 AM | 17 | Q     And there is a long list of articles, but I just |
| 10:25 AM | 18 | chose this one as an example. |
| 10:26 AM | 19 | Were you aware, during the 2007 time |
| 10:26 AM | 20 | period or any time period, that concerns were |
| 10:26 AM | 21 | being raised that minorities were hit hardest by |
| 10:26 AM | 22 | the housing crisis? |
| 10:26 AM | 23 | MS. BOGO-ERNST:  Object to form. |
| 10:26 AM | 24 | THE WITNESS:  No. |
| 10:26 AM | 25 | BY MS. SOULE: |



Jason Jastrzemski
November 20, 2025

Page 45

10:26 AM 1   Q     And with respect to Los Angeles, were you ever

10:26 AM 2         involved with or aware of Owcen's settlement with

10:26 AM 3         the City of Los Angeles concerning poor treatment

10:26 AM 4         of REO properties?

10:26 AM 5                     MS. BOGO-ERNST:  Object to

10:26 AM 6         foundation and relevance.

10:26 AM 7                     THE WITNESS:  I remember there

10:26 AM 8         being -- it was -- it wasn't related -- it was

10:26 AM 9         related to registration of properties.  That's --

10:26 AM 10        that's -- that's what I recall.

10:26 AM 11  BY MS. SOULE:

10:26 AM 12  Q     So I just want to clarify that, as you sit here

10:26 AM 13        today, it was -- the fact that minorities were hit

10:26 AM 14        hardest by housing crisis was not something that

10:27 AM 15        you knew about?

10:27 AM 16                    MS. BOGO-ERNST:  Object to form.

10:27 AM 17                    THE WITNESS:  That is correct.

10:27 AM 18  BY MS. SOULE:

10:27 AM 19  Q     When -- before you became the director of mortgage

10:27 AM 20        servicing oversight, did you -- was that job

10:27 AM 21        posted internally in some way?

10:27 AM 22  A     I do not recall.

10:27 AM 23  Q     And how did it come about that you learned of the

10:27 AM 24        job?

10:27 AM 25  A     The SVP of the -- of the area of servicing called

888-893-3767
www.lexitaslegal.com                Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



| | | |
|---|---|---|
| 10:29 AM | 1 | were beginning to do the oversight activities. |
| 10:29 AM | 2 Q | And how soon after Mr. Anderson called you in did |
| 10:29 AM | 3 | you assume this job?  Was it on the spot or |
| 10:29 AM | 4 | what? |
| 10:29 AM | 5 A | Yeah, it was -- it was on the spot. |
| 10:29 AM | 6 Q | And you previously testified, it was January 2014; |
| 10:29 AM | 7 | is that -- is that right? |
| 10:29 AM | 8 A | Yeah.  That's what I recall.  Yes. |
| 10:29 AM | 9 Q | What did Mr. Anderson tell you about this job? |
| 10:29 AM | 10 A | From what I recall, he told us that -- or told me |
| 10:29 AM | 11 | that, you know, that we had -- as a result of us |
| 10:30 AM | 12 | spinning off Altisource, we needed to have |
| 10:30 AM | 13 | somebody above and beyond the existing oversight |
| 10:30 AM | 14 | to have dedicated more, what I'll call, |
| 10:30 AM | 15 | operational oversight and partnership with |
| 10:30 AM | 16 | Altisource. |
| 10:30 AM | 17 Q | No one held the job before you, right?  It was |
| 10:30 AM | 18 | new? |
| 10:30 AM | 19 A | The director of mortgage servicing oversight was a |
| 10:30 AM | 20 | new position, yes. |
| 10:30 AM | 21 Q | Was this a result of the regulatory actions by the |
| 10:30 AM | 22 | New York Financial Regulator? |
| 10:30 AM | 23 A | I don't know the basis of the decision to start |
| 10:30 AM | 24 | the business unit. |
| 10:31 AM | 25 Q | Well, you said Mr. Anderson told you that was a |



| | | |
|---|---|---|
| 10:31 AM | 1 | result of spinning off Altisource, so operational |
| 10:31 AM | 2 | oversight was needed; is that correct? |
| 10:31 AM | 3 | A    Yeah, that's correct. |
| 10:31 AM | 4 | Q    Was there anything else besides that that you |
| 10:31 AM | 5 | understood related to creation of this position, |
| 10:31 AM | 6 | director of mortgage servicing oversight? |
| 10:31 AM | 7 | A    No.  That is what I recall. |
| 10:31 AM | 8 | Q    Did he tell you there were problems with |
| 10:31 AM | 9 | Altisource that needed oversight, or was it just |
| 10:31 AM | 10 | that we spun them off so now we need more |
| 10:31 AM | 11 | oversight? |
| 10:31 AM | 12 | A    It's that we had spun them off, and we needed more |
| 10:32 AM | 13 | oversight. |
| 10:32 AM | 14 | Q    Before you were tapped for the director of |
| 10:32 AM | 15 | mortgage servicing oversight, were there any |
| 10:32 AM | 16 | specific projects or challenges that you had |
| 10:32 AM | 17 | undertaken in your employment at Owcen that you -- |
| 10:32 AM | 18 | that qualified you for that job or prepared you |
| 10:32 AM | 19 | for that job? |
| 10:32 AM | 20 | A    Just my own, you know -- my performance over the |
| 10:32 AM | 21 | course of the years was at high level.  I think |
| 10:32 AM | 22 | that I demonstrated that I was able to, you know, |
| 10:32 AM | 23 | learn new functions, create new processes |
| 10:32 AM | 24 | successfully, and, you know, that was the goal of |
| 10:32 AM | 25 | creating this department, and that's why -- |

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



02:52 PM 1      things like that. So it it wasn't every time that

02:52 PM 2      I interfaced with Jill that it was some sort of

02:52 PM 3      issue or problem. It was just more so about

02:52 PM 4      partnering and, you know, doing what was best for

02:53 PM 5      the community at that point in time.

02:53 PM 6   Q  And were there situations you did interact with

02:53 PM 7      Ms. Scholl about concerning particular problems in

02:53 PM 8      communities with the condition or state of the

02:53 PM 9      REOs there?

02:53 PM 10   A  Yeah. I recall there were scenarios like that

02:53 PM 11      where, you know, there were properties that they

02:53 PM 12      asked us to look at specifically and potentially

02:53 PM 13      remediate things. And often cases -- right? --

02:53 PM 14      when we did those reviews, there were

02:53 PM 15      timing-related things where work orders were

02:53 PM 16      already in flight or there was just a recent

02:53 PM 17      weather event, and that's why there was snow or

02:53 PM 18      whatever it may be, right?

02:53 PM 19              But from what I recall, there wasn't

02:53 PM 20      any, like, widespread neglect, if you will,

02:53 PM 21      associated to any of the, you know, properties

02:53 PM 22      that we worked together on.

02:53 PM 23   Q  Were you involved in any -- any efforts that Ocwen

02:54 PM 24      made to work with local community in Milwaukee?

02:54 PM 25   A  No, not that I recall.

888-893-3767
www.lexitaslegal.com     Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179   

Exhibit 9

## OCWEN'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Ocwen Loan Servicing, LLC n/k/a PHH Mortgage Corporation ("Ocwen") hereby submits these amended disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. The representations set forth herein are made in good faith and based upon current information and belief.

By providing these disclosures pursuant to Rule 26(a)(1), Ocwen does not waive any objections that may be appropriate, including without limitation: (a) to the use, for any purpose, by any party to this litigation, of any of the information or documents disclosed, for any purpose other than the defense of this lawsuit; (b) to the admissibility or relevancy of any of the documents or information disclosed; (c) to the production of any document prior to the entry of an appropriate protective order; or (d) to any applicable privilege, including without limitations, attorney-client privilege, bank examination, and/or work-product doctrine. These disclosures are made based on information reasonably available to Ocwen at the present time, and Ocwen reserves the right to supplement its disclosures.

Rule 26(a)(1)(A)(i) Disclosure:

*The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.*

Rule 26(a)(1)(A)(i) Response:

The following individuals are likely to have discoverable information that Ocwen may use to support its claims or defenses. Per Fed. R. Civ. P. 26(a)(1)(A)(i), Ocwen is not identifying individuals who may have discoverable information if those individuals' information would be used solely for impeachment purposes. All of the witnesses identified as Ocwen representatives should be contacted through Ocwen's counsel of record in this action:

6.  <u>Michael Yanniello</u> –  Vice President, Investor Relations. Mr. Yanniello has knowledge concerning investor relations issues, including investor guidelines.

7.  <u>Jill Showell</u> – Former Senior Vice President, Government and Community Relations.  Ms. Showell has knowledge of Ocwen's efforts to work with communities and organizations throughout the country, including Common Ground and its subsidiary Milwaukee Rising, to prevent neighborhood blight.

8.  <u>Katie Brewer</u>— Former Vice President, Collateral Based Solutions.  As Ms. Brewer testified at her deposition, she held a supervisory role over certain REO activities during her time with Ocwen.

5.  Any third parties who produced documents and/or were deposed in the litigation;

6.  Any witness necessary to authenticate documents;

7.  Any witness necessary to impeach testimony offered by Plaintiffs; and

8.  Rebuttal witnesses (e.g., any witness necessary to rebut testimony offered by Plaintiffs, etc.).

At this time, Ocwen has not determined which representatives may be required to rebut issues raised by Plaintiffs' or Plaintiffs' experts, including but not limited to damages, or to discuss the context or contents of relevant documents.  When Plaintiffs' witnesses and experts are identified and made available for deposition, or when documents upon which Plaintiffs' witnesses and experts will rely are identified, Ocwen will name such persons.  Ocwen reserves the right to amend or supplement this list as necessary during the course of discovery and further proceedings in this case.

<u>Rule 26(a)(1)(A)(ii) Disclosure:</u>

*A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.*

4

Rule 26(a)(1)(A)(iii) Response:

Rule 26(a)(1)(A)(iii) disclosures are not applicable to Ocwen in this action.

Rule 26(a)(1)(A)(iv) Disclosure:

*For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

Rule 26(a)(1)(A)(iv) Response:

Pursuant to Rule 26(a)(1)(A)(iv) and based on information reasonably available at this time, Ocwen is not aware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: June 28, 2022

Respectfully Submitted,

Ocwen Loan Servicing, LLC, n/k/a PHH Mortgage Corporation

By: /s/ Debra Bogo-Ernst
    One of Its Attorneys

    Debra Bogo-Ernst
    Matthew Sostrin
    Jacey Norris
    Mayer Brown LLP
    71 S. Wacker Drive
    Chicago, IL 60606
    Tel: (312) 701-7403
    Fax: (312) 706-8474
    dernst@mayerbrown.com
    msostrin@mayerbrown.com
    jnorris@mayerbrown.com

## <u>CERTIFICATE OF SERVICE</u>

I, Debra Bogo-Ernst, hereby certify that on this 28th day of June, 2022, a copy of the foregoing was sent by electronic mail to following counsel of record:

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
*Soule, Bradtke & Lambert*
402 Campbell Street
Suite 100
Geneva, IL 60134

Stephen M. Dane
Yiyang Wu
*Relman, Dane & Colfax PLLC*
1225 19th Street, N.W.
Suite 600
Washington, DC 20036

Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave., NW
Suite 650
Washington, DC 20004

Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: (312) 324-1000

Shannon Y. Shin
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: shannon.shin@dentons.com

Lisa Krigsten (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Email: lisa.krigsten@dentons.com

Nathan Garroway (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Email: nathan.garroway@dentons.com

/s/  Debra Bogo-Ernst_____
Debra Bogo-Ernst

# Exhibit 10

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
     NATIONAL FAIR HOUSING          )
 4   ALLIANCE; HOPE FAIR HOUSING    )
     CENTER, et al.,                )
 5                                  )
                                    )
 6                    Plaintiffs,   )
                                    )
 7          vs.                     ) No. 1:18-cv-00839
                                    )
 8   DEUTSCHE BANK NATIONAL         )
     TRUST, as trustee, et al.,     )
 9                                  )
                                    )
10                    Defendants.   )

11

12          The Fed. R. Civ. P. Rule 30(b)(6) deposition

13   on behalf of Deutsche Bank National Trust Company and

14   Deutsche Bank Trust Company Americas, Subject 1, called

15   by the Plaintiffs for examination, taken remotely

16   pursuant to notice and pursuant to the Federal Rules of

17   Civil Procedure for the United States District Courts

18   pertaining to the taking of depositions, taken before

19   April M. Metzler, Certified Shorthand Reporter,

20   Registered Merit Reporter, Certified Realtime Reporter,

21   and Notary Public, at Costa Mesa, California, commencing

22   at 10:04 a.m. CST on the 4th day of August, 2021.

23

24
```



```
 1   I went through a review of many of the documents in the

 2   exhibit binders.

 3        Q.   And outside of documents that were in the

 4   exhibit binders, do you recall other documents that you

 5   reviewed to prepare for the deposition?

 6        A.   Not right now.  It's -- what I can recall are

 7   the exhibits in the exhibit binders.

 8        Q.   Did you review any transcripts relating to

 9   this case to prepare for your deposition?

10        A.   No.

11        MR. BRADTKE:  Steve, could you show Exhibit 525.

12             Every time he shows an exhibit, it's going to

13   be quicker.  That's a great thing.

14                      (Discussion off the record.)

15        MR. DANE:  Okay.  It should be up.

16        MR. BRADTKE:  Great.  It is up.

17   BY MR. BRADTKE:

18        Q.   Mr. Reyes, have you seen this document before?

19   And when I say "before," I guess I mean before preparing

20   for the deposition, if you saw it in this context.

21        A.   No.

22        Q.   And I'm not showing you this document for --

23   to ask you about the Deutsche Bank resolution plan from

24   2013, but because this document contains a description
```



1    of some of the Deutsche Bank entities that relate to the

2    case.

3          MR. BRADTKE:  So, Steve, could you please go to

4    page 5 of this document that starts "description of U.S.

5    material entities."

6          MR. DANE:  Okay.  Should be up.

7    BY MR. BRADTKE:

8          Q.  And we're not going to go through all these

9    entities, but I do have a few questions about them.

10              Do you see, the first sentence says:  The

11   following sections of this public summary provide a

12   high-level overview of the DB group and U.S. resolution

13   plan.

14              What is a "DB group"?

15         A.  I don't specifically know.  DB is an equitable

16   institution, so I'm not sure if this is referring to the

17   institution globally or to specific groups within the

18   global divisions.

19         Q.  If you go back to that first sentence, it says

20   that:  The following sections of this public summary

21   provide a high-level overview of the DB group.

22              Does that suggest to you that the entities

23   that are described as you go through this document are

24   entities that are part of the DB group?



1      A.   Yes.

2      MR. BRADTKE:   Steve, could you move to page 8.

3  BY MR. BRADTKE:

4      Q.   And looking at subsection 8 on page 8, do you

5  see where it says "Deutsche Bank National Trust

6  Company," Mr. Reyes?

7      A.   Yes.

8      Q.   And that's the entity that you work for,

9  right?

10     A.   Yes.

11     Q.   Can you read this paragraph to yourself, and

12 then I have a few questions to ask you about it.   Okay?

13     A.   Yes.

14     Q.   And let me know when you're done.   Thank you.

15     A.   I've read it.

16     Q.   Great.

17          The first sentence starts by saying that:

18 DBNTC is a national banking association.

19          You see that?

20     A.   Yes.

21     Q.   What are the implications of an entity being a

22 "national banking association"?

23     MR. KLIEBARD:   Objection, calls for a legal opinion

24 and beyond the scope of the deposition.



```
 1    BY THE WITNESS:

 2        A.    From my understanding, Deutsche Bank National

 3    Trust Company can operate in all 50 states and that it

 4    is regulated by the Office of the Comptroller of the

 5    Currency.

 6        Q.    And the second part of that sentence indicates

 7    that:  DBNTC is a wholly-owned subsidiary of DBHI.

 8              What is "DBHI"?

 9        A.    I think one has to go through this, but I know

10    there's a chart here somewhere.  I believe it's Deutsche

11    Bank Holdings Inc., at least that's what it stands for,

12    I believe.

13        Q.    Can you point out the chart to us?

14        A.    Yeah.  I thought I recalled a chart from

15    preparation.  I can't seem to find it right now.

16        Q.    That's okay.  So let me ask you about DBHI a

17    little different way.

18              Do you interact with anyone from DBHI?

19        MR. KLIEBARD:  Objection, vague.

20    BY THE WITNESS:

21        A.    Not to my knowledge.

22        MR. BRADTKE:  I didn't hear the answer, I'm sorry.

23    April, can you read it back.

24                      (Record read as requested.)
```



1    BY MR. BRADTKE:

2        Q.   And is DBHI an operating entity or a holding

3    company?

4        A.   I don't know.

5        MR. KLIEBARD:  Jim, is this covered in one of your

6    exhibits, 526, page 15?

7        MR. BRADTKE:  Um ...

8        MR. KLIEBARD:  Rather than ...

9        MR. BRADTKE:  Well, we can put up Exhibit 526.

10   Thank you, Steve.

11           And what page were you referring to, Ken?

12       MR. KLIEBARD:  15.

13       MR. BRADTKE:  Okay.  Let's see page 15.

14       MR. KLIEBARD:  I'm sorry.  It's Bates number 15,

15   page number 14.

16       MR. BRADTKE:  Okay.  Thank you.

17       MR. KLIEBARD:  This is all from my photographic

18   memory, if you're wondering.

19       MR. BRADTKE:  That's impressive.

20   BY MR. BRADTKE:

21       Q.   Mr. Reyes, was this the chart that you were

22   thinking of?

23       A.   Yes.

24       Q.   And we see DBHI is in a gray box on the left



1   side, right?

2       A.   Yes.

3       Q.   And there's a number 3 in the upper right-hand

4   corner of that box, and it says:  Related support

5   entity.

6            Do you see that?

7       A.   Yes.

8       Q.   Do you know what support, if any, that DBHI

9   provides to Deutsche Bank National Trust Company?

10      A.   No.

11      Q.   Let's go back to 525.  And if we need to, we

12  can refer back to this chart.

13           The sentence goes on to say that:  DBHI -- it

14  says Deutsche Bank National Trust Company is a

15  wholly-owned subsidiary of DBHI.  And then it says:

16  Which is a wholly-owned subsidiary of DBTC.

17           Do you know what "DBTC" is?

18      A.   Do you mean what it stands for, or ...

19      Q.   Let's start with that.

20           Do you know what it stands for?

21      A.   Well, based on the prior exhibit on screen,

22  526, Bates-stamp 15, is Deutsche Bank Trust Corporation.

23      Q.   And do you know what Deutsche Bank Trust

24  Corporation, what its operations are?



1      A.    No.

2      Q.    Do you, to your knowledge, interact with

3  anyone from Deutsche Bank Trust Corporation?

4      A.    Not to my knowledge.

5      Q.    Let's focus a little bit on what Deutsche Bank

6  National Trust Company does.

7            Do you see in the second paragraph, it states

8  that:  DBNTC's charter limits it to the powers of

9  conducting the business of a trust company.

10           Do you see that?

11     A.    Yes.

12     Q.    And as a trust company, does Deutsche Bank

13  National Trust Company accept deposits from people or

14  are they engaged in some other business?

15     A.    I'm sorry.  I don't understand the question.

16     Q.    This paragraph indicates that the charter of

17  DBNTC limits its powers to conducting the business of a

18  trust company.  Let me ask you this way.

19           What is the business that's conducted by a

20  trust company?

21     MR. KLIEBARD:  Objection, vague, calls for a

22  narrative.

23  BY THE WITNESS:

24     A.    We provide -- Deutsche Bank National Trust



1    Company provides trustee and agent and document and

2    custody services for securitization trusts.

3         Q.    And if you look in the third paragraph of

4    subsection 8 here, it says:  DBNTC provides services to

5    the GTB and AWM corporate divisions.

6              What are those?

7         A.    We may provide our trustee services on other

8    deals that other product teams are involved in.

9         Q.    So would GTB be another product team; is that

10   what you're saying?

11        A.    Yes.  So there are other product teams within

12   corporate trust.

13        Q.    And AWM would be another product team within

14   corporate trust?

15        A.    AWM is actually not within corporate trust.

16   That's asset wealth management.  It's a different

17   business product.

18        Q.    And what does "GTB" stand for?

19        A.    Global transaction banking.

20        Q.    Where is DBNTC located physically?

21        A.    We conduct business out of our Santa Ana,

22   California office.

23        Q.    And leaving aside COVID-related matters, is

24   Santa Ana where the employees of DBNTC work?



1      A.   Yes.

2      Q.   About how many employees does DBNTC have?

3      A.   I don't know.

4      Q.   Would it be more than a hundred?

5      A.   I don't know.  I'm only aware of my specific

6   product.

7      Q.   And when you say your "specific product," what

8   do you mean?

9      A.   Corporate trust, that provides the trustee

10  services for residential mortgage-backed securities.

11     Q.   But I guess what you're saying is there are

12  other activities besides providing trustee services for

13  residential mortgage-backed securities that Deutsche

14  Bank National Trust Company is engaged in, right?

15     A.   Yes.

16     Q.   Does DBNTC have any subsidiaries?

17     A.   No.

18     Q.   And outside of the physical offices in Santa

19  Ana, does DBNTC have some other physical offices

20  anywhere?

21     A.   There's an office in Los Angeles.

22     Q.   And what is that office used for?

23     A.   My understanding, is it has other business

24  units, such as the asset wealth management team.



1      Q.   Does DBNTC have a board of directors?

2      A.   I don't know.

3      Q.   Who would -- is Mr. Vaughan the current head

4  of DBNTC?

5      A.   Yes.

6      Q.   And what's his title, if you know it?

7      A.   He is a managing director and head of

8  corporate trust Americas.

9      Q.   Corporate trust Americas, it sounds like the

10  Dallas cowboys or something.

11          What is corporate trust Americas?  You can

12  ignore my reference.  I mean, the Cowboys are called

13  "America's team," so -- anyway.

14          What is corporate trust Americas?

15      A.   It encompasses the business units within the

16  United States.

17      Q.   And would that include business units outside

18  of DBNTC?

19      A.   Yes.

20      Q.   What other business units would be encompassed

21  in corporate trust Americas?

22      A.   Other product teams.

23      Q.   What other products?

24      A.   For example, asset-backed securities and



1    structured credit services.

2         Q.    And sometimes in the organization charts when

3    I would see ABS, does that mean asset-backed securities?

4         A.    Yes.

5         Q.    And asset-backed securities is a different

6    product than residential mortgage-backed securities,

7    right?

8         A.    Yes.

9         Q.    And so tying up this line of questioning, so

10   Mr. Vaughan has some responsibilities relating to these

11   other products that you mentioned, like asset-backed

12   securities, right?

13        A.    Yes.

14        Q.    How long has Mr. Vaughan been head of DBNTC?

15        A.    I don't know.

16        MR. BRADTKE:  I'm about to move on to Deutsche Bank

17   Trust Company Americas.  Do you want to take a break now

18   or are you doing okay?

19        THE WITNESS:  Can we just take a five-minute break,

20   if it's okay.

21        MR. BRADTKE:  Very good.  Any time you want, just

22   let me know.  Okay.  Thank you.

23        MR. KLIEBARD:  Hey, Jim, speaking of breaks --

24   before I forget -- I have a case in New York that Judge



# Exhibit 11

# PLTFF EXHIBIT 384



# Asset Management High Value Program

| Document Classification | Confidential / Internal Use Only | |
|---|---|---|
| BU Name | Asset Management | |
| Document Number | Version | Document Owner |
| ASPS-AM-PR-0231 | 7 | VP, Asset Management |
| Reviewed on | Review Frequency | Next Review Date |
| 9/24/2018 | Yearly | 9/24/2019 |
| Prepared by | Reviewed by | Approved by |
| Patrocin Karkera | Jacob Thomas | Santosh Srinivas<br>Daniel Vercek<br>Satish Vazhappilly |
| Effective Date | | |
| 9/24/2018 | | |

PROPRIETARY AND CONFIDENTIAL. This document contains copyrighted, proprietary and confidential information of Altisource Solutions S.à r.l. and/or its affiliates (collectively, "Altisource") that may constitute trade secret and/or legally privileged information. Any disclosure, copying, distribution or use of any of the information contained herein that is not expressly permitted by Altisource in writing is STRICTLY PROHIBITED. Altisource, the Altisource logo, the "REAL" family of trademarks and services marks, and certain other marks identified herein are trademarks or service marks of Altisource. © 2018 Altisource. All rights reserved.

ASI000034946

**Altisource**

Asset Management                                          Asset Management High Value Program

## IV.     Process Flow



## V.     Eligible Inventory

All properties with a pre-foreclosure value of $500,000 or more shall be eligible for the High Value Program.

Properties which fall under any of the following criteria shall be excluded from this program.

1.  Non Marketable / Unavailable properties

2.  Foreclosure Deed is unavailable

3.  Active or pending litigation

4.  Properties with active redemption period

5.  Title is not clean

6.  Properties with structural damage, including foundation and exterior walls

© 2018 Altisource. All rights reserved.        Confidential / Internal Use Only              Page 5 of 33

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          ASI000034950

# A. High Quality Marketing photos

AFS shall order high resolution pictures after the debris removal is completed. The RSC shall confirm the completion of photo work order. If debris is found in photos or if photos are unacceptable based on minimal standards (see high quality marketing photos link), RSC should escalate back to AFS via email. AFS shall not charge for this, if debris removal is not complete.

The vendor shall provide maximum number of high resolution and quality pictures as per guidelines and process mentioned in the procedure "ASPS-AM-PR-0246-Asset Management Photograph Review and Quality Check" available on Altisource Enterprise Sharepoint for Policies and Procedures.

The RSC's shall ensure that AFS orders high quality marketing photos from an approved vendor for all properties. AFS shall provide photos of the city views, beach, landscapes, special property features or location features for every property, if applicable.

# B. Initial Property Review

An Initial Property Review is performed by the AFS vendor once the property becomes vacant. Post inspection, the vendor shall submit the "Property Review" report. This report shall provide a detailed summary of the property condition both interior and exterior. This report shall be available in VMS for the Asset Management and Valuation teams to review.

# C. Work Order Details

The RSC's shall coordinate with the AFS High Value Asset (HVA) team for effective and timely completion of the Initial Property Review and ongoing services as mentioned below. AFS is responsible in triggering these orders through VMS. For more details on these services, please refer to the initial inspection and ongoing maintenances for the property as per Exhibit X (1) and X (2) respectively.

Below is the list of required initial and ongoing maintenance services to be provided on High Value Assets. If this exceeds the delegated authority as provided by the client, Altisource shall seek approval from the client along with an appropriate rationale to maintain such high valued properties

1. Initial Inspection:

   – Grass Cutting

   – Tree and Shrub Trimming

   – Pool Services (on client request)/Pool covers

   – Pressure Wash Home, Walkways, Patio, Wooden Deck

   – Fertilize Yard

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ASI000034952



# VIII.    Valuations

Valuation team shall provide an accurate and reliable as-is and as-repaired values, and repair estimates for the client to assist in the sale of the high value REO assets.

AFS HVA team shall ensure that utilities are turned on for the valuation broker, in order to test the major mechanicals of the property. AFS and DVS shall validate that the utilities were turned on and the same shall show in their Initial Property Review and valuation products respectively.

The appraiser shall determine the estimated "as-is" and "as-repaired" values along with the repair estimate in the REO addendum of the appraisal report.

# IX.    Asset Management

The RSC's shall ensure that the property is well maintained by AFS and also check whether the completed valuation products are received.

The RSC shall ensure that the following is taken care while marketing the property.

- RSC will review the initial property report on VMS per property to review the first look of the property and ensure that work orders are issued for any remaining property issues. This will also provide the recommendation on what repairs are needed to bring the asset up to standard of High Value Assets.

- If the property is listed as repaired, RSC shall ensure that AFS and RPM teams are working towards getting the repairs completed per High Value Asset Standards and based on client approval or delegated authority.  In some instances, High Value Assets will require cosmetic repairs to be completed to bring to the market in the best possible new condition. Some requirements will be paint, floor refinishing, appliance inspection and replacement, Lighting fixture and replacement.  All of these cosmetic repairs will be case by case and based on condition and client approval requirements.

- AFS shall move the high value property to a marketing phase after receiving email confirmation from the RSC that the property is ready for marketing purposes.

- RSC shall also review the MLS copy to ensure that the public remarks and all the listing details match with the MLS, our records and Hubzu as per process defined in the respective client's MLS procedure. RSC's may also verify that the property details and other attributes are correct by checking Hubzu and other related websites, which reflects data from MLS sites.

- Broker's feedback from showings, CMA's and Hubzu review shall be taken into consideration while modifying the price during the marketing time.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ASI000034954

# Exhibit 12

EXHIBIT 6273

Carrie Simpson - Misc. Time Spent on Deutsche Bank

| Time Spent (mins) | Dates of Activity | Description of Activity |
| --- | --- | --- |
| 325 | 10/19/2015-7/17/2018 | 65 General REO Emails x 5min each apportioned to Deutsche Bank |
| 450 | 3/18/2016 - 7/17/2018 | 30 Deutsche Bank Specific Emails x 15 mins each |
| 30 | 7/24/2017 | Proofing & Editing Press Release |
| 60 | 7/21/2017 | Proofing & Reviewing Draft Slideshows created by NFHA to identify errors and SSHC investigated properties |
| 20 | 7/25/2017 | Updating website with press release information |
| 30 | 7/24/2017 | Creating & Publishing link and banner for front page of website |
| 45 | 7/25/2017 | Identifying local & relevant media sources (72 email addresses), composing & sending emails with press release |
| 60 | 7/13/2017 | Identifying neighboring properties of REO to contact |
| 90 | 7/19/2017-7/21/2017 | Gathering materials to distribute to neighbors by hand and by mail |
| 80 | 7/21/2017 | Visiting neighbors |
| 15 | 8/4/2017 | Follow-up calls for neighboring properties |
| 240 | | NFHA Conference Calls, per JP reords of calls |
| 180 | 1/2/2018 | SSHC Staff meeting (JP, CS, MC) re documenting damages |
| 60 | 1/29/2018 & 1/31/2018 | Proofing NFHA Press Release & SSHC Additions |
| 30 | 1/29/2018 & 1/31/2018 | Proofing & Reviewing Draft Slideshows created by NFHA to identify any errors and SSHC investigated properties |
| 60 | 1/31/2018 | Updating website with press release information |
| 30 | 1/31/2018 | Identifying local & relevant media sources & municipal contacts (92 email addresses), composing & sending emails with press release |
| 330 | 4/5/2018 | █████████████████████████ |
| 390 | 7/17/2018 | █████████████████████████ |
| 60 | 7/25/2018 | Compiling property photo slides for media |
| 2645 | Total Minutes | |
| 44.08 | Total Hours | |

Derek Adkisson-- Time spent on Deutsche Bank/Ocwen/Altisource

| Time Spent (hours) | Dates of Activity | Description of Activity | |
|---|---|---|---|
| 2 | 2/21/2014 | Prep data for SSHC prop analysis Deutsche Bank webinar | |
| 4 | 10/15/2015 | Attendance at NHFA REO conf | (apportioned for DB) |
| 4.5 | 2014-18 | Processing of staff travel expense reimbursements for REO site visits (apportioned for DB) | |
| 10.5 | | | |

SSHC_0000002

John Petruszak-- Time Spent on Deutsche Bank REO

| Time Spent (hours) | Dates of Activity | Description of Activity |
|---|---|---|
| 0.5 | 8/27/2012 | ███████████████████████ |
| 0.25 | 8/27/2012 | ███████████████████████ |
| 0.25 | 7/19/2013 | LW FHIP REO site visit status report review |
| 0.25 | 10/30/2013 | SS/NFHA re review of DB documents |
| 0.25 | 1/6/2014 | SS/NFHA sched. DB call |
| 0.25 | 1/6/2014 | LB/NFHA emailed prop. assignment |
| 0.25 | 1/10/2014 | SS/NFHA sched. DB call other REO matters |
| 0.25 | 1/15/2014 | LW notice of 1/16 DB call to join |
| 1 | 1/16/2014 | DB partners conf. call with legal counsel |
| 0.25 | 1/18/2014 | Conf. call, 2/25 filing reminder, Chicago webinar |
| 1 | 2/19/2014 | DB partners conf. call with legal counsel |
| 0.25 | 2/19/2014 | ████████████████ |
| 1.5 | 2/21/2014 | Review of NFHA-- DB PPT for Chicago area |
| 0.5 | 2/21/2014 | SA/NFHA edits for Chicago PPT |
| 0.25 | 2/21/2014 | NL/NFHA media advisory, rerview |
| 0.25 | 2/21/2014 | AH/HOPE-- edits for Chicago PPT |
| 0.25 | 2/21/2014 | SS/NFHA Chicago PPT edits |
| 0.25 | 2/21/2014 | GS/Open Chicago PPT edits, SS reply |
| 0.25 | 2/24/2014 | NL/NFHA media alert for 2/25 filing final |
| 0.5 | 2/24/2014 | GS/Open joint news rel. draft review |
| 0.5 | 2/24/2014 | SA/NFHA draft Chicago PPT, news conf, prep. |
| 0.5 | 2/25/2014 | JP/SSHC reply to SA/SS edits for PPT |
| 0.75 | 2/25/2014 | NL/NFHA news conf. agenda, talking points, attached doc review |
| 0.25 | 2/25/2014 | NL/NFHA review of updated taling points |
| 0.25 | 2/25/2014 | NL/NFHA final Chicago news rel. review |
| 0.25 | 2/26/2014 | SS/NFHA initial media coverage |
| 0.5 | 2/26/2014 | NL/NFHA review of national coverage, submit Chicago Sun Times, Tribune, Bus. Journal cov |
| 0.5 | 3/3/2014 | JP/SSHC forward NFHA rel to SSHC staff for review discuss |
| 0.25 | 4/15/2014 | SS/NFHA re-sched. DB conf. cal to 4/24 |
| 1 | 4/24/2014 | DB partners conf. call with legal counsel |

SSHC_0000003

| | | |
|---|---|---|
| 0.25 | 4/25/2014 | SS/DB amended complt. Adding jurisdictions |
| 0.25 | 4/29/2014 | MW submission of exec. amended complt. |
| 0.25 | 4/30/2014 | DS/NFHA news rel for amended complt. Adding cities |
| 0.5 | 8/6/2014 | MW submission of amended complt. For exec. Reply submission from JP |
| 0.25 | 8/15/2014 | SS/DB complt receipt, correspond. From HUD |
| 1 | 8/29/2014 | SS/NFHA REO report ZIP code inequalities rel.-- review of report |
| 0.75 | 9/3/2014 | Distrib. Of ZIP code REO report to Chicago media outlets |
| 0.5 | 1/16/2015 | MW/distribution of amended complt for exec. Return signature page. |
| 0.25 | 3/9/2015 | SS/NFHA DB case update for proposed April filing |
| 0.25 | 3/10/2015 | JP reply to SS |
| 0.25 | 6/4/2015 | SS/NFHA Ocwen servicers for DB meeting sched. |
| 0.5 | 6/30/2015 | MC review of MW IN properties, includeing DB to date |
| 0.25 | 7/6/2015 | SS/NFHA DB, Ocwen, Altisource status forwarded to SSHC staff |
| 0.25 | 12/3/2015 | SS/NFHA DB/Ocwen status update |
| 0.1 | 12/7/2015 | SS conf. call reminder |
| 1 | 12/7/2015 | DB partners conf. call with legal counsel |
| 0.5 | 1/7/2016 | LA/NFHA review of DB REO prop #s by org. |
| 0.5 | 1/20/2016 | LW FHIP 4th Q REO site visit report for 2015 |
| 0.5 | 3/2/2016 | LA/NFHA NW IN prop update. |
| 1 | 3/3/2016 | DB partners conf. call with legal counsel |
| 0.5 | 3/18/2016 | MC report on DB property site visits to date |
| 1 | 5/3-4/2016 | LA/NFHA DB/Fannie spreadsheet, analysis of NW IN and south Chicago metro prop.  Conf call |
| 0.5 | 8/4/2016 | MW/NFHA amended DB complt approval for signature, JP reply |
| 0.75 | 8/8/2016 | YW/RDC amended complt. Review for submission |
| 0.25 | 8/23/2016 | SS/NFHA DB filing delay explained |
| 0.25 | 8/31/2016 | SS/NFHA info on outreach to REO neighbors |
| 1 | 10/3/2016 | MC review  info on staff time for FM and DB investigation |
| 0.25 | 1/12/2017 | SS/NFHA REO update |
| 1 | 2/3/2017 | YW/RDC draft amended complt.  review |
| 0.25 | 3/21/2017 | JA/NFHA draft DB news release review/edit |
| 0.25 | 3/22/2017 | SS/NFHA  SSHC conf. contrib. to Newswire costs RE DB coverage ($250) |
| 0.25 | 4/4/2017 | SS/NFHA DB filing,  news relese and local PPT plan |
| 0.25 | 6/7/2017 | SS/NFHA Update on DB filing sched. |

SSHC_0000004

| | | |
|---|---|---|
| 0.25 | 6/27/2017 | SS/NFHA Update on DB filing sched. |
| 0.25 | 6/30/2017 | SS/NFHA Update on DB filing sched. |
| 0.25 | 7/12/2017 | SS/NFHA DB conf. call reminder, forward to staff |
| 1 | 7/12/2017 | DB partners conf. call with legal counsel |
| 0.25 | 7/14/2017 | SS/NFHA schded of amended complt filing, news rel./PPT drafts |
| 0.25 | 7/20/2017 | JA/NFHA News rel. draft for review/edits |
| 1 | 7/21/2017 | LA/NFHA review and editing of local Chicago PPT drafts |
| 0.75 | 7/21/2017 | SS/NFHA final draft of Amended Complt. Review |
| 1.5 | 7/24/2017 | LA/NFHA Gary IN PPT drft doc review and editing |
| 0.5 | 7/24/2017 | JP submission of Gary PPT with edits and approval of Chicago PPT |
| 0.25 | 7/25/2017 | JA/NFHA review of final NFHA release for sub. On 7/26 |
| 0.25 | 7/25/2017 | Review of additional edits to release form NFHA |
| 0.5 | 7/25/2017 | Submission of DB local release for HUD GTM review/approval |
| 0.5 | 7/25/2017 | SSHC email blast of press release to local media |
| 0.25 | 7/25/2017 | Contact with Crain's Chicago Business reporter |
| 0.25 | 7/26/2017 | JP emailed complt to Daily Southtown reporter with PPT |
| 0.25 | 7/26/2017 | JP emailed complt to Crain's reporter with PPT |
| 0.25 | 7/26/2017 | SS/NFHA Altisource media paragraph |
| 0.25 | 11/7/2017 | SS/NFHA sched. Conf call for DB new attorney agenda, retainer |
| 1 | 11/7/2017 | DB partners conf. call with legal counsel |
| 0.25 | 11/7/2017 | MW/NFHA retainer agreement submitted for exec., return to JS |
| 0.5 | 11/17/2017 | JP submission of legal retainer after SSHC Bd Mtg approval |
| 1 | 12/7/2017 | DB partners conf. call with legal counsel |
| 0.75 | 12/15/2017 | ███████████████████████ |
| 0.5 | 1/3/2018 | MC review of SSHC staff time documentation |
| 0.25 | 1/3/2018 | CS review of SSHC staff mileage expense documentation |
| 3.5 | 1/3-5/18 | JP preparation and submission of Diversion of Resources memo to JS/SBL |
| 0.5 | 1/17/2018 | SS/NFHA diversion of resources calculation information for DB |
| 0.5 | 1/17/2018 | JS requested review of draft Fed Ct complt RE org. info |
| 1 | 1/19/2018 | JP response to JS with ███████████ |
| 1.5 | 1/23/2018 | ████████████████ |
| 0.25 | 1/24/2018 | SS/NFHA draft news release sent for review |
| 0.75 | 1/26/2018 | Review and final edirts to complt-- submitted to JS |



| | | |
|---|---|---|
| 1 | 1/29/2018 | LA/NFHA DB complt filing PPT draft for Metro Chicago--review & edit |
| 0.5 | 1/29/2018 | SS/NFHA final news release for DB Fed Ct filing--review |
| 0.5 | 1/30/2018 | Receipt of final DB complt. MM/SBL--review |
| 1.5 | 1/31/2018 | Receipt of NFHA final release localized and distrib. |
| 0.5 | 2/1/2018 | DB complt. Sent to SSHC Bd members |
| 0.25 | 2/7/2018 | Review of national coverage of DB filing provided by NFHA |
| 0.5 | 3/3/2018 | |
| 0.5 | 3/19/2018 | |
| 1 | 4/6/2018 | |
| 4.5 | 4/6-9/18 | |
| 0.25 | 6/7/2018 | |
| 0.25 | 6/11/2018 | |
| 2 | 7/16/2018 | |
| 4 | 7/17/2018 | |
| 2 | 7/18/2018 | |
| 69.1 | Subtotal | |
| 0.25 | 9/12/2018 | |
| 0.5 | 11/19/2018 | |
| 0.75 | 12/12/2018 | |
| 0.25 | 12/19/2018 | |
| 4 | 12/19-21/18 | |
| 0.25 | 12/21/2018 | |
| 0.5 | 1/11/2019 | |
| 0.5 | 4/17/2019 | |
| 0.5 | 5/8/2019 | |
| 0.25 | 8/7/2019 | |
| 0.5 | 11/15/2019 | |
| 0.25 | 11/15/2019 | Review NFHA press release RE opinion |
| 0.5 | 11/18/2019 | Distribute NFHS releaese to SSHC Bd members |
| 0.25 | 11/22/2019 | Release sent to SSHC counsel JT |

SSHC_0000006



| | | |
|---|---|---|
| 0.25 | 12/16/2019 | |
| 0.25 | 12/30/2019 | |
| 0.25 | 1/23/2020 | |
| 0.25 | 1/24/2020 | |
| 0.1 | 1/27/2020 | Responses to setting up meeting |
| 0.25 | 1/28/2020 | |
| 0.25 | 3/24/2020 | |
| 0.5 | 6/22,24/20 | |
| 0.5 | 6/30/2020 | |
| 1.25 | 7/2/2020 | |
| 0.75 | 7/2/2020 | |
| 1.5 | 7/6/2020 | Compiled SSHC worksheet markup |
| 0.75 | 7/8/2020 | Compiled SSHC worksheet markup |
| 2.5 | 7/9/2020 | Staff time keeping update |

| | |
|---|---|
| 18.6 | Subtotal |
| 87.7 | Total |

SSHC_0000007

Leslie Woods - Misc. Time Spent on Deutsche Bank

| Time Spent (mins) | Dates of Activity | Description of Activity |
|---|---|---|
| 360 | 4/4/12 - 7/17/18 | 24 Deutsche Bank REO Emails x 15 mins per email |
| 730 | 4/4/12 - 7/17/18 | 146 General REO Emails x 5 Mins per email |
| 1090 | Total Mins | |
| 18.16666667 | Total Hours | |

SSHC_0000008

Michael Chavarria - Misc. Time Spent on Deutsche Bank

| Time Spent (mins) | Dates of Activity | Description of Activity |
|---|---|---|
| 325 | 3/10/15 - 7/17/18 | 65 General REO Emails x 5 mins. each apportioned to Deutsche Bank |
| 690 | 3/10/15 - 7/17/18 | 46 Deutsche Bank Specific Emails x15 mins. each |
| 360 | 12/7/15, 3/3/16, 5/4/16, 7/12/17, 11/7/17 | NFHA Conference Calls, per JP reords of calls |
| 80 | 7/21/2017 | Visiting Neighbors |
| 90 | 7/24/2017 | Time spent editing Deutsche Bank PPT for HUD Complaint Filing and emailing back and forth with NFHA re the edits |
| 120 | 1/3/2018 | SSHC Staff meeting (JP, CS, MC) re documenting damages |
| 60 | 1/4/2018 | SSHC Staff meeting (JP, CS, MC) re documenting damages |
| 360 | 4/5/2018 | Assembling Evidence for Discovery per atty request |
| 480 | 4/6/2018 | Assembling Evidence for Discovery per atty request |
| 360 | 4/9/2018 | Assembling Evidence for Discovery per atty request |
| 390 | 7/17/2018 | Assembling Evidence for Discovery per atty request |
| 240 | 7/18/2018 | Assembling Evidence for Discovery per atty request |
| 3555 | Total Minutes | |
| 59.25 | Total Hours | |

Susan Reed - Misc. Time Spent on Deutsch Bank

| Time Spent (mins) | Dates of Activity | Description of Activity |
|---|---|---|
| 15 | | 1 Deutsche Bank REO Emails x 15 mins per email |
| 25 | | 5 General REO Emails x 5 Mins per email |
| 40 | Total Mins | |
| 0.666666667 | Total Hours | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**SSHC Site Visit Staff Time for Investigations** (all site visit calculations include time for two staff)

| Year | # of Site Visits | Average time* | Minutes | Hours |
|------|------------------|---------------|---------|-------|
| 2012-13 | 14 | 113/2:03 | 1,722 | 28.7 |
| 2014 | 6 | 103/1:43 | 618 | 10.3 |
| 2015-16 | 27 | 84/1:24 | 2,268 | 37.8 |
| All 2012-16 | 15 (incomplete) | 23/0:23 | 345 | 5.75 |
| All | 62 | 83.25/1:23** | 5,161.5 | 86.03 |

**Data Analysis/ NFHA/ Media Contact Time/All Other**

**Management Staff**

| | | |
|---|---|---|
| John Petruszak, ED | 69.1 | 87.7 |
| Derek Adkisson, FOD | 10.5 | |

**Investigation Staff**

| | | |
|---|---|---|
| Michael Chavarria | 55.25 | |
| Carrie Simpson | 42.08 | 44.08 |
| Leslie Woods | 18.17 | |
| Susan Reed | .67 | |
| **Total** | 195.77 | 216.37 |

| | | |
|---|---|---|
| Total Staff Time (7/10/20) | 281.8 | 302.4 |

\*Planning site visits, conducting visits, documenting visits and entering survey information on MV data base

\*\*Average time for all site visits

Deutsche Dates Out of Office

| Date | Deutsche Properties | Total Visited | # Miles | Reinbursment Amount (Total) | Reinbursment as a DB fraction | Staff Reinbursed | Other $ | Other Item |
|---|---|---|---|---|---|---|---|---|
| 6/25/2012 | 1 | 4 | 28.8 | $15.98 | $4.00 | Leslie Woods | | |
| 7/25/2012 | 2 | 7 | 20.6 | $11.43 | $3.27 | Leslie Woods | | |
| 6/18/2013 | 2 | 6 | 37.4 | $21.13 | $7.04 | Leslie Woods | | |
| 6/20/2013 | 3 | 5 | 11 | $6.21 | $3.73 | Leslie Woods | | |
| 6/25/2013 | 2 | 3 | 14.1 | $7.96 | $5.31 | Leslie Woods | | |
| 6/28/2013 | 1 | 5 | 65 | $36.08 | $7.22 | Leslie Woods | | |
| 10/23/2013 | 1 | 12 | 75.8 | $42.82 | $3.57 | Leslie Woods | | |
| 10/28/2013 | 1 | 5 | 60.6 | $34.23 | $6.85 | Leslie Woods | | |
| 6/21/2014 | 3 | 7 | 50.5 | $28.28 | $12.12 | Leslie Woods | | |
| 9/11/2014 | 1 | 11 | 115 | $64.40 | $5.85 | Michael Chavarria | | |
| 9/18/2014 | 2 | 13 | 74.3 | $41.61 | $6.40 | Leslie Woods | | |
| 3/31/2015 | 12 | 13 | 80.77 | $46.44 | $42.87 | Michael Chavarria | | |
| 4/1/2015 | 6 | 7 | 62.14 | $35.73 | $30.63 | Michael Chavarria | | |
| 8/12/2015 | 1 | 7 | 66 | $37.95 | $5.42 | Michael Chavarria | $1.10 | 2 I-Pass Tolls |
| 8/20/2015 | 1 | 13 | 74.9 | $43.07 | $3.31 | Michael Chavarria | $1.10 | 2 I-Pass Tolls |
| 9/10/2015 | 1 | 16 | 133.7 | $76.88 | $4.81 | Michael Chavarria | $1.10 | 2 I-Pass Tolls |
| 9/17/2015 | 1 | 7 | 36.03 | $20.72 | $2.96 | Michael Chavarria | $1.10 | 2 I-Pass Tolls |
| 10/20/2015 | 4 | 18 | 66.6 | $38.30 | $8.51 | Michael Chavarria | | |
| 10/21/2015 | 3 | 9 | 56 | $32.20 | $10.73 | Michael Chavarria | | |
| 10/22/2015 | 4 | 13 | 39.8 | $22.89 | $7.04 | Michael Chavarria | | |
| 11/3/2015 | 5 | 15 | 76.7 | $44.10 | $14.70 | Michael Chavarria | | |
| 11/4/2015 | 3 | 6 | 27.8 | $15.99 | $8.00 | Michael Chavarria | | |
| 7/26/2016 | 2 | 11 | 90.6 | 48.92 | $8.89 | Michael Chavarria | | |
| **Total** | 62 | 213 | 1364.14 | $773.32 | $213.21 | Michael Chavarria | $4.40 | |

Missing/Incomplete Expense
Map Generated Amount

SSHC_0000012

# Exhibit 13

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3

    NATIONAL FAIR HOUSING          )
 4  ALLIANCE; HOPE FAIR HOUSING    )
    CENTER, et al.,                )
 5                                 )
                                   )
 6                    Plaintiffs,  )
                                   )
 7          vs.                    ) No. 1:18-cv-00839
                                   )
 8  DEUTSCHE BANK NATIONAL         )
    TRUST, as trustee, et al.,     )
 9                                 )
                                   )
10                    Defendants.  )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13  on behalf of South Suburban Housing Center, called by

14  the Plaintiffs for examination, taken remotely pursuant

15  to notice and pursuant to the Federal Rules of Civil

16  Procedure for the United States District Courts

17  pertaining to the taking of depositions, taken before

18  April M. Metzler, Certified Shorthand Reporter,

19  Registered Merit Reporter, Certified Realtime Reporter,

20  and Notary Public, at Village of Homewood, Illinois,

21  commencing at 10:32 a.m. CST on the 17th day of

22  November, 2021.

23

24
```



```
 1   production was complete?

 2        MR. SCHNECK:  Objection to form.

 3   BY THE WITNESS:

 4        A.   I reviewed, I believe, all of the documents

 5   were produced.

 6        Q.   Where did you search for those documents?

 7        A.   I'm sorry.  Where did I ...

 8        Q.   Where did you search for those documents?

 9        MR. SCHNECK:  Objection to the form of the

10   question.

11   BY THE WITNESS:

12        A.   Search was made of all of our electronic

13   systems and all of our paper file systems here.

14        Q.   What are the electronic systems that were

15   searched?

16        A.   We searched all of our email systems and all

17   of the file systems that everybody involved in the

18   investigation staff.

19        Q.   What other file systems are those individual

20   hard drives, is there a network drive?

21        A.   No, we don't have a network drive here; we

22   didn't at the time.  We accumulated all of the files and

23   submitted all of the files to legal counsel at their

24   request about three years ago.
```



1        Q.    How did you ensure that documents belonging to

2    former employees were produced?

3        A.    All of the employees that were -- that have

4    left were still with us at the time that we accumulated

5    all the documents to submit to legal counsel.  Michael

6    Chavarria and Carrie Simpson were still with us and were

7    involved in that process.

8        Q.    How did you identify emails that were

9    responsive to defendants' requests?

10        A.    We did searches of the email system.

11        Q.    Did you search terms?

12        A.    We used search terms involving REO and the

13    Deutsche -- and Deutsche Bank.

14        Q.    Did you come up with the search terms on your

15    own?

16        A.    I believe the search terms were suggested to

17    us by legal counsel.

18        Q.    Did you use all the search terms that were

19    suggested to you by legal counsel?

20        A.    Yes, we did.

21        Q.    And did you provide all responsive

22    documents -- all documents that were search term hits to

23    your counsel?

24        A.    We did.



1   BY THE WITNESS:

2        A.   Not to show time spent directly on Deutsche

3   Bank, no.

4        Q.   What would you use it for?

5        MR. SCHNECK:  Objection, form.

6   BY THE WITNESS:

7        A.   It's -- it would be used to show who was

8   funding all of the staff to be able to achieve what they

9   were doing at the time.  But it's not broken out by

10  Deutsche Bank or any other specific activity.

11       Q.   Would you have any record of time you

12  specifically spent on the Deutsche Bank REO

13  investigation in 2012?

14       MR. SCHNECK:  Objection, asked and answered.

15  BY THE WITNESS:

16       A.   Again -- there were time records that we just

17  went over that showed all of the Deutsche Bank time that

18  we spent.  And in addition to that, we have additional

19  documentation of the amount of time that was spent for

20  each site visit and the entering of information on the

21  Miami Valley database.

22       Q.   I want to flip back then to Exhibit 6273.  I'm

23  on the page Bates number 3, the beginning of your time

24  spent on Deutsche Bank REO.



# Exhibit 14

EXHIBIT 6281

| Date | Properties Evaluated | Occupied Properties evaluated | Evaluation Time In | Evaluation Time Out | Total Evaluation Time | Properties Entered | Upload Time In | Upload Time Out | Total Upload Time | Clerical Time In | Clerical Time Out | Total Clerical Time | Misc. Time In | Misc Time Out | Total Misc. Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2015 | 11 | 2 | 9:47:00 | 15:10:00 | 5:23:00 | | | | | | | | | | |
| 4/1/2015 | 3 | 4 | 10:00:00 | 13:22:00 | 3:22:00 | | | | | | | | | | |
| 4/7/2015 | | | | | | | | | | 20:00:00 | 20:30:00 | 0:30:00 | | | |
| 4/7/2015 | | | | | | 1 | 20:10:00 | 20:30:00 | 0:20:00 | | | | | | |
| 4/8/2015 | | | | | | | | | | 20:00:00 | 20:30:00 | 0:30:00 | | | |
| 4/8/2015 | | | | | | 1 | 20:30:00 | 21:10:00 | 0:40:00 | | | | | | |
| 4/13/2015 | | | | | | 8 | 11:00:00 | 17:20:00 | 6:20:00 | | | | | | |
| 4/13/2015 | | | | | | | 20:50:00 | 21:50:00 | 1:00:00 | | | | | | |
| 4/14/2015 | | | | | | 4 | 10:00:00 | 12:30:00 | 2:30:00 | | | | | | |
| 4/15/2015 | | | | | | 6 | 3 hrs | | 3:00:00 | | | | | | |
| 8/12/2015 | 5 | 2 | 9:24:00 | 13:02:00 | 3:38:00 | | | | | | | | | | |
| 8/13/2015 | | | | | | | | | | | | | 14:00:00 | 14:20:00 | 0:20:00 |
| 8/17/2015 | | | | | | 2 | 1 hr | | 1:00:00 | | | | | | |
| 8/18/2015 | | | | | | 1 | 40 mins | | 0:40:00 | | | | | | |
| 8/20/2015 | 7 | 6 | 8:14:00 | 12:42:00 | 4:28:00 | | | | | | | | | | |
| 8/21/2015 | | | | | | 1 | 14:05:00 | 15:00:00 | 0:55:00 | | | | | | |
| 8/23/2015 | | | | | | 3 | 1hr 45 | | 1:45:00 | | | | | | |
| 9/9/2015 | | | | | | 2 | 1hr | | 1:00:00 | | | | | | |
| 9/10/2015 | 11 | 5 | 8:30:00 | 15:30:00 | 7:00:00 | | | | | | | | | | |
| 9/15/2015 | | | | | | 1 | | | | | | | | | |
| 9/16/2015 | | | | | | 4 | | | 3:30:00 | | | | | | |
| 9/17/2015 | | | | | | 2 | | | 1:30:00 | | | | | | |
| 9/17/2015 | | | | | | 4 | | | 3:30:00 | | | | | | |
| 9/17/2015 | 7 | 0 | 9:00:00 | 13:00:00 | 4:00:00 | | | | | | | | | | |
| 9/18/2015 | | | | | | 5 | | | 4:00:00 | | | | | | |
| 9/18/2015 | | | | | | 7 | 3 hrs | | 3:00:00 | | | | | | |
| 9/21/2015 | | | | | | 3 | | | 3:00:00 | | | | | | |
| 9/24/2015 | | | | | | 4 | 2.5hr | | 2:30:00 | | | | | | |
| 10/2/2015 | | | | | | 4 | | | 4:45:00 | | | | | | |
| 10/20/2015 | | | | | | | | | 6:00:00 | | | | | | |
| 10/20/2015 | 15 | 3 | 9:00:00 | 14:00:00 | 5:00:00 | | | | | | | | | | |
| 10/21/2015 | | | | | | | | | 6:00:00 | | | | | | |
| 10/21/2015 | 4 | 5 | 9:00:00 | 12:00:00 | 3:00:00 | | | | | | | | | | |
| 10/22/2015 | | | | | | | | | 6:00:00 | | | | | | |
| 10/22/2015 | 12 | 1 | 9:00:00 | 14:00:00 | 5:00:00 | | | | | | | | | | |
| 10/23/2015 | | | | | | 5 | | | 2:00:00 | | | | | | |
| 10/26/2015 | | | | | | 14 | | | | | | | | | |
| 10/27/2015 | | | | | | 15 | | | | | | | | | |
| 10/28/2015 | | | | | | 6 | | | | | | | | | |

| Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/2015 | | | | | 9 | | | 1:30:00 | | | | | | |
| 11/3/2015 | 6 | 9 | 9:00:00 | 14:30:00 | 5:30:00 | | | | | | | | | |
| 11/4/2015 | | | | | 7 | | | 3:00:00 | | | | | | |
| 11/4/2015 | 6 | 0 | 9:00:00 | 12:00:00 | 3:00:00 | | | | | | | | | |
| 11/10/2015 | | | | | 5 | | | 4:30:00 | | | | | | |
| | 87 | 37 | | 49:21:00 | | | | 73:55:00 | | | #VALUE! | | | 0:20:00 |
| | 124 | | | | 124 | | | | | | | | | |

RED = Carrie
BLACK -= Michael

| | |
|---|---|
| Total Time Spent | 123:16:00 |
| AVG two Person Eval + Upload Time Per Property | 1:23:31 |
| AVG Eval time | 0:23:53 |
| AVG Eval time (accounting for 2nd person) | 0:47:45 |
| AVG Uploaad Time | 0:35:46 |

EXHIBIT 6274

CONFIDENTIAL

## SSHC Employee Time Summary

Name ____ John Petruszak ____

Period Ending __4_ / _15_ / _12_

HS = Homeseekers Service
FHE = Fair Housing Enforcement

MYC= Multi-Year Component
MRSC= Mortgage Rescue Scam Component

| Description of Time | Total Hours | 1 / 16 | 2 / 17 | 3 / 18 | 4 / 19 | 5 / 20 | 6 / 21 | 7 / 22 | 8 / 23 | 9 / 24 | 10 / 25 | 11 / 26 | 12 / 27 | 13 / 28 | 14 / 29 | 15 / 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FHE-FHIP/MYC | 67 | | 7 | 7 | 6 | 7 | 7 | | | 7 | 7 | 7 | 7 | 5 | | | |
| FHE-FHIP/MRSC | 6 | | 1 | 1 | | 1 | 1 | | | | 1 | 1 | | | | | |
| FHE-Compliance/Litigation | | | | | | | | | | | | | | | | | |
| HS-Rental/Homeless Counsel. | | | | | | | | | | | | | | | | | |
| HS-Pre-/Post-Purchase Counsel. | | | | | | | | | | | | | | | | | |
| HS-Default/Foreclosure Counsel | | | | | | | | | | | | | | | | | |
| Management/General | 11 | | 1 | 1 | 1 | 2 | 1 | | | 1 | 1 | 1 | 1 | 1 | | | |
| Grants/Proposals | 2 | | | | | | | | | 2 | | | | | | | |
| CAFHA | 3 | | | | 3 | | | | | | | | | | | | |
| NFHA | | | | | | | | | | | | | | | | | |
| Meetings | | | | | | | | | | | | | | | | | |
| Other (Annual Reception) | 26 | | 1 | 1 | | | | 4 | 2 | | 2 | 2 | 3 | 2 | 6 | 3 | |
| (Absence – see below) | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Total Hours | 115 | | 10 | 10 | 10 | 10 | 9 | 4 | 2 | 10 | 11 | 11 | 11 | 8 | 6 | 3 | |
| Comp Time Accumulated | | | | | | | | | | | | | | | | | |

| Description of Absence | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | | | | | | | | | | | | | | | | | |
| Personal Leave | | | | | | | | | | | | | | | | | |
| Sick | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | |
| Jury Duty | | | | | | | | | | | | | | | | | |
| Bereavement Leave | | | | | | | | | | | | | | | | | |
| Comp Time Used | | | | | | | | | | | | | | | | | |
| Short term disability | | | | | | | | | | | | | | | | | |
| Long term disability | | | | | | | | | | | | | | | | | |
| Leave of Absence (unpaid) | | | | | | | | | | | | | | | | | |
| Total Absence | | | | | | | | | | | | | | | | | |

Signed _____     Reviewed By _____

SSHC_0003071

# SSHC Employee Time Summary

Name **John Petruszak**

Period Ending **4 / 30 / 12**

HS = Homeseekers Service
FHE = Fair Housing Enforcement
MYC = Multi-Year Component
MRSC = Mortgage Rescue Scam Component

| Description of Time | Total Hours | 1 (16) | 2 (17) | 3 (18) | 4 (19) | 5 (20) | 6 / 21 | 7 / 22 | 8 (23) | 9 (24) | 10 (25) | 11 (26) | 12 (27) | 13 / 28 | 14 / 29 | 15 (30) | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FHE-FHIP/MYC | 72 | 6 | 5 | 5 | 1 | 7 | 3 | | 7 | 7 | 7 | 7 | 7 | 3 | | 7 | |
| FHE-FHIP/MRSC | 5 | | | | | 1 | | | 1 | 1 | | | 1 | | | 1 | |
| FHE-Compliance/Litigation | | | | | | | | | | | | | | | | | |
| HS-Rental/Homeless Counsel. | | | | | | | | | | | | | | | | | |
| HS-Pre-/Post-Purchase Counsel. | | | | | | | | | | | | | | | | | |
| HS-Default/Foreclosure Counsel | | | | | | | | | | | | | | | | | |
| Management/General | 13 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 2 | 1 | 2 | | | 1 | |
| Grants/Proposals | 7 | | | | | | | | | | | 2 | | 3 | | 2 | |
| CAFHA | | | | | | | | | | | | | | | | | |
| NFHA | | | | | | | | | | | | | | | | | |
| Meetings | | | | | | | | | | | | | | | | | |
| Other (Annual Reception) | 35 | 5 | 6 | 7 | 12 | 2 | 2 | | 1 | | | | | | | | |
| (Absence – see below) | | | | | | | | | | | | | | | | | |
| **Total Hours** | 132 | 12 | 12 | 13 | 14 | 11 | 5 | | 10 | 9 | 9 | 10 | 10 | 6 | | 11 | |
| Comp Time Accumulated | | | | | | | | | | | | | | | | | |

| Description of Absence | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | | | | | | | | | | | | | | | | | |
| Personal Leave | | | | | | | | | | | | | | | | | |
| Sick | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | |
| Jury Duty | | | | | | | | | | | | | | | | | |
| Bereavement Leave | | | | | | | | | | | | | | | | | |
| Comp Time Used | | | | | | | | | | | | | | | | | |
| Short term disability | | | | | | | | | | | | | | | | | |
| Long term disability | | | | | | | | | | | | | | | | | |
| Leave of Absence (unpaid) | | | | | | | | | | | | | | | | | |
| **Total Absence** | | | | | | | | | | | | | | | | | |

Signed _____     Reviewed By _____

SSHC_0003072

# SSHC Employee Time Summary

Name _____ John Petruszak _____       Period Ending __5__ / __15__ / __12__

HS = Homeseekers Service
FHE = Fair Housing Enforcement
MYC= Multi-Year Component
MRSC= Mortgage Rescue Scam Component

| Description of Time | Total Hours | 1 16 | 2 17 | 3 18 | 4 19 | 5 20 | 6 21 | 7 22 | 8 23 | 9 24 | 10 25 | 11 26 | 12 27 | 13 28 | 14 29 | 15 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FHE-FHIP/MYC | 87 | 7 | 7 | 7 | 7 | 4 | 2 | 9 | 7 | 7 | 7 | 6 | | 2 | 8 | 7 | |
| FHE-FHIP/MRSC | 14 | 1 | | 1 | 1 | 2 | | 1 | 4 | 1 | 1 | | | | 1 | 1 | |
| FHE-Compliance/Litigation | | | | | | | | | | | | | | | | | |
| HS-Rental/Homeless Counsel. | | | | | | | | | | | | | | | | | |
| HS-Pre-/Post-Purchase Counsel. | | | | | | | | | | | | | | | | | |
| HS-Default/Foreclosure Counsel | 3 | | | 1 | | | | | | 1 | | | | | 1 | | |
| Management/General | 15 | 2 | 1 | 1 | 2 | | | 1 | 1 | 1 | 2 | 1 | | 1 | 2 | | |
| Grants/Proposals | | | | | | | | | | | | | | | | | |
| CAFHA | 3 | | 3 | | | | | | | | | | | | | | |
| NFHA | | | | | | | | | | | | | | | | | |
| Meetings | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | |
| (Absence – see below) | | | | | | | | | | | | | | | | | |
| **Total Hours** | 122 | 10 | 11 | 10 | 10 | 6 | 2 | 11 | 12 | 10 | 11 | 7 | | 2 | 10 | 11 | |
| Comp Time Accumulated | | | | | | | | | | | | | | | | | |

| Description of Absence | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | | | | | | | | | | | | | | | | | |
| Personal Leave | | | | | | | | | | | | | | | | | |
| Sick | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | |
| Jury Duty | | | | | | | | | | | | | | | | | |
| Bereavement Leave | | | | | | | | | | | | | | | | | |
| Comp Time Used | | | | | | | | | | | | | | | | | |
| Short term disability | | | | | | | | | | | | | | | | | |
| Long term disability | | | | | | | | | | | | | | | | | |
| Leave of Absence (unpaid) | | | | | | | | | | | | | | | | | |
| **Total Absence** | | | | | | | | | | | | | | | | | |

Signed _____ *JRP* _____       Reviewed By _____

SSHC_0003073

Exhibit 15

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
    NATIONAL FAIR HOUSING         )
 4  ALLIANCE; HOPE FAIR HOUSING   )
    CENTER, et al.,               )
 5                                )
                                  )
 6                   Plaintiffs,  )
                                  )
 7           vs.                  ) No. 1:18-cv-00839
                                  )
 8  DEUTSCHE BANK NATIONAL        )
    TRUST, as trustee, et al.,    )
 9                                )
                                  )
10                   Defendants.  )

11

12           The Fed. R. Civ. P. Rule 30(b)(6) deposition

13  on behalf of Toledo Fair Housing Center, called by the

14  Defendants for examination, taken remotely pursuant to

15  notice and pursuant to the Federal Rules of Civil

16  Procedure for the United States District Courts

17  pertaining to the taking of depositions, taken before

18  April M. Metzler, Certified Shorthand Reporter,

19  Registered Merit Reporter, Certified Realtime Reporter,

20  and Notary Public, at Toledo, Ohio, commencing at

21  9:55 a.m. CST on the 21st day of January, 2022.

22

23

24
```



Page 30

1      A.   No, not that I recall.
2      Q.   Have you ever had any contact personally with
3   Ocwen?
4      A.   No, not that I recall.
5      Q.   Have you ever had any contact with Altisource
6   before?
7      A.   No, not that I recall.
8      Q.   So let's go back to the notice, Exhibit 6310.
9   I've pulled it up on my screen, and I'm going to go to
10  topic 1.  It's on page 9 of the PDF.  It's up there on
11  the screen.
12           Do you see that?
13     A.   Yes.
14     Q.   Do you understand that the Fair Housing Center
15  is providing testimony about topic 1 today, it's called:
16  Records/data systems?
17     A.   Yes.
18     Q.   Are you prepared to give that testimony here
19  today?
20     A.   Yes.
21     Q.   What did you do to prepare for this deposition
22  on topic 1?
23     A.   Sure.
24           So I reviewed many of the documents that had

Page 31

1   been previously provided in discovery.  I reviewed the
2   exhibits that were provided recently for purposes of the
3   deposition.  I spoke with the Fair Housing Center's
4   staff internally.  And I also reviewed our case
5   management system, as well as our internal file keeping
6   systems.
7      Q.   What case management system are you
8   referencing?
9      A.   We refer to it as STAT, S T A T.
10     Q.   Is that also the mechanism by which the Fair
11  Housing Center keeps time?
12     A.   Yes.  At the time that this occurred, yes.
13     Q.   Has that changed since at the time this
14  occurred?
15     A.   Yes.  We have a new case management system
16  that's called DiversaLink Pro [sic], or we refer to it
17  internally as just DLP.
18     Q.   When did that new case management system come
19  into existence at the Fair Housing Center?
20     A.   We -- I don't remember the exact date that we
21  switched to that new case management system.  It was
22  around May -- April or May of 2020.
23     Q.   So prior to May or April of 2020, the Fair
24  Housing Center used the STAT'S case management system?

Page 32

1      A.   That's correct.
2      Q.   Do you know when the Fair Housing Center first
3   started using the STAT case management system?
4      A.   I don't have the exact date for that, no.
5      Q.   Do you have an approximation?
6      A.   It's been in use for a very long time.  As far
7   as I'm aware, it was the only case management system
8   that we used during the investigation of the REO
9   properties that are at issue.
10     Q.   As part of your preparation for today's
11  deposition, did you try to determine when the Fair
12  Housing Center first started using the STAT case
13  management system?
14     A.   I did not, because as far as I could tell from
15  talking with the staff and reviewing the systems, it had
16  been in use the entire time that the investigations took
17  place.
18     Q.   Did you see any emails in the exhibits for
19  today's deposition that talk about the Miami Valley Fair
20  Housing Center helping to create the STAT system for the
21  Fair Housing Center?
22     A.   I do not specifically recall an email like
23  that, no.
24     Q.   Do you have any understanding of how the STAT

Page 33

1   case management system was created for the Fair Housing
2   Center?
3      A.   I know that a programmer in the Dayton area,
4   who had also worked with Miami Valley, had worked to
5   create it; I'm aware of that.
6      Q.   Are you aware that the Fair Housing Center
7   paid Miami Valley to help with the creation of the STAT
8   case management system?
9      A.   Yes, I am aware that they had paid to help
10  with the creation of STAT.
11     Q.   Do you know how much the Fair Housing Center
12  paid the Miami Valley Fair Housing Center to help create
13  the STAT case management system?
14     A.   No, I don't know for sure how much that was.
15           And to be clear, I don't know that it was paid
16  directly to Miami Valley or to a programmer; I don't
17  know that for sure.
18     Q.   Did you see any documents that would help
19  clarify that for you in the portion of exhibits that we
20  forwarded in advance of today's deposition?
21     A.   No, not that I recall.
22     Q.   Earlier you also testified, in addition to
23  reviewing your case management system, you also reviewed
24  the Fair Housing Center's internal file keeping system.



Page 54

1   when -- how she marked things in our case management
2   system and how she kept time, you know, contemporanous
3   with what she was working on.
4        Q.   So what did Ms. Rodriguez tell you about how
5   she kept time in the case management system?
6        A.   Just that, you know, she kept time
7   contemporanous with what she was working on and tried
8   to make that an accurate reflection of the amount of
9   time that she spent on a particular activity.
10       Q.   You also mentioned that she told you how she
11  marked things in the case management system.
12            What does that mean?
13       A.   Well, like a lot of case management systems,
14  when you enter a note or enter an activity of some kind,
15  there's, you know, different options you can select to
16  help us track what we're working on, what we're doing.
17            And so the -- you can identify what type of
18  activity it was, for example, in the case management
19  system and help keep track of the activity that the
20  person was completing.
21       Q.   Do you know what options existed in the Fair
22  Housing Center to keep track tailored just to the
23  Deutsche Bank REO property investigation?
24       MR. SCHNECK:   Objection, form.

Page 55

1   BY THE WITNESS:
2        A.   Yeah.  I'm not sure if I quite understand that
3   question.
4        Q.   I can rephrase it, if you don't understand the
5   question.
6            Do you know what option existed in the Fair
7   Housing Center's STAT timekeeping system, in terms of a
8   way to designate particular time entries to be tied to
9   the Deutsche Bank REO investigations specifically?
10       MR. SCHNECK:   Objection, form.
11  BY THE WITNESS:
12       A.   Well, there's, you know, multiple ways to
13  enter a time slip or an entry in the case management
14  system.  One way, for example, is -- it may be helpful
15  in answering your question is -- there's a way to
16  identify the project as a field as, sort of, a general,
17  kind of, parameter, as a drop-down.  And under that
18  drop-down menu "Deutsche" is one selection.
19            Now, just -- so there are -- so many time
20  entries that are identified with a project, specifically
21  Deutsche; that doesn't necessarily mean that all the
22  time entries that could be relevant to this case or --
23  for work-related for the case was specifically marked as
24  Deutsche --

Page 56

1                 (Background noise.)
2   BY MS. BOGO-ERNST:
3        Q.   I couldn't hear.  There was some feedback, I
4   think.  "That were specifically marked as" -- what was
5   the end of your answer?
6        A.   Well, I -- what I was trying to explain was
7   that the -- that field, quote, unquote, "project" is one
8   field of options when you're entering a case management
9   entry for time.  Under that, there's a drop-down menu
10  for -- and one of the options in "Deutsche.  And that's
11  one way in the case management system to track whether
12  or not something was relevant to Deutsche, that I was
13  just also pointing out that that wasn't -- that doesn't
14  necessarily mean that, like, all -- those were the only
15  way of tracking time that was specifically relevant to
16  the Deutsche matter.
17       Q.   So what other ways are there to track time for
18  time that was relevant to this lawsuit?
19       A.   So, for example, there's another field for
20  activity.  And one of the activities under that
21  drop-down menu is REO activities that you can select.
22            So just to give you an example, if someone was
23  working on something related to the REO investigations
24  more generally and perhaps the person making the entry

Page 57

1   didn't necessarily know which bank or, you know, which
2   owner of the REOs was involved, they might select "REO
3   activity" as the way of tracking that particular entry.
4        Q.   Those REO activity entries could be related to
5   lenders other than Deutsche Bank, correct?
6        A.   That's possible.  But -- and then if you look
7   at them, you know, some of them may have been more
8   specific to Deutsche as well.
9        Q.   How many different lenders were investigated
10  by the Fair Housing Center for REO practices?
11       MR. SCHNECK:   Objection to form.
12  BY THE WITNESS:
13       A.   So I'm aware of our investigations of Fannie
14  Mae, Bank of America, and Wells Fargo.
15       Q.   So in the case management system where the
16  Fair Housing Center kept time for entries designated as
17  "REO activities," those could relate, not only to
18  Deutsche Bank, but also to Fannie Mae, Bank of America,
19  and Wells Fargo; is that correct?
20       MR. SCHNECK:   Objection to form.
21  BY THE WITNESS:
22       A.   Well, I'll try to answer that question if I'm
23  understanding correctly.
24            So there could be a possible entry where the



NFHA vs Deutsche Bank National Trust
George Thomas 30(b)(6) Toledo FHC  - 01/21/2022

Pages 150..153

Page 150

```
 1   sure what she's even referring to.
 2       Q.   So what I'm asking you is, in the context of
 3   your preparation for today's deposition as the
 4   representative, did you find photos and electronic
 5   evaluation forms for completed REO inspections on the M
 6   drive?
 7       A.   No.
 8       Q.   Did you look?
 9       A.   I looked through the M drive files.  I don't
10   recall seeing something like that.
11       Q.   And when you say you "looked through the M
12   drive files," are you talking about the two files you
13   told us about, the REO investigation generally and then
14   the Deutsche Bank file?
15       A.   Yes.
16       Q.   Is it possible there's another file that
17   contains the photos and electronic evaluation forms for
18   the REO inspections conducted by the Fair Housing
19   Center?
20       A.   Not that I'm aware of.  I don't know of
21   another file.
22       Q.   We talked about email earlier.
23            Are you aware of any schedule by which emails
24   would be deleted by the Fair Housing Center?
```

Page 151

```
 1       A.   No, no.  There -- the new -- we recently
 2   switched to a -- our email system.  It's always been
 3   Outlook.  And I don't know -- I don't want to speculate.
 4            But the newer system may have a way, like,
 5   deleting the old messages from, like, newer employees,
 6   just -- but I don't know that for sure.  But I'm not
 7   aware of, like, a specific schedule for deleting emails.
 8       Q.   Would the third party IT provider know the
 9   answer to that?
10       A.   They may.
11       Q.   Are you aware of any deletion of emails that
12   are related at all to the REO investigation?
13       A.   No.
14       Q.   What happens to an employee's email when an
15   employee leaves the Fair Housing Center?
16       A.   Well, we give our it -- well, the new -- the
17   system we have now -- that email system we have
18   currently, we let the IT provider know if we want
19   access, you know, to the emails, and whether we want
20   emails forwarded to another staff person, et cetera.
21            So we work with the IT provider on that.
22       Q.   How about the prior email system, how did the
23   Fair Housing Center handle the departure of employees,
24   in terms of their emails?
```

Page 152

```
 1       MR. SCHNECK:  Objection, form.
 2   BY THE WITNESS:
 3       A.   I don't know that.  I'm sorry.  I don't know
 4   that for sure.  I don't know what the -- I know that we
 5   have the ability to search through emails.  Whether or
 6   not there's, like, a policy of how long to keep emails,
 7   let's say, that were just not related to an issue, I
 8   don't know that for sure.
 9       Q.   Who would know the answer to that question?
10       A.   I'm not sure offhand.
11       Q.   So turning to the case management system STAT,
12   in terms of time records, I'm going to show you some
13   documents that you've produced.  And we can walk through
14   those.
15       MS. BOGO-ERNST:  So this one is Exhibit 6559.  The
16   Bates number is FHONWO 652.  Now I'm going to give you
17   control in a second, but it's an email from Diana
18   Patten, copying David Lauri at Miami Valley, to FHC
19   users.
20            And at that point in time, Diana Patten was
21   the general counsel of the Fair Housing Center; is that
22   right?
23       A.   I believe she was.
24       Q.   Do you know who she is?  Have you met her?
```

Page 153

```
 1       A.   Yes.
 2       Q.   So this is October 29th, 2013, and she starts
 3   out by saying:  Time to start practicing entering in
 4   your daily activity.  Attached are the instructions.
 5   Please start practicing tomorrow by entering your daily
 6   activity.  The STAT team realizes that we'll need to
 7   likely increase the project drop-down list of
 8   selections.
 9            And then she goes on.  I'm going to give you
10   control.  So if you want to read the rest of this email,
11   you're more than welcome.
12       A.   Okay.  Just a second.
13       Q.   Let me know when you're ready.
14       A.   Okay.
15       Q.   So is 2013 the first time that the Fair
16   Housing Center started to enter its time in the STAT
17   system?
18       MR. SCHNECK:  Objection to form.
19   BY THE WITNESS:
20       A.   I don't know that for sure.  I'm not sure
21   exactly when they started on STAT.
22       Q.   Did you try to investigate that for purposes
23   of today's deposition?
24       A.   I did not specifically try to determine, you
```



Page 154

1 know, right when STAT began.

2     Q. As part of the damages that the Fair Housing
3 Center is claiming in connection with this lawsuit, are
4 you relying on time entries prior to October 29th of
5 2013?

6     A. If I remember correctly, there were some
7 entries from 2012 that were identified in a diversion
8 log.

9     Q. And where -- what system -- Strike that.
10     From what system were those time entries
11 taken?

12     A. I don't know that for sure offhand. The staff
13 I spoke with to prepare, you know, were focused on STAT
14 was the system that they were using.

15     Q. Does the Fair Housing Center have any
16 information related to the time entry system that was in
17 place before STAT that you can share with me today?

18     A. I do not know.

19     MS. BOGO-ERNST: So this email references "attached
20 instructions." So I'm going to show you the attached
21 instructions. It will be the next exhibit.
22 Exhibit 6560, Bates numbers FHONWO 653 through 658.
23 BY MS. BOGO-ERNST:

24     Q. Have you seen this document before today?

Page 155

1     A. I saw it in the list of exhibits.

2     Q. So the instructions here state: Enter the
3 time you spend doing daily tasks. The tasks you are to
4 report are those tasks that correspond to a client,
5 complainant, agency case number, and/or a project or
6 respondent. The purpose of time tracking is to track.

7     And then the first bullet point there is:
8 Diversion of resources.

9     And the first statement there under "diversion
10 of resources," it says: Our agency is primarily funded
11 by HUD FHIP grant.

12     Is that your understanding as how the Fair
13 Housing Center was funded in 2013?

14     A. I believe that would be accurate.

15     Q. Do you know what particular FHIP grants funded
16 Fair Housing Center at that time?

17     A. That's difficult for me to know for sure, but
18 we probably would have been a recipient of a private
19 enforcement initiative grant and as well as an education
20 and outreach initiative grant.

21     Q. Were either of the grants that you just
22 mentioned related to NFHA in any way?

23     A. I'm not sure what you mean. NFHA wasn't the
24 funder. They come from HUD, they're the funder.

Page 156

1     Q. Was NFHA part of either of the two grants that
2 you referred to?

3     MR. SCHNECK: Objection to form.

4 BY THE WITNESS:

5     A. By "part of," you mean also a recipient? I'm
6 not sure if I understand.

7     Q. Yeah. My understanding is that at least at
8 some point, there was a grant that NFHA received, and
9 then some of the Fair Housing Centers received part of
10 that money and worked with NFHA in connection with that
11 grant.

12     Were either of the two grants that you
13 referenced related to NFHA in any way?

14     A. I don't know that for sure. I don't know that
15 for sure.

16     Q. Also on this page, I think the fourth or fifth
17 line down here, it says: We must show concrete drains
18 on our time and resources.

19     And that's for a diversion of resources
20 damages.

21     Do you agree with that statement?

22     A. I don't know what her intent was with that --
23 or I'm not sure what she means "must to do," what? I
24 don't know.

Page 157

1     I think she's just directing the staff to make
2 sure that they're identifying their diversion of
3 resources in some way in STAT to push them to do that.
4 I'm not sure what she means by "concrete drains on our
5 time and resources."

6     Q. How did the Fair Housing Center search the
7 STAT case management system to gather time records for
8 production in this case?

9     A. So I did not personally perform those
10 searches. But I know that within STAT, there's a way to
11 filter results and perform, like, a find, based on
12 certain search criteria.

13     So, for example, if the activity was REO
14 activities or REO evaluation, I think -- I don't
15 remember exactly what the term was, but something to
16 that effect -- you could identify that as a filter and
17 then click, you know, "find," and it would generate a
18 report of entries, you know, based on that.

19     Q. Who prepared the timekeeper -- Strike that.
20     Who extracted the relevant time records
21 related to this lawsuit from the Fair Housing Center?

22     A. So I don't remember that for sure. I think it
23 was probably Karen Plocek and Christina Rodriguez.

24     Q. Did you talk with them about how they



# EXHIBIT 6561

## BATES RANGE
## FHONWO 0002514-0002534

4/6/2018 STAT: Find timesheets

# Find timesheets: 298 found (Date worked: 11/01/2012 to 04/06/2018, Activity: REO - Activities OR REO - Evaluate Evidence)

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Teschner | 04/05/2018 | REO - Activities | FAIR HOUSING CENTER | | | | Deutsche National Bank | | | | | 1.25 |
| Silma and I worked on compiling Deutsche Bank discovery from JWT computer records for submission. | | | | | | | | | | | | |
| Christina Rodriguez | 03/26/2018 | REO - Evaluate Evidence | TFHC v Bank of America | 032017-0115 | SA | RA | Bank of America | | | | | 3 |
| Evaluated and uploaded REO evidence to REO database. | | | | | | | | | | | | |
| Christina Rodriguez | 03/26/2018 | REO - Evaluate Evidence | TFHC v Bank of America | 032017-0115 | SA | RA | Bank of America | | | | | 3 |
| Uploaded REO evidence to database. | | | | | | | | | | | | |
| Jennifer Teschner | 03/23/2018 | REO - Activities | FAIR HOUSING CENTER | | | | Deutsche National Bank | | | | | 0.75 |
| Printed and identified emails for submission in Deutsche Bank. | | | | | | | | | | | | |
| Karen Plocek | 03/19/2018 | REO - Activities | TFHC v Bank of America | 032017-0115 | SA | RA | Bank of America | Bank of America (91) | | | | 0.5 |
| Worked on BOA diversion log. | | | | | | | | | | | | |
| Karen Plocek | 03/19/2018 | REO - Activities | TFHC v Bank of America | 032017-0115 | SA | RA | Bank of America | Bank of America (91) | | | | 2 |
| Worked on Bank of America damages log. | | | | | | | | | | | | |
| Karen Plocek | 03/12/2018 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | | | | | 0.25 |
| Update with enforcement staff on case. | | | | | | | | | | | | |
| Christina Rodriguez | 03/07/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Evaluate and upload REO evidence to database. | | | | | | | | | | | | |
| Christina Rodriguez | 03/05/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Upload and evaluate REO evidence. | | | | | | | | | | | | |
| Christina Rodriguez | 03/02/2018 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |
| Evaluate and upload. | | | | | | | | | | | | |
| Christina Rodriguez | 01/26/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Silma Espinosa | 01/19/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.75 |
| REO's with Daina Lindzy-Nix. Did not complete. Will complete at a later time. | | | | | | | | | | | | |
| Christina Rodriguez | 01/19/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Christina Rodriguez | 01/18/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.25 |
| Visit to REO property evaluated as Occupied to obtain picture of front, which could not be located. Property is not occupied and needs to be evaluated. 2073 Northwyck Dr. | | | | | | | | | | | | |
| Christina Rodriguez | 01/18/2018 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Upload and audited REO evidence. | | | | | | | | | | | | |
| Christina Rodriguez | 01/04/2018 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |
| Auditing REO uploads. | | | | | | | | | | | | |
| Christina Rodriguez | 12/21/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |
| Evaluate uploads of REO evidence. | | | | | | | | | | | | |

FHONWO_0002514

CONFIDENTIAL

4/6/2018 STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Christina Rodriguez | 12/11/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2.25 |
| REO - evaluating evidence, auditing uploads | | | | | | | | | | | | |
| Silma Espinosa | 12/08/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| REO black packet completed with Tiffany Runion and SMF. | | | | | | | | | | | | |
| Tiffany Runion | 12/08/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Did REO Black Packet with SE and SMF | | | | | | | | | | | | |
| Sena Friedman | 12/08/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Did Black packet of REO | | | | | | | | | | | | |
| Christina Rodriguez | 12/05/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| Christina Rodriguez | 12/04/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |
| Went over how to upload REO evidence with intern Caleb Bryant. | | | | | | | | | | | | |
| Caleb Bryant | 12/01/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Finished green packet of REO's with SE. | | | | | | | | | | | | |
| Tiffany Runion | 11/28/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| REO's with SE. | | | | | | | | | | | | |
| Basmery Martinez | 11/28/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 5 |
| Resize all photos, uploaded all data and photos to the MVfairhousing website for CR. | | | | | | | | | | | | |
| Christina Rodriguez | 11/28/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| Reo auditing. | | | | | | | | | | | | |
| Christina Rodriguez | 11/27/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| REO auditing. | | | | | | | | | | | | |
| Karen Plocek | 11/17/2017 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | | | | | 0.25 |
| Additional REO investigations are taking place. | | | | | | | | | | | | |
| Basmery Martinez | 11/16/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Updated photos into the MVFHC website | | | | | | | | | | | | |
| Christina Rodriguez | 11/15/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |
| REO 24 set up | | | | | | | | | | | | |
| Basmery Martinez | 11/09/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 85 EOI Grant | | | | 3 |
| Uploaded all the photos into the REO master and some to the MV Fair housing website. | | | | | | | | | | | | |
| Christina Rodriguez | 11/09/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2.5 |
| Re-mapped to complete remaining REOs and completed investigation with intern Basmery Martinez. | | | | | | | | | | | | |
| Basmery Martinez | 11/09/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Did the rest of the REOS with CR. | | | | | | | | | | | | |
| Tiffany Runion | 11/07/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |

FHONWO_0002515

CONFIDENTIAL

4/6/2018 STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Uploaded REO photos and excel spreadsheets for the blue zone. | | | | | | | | | | | | |
| Christina Rodriguez | 11/07/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| REO evidence uploading with intern Tiffany Runion. | | | | | | | | | | | | |
| Christina Rodriguez | 11/07/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |
| Evaluate and upload REO evidence with intern Sarah Quire. | | | | | | | | | | | | |
| Basmery Martinez | 11/07/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 4 |
| uploaded REO evaluation form and change pictures size into MVFHC. | | | | | | | | | | | | |
| Christina Rodriguez | 11/07/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |
| REO evidence uploading with intern Basmery Martinez. | | | | | | | | | | | | |
| Christina Rodriguez | 11/06/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| Prepared to upload REO evidence to http://www.mvfairhousing.com/mvfhc/ database. Reached out to David Lauri at Miami Valley for login information. Started on a cheat sheet for interns. | | | | | | | | | | | | |
| Tiffany Runion | 11/03/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2.25 |
| REO Blue Packet with AC. | | | | | | | | | | | | |
| Annie Cieslukowski | 11/03/2017 | REO - Activities | FAIR HOUSING CENTER | | | | n/a | | | | | 2 |
| REO investigation with Tiffany Runion. Investigated 3749 149th St., 2863 S. 109th St., and 2701 Chase St. | | | | | | | | | | | | |
| Basmery Martinez | 11/02/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Uploaded all the REO'S information SE collected into the master excel sheet and attached the pictures for each location for CR. | | | | | | | | | | | | |
| Silma Espinosa | 10/31/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Did Yellow packet of REO's with Basmery Martinez, Intern. | | | | | | | | | | | | |
| Basmery Martinez | 10/31/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Did yellow package of REOS with SE. | | | | | | | | | | | | |
| Christina Rodriguez | 10/25/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| REO investigation with intern Sarah Quire. | | | | | | | | | | | | |
| Sarah Quire | 10/24/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Created REO folders in m-drive/mapped REO investigation routes/printed excel sheets and divided by route | | | | | | | | | | | | |
| Karen Plocek | 10/19/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.25 |
| Email from Lindsay Augustine from NFHA with list of REO's for investigation. | | | | | | | | | | | | |
| Karen Plocek | 10/17/2017 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | | | | | 0.25 |
| Email to Lindsey Augustine at NFHA letting her know that Toledo staff are available for additional REO testing in the next 6 weeks and asked her to send us a list. | | | | | | | | | | | | |
| Christina Rodriguez | 03/20/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2 |
| Uploaded REO evidence to database and mailed neighbor surveys out. | | | | | | | | | | | | |
| Christina Rodriguez | 03/16/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 1.5 |
| Prepared NAFTA neighbor surveys to be sent to neighbors of REO properties evaluated. | | | | | | | | | | | | |

FHONWO_0002516

4/6/2018                                                                STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christina Rodriguez | 03/16/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 1.5 |
| Upload REO evidence. | | | | | | | | | | | | |
| Christina Rodriguez | 03/15/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2.5 |
| Upload REO evidence to MVFHC website. | | | | | | | | | | | | |
| Christina Rodriguez | 03/13/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 1 |
| Upload REO evidence | | | | | | | | | | | | |
| Silma Espinosa | 03/10/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 3 |
| Christina Rodriguez | 03/10/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2.5 |
| Upload reo evidence. | | | | | | | | | | | | |
| Annie Cieslukowski | 03/09/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2 |
| REO Investigations | | | | | | | | | | | | |
| Christina Rodriguez | 03/09/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2 |
| REO investigations. | | | | | | | | | | | | |
| Silma Espinosa | 03/08/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 0.5 |
| Silma Espinosa | 03/08/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2.5 |
| Christina Rodriguez | 03/08/2017 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 0.5 |
| Christina Rodriguez | 03/08/2017 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-2-1 | 80-2 #22: Conduct 48 tests / Provide summaries | 2.5 |
| REO investigations. | | | | | | | | | | | | |
| Christina Rodriguez | 11/22/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |
| Mapped neighboring properties of Fannie Mae properties to interview neighbors with Sarah 11/27/2016. | | | | | | | | | | | | |
| Christina Rodriguez | 11/17/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| Finalized maps and routes for interviewing affected neighbors of Fannie Mae properties. | | | | | | | | | | | | |
| Christina Rodriguez | 10/18/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Reviewed REO files for properties in the Macomber and Manhattan neighborhoods in order to identify impacted neighbors who are interested in sharing their stories of how these foreclosed homes affected their own homes and communities. | | | | | | | | | | | | |
| Sarah Jenkins | 09/09/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2 |
| Interviewed neighbors of REO properties in preparation for news/media outreach. | | | | | | | | | | | | |
| Karen Plocek | 09/08/2016 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | US Bank | | | | 0.25 |
| Attorney Client Privilege- update from Shanna Smith. She is hoping to file the complaint against US Bank on October 20, 2016. | | | | | | | | | | | | |

FHONWO_0002517

4/6/2018           STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Karen Plocek | 09/08/2016 | REO - Activities | TFHC v. Deutsche Bank | 012016-0129 | SA | RA | Deutsche National Bank | | | | | 0.25 |

Attorney Client Privilege- update from Shanna Smith. She is hoping to file the complaint against Deutsche on October 5, 2016.

| Christina Rodriguez | 09/06/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 2 |

Reviewed REOs for Fannie Mae properties to identify neighbors to approach to discuss the impact of REO blight on their lives and communities.

| Christina Rodriguez | 08/25/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 2 |

Reviewed uploaded REO evidence to ensure that all photos were uploaded.

| Christina Rodriguez | 08/24/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 1.5 |

Uploaded and reviewed uploaded photos to ensure all photos are included in database.

| Leah Mullen | 08/02/2016 | REO - Activities | TFHC v Fannie Mae | 072016-0011 | SA | RA | Fannie Mae | FHIP 80 PEI MY | | | | 0.25 |

Pulled all REO activities for all staff for all time from STAT and will have to use other queries and estimates because not enough entries and entries do not go back far enough in time

| Leah Mullen | 07/28/2016 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 80 PEI MY | | | | 1.25 |

REO conference call

| Leah Mullen | 07/18/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.25 |

Transferred RR's pics of 1010 Clay to document occupied status to M: drive folder for TFHC's records

| Leah Mullen | 07/14/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.5 |

Auditing REOs, correspondence regarding REOs and database, adding lenders and servicers, copying over excel lists to M drive, updating excel lists, and following up with NFHA with numbers evaluated (11), occupied (1), and vacant lot (1)

| Christina Rodriguez | 07/13/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 3 |

Evaluated and uploaded REO evidence to Miami Valley FH site.

| Leah Mullen | 07/13/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1.25 |

Audited and added lenders to CR's REOs; LM will ask that CR re-upload sideways pics if she has time since that was the only thing incorrect about her uploads

| Christina Rodriguez | 07/12/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 1 |

Uploaded REO evidence.

| Sarah Jenkins | 07/11/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 1 |

Uploaded REO data - photos and documented deficits

| Christina Rodriguez | 07/11/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 4 |

FHONWO_0002518

4/6/2018

STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Reviewed and uploaded REO evidence. | | | | | | | | | | | | |
| Leah Mullen | 07/11/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| Completed testing summaries for most recent batch of REOs (6/23/16 list), which were evaluated by teams on Friday, July 8, 2016. Awaiting uploading, auditing, and follow up with NFHA for completed numbers. | | | | | | | | | | | | |
| Sarah Jenkins | 07/08/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Uploaded REO data - photos and documented deficits | | | | | | | | | | | | |
| Sarah Jenkins | 07/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 3 |
| Accompanied Christina to conduct REO investigations. Evaluated six properties and documented deficits. | | | | | | | | | | | | |
| Christina Rodriguez | 07/08/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 3 |
| Evaluation and uploaded REO evidence. | | | | | | | | | | | | |
| Christina Rodriguez | 07/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-3 | 80-1 #20: Conduct 80 targeted investigations / provide case summaries. | 3 |
| REO investigations. | | | | | | | | | | | | |
| Leah Mullen | 07/07/2016 | REO - Activities | TFHC v. Deutsche Bank | 012016-0129 | SA | RA | Deutsche National Bank | FHIP 80 PEI MY | | | | 0.25 |
| REO Setup | | | | | | | | | | | | |
| Leah Mullen | 07/05/2016 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | FHIP 80 PEI MY | | | | 0.25 |
| REO setup | | | | | | | | | | | | |
| Leah Mullen | 07/05/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2 |
| REO setup | | | | | | | | | | | | |
| Leah Mullen | 04/26/2016 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | City of Toledo CDBG (01) | | | | 2.5 |
| Quarterly update to FH Action Plan reporting and emails to and from LMHA regarding the information needed to update portions of the plan relating to LMHA; finished all sections able to finish and waiting on LMHA information to send to City | | | | | | | | | | | | |
| Leah Mullen | 04/20/2016 | REO - Activities | TFHC v. Deutsche Bank | 012016-0129 | SA | RA | Deutsche National Bank | FHIP 80 PEI MY | | | | 0.25 |
| Call scheduled with NFHA; discussed availability for call with MPM via email | | | | | | | | | | | | |
| Leah Mullen | 03/21/2016 | REO - Activities | TFHC v. US Bank | 012016-0130 | SA | RA | US Bank | FHIP 80 PEI MY | | | | 0.25 |
| discussed REOs to send to NFHA's Shanna for powerpoint for press conference with CM; discussed and sent model bank presentation materials and powerpoint presentation to CM | | | | | | | | | | | | |
| Leah Mullen | 03/21/2016 | REO - Activities | TFHC v. Deutsche Bank | 012016-0129 | SA | RA | Deutsche National Bank | FHIP 80 PEI MY | | | | 0.25 |
| discussed REOs to send to NFHA's Shanna for powerpoint for press conference with CM; discussed and sent model bank presentation materials and powerpoint presentation to CM | | | | | | | | | | | | |
| Leah Mullen | 03/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.5 |
| Phone call with Shanti Abedin of NFHA regarding community relief funds report and website | | | | | | | | | | | | |
| Leah Mullen | 02/29/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.25 |
| Scheduling call with shanti regarding MLK program for NFHA's report for conference | | | | | | | | | | | | |
| Leah Mullen | 02/26/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

FHONWO_0002519

4/6/2018

STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Sealed, applied postage to, and put in mail the surveys for the January round of REOs; corrected M: drive files to reflect proper organization; deleted WIP and occupied property entries on MVFHC database and ensured number on database and M: drive all matched in terms of numbers of properties evaluated, occupied, and WIPs; sent Shanti at NFHA an email to document the numbers and let her know that we had completed the REO uploads and sent the surveys out today (copied MPM on email)

| Jennifer Teschner | 02/19/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

Numbered pictures for REO on Selma.

| Leah Mullen | 02/16/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

Testing summaries and ensuring all entered and entered accurately; following up with final team to submit; correcting evaluation sheets on M: drive and ensuring team documents in accordance with correct procedures

| Jennifer Teschner | 02/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 2.25 |

Upload pictures for Selma property.

| Karen Plocek | 02/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

Helped JT with REO uploads.

| Susan A Jester | 02/04/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 2 |

REO investigation with CR.

| Christina Rodriguez | 02/04/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 2 |

REO investigations with SJ.

| Jennifer Teschner | 02/03/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 0.75 |

| Karen Plocek | 02/03/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

Assisted JT in picture downloads for REO's.

| Christina Rodriguez | 01/29/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1.25 |

REO investigations with PO.

| Susan A Jester | 01/28/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1.75 |

REO investigation with CR

| Christina Rodriguez | 01/28/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1.75 |

REO investigations with SJ.

| Rob Robinson | 01/27/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | General Enforcement (11) | | | | 2.5 |

Inspected REO properties

| Christina Rodriguez | 01/27/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1.5 |

Uploaded REO pictures.

| Susan A Jester | 01/27/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1 |

REO's investigation with CR

FHONWO_0002520

4/6/2018                                          STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Teschner | 01/26/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 2 |

REO

| Christina Rodriguez | 01/26/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 2 |

Uploaded REO photos.

| Christina Rodriguez | 01/25/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1 |

Uploaded REO photos.

| Christina Rodriguez | 01/25/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 80-1-1 | 80-1 #22: Conduct 48 tests / Provide summaries | 1 |

Reo investigation with SJ.

| Leah Mullen | 01/22/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 2.25 |

Received a total of 25 properties from NFHA on list; however, 6 of the 26 were duplicates. Thus, per NFHA's instructions, LM omitted these 6 and created team assignments for the remaining 19. She sorted them, mapped, and created excel forms, folders, etc. on the M: drive for setup. Emailed everyone about team assignments and refresher notes,etc.

| Leah Mullen | 01/13/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | City of Toledo CDBG (01) | | | | 2 |

Reading HUD decision in US Bank case and composing a memo to MPM about it

| Leah Mullen | 01/08/2016 | REO - Activities | FAIR HOUSING CENTER | | | | Deutsche National Bank | FHIP 80 PEI MY | | | | 0.25 |

Contacting Morgan Williams and copying MPM, Cashauna Hill, and Shanna Smith regarding research on RPs

| Leah Mullen | 01/07/2016 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 80 PEI MY | | | | 0.75 |

REO call Deutsche Bank

| Leah Mullen | 12/02/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-4 | 70-1 #33: Update Report on Findings of REO Investigation- addendum to Analysis of Findings from prior year | 0.5 |

Finalizing REO report and sending to relevant organizations/finding out how to get posted on website; reviewed and, where appropriate, implemented edits of MPM and DP

| Leah Mullen | 12/01/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-4 | 70-1 #33: Update Report on Findings of REO Investigation- addendum to Analysis of Findings from prior year | 1.5 |

Gathered and analyzed REO evaluation data, updated REO report for 2015, sent draft to MPM, DP, ZH and copied LS for review prior to submission to HUD

| Leah Mullen | 11/24/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Pulled TFHC reo data from database in preparation for report update

| Leah Mullen | 10/22/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.75 |

Preparing for REO conference

| Leah Mullen | 10/08/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

FHONWO_0002521

4/6/2018

STAT: Find timesheets

Creation of Powerpoint Presentation for REO conference and editing per MPM's input

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 10/08/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Meeting with MPM to discuss REO conference information

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 10/05/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

REO conference preparation meeting scheduled with MPM to create powerpoint slides and obtain and go over information that LM will share at the conference

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 08/20/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 2.5 |

Uploaded last two REOs after downloading software and resizing images; got instructions from David Lauri and produced a troubleshooting/instructions document for staff - sent via email to everyone and saved on M: drive For the July list (which are complete and uploaded), we had three duplicates, leaving 25 REOs for potential evaluation. Of these, we evaluated 22 REOs, 2 were occupied, and 1 was a vacant lot.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 08/19/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.5 |

Checking and uploading unfinished REOs; connection too weak to finish upload for 1928 Evansdale - continuing to try throughout the day

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 07/22/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Discussed REOs with CR

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sarah Jenkins | 07/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | 70-1-3 | | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 4 |

Conducted 3 REOs, completed data entry/upload.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Caren Hinton | 07/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | 70-1-3 | | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 4 |

3 Toledo Homes. Done with Sarah Jenkins.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fannie Hall | 07/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | 70-1-3 | | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2.5 |

FH conducted 3 REO's with SJ. 3470 146th St. 43611, 5215 and 5429 Fortune 43611.

FHONWO_0002522

4/6/2018                                          STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Susan A Jester | 07/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-3 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2.5 |

Conducted REO's with FH.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casandria Parker | 07/16/2015 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | | | 70-1-3 | 70-1 #20: REO Investigation: Using data from NFHA identify foreclosed homes in targeted areas | 4 |

Uploading pictures to MVFHC. Trained RW on how to complete eval forms on M-drive as well as upload pictures to website. clp

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casandria Parker | 07/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 70-1-3 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 3 |

Evaluted 6 REO properties with RW. clp

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diana Patton | 07/15/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-3 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2.5 |

Conduct 8 REO's with Legal Intern, Kristen Angelo. 1. 1943 Sussex Place, 2. 1920 Mount Vernon, 3. 1919 Richmond, 4. 1928 Evansdale Ave., 5. 1024 Elysian Ave., 6. 925 Continental Blvd, 7. 1675 Nebraska Ave., 8.725 N. Detroit Ave. ALSO - complete mileage sheet for Kristen Angelo.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 07/15/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.75 |

REO team assignment - SJ discussed team changes with LM. SarahJ, SJ, and CH will now go out on Friday and do 2 team assignment packets since FH is unable to go out and SarahJ needs training. MPM could not do REOs today, so DP teamed up with KA instead because DC no longer able to go with them. Worked with RW to create REO Investigator Identification Cards

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 07/14/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

REO assignment to SarahJ and discussed general process and potential teammates on Fri; texts from and to DP re: doing REOs today

FHONWO_0002523

CONFIDENTIAL

4/6/2018                                    STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casandria Parker | 07/10/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-3 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2 |

Evaluated 5 REO properties with MF.

| Leah Mullen | 07/10/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.5 |

Key materials with Paul; REO team schedules arranged; CP and MF team assignment to go out on Fri, July 10th; FH and SJ to go out Thursday; KA and MPM to go out on Wed

| Leah Mullen | 07/09/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.5 |

Trained CR on REO administration setup, audit, and survey process

| Leah Mullen | 07/09/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.25 |

Meeting with SMF, SarahJ, and MPM to discuss strategy and agenda for meeting with Lucas County Commissioners (and NFHA's Lisa Rice and Shanti Abedin) on Monday, July 13, 2015

| Leah Mullen | 07/06/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-3 | 70-1 #20: REO Investigation: Using data from NFHA identify foreclosed homes in targeted areas | 0.25 |

Received 28 REO properties for investigation from NFHA 28 Properties identified

| Leah Mullen | 06/24/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-2 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 0.5 |

Checking final stats for REOs; sent email to Linday at NFHA and copied MPM and ZH. One was a repeat property, and we evaluated FIFTEEN. Five were occupied, and the last one was a vacant lot. Type Number EVALUATED 15 Occupied 5 Vacant Lot 1 Repeat 1 Total 22

| Leah Mullen | 06/17/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Mapped 4312 Belmar and sent PO and CR out to take pictures of exterior, especially lawn and vegetation; emailed pictures to Lisa Rice, Tom Kroma, Cindy Geronimo, and MPM and asked the DoN if it has any pictures of the back lawn without mowing

| Leah Mullen | 06/17/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Discussed REOs with CR and assigned her another team's set to audit; told her to add lender to all properties uploaded to the database, i.e. all those that were evaluated

| Leah Mullen | 06/12/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Spoke with JT and SJ about REOs and uploading

FHONWO_0002524

CONFIDENTIAL

4/6/2018                                    STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Jennifer Teschner | 06/11/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 70-1-2 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 1.75 |
| Fannie Hall | 06/09/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 2 |

FH and SJ took pictures of REO properties.

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Diana Patton | 06/08/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-2 | 70-1 #20: REO Investigation: Using data from NFHA identify foreclosed homes in targeted areas | 0.25 |



| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Casandria Parker | 06/04/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | | | 70-1-2 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2 |

Evaluated 2 REO properties with CH. clp

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Diana Patton | 06/03/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-2 | 70-1 #21: Conduct at least 75 investigations of REO maintenance issues in targeted neighborhoods and corresponding white neighborhoods and document differences | 2 |

Conduct REO Investigations with Legal Interns, Paul Okafur, Kristen Angelo and Daniel Carroll. We investigated the following properties (4033 Mockingbird lane, 5501 Gay St, 5934 Douglas Rd., 4807 S. Arvilla Dr.). Christina will train the interns on how to upload these properties on Friday, June 5, 2015

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Leah Mullen | 05/29/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 3.5 |

REO Setup and team assignment packets for REO 18

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Leah Mullen | 05/28/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.5 |

Consolidated staff availability to conduct REO evaluations next week for team formation; sent team information and reminders to staff

FHONWO_0002525

4/6/2018                                                        STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Leah Mullen | 05/27/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | 70-1-2 | 70-1 #20: REO Investigation: Using data from NFHA identify foreclosed homes in targeted areas | 0.25 |

Received 22 REOs to investigate from NFHA

| Leah Mullen | 05/13/2015 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 70 FHOI/LC | | | | 3.75 |

Press conferences and preparation; follow up

| Leah Mullen | 05/12/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Preparing for press conference; editing powerpoint; sending updated pdf and powerpoint to MPM and ZH; helping ZH with setup for press conference; reviewing media releases

| Leah Mullen | 05/11/2015 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 70 FHOI/LC | | | | 1 |

Conference call with NFHA and operating members re: REO Press Conferences on 5/13/15 to announce filing of Fannie complaint

| Leah Mullen | 05/11/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.5 |

Emailed MPM about press conference prep; reviewed powerpoint presentation that Shanna and Lindsay sent for TFHC

| Leah Mullen | 05/06/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.25 |

Met with SMF to go over the MV database and press conference next steps; LM will follow up with SMF once we get the powerpoint from NFHA; LM sent SMF updated list of REOs that TFHC can highlight (if not already selected by Shanna)

| Leah Mullen | 05/05/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Reading Article that Shanna sent and highlighted - sent highlighted version to Sena for press conference prep since 40 pages long plus NYT article

| Leah Mullen | 05/04/2015 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 70 FHOI/LC | | | | 1.5 |

Reading articles and highlighting long one for REO press conferences/project

| Leah Mullen | 05/04/2015 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 70 FHOI/LC | | | | 1 |

REO press conference call with NFHA

| Leah Mullen | 05/04/2015 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | FHIP 70 FHOI/LC | | | | 1.5 |

Looking through REOs for local press conference; noted addresses, dates, and scores, and sent to SMF (MPM, DP, and ZH)

| Michael Marsh | 04/15/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | | Call with NFHA re: press conferences and Status of Investigations and Amended Complaints for Fannie Mae Field Service Vendors | | | 1 |

| Leah Mullen | 04/13/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Two properties were evaluated and uploaded.

| Chelsea Meister | 04/13/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Audited two REOs on MV: 1763 Marne Ave & 16 E. Streicher. SOW 21

| Eric Ricker | 04/06/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.5 |

FHONWO_0002526

4/6/2018                                          STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Conducted REO Investigation. Three properties were assessed and reported on. 16 East Streicher Street Toledo Ohio 43608; 1763 Marne Avenue Toledo Ohio 43613.

| Leah Mullen | 04/06/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.5 |

REO email to staff; new team assigned; map created; excel sheet amended

| Leah Mullen | 03/31/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.25 |

REO team assignments; creation of folders on M: drive and evaluation sheets; driving directions printed and routes determined

| Leah Mullen | 03/30/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1.25 |

Mapping REO addresses; checked REO list against those already completed for duplicates; emailed staff for availability and willingness to evaluate and upload REOs

| Leah Mullen | 03/30/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Received 16 REO properties from NFHA

| Leah Mullen | 01/27/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Checked REO auditing, cleaned up files, updated excel lists and files, sent Lindsay email report for 1/13/15 REOs; 8 evaluated of the 8 identified for grant-reporting purposes; 3 by Renea Wilson and Eric Ricker and 5 by Mike Fehlen and Susan Jester

| Eric Ricker | 01/23/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | REO Investigation Renea and Eric | | | 3 |

Did investigation of REO's on three properties.

| Leah Mullen | 01/23/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 1 |

Uploaded and audited RW and ER's REOs

| Leah Mullen | 01/16/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 2 |

REO preparation and team assignments

| Leah Mullen | 01/13/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.25 |

Email with new list of 8 properties; looked over; emailed staff to get volunteers to evaluate and upload properties

| Leah Mullen | 01/07/2015 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 70 FHOI/LC | | | | 0.75 |

REO Conference call with NFHA

| Zachary Hillyer | 11/24/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |

Calculated REO numbers for SOWs 20 + 21 for LS. Prepared breakdown, and sent to LS. Breakdown is as follows: For SOW 20, REO properties identified, we have the following: List 9 (Jan.): 19; List 10 (April): 18; List 11 (July): 47; List 12 (Aug.): 16; List 13 (Sept.): 23; List 14 (Oct.): 14; List 15 (Nov.): 41: 178 total REO properties identified. For SOW 21, Testing REO properties, we have the following: 1st Quarter: 19; 2nd Quarter: 18; 3rd Quarter: 52; 4th Quarter: 67 (so far): 156 total REO properties tested

| Karen Plocek | 11/24/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |

spoke to LM regarding the first set of pics JT and I took on the last round of REO's. She said to upload the open door pics and make sure to note those were taken on 11/10 but the camera did not capture the time/date. And that we locked the doors when we left the eval property. Uploaded the 3 open door pics to MV database and moved them to the proper files on REO master.

| Leah Mullen | 11/24/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4.25 |

Determining status (Evaluated, occupied, WIP, or Vacant lot) and evaluators for REO 13, 14, and 15; preparing REO Survey training and training Deresa and Katie H on surveys; assignment of surveys for REO 13, 14, and 15 to Katie and Deresa; emails to and from Lindsay and staff with REO questions to ensure proper documentation and reporting and to order more self-addressed envelopes for surveys; call with ZH re: reporting of REOs and confirming #identified and #tests for FHIP deliverables

| Leah Mullen | 11/19/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |

Planning for staff training with ZH and CM

FHONWO_0002527

CONFIDENTIAL

4/6/2018                                              STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Zachary Hillyer | 11/18/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | US Bank press conference (NFHA) | | | 1.25 |

Attended NFHA US Bank Press Conference Call.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tyler Jechura | 11/14/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |
| Tyler Jechura | 11/14/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4 |
| Chelsea Meister | 11/14/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3 |

Completing the REO audit

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christina Rodriguez | 11/14/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4 |
| Karen Plocek | 11/14/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |

Gave REO eval sheets to Chelsea for auditing.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fannie Hall | 11/14/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.5 |

Completed uploading of REO pics.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chelsea Meister | 11/14/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |

Training other interns how to audit and auditing other already evaluated REO properties

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diana Patton | 11/14/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |

Monitor the staff activity regarding REO Activities.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Christina Rodriguez | 11/13/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 5 |
| Fannie Hall | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0 |

Uploaded pictures to REO database and completed evaluation forms.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chelsea Meister | 11/13/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.5 |

Upload and audit REOs

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diana Patton | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.5 |

Complete evaluation of 5 REO Properties with Renea Wilson on Thursday morning (8::15-9:50).

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Karen Plocek | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4.75 |

Uploaded REO photos

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casandria Parker | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Caren Hinton | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3 |
| Casandria Parker | 11/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Chelsea Meister | 11/12/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Caren Hinton | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 5.5 |

Evaluating and uploading.

FHONWO_0002528

4/6/2018                                           STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Casandria Parker | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.25 |

Lost Opportunity of being at the Webinar- Your Neighborhood\'s Role in Your Family Wealth due to REO Evaluation of Property. Evaluated 8 REO properties with Caren Hinton on Monday November 10, 2014, Wednesday November 12, 2014 and Thursday November 13, 2014.

| | | | | | | | | | | | | |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Karen Plocek | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |

moved pictures to the appropriate folders in the REO master file.

| Karen Plocek | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

downloaded REO photos from the camera

| Jennifer Teschner | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO Evaluations | | | 2.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Visited REO properties to evaluate properties.

| Karen Plocek | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

JT and I evaluated 7 REO properties.

| Karen Plocek | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Read and responded to emails regarding REO's, spoke to DP regarding our photos, spoke to JT regarding our photos.

| Karen Plocek | 11/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Sent email to JT regarding our current REO's.

| Casandria Parker | 11/10/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Caren Hinton | 11/10/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |
| Karen Plocek | 11/10/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4.5 |

Evaluated 7 REO properties with JT- downloaded pics to computer. Sent email to Zach and Leah with a question.

| Diana Patton | 11/07/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.5 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Conducted 8 REOs with Christina.

| Leah Mullen | 11/05/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4.75 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Email with tips and updates; Unames and Passwords; Team formation and assignment; Team Assignments setup

| Chelsea Meister | 11/05/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Audited 3 REO properties

| Leah Mullen | 11/04/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

REO setup for team assignments

| Leah Mullen | 11/03/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Received a list of 45 new REOs from Lindsay at NFHA and sent out an email inviting staff to participate in evaluation and uploading.

| Leah Mullen | 11/03/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Reporting to Lindsay; requested new list; auditing and checking with teams regarding incomplete/incorrect properties; correction of issues

| Leah Mullen | 10/31/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

Auditing and recommendations for trainings with CM

| Leah Mullen | 10/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.75 |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|

FHONWO_0002529

4/6/2018                                                          STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Team progress eval; assignment of auditing to CM; next steps with ZH | | | | | | | | | | | | |
| Leah Mullen | 10/23/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.5 |
| Reporting and auditing | | | | | | | | | | | | |
| Chelsea Meister | 10/22/2014 | REO - Evaluate Evidence | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.5 |
| Audited completed REOs on MV database and M-drive | | | | | | | | | | | | |
| Zachary Hillyer | 10/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 3.75 |
| Evaluated 7 REO properties with Tyler. | | | | | | | | | | | | |
| Diana Patton | 10/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3 |
| Complete 4 REOs with Christina Rodriguez | | | | | | | | | | | | |
| Leah Mullen | 10/16/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.75 |
| Coordination/teams and questions | | | | | | | | | | | | |
| Zachary Hillyer | 10/16/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | NFHA REO Conference Call re Photos | | | 1.25 |
| Attended REO Conference call on photos. | | | | | | | | | | | | |
| Karen Plocek | 10/16/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| completed uploading REO pictures | | | | | | | | | | | | |
| Leah Mullen | 10/15/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |
| Coordination of teams/assignment | | | | | | | | | | | | |
| Zachary Hillyer | 10/15/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 0.25 |
| Confirmed information on recent REO investigations (number of properties evaluated, number of properties evaluated by teams, people on teams), added previous time sheet entries for reporting purposes, emailed LS to let her know they were completed. | | | | | | | | | | | | |
| Leah Mullen | 10/14/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.5 |
| REO setup for teams | | | | | | | | | | | | |
| Diana Patton | 10/10/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.5 |
| REO's with Tyler and Christina - complete 6 properties | | | | | | | | | | | | |
| Fannie Hall | 10/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | NFHA REO Conference Call re: Photos | | | 0.75 |
| Karen Plocek | 10/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | NFHA REO Conference Call re: Photos | | | 1 |
| Leah Mullen | 10/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | NFHA REO Conference Call re: Photos | | | 1 |
| Jennifer Teschner | 10/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Systemic | NFHA REO Conference Call re: Photos | | | 0.75 |
| Training | | | | | | | | | | | | |
| Leah Mullen | 10/08/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0 |
| Received 14 REO properties for investigation from NFHA | | | | | | | | | | | | |

FHONWO_0002530

4/6/2018                                                   STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|-------|------|----------|--------|------|-------------|-----------------|------------|---------|-------|----------|-----|-------|
| Zachary Hillyer | 10/08/2014 | REO - Activities | FAIR HOUSING CENTER | | | | Fannie Mae | | Fannie Mae Conference Call | | | 1 |
| Leah Mullen | 10/08/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | Fannie Mae Conference Call | | | 1 |
| Karen Plocek | 10/07/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.5 |

Finished uploading pictures for property, started upload for last property, spoke to Leah about whether or not we should upload all pictures and she said yes upload all pictures taken.

| Leah Mullen | 10/07/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |

Went over REOs with KP and SJ

| Zachary Hillyer | 10/02/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Systemic | | | | 0.25 |

Evaluated most recent batch of REOs, _REO(12) on the M-Drive. We received 23 properties. The following teams evaluated these properties: Susan and Mike Fehlen (6 properties); Zach and Caren (5 properties); Karen and Jen (5 properties); Seven properties were transferred before we were able to evaluate them.

| Chelsea Meister | 10/01/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 1.5 |

Auditing REOs in the database and comparing all of the REOs that have been completed with the excel spread sheets to make sure all of the lenders have been inputted.

| Zachary Hillyer | 09/30/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |

REO Activity for 3rd Quarter 2014 is as follows: 52 total properties evaluated; 07/02/2014: SJ and FH evaluated 9 properties; 07/09/2014: ZH and BD evaluated 7 properties; 07/09/2014: ZH evaluated 9 properties; 09/15/2014: SJ and MF evaluated 6 properties; 09/17/2014: CH and ZH evaluated 5 properties; 09/18/2014: KP and JT evaluated 5 properties; 09/25-09/26/2014: SJ, MF, and CH evaluated 11 properties

| Chelsea Meister | 09/29/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2 |

Checked correspondance between eval sheets on M Drive and Miami Valley Database. Had to fix a few and then input the rest manually. Then, input the lender in Miami Valley Database for those that were not originally uploaded.

| Leah Mullen | 09/24/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Leah Mullen | 09/23/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Leah Mullen | 09/22/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0 |

Received 21 properties from NFHA for investigation

| Leah Mullen | 09/22/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0 |

Received updated REO list from NFHA with 4 properties

| Jennifer Teschner | 09/22/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Systemic | | | | 4 |

Upload pictures

| Leah Mullen | 09/22/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |
| Jennifer Teschner | 09/19/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.25 |

Uploading information.

| Jennifer Teschner | 09/18/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4 |
| Zachary Hillyer | 09/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | REO9172014 | | | 2.5 |

Conducted REO property evaluations with Caren Hinton.

FHNWO_0002531

4/6/2018                                                    STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Teschner | 09/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Systemic | | | | 2.25 |
| Caren Hinton | 09/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO9172014 | | | 2.25 |

Zachary H. and Caren H.

| Leah Mullen | 09/15/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.25 |
| Susan A Jester | 09/15/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO Investigation 9/15/14 | | | 2.25 |
| Leah Mullen | 09/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3.25 |
| Leah Mullen | 09/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Leah Mullen | 08/18/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0 |

Received 23 REO properties from NFHA for investigation

| Zachary Hillyer | 07/18/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Systemic | | | | 0.25 |

Completed latest batch of REOs. We received 47 properties. The following teams evaluated these properties: Diana, Casandria, and Chelsea (9 properties); Zach, Renea, and Eric (7 properties) Mike and Caren (6 properties); Susan and Fannie (9 properties); Zach (9 properties); Zach and Barb (7 properties); Zach and Susan (re-evaluating properties)

| Chelsea Meister | 07/18/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |

Auditing REOs. Making sure the grade put in MV matches the eval form.

| Zachary Hillyer | 07/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 3.5 |

Completed audit and upload of additional photos. Emailed NFHA contact to let them know it is complete, and emailed LS with information for reporting purposes. Gathered docs related to REO for filing or disposal. Prepared expense reports for REO outreach. Tasked to prepare surveys.

| Zachary Hillyer | 07/13/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2 |

Audited REOs

| Zachary Hillyer | 07/12/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 4 |

Worked on upload and auditing of REOs.

| Zachary Hillyer | 07/11/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 4 |

Uploaded and audited REO property information.

| Zachary Hillyer | 07/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 3 |

investigated REOs in Sylvania and West Toledo areas.

| Zachary Hillyer | 07/09/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2 |

Investigated REO properties in Maumee with BD.

| Fannie Hall | 07/03/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO Investigation | | | 3 |

Upload REO pictures to REO Database and taught SJ how to upload to DB.

| Fannie Hall | 07/02/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | REO Investigation | | | 4 |

uploading pics into NFHA database and teaching S.J. how to upload pics.

| Fannie Hall | 07/02/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | REO Investigation | | | 3.5 |

Taking REO pictures.

FHONWO_0002532

4/6/2018

STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Susan A Jester | 07/02/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO Investigation | | | 3.5 |
| Chelsea Meister | 07/01/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |

Uploaded photos and information from REO testing with Diana Patton on 7/1/2014 to Miami Valley database

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chelsea Meister | 07/01/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |

REO Property investigation with Diana Patton

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diana Patton | 07/01/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |

Conduct 5 REO Investigation with Chelsea Meister

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robyn Miller | 06/30/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3 |
| Caren Hinton | 06/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | MF AND CH REO'S 6/27/2014 | | | 2.25 |
| Casandria Parker | 06/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO Investigations | | | 2.5 |
| Zachary Hillyer | 06/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |

Reviewed batch of REOs, identified owner-occupied and duplicates. Created spreadsheet, have summaries of properties from Auditor website. Emailed MM, DP, and LM information.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diana Patton | 06/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.25 |

Conduct REO Investigations

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 06/26/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.25 |

Prepared for and completed REO outreach. Began completing steps to upload photos

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 06/25/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 0.5 |

Confirmed with RW that we will be conducting our REO investigation tomorrow morning. Made name tags for interns, emailed staff to confirm time we are going out and that we will be using one of the cameras.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 06/25/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 1 |

Prepared and reviewed outreach packets, talked to REO teams, gave them maps and assessment forms.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 06/22/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 0.5 |

Saved updated REO information to M-Drive, reviewed prior to. Reviewed REO list, tasked to set up teams to assess properties.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 06/20/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4 |
| Zachary Hillyer | 06/19/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2.25 |

Created folders and evaluation sheets for new REO properties. Added addresses and printed out evaluation sheets, sorted, and gave to LM.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 05/01/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2 |

Uploaded REO information to MV database.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 04/30/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 3 |

Prepared photos and electronic evaluation forms. Photos ready to upload.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casandria Parker | 04/28/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO preparation, auditing, and surveying training | | | 1.25 |

FHONWO_0002533

4/6/2018

STAT: Find timesheets

| Staff | Date | Activity | Client | Case | Intake type | Protected basis | Respondent | Project | Event | FHIP qtr | SOW | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Caren Hinton | 04/27/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | | REO | | | 4.75 |
| Leah Mullen | 04/25/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Deutsche Bank (65) | | | | 1.5 |

Deutsche Bank properties information - transfer status ARIES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zachary Hillyer | 04/24/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | Enforcement | | | | 2.25 |

Conducted investigation of four REO properties with RW.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 02/21/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 2.5 |

Survey prep

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leah Mullen | 02/07/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 4.5 |
| Leah Mullen | 02/06/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 0.5 |
| Leah Mullen | 01/17/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1.75 |
| Leah Mullen | 01/16/2014 | REO - Activities | FAIR HOUSING CENTER | | | | | FHIP 64 - Lending Grant | | | | 1 |
| Leah Mullen | 12/02/2013 | REO - Activities | FAIR HOUSING CENTER | | | | CLOSED (24) | | | | | 1.5 |
| Leah Mullen | 11/29/2013 | REO - Activities | FAIR HOUSING CENTER | | | | CLOSED (24) | | | | | 2 |
| Leah Mullen | 11/25/2013 | REO - Activities | FAIR HOUSING CENTER | | | | CLOSED (24) | | | | | 1 |
| Leah Mullen | 11/22/2013 | REO - Activities | FAIR HOUSING CENTER | | | | CLOSED (24) | | | | | 0.75 |

FHONWO_0002534

Exhibit 16

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
      NATIONAL FAIR HOUSING          )
 4    ALLIANCE; HOPE FAIR HOUSING    )
      CENTER, et al.,                )
 5                                   )
                                     )
 6                   Plaintiffs,     )
                                     )
 7           vs.                     ) No. 1:18-cv-00839
                                     )
 8    DEUTSCHE BANK NATIONAL         )
      TRUST, as trustee, et al.,     )
 9                                   )
                                     )
10                   Defendants.     )

11

12            The Fed. R. Civ. P. Rule 30(b)(6) deposition

13    on behalf of Miami Valley Fair Housing Center, called by

14    the Defendants for examination, taken remotely pursuant

15    to notice and pursuant to the Federal Rules of Civil

16    Procedure for the United States District Courts

17    pertaining to the taking of depositions, taken before

18    April M. Metzler, Certified Shorthand Reporter,

19    Registered Merit Reporter, Certified Realtime Reporter,

20    and Notary Public, at Dayton, Ohio, commencing at

21    9:32 a.m. CST on the 6th day of October, 2021.

22

23

24
```



1   that, and then they will try and make it real for us.

2   Sometimes that happens right way; sometimes because of

3   what it involves, it takes longer.

4           And so, yes, we have definitely added features

5   to the timekeeping mechanism of the database since 2010.

6   The basic manner in which we enter our time, however,

7   has not changed.  We enter by date, we enter an

8   activity, and then we can select whether or not it is

9   for a particular client or company and then whether it

10  is for a particular project, and then we enter the

11  amount of time in a quarter of an hour increment.

12          And then there are note fields -- there is a

13  free-form note field where we can type notes about the

14  entry.

15      Q.   What is the expectation of Miami Valley and

16  its employees, in terms of how regularly they should

17  enter their time?

18      A.   Their time must be entered contemporaneously,

19  so we want them to do it as it happens.  We ask folks to

20  make sure they complete it by the end of the day.  We

21  require they have accounted for at least 80 hours of

22  time for every close of paycheck periods before their

23  paycheck is generated.

24      Q.   What is a paycheck period?



1    things we just didn't think should be in.  So they

2    aren't included either to Deutsche Bank or in general.

3         Q.   Did Miami Valley undertake any effort to

4    exclude time entries that were included in the REO

5    investigation's time entries that clearly related to

6    other lenders or other company?

7         A.   So please ask me the question again.

8         Q.   Sure.

9              Did Miami Valley undertake any effort to

10   exclude time entries that were included in the REO

11   investigation's time logs but which clearly related to

12   other lenders or companies?

13        A.   Yes.  Because those entries would have been

14   made contemporaneously when the time sheet was created.

15   And if they related to another company, they would have

16   been entered as the other company.

17        Q.   Even if the Miami Valley database didn't have

18   another company set up within its system?

19        A.   If there was going to be another company, we

20   would create it.  I mean, we'd have the ability to

21   create that immediately, so ...

22        Q.   Did you create the company level entries in

23   the Miami Valley database at the time you started an

24   investigation?



National Fair Housing Alliance vs Deutsche Bank National Trust
James McCarthy 30(b)(6) - Vol. I - 10/06/2021                    Page 193

1    financial records, correct?

2         A.    Right.

3              Now, there is -- from the time we implemented

4    the database tracking these things, so shortly after

5    what we're looking at right here, in 2012, we have a

6    running -- you know, I can generate from the database

7    all the checks that were made to any individual payee or

8    under any department or cost center.

9         Q.    Is -- Strike that.

10             With respect to expenses, did the Miami Valley

11   employees make a contemporaneous effort, so at the time

12   that they were incurring these expenses, to attribute

13   them to the REO investigation?

14        A.    Yeah.

15             So you can't see it here, but like on Exhibit

16   Number 6026, at the last page, which is MVFHC 0012675,

17   there typically would be on the bottom or on the back of

18   the receipt itself when they were out receiving their

19   sheets, they would jot down what it was for, and they

20   would bring it back and then create this check request.

21             And they had to submit the receipts together

22   with the expense reimbursement voucher which calls for

23   the date, the investigation, miles -- you know, whether

24   it was for miles, meals, other, and then an explanation



1    of what they were doing and why they were getting

2    reimbursed.

3        Q.   So the best contemporaneous record of expenses

4    would be actually looking at the backup and trying to

5    see all the REO property references; is that right?

6        A.   Well, that's one way to do it.  I mean, I

7    think the first obvious way is to look at this -- at,

8    like, page 3 of Exhibit 6026, because if the employee

9    was reimbursed for REO, it would be identified on that

10   check request page, the way it is here, attributable to

11   53730003.

12              And then if you want to understand what that

13   $9.60 was made of, you could go down into the

14   reimbursement voucher detail to see how they came up

15   with the $9.60 -- $9.30.

16       Q.   So we look at the voucher on the next page,

17   you've got an REO property expense of $4.30 for

18   photographing REO properties, and then another $5.36 for

19   photographing REO properties.

20              Is that just developing the pictures, or what

21   does that relate to?

22       A.   No.  That's mileage to go and make photo- --

23   you know, take the pictures of the REO properties to

24   conduct the inspection.



Exhibit 17

**18 CV 0839**
**Exhibit A to Pre-Trial Order – Plaintiffs' December 5, 2025**
**Proposed Uncontested Facts**

1.      Plaintiff National Fair Housing Alliance ("NFHA") is a national nonprofit fair housing organization with its principal place of business in Washington, D.C.

2.      NFHA organized and led Plaintiffs' investigation of REO properties owned by Deutsche Bank National Trust Company, as Trustee, and serviced by Ocwen and Altisource.

3.      Together, all Plaintiffs investigated 699 REO properties owned by Deutsche Bank National Trust Company, as Trustee, and serviced by Ocwen and Altisource.

4.      NFHA investigated REO 64 Baltimore-area properties owned by Deutsche Bank National Trust Company, as Trustee, 40 of which were serviced by Ocwen and Altisource.

5.      NFHA investigated REO 10 Kansas City-area properties owned by Deutsche Bank National Trust Company, as Trustee, 8 of which were serviced by Ocwen and Altisource.

6.      NFHA investigated REO 61 Memphis-area properties owned by Deutsche Bank National Trust Company, as Trustee, 36 of which were serviced by Ocwen and Altisource.

7.      NFHA investigated REO 24 Minneapolis-area properties owned by Deutsche Bank National Trust Company, as Trustee, 14 of which were serviced by Ocwen and Altisource.

8.      NFHA investigated REO 61 Prince George's County-area properties owned by Deutsche Bank National Trust Company, as Trustee, 43 of which were serviced by Ocwen and Altisource.

9.      NFHA investigated REO 28 Philadelphia-area properties owned by Deutsche Bank National Trust Company, as Trustee, 18 of which were serviced by Ocwen and Altisource.

10.     NFHA investigated REO 43 Suburban Detroit-area properties owned by Deutsche Bank National Trust Company, as Trustee, 34 of which were serviced by Ocwen and Altisource.

11.     NFHA investigated REO 27 Tampa-area properties owned by Deutsche Bank National Trust Company, as Trustee, 17 of which were serviced by Ocwen and Altisource.

12.     Plaintiff Denver Metro Fair Housing Center ("DMFHC") is a nonprofit fair housing organization based in Denver, Colorado and serving six Denver Metro Counties.

13.     DMFHC investigated REO 21 Denver-area properties owned by Deutsche Bank National Trust Company, as Trustee, 12 of which were serviced by Ocwen and Altisource.

14.     Plaintiff Fair Housing Advocates of Northern California ("FHANC") is a nonprofit fair housing organization based in San Rafael, California.

1

129.     As mortgage servicer for mortgages held in trusts such as those in this case owned by the Deutsche Bank Defendants, as Trustee, Ocwen acts to service loans and resolve delinquencies in the best interest of the investor, i.e. the loan owner.

130.     Ocwen is retained by contract to act as mortgage servicer on a national basis by lenders, GSEs or trustees such as the Deutsche Bank Defendants.

131.     For Real Estate Owned properties ("REOs") held in trusts, including REO properties owned by the Deutsche Bank Defendants, as Trustee, the servicer must act to achieve the greatest return for the investor in the shortest amount of time.

132.     Pursuant to Pooling and Servicing Agreements, an investor provides delegated authority to the mortgage servicer to manage post-foreclosure (or REO) property preservation, inspection and sales.

133.     Ocwen is not compensated based on the work performed on REO properties. Ocwen passes through the costs of post-foreclosure activities to the investor.

134.     Prior to 2009, Altisource Portfolio Solutions, S.A. operated as Ocwen Solutions, a wholly-owned subsidiary of Ocwen.

135.     In 2009, Ocwen entered into "long-term servicing contracts" with Altisource Portfolio Solutions, S.A. ("Altisource"), which was spun off from Ocwen.  The Altisource subsidiary named in this lawsuit is Altisource Solutions, Inc.

136.     In 2009, Ocwen became Altisource's main customer and Altisource became Ocwen's third-party vendor to carry out Ocwen's servicer obligations relating to default and foreclosure activities pertaining to REOs, including REO properties owed by the Deutsche Bank Defendants, as Trustee, including in the areas of valuations, property maintenance and preservation, property inspection, marketing and sales.

137.     In 2009 Ocwen acquired mortgage servicing rights ("MSRs") for hundreds of billions of dollars in Unpaid Principal Balance ("UPB") from several major servicers, which grew Ocwen's share of servicing subprime U.S mortgages.

138.     Pursuant to Governing Agreements where the Deutsche Bank Defendants acted as trustee, Ocwen and Altisource serviced the majority of Deutsche Bank Defendant-owned REO investigated in this case, through the stages of loan default, pre-foreclosure, foreclosure and the REO life cycle.

139.     2016 Ocwen audits of Altisource reported in 2016 that Altisource Solutions, Ocwen's third-party vendor, processed approximately 360,000 property preservation and inspection transactions each month including standard repeating services and one-off services, i.e. property securing, winterization, grass cuts, maintenance, inspections, etc., for an

# Exhibit 18

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; LOUISIANA FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA.<br><br>        Plaintiffs,<br><br>                v.<br><br>DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC.<br><br>        Defendants. | Case No. 18 CV 839<br><br><br><br><br>Judge Manish S. Shah<br><br><br>Jury Trial Demanded |

**PROPOSED PRETRIAL ORDER – *DECEMBER 5, 2025 DRAFT***

## I.    JURISDICTION

        This Court has subject-matter jurisdiction under 28 U.S.C. §1331 for Plaintiffs' claims under the Fair Housing Act ("FHA"), 42 U.S.C. §3604, *et seq*. Jurisdiction is not disputed.

1

## II.    TRIAL ATTORNEYS

### a.  <u>Plaintiffs' Trial Attorneys</u>

Jennifer K. Soule
jsoule@sbllegal.com
James G. Bradtke
jbradtke@sbllegal.com
Steven P. Schneck
sschneck@sbllegal.com
**SOULE & BRADTKE, PLLC**
155 N. Michigan Avenue, Ste. 504
Chicago, IL 60601
(312) 616-4422

Lila Miller
lmiller@relmanlaw.com
Edward Olds
tolds@relmanlaw.com
**RELMAN COLFAX PLLC**
1225 19th Street, N.W., Ste. 600
Washington, DC 20036
(202) 728-1888

Janell Byrd
jbyrd-chichester@nationalfairhousing.org
Morgan Williams
Mwilliams@nationalfairhousing.org
**NATIONAL FAIR HOUSING
ALLIANCE**
1331 Pennsylvania Ave, NW Ste. 650
Washington, DC 20004
(202) 898-1661

Stephen M. Dane
sdane@fairhousinglaw.com
**DANE LAW LLC**
P.O. Box 1011
Perrysburg OH 43552
(419) 944-8611

Andrea D. Lyon
alyon@lyonkerr.com
**LYON & KERR, PLLC**
53 W. Jackson Blvd., Suite 1650
Chicago, IL 606045
(312) 955-4402

### b.  <u>Defendants' Trial Attorneys</u>

#### 1. **Attorneys for Defendants Deutsche Bank National Trust, As Trustee and Deutsche Bank Trust Company Americas, As Trustee**

Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com
Tinos Diamantatos
tinos.diamantatos@morganlewis.com
**MORGAN LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60601
(312) 324-1000

Kurt Rademacher
kurt.rademacher@morganlewis.com
**MORGAN LEWIS & BOCKIUS LLP**
1701 Market St.
Philadelphia, PA 19103
(215) 963-4981

#### 2. **Attorneys for Defendant Altisource Solutions, Inc**

Nathan L. Garroway
nathan.garroway@dentons.com
**DENTONS US LLP**
303 Peachtree Street, NE, Ste. 5300
Atlanta, GA 30308

Lisa M. Krigsten
lisa.krigsten@dentons.com
**DENTONS US LLP**
4520 Main Street, Ste. 1100
Kansas City, MO 64111

(404) 527-4391                                      (816) 460-2554

3. **Attorneys for Defendant Ocwen Loan Servicing, LLC n/k/a/ Onity Group, Inc.**

Debra Bogo-Ernst
dernst@willkie.com
Brandon E. Villa
bvilla@willkie.com
Benjamin Halom
bhalom@willkie.com
Tara Sohns
tsohns@willkie.com
Sara Kim
skim@willkie.com
Eve Hastings
ehastings@willkie.com
Matthew J. Thomas
mthomas@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Drive
Chicago, IL 60654
(312) 728-9000

## III.    CASE STATEMENT

This case is about the treatment of homes after they have been subject to foreclosure. After the foreclosure process, title to a house is typically held in the name of the bank which foreclosed on the property. These houses then become known as Real Estate Owned properties or "REOs."

Plaintiffs are twenty nonprofit fair housing organizations who allege that the Defendants' policies and practices related to REO maintenance, preservation, and marketing had the purpose and effect of discriminating based on race. Specifically, Plaintiffs allege that Defendants' treatment of REO properties in communities of color was worse than Defendants' treatment of REO properties in white neighborhoods. Plaintiffs contend that this differential treatment violated the Fair Housing Act and caused their organizations to suffer harm.

The REO houses at issue in this case were owned by Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas, as trustees (the "Deutsche Bank Defendants"). In turn, the two other Defendants, Defendant Ocwen and Defendant Altisource, (the "Servicer Defendants"), were responsible for providing services related to maintaining, conserving, protecting and marketing the properties until they could be sold.

Together, Plaintiffs inspected hundreds of Defendants' REO properties across thirty metropolitan areas. During their on-site inspections, Plaintiffs collected information on numerous criteria that relate to the routine maintenance and marketing of the REO properties, such as the

# Exhibit 19

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; LOUISIANA FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA. | Case No. 18 CV 839<br><br><br>Judge Manish S. Shah<br><br>Jury Trial Demanded |
| Plaintiffs, | |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC; and ALTISOURCE SOLUTIONS, INC. | |
| Defendants. | |

**PROPOSED PRETRIAL ORDER – DEFENDANTS' DECEMBER 15 EXCHANGE**

## I.    JURISDICTION

This Court has subject-matter jurisdiction under 28 U.S.C. §1331 for Plaintiffs' claims under the Fair Housing Act ("FHA"), 42 U.S.C. §3604, *et seq*. While Defendants do not dispute that claims under the Fair Housing Act ("FHA") presents a federal question under 28 U.S.C. § 1331, Article III standing is a threshold requirement that must be satisfied before the Court may exercise jurisdiction.  Defendants maintain that Plaintiffs must demonstrate at trial an injury in fact for each Plaintiff that is fairly traceable to Defendants' conduct.

## II.   TRIAL ATTORNEYS

### a.   **Plaintiffs' Trial Attorneys**

Jennifer K. Soule
jsoule@sbllegal.com
James G. Bradtke
jbradtke@sbllegal.com
Steven P. Schneck
sschneck@sbllegal.com
**SOULE & BRADTKE, PLLC**
155 N. Michigan Avenue, Ste. 504
Chicago, IL 60601
(312) 616-4422

Lila Miller
lmiller@relmanlaw.com
Edward Olds
tolds@relmanlaw.com
**RELMAN COLFAX PLLC**
1225 19th Street, N.W., Ste. 600
Washington, DC 20036
(202) 728-1888

Janell Byrd
jbyrd-chichester@nationalfairhousing.org
Morgan Williams
Mwilliams@nationalfairhousing.org
**NATIONAL FAIR HOUSING ALLIANCE**
1331 Pennsylvania Ave, NW Ste. 650
Washington, DC 20004
(202) 898-1661

Stephen M. Dane
sdane@fairhousinglaw.com
**DANE LAW LLC**
P.O. Box 1011
Perrysburg OH 43552
(419) 944-8611

Andrea D. Lyon
alyon@lyonkerr.com
**LYON & KERR, PLLC**
53 W. Jackson Blvd., Suite 1650
Chicago, IL 606045
(312) 955-4402

### b.   **Defendants' Trial Attorneys**

#### 1. **Attorneys for Defendants Deutsche Bank National Trust, As Trustee and Deutsche Bank Trust Company Americas, As Trustee**

Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com
Tinos Diamantatos

Kurt Rademacher
kurt.rademacher@morganlewis.com
Bradie R. Williams
bradie.williams@morganlewis.com

tinos.diamantatos@morganlewis.com
Megan R. Braden
megan.braden@morganlewis.com
Michael W. Fakhoury
michael.fakhoury@morganlewis.com
**MORGAN LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Ste. 2800
Chicago, IL 60601
(312) 324-1000

**MORGAN LEWIS & BOCKIUS LLP**
2222 Market St.
Philadelphia, PA 19103
(215) 963-4981

Michael S. Kraut
michael.kraut@morganlewis.com
**MORGAN LEWIS & BOCKIUS LLP**
101 Park Ave.
New York, NY 10178
(212) 309-6927

2. **Attorneys for Defendant Altisource Solutions, Inc**

Mark G. Trigg
mark.trigg@dentons.com
Nathan L. Garroway
nathan.garroway@dentons.com
Sarah Hannah Phillips
sarahhannah.phillips@dentons.com
Sean Kirwin (admission to be filed)
sean.kirwin@dentons.com
Alizé Mitchell (admission to be filed)
alize.mitchell@dentons.com
Kayla Lee
kayla.lee@dentons.com
**DENTONS US LLP**
303 Peachtree Street, NE, Ste. 5300
Atlanta, GA 30308
(404) 527-4391

Lisa M. Krigsten
lisa.krigsten@dentons.com
**DENTONS US LLP**
4520 Main Street, Ste. 1100
Kansas City, MO 64111
(816) 460-2554

3. **Attorneys for Defendant Ocwen Loan Servicing, LLC n/k/a/ Onity Group, Inc.**

Debra Bogo-Ernst
dernst@willkie.com
Matthew J. Thomas
mthomas@willkie.com
Sara Kim
skim@willkie.com
Brandon E. Villa
bvilla@willkie.com
Eve Hastings
ehastings@willkie.com
Benjamin Halom
bhalom@willkie.com
Tara Sohns

tsohns@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Drive
Chicago, IL 60654
(312) 728-9000

## III.    CASE STATEMENT

This case is about the treatment of properties after foreclosure.  Once a property has been foreclosed on, title to the property is typically held in the name of the foreclosing bank; these then become known as Real Estate Owned properties or "REOs."

Following the 2008 Financial Crisis, Plaintiffs, twenty nonprofit fair housing organizations, began an investigation into foreclosed REO properties in both white and minority neighborhoods, inspecting hundreds of REO properties across thirty metropolitan areas.  During their single visit on-site inspections, Plaintiffs recorded their observations on an evaluation form and took pictures of each inspected REO, as well as the neighboring properties.  Certain information from the inspection forms was stored in a centralized electronic database, after which many of the handwritten evaluation forms were destroyed, discarded or lost by Plaintiffs.  The Court has previously ruled that Plaintiffs' handling of these forms was improper spoliation of evidence, and each side will be allowed to present evidence regarding the missing forms.

Some of the REO properties that Plaintiffs inspected were owned by Defendants Deutsche Bank National Trust Company or Deutsche Bank Trust Company Americas, as trustees (the "Deutsche Bank Trustees").  Defendants Ocwen and Altisource (the "Servicer Defendants"), were responsible for providing services related to maintaining these properties until they could be sold.  It is those properties held by the Deutsche Bank Trustees and serviced by Ocwen and Altisource that are at issue in this case.

Plaintiffs allege that the Defendants' policies and practices related to REO maintenance and preservation had the purpose and effect of discriminating based on race.  Specifically, Plaintiffs allege that Defendants' policies or practices caused worse treatment of REO properties in communities of color than REO properties in white neighborhoods.  Plaintiffs contend that this differential treatment violated the Fair Housing Act ("FHA") and caused their organizations to suffer harm.  Plaintiffs claim that their inspection findings support their allegations of race discrimination.  Plaintiffs will present evidence, including expert testimony, regarding their inspection methodology, the existence of statistical disparities, and Defendants' REO policies and practices.

Defendants dispute Plaintiffs' claims for several reasons.  First, Defendants deny any liability.  As to the Deutsche Bank Trustees, the Court has previously ruled that they can only be found vicariously liable, meaning they are only liable to the extent that Ocwen or Altisource are found to have violated the FHA.  As to the Servicer Defendants, Ocwen and Altisource, they deny that they violated the FHA, engaged in any discriminatory conduct, or that their policies or practices led to any alleged disparities in property maintenance and preservation.  Defendants deny that any statistical disparities actually exist, and challenge Plaintiffs' inspection methodology and conclusions. Among other things, Defendants assert that several flaws in Plaintiffs' investigation

# Exhibit 20

*Nat'l Fair Hous. All. v. Deutsche Bank Nat'l Tr.*, No. 18 CV 839 (N.D. Ill.)

## DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED UNCONTESTED FACTS AND DEFENDANTS' PROPOSED UNCONTESTED FACTS

Uncontested Facts.  The following facts are not contested or have been agreed to or stipulated to by the parties:  Plaintiffs' Proposed Uncontested Fact Nos. 1, 12, 14, 16, 18, 20, 22, 24, 27, 29, 32, 34, 37, 39, 41, 43, 45, 47, 49, and 52.

Uncontested Facts—Subject to Sufficient Clarification.  The following facts are not contested in theory; however, Defendants request further discussion in order to correct them factually:  Plaintiffs' Proposed Uncontested Fact Nos. 4–11, 13, 15, 17, 19, 21, 23, 25–26, 28, 30–31, 33, 35–36, 38, 40, 42, 44, 46, 48, 50–51, and 53.

Contested Facts:  The following facts are contested for being either irrelevant, argumentative, or outside of the scope of the litigation:  Plaintiffs' Proposed Uncontested Fact Nos. 2, 3, and 54–347.

Additional Proposed Uncontested Facts.  The Defendants' proposed uncontested facts are listed below:

1.   Defendant Deutsche Bank National Trust ("DBNTC") is a national banking association organized and existing under the laws of the United States to carry on the business of a limited purpose trust company, and Defendant Deutsche Bank Trust Company Americas ("DBTCA", together with DBNTC, the "Deutsche Bank Trustees") is a New York State chartered banking corporation, organized and existing under the laws of the State of New York.   Deutsche Bank Trustees act as trustees for residential mortgage-backed securitization trusts, and in those capacities, hold legal title on behalf of certain residential mortgage-backed securitization trusts to certain properties that are maintained and serviced by mortgage loan servicers.

2.   Ocwen Loan Servicing, LLC n/k/a Onity Group ("Ocwen") is one of the largest servicers in the country, focused on delivering a variety of servicing and lending programs.

3.   Altisource Solutions, Inc. ("Altisource") is an integrated service provider and marketplace for the real estate and mortgage industries.

4.   Ocwen and Altisource contracted with national Government Sponsored Enterprises.

5.   A residential mortgage-backed securities ("RMBS") transaction involves pooling residential mortgage loans and selling to investors interests in the cash flows generated by the pool of loans.

6.   Residential mortgage loan servicing is a highly specialized and heavily regulated industry requiring specific skills, systems, and licensing.

7.   In an RMBS transaction, after originators make mortgage loans to borrowers, loans are conveyed to a sponsor, who bundles the loans into a pool.

*Nat'l Fair Hous. All. v. Deutsche Bank Nat'l Tr.*, No. 18 CV 839 (N.D. Ill.)

8.      The depositor then conveys the loan pool to the trust in exchange for securities; the depositor sells the certificates to investors, entitling certificate holders to a share of payments received on the loan pool.

9.      Sponsors select and engage trustees based upon the trustee's experience in acting as a corporate trustee for RMBS transactions, after designating other deal parties, including the servicer, and determining the legal and economic structure of the transaction.

10.      Servicers, who are selected by sponsors, maintain the day-to-day relationships with borrowers on the loans in the trust, collect loan payments, and enforce the terms of the loan documents.

11.      Sponsors may also engage master servicers who monitor, oversee, and enforce the servicers' performance and ensure that each servicer complies with its contractual servicing obligations.

12.      Each of the trusts at issue here is governed by a Pooling & Servicing Agreement, Trust Agreement, Indenture, or similar contract (collectively, the "Governing Agreements") that set forth the rights and obligations of the trustee or indenture trustee and other transaction participants.

13.      Plaintiffs investigated REO properties; in connection with Plaintiffs' inspection of REO properties in this action, Plaintiffs sought to determine whether Defendants maintained REO properties differently in majority minority neighborhoods than in predominantly white neighborhoods by assessing "1,141 properties [purportedly] owned by the Deutsche Bank defendants," which Plaintiffs later increased to about 1,276 properties.

14.      Defendants were not aware, at the relevant time, that Plaintiffs were investigating REO properties owned by the Deutsche Bank Trustees and serviced by Ocwen and Altisource.

15.      Plaintiffs collected data on Defendants' maintenance of REO properties from 2011 to 2018 through on-site inspections of REOs purportedly owned by the Deutsche Bank Trustees.

16.      Of those 560 Deutsche Bank-titled properties serviced by Ocwen and Altisource, 366 were inspected on or after February 14, 2015.

17.      All but one of the properties identified by Ian Ayres as owned by Deutsche Bank at the time of inspection and agreed to as serviced by Ocwen and Altisource were inspected prior to 2017.  One property was inspected on May 9, 2018.

18.      Public-record checks and Plaintiffs' own subsequent acknowledgments identified a subset of properties in Plaintiffs' database that were not held in trusts for which the Deutsche Bank Trustees served as trustee at the time of inspection.

19.      Plaintiffs classified a zip code as predominantly white or non-white if it was composed of at least 50.1% of that demographic.

*Nat'l Fair Hous. All. v. Deutsche Bank Nat'l Tr.*, No. 18 CV 839 (N.D. Ill.)

20.     Plaintiffs designed their investigation to concentrate on geographic areas with high foreclosure rates.

21.     Plaintiffs did not take a random sample of REO properties.

22.     In selecting properties for inclusion in the investigation, Plaintiffs did not evaluate block-group-level homeownership rates, income levels, average home value, average age of homes, or crime rate.

23.     Plaintiffs engaged on-site inspectors to evaluate REO properties based on a scoring checklist that Plaintiffs developed.

24.     Plaintiffs' inspectors were aware that the subject of the investigation involved maintenance of REO properties.

25.     Plaintiffs' on-site inspection consisted of recording the address, observing the property, taking photos to substantiate what was observed, and recording deficiencies observed at the property, usually on paper inspection forms.

26.     Plaintiffs did not inspect properties if maintenance was ongoing.

27.     Plaintiffs uploaded data concerning their investigation into an "REO database."

28.     The information uploaded to the database was sometimes consistent with the markings on paper inspection forms, and at other times reflected different markings.

29.     NFHA staff members made changes in the database, which overrode the original inputs from inspectors, sometimes without receiving any input from the inspectors or having access to the original property inspection forms.

30.     NFHA's REO database editing process was conducted by NFHA employees Shanti Abedin and Lindsay Augustine.

31.     Changes were made to the property information listed in NFHA's REO database from June 23, 2011 to August 6, 2020.

32.     Plaintiffs' database did not record prior versions of the database, or the content of edits made to the database.

33.     NFHA instructed Local Plaintiff organizations to destroy the original, handwritten evaluation forms.

34.     Following the upload of the paper inspection forms to the REO database, paper copies of the inspection forms were not retained by the Fair Housing Center of the Greater Palm Beaches; the Metropolitan Milwaukee Fair Housing Council; Housing Opportunities Made Equal of Virginia; Open Communities; the Toledo Fair Housing Center; and the Fair Housing Center for Rights and Research.

# Exhibit 21

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------

NATIONAL FAIR HOUSING ALLIANCE; HOPE
FAIR HOUSING CENTER, et al.,

                           Plaintiffs,

           v.

DEUTSCHE BANK NATIONAL TRUST, AS
TRUSTEE, et al.

                           Defendants.

-------------------------------------------------------------------

Case No. 18 CV 839

# REBUTTAL EXPERT REPORT OF MARCEL BRYAR

February 21, 2023

## CONFIDENTIAL

team worked on regulatory exams, commented on proposed regulations and performed regulatory reporting.

13.  Between 2007 and 2009, I served as counsel for Fannie Mae's corporate administration team. I worked with the team on numerous procurement and vendor management projects. Among other things, I structured, drafted and negotiated hundreds of vendor contracts.

14.  In 2008, I launched an initiative to work with real estate agents and their membership organizations to improve the short sales process. In a short sale, a delinquent borrower sells – with the permission of his or her servicer – the property that secures his or her loan for less than the borrower owes on the loan. Among other things, I negotiated agreements with multiple listing service providers to obtain access to their data, worked with Fannie Mae's property valuation team to incorporate that data into Fannie Mae's property valuation models and created a team responsible for reviewing short sale bids.

15.  In or about June 2009, I became responsible for managing the Fannie Mae team charged with the administration of the Making Home Affordable ("MHA") program. President Obama launched MHA under the Troubled Assets Relief Program. MHA consisted of a number of foreclosure prevention programs. The program required participating servicers to offer struggling borrowers an alternative to foreclosure, such as a loan modification or a short sale. President Obama announced MHA on February 18, 2009, and Treasury contracted with Fannie Mae the same day to serve as the program's administrator. MHA applied to all loans guaranteed by Fannie Mae and Freddie Mac (collectively, the "GSEs"), loans insured by an

agency of the federal government, the Federal Housing Administration ("FHA"), and almost 90% of all the loans not guaranteed or insured by the GSEs or FHA.[4]

16.     In my capacity as leader of Fannie Mae's program administration team, I directed all of Fannie Mae's work on behalf of Treasury, including the development and drafting of program guidelines and the oversight of mortgage servicers.

17.     In the spring of 2011, I led the Fannie Mae team responsible for working with Freddie Mac and the Federal Housing Finance Agency ("FHFA") on FHFA's servicing alignment initiative.  FHFA launched the initiative to get Fannie Mae and Freddie Mac to adopt uniform guidance for servicing delinquent mortgages guaranteed or held by the GSEs.  In particular, FHFA wanted Fannie Mae and Freddie Mac to agree on standards for borrower contact, delinquency management practices, loan modifications and foreclosure time frames.  FHFA also expected the GSEs to specify uniform servicer incentives and compensatory fees based on the performance of GSE servicers against those standards.

18.     In or about June 2011, I became responsible for overseeing all of the vendors that worked with servicers of Fannie Mae loans to mitigate losses from loan delinquencies.  In this role, I was responsible for oversight of numerous different types of service providers, including property inspection and preservation companies and real estate agents.

19.     In March of 2012, I joined Chase and worked in the bank's mortgage servicing operations division.  My responsibilities included (i) implementing the provisions of the 2012 National Mortgage Settlement with Chase governing the servicing of performing and non-performing

---

[4]     Congressional Oversight Panel, *December Oversight Report:  A Review of Treasury's Foreclosure Prevention Programs* (December 14, 2010), at 49.

# Exhibit 22

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------

NATIONAL FAIR HOUSING ALLIANCE; HOPE
FAIR HOUSING CENTER, et al.,

                       Plaintiffs,

        v.

DEUTSCHE BANK NATIONAL TRUST, AS
TRUSTEE, et al.

                       Defendants.

-------------------------------------------------------------------

Case No. 18 CV 839

## REBUTTAL EXPERT REPORT OF MARK LINNÉ

February 21, 2023

## CONFIDENTIAL

38.     AMCs have been a part of the real estate landscape for the past 50 years. However, their numbers remained limited until the financial crisis of 2007 – 2008. In 2009, the joint efforts of the New York Attorney General, government-sponsored enterprises Freddie Mac and Fannie Mae, and the Federal Housing Finance Agency ("FHFA") established the Home Valuation Code of Conduct ("HVCC") appraisal guidelines.[22]

39.     The HVCC guidelines laid the foundation for the appraiser independence found in 2010's Dodd-Frank Wall Street Reform and Consumer Protection Act and the Truth in Lending Act. The use and number of AMCs have grown over the past decade as lenders now need to stay in compliance with federal statutes as well as state licensing requirements. In addition, the processes and products utilized by AMCs continue to evolve and change in response to market-driven technologies and products.

40.     AMCs maintain a pool of state-licensed or state-qualified appraisers to meet requests from servicing or lending institutions. An appraiser is assigned to provide an appraisal report for the property by the AMC based on certain factors such as geographic location and property-related skill sets. AMCs can outsource all elements of a lender's or servicer's appraisal and collateral valuation concerns which include appraisal ordering, administration, quality assurance and review, and delivery. An AMC's employees may include staff reviewers and analysts (who may or may not hold appraisal licenses), field inspectors, and other personnel.

        C.     **BPOs**

           **1.     Explanation of BPOs**

41.     A BPO is an estimate of the most likely selling price of a property as determined by a real

---

[22] *See* Federal Housing Finance Agency, FHFA Announces Home Valuation Code of Conduct, December 23, 2008, https://www.fhfa.gov/Media/PublicAffairs/Pages/FHFA-Announces-Home-Valuation-Code-of-Conduct.aspx (last accessed on February 19, 2023).

Confidential

# Exhibit 23



**PLTFF EX. 855**

O C W E N

Date: January 8, 2016

Mayor Tom Barrett
City Hall, 2nd Floor
200 E. Wells Street
Milwaukee, WI 53202

Council President Michael Murphy
City Hall, 2nd Floor
200 E. Wells Street
Milwaukee, WI 53202

Re: Ocwen's Proposal to the City of Milwaukee

Dear Mayor Barrett and Council President Murphy:

It is with great pleasure that Ocwen Financial Corporation ("Ocwen") offers the following proposal regarding its ongoing efforts in the City of Milwaukee ("City"):

**1. Ocwen will continue to provide financial assistance to struggling mortgage customers with programs, such as loan modification and other incentive and relief programs, to avoid mortgage foreclosure.**

Ocwen has more than 25 years of innovation in loss mitigation, and has completed more than 627,000 loan modifications throughout the United States, including more than $12 billion in principal reduction since 2008. Ocwen is an industry leader in foreclosure prevention through sustainable loan modifications, including modifications that provide principal write downs. Ocwen is a leader in total HAMP modifications, achieving consistent best-in-class HAMP performance.

In the City, for years 2012-2014, Ocwen averaged 341 loan modifications completed per year, with an average of 230 of those modifications including principal reduction. The average principal reduction per loan was almost $55,000 which resulted in approximately $12.6 million in principal reduction per year, for the years 2012-2014, in the City of Milwaukee ($55,000 x 230).

1

Ocwen Proposal:

- ➢ Ocwen will utilize its full range of mortgage modification options, including modifications that involve principal forgiveness. Ocwen participates in all HAMP programs. For those borrowers who do not qualify for HAMP, we have a range of options through our proprietary loan modification program. Avoiding foreclosure is a win-win for all parties and is a fundamental tenet of Ocwen's business model.
- ➢ Ocwen notes that in December 2015 the President signed into law The Omnibus Spending Bill that included a provision to ensure that the HAMP program sunsets at the end of 2016. It is unclear exactly how the termination of HAMP will impact the company's loan modification activity.
- ➢ Ocwen will engage in borrower outreach events specifically tailored towards struggling neighborhoods and communities in an effort to increase our overall modification activity in the City of Milwaukee.
- ➢ Ocwen will provide quarterly updates to the City regarding all modification activity.
- ➢ Within thirty days after each calendar quarter in 2016, 2017, and 2018, Ocwen will provide the updates to the City regarding all modifications that have been executed and the average payment reduction for the borrowers, along with total payment reduction for the borrowers. These updates will be submitted to the following City persons (or to such substitutes as the City may later designate) (the "City Contact Persons"). Ocwen quarterly updates will aggregate data on a zip code basis, and show total number of Ocwen-serviced customers in the City (and number per zip code), the number of them in default (60+ days delinquent) per zip code in the City, and the amount of financial assistance provided through loan modifications and other assistance aggregated per zip code in the City, including total amount of principal forgiveness per zip code. To the extent Ocwen is reasonably able, given its computer and data systems, Ocwen will endeavor to also provide in its quarterly updates the afore-referenced information on a per-census-tract basis.

| Mayor Tom Barrett<br>c/o Housing Policy Director<br>200 E. Wells Street<br>Milwaukee, WI 53202<br>Email: mhiggi@milwaukee.gov<br>Phone: 414-286-3467 | Common Council President Michael Murphy<br>c/o Sarah Zarate<br>200 E. Wells Street<br>Milwaukee, WI 53202<br>Email: szarat@milwaukee.gov<br>Phone: 414-286-3272 |
|---|---|
| Asst. City Attorney Gregg Hagopian<br>841 N. Broadway 7th Floor<br>Milwaukee, WI 53202<br>Email: ghagop@milwaukee.gov<br>Phone: 414-286-2620 | |

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

OCWEN_0047803

**2. Ocwen will participate in the City's STRONG Homes Loan (SHL) program by making a direct contribution of cash.**

Ocwen Proposal:

➢ Ocwen will donate and contribute a $225,000 cash gift over three years ($75,000 per year, in each of years 2016, 2017 and 2018) to the SHL Program created by Council File 140901. Ocwen shall contribute the funds to the City as follows: $75,000 to be paid by Ocwen to the City on or before April 1, 2016 for use in 2016 and after (if applicable); $75,000 to be paid by Ocwen to the City on or before March 1, 2017 for use in 2017 and after (if applicable); and $75,000 to be paid by Ocwen to the City on or before March 1, 2018 for use in 2018 and after (if applicable). Ocwen intends that all such amounts so contributed by Ocwen be used for the SHL Program and be carried over for future use for the SHL Program if not used in the year of payment. This is intended to constitute the documentation of Ocwen's donation and contribution per Milwaukee Code or Ordinances 304-24-7-b.

➢ These Ocwen contributions are to be tied to Ocwen customers with underwater loans. Ocwen as of November 2015 has 1,337 underwater loans in the City. Ocwen will coordinate with the City so that the SHL funds donated by Ocwen may be directed to Ocwen customers with underwater loans.

➢ Ocwen will utilize several outreach strategies to inform its borrowers about these earmarked, donated funds and the SHL Program, including targeted mailings to borrowers with underwater loans.

➢ Ocwen will monitor the success of its donations to the SHL Program and will consider additional funding based on level of success.

**3. Ocwen will provide face-to-face customer outreach events in the City to help Ocwen customers struggling with mortgage payments.**

Ocwen Proposal

➢ Ocwen plans to sponsor and participate in three face-to-face borrower outreach events per year to take place in the City in each of years 2016, 2017 and 2018, and coordinate the events with the City and local non-profit housing counseling agencies. Ocwen will staff these events with Ocwen representatives so that struggling borrowers may meet in person with Ocwen representatives. Ocwen will coordinate these events with the City Contact Persons.

➢ Ocwen will utilize several outreach strategies to encourage borrowers to attend these events, including targeted mailings to delinquent borrowers, coordinating with non-profit partners to utilize their communication channels and leveraging Ocwen's PR team.

3

OCWEN_0047804

**4. Ocwen will donate as many Ocwen-owned, controlled or managed REO properties in Milwaukee as possible for rehabilitation by non-profits along with a cash donation to support renovation costs.**

Ocwen Proposal:

➢ Ocwen will endeavor to donate 3 to 5 REO properties per year (over the 3-year span of 2016-2018), in compliance with investor guidelines (Ocwen does not "own" the properties), in targeted neighborhoods selected by the city.
➢ Ocwen will commit to rehab grants of $5,000 - $10,000 per property donated as appropriate with a three-year cap of $75,000.
➢ Within 30 days of the end of each calendar quarter, Ocwen will report to the City Contact Persons regarding **(i)** REO parcels located in the City owned by it or others for which Ocwen provides servicing or management (including addresses, and whether the parcels are owned by Ocwen or another to the extent permitted by its servicing contracts), and **(ii)** donations of REO properties including donee recipients and cash donation per parcel.

**5. Ocwen will support local foreclosure mitigation efforts by providing financial support for local counseling and mediation efforts.**

Ocwen Proposal:

➢ Ocwen will support and partner with various Milwaukee based non-profit community groups in an effort to help struggling borrowers and to reduce city blight.
➢ Ocwen's support will include financial contributions to these groups in the amount of $200,000 over three years (2016-2018).
➢ Within 30 days of the end of each calendar quarter, Ocwen will report to the City Contact Persons regarding its work with non-profit community groups in the City and its financial contributions to those groups.

*** *** ***

Ocwen's contact person for purposes of this letter agreement is set forth below, or will be such other substitute as Ocwen's CEO shall designate. In the event of substitution, Ocwen will provide notice of such to City.

Jill Showell
Senior Vice President, Government and Community Relations
Ocwen Financial Corporation
1101 Pennsylvania Ave., N.W. Suite 600
Washington, D.C. 20004
Phone: 202-973-2867
Jill.stowell@ocwen.com

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          OCWEN_0047805

Thank you very much.  Ocwen looks forward to this collaborative endeavor with the City. Please sign acceptance below.

Sincerely,

Ron Faris
President and CEO

C by email:
Mario Higgins
Gregg Hagopian

## City Acceptance

The City of Milwaukee hereby accepts and agrees to the above.

| City Common Council Resolution File No. _____ | **CITY:**  City of Milwaukee |
|---|---|
| | By _____ |
| |     Mayor Tom Barrett |
| CITY ATTORNEY APPROVAL (MCO 304-21) | |
| | CITY CLERK |
| _____ | |
| Gregg Hagopian, Asst. City Attorney | _____ |
| | James R. Owczarski, City Clerk |
| | **COUNTERSIGNED** |
| | _____ |
| | Martin Matson, City Comptroller |

5

OCWEN_0047806

Exhibit 24

**PLTFF EX. 853**



Tom Barrett
Mayor, City of Milwaukee

## NEWS RELEASE

For Immediate Release:                                   Contact: Jodie Tabak
January 26, 2015                                              (414) 286-8504

**City of Milwaukee and Ocwen Financial Corporation announce five-part plan to
assist Milwaukee homeowners**
*Plan includes $500,000 commitment to City of Milwaukee housing programs*

MILWAUKEE – The City of Milwaukee and Ocwen Financial Corporation (Ocwen) today
announced an initiative to provide substantial assistance through a five-part plan designed to
help Milwaukee homeowners meet housing needs over the next three years (2016-2018).
Mayor Tom Barrett and Common Council President Michael J. Murphy said the company
will provide the assistance through a combination of Ocwen, City of Milwaukee and local
non-profit programs to help residents throughout the city keep and repair their homes.

The plan includes a commitment to enhance their efforts to provide mortgage loan
modifications to Ocwen's customers in the city and a $225,000 donation to support the City
of Milwaukee's Strong Homes loan program from 2016 through 2018.

"I'm pleased Ocwen shares my commitment to doing everything we can to keep Milwaukee
homeowners in their homes.  This program will help homeowners who face economic
challenges by providing loan modifications as well as low interest loans to help finance
critical repairs to their homes," Mayor Tom Barrett said. "Residents who own their homes
add value and stability to Milwaukee neighborhoods, and I don't want anyone to lose their
home unnecessarily."

The five-part plan for Milwaukee includes the following elements:

1.  Ocwen will enhance its efforts to reach struggling borrowers in Milwaukee and offer
    sustainable mortgage loan modification options. This assistance will help qualified
    customers reduce their mortgage payments and avoid foreclosure.
2.  Ocwen will provide $225,000 ($75,000 per year for three years) to the City of
    Milwaukee to support the Strong Homes Loan Program through 2018.
3.  Working with community partners and the City, Ocwen will conduct three face-to-
    face customer outreach events per year in Milwaukee for the next three years to meet
    with and help Ocwen customers struggling with their mortgage payments.

**(MORE)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   OCWEN_0048024

4. To assist with community revitalization efforts, Ocwen will consider donating specific properties it owns in Milwaukee so that they can be rehabilitated by local families or non-profits. These properties will be donated along with a contribution to support renovation costs.

5. To further enhance its efforts in the city, Ocwen will donate $200,000 over the next three years to various Milwaukee based non-profit community groups, and work with them, to help struggling borrowers and to reduce city blight.

"The foreclosure crisis in Milwaukee was complex – its impact is still felt by many homeowners in our city," said Common Council President Michael J. Murphy. "Partnerships have been an integral element to fighting the debilitating effect foreclosures have on neighborhoods. This newest partnership will not only help people stay in their homes, but it also helps homeowners make the repairs needed to make their properties a positive asset in their neighborhood."

"As a nationwide servicer, Ocwen understands the foreclosure crisis is not over and that many geographic areas in the country, including Milwaukee, are still dealing with the aftermath of the mortgage crisis. We understand the problems facing homeowners and communities across America and we look forward to working with the City to offer real solutions and financial support that can help make a difference for homeowners in Milwaukee," commented Ron Faris, President and CEO of Ocwen. "Since 2008, more than 2,000 Milwaukee families have received a modification from Ocwen and over half of those involved a reduction in principal."

Mr. Faris continued, "We appreciate the assistance and guidance from Mayor Tom Barrett and Common Council President Michael Murphy, who helped us better understand the local challenges facing the community and worked with us to find solutions. Ocwen is committed to helping homeowners have every opportunity to remain in their homes and we are pleased to be working with the entire City of Milwaukee to make this happen."

The five point plan is the product of numerous discussions among the Mayor, Common Council President and Ocwen since July 2015. In addition to the plan, Ocwen and City officials have worked together on targeted outreach to delinquent Ocwen borrowers and have increased compliance with City registration ordinances to mitigate issues with vacant and "zombie" properties.

As a mortgage servicer, Ocwen sends monthly billing statements, receives payments and handles other administrative work for institutions that own mortgage loans. Ocwen currently services approximately 4,100 customers in Milwaukee, and approximately 80% of them are current. Of that total, approximately 150 of those loans were in foreclosure. The company also has reduced the number of vacant homes it manages and services, and is committed to full compliance with City ordinances and maintenance standards while properties move through the mortgage-foreclosure process. Ocwen currently services approximately 90 REO properties in Milwaukee for private investors.

**About Ocwen Financial Corporation**

Ocwen Financial Corporation is a financial services holding company which, through its subsidiaries, is engaged in the servicing and origination of mortgage loans. Ocwen is headquartered in West Palm Beach, Florida, with offices throughout the United States and

**(MORE)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

support operations in India and the Philippines. Utilizing proprietary technology, global infrastructure and superior training and processes, Ocwen provides solutions that help homeowners and make our clients' loans worth more. Ocwen may post information that is important to investors on its website (www.Ocwen.com).

**Ocwen Financial Corporation Contact:**
**John Lovallo**
**T: 917-612-8419**
**E: jlovallo@levick.com**

###

# Exhibit 25

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., | Case No. 18 CV 839 |
| Plaintiffs, | Judge Harry D. Leinenweber<br>Magistrate Judge Sidney I. Schenkier |
| v. | Jury Trial Demanded |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE, et al., | |
| Defendants. | |

## ALTISOURCE SOLUTIONS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Altisource Solutions, Inc. ("Altisource"), by and through its undersigned counsel, provides its responses to Plaintiffs' Requests for Admission to Defendant Altisource Solutions, Inc. (the "RFAs").

## PRELIMINARY STATEMENT

1.      To the extent Altisource has objected to an RFA, Altisource will gladly meet and confer with Plaintiffs to clarify the Request(s) in order that Altisource may respond or more fully respond.

2.      While these objections and responses are based upon diligent exploration and investigation by Altisource and its counsel, all objections and responses must be construed as given on the basis of presently known information. Altisource has not yet completed preparation for trial

**REQUEST FOR ADMISSION NO. 4:**

Admit that the VMS system allows Monthly Quality Control (QC) inspection reports to be received by way of an automated process. (ASI000053602)

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Altisource admits that Denia Ray stated that "[s]ince VMS allows us an automated QC process, the system approves the majority of our completed inspections, without a manual review." Altisource denies the remainder of RFA No. 4.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the VMS system approves the majority of Altisource's completed Monthly Quality Control inspections without a manual review. (ASI000053602)

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Altisource admits that Denia Ray stated that "[s]ince VMS allows us an automated QC process, the system approves the majority of our completed inspections, without a manual review." Altisource denies the remainder of RFA No. 5.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the "Comments" section on all iterations of the Altisource monthly quality control inspection form limits the number of characters that can be entered.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Altisource admits that certain database forms have word limitations when entering information.

**REQUEST FOR ADMISSION NO. 7:**

Admit that after January 1, 2017 Altisource reduced the number of characters that could be entered in the "Comments" section of the Altisource monthly quality control inspection form.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Altisource admits that certain database forms have word limitations when entering information.