# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00839<br><br>Honorable Manish S. Shah |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF KENNETH M. KLIEBARD IN SUPPORT OF
DEFENDANTS' CONSOLIDATED ROUND II MOTIONS IN LIMINE**

I, Kenneth M. Kliebard, declare:

1. I am an attorney duly admitted to practice in the State of Illinois and to the bar of this Court. I am a partner with the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendants Deutsche Bank National Trust Company, as trustee, and Deutsche Bank Trust Company Americas, as trustee. The facts stated herein are true of my personal knowledge, and if called I could and would testify competently thereto. The documents attached hereto, identified specifically below, were retrieved at my direction from the files and records of this action.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of David Skanderson, which was dated and served by Defendants on February 21, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Expert Report of Ian Ayres, which was dated and served by Plaintiffs on October 13, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of a document produced by Plaintiffs and bates stamped ASI000023620.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from a document produced by Plaintiffs and bates stamped NFHA_0033462.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from a document produced by Plaintiffs and bates stamped DB_NFHA00181610.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from a document produced by Plaintiffs and bates stamped NFHA_0000001.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from a document produced by Altisource and bates stamped ASI000023618.

9. Attached as **Exhibit 8** is a true and correct copy of the Declaration of Susan Giaimo, dated January 11, 2022.

10. Attached as **Exhibit 9** is a true and correct copy of the Declaration of Bob Connolly, dated March 3, 2022.

11. Attached as **Exhibit 10** is a true and correct copy of the Declaration of Mark Fraley, dated March 9, 2022.

12. Attached as **Exhibit 11** is a true and correct copy of the Declaration of Willie Davis, dated February 13, 2022.

13. Attached as **Exhibit 12** is a true and correct copy of the Declaration of Jennifer Vellinga, dated December 17, 2021.

14. Attached as **Exhibit 13** is a true and correct copy of the Declaration of Lauretta Turnbull, dated February 14, 2022.

15. Attached as **Exhibit 14** is a true and correct copy of an excerpt from the May 25, 2022 deposition of Susan Giaimo.

16. Attached as **Exhibit 15** is a true and correct copy of Plaintiffs' December 19 2025 Revised Witness List, as exchanged on December 19, 2025.

17. Attached as **Exhibit 16** is a true and correct copy of the Declaration of Victoria Plate, dated October 14, 2020.

18. Attached as **Exhibit 17** is a true and correct copy of the Declaration of Laurie Koehler, dated April 8, 2021.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from a document produced by the Trustee Defendants and bates stamped DB_NFHA00307539.

20. Attached as **Exhibit 19** is a true and correct copy of the Declaration of Carol Keith, dated October 7, 2020.

21. Attached as **Exhibit 20** is a true and correct copy of the Declaration of Annick Joele Ngameni, dated December 1, 2020.

22. Attached as **Exhibit 21** is a true and correct copy of the Declaration of Dexter Craig, dated September 29, 2020.

23. Attached as **Exhibit 22** is a true and correct copy of the Declaration of Marvin Adams, dated October 14, 2020.

24. Attached as **Exhibit 23** is a true and correct copy of the Declaration of Brigid Welsh, dated April 11, 2022.

25. Attached as **Exhibit 24** is a true and correct copy of an excerpt from the June 8, 2022 deposition of Brigid Welsh.

26. Attached as **Exhibit 25** is a true and correct copy of Plaintiffs' December 5 2025 Proposed Uncontested Facts, as exchanged on December 5, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of a letter from Nathan Garroway which was served on Plaintiffs on August 30, 2022.

28. Attached as **Exhibit 27** is a true and correct copy of a letter from Nathan Garroway which was served on Plaintiffs on October 17, 2022.

29. Attached as **Exhibit 28** is a true and correct copy of Plaintiffs' Third Amended and Supplemental Response, dated June 28, 2022, to Defendants' Joint Interrogatories served on Plaintiffs on May 22, 2020.

30. Attached as **Exhibit 29** is a true and correct copy of Exhibit D to Plaintiffs' Third Amended and Supplemental Response, dated June 28, 2022, to Defendants' Joint Interrogatories served on Plaintiffs on May 22, 2020.

31. Attached as **Exhibit 30** is a true and correct copy of Exhibit E to Plaintiffs' Third Amended and Supplemental Response, dated June 28, 2022, to Defendants' Joint Interrogatories served on Plaintiffs on May 22, 2020.

32. Attached as **Exhibit 31** is a true and correct copy of an excerpt from the July 13, 2022 30(b)(6) deposition of National Fair Housing Alliance.

33. Attached as **Exhibit 32** is a true and correct copy of an excerpt from the March 14, 2022 30(b)(6) deposition of Central Ohio Fair Housing Association.

34. Attached as **Exhibit 33** is a true and correct copy of an excerpt from the January 27, 2022 30(b)(6) deposition of Fair Housing Advocates of Northern California.

35. Attached as **Exhibit 34** is a true and correct copy of an excerpt from the February 1, 2022 30(b)(6) deposition of Housing Opportunities Made Equal of Virginia.

36. Attached as **Exhibit 35** is a true and correct copy of an excerpt from the February 9, 2022 30(b)(6) deposition of Connecticut Fair Housing Center.

37. Attached as **Exhibit 36** is a true and correct copy of an excerpt from the September 23, 2021 30(b)(6) deposition of Fair Housing Center of Central Indiana.

38. Attached as **Exhibit 37** is a true and correct copy of an excerpt from the October 27, 2021 30(b)(6) deposition of Fair Housing Center of the Greater Palm Beaches.

39. Attached as **Exhibit 38** is a true and correct copy of an excerpt from the September 22, 2021 30(b)(6) deposition of Fair Housing Center of West Michigan.

40. Attached as **Exhibit 39** is a true and correct copy of an excerpt from the November 3, 2021 30(b)(6) deposition of Fair Housing Continuum.

41. Attached as **Exhibit 40** is a true and correct copy of an excerpt from the April 29, 2022 30(b)(6) deposition of HOPE Fair Housing Center.

42. Attached as **Exhibit 41** is a true and correct copy of an excerpt from the March 4, 2022 30(b)(6) deposition of Metropolitan Milwaukee Fair Housing Council.

43. Attached as **Exhibit 42** is a true and correct copy of an excerpt from the October 7, 2021 30(b)(6) deposition of Miami Valley Fair Housing Center.

44. Attached as **Exhibit 43** is a true and correct copy of an excerpt from the January 24, 2022 30(b)(6) deposition of North Texas Fair Housing Center.

45. Attached as **Exhibit 44** is a true and correct copy of an excerpt from the January 12, 2022 30(b)(6) deposition of Open Communities.

46. Attached as **Exhibit 45** is a true and correct copy of an excerpt from the January 21, 2022 30(b)(6) deposition of Toledo Fair Housing Center.

47. Attached as **Exhibit 46** is a true and correct copy of an excerpt from the March 8, 2022 30(b)(6) deposition of Louisiana Fair Housing Action Center.

48. Attached as **Exhibit 47** is a true and correct copy of an excerpt from the May 18, 2021 30(b)(6) deposition of Michelle Morgan.

49. Attached as **Exhibit 48** is a true and correct copy of an excerpt from the February 3, 2022 30(b)(6) deposition of Fair Housing Center for Rights and Research.

50. Attached as **Exhibit 49** is a true and correct copy of an excerpt from the November 17, 2021 30(b)(6) deposition of South Suburban Housing Center.

51. Attached as **Exhibit 50** is a true and correct copy of an excerpt from the May 20, 2022 30(b)(6) deposition of Denver Metro Fair Housing Center.

52. Attached as **Exhibit 51** is a true and correct copy of an excerpt from the February 10, 2022 30(b)(6) deposition of Housing Opportunities Project for Excellence.

53. Attached as **Exhibit 52** is a true and correct copy of the Consent Order Pursuant to New York Banking Law § 44, which was attached as Exhibit 17 to Plaintiffs' Local Rule 56.1(b)(3)(C) Statement of Additional Facts Requiring Denial of Summary Judgment (Dkt. 169-2).

54. Attached as **Exhibit 53** is a true and correct copy of Memos to Servicers produced by the Trustee Defendants in this litigation bearing the Bates numbers DB_NFHA00300611-620.

55. Attached as **Exhibit 54** is a true and correct copy of excerpts from the transcript of the November 20, 2025 deposition of J. Jastrzemski.

56. Attached as **Exhibit 55** is a true and correct copy of excerpts from the transcript of the May 26, 2022 deposition of M. Yanniello.

57. Attached as **Exhibit 56** is a true and correct copy of Plaintiffs' December 19, 2025 Supplemental Proposed Stipulations.

58. Attached as **Exhibit 57** is a true and correct copy of documents produced by the Trustee Defendants and Altisource and bates stamped ASI000049987, ASI000049992, ASI000049994, ASI000049989, DB_NFHA00186807, ASI000049993, ASI000049990.

59. Attached as **Exhibit 58** is a true and correct copy of a document produced by Plaintiffs and bates stamped WIT_00001541.

60. Attached as **Exhibit 59** is a true and correct copy of documents produced by Ocwen and bates numbered OCWEN_0013432-176.

-7-

61. Attached as **Exhibit 60** is a true and correct copy of an excerpt from the October 15, 2021 30(b)(6) deposition of the National Fair Housing Alliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January 2026, at Chicago, Illinois.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
