# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00839<br><br><br><br><br><br><br><br>Judge Manish S. Shah |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF DEBRA BOGO-ERNST IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' CONSOLIDATED SECOND ROUND
MOTIONS IN LIMINE**

I, Debra Bogo-Ernst, declare:

1. I am an attorney duly admitted to practice in the State of Illinois and to the bar of this Court. I am a partner with the law firm of Willkie Farr & Gallagher LLP and counsel of record for Defendant Ocwen Loan Servicing LLC n/k/a Onity Group Inc. The facts herein stated are true to my personal knowledge and if called I could and would testify competently thereto. The documents attached hereto, identified specifically below, were retrieved at my direction from the files and records of this action.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the February 9, 2022 deposition of Erin Kemple as the corporate representative of Connecticut Fair Housing Center.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the transcript of the November 17, 2021 deposition of John Petruszak as the corporate representative of South Suburban Housing Center.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the May 17, 2022 deposition of Lindsay Augustine as the corporate representative of NFHA.

5. Attached as **Exhibit 4** is a true and correct copy of Deposition Exhibit 7470, used during the March 14, 2022 30(b)(6) deposition of James McCarthy .

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the March 14, 2022 deposition of James McCarthy as the corporate representative of Central Ohio Fair Housing Association.

7. Attached as **Exhibit 6** is a true and correct copy of the handwritten evaluation sheet for 748 Prairie Rd, Galloway, OH, produced by Plaintiffs in this litigation bearing the Bates range COFHA_0000341–COFHA_000342.

8. Attached as **Exhibit 7** is a true and correct copy of Deposition Exhibit 7471, used during the March 14, 2022 30(b)(6) deposition of James McCarthy.

9. Attached as **Exhibit 8** is a true and correct copy of the handwritten evaluation sheet for 1240 S. Ohio Ave., Columbus, OH, produced by Plaintiffs in this litigation bearing the Bates range COFHA_0000305–COFHA_0000306.

10. Attached as **Exhibit 9** is a true and correct copy of Deposition Exhibit 6118, used during the October 7, 2021 30(b)(6) deposition of James McCarthy.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the October 7, 2021 deposition of James McCarthy as the corporate representative for the Miami Valley Fair Housing Center.

12. Attached as **Exhibit 11** is a true and correct copy of the electronic evaluation sheet for 416 Lorenz Avenue, Dayton, OH, produced by Plaintiffs in this litigation bearing the Bates number MVFHC_0001134.

13. Attached as **Exhibit 12** is a true and correct copy of Deposition Exhibit 7102, used during the 30(b)(6) deposition of Keenya Robertson.

14. Attached as **Exhibit 13** is a true and correct copy of an excerpt from the transcript of the deposition of Keenya Robertson as the corporate representative of Housing Opportunities Project for Excellence, Inc.

15. Attached as **Exhibit 14** is a true and correct copy of the handwritten evaluation sheet for 1001 Bayberry Point Dr., Plantation, FL, produced by Plaintiffs in this litigation bearing the Bates range HOUSING_OPPS_0000011–HOUSING_OPPS_0000012.

16. Attached as **Exhibit 15** is a true and correct copy of Plaintiffs' Response to Defendants' Interrogatories, served on Defendants on June 28, 2022.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the May 17, 2022 deposition of Lindsay Augustine as the corporate representative of NFHA.

18. Attached as **Exhibit 17** is a true and correct copy of an excerpt from the transcript of the deposition of Shanna Smith.

19. Attached as **Exhibit 18** is a true and correct copy of an excerpt from the transcript of the deposition of Lisa Rice as the corporate representative of NFHA.

20. Attached as **Exhibit 19** is a true and correct copy of an excerpt from the transcript of the February 17, 2021 deposition of Ocwen on Deposition Topic 4.

21. Attached as **Exhibit 20** is a true and correct copy of an excerpt from the transcript of the February 4, 2021 deposition of Altisource on Deposition Topic 14, Vol. 1.

22. Attached as **Exhibit 21** is a true and correct copy of an excerpt from the transcript of the January 27, 2021 deposition of Altisource on Deposition Topic 2, Vol. 1.

23. Attached as **Exhibit 22** is a true and correct copy of Defendants' Exhibit 5869, the Linkedin Page of Katherine Smith, stamped as Plaintiffs' Exhibit 828, was relied upon by Plaintiffs in Katherine Smith's May 25, 2022 deposition, and was attached to an email to Plaintiffs from Sara Kim on January 13, 2026 (Dkt. 513-1 at 88–89).

24. Attached as **Exhibit 23** is a true and correct copy of excerpts from the transcript of the April 6, 2023 deposition of Sharon Stedman.

25. Attached as **Exhibit 24** is a true and correct copy of Defendants' Exhibit 2497, the Department of Housing and Urban Development (HUD) Fair Housing Initiative Program (FHIP) Application and Award Policies and Procedures Guide for FHIP Grantees.

26. Attached as **Exhibit 25** is a true and correct copy of Plaintiffs' Exhibit 1058, the Department of Housing and Urban Development (HUD) Fair Housing Initiative Program (FHIP)

Application and Award Policies and Procedures Guide for FHIP Grantees, that was relied upon in Sharon Stedman's April 6, 2023 deposition.

27. Attached as **Exhibit 26** is a true and correct copy of Plaintiffs' Exhibit List, which was served on Defendants on January 9, 2026.

28. Attached as **Exhibit 27** is a true and correct copy of Defendants' Exhibit List, which was served on Plaintiffs on January 9, 2026.

29. Attached as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the May 25, 2022 deposition of Katherine Smith.

30. Attached as **Exhibit 29** is a true and correct copy of Defendants' Exhibit 500, HUD Archives: News Release "FHA Announces Most Significant Improvements to Date for Distressed Notes Sales Program."

31. Attached as **Exhibit 30** is a true and correct copy of Plaintiffs' Exhibit 5810, which includes as Exhibit E "Information Regarding NFHA's Damages."

32. Attached as **Exhibit 31** is a true and correct copy of Defendants' Exhibit 503, the Federal Reserve Board of Cleveland and Philadelphia's "Panel 4: Strategies for Low-Value Properties."

33. Attached as **Exhibit 32** is a true and correct copy of Expert Witness Report of Elizabeth Korver-Glenn, Ph.D., which is dated September 13, 2022.

34. Attached as **Exhibit 33** is a true and correct copy of Rebuttal Expert Report of Elizabeth Korver-Glenn, which is dated April 18, 2023.

35. Attached as **Exhibit 34** is a true and correct copy of excerpts from the transcript of the October 6, 2021 deposition of James McCarthy as the corporate representative of Miami Valley Fair Housing Center.

36. Attached as **Exhibit 35** is a true and correct copy of Deposition Exhibit 6117.

37. Attached as **Exhibit 36** is a true and correct copy of Plaintiffs' Objections and Cross Designations for Defendants' Proposed Affirmative Deposition Designations, which was served on January 9, 2026.

38. Attached as **Exhibit 37** is a true and correct copy of an excerpt from the transcript of the July 13, 2022 deposition of Lisa Rice as the corporate representative of NFHA.

39. Attached as **Exhibit 38** is a true and correct copy of an excerpt from the January 10, 2023 deposition of Ian Ayres.

40. Attached as **Exhibit 39** is a true and correct copy of an excerpt from the June 19, 2023 deposition of Ian Ayres.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January 2026, at Chicago, Illinois.

Debra Bogo-Ernst