| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 106 | | COFHA Diversion Summary Exhibit | COFHA_0000001 | COFHA_0000002 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006 |
| 107 | | COFHA Diversion Summary Exhibit | COFHA_0000004 | COFHA_0000004 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006 |
| 108 | | COFHA Expenses | COFHA_0000104 | COFHA_0000107 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness |
| 109 | | COFHA Time Records | COFHA_0000139 | COFHA_0000141 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness |
| 113 | | COFHA -- Investigation Findings, Outreach | COFHA_0000393 | COFHA_0000438 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 802, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness. |
| 130 | | MVFHC Time Records | MVFHC_0012624 | MVFHC_0012666 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness |
| 131 | | MVFHC Investigation Expenses Source Documents | MVFHC_0012670 | MVFHC_0012827 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 106, 802, 901, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness |
| 695 | | MVFHC Diversion Summary Exhibit | MVFHC_0000001 | MVFHC_0000022 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006 |
| 710 | | Inclusive Community Fund | MVFHC_0000625 | MVFHC_0000646 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks; Plaintiffs' backgrounds, including missions and activities | F.R.E. 402, 802, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness. |
| 720 | | MVFHC Consulting Rates | MVFHC_0000945 | MVFHC_0000948 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 403, 802 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness. |
| 722 | | July 26, 2017 Press Release re REO Investigation | MVFHC_0001344 | MVFHC_0001350 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 802, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness. |
| 729 | | July 2016 Qualitative Education and Outreach | MVFHC_0002324 | MVFHC_0002325 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 802, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness. |
| 739 | | Memo re features of REO database | MVFHC_0012896 | MVFHC_0012896 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | N/A | |
| 740 | | REO Property Investigation Glossary | MVFHC_0012917 | MVFHC_0012953 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 742 | | MVFHC Diversion Summary Exhibit | MVFHC_0014004 | MVFHC_0014008 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006 |
| 746 | | NFHA Database, Excel | NFHA_0000001 | | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403 ,901 | Admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006; self-authenticating; will be certified by a NFHA witness |
| 750 | | Final Field Evaluation Form November 2012 | NFHA_0033770 | NFHA_0033770 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 802, 403 ,901 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 756 | | REO Photo Instructions | NFHA_0033881 | NFHA_0033881 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 757 | | REO Training Power Point 2012 | NFHA_0033882 | | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |

| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 768 | | Realty Trac Foreclosure Trends | NFHA_0036669 | NFHA_0036671 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 802, 403 | Evidence of basis for Plaintiffs' investigation and Plaintiffs' investigation methodology; not hearsay if not admitted for the truth of the matter asserted. FRE 403 objection is insufficiently detailed to respond, but evidence is not unfairly prejudicial and will not confuse, mislead, or waste time. |
| 775 | | REO Database Instructions - Final | NFHA_0043769 | NFHA_0043771 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 777 | | REO Training Power Point 2015 | NFHA_0043860 | NFHA_0043976 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 779 | | Memo re using the REO database | NFHA_0045387 | NFHA_0045387 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E 106, 402, 802, and 901-902 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 781 | | Template Tale of Two Recoveries Presentation | NFHA_0046924 | NFHA_0046929 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 802, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6) |
| 787 | | Blank REO Evaluation Form | NFHA_0050893 | NFHA_0050894 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | | |
| 790 | | REO Property Investigation Glossary | NFHA_0057221 | NFHA_0057257 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; FRE 407 objection insufficient to respond |
| 793 | | Journyx Records | NFHA_0058977 | NFHA_0058977 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 106, 802, 403, 901 | Evidence of injury and damages; admissible as a business record under FRE 803(6); will be authenticated by organizational witness |
| 802 | | Enclosure Email Re: Photo Refresher | NFHA_0062403 | NFHA_0062404 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E 106, 402, 802, and 901-902 | Evidence of inspection methodology; admissible under FRE 803(6) as a NFHA business record; will be authenticated by NFHA witnesses |
| 803 | | Photo Refresher | NFHA_0062405 | NFHA_0062419 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 403, 407 | Evidence of inspection methodology; FRE 407 objection insufficient to respond |
| 1409 | | NFHA REO Investigations Methodology and Findings | NFHA_0033846 | NFHA_0033878 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E. 402, 403, 802 | *This exhibit is identified pursuant to FRE 702, 703 and F.R.C.P. 26 and is amongst materials relied upon and/or collected and compiled by Plaintiffs' expert witness qualified to testify at trial including about admissible evidence and inadmissible evidence (if experts in the field would reasonably rely on same). This exhibit may be used at trial, whether or not specifically admitted, and whether or not independently admissible and introduced by Plaintiffs, to refresh recollection and/or to demonstrate opinions and the bases therefore to the jury. To the extent Plaintiff's expert-related exhibit consists of Plaintiffs' productions in discovery and Plaintiffs' investigatory methodology, guides, instructions, evaluations, REO Database, photographs, national coalition communications, lists, and publications and/or reports, in all instances the exhibit is (a) relevant and admissible to support proof of Plaintiffs' claims, (b) Plaintiffs' investigatory methodology, (c) relevant to training of participants in Plaintiffs' national investigatory coalition, (c) the results and analysis of Plaintiffs' investigation, (d) relaevnt to or consisting of photographs and data admissible as part and parcel of Plaintiffs' investigation and REO Database, (e) relevant to Plaintiffs' missions, programs, services and activities, (f) relevant to Plaintiffs' injury in fact and standing, and (g) relevant to Plaintiff's pecuniary and non-pecuniary damages. Plaintiffs reserve the right to separately admit any exhibits listed by their experts produced by Defendants or Plaintiffs in discovery, whether listed within exhibits pertaining to their testifying expert alone, or also listed in other sections of Plaintiffs' exhibit list for trial.* |