| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 14 | 52 | HUD-1 Closing statement for Palm Acres property | ASI000000873 | ASI000000873 | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 402, 902 | This exhibit produced by Altisource (that acted as Ocwen's agent at REO closings and also as the title company at REO closings) is relevant to prove vicarious liability of Deutsche Bank; Exhibit is example of Altisource and Ocwen acting as agents and signatories for Deutsche Bank. The exhibit satisfies FRE 402 and 902. |
| 67 | | Group Exhibit: DB - Ocwen Emails re REO Properties | ASI000049987, ASI000049992, ASI000049994, ASI000049989, DB_NFHA00186807, ASI000049993, ASI000049990 | Compilation of Emails: Plaintiffs' will provide exhibit or endbates to the email chains | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This exhibit is produced by Defendants and is relevant to proving the agency relationship between and amongst Defendants concerning REO properties (including in this case a property investigated by Plaintiffs). This exhibit consists of examples of communications between Deutsche Bank and the Servicer Defendants including Altisource about directions concerning preservation and maintenance of REO properties (investigated in this case) and is admissible to show control, agency/vicarious liability of Deutsche Bank. The content of the documents was admitted by the Deutsche Bank Defendants in their LR 56.1 Statement and cited by the Court in its Summary Judgement Opinion. There is no stated basis for Defendants' objections, and this document is admissible under FRE 402, 801, 803. |
| 78 | 1067 | Smith Email to Altisource 11/4/2014 | ASI000561354 | ASI000561355 | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This exhibit is relevant under FRE 402 and highly relevant. This exhibit is related to Plaintiffs' prior exhibit, 77, to which Defendants do not object, making this objection nonsensical and disingenuous, especially since produced by Defendants in the format being introduced. Exhibits 77 and 78 were covered extensively at deposition of the author. Both documents, produced by Defendants, are relevant to Defendants' knowledge of racial discrimination in REO conduct, intent, and general failures regarding Fair Housing Act compliance. This exhibit consists of NFHA's CEO advising Altisource in 2014 that its signs were being observed on poorly maintained REOs in communities of color. No response was produced, nor were any changes made concerning Ocwen-serviced REOs, as evidenced by Plaintiffs' investigation. Communications between the parties concerning notice and intent are highly relevant, particularly in light of Defendants' refusal to correct course, change procedures or policies, and continued failures to adhere to Fair Housing Act compliance. |
| 116 | | Governing Agreements for 699 Properties | Cover sheet -- external hard drive for voluminous agreements, only for Court record | To be compiled | Defendants' liability, including agency and control, failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | The Governing Agreements set forth the roles, relationship, duties and obligations of the Defendants with regard to the ownership, maintenance and marketing of the inspected REO properties. They have relevance with respect to many issues, including the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. The Defendants have identified the Governing Agreements as trial exhibits on their own list. Objections to the same documents that appear on Plaintiffs' exhibit list are frivolous. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 117 | | DB Policy and Procedure Manual Excerpts - Document Review Outline, "Foreclosure and REO" | Compilation including DB_NFHA00121148, DB_NFHA00121733, DB_NFHA00121148 | Plaintiffs will provide exhibit or beginning and ending bates numbers for the segments | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This group of documents describe Defendants' policies with respect to RMBS trusts and presents relevant information related to the roles, relationship, duties and obligations of the Defendants with regard to the ownership, maintenance and marketing of the inspected REO properties. They have relevance with respect to many issues, including the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 118 | | DB Policy and Procedure Manual, Document Review Outline, Trustee and Securities Litigation and Correspondence Policy | Compilation including DB_NFHA00121148, DBNFHA_00121741-DBNFHA_00121761 | Plaintiffs will provide exhibit or beginning and ending bates numbers for the segments | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This group of documents describes Defendants' policies with respect to RMBS Trusts and presents relevant information related to the roles, relationship, duties and obligations of the Defendants with regard to the ownership, maintenance and marketing of the inspected REO properties. They have relevance with respect to many issues, including the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |

| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 119 | n/a | April 26, 2016 Letter from Lorie Koehler to Deutsche Bank, dated 4/26/16 | DB_NFHA00186154 | none | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This exhibit is a letter from a long-time Milwaukee resident (Lorie Koehler) sent to Deutsche Bank, complaining about serious neglect and deficiencies in REO maintenance of a home foreclosed by Deutsche Bank near where she has lived for decades. Defendants produced a copy of the letter during discovery (with a Bates number beginning with "DB"), establishing that they received it. Ms. Koehler provided a sworn Declaration addressing her letter and related facts, including that Defendants never responded to her letter and did not take care of the foreclosed property before or after she sent it. This document presents relevant information related to Defendants' discriminatory conduct and the roles, relationship, duties and obligations of the Defendants with regard to the ownership, maintenance and marketing of REO properties. This document has relevance with respect to many issues, including Defendants' knowledge and intent, and the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. With respect to Defendants' citation to Rule 802, the document constitutes the declarant's present sense impression (admissible under F.R.E. 803 (1)), the declarant's then existing emotional and sensory condition (admissible under F.R.E. 803 (3)), and/or a recorded recollection, which may be read into evidence under F.R.E. 803 (5). This document is also admissible under F.R.E. 803(6), as among Defendants' business records, established by Defendants' retention and production of the document in discovery. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 120 | 791 | DB - Ocwen Emails to Prospective Purchaser | Compilation including DB_NFHA00194427-28, DB_NFHA00194432-33 | | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | These documents produced by Defendants are relevant inasmuch as they reflect communication and direction from Deutsche Bank to Ocwen with regard to the purchase of an REO property. As such, it bears on the existence of an agency relationship and issues of control. They are business records and reflect admissions. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 121 | n/a | Limited Power of Attorney | DB_NFHA00194442 | DB_NFHA00194454 | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This Limited Power of Attorney produced by Defendants describes powers delegated from the Deutsche Bank Defendans to the Servicers and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. It was cited by the Court in its Summary Judgment Opinion as relevant to this issue. Its terms were admitted by Defendants in its LR56.1 Response. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 122 | 548 | Sample Informational Notice | DB_NFHA00282292 | DB_NFHA00282294 | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This document was produced by Defendants and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants inasmuch as it reflects the ability of the Deutsche Bank Defendants to control and influence Servicers by disseminating information in the event of a potential default. It is further relevant as related to the roles, relationship, duties and obligations of the Defendants with regard to the ownership, maintenance and marketing of REO properties. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 123 | n/a | Limited Power of Attorney | DB_NFHA00296884 | DB_NFHA00296892 | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This Limited Power of Attorney produced by Defendants describes powers delegated from the Deutsche Bank Defendants to the Servicers and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. It was cited by the Court in its Summary Judgment Opinion as relevant to this issue. Its terms were admitted by Defendants in its LR56.1 Response. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |

| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 124 | 540 | Deutsche Bank Memos to Servicers | DB_NFHA00300611 | DB_NFHA00300620 | Defendants' policies/practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | The Deutsche Bank memos to Servicers are highly relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants inasmuch as they constitute directions from the Deutsche bank Defendants to the servicers regarding foreclosures and REO properties. They were cited by the Court in its Summary Judgment Opinion as relevant to this issue. Their terms were admitted by Defendants in its LR56.1 Response. They constitute business records and admissions. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 125 | 584 | 9/15/14 Ltr from E. Frohlich to HUD re NFHAv. DB complaint | DB_NFHA00300634 | DB_NFHA00300640 | Plaintiffs' Investigation and damages, including frustration of mission/counteraction, diversion of resources and damages benchmarks | F.R.E 106, 402, 802, and 901-902 | The letter from Deutsche Bank's counsel transmitting its response to Plaintiffs HUD Complaint provides admissions regarding the roles, relationship and status of the Deutsche Bank Defendants and the Servicers and statute of limitations matters. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 126 | n/a | Excerpts from Code Violation Log | DB_NFHA00307530 | DB_NFHA00307561 | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This exhibit provides relevant evidence related to the purported issue raised by the Deutsche Bank Defendants that they should be treated separately for purposes of statistical analysis. The Code Violation Log was maintained by Deutsche Bank National Trust Company with regard to properties owned by both Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, (as were all operational duties for Deutsche Bank Trust Company Americans performed by Deutsche Bank National Trust Company. These facts were cited by the Court in its Summary Judgment Opinion and admitted by Defendants in their LR 56.1 Statement. They constitute business records and admissions. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 127 | 837 | Emails between Deutsche Bank and Ocwen | DB_NFHA00312166 | DB_NFHA00312181 | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E 106, 402, 802, and 901-902 | This exhibit consists of emails from Deutsche Bank to the Servicer Defendants regarding issues related to properties in Milwaukee serviced by Ocwen and providing directions to Ocwen. They are highly relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants and issues of control, as well as reflecting the scope and effects of the Ocwen's discriminatory conduct. They constitute business records and admissions. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 136 | | Defendants' Response to Plaintiffs' 56.1 Statement | Dkt. 404 | | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages; Defendants' policies/practices | F.R.E. 106, 403 | This exhibit consists of Defendants' Joint responses and admissions to Plaintiffs' LR 56.1 Statement of Additional facts submitted in response to Defendants' joint Motion for Summary Judgment. Admissions contained therein may be relevant and introduced at trial, as appropriate. |
| 875 | 29 | Ocwen POA, deeds, etc | OCWEN_0000202 | OCWEN_0000204 | Defendants' policies and practices; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 402, 403, 602, 901 | This exhibit produced by Defendants includes typical representative documents that also relate to an investigated property and is relevant to prove the agency relationship between Deutsche Bank Defendants and Defendant Ocwen. The document is a Deed relating to the sale of an REO property investigated in this case, the Grantee, Deutsche Bank National Trust, lists Ocwen's West Palm Beach headquarters as its own address. The document speaks for itself and requires no additional testimony and is authenticated by Ocwen's custodianship and production of same. |
| 887 | 28 | Ocwen POA, deeds, etc. | OCWEN_0007500 | OCWEN_0007502 | Defendants' policies and procedures; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 402, 403, 602, 901 | This exhibit produced by Defendant Ocwen concerns 179 Sidney Ave, West Hartford, CT, one of the properties investigated in this case for which exemplar full documentation was produced by Ocwen, and includes an exemplar Property Registration form, required by local municipalities of owners of vacant or foreclosed properties. Defendant Altisource registered the Deutsche Bank REO property as the agent of Deutsche Bank via the Deutsche Bank Power Of Attorney to Ocwen and Ocwen's Power Of Attorney to Altisource. Altisource was authorized to act in the place of the Owner and paid the registration fee. This exhibit is relevant to the issue of an agency relationship between Defendants and the vicarious liability of Deutsche Bank for the conduct of Ocwen and its agent and vendor Altisource. |

| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 888 | 50 | HUD-1 Closing Statement for Lola Drive | OCWEN_0009866 | OCWEN_0009869 | Defendants' policies and procedures; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 402, 403, 602, 901 | This exhibit produced by Defendant Ocwen concerns 15506 Lola Drive, Redford Michigan, one of the properties investigated in this case for which a complete set of Ocwen documentation was produced in exemplar fashion. This is HUD-1 closing document identifying Deutsche Bank National Trust as the seller, and Ocwen signing for Deutsche Bank as the seller Deutsche Bank as attorney-in-fact. Further, Deutsche Bank as seller lists Ocwen's headquarters as its own address. This exhibit is relevant to the issue of an agency relationship between the Defendants and the vicarious liability of Deutsche Bank for the conduct of Ocwen, its agent, including, agency and control. |
| 965 | n/a | Group Exhibit: Governing Agreement Excerpt | Pls.' DB 56.1 Ex. 1 | Exemplar excerpts or summary/compilation; View in Exs to Pls 56.1 (Trustees' Motion) | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | Evidence of injury and damages; admissible as a business record under FRE 803(6) and/or a summary exhibit under FRE 1006 |
| 966 | n/a | Summary of Termination Provisions Across Governing Agreements; PDB Ex. 12 | Pls.' DB 56.1 Ex. 12 | Exemplar excerpts or summary/compilation; View in Exs to Pls 56.1 (Trustees' Motion) | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This is a Rule 1006 and/or demonstrative exhibit relating to the Governing Agreements. Defendants have identified the Governing Agreements as a proposed exhibit on their exhibit list, indicating that these objections are frivolous. The parties have agreed to exchange and discuss Rule 1006 and demonstrative exhibits at a later date. |
| 967 | n/a | Summary of Trustee-Servicer Provisions Across Governing Agreements | Pls.' DB 56.1 Ex. 14 | Exemplar excerpts or summary/compilation; View in Exs to Pls 56.1 (Trustees' Motion) | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This is a Rule 1006 and/or demonstrative exhibit relating to the Governing Agreements. Defendants have identified the Governing Agreements as a proposed exhibit on their exhibit list, indicating that these objections are frivolous. The parties have agreed to exchange and discuss Rule 1006 and demonstrative exhibits at a later date. |
| 968 | n/a | Table of Language Used in Certain Governing Agreements Relating to Trustee/Servicer Relationship | Pls.' DB 56.1 Ex. 15 | Exemplar excerpts or summary/compilation; View in Exs to Pls 56.1 (Trustees' Motion) | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | F.R.E. 106, 901, 403 | This is a Rule 1006 and/or demonstrative exhibit relating to the Governing Agreements. Defendants have identified the Governing Agreements as a proposed exhibit on their exhibit list, indicating that these objections are frivolous. The parties have agreed to exchange and discuss Rule 1006 and demonstrative exhibits at a later date. |
| 1176 | n/a | Table of Language Used in Certain Governing Agreements Relating to Actions Available to Trustee in Default Situation | n/a | | Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | N/A | This is a Rule 1006 and/or demonstrative exhibit relating to the Governing Agreements. Defendants have identified the Governing Agreements as a proposed exhibit on their exhibit list, indicating that these objections are frivolous. The parties have agreed to exchange and discuss Rule 1006 and demonstrative exhibits at a later date. |
| 1376 | 527 | Deutsche Bank National Trust Company Policies and Procedures Manual; Pltf Ex. 527 | DB_NFHA00121148 | DB_NFHA00121896 | Defendants' policies and procedures; Defendants' liability, including their failure to maintain and market REOs, knowledge, intent, vicarious liability and punitive damages | N/A | This document is the Policy and Procedure Manual used by the Deutsche Bank Defendants with regard to RMBS trusts and REO properties. Plaintiffs reserve the right to separately admit any exhibits listed by their experts produced by Defendants or Plaintiffs in discovery, whether listed within exhibits pertaining to their testifying expert alone, or also listed in other sections of Plaintiffs' exhibit list for trial. |
| 3593 | 621 | 11/10/17 R. Reyes Email re CE1710 OH 3322149: 7190382569: 4447 Hickory Wood Drive, Columbus OH | DB_NFHA00194392 | DB_NFHA00194397 | Defendants' liability, including agency and control, and vicarious liability. | Added January 14; Defendants' objections, if any, forthcoming | These documents produced by Defendants are relevant inasmuch as they reflect communication and direction from Deutsche Bank to Ocwen with regard to the purchase of an REO property. As such, it bears on the existence of an agency relationship and issues of control. They are business records and reflect admissions. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 3594 | 544 | Triaxx Documents | DB_NFHA00282553 | DB_NFHA00282607 | Defendants' liability, including agency and control, and vicarious liability. | Added January 14; Defendants' objections, if any, forthcoming | This document was produced by Defendants, reflects options open to the Trustee Defendants in the event of a servicer default, and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. It relates to the Deutsche Bank Defendants' control over servicers. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 3595 | 577 | Informational notice re concerning receipt of "January 23rd notice" from Gibbs * Bruns LLP on behalf of certain institutional investors | DB_NFHA00307267 | DB_NFHA00307305 | Defendants' liability, including agency and control, and vicarious liability. | Added January 14; Defendants' objections, if any, forthcoming | This document was produced by Defendants, reflects options open to the Trustee Defendants in the event of a default, and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. It relates to the Deutsche Bank Defendants' control over servicers. Its terms were admitted by Defendants in its LR56.1 Response. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |

| Exhibit # | Pls' Disc. Ex # | Document Title | BegBates | EndBates | Statement of Exhibit Relevance | Objection | Basis of Admissibility |
|---|---|---|---|---|---|---|---|
| 3596 | 536 | Tender of Defense and Idemnity Document | DB_NFHA00180585 | DB_NFHA00180605 | Defendants' liability, including agency and control, and vicarious liability. Roles, responsibilities and duties of Defendants. | Added January 14; Defendants' objections, if any, forthcoming | This document was produced by Defendants and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. It relates to the Deutsche Bank Defendants' control over servicers inasmuch as it requires Trustee approval for deviations from a PSA. Its terms were admitted by Defendants in its LR56.1 Response. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |
| 3597 | 541 | Limited Power of Attorney | DB_NFHA00296983 | DB_NFHA00296995 | Defendants' liability, including agency and control, and vicarious liability. Roles, responsibilties and duties of Defendants. | Added January 14; Defendants' objections, if any, forthcoming | This Limited Power of Attorney produced by Defendants reflects the delegation of authority by the Deutsche Bank Defendants to the Servicers to act on their behalf and is relevant to the existence of an agency relationship between the Deutsche Bank Defendants and the Servicer Defendants. A Limited Power of Attorney was cited by the Court in its Summary Judgment Opinion as relevant to this issue. Its terms were admitted by Defendants in its LR56.1 Response. It is a business record and an admission. For the reasons stated in Plaintiffs' preface, Defendants' unexplained references to the Federal Rules of Evidence are insufficient and baseless. |