**EXHIBIT D**

**Groupings of Plaintiffs' January 23, 2026 Deposition Designation Issues/Priorities**

1. Multiple Issues Exclusive of Issues in 2 - 7
   a. Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight)
   b. Altisource Admission of Discretion
   c. Value Based Property Maintenance System
   d. REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote)
   e. Failure to follow Defendants' own procedures
   f. Undue Delegation and Discretion
2. Admissions Regarding Servicing Standards (may also include other issues, as noted)
3. Admissions Regarding Industry Standards (may also include other issues, as noted)
4. Basic Procedures (incl. Background) (may also include other issues, as noted)
   a. May include Relates to Expert data
5. Fair Housing Act Compliance Conduct and Admissions  (may also include other issues, as noted)
6. Altisource Lack of Oversight of Property Maintenance ("off shore" should be "remote")
7. Completeness Only

**Complete List of 1-23-26 Deposition Designation Issues**

1. Basic Procedures (incl. Background)
2. Relates to Expert Data (incl. Admission National Model)
3. Admission Regarding Servicing Standard/Lack of Business Justification
4. Admission Regarding Industry Standards
5. Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight)
6. Altisource Admission of Discretion
7. Altisource Lack of Oversight of Property Maintenance
8. Value Based REO Property Maintenance System
9. Fair Housing Act Compliance Conduct and Admissions
10. REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote)
11. Failure to Follow Defendants' Own Procedures
12. Undue Delegation and discretion

**Other Issues**

1. 106 incomplete

**Exhibit D**

1. **Multiple Issues Exclusive of Issues in 2 - 7**
   a. Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight)
   b. Altisource Admission of Discretion
   c. Value Based Property Maintenance System
   d. REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote)
   e. Failure to follow Defendants' own procedures
   f. Undue Delegation and Discretion

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #8 | 170:20-24, 171:1-3 | | | Determinations that Altisource made that certain asset values would receive different types of or more services or more frequent services fell with Altisource's discretion and Ocwen was not involved. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402, 403 - Defense MIL #6, misleading, prejudicial, Compound, Vague (170:20-170:24) | |
| x | Ocwen #8 | 171:14-24, 172:1-9 | | | Ocwen's expectation of Altisource from a marketing and selling perspective that would include valuations and setting list prices was: "whatever they felt was required in order to sell the property as quickly as possible for the highest amount of money was within their authority." | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 403 - Defense MIL #6, misleading, prejudicial, 602 - speculative (172:6-172:9) | |
| x | Ocwen #6 | 48:14-24, 49:1-24, 50:1-18 | | | Ocwen delegated marketing and sales of REOs to Altisource's discretion, left to Altisource's discretion what work would be done on an REO to maximize ability to sell the property, and left to Altisource's discretion what is necessary to remediate emergency situations. Ocwen #6 cite is general discretion given to Altisource, with some controls, REO oversight policies. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 403 - misleading, 602 - speculative, 701, Vague, Calls for legal conclusion (49:24-50:3) | |
| x | Ocwen #9 | 66:9-24 | | 30 | Ex. 105 | Non-Local/Remote Real Estate brokers and agents; Removes local Real Estate Agents from equation (commonly used in REO industry), who customarily monitor properties in-person and aid in oversight of property maintenance and problems. Listing Agreement between Altisource brokerage and Ocwen shows overlap/lack of oversight/undue discretion/indivisibility as RSC/asset manager signs for Ocwen | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial, 602 – lack of personal knowledge, leading (66:15-66:24) | 40:3-40:10; 51:14-24 |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #6 | 26:17-24, 27:1-18 | 1584 | Ex. 237 BRD, Eff. Date 4-7-16, page 9 of 13, Ocwen_0014117, Section 8, "Approval of Capital Repair Bids," referencing Section 3.5.1 of the Ocwen-Altisource Contract (2015) | "for premarket repairs associated with both mortgage insurance and marketability improvements, Ocwen shall grant Altisource delegated authority up to $10,000 on each property"; This is an example of delegated authority in the BRD which is an extension of the contract, that would not require Altisource to seek additonal approval from Ocwen; The Asset Management Department of Altisource is making the decision in its discretion about whether these repairsare done; Ocwen is relying on the discretion of Altisource to make the decision about whether bids are approved or even considered on REO | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (26:17-27:18) | |
| x | Ocwen #15 | 87:4-24, 88:1-24, 89:1-24, 90:1-24, 91:1-24, 92:1-24, 93:1-24, 94:1-24, 94:1-24, 95:1-24, 96:1-24, 97:1-24, 98:1-24, 99:1-24, 100:1-2, 113:3-24, 114:1-14 | 970 | Ex. 305 Ocwen 10K | Ocwen had no REO oversight until mid-2015, and its REO oversight did not go into full operation immediately and was still being built out into 2017. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402, 403 – statute of limitations, misleading, prejudicial, waste of time, 602 – lack of personal knowledge (87:13-91:8); F.R.E. 401, 402, 403 – statute of limitations, misleading, prejudicial, waste of time, 602 – lack of personal knowledge (93:11-94:10); Lack of Foundation (93:11-93:19); Lack of Foundation (93:22-94:3); F.R.E. 401, 402, 403 – statute of limitations, misleading, prejudicial, waste of time, 602 – lack of personal knowledge (94:21-95:5); F.R.E. 401, 402, 403 – statute of limitations, misleading, prejudicial, waste of time, 602 – lack of personal knowledge, Compound (97:21-98:7); F.R.E. 401, 402, 403 – statute of limitations, misleading, prejudicial, waste of time, 602 – lack of personal knowledge (98:19-99:19); Vague (99:8-99:17); 106, 403 – misleading, prejudicial (113:3-114:14); Vague, Leading (113:3-113:13); Vague, Leading (113:19-114:2)" | 111:10-113:2 |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #7 | 114:1-15 | | | Prior to 2015 no written Ocwen policy in terms of quality assurance or oversight of valuation products; Jastrzemski was given no written materials to review for dep for 2010-2015 period in this regard. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading prejudicial, 602 - Calls for speculation | |
| | Ocwen #6 | 52:4-24, 53:1-24, 54:1-10 | | | Altisource would make a determination during the premarket stage whether repairs woudl be made to a property to increase marketability, or whether it would be sold as-is, treated as-is. This is an industrywide question, do we sell as-is or do we do repairs to increase marketability. That was something in this case that Ocwen hired Altisource to do, that is their job. Altisource has the expertise, they understand the geographical location, what the market is doing in that area, etc., that is why Ocwen authorizes Altisource to make those types of decisions. No policy and procedure, but reliance on Michael Hawkins' judgment. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (52:4-54:10); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Vague, (53:15-53:18); F.R.E. 106 (52:4) | 51:23-52:3 |
| x | Ocwen #6 | 54:11-24, 55:1 | 1585 | Ex. 237, BRD V13 | "Business plans" for each REO were supposed to be created, but that was only selectively done, and Ocwen testified that "the creation of a business plan and whatever went into it was something that Altisource did within its discretion." Residential Sales Consultants were given discretion to denote whether an REO would be sold "As Is," rather than "As Repaired," which was considered part of "Business Plans" and "Marketing Plans" in the RSC Manual | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |

**Multiple Issues (Exclusive of Other Separate Sections)**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #8 | 157:11-15, 22-24, 158:1-3, 163:16-24, 164:1-24, 165:1-6, 176:4-22, 198:21-24, 199:1-24, 200:1-24, 201:1-7 | 1493; 1495; 2104 | Ex. 437, Beg Bates ASI00033100, pages 1-61 cited on excerpted pages 157-165; Pltf Ex. 452, ASI000033915-33916 cited on p. 176; Ex. 365, Beg Bates ASI000033196, pages 1-43 cited on excerpted pages 198-200 | Remote discretionary valuation/value based property maintenance procedure | Value Based REO Property Maintenance System; Altisource Admission of Discretion; | "F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (157:11-15, 22-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (22-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (158:1-3); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (163:16-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (164:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (165:1-6); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (176:4-22); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (198:21-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (199:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (200:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (201:1-7)" | 13:15-23; 17:4-18:4; 34:12-34:17; 43:1-16; 74:6-8; 74:12-75:12; 98:9-18; 114:18-115:6; 157:21;195:6-198:8 |
| | Altisource #10 | 115:5-24, 116:1-24, 117:1-24, 118:1-3 | 56 | Ex. 361, RSC Procedure Effective Date 2019, page 59, ASI00035350 | Utilities on allows repairs | Value Based REO Property Maintenance System; REO Discretionary Asset Managemetn Relevant to Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (115:5-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (116:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (117:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (118:1-3) | |
| | Altisource #10 | 121:8-24, 122:1-10 | 56 | Ex. 361, RSC Procedure, p. 84 of 215 | RSC could switch to local realtor to increase local sale especially in context of needed price change [reflects on issue that local Realtors can aid in monitoring property maintenance and marketability] | Altisource lack of oversight of property maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (121:8-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (122:1-10) | |
| | Altisource #10 | 125:15-24, 126:1-8 | 56 | 361 | RSCs can do repairs or upgrades to sell quicker- in view of allowances in contracts, raises question of why not done more often in COC | REO discretionary Asset Management Relevant to Property Maintenance; Altisource Admission of Discretion | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (125:15-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (126:1-8) | |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #10 | 130:17-22 | 56 | 361 | RSCs have discretion to come up with ways to get properties sold: faises question of poorly maintained properties in COC lingering in substandard condition | REO discretionary Asset Management Relevant to Property Maintenance; Altisource Admission of Discretion | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (130:17-22) | |
| | Altisource #10 | 29:14-24, 30:1-21, 31:1-24, 32:1-21 | 877 | Ex. 48 | "Asset Management" employed by Altisource is acting for Ocwen, makes selections and decisions about value and inspections, essentially everything. | Value Based REO Property Maintenance System; REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (29:14-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial; F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (31:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (32:1-21) | 30:22-24 |
| | Altisource #10 | 39:24, 40:1-24, 41:1 | 974 | Ex. 111 | RSCs/Asset manager job description; do not go to properties; do not work with property vendors; remotely located | Altisource Admission of Discretion; Altisource Lack of oversight of Property Maintenance; Value Based REO Property Maintenance System | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (39:24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (40:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (41:1-24) | |
| | Altisource #10 | 54:22-24, 55:1 | | | Contracts require "asset improvement plans;" Procedures require "Property Preservation Plans" These were not completed/ not produced in discovery; Altisource designee not familar with "asset improvement plan" | Failure to Follow Defendants' Own Procedures; Value Based REO Property Maintenance System; Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (54:22-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (55:1) | |
| | Altisource #10 | 98:15-24, 99:1-10 | | | RSCs do not really use Initial Property Reviews - which are the intial inspection performed of the REOs that flag issues and lead to the Improvement Plans (that were never done/produced) | Failure to Follow Defendants' Own Procedures; REO Discretionary Asset Management Relevant to Property Maintenance; Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial(98:15-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (99:1-10) | |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages: Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #2 | 74:22-24, 75:13-24, 76:1-24, 77:1-24, 78:1-22 | 976 | Ex. 359, p. 8, PLTFF0001380 | Altisource Lack of oversight of property maintenance; remote only oversight; Also shows # of employees. | Altisource Lack of Oversight of Property Maintenance; Undue delegation and discretion; REO Discretionary Asset Management Relevant to Property Maintenance (incl. remote); undue delegation | F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, F.R.E. 106, fails to identify exhibit referenced (74:22-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (75:13-24); F.R.E. 401, 402 - Defense MIL #1, 403 - prejudicial, Leading, F.R.E. 602 - speculation, Compound (76:1-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (77:1-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (78:1-22) | |
| | Altisource #2 | 90:18-24, 91:1-16 | 975 | Ex. 358, p. 7 | Remote REO oversight; discretion non local to REOs and neighborhoods. | Altisource Lack of Oversight of Prope | F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (90:18-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, Compound, F.R.E. 602 - speculation (91:1-16) | |
| | Ocwen #1 | 52:6-24 | 1574 | Ex. 1, 2009 Services Letter, Statement of Work, ASI00011503 | Contracts say Altisource will perform initial property services "with delegated authority from customer party…" This refers to Ocwen delegating through the limited power of attorney that Altisource has the authority to do this on Ocwen's behalf and does not refer to the "investor guideline matrix" | Undue Delegation; | F.R.E. 403 - leading, confusing, Vague (52:6-52:15) | |
| | Ocwen #2 | 30:24, 31:1-21, 32:1 | | | In the pre-foreclosure situation, Ocwen has certain "industry-specific" guidelines that it provides to Altisource, such as "don't inspect the property more than twice a month." That's a Fannie or Freddie requirement that is adopted industry-wide. Ocwen looks at any of the activities that Altisource completes to make sure that they're within the time frame that they need it to be completed and within the price point that they need it to be completed. Altisource makes all of the determinations on what is required to be done at the property on behalf of Ocwen as Ocwen's property manager. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 403, Vague (30:24-31:3); F.R.E. 403, Vague (31:21); F.R.E. 106, 403 - misleading, Incomplete question and answer (31:21; 32:1-18) | 31:22-32:34 |

**Multiple Issues (Exclusive of Other Separate Sections)**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #3 | 25:19-24 | 3524 | Ex. 27, Section 8E | Ocwen given discretion by DB under POA to decide whether or not to undertake Deed In Lieu rather than foreclosure | Vicarious Liability of Deutsche Bank | F.R.E. 106, 403 - misleading confusing | 24:6-25:18 |
| | Ocwen #3 | 28:6-24, 29:1-9 | 3524 | Ex. 27 Section 8 | Exhibit 27 gives Ocwen have the ability to act on the trust's behalf to ensure that the interest in their property is maintained. It lists all the various activities that are typically associated to maintaining interest in a property. | Vicarious Liability of Deutsche Bank | F.R.E. 403 - leading, confusing, Compound, Vague (28:6-28:24) | |
| | Ocwen #3 | 47:1-11, 50:15-24, 51:1-24, 52:1-24, 53:1-24, 54:1-9 | 905 | Ex. 247, Ocwen_0013744-13745 | Ex. 247, POA from Ocwen to Altisource gives it authority to carry out all REO activities and gives Altisource discretion on how to market and sell REOs, including negotiating prices | Ocwen Admission of Delegation/Discretion to Altisource; Undue Discretion | F.R.E. 401, 402 - Defense MIL #1 (51:2-52:9); F.R.E. 401, 402 - Defense MIL #1, 403, Vague (51:12-14); F.R.E. 401, 402 - Defense MIL #1, 403 - prejudicial, Vague (52:1-52:3); F.R.E. 403 - confusing, Vague (53:5-53:13), F.R.E. 402 - Defense MIL #1, 403 - confusing, misleading, Compound, Vague (53:17-53:24) | |
| | Ocwen #3 | 55:13-1856:11-24, 57:1-24, 58:1-24, 59:1-24, 60:1-11 | 3531 | Ex. 45 | Ex. 45 is the standard listing agreement between Ocwen and RHSS (Altisource affiliate); an Altisource Residential Sales Consultant signed this on behalf of Ocwen and an Altisource RHSS broker signed on behalf of Altisource. Asset management is synonymous with REO vendor, RSC work for Altisource on behalf of Ocwen, and Altisource is the asset manager, and the RSC would roll into the REO disposition process as well as manage the asset. | Ocwen Admission of Delegation/Discretion to Altisource; REO Discretionary Asset Management Relevant to Property Maintenance; Undue Delegation and Discretion; lack of definition between Ocwen and Altisource; undue Discretion | F.R.E. 402 - Defense MIL #1 (55:13-55:18); F.R.E. 402 - Defense MIL #1, 403 - prejudicial (56:11-60:11); F.R.E. 403 - prejudicial, 602 - speculative (59:6); F.R.E. 403 - prejudicial, 602 - speculative (60:2-60:3) | |
| | Ocwen #3 | 67:24, 69:6-24, 70:1-6 | 887 | Ex. 28 | This looks to be a property registration form that is specific to this township that requires us to register a property that we acquired 18 through a foreclosure. The registrant is Deutsche Bank, etc., c/o Altisource asset manager. This indicates Altisource is directly acting on behalf of Deutsche Bank. | Vicarious Liability of Deutsche Bank | F.R.E. 403 - prejudicial, 602 - speculative, 701, Calls for legal conclusion (70:2-70:3). | |

**Multiple Issues (Exclusive of Other Separate Sections)**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #3 | 73:22-24, 74:1-24, 75:1-24, 76:1-6 | 879 | Ex. 31 | Ex. 31 is a Quitclaim Deed related to a cash for deed sale. This an instance where, pursuant to the limited power of attorney that we looked at earlier, Ocwen is not only executing documents, but is named right in the deed as the party acting on behalf of Deutsche Bank as attorney-in-fact. Ocwen would be receiving the cash and handling the transactional aspect pursuant to the limited power of attorney. | Vicarious Liability of Deutsche Bank | F.R.E. 401, 402 - Defense MIL #1, 403 - confusing, misleading (73:22-76:6); F.R.E. 106 Incomplete question and answer (76:4-76:6) | 076:7 |
| | Ocwen #3 | 73:7-21 | 875 | Ex. 29 | Sheriff's deed: Ocwen submitting these on behalf of Deutsche Bank, which is what DB hires Ocwen to do | Vicarious Liability of Deutsche Bank | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, 602 - speculative | |
| | Ocwen #3 | 84:11-24, 85:1-17 | 14 | Ex. 52 | Ex. 52 is HUD-1 executed at closing by Ocwen for DB and in turn Altisource for Ocwen in chain of POAs. | Vicarious liability of DB for Ocwen; Ocwen Delegating/agency relationship with Altisource | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (84:11-85:17), F.R.E. 106 Incomplete question and answer (85:9-85:12) | 085:12 |
| | Ocwen #3 | 9:2-24, 10:1-8 | 2099 | Ex. 54 | Ocwen had no policies and procedures for oversight of REO before 2015. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 403 - leading, confusing, prejudicial, 602 - speculative, Vague (9:18-10:4) | |
| | Ocwen #6 | 53:11-14 | | | Ocwen relied on Altisource to make decisions about "as-is" properties. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | Duplicate of above designation. F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |
| | Ocwen #6 | 53:15-24, 54:1-4 | | | Hawkins looked at the types of things Altisource was doing with "as-is" properties, but there wasn't a policy or document. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); Undue Delegation and Discretion | Duplicate of above designation. F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |
| | Ocwen #6 | 55:2-5 | | | Ocwen did not have a role in the assignment of asset managers to particular properties. | Ocwen Admission of Delegation/Discretion | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |
| | Ocwen #6 | 58:21-24, 59:1-4 | | | If Altisource designated a property "as-is' only basic maintenance activities would be undertaken - life safety, cutting the grass, code violations. | Value Based REO Property Maintenance System; Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #7 | 23:16-24, 24:1-8 | | 3525 | Ex. 290, Ocwen_00 | Ocwen doesn't have a purpose for wanting to know a list of recommended repairs for an REO as they hire Altisource to handle the activities post-foreclosure, so that would be of interest to the asset manager on Ocwen's behalf. Ocwen had oversight of Altisource relating to the values that were produced, but not related to the recommended list of repairs. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (23:16-24:8); F.R.E. 403 - misleading, Vague (23:16-20) | |
| | Ocwen #9 | 108:14-23 | | 3527 | Ex.312 | The scorecard assesses whether certain things were done in a timely fashion, etc. | Undue Delegation and Discretion; Lack of Oversight | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial; Vague, Compound, Leading (108:18) | 107:10-108:13 |
| | Ocwen #9 | 125:17-24 | | 1571 | Ex. 237, BRD V16 | The BRD states that operational details not covered in it will govened by Altisource policies and procedures. Ocwen does not have a copy of those. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 126:15-19 | | 1571 | Ex. 237, BRD V16 | If it's not enumerated in the BRD it's left to Altisource's discretion. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 143:15-18 | | 1571 | Ex. 237, BRD V16 | Altisource makes the price reduction decision. | Undue Delegation and Discretion; Value Based REO Property Maintenance System | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 144:2-144:12 |
| | Ocwen #9 | 20:5-8 | | 3527 | Ex. 312 | For the period from 2010 to 2015 Ocwen did not use real estate agents other than RHSS. | Undue Delegation and discretion; Ocwen admission of Delegation/Discretion to Altisource (Lack of Oversight); Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 206:23-24, 207:1-13 | | | | The Ocwen reports don't specifically review the decisions made by the RSC specific to any one given activity. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 207:14-207:24 |
| | Ocwen #9 | 256:23-24, 257:1-3 | | 1563 | Ex. 250 | Jaztremski is unsure about the size of the random sample of Altisource's work. | Ocwen Admission of Delegation of Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 33:17-24, 34:1-3 | | 3527 | Ex. 312 | RHSS would utlize the Altisource network to complete inspection activities, which were a continuation of inspections from the preforeclosure into post-foreclosure status. | Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial, Compound, Leading | 32:9-33:16 |

Multiple Issues (Exclusive of Other Separate Sections)

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages: Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 59:15-24 | 30 | Ex. 105 | Ocwen has not provided Altisource with any direction about what kind of buyer would be considering a particular property. | Undue delegation and discretion; Ocwen admission of Delegation/Discretion to Altisource (Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial; vague (59:15-59:24) | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 60:1-18 | 30 | Ex. 105 | Ocwen relies on Altisource to tell it the best way to dispose properties. | Undue delegation and discretion; Ocwen admission of Delegation/Discretion to Altisource (Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 66:15-24 | 30 | Ex. 105 | The Residential Sales Consultant will interface with the RHSS broker as the Ocwen contact through sale of the property. | REO discretionary Asset Management Relevant to Property Maintenance (incl. Remote); Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial, 602 – lack of personal knowledge, leading (66:15-66:24) | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 79:20-24, 80:1-2 | 3527 | Ex. 312 | in 2015 shortly after Jaztremski took over first-time REO property maintenance oversight, they renegotiated the REO sales and management services letter with the vision that they would take components of the SOW and build oversight. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | Incomplete question and answer; F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial, Leading | 79:12-79:19 |
| | Ryan Solohub | 182:6-24, 183:1-24 | 3528; 3529 | Ex. 406, ASI00035478; Ex. 384 | general use of "High value" term is throughout policies; use is not consistent - part of value system | Value Based REO Property Maintenance and Asset Management System - Inconsistent | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (182:6-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (183:1-24) | 184:1-2 |
| | Ryan Solohub | 245:6-24, 246:1-19; 249:3-19 | 916 | Ex. 238, Version 9 (BRD), p. 11 of 19 VIII Last Chance Auction Campaign | $50,000 referenced as "low value"; Last Chance Auction kicks in sooner and more aggressively for lower priced assest; "consistency and the use of low value seems to be inconsistent." | | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (245:6-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (246:1-19); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (249:3-19) | |

2. **Admissions Regarding Servicing Standards**

   **(may also include other issues, as noted)**

Admission Regarding Servicing Standard

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #4 | 34:6-24, 35:1-24, 36:1-24, 37:1-24, 38:1-24, 39:1-24, 40:1-24, 41:1-24, 42:1-24: 43:1-24, 44:1-24, 45:1-24, 46:1-24, 47:1-18 | 1564 | Pltf Ex. 8, Beg Bates DB_NFHA_00002 7375, 27460, document pp. 80 - 83 | Ocwen advances costs for REO maintenance and preservation and does not make profit; expends and passes through costs | Admission Regarding Servicing Standard /Lack of Business Justification | "F.R.E. 403 - misleading, prejudicial, 602 -speculative, 701 (34:6-34:7); F.R.E. 401, 402 - Defense MIL #1, 403 - leading, confusing, prejudicial, Vague (39:14-39:19); F.R.E. 401, 402 - Defense MIL #1, 403 - prejudicial, Vague (40:14-40:20), F.R.E. 401, 402 - Defense MIL #1, 403 - prejudicial (40:24-43:6)" | |
| x | Ocwen #9 | 25:19-22, 26:1-23, 27:3-19 | | | Ocwen as the mortgage servicer automatically referred a property upon foreclosure sale to Altisource through shared electronic systems; Altisource begins all the activities required to market and sell the property, first completing property appraisals, and then carrying out all of the property preservation work to get the property into a marketable condition, and from there creating the listing agreement and ultimately listing the property for sale. | Admission Regarding Servicing Standard /Lack of Business Justification | "F.R.E. 401, 402 - Defense MIL #1, 403 irrelevant, misleading, prejudicial; Leading (25:19-26:3)" | |
| | Altisource #10 | 46:2-10, 16-24, 47:1-24, 48:1-24, 49:1-16, | 63 | Ex. 361, September 2011, Beg Bates ASI00046015 | maximizing returns for client while reducing hold times and carrying costs. REO department is managed as profit center, which seems to conflict with Servicing Standard. | Admission Regarding Servicing Standard; Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (46:2-10, 16-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (47:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (48:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (49:1-16) | |
| | Ocwen #4 | 126:19-23 | | | Ocwen did not require Altisource to report on its carrying costs regarding Deutsche Bank REO properties. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); Admission Regarding Servicing Standard | F.R.E. 403 - misleading, prejudicial | 126:2-18; 126:24-127:20 |

**Admission Regarding Servicing Standard**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 111:2-7 | 3527 | Ex.312 | Ocwen's oversight in 2015 included seeing that Altisource was handling things in accord with industry standards. | Admission Regarding Industry Standards; Admission Regarding Servicing Standards | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 111:8-111:21 |
| | Ocwen #9 | 117:6-17 | 3527 | Ex.312 | Altisource's REO Group will coordinate with Altisource's property preservation group about any plans to make a property more marketable. | Admission Regarding Industry Standards; Admission Regarding Servicing Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 132:17-24, 133:1-13 | 1571 | Ex. 237, BRD V16 | Per Section VII, the purpose of the REO process is to mitigate losses to investors.The key is the highest return with a reasonable amount of time. | Admission Regarding Servicing Standard/Lack of Business Justification | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; Leading (133:9) | |
| | Ocwen #9 | 257:14-24, 258:1-8 | 1563 | Ex.250 | An example where the investor's guideline requires liquidation in the best interests of owner is this: "Must dispose of property in best interests of the owner." | Admission Regarding Servicing Standard; Basic procedures | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 260:16-24, 261:1-8 | 1563 | Ex.250 | The best interests of the owner are risk-related.  In terms of property and maintenance you want to minimize life safety, health issues, code violations and maintain the overall maintenance and appearance of the house. | Admission Regarding Servicing Standards; Lack of Business Justification; Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 260:4-15 | 1563 | Ex. 250 | If the matrix is silent on a topic, it is delegated to the servicer to do it within the best interests of the owner. | Admission Regarding Servicing Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 27:20-24, 28:1-10 | 3527 | Ex. 312 | Ocwen relied on Altisource to review and manage the property and sell it for the most in the shortest amount of time. | Admission Regarding Industry Standards; Admission Regarding Servicing Standard/Lack of Business Justification | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; Leading | |
| | Ocwen #9 | 88:3-15 | 3527 | Ex.312 | Altisource's goal is to maximize the sales price, minimize the costs and minimize blight. | Admission Regarding Servicing Standard/Lack of Business Justification; Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial; leading (88:5-88:9) | 88:16-89:3 |

### 3. Admissions Regarding Industry Standards

### (may also include other issues, as noted)

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #9 | 57:15-24, 58:6 | | none | An REO's "marketable condition" puts the property in a condition that will bring buyers to the property to sell the property, free of any life safety or health issues, free of any code violations, free of any debris, any trash, in line with increasing the owner's return on investment. | Admission Regarding Industry Standards | "Incomplete question and answer; F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial" | 40:3-40:10; 51:14-24; 58:4-58:5 |
| x | Altisource #9 | 160:21-24, 161:1-2 | | | To the extent that they can, Altisource expets the vendors to maintain the property to sort of minimize the appearance that it is a vacant property | Admission Regarding Industry Standards | "Vague (160:21-24); Vague (161:1-2)" | |
| x | Altisource #9 | 29:24, 30:1-24, 31:1-24, 32:1-24, 33:1-24, 34:1-24 | 41 | Ex. 229, p. 26. | Initial services listed and described, and two-day secure requirement/short time frame to secure building as soon as REO | Admission Regarding Industry Standards | Leading (33:1-24); Leading (34:1-24) | |
| x | Altisource #11 | 62:5-13, 17-24, 63:1-11, 21-24, 64:1-24, 65:1-24, 66:1-24, 67:1-24, 68:1-24, 69:1-24, 70:1-24, 71:8-24, 72:1-24, 73:1-12, 22-24, 74:1-24, 75:1-24, 76:1-24, 77:1-24, 78:1-24, 79:1-6, 18-24, 80:1-24, 81:1-9 | 43 | Pltf Ex. 399 Secondary Status Codes Desktop Guide- Code Violations - "Closed" not remediated | RSCs can determine not to remediate code violations.  RSCs can defer property maintenance and repair deficiencies to buyers under Hold Harmless Agreements ("HHA"). | Admission Regarding Industry Standards; Altisource Admission of Discretion and REO Discretionary Asset Managemetn Relevant to Property Maintenance | "F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (69:1-24); Foundation (70:1-24); F.R.E. 106, incomplete question and answer (71:8-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (72:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (73:1-12); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (74:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (75:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Foundation, Compound, Leading (76:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (78:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (79:1-6)" | 71:1-7; 73:13-21 |

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #8 | 86:14-24, 87:1-20 | | | It was not part of Ocwen's program or standard procedure to conduct any direct surveillance of REO properties on any kind of periodic basis. | Admission Regarding Industry Standards; Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 402, 403 - misleading, prejudicial (86:14-87:20) | |
| x | Altisource #5 | 88:2-19 97:5-24, 98:1-15, 123:2-8, 155:6-24, 156:1-24, 157:1-13, 182:3-21, 183:10-24, 184:1-19, 195:22-24, 196:1-24, 197:1-5, 21-24, 198: 1-24, 199:1-24, 200:1-24, 201:1-5,12-17, 24, 202: 1-24, 203:1-24, 204:1-24, 205:1-24, 206:1-24, 207:1-24, 208:1-24, 209:1-13, 212:7-24, 213:1-24, 214:1, 216:1-24, 220:3-24, 221:1-24, 222:1-5, 223:21-24, 224:1-24, 225:1-24, 226:1-24, 227:1-24, 228:1-19 | 38; 27; 22 | Ex. 207, Altisource Preservation Coordination Procedure ASI000023790 (various pages referenced in cited pages of transcript); Pltf Ex. 188, Altisource REO Code Violation Procedures (begins @194-195) | *Plaintiffs will break up this series of designations as possible.* Covers discretionary decisions not to remediate code violations; Secondary Status Codes; Code Violations not closed; Low value asset requires written client approval for any code violation work or payment for REO properties. Ocwen would be interacting with Altisource on this required approval. Criteria for doing code violation work on a low value asset would be a question for Ocwen. When Ocwen is master servicer (OMS) it is referred to as "investor" and Ocwen approval is required to correct code violations. Citations re **This also relates to VMS Communication Log Trial Exhibit 22 showing "as is" denials of work by RSC, including but not limited to code violations.** | Admission Regarding Industry Standards; Value Based Property Maintenance; Altisource Admission of Discretion; REO Discretionary Asset Management Relevant to Property Maintenance | Leading, Speculation, Compound, Vague (184:1-19); F.R.E. 401, 402, 403 - Defense MIL # 6 & 11, misleading, prejudicial (207:1-24); F.R.E. 401, 402, 403 - Defense MIL #6 & 11, misleading, prejudicial (208:1-24); Leading, Vague, F.R.E. 106, incomplete question and answer (209:1-13); F.R.E. 401, 402, 403 - Defense MIL #6, misleading, prejudicial, Leading, Vague (212:7-24); F.R.E. 401, 402, 403 - Defense MIL #6, misleading, prejudicial, Leading, Vague (213:1-24); F.R.E. 401, 402, 403 - Defense MIL #6, misleading, prejudicial (214:1); F.R.E. 106, incomplete question and answer, Compound, Leading, F.R.E. 106, incomplete question and answer (216:1-24); F.R.E. 401, 402, 403 - Defense MIL #6, misleading, prejudicial (220:3-18); Leading, F.R.E. 602 - speculation (225:1-24) Leading, F.R.E. 602 - speculation (226:1-24) F.R.E. 401, 402, 403 - Defense MIL #6, | 184:20-185:15 209:14 217:1-3 |

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #10 | 68:19-24, 69:1-24; 70:1-24, 71:1-24, 72:1-6, 131:19-24, 132:1-24, 133:1-24, 134:1-5 | 63; 56 | Ex. 361, RSC Procedure, ASI00046081; Pltf Ex. 361 RSC Procedure 2019, p. 122 of 215, ASI000035313 | RSC can decline work on discretionary basis; Seen in RSC Manual and VMS Communication Log | Admission Regarding Industry Standards; Value Based Property Maintenance; Altisource Admission of Discretion; REO Discretionary Asset Management Relevant to Property Maintenance | misleading, prejudicial (68:19-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (69:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (70:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (71:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (72:1-6); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (131:19-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (132:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (133:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (134:1-5)" | |
| x | Ocwen #9 | 19:8-15, 19-24, 20:1-24, 21:1-24, 22:1-14 | | | Local Realtors who could monitor the properties or work with buyers from the community were not used, only distant Altisource brokerage agents were used. Altisource REALHome Sales Services ("RHSS") acted as the listing real estate broker for all Ocwen REOs and held licenses for states in which REOs were located, but realtors in the locations of the REOs themselves were not used. | Admission Regarding Industry Standards; Altisource Lack of Oversight of Property Maintenance; Ocwen Admission of Delegation/Discretion to Altisource | irrelevant, misleading, prejudicial; Vague (19:8-19:23); F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; (19:24-20:11); F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; Vague (20:12-20:22); F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial (20:23-21:11); F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; Vague (21:12-22:6); F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial; leading (22:7-22:14)" | |

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #10 | 127:16-24, 128:1-15 | 56 | Ex. 361, RSC Procedure, ASI00035312, p. 121 of 215 | p. 127 - RSC procedure states: "if surrounding properties appear to be abandoned, vacant, or not maintained, other properties in the area will suffer. Their value will drop or at least remain on the market longer than others as a result of the neighborhood perceived by third parties"; witness says the purpose of considering neighboring properties is to see any ovious issues, RSC doing "gut check" on price based upon the neighborhood when considering a price reduction. | Value Based REO Property Maintenance System; Altisource Admission of Discretion; Admission Regarding Industry Standards | "F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (127:16-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (128:1-15)" | |
| x | Altisource #9 | 76:9-24, 77:1-24, 78:1-24, 79:1-24, 80:1-24, 81:1-24, 82:1-24, 83:1-24, 84:1-24, 85:1-24, 86:1-19. | 41, 1012 | Ex. 223, Altisource New Hire Introduction Manual, p. 57, ASI000025813 etc.; Ex. 315, Statement Of Work, PPI; Standard Work List | Needed work may not be performed | Value Based Propeprty Maintenance System; Admission Regarding Industry Standards; Altisource Admission of Discretion;REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (83:1-84:24) | |
| x | Altisource #11 | 40:1-21, 55:8-17 | | | RSCs known as assett managers can decide whether to remediate code violations, generally; Ocwen would have to approve code violations that are not remediated but closed anyway. 55:8-17 | Value Based Propeprty Maintenance System; Admission Regarding Industry Standards; Altisource Admission of Discretion;REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (40:3-21) | |
| | Ocwen #15 | 171:1-24 | 914 | Ex. 273 @ OCWEN_0013913 | Ocwen's Manager over valuations and PPI was Remote; $50,000 - 50%+ variance between new value and prior value allowed by remote staff. | Value Based Propeprty Maintenance System; Admission Regarding Industry Standards; Altisource Admission of Discretion;REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 401, 402, 403 – Defense MIL #1, misleading, prejudicial, waste of time | |
| | Altisource #10 | 77:3-14 | | | Designee not aware Altisource policy stated remote RSCs make sure of good exterior presentation of the property | Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Compound, Vague, Leading (77:3-14) | |

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #9 | 156:11-24, 157:1-9, 158:21-24, 159:1-24, 160:1-7 | | | Vendor or inspector is expected to observe and remove accumulation of trash and debris it if happens later, after the intial work is done | Admission Regarding Industry Standards | F.R.E. 401, 402, 403 - waste of time, 602 - speculation (156:11-24); F.R.E. 602 - speculation (158:21-24); F.R.E. 602 - speculation, Vague (159:1-24); Vague (160:1-7) | |
| | Altisource #9 | 65:17-24 | | | Janitorial is initial bundle; maid service is in marketing phase | Admission Regarding Industry Standards; Basic Procedures (inc. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (65:17-20) | |
| | Ocwen #6 | 59:5-12 | | | From Ocwen's perspective there were no limitations on remediating code violations at an "as-is" property. | Admission Regarding Industry Standards; Amission Regarding Servicing Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |
| | Ocwen #9 | 28:22-24, 29:1-7 | 3527 | Ex. 312 | Ocwen did not provided guidelines to Altisource regarding the preservation work to be done to get the property listed. | Ocwen Admission of Delegation of Discretion to Altisource (incl. Lack of Oversight); Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial, vague | |
| | Ocwen #9 | 40:18-24, 41:1-13 | 30 | Ex. 105 | The manual says a property should not remain in premarketing for more than 21 days. Premarketing is when Alitsource gets the property ready for sale and is responsible for maintaining it. | Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 41:17-21 | 30 | Ex. 105 | During the premarketing phase Altisource would be able to make corrections to the property that might affect safety. | Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial; Incomplete question and answer | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 57:1-17 | 30 | Ex. 105 | "Marketable condition" means putting the property in a condition that will bring buyers to the property. | Admission Regarding Industry Standards | Incomplete question and answer; F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial, 602 – lack of personal knowledge; vague (57:10-57:17.) | 40:3-40:10; 51:14-24; 56:22-24 |
| | Ocwen #9 | 57:18-24, 58:1-3 | 30 | Ex. 105 | "Marketable condition" means getting the property free of code violations, health and safety issues, debris. | Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 89:4-11 | 3527 | Ex.312 | Altisource's goal is to maximize the sales price, minimize the costs and minimize blight. | Admission Regarding Industry Standard | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 89:12-89:17 |

Admission Regarding Industry Standards

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 90:5-16 | 3527 | Ex.312 | From his years of experience there's no doubt that that vacant properties are more detrimental to a neighborhood than occupied properties.  Selling a property as quickly as possible avoids blight. | Admission Regarding Industry Standard | Incomplete question and answer;  F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial;  Leading (89:21-89:23) | 89:18-90:4 |
| | Ryan Solohub | 259:21-24, 260:5, 261:1-22, 262:1-8 | 3528 | Ex. 384 | can see from<br>·3· ·the curb, was that considered more important under this<br>·4· ·program for properties 500,000 and above than properties<br>·5· ·under that?<br>·6· · · · A.· ·I don't believe that to be the case, no. I<br>·7· ·mean, curb appeal was important in general.· Otherwise,<br>·8· ·you wouldn't sell any property, regardless of its value | Admission Regarding Industry Standard; Curb Appeal; Marketability | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (259:21-24);  F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (260:5);  F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Vague (261:1-22);  F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (262:1-8) | |

**4. Basic Procedures (incl. Background) (may also include other issues, as noted)**
   **a. May include Relates to Expert data**

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #10 | 149:11-24, 150:2 | 1571 | Ex. 237, Business Requirements Document v. 16 | Altisource pricing and sales models are applicable on a national basis regardless of the geographic locality in the United Sates | Basic Procedures and Relates to Expert Data; Value Based REO Property Maintenance System | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (149:11-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer (150:2)" | 150:01:00 |
| x | Ocwen #15 | 166:4-24 167:1-20 | | None | Ocwen orders an appraisal or other valuation on all pre-foreclosure properties it services in the United States once they are in default. | Basic Procedures and Relates to Expert Data | F.R.E. 401, 402, 403 – Defense MIL #1, misleading, prejudicial, waste of time | |
| x | Altisource #10 | 144:7-19 | | | all policies of Altisource with dollar value differencees apply across the U.S. and not differently based on states or geographic locations | Value Based REO Property Maintenance System; Relates to Expert Data (incl. Admission National Model); basic procedures | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (144:7-19) | |
| x | Ocwen #15 | 41:5-24, 42:1-24 43:1-15 | 970 | Ex. 305 Ocwen 10K | Ocwen's general role as servicer in DB trusts | Basic Procedures (inc. Background) | "F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, waste of time, Leading (41:5-41:18); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, waste of time (42:13-43:15); Leading (42:13-42:19)" | |
| | Altisource #10 | 28:1-24, 29:1-13 | 877 | Ex. 48 | Agency between Ocwen-Altisource - Altisource Asset Management Group signs listing agreement on behalf of Ocwen, RHSS signs REALHome Services and Solutions signs for Altisource | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (28:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (29:1-13) | |
| | Altisource #10 | 45:20-24, 46:1 | | | when property is in WSTRAT and gets a valuation, RSC is assiged; Remote discretionary REO asset management from start of REO process | Basic Procedures (inc. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (45:20-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (46:1) | |
| | Altisource #10 | 50:1-24, 51:1-24, 52:1-17 | 63 | Ex. 361, September 2011, Beg Bates ASI00046015 | RSC duties, authority, and business plans (not produced for most if any investigated REOs) | Basic Procedures (inc. Background); REO Discretionary Asset Management Relevant to Property Maintenance; Value Based REO Property Maintenance System | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (50:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (51:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (52:1-17) | |

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #10 | 60:22-24, 61:1-24 | | | RSC as decisionmaker described; discretion;value-based; remote | Basic Procedures (inc. Background); REO Discretionary Asset Management Relevant to Property Maintenance; Value Based REO Property Maintenance System; Undue Delegation | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (60:22-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (61:1-24) | |
| | Altisource #10 | 62:1-24 | 63 | Ex. 361, September 2011, Beg Bates ASI00046015 | factors that go into selling as is or as repaired - RSC decision | Basic Procedures (inc. Background); REO Discretionary Asset Management Relevant to Property Maintenance; Value Based REO Property Maintenance System; Undue Delegation | F.R.E. F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 602 - speculation, Vague (62:1-24) | |
| | Altisource #10 | 65:9-24 | | | RSCs can make choices not to repair certain items based seeing items in valuations, PPI group, listing broker | Basic Procedures (inc. Background); REO Discretionary Asset Management Relevant to Property Maintenance; Value Based REO Property Maintenance System; Undue Delegation | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer | 66:1-2 |
| | Altisource #10 | 73:11-24 | 63 | Ex. 361, September 2011, Beg Bates ASI00046015 | In NMKT repairs can be done, and repairs can be done at any point unless occupied by hostile squatters; this is Pre Foreclosure stage - as long as vacant, can do work | Basic Procedures; Admission Regarding Industry Standards; Value Based REO Property Maintenance System; REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (73:11-24) | |
| | Altisource #2 | 179:21-24, 180:1-21, 181:2-24, 182:1-24, | 35 | Ex. 189, ASI0008642, 8-30-2019, V 1.9, (change tracker shows V 1.1 was October 14, 2015), ASI0008687 (chart) ASI0008688 (list by states) | Regional Field Services Procedure, v 1.1 was 10-14-2015; confirms era of this new "boots on ground" manager over large regions or multiple states; sparse coverage of under 20 for US | Basic Procedures (incl. Background); Altisource Lack of Oversight of Property Maintenance | Vague, Leading (181:2-24); Vague, Leading (182:1-24) | 183:1-3 |

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #2 | 69:9-14, 70:1-24, 71:1-20 | 976 | Ex. 359, 2017 Altisource 10K, Beg Bates PLTFF0001375, p. 3 | Identifies exhibitl lists Servicer Solutions is listed under Mortgage Market on PLTFF 1375, which lists what they provide. Listed functions pertinent to our case that have been consistent from 2017 to now even if terms may have been revised: PPI services, Real estate brokerage and auction services, Title insurance (agent and related) and settlement services, Appraisal management services and broker and non-broker valuation services, Vendor anagement, Marketplace transaction management and payment management technologies, document management platform, Default services (real estate owned (REO), foreclosure, bankruptcy, eviction) technologies | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (69:9-14); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Compound (70:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (71:1-22) | 69:15-24 |
| | Altisource #2 | 72:17-22 | 976 | Ex. 359 | All services listed woudl apply to DB RMBS trusts | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (72:17-22) | |
| | Altisource #2 | 85:14-24, 86:1-3 | 975 | Ex. 358, PLTFF0001271 | Defines "asset management" | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, fails to identify exhibit referenced (85:14-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, F.R.E. 106, fails to identify exhibit referenced (86:1-3) | |
| | Ocwen #1 | 20:2-15 | 1574 | Ex. 1, Services Agreement, OCWEN_0013109 8 | "Customer party means a party in its capacity of receiving a service hereunder, including Ocwen" on cited page -it could be the case that when Ocwen is acting as attorney-in-fact on behalf of Deutsche Bank, that the definition of "customer party" also inclues Deutsche Bank. | Basic Procedures (incl. Background) | F.R.E. 403 - misleading confusing, 701, 703, Calls for legal conclusion | |
| | Ocwen #1 | 21:22-24, 22:1-7 | 1574 | Ex. 1, OCWEN_0013109 9 | Standards for Altisource's work/services are only set out in Services Agreement, Services Letter, SOWs and BRDs | Basic Procedures (incl. Background); Undue delegation and discretion; Admission Regarding Industry Standards; | F.R.E. 403 - confusing, Vague | |

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #1 | 12:24, 13:1-24, 14:1-24; 14:1-21 | 1574 | Ex. 1, Services Agreement, OCWEN_0013109 7 | Describes separation of O-A, "affiliates" and that Schedule I lists the services provided | Basic Procedures (incl. Background) | F.R.E. 403 - prejudicial, 701, 703, Calls for legal conclusion (13:8-13:10); F.R.E. 403 - misleading, prejudicial, 701, 703, Calls for legal conclusion (13:19-13:23); F.R.E. 403 - misleading, prejudicial, 701, 703, Calls for legal conclusion (14:2-14:5); F.R.E. 403 - misleading, prejudicial, Duplicate designation (14:1-14:24 and 14:1-14:21); F.R.E. 106, Incomplete question and answer (14:22-14:24) | 14:22-24 |
| | Ocwen #2 | 18:9-24, 19:1-17 | | | Ocwen's valuation oversight mostly is in the pre-foreclosure world; once loan is in REO status, Altisource manages the valuation ordering process. Pre-foreclosure valuation is typically based off of delinquency of the loan, so Ocwen orders the valuation in preparation for potential foreclosure activity. The PFC valuation Ocwen orders in delinquency is not given to/onboarded to Altisource | Basic procedures; Relates to Expert Data | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading (18:9-18:24); F.R.E. 402 - Defense MIL #1, 403 - misleading, confusing (19:1-17); Compound (19:1-4) | |
| | Ocwen #2 | 25:10-24, 26:1-11 | | | Investor guidelines about REOs are transmitted from Ocwen to Altisource prior to Ocwen onboarding the loan. This is done on a portfolio basis, or a contractual basis like a PSA. | Basic procedures | F.R.E. 403 - misleading, Compound, Vague (25:10-25:15) | |
| | Ocwen #2 | 8:14-24, 9:1-24, 10:1-24, 11:1-24, 12:1-24, 13:1-17 | | | Ocwen onboards loan to Altisource once delinquent; there is work in the pre-foreclosure space including inspections and if vacant to prevent blight; ,Onboarding specifically to PPI once REO explained. Preforeclosure activities outlined, including that in vacant pre-forelosure Altisource is doing PPI work. | Admission Regarding Industry Standards; Basic Procedures | F.R.E. 403 - confusing, misleading, Vague (9:9-9:14); F.R.E. 403 - leading, prejudicial, Vague (11:13-11:18); F.R.E. 106, F.R.E. 403 - misleading, Compound, Vague (13:6-13:8) | |

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #3 | 12:1-17 | 2099 | Ex. 54 | Section B of Ex. 54 lays out the requirements that would be needed in order from a POA perspective to liquidate and sell the property. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (12:1-12:7) | |
| | Ocwen #6 | 59:13-16 | | | Altisource utilizes vendors who perform work on a property. | Basic Procedures (incl. Background); Altisource Lack of Oversight of Property Maintenance | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial | |
| | Ocwen #7 | 9:11-24, 10:1-24; 11:1-7, 11:14-22 | 3525 | Ex. 290 | Ex. 290 are Statements of Work for Valuations, listing valuation types that can be ordered by Ocwen from Altisource | Basic Procedures (incl. Background); Value Based REO Property Maintenance System | F.R.E. 401, 402 - Defense MIL #1, 403 - confusing, Vague (10:16-11:4) | |
| | Ocwen #9 | 103:5-12 | 3527 | Ex.312 | The BRD provides the scope of delegated authority; these are post 2015 era | Basic Procedures (incl. Background); Undue Delegation and Discretion; Lack of Oversight | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 11:11-16 | | | The Real Estate Owned Oversight Policy is a policy level documentto oversee sales and liquidation of REO properties. Title relates to REO Sales; there is no detailed REO property maintenance oversight policy put in place in the new mid 2015 policy era.  Reports that were instituted relating to property maintenance, like lawn cuts report, etc., were not produced in discovery (seem not to have been done) | Basic procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL # 1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 112:4-9 | 3527 | Ex.312 | As used in Section 8.11, "investor" refers to Deutsche Bank. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 119:20-22 | 1571 | Ex. 237, BRD V16 | This is the Ocwen BRD. | Basic Procedures (incl. Background) | Fails to identify exhibit referenced;  F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 120:12-15 | 1571 | Ex. 237, BRD V16 | The first version of this document was dated August 2015. | Basic procedures; Lack of Oversight | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 120:20-22 | 1571 | Ex. 237, BRD V16 | Jaztremski approved all versions of BRDs. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 126:1-5 | 1571 | Ex. 237, BRD V16 | The BRD is a contract. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 126:6-126:9 |
| | Ocwen #9 | 14:7-10 | 3527 | Ex. 312 | Ex. 312 is the intial services agreement between Ocwen and Altisource. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |

Basic Procedures

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 15:7-13 | | | Altisource was spun out of Ocwen in 2009. | Basic procedures (incl. Background) | F.R.E. 401, 402, 403 – MIL # 12, statute of limitations, irrelevant, misleading, prejudicial, Leading | |
| | Ocwen #9 | 160:6-12 | 1571 | Ex. 237, BRD V16 | Ex. 54 and Ex. 237 provide generally accepted rules that are reviewed by the Ocwen oversight team, | Basic procedures (incl. Background) | 160:6-12 | Fails to identify exhibit referenced; F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial |
| | Ocwen #9 | 22:7-14 | 3527 | Ex. 312 | When a property became an REO it would automatically be referred to the Altisource system. | Basic procedures (incl. Background); Relates to Expert Data | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial, 602 – lack of personal knowledge, leading | |
| | Ocwen #9 | 267:19-24, 268:1-2 | 3540 | Ex.317 | Sometimes the guidelines refer to the best interests of the owner and sometimes the best interests of the certificateholders. | Basic procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 43:15-44:5 | 30 | Ex. 105 | Preforeclosure is geared toward maintaining the property from health and safety/blight perspective. Post-foreclosure deals with marketing/selling. | Basic Procedures (incl. Background); Admission Regarding Industry Standards | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial, compound; incomplete question and answer | 40:3-40:10; 43:5-43:14; 51:14-24 |
| | Ocwen #9 | 64:1-17 | 30 | Ex. 105 | From 2015 to 2019 Ocwen (using Altisource) ordered an interior BPO unless required by state law to do an appraisal. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial, 602 - lack of personal knowledge | 40:3-40:10; 51:14-24; 63:17-63:24 |
| | Ocwen #9 | 75:1-15 | 3527 | Ex. 312 | A service level agreement is key performance indicators that Ocwen holds Altisource responsible for in a contract. They are referred to in the scorecards. | Basic Procedures (incl. Background) | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial | 40:3-40:10; 51:14-24; 74:18-74:24; 75:16-18 |

**5.  Fair Housing Act Compliance Conduct and Admissions (incl. Background)
(may also include other issues, as noted)**

**Fair Housing Act Compliance, Conduct and Admissions**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #8 | 38:4-16, 232:13-24, 233:1-12,23-24, 234:1-1-24, 235:1-21 | 2101 | Ex. 453, Beg Bates ASI00033998 and @ASI00034004, effective date 5-10-2018, Change Tracker original date October 2, 2012 | Altisource could not identify (a) any procedures that would address any actions it should take if racially biased comments were found in valuation products, other than deleting the comment, (b) any testing performed by them to determine if Altisource's valuation approach had any detrimental effect on communities based on race or national origin, and (c) any policy on how to handle complaints about race discrimination in the maintenance or marketing of REO properties. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (38:4-16); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (232:13-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (233:1-12, 23-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (234:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (235:1-21) | |
| x | Ocwen #9 | 193:5-8 | | | Ocwen never assessed whether the limited auction process had an impact on home values in the surrounding area | Fair Housing Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| x | Ocwen #7 | 135:17-24, 136:1-7, 137:21-24, 138:1-6 | 1588 | Ex. 86, Ocwen_0004145 | Altisource standard forms include "neighborhood" section problematic according to academic studies re listing # of neighborhood REOs; Ocwen testified "we did not require that at all" of Altisource. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote); Fair Housing Act Compliance Conduct and Admissions; Relates to Expert Data | | |
| x | Ocwen #8 | 158:3-17 | | | Ocwen did not undertake reviews of studies either internally or through consultants of the impacts of the conditions of REOs it was servicing on neighborhoods or surrounding communities, even though it understood it should avoid causing neighborhood blight. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Compound, Vague (158:3-158:10) | |
| x | Ocwen #8 | 79:1-8 | | | Ocwen did not measure through sampling or a report whether Altisource was maintaining REO properties consistent with their surrounding neighborhoods or communities. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); Fair Housing Act Compliance Conduct and Admissions | F.R.E. 402, 403 - misleading, prejudicial, 602 - speculative (79:1-79:8) | |

Fair Housing Act Compliance, Conduct and Admissions

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Ocwen #7 | 123:9-18 | | | Ocwen admitted it did not know what the Altisource variables were concerning valuation products taking into account impacts on the surrounding community's market values, and Ocwen did not require Altisource to consider impacts on neighborhood market values when Altisource was conducting valuations. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, #11, 403 - misleading, prejudicial, 602 - Vague, Calls for speculation | |
| x | Ocwen #13 | 27:3-7 | | | Ocwen admitted it did not provide training to employees involved in REO oversight with regard to the foreclosure crisis in the United States impacting communities of color, "because it was irrelevant." | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402, 403 – Defense MIL #12, misleading, prejudicial, waste of time | |
| | Altisource #11 | 143:6-11 | | | Altisource has no stand alone policy about how to handle complaints about race discrimination conerning maintenance or marketing of REO properties | Undue Delegation; Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #13, 403 - misleading, prejudicial (143:6-11) | |
| | Altisource #14 | 109: 7-24, 110:1-6 | 28 | Ex. 157 Beg Bates ASI00010068-ASI00010429, with Change Tracker | No basic nondiscrimination statement included in central Vendor Operational Guide (incorporated in contracts); is not one in table of contents; inappropriate comments policy added does not include this or say  non discrimination in title, either | Fair Housing Act Compliance Conduct and Admissions; Undue Delegation | F.R.E. 401, 402 - Defense MIL #13, 403 - misleading, prejudicial (109:7-24);  F.R.E. 401, 402 - Defense MIL #13, 403 - misleading, prejudicial (110:1-6) | |
| | Altisource #14 | 111:1-24, 112:1-7 | | | Why not have non discr. statement in Vendor Operational Guide? Designee believes it gets covered by the vendor code of business conduct and ethics in the recent version of the Altisource-vendor contract. [which covers harassment generally and only non discrimination in employment] | Fair Housing Act Compliance Conduct and Admissions; Undue Delegation | F.R.E. 401, 402 - Defense MIL #13, 403 - misleading, prejudicial, F.R.E. 106, incomplete question and answer, Vague, Leading (111:8-1-24);  F.R.E. 401, 402 - Defense MIL #13, 403 - misleading, prejudicial, Leading (112:1-7) | |
| | Altisource #2 | 60:2-24, 61:1-6 | 977 | Ex. 360, p. PLTFF0001504 | 2019 Altisource 10K lists Fair Housing Act (this is first time listed in 10Ks, after case is filed) | Fair Housing Act Compliance Conduct and Admissions | Compound (60:2-24) | |

Fair Housing Act Compliance, Conduct and Admissions

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #2 | 61:7-24, 62:1-2 | 977 | Ex. 360, PLTFF0001505 | Negative results from not complying with laws and high level of legal regulation could adversely impact company - this could include compliance with Fair Housing Act | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 701, 703, Leading (61:7-24); F.R.E. 701, 703, Leading (62:1-2) | |
| | Altisource #2 | 91:17-24, 92:1-24, 93:1-24, 94:1-24, 95:1-24, 96:1-24, 97:1-24, 98:1-21 | 975 | Ex. 358, p. 11, PLTFF_0001279 | Fair Housing Act not listed: designee claims "built in" to all their processes; in actuality not mentioned anywhere; witness also says at page 97 they could "test" for FHA compliance, none of which was done. OCL training mentions FHA but not as to REO or default or really any of the things altisource does, no non discr. statements, etc. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (91:17-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (92:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (93:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial Leading (94:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (95:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (96:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (97:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (98:1-21) | |
| | Ocwen #1 | 64:10-24, 65:1-3 | 1574 | Ex. 1, 2009 Services Letter, Statement of Work, ASI00011503 | O-A ontracts say all PPI services will be in thorough workmanlike manner in compliance with FHA, VA and applicable federal state and local law; Ocwen corp witness doesn't know if this includes the federal Fair Housing Act, but if it is a federal law, by definition it says it is applicable, so he would make that assessment it did apply. [FHA here is Federal Housing Administration - which is covered/explained in various procedures involving particular vendor requirements] | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 403 - misleading, prejudicial, 701, 703, Calls for legal conclusion (64:19-64:20) | |
| | Ocwen #9 | 114:20-24, 115:1-7 | 3527 | Ex.312 | Unless the Services Agreement excluded the Fair Housing Act, it would apply. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - irrelevant, misleading, prejudicial | 113:18-114:2 |

**Fair Housing Act Compliance, Conduct and Admissions**

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 244:11-23 | | | There's nothing in Ocwen's policies or anywhere indicating whether it was a positive or negative thing if investors purchase a property instead of individuals. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial, leading, misstates prior testimony | |
| | Ocwen #9 | 244:24, 245:1-4 | | | There's nothing in Ocwen's policies or anywhere indicating whether it was a positive or negative thing if the property becomes a rental as oppsed to owner-occupied. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 403 - irrelevant, misleading, prejudicial | |
| | Ocwen #9 | 68:1-10 | 30 | Ex 105 @ ASI11530 | Ocwen expected that Altisource would comply with rules and regulations related to equal housing opportunity and the National Fair Housing Alliance but Jaztremski doesn't know what oversight was done of this from 2010 through 2019.. | Ocwen Admission of Delegation/Discretion to Altisource (incl. Lack of Oversight); Fair Housing Compliance Conduct and Admissions | F.R.E. 401, 402 - Defense MIL #1, 106, 403 - statute of limitations, irrelevant, misleading, prejudicial, 602 – lack of personal knowledge, vague (68:6-68:10) | 40:3-40:10; 51:14-24 |
| | Ocwen #9 | 8:21-24, 9:1-7 | | | The first time Jaztremski heard of this lawsuit was 30 days before his depostion. | Fair Housing Act Compliance Conduct and Admissions | F.R.E. 403 – irrelevant, misleading, prejudicial | |

### 6. Altisource Lack of Oversight of Property Maintenance
### ("off shore" should be "remote")

Altisource Lack of Oversight of Property Maintenance, "Off Shore" should be "Remote"

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #2 | 42:2-24, 43:1-24, 44:1-24, 45:1-20, 74:22-24, 75:1-12, | 976; 977 | Ex. 359, Altisource 10K, PLTFF_0001373; Pltf Ex. 360 | Altisource Lack of Oversight large presence of Altisource in remote locations "off shore" should be "remote" | Altisource Lack of Oversight of Property Maintenance, "Off Shore" should be "Remote" | F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (42:2-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, Vague (43:1-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, Vague (44:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - prejudicial (45:1-20); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (74:22-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, Leading (75:1-12) | |
| | Altisource #14 | 13:8-24, 14:1-20 | | | Altisource's Vendor Management Oversight was remote/not domestic, addressing oversight of vendors performing work on tens of thousands of REOs in U.S. | Altisource Lack of Oversight of Property Maintenance, "Off Shore" should be "Remote" | F.R.E. 401, 402, 403 - Defense MIL #11, misleading, prejudicial (12:8-24); F.R.E. 401, 402, 403 - Defense MIL #11, misleading, prejudicial (14:1-20) | |
| | Altisource #14 | 6:17-24, 7:1-24, 8:1-24, 9:1-24, 10-1-8, 11:16-24, 12:1-24, 13:1-7 | | | Altisource designee testifies Vendor Management Organization being remomte (off shore) was busines decision.  Only Regional Field Services Managers are "boots on ground" in US - they are also late in time line and very sparse to cover entire US, multiple states, no offices, etc.  Other facts and exhibits, coverage maps relate to this. | Altisource Lack of Oversight of Property Maintenance; "Off Shore" should be Remote" | F.R.E. 401, 402, 403 - Defense MIL #11, misleading, prejudicial (6:17-24); F.R.E. 401, 402, 403 - Defense MIL #1, 403 - misleading, prejudicial, Compound (7:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (8:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial, Compound, Vague, Leading (9:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (10-1-8); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (11:16-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (12:1-24); F.R.E. 401, 402 - Defense MIL #1, 403 - misleading, prejudicial (13:1-7) | |
| | Altisource #2 | 118:20-24, 119:1-24, 120:1 | | | Also confirming Altisource local property vendor oversight business units are not in US/are remote | Altisource Lack of Oversight of Property Maintenance; "Off Shore" should be "Remote" | F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial (118:20-24); F.R.E. 401, 402, 403 - Defense MIL #11, prejudicial, Compound (119:1-24); F.R.E. 401, 402, 403 Defense MIL #11, prejudicial, Compound (120:1) | |

### 7.   Completeness Only

Completeness Only - To Be Reviewed by Plaintiffs and/or resolved for PTC

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| x | Altisource #5 | 160:1-20, 161:19-24, 162:1-17, 163:16-24, 164:1-9 | 38 | Ex. 207 at ASI000024138, ASI000024139, ASI000024154 | Reject work items/determine work not required or if property to be treated as is, decided by the Client (e.g. Ocwen directly or via RSC) | Value Based Property Maintenance System; Admission Regarding Industry Standards; Altisource Admission of Discretion;REO Discretionary Asset Management Relevant to Property Maintenance | F.R.E. 106, incomplete question and answer (161:19-24) | 161:2-18 162:1-163:15 |
| | Altisource #14 | 189:9-24, 190:11-24: 191:1-10, 195:8-16, 196:13-22 | 1595 | Ex. 322, Beg Bates ASI00031479 | SLAs are in statements of work, SLAs appear automatically for work items in VMS, Vendor Guides, and statement of work addendum can be on contract with SLAs also; SLAs are typically short in duration; Various exhibits show SLAs in form a vendor would see them, in contracts, and other lists | Basic Procedures (inc. Background) | F.R.E. 106, incomplete question and answer (190:11-24); F.R.E. 106, incomplete question and answer, fails to identify exhibit referenced (195:8-16); F.R.E. 106, incomplete question and answer (196:13-22) | 189:16-190:8; 190:9-10; 194:17-195:7; 195:17-18; 196:12 |
| | Altisource #14 | 78:20-24, 79:1-24, 80:1-24, 81:1-23 | 28 | Ex. 157 Beg Bates ASI00010068-ASI00010429, with Change Tracker | Vendor Operational Guide and General Information Vendor Guides are main vendor guides for all Altisource vendors and in contracts | Basic Procedures (inc. Background) | Compound (80:1-24); F.R.E. 106, incomplete question and answer (80:1-24) F.R.E. 106, incomplete question and answer (81:23) | 81:1-23 |
| | Altisource #9 | 198:9-22, 199:1-7 | 60 | Ex. 207, p. 138, ASI00043429 | 2019, 2020 they took steps to check for vendors just using the same confirmation photos and not doing the work; it came to attention this had happened | Altisource Lack of Oversight of Property Maintenance; Undue delegation and discretion | F.R.E. 106, incomplete question and answer (198:9-22) | 198:23-24 |
| | Altisource #9 | 206:2-24, 207:1-24, 208:1-11, 209:8-24, 210:1-24, 211:1-1-24, 212:1-24, 213:1-24, 214:1-24. | 60 | Ex. 207, pp. 152-157, ASI00043443-ASI00043448 Initial Property Review Form | Initial Property Review (IPR) and instructions; and that Preservation Plan is to be done and put into the log on the system - this was not done/produced | Failure to Follow Defendants' Own Procedures; Altisource Lack of Oversight of Property Maintenance; REO Discretionary Asset Management Relevant to Property Maintenance; Value Based REO Property Maintenance System | F.R.E. 106, incomplete question and answer (214:1-24) | 215:1-4 |
| | Altisource #9 | 57:15-24, 58:1-24, 59:1-24, 60:1-24, 61:1-2, 12-24, 62:1-22 | 41 | Ex. 229 | Standard items relating to grass cuts, janitorial, tree limb, roof and gutter leaf removal; all things standard throughout life cycle; some items in initial services (so standard also) | Admission Regarding Industry Standards; Basic Procedures (inc. Background) | F.R.E. 106, incomplete question and answer (57:15-24) | 57:14 |

Completeness Only - To Be Reviewed by Plaintiffs and/or resolved for PTC

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Altisource #9 | 66:14-24, 67:5-8 | | | Altisource Initial Property Review is printed out and taken by the vendor to the property to fill out; then uploaded into VMS with photos; paper copy not preserved. | Basic Procedures (incl. background); Failure to Follow Defendants' Own Procedures; | F.R.E. 106, incomplete question and answer (66:14-24) | 67:1-4 |
| | Ocwen #2 | 16:1-10 | | | Pre-foreclosure inspections determine property is vacant and, if so, obligations come up to maintain the property/conduct PPI | Admission Regarding Industry Standards | F.R.E. 106 | 15:15-15:24 |
| | Ocwen #2 | 16:24, 17:1-23 | | | Once the legal process of foreclosure is complete and title has changed to the owner, in this case Deutsche Bank, Ocwen then updates the information that it had provided to Altisource about the property to say "Title is done, it's REO now," and then that triggers the activities that Altisource does to target the marketing and liquidation of the property. That REO status is what notifies Altisource that this is now an REO property, and then that onboards into their REO system, which then is used to manage the REO from that point forward. At that point, the system changes the status from pre-foreclosure (PFC) to REO. | Basic procedures (Incl. Background) | F.R.E. 106 | 17:24-18:8 |
| | Ocwen #9 | 179:11-22 | 1571 | Ex. 237, BRD V16 | Asset management has to review and approve all orders over $2,500. | Value Based REO Property Maintenance System; REO Discretionary Asset Management Relevant to Property Maintenance (incl. Remote) | F.R.E. 106 | 180:1-180:8 |
| | Ocwen #9 | 180:9-20 | 1571 | Ex. 237, BRD V16 | Orders over $10,000 are routed to Ocwen for final approval. | Admission Regarding Industry Standards; Admission Regarding Servicing Standard/Lack of Business Justification | F.R.E. 106 | 180:1-180:8 |
| | Ocwen #9 | 181:16-24, 182:1-4 | 1571 | Ex. 237, BRD V16 | Delegated amounts are calculated on an item by item basis. | Basic procedures (incl. Background); Admission Regarding Industry Standards | F.R.E. 106 | 180:1-180:8 |

Completeness Only - To Be Reviewed by Plaintiffs and/or resolved for PTC

| Proposed Uncontested Fact (x) | Deposition (Deponent or Party/Subject) | Plaintiffs' Designation Pages : Lines | Pls' Trial Exhibit | Pls' Discovery Exhibit | DESCRIPTION | Issues | Defendants' Objection | Defendants' Cross Designation |
|---|---|---|---|---|---|---|---|---|
| | Ocwen #9 | 185:2-6 | 1571 | Ex. 237, BRD V16 | The process of doing quality assurance over Altisource after 2015 and related reports is covered in Ex. 237 at 13879-80. | Basic procedures (incl. Background) | F.R.E. 106 | 182:18-185:1 |
| | Ocwen #9 | 196:1-16 | 2099 | Ex.54 | As to REOs, the risks sought to be minimized would be represented by the financial loss to the property. | Admission Regarding Servicing Standard/Lack of Business Justification | F.R.E. 106 | 196:17-196:22 |
| | Ocwen #9 | 197:17-22 | 2099 | Ex.54 | With respect to marketablity decisions, one of the variables is the best interests of the owner. | Admission Regarding Servicing Standard | F.R.E. 106 | 196:1-196:22 |