# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER, OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00839  Honorable Manish S. Shah |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' TARGETED EXHIBIT LIST

Consistent with the parties' Proposed Pretrial Order (Dkt. 516), Defendants submit the following for the Court's consideration in advance of the pretrial conference scheduled for January 28, 2026: (1) Defendants' Exhibit List,[1] (2) an excerpt of Defendants' Exhibit List with the exhibits agreed to by the parties ("Defendants' Exhibit List – Agreed"), (3) an excerpt of Defendants' Exhibit List with the exhibits subject to Defendants' motions in limine ("Defendants' Exhibit List – Subject to MILs"), and (4) an excerpt of Defendants' Exhibit List with exhibits objected to by Plaintiffs ("Defendants' Exhibit List – Objected To"). These exhibit lists are attached as Exhibits 1–4.[2]

Exhibit 3 (Defendants' Exhibit List – Subject to MILs) includes categories of exhibits that Defendants would request the Court's clarification on in advance of trial, including but not limited to, the following:

- **Marketing & Sales Related Documents.** *See, e.g.,* DX 17, 426, 1415, 1427–28, 1448–49, which include, for example, Hubzu-related documents. Defendants argue these documents should be inadmissible under the Court's January 20, 2026 order on the parties' First Round Motions in Limine excluding evidence suggesting that marketing and sales practices were discriminatory. *See* Dkt. 520.

- **Common Ground Related Documents.** *See, e.g.,* DX 3572–90, DX 6019–23, which include, for example, communications with Common Ground witnesses. Defendants argue these documents should be inadmissible for the same reasons as stated in their Second Round Motion in Limine No. 15. *See* Dkt. 514.

Exhibit 4 (Defendants' Exhibit List – Objected To) includes several categories of exhibits that Defendants would request the Court's attention to in advance of trial, including but not limited to, the following:

- **Documents Related to Plaintiffs' Budget And Program Costs.** *See, e.g.,* DX 1989–2255, DX 2263–64, 2280–81, 2304–05, 2379, 2443–47, and DX 5915–31, which include,

---

[1] This list has been modified since the submission of the Proposed Pretrial Order on January 14, 2026, and includes Plaintiffs' objections to any revised exhibits.

[2] Defendants will be submitting examples of specific documents for the Court's review and can provide additional examples upon the Court's request.

for example, employee earnings, grant records, and Plaintiffs' 990s. Plaintiffs objected "to the extent offered in relation to diversion damages."

- **REO Property Lists.** *See, e.g.,* DX 3498–99, 3537, 3548–49, 3745, 3749, 4127, which include, for example, lists of properties Plaintiffs investigated in connection with entities other than Deutsche Bank. Plaintiffs generally objected to this category of documents under FRE 401/403 (irrelevant, misleading, confusing, waste of time), and reserved the right to object to other documents in this category after they were identified and have not updated those objections.

- **Public Documents.** *See, e.g.,* DX 500, 503, 5932–51, which include, for example, Plaintiffs' websites. Plaintiffs generally objected under "401, 403, unidentified (confusing, waste of time)…not produced in discovery." These documents are subject to Plaintiffs' Second Round Motion in Limine No. 4. *See* Dkt. 513.

- **Other Disputed Exhibits.** *See e.g.,* DX 1979. Defendants propose a redacted version of this exhibit in accordance with the Court's January 20, 2026 order excluding reference to settlements in unrelated matters. Dkt. 520 at 6. Plaintiffs object to this exhibit under FRE 401/403 (misleading, waste of time, prejudicial) and FRE 802, and also object to Defendants' redactions of the exhibit.

Dated: January 23, 2026

Respectfully submitted,


By: */s/ Debra Bogo-Ernst*

Debra Bogo-Ernst
Matthew J. Thomas
Sara Kim
Brandon E. Villa
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 728-9000
dernst@willkie.com
mthomas@willkie.com
skim@willkie.com
bvilla@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*

By: */s/ Kenneth M. Kliebard*

Kenneth M. Kliebard
Tinos Diamantatos
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
tinos.diamantatos@morganlewis.com
michael.fakhoury@morganlewis.com

Kurt W. Rademacher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank National
Trust Company, as Trustee, and Deutsche Bank
Trust Company Americas, as Trustee*


By: */s/ Nathan Garroway*

Nathan Garroway
Lisa M. Krigsten
Sarah Hannah Phillips
Mark G. Trigg
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com
lisa.krigsten@dentons.com
sarahhannah.phillips@dentons.com
mark.trigg@dentons.com

*Counsel for Defendant Altisource Solutions, Inc.*

4

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on January 23, 2026.

/s/ *Debra Bogo-Ernst*