**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; HOPE FAIR HOUSING CENTER; OPEN COMMUNITIES; SOUTH SUBURBAN HOUSING CENTER; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.; FAIR HOUSING CONTINUUM; GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER; DENVER METRO FAIR HOUSING CENTER; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; THE MIAMI VALLEY FAIR HOUSING CENTER; FAIR HOUSING CENTER FOR RIGHTS & RESEARCH; FAIR HOUSING CENTER OF THE GREATER PALM BEACHES; FAIR HOUSING CENTER OF CENTRAL INDIANA; CENTRAL OHIO FAIR HOUSING ASSOCIATION; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; CONNECTICUT FAIR HOUSING CENTER; NORTH TEXAS FAIR HOUSING CENTER; and FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00839<br><br>Honorable Manish S. Shah |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE; OCWEN LOAN SERVICING, LLC.; and ALTISOURCE SOLUTIONS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO INCLUDE A SETTLEMENT CONFERENCE DURING THE**
**JANUARY 28, 2026 PRETRIAL CONFERENCE**

Plaintiffs and Defendants Ocwen Loan Servicing LLC n/k/a Onity Group Inc. ("Ocwen"), Deutsche Bank National Trust and Deutsche Bank Trust Company Americas, as trustees (the "Trustee Defendants"), and Altisource Solutions Inc ("Altisource") jointly move this Court to include an off-the-record settlement conference at the beginning of the currently scheduled pretrial conference on January 28, 2026. As set forth below, the parties have made substantial progress toward resolution and the Court's assistance through a settlement conference would materially advance the prospects of settlement, could conserve juror and judicial resources, and potentially avoid the burden and expense of a lengthy trial. In support of this motion, the parties state as follows:

1.     The parties have made substantial progress towards settlement of this litigation in the last ten to fourteen days.

2.     The Court's assistance could make a material difference in bridging the parties' current gap in settlement positions.

3.     There are several reasons why a settlement conference tomorrow, January 28, 2026 is helpful to all concerned: (i) a four-week trial will be a significant burden on jurors and the Court; (ii) the vast majority of the approximately 60 witnesses scheduled as "will" or "may" call witnesses will travel to Chicago for trial, incurring burden and expense to do so; (iii) the parties are already scheduled to be together for the pretrial conference, and no additional burden and expense will be incurred as a result of this request; and (iv) if a government shutdown happens this Friday, January 30, 2026, jurors may appear next week with a delay in compensation for their time.

4.     The parties remain vigilant about their trial preparation in the event the case is not resolved on January 28, 2026.

5.     If this motion is granted, the parties agree that persons with settlement authority will be readily available in person or by phone for the settlement conference.

For the foregoing reasons, the parties respectfully request that the Court include a settlement conference at the beginning of the pretrial conference set for January 28, 2026 at 2:00 p.m.

Dated: January 27, 2026

By: */s/ Jennifer K. Soule*

Jennifer K. Soule
James G. Bradtke
Steven P. Schneck
*Soule & Bradtke, PLLC*
155 N. Michigan Avenue, Ste. 504
Chicago, IL 60601

Lila Miller
Edward Olds
Yiyang Wu
Jennifer Klar
*Relman Colfax PLLC*
1225 19th Street, N.W., Ste. 600
Washington, DC 20036

Janell M. Byrd
Morgan Williams
*National Fair Housing Alliance*
1331 Pennsylvania Ave, NW, Ste. 650
Washington, DC 20004

Stephen M. Dane
*Dane Law LLC*
P.O. Box 1011
Perrysburg OH 43552

*Counsel for Plaintiffs*

Respectfully submitted,

By:  */s/ Debra Bogo-Ernst*

Debra Bogo-Ernst
Matthew J. Thomas
Sara Kim
Brandon E. Villa
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
(312) 728-9000
dernst@willkie.com
mthomas@willkie.com
skim@willkie.com
bvilla@willkie.com

*Counsel for Defendant Ocwen Loan Servicing, LLC, n/k/a Onity Group Inc.*

By: */s/ Tinos Diamantatos*

Kenneth M. Kliebard
Tinos Diamantatos
Michael W. Fakhoury
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
tinos.diamantatos@morganlewis.com
michael.fakhoury@morganlewis.com

Kurt W. Rademacher (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**

2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Telephone: (215) 963-5000
kurt.rademacher@morganlewis.com

*Counsel for Defendants Deutsche Bank
National Trust Company, as Trustee, and
Deutsche Bank Trust Company Americas, as
Trustee*

By: */s/ Nathan Garroway*

Nathan Garroway
**DENTONS US LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
nathan.garroway@dentons.com

*Counsel for Defendant Altisource Solutions,
Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on January 27, 2026.

/s/ *Debra Bogo-Ernst*