**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

National Fair Housing Alliance, et al.
                                              Plaintiff,

v.                                                                       Case No.: 1:18−cv−00839
                                                                        Honorable Manish S. Shah

Deutsche Bank National Trust, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for an off−the−record settlement conference before the pretrial conference [526] is granted. Clients with full settlement authority must be available, and the court will work with the parties to explore settlement before conducting the on−the−record pretrial conference. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.