**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

National Fair Housing Alliance, et al.
                      Plaintiff,

v.                                              Case No.: 1:18−cv−00839
                                                       Honorable Manish S. Shah

Deutsche Bank National Trust, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Settlement conference held on 1/28/26. The parties agree to the material terms of a settlement. Trial dates are stricken and all pending motions are terminated as moot. A status hearing is set for 2/10/26 at 10:30 a.m. in courtroom 1919, and counsel may appear by phone. Settlement conference held on 1/28/26. The parties agree to the material terms of a settlement. Trial dates are stricken and all pending motions are terminated as moot. A status hearing is set for 2/10/26 at 10:30 a.m. in courtroom 1919, and counsel may appear by phone. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.