# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

National Fair Housing Alliance, et al.
                                            Plaintiff,

v.                                                             Case No.: 1:18−cv−00839
                                                              Honorable Manish S. Shah

Deutsche Bank National Trust, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

       MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing held. Off the record settlement discussions held. The parties may contact susan_mcclintic@ilnd.uscourts.gov to schedule any further discussions with the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.