IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| National Fair Housing Alliance; HOPE Fair Housing Center, et al., | Case No. 18 CV 839 |
| Plaintiffs, | |
| v. | Judge Manish S. Shah |
| Deutsche Bank National Trust, as Trustee, et al., | Jury Trial Demanded |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiffs, National Fair Housing Alliance ("NFHA"), Fair Housing Advocates of Northern California, Central Ohio Fair Housing Association, Miami Valley Fair Housing Center, Connecticut Fair Housing Center, Denver Metro Fair Housing Center, Fair Housing Center of Central Indiana, Fair Housing Center of the Greater Palm Beaches, Fair Housing Center of West Michigan, Fair Housing Continuum, Inc., HOPE Fair Housing Center, Housing Opportunities Made Equal of Virginia, Housing Opportunities Project for Excellence, Inc., Fair Housing Center for Rights & Research, Louisiana Fair Housing Action Center, Metropolitan Milwaukee Fair Housing Council, North Texas Fair Housing Center, Open Communities, Inc., South Suburban Housing Center, and Toledo Fair Housing Center (collectively "Plaintiffs"), and Defendants, Deutsche Bank National Trust Company, as Trustee, Deutsche Bank Trust Company Americas, as Trustee, Ocwen Loan Servicing LLC (n/k/a PHH Mortgage Corp. ) ("Ocwen"), and Altisource Solutions, Inc ("Altisource") (collectively, "Defendants"), through their respective attorneys, that the parties have resolved this matter and the above-entitled action should be dismissed without

prejudice, with no costs sought or awarded, the Court to retain jurisdiction to enforce the parties' February 11, 2026 Settlement Agreement until the above-entitled action is dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/     Jennifer K. Soule* | */s/   Debra Bogo-Ernst* |
| *Attorney for Plaintiffs* | *Attorney for Defendant Ocwen Loan Servicing LLC (n/k/a PHH Mortgage Corp.)* |
| Jennifer K. Soule<br>**Soule & Bradtke PLLC**<br>155 N Michigan Avenue, Suite 150<br>Chicago, IL 60601 | Debra Bogo-Ernst<br>**Willkie Farr & Gallagher LLP**<br>300 N. LaSalle Drive<br>Chicago, IL 60654 |
| | */s/ Nathan L. Garroway*<br>*Attorney for Defendant Altisource Solutions, Inc* |
| | Nathan L. Garroway<br>**Dentons US LLP**<br>303 Peachtree Street, NE, Ste. 5300<br>Atlanta, GA 30308 |
| | */s/   Kenneth Kliebard*<br>*Attorney for Defendants Deutsche Bank National Trust Company, as Trustee and Deutsche Bank Trust Company Americas, as Trustee* |
| | Kenneth Kliebard<br>**Morgan Lewis & Bockius LLP**<br>110 N. Wacker Drive, Ste. 2800<br>Chicago, IL 60601 |
| Dated: February 13, 2026 | |