# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

National Fair Housing Alliance, et al.

                                         Plaintiff,

v.                                                             Case No.: 1:18–cv–00839
Honorable Manish S. Shah

Deutsche Bank National Trust, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal, this case is dismissed without prejudice, with leave to reinstate under the terms of the parties' settlement agreement. The dismissal will convert to a dismissal with prejudice upon completion of the predicate settlement terms. The parties shall file a notice or status report on settlement completion by 8/12/26. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.